UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA GOWDA,<br><br>        Plaintiff,<br><br>    v.<br><br>QUANTUMSCAPE CORPORATION, et al.,<br><br>        Defendants. | Case No. 21-cv-00070-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Malriat v. QuantumScape Corporation,* 21-cv-00058-WHO.

**IT IS SO ORDERED.**

Dated: February 10, 2021



JON S. TIGAR
United States District Judge