**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A *Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to cases

21-cv-0058-WHO
Malriat v. QuantumScape Corporation

21-cv-00070-WHO
Gowda v. QuantumScape Corporation

21-cv-00150-WHO
Lee v. QuantumScape Corporation

I find that the more recently filed case that I have initialed below is related to the cases assigned to me and shall be reassigned to me.

| Case | Title | Related | Not Related |
|------|-------|---------|-------------|
| 21-cv-00989-BLF | Gervat v. Singh | WHO | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:  March 3, 2021

By: _____
William H. Orrick
United States District Judge

1