UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION F/K/A CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Civil Action No.:  3:21-cv-00058-WHO<br><br>[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELETION OF LEAD COUNSEL<br><br>DATE:  April 14, 2021<br>TIME:   2:00 p.m.<br>JUDGE: William H. Orrick<br>CTRM:  2 – 17th Floor |
| ASHA GOWDA, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Civil Action No.:  3:21-cv-00070-WHO |

CHRISTOPHER LEO, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Civil Action No.:  3:21-cv-00150-WHO

Having considered the motion of Izudin Jevric to consolidate all Related Actions, to be appointed as Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel, the memorandum of points and authorities in support thereof, the declaration of Richard M. Heimann in support of that motion and good cause appearing thereof,

**IT IS HEREBY ORDERED:**

1.     The Motion is granted.

2.     The above captioned cases are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  The consolidated caption shall be *In re QuantumScape Corp. Securities Litigation*, No. 3:21-cv-00058-WHO.

3.     Izudin Jevric is hereby appointed Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), in the consolidated action.

4.     Lead Plaintiff's selection of the law firm Lieff, Cabraser, Heimann & Bernstein, LLP as Plaintiff's Lead Counsel for the consolidated action is approved.

Dated: _____, 2021

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONSOL. ACTIONS, APPT. LEAD PLTF, AND APPROV. LEAD COUN