Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Katherine L. Benson (State Bar No. 259826)
kbenson@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Steven E. Fineman (*Pro Hac Vice Forthcoming*)
Daniel P. Chiplock (*Pro Hac Vice Forthcoming*)
Michael J. Miarmi (*Pro Hac Vice Forthcoming*)
Sharon M. Lee (*Pro Hac Vice Forthcoming*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 29th Fl.
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

*Counsel for Movant Izudin Jevric and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION F/K/A CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Civil Action No.:  3:21-cv-00058-WHO<br><br>CERTIFICATION OF RICHARD M. HEIMANN PURSUANT TO CIVIL LOCAL RULE 3-7(d) |
| ASHA GOWDA, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Civil Action No.:  3:21-cv-00070-WHO |

2136949.1

CERT. PURSUANT TO L.R. 3-7(D)

CHRISTOPHER LEO, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Civil Action No.: 3:21-cv-00150-WHO

Pursuant to Civil L.R. 3-7(d), I, Richard M. Heimann, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of the above-captioned actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of March 2021 in Diablo, California.

*/s/ Richard M. Heimann*
Richard M. Heimann

2136949.1                                      - 1 -                        CERT. PURSUANT TO L.R. 3-7(D)