## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Izudin Jevric, certify that:

1. I have reviewed the facts and allegations of the complaint filed in this action.

2. I did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. I understand that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchaser of the securities described herein (including, as the case may be, myself, my immediate family, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. I have listed all of my relevant transactions involving the securities of QuantumScape Corporation that are the subject of this action in the attached schedule.

8. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except (if any):

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

Executed this __1st__ day of __March__, 2021

_____
Izudin Jevric

| SCHEDULE A | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **QuantumScape Corporation (NYSE: QS) f/k/a Kensington Capital Acquistion Corp.** | | | | | | | |
| **Date** | **Shares Purchased** | **Price** | **Cost** | **Date** | **Shares Sold** | **Price** | **Proceeds** |
| 12/30/2020 | 1 | $ 100.00 | ($100.00) | 1/4/2021 | (4,013) | $ 52.04 | $208,836.52 |
| 12/30/2020 | 1 | $ 100.00 | ($100.00) | 1/4/2021 | (124) | $ 52.04 | $6,452.96 |
| 12/30/2020 | 1 | $ 99.99 | ($99.99) | 1/4/2021 | (100) | $ 52.05 | $5,205.00 |
| 12/30/2020 | 1 | $ 99.75 | ($99.75) | 1/4/2021 | (100) | $ 52.06 | $5,206.00 |
| 12/30/2020 | 69 | $ 101.15 | ($6,979.35) | 1/4/2021 | (300) | $ 52.10 | $15,630.00 |
| 12/30/2020 | 10 | $ 101.15 | ($1,011.50) | 1/4/2021 | (101) | $ 52.10 | $5,262.10 |
| 12/30/2020 | 421 | $ 101.15 | ($42,584.15) | 1/4/2021 | (100) | $ 52.10 | $5,210.00 |
| 12/30/2020 | 3 | $ 101.90 | ($305.70) | 1/4/2021 | (100) | $ 52.11 | $5,211.00 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (166) | $ 52.11 | $8,650.26 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (1) | $ 52.16 | $52.16 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (75) | $ 52.18 | $3,913.50 |
| 12/30/2020 | 148 | $ 101.90 | ($15,081.20) | 1/4/2021 | (300) | $ 52.18 | $15,654.00 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (400) | $ 52.18 | $20,872.00 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.22 | $5,222.00 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 9 | $ 101.90 | ($917.10) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 563 | $ 101.90 | ($57,369.70) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 1 | $ 101.90 | ($101.90) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 |
| 12/30/2020 | 11 | $ 101.90 | ($1,120.90) | | | | |
| 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | | | | |
| 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | | | | |
| 12/30/2020 | 30 | $ 101.90 | ($3,057.00) | | | | |
| 12/30/2020 | 3,000 | $ 101.90 | ($305,700.00) | | | | |
| 12/30/2020 | 1 | $ 101.90 | ($101.90) | | | | |
| 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | | | | |
| 12/30/2020 | 7 | $ 101.90 | ($713.30) | | | | |
| 12/30/2020 | 300 | $ 101.90 | ($30,570.00) | | | | |
| 12/30/2020 | 24 | $ 101.90 | ($2,445.60) | | | | |
| 12/30/2020 | 1 | $ 101.90 | ($101.90) | | | | |
| 12/30/2020 | 2 | $ 101.90 | ($203.80) | | | | |
| 12/30/2020 | 10 | $ 96.85 | ($968.50) | | | | |
| 12/30/2020 | 3 | $ 98.50 | ($295.50) | | | | |
| 12/30/2020 | 1 | $ 99.67 | ($99.67) | | | | |
| 12/30/2020 | 1 | $ 99.74 | ($99.74) | | | | |
| 12/30/2020 | 1 | $ 99.94 | ($99.94) | | | | |
| 12/31/2020 | 30 | $ 86.06 | ($2,581.80) | | | | |
| 12/31/2020 | 50 | $ 87.90 | ($4,395.00) | | | | |

| | QuantumScape Corporation (NYSE: QS) f/k/a Kensington Capital Acquistion Corp. | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds |
| 12/31/2020 | 28 | $ 90.97 | ($2,547.16) | | | | |
| 12/31/2020 | 52 | $ 90.97 | ($4,730.44) | | | | |
| 12/31/2020 | 120 | $ 90.97 | ($10,916.40) | | | | |
| 12/31/2020 | 80 | $ 98.20 | ($7,856.00) | | | | |