| Name | Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds | Shares Held* | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|---|
| Class Period : 11/27/2020 - 12/31/2020 | | | | | | | | | | |
| QuantumScape Corporation (NYSE: QS) f/k/a Kensington Capital Acquistion Corp. | | | | | | | | | | |
| IZUDIN JEVRIC | 12/30/2020 | 1 | $ 100.00 | ($100.00) | 1/4/2021 | (4,013) | $ 52.17 | $209,356.34 | | |
| | 12/30/2020 | 1 | $ 100.00 | ($100.00) | 1/4/2021 | (124) | $ 52.17 | $6,469.02 | | |
| | 12/30/2020 | 1 | $ 99.99 | ($99.99) | 1/4/2021 | (100) | $ 52.17 | $5,216.95 | | |
| | 12/30/2020 | 1 | $ 99.75 | ($99.75) | 1/4/2021 | (100) | $ 52.17 | $5,216.95 | | |
| | 12/30/2020 | 69 | $ 101.15 | ($6,979.35) | 1/4/2021 | (300) | $ 52.17 | $15,650.86 | | |
| | 12/30/2020 | 10 | $ 101.15 | ($1,011.50) | 1/4/2021 | (101) | $ 52.17 | $5,269.12 | | |
| | 12/30/2020 | 421 | $ 101.15 | ($42,584.15) | 1/4/2021 | (100) | $ 52.17 | $5,216.95 | | |
| | 12/30/2020 | 3 | $ 101.90 | ($305.70) | 1/4/2021 | (100) | $ 52.17 | $5,216.95 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (166) | $ 52.17 | $8,660.14 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (1) | $ 52.17 | $52.17 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (75) | $ 52.18 | $3,913.50 | | |
| | 12/30/2020 | 148 | $ 101.90 | ($15,081.20) | 1/4/2021 | (300) | $ 52.18 | $15,654.00 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (400) | $ 52.18 | $20,872.00 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.22 | $5,222.00 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 9 | $ 101.90 | ($917.10) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 563 | $ 101.90 | ($57,369.70) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 1 | $ 101.90 | ($101.90) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | 1/4/2021 | (100) | $ 52.23 | $5,223.00 | | |
| | 12/30/2020 | 11 | $ 101.90 | ($1,120.90) | | | | | | |
| | 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | | | | | | |
| | 12/30/2020 | 200 | $ 101.90 | ($20,380.00) | | | | | | |
| | 12/30/2020 | 30 | $ 101.90 | ($3,057.00) | | | | | | |
| | 12/30/2020 | 3,000 | $ 101.90 | ($305,700.00) | | | | | | |
| | 12/30/2020 | 1 | $ 101.90 | ($101.90) | | | | | | |
| | 12/30/2020 | 100 | $ 101.90 | ($10,190.00) | | | | | | |
| | 12/30/2020 | 7 | $ 101.90 | ($713.30) | | | | | | |

Class Period : 11/27/2020 - 12/31/2020

| Name | Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds | Shares Held* | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | QuantumScape Corporation (NYSE: QS) f/k/a Kensington Capital Acquistion Corp. | | | | | | | | |
| | 12/30/2020 | 300 | $ 101.90 | ($30,570.00) | | | | | | |
| | 12/30/2020 | 24 | $ 101.90 | ($2,445.60) | | | | | | |
| | 12/30/2020 | 1 | $ 101.90 | ($101.90) | | | | | | |
| | 12/30/2020 | 2 | $ 101.90 | ($203.80) | | | | | | |
| | 12/30/2020 | 10 | $ 96.85 | ($968.50) | | | | | | |
| | 12/30/2020 | 3 | $ 98.50 | ($295.50) | | | | | | |
| | 12/30/2020 | 1 | $ 99.67 | ($99.67) | | | | | | |
| | 12/30/2020 | 1 | $ 99.74 | ($99.74) | | | | | | |
| | 12/30/2020 | 1 | $ 99.94 | ($99.94) | | | | | | |
| | 12/31/2020 | 30 | $ 86.06 | ($2,581.80) | | | | | | |
| | 12/31/2020 | 50 | $ 87.90 | ($4,395.00) | | | | | | |
| | 12/31/2020 | 28 | $ 90.97 | ($2,547.16) | | | | | | |
| | 12/31/2020 | 52 | $ 90.97 | ($4,730.44) | | | | | | |
| | 12/31/2020 | 120 | $ 90.97 | ($10,916.40) | | | | | | |
| | 12/31/2020 | 80 | $ 98.20 | ($7,856.00) | | | | | | |
| | | | | | | | | | | |
| Total | | 6,880 | | ($696,964.89) | | (6,880) | | $358,993.98 | 0 | ($337,970.91) |

*Sales during 90 days immediately after the class period are valued at the higher of the actual sale price and the average price during the 90-day look back period.