Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

Attorney for Movant William Brown

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH, <br><br> Defendants. | No. 3:21-cv-00058-WHO <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF PSLRA CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC, <br><br> Defendants | No. 3:21-cv-00070-WHO |

[PROPOSED] ORDER
Nos. 3:21-cv-00058-WHO; 3:21-cv-00070-WHO;          - 1 -
3:21-cv-00150-WHO

| | |
|---|---|
| CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH, <br><br> Defendants | No. 3:21-cv-00150-WHO |

Having considered William Brown's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Malriat v. QuantumScape Corp., et al.*, No. 3:21-cv-00058-WHO, *Gowda v. QuantumScape Corp., et al.*, No. 3:21-cv-00070-WHO, and *Leo v. QuantumScape Corp., et al.*, No. 3:21-cv-00150-WHO, are consolidated as:

| | |
|---|---|
| In re QuantumScape Corp. Securities Litigation | |
| This Document Relates to:<br><br>    ALL ACTIONS | Case No. 3:21-cv-00058-WHO |

3. The file in Case No. 3:21-cv-00058-WHO shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other cases. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

4. All securities class actions relating to the same or substantially similar alleged wrongdoing by Defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party

objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

5. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

6. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Mr. Brown is appointed as Lead Plaintiff; and

7. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Mr. Brown's selection of Block & Leviton LLP is approved and appointed as Lead Counsel. As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   a. the briefing and argument of any and all motions;

   b. the preparation and filing of all pleadings;

   c. the conduct of any and all discovery proceedings;

   d. settlement negotiations with counsel for Defendants;

   e. the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

   f. the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: _____     _____
                                             THE HON. WILLIAM H. ORRICK
                                             UNITED STATES DISTRICT JUDGE

Submitted by:

Whitney E. Street (CA Bar No. 223870)
**BLOCK & LEVITON LLP**
100 Pine Street Suite 1250
San Francisco, CA 94111
Tel.: (415) 968-8999
Fax: (617) 507-6020
whitney@blockleviton.com


Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com


Attorneys for [Proposed] Lead Plaintiff and the Class