Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff Shahin Nezhad*
*and Proposed Lead Counsel for the Class*

David Bricker (158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
dbricker@tenlaw.com

*Local Counsel for Proposed Lead Plaintiff Shahin Nezhad*
*and Proposed Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00058-WHO |
| Plaintiff, | **CLASS ACTION** |
| v. | **DECLARATION OF DAVID BRICKER, ESQ. IN SUPPORT OF SHAHIN NEZHAD'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, | |
| Defendants. | Date: April 14, 2021 Time: 2:00 p.m. Courtroom: 2 – 17th Floor Judge: William H. Orrick |

DECLARATION OF DAVID BRICKER, ESQ. IN SUPPORT OF SHAHIN NEZHAD'S LEAD PLAINTIFF MOTION
CASE NO. 3:21-cv-00058-WHO

| | |
|---|---|
| ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:21-CV-00070-WHO |
| CHRISTOPHER LEO, Individually and On Behalf of All Others Similarly Situated,<br><br>PLAINTIFF,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH,<br><br>DEFENDANTS | Case No. 3:21-CV-00150-WHO |

## DECLARATION OF DAVID BRICKER, ESQ.

I, David Bricker, declare as follows:

I am Of Counsel at the Thornton Law Firm LLP ("Thornton Law"), proposed Liaison Counsel for the Class.  I submit this declaration in support of the motion filed by Shahin Nezhad ("Mr. Nezhad") for the entry of an Order: (1) consolidating the above-captioned actions pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Mr. Nezhad as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq*.; (3) approving the selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Thornton Law Firm LLP as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Mr. Nezhad, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   A chart reflecting Mr. Nezhad's Class Period transactions in QuantumScape Corporation securities and approximate losses;

EXHIBIT C:   Notice of pendency of *Malriat v. QuantumScape Corporation*, No. 21-cv-00058 (N.D Cal.), published on January 6, 2021;

EXHIBIT D:   Declaration of Mr. Nezhad; and

EXHIBIT E:   Firm resume of Labaton Sucharow.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 8, 2021                    */s/ David Bricker*
                                          David Bricker (158896)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ David Bricker
David Bricker