**Exhibit A**

## **CERTIFICATION**

I, Shahin Nezhad, hereby certify and declare as follows:

1.       I have reviewed a complaint against QuantumScape Corporation alleging violations of the federal securities laws, discussed it with my counsel, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated or amended complaint;

2.       I have authorized my counsel to file a motion seeking to appoint me as lead plaintiff and approve my selection of counsel;

3.       I did not purchase the securities that are subject of this action at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.       I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

5.       My Class Period transactions in the securities that are subject of this action are reflected in Exhibit A, attached hereto;

6.       During the three years prior to the date of this Certification, I have not sought to serve or served as a lead plaintiff or representative party for a class under the federal securities laws;

7.       Beyond a pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this ____3/5/2021_____.

DocuSigned by:

*Shahin Nezhad*

517014022E104E1...

Shahin Nezhad

## Exhibit A

| Description | Date | Quantity | Price |
| --- | --- | --- | --- |
| Buy | 12/23/20 | 600.00 | $117.9153 |
| Buy | 12/24/20 | 400.00 | $115.1750 |
| Buy | 12/29/20 | 150.00 | $100.33 |