**Exhibit B**

**LOSS ANALYSIS**

**Class Period: 11/27/2020 to 12/31/2020**

**QUANTUMSCAPE CORPORATION**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| QS | 74767V109 | BP41ZD1 | US01609W1027 | $52.0356 [1] |

**Shahin Nezhad - Account 1**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 11/27/20 | 0 | | |
| Purchase | 12/23/20 | 600 | $117.9153 | ($70,749.18) |
| *Class Period purchases:* | | *600* | | *($70,749.18)* |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | Shares Held: | 600 | $52.0356 | $31,221.34 |
| | **LIFO (Loss)/Gain:** | | | **($39,527.84)** |

**Shahin Nezhad - Account 2**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 11/27/20 | 0 | | |
| Purchase | 12/24/20 | 400 | $115.1750 | ($46,070.00) |
| Purchase | 12/29/20 | 150 | $100.3300 | ($15,049.50) |
| *Class Period purchases:* | | *550* | | *($61,119.50)* |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | Shares Held: | 550 | $52.0356 | $28,619.56 |
| | LIFO (Loss)/Gain: | | | ($32,499.94) |

| **Total LIFO (Loss)/Gain:** | **($72,027.78)** |
|---|---|
| **Total Shares Bought:** | **1,150** |
| **Total Net Shares:** | **1,150** |
| **Total Net Expenditures:** | **($131,868.68)** |

[1] *Value of shares held is the mean trading price from 1/4/2021 to 3/8/2021.*