# Exhibit D

Pursuant to 28 U.S.C. § 1746, I, Shahin Nezhad, declare as follows:

1. I am an adult over the age of 18, and am of sound mind. I have personal knowledge about the information in this Declaration.

2. I have reviewed a complaint filed in this action and discussed the lawsuit on several occasions telephonically with my counsel at Thornton Law Firm LLP and Labaton Sucharow LLP. I believe that this securities class action is an important matter and alleges serious misconduct that caused substantial losses to investors and raised serious corporate governance concerns. I have authorized my counsel to file a motion for lead plaintiff on my behalf.

3. I reside in the State of Texas. I have a Bachelor's Degree and Master's Degree in Petroleum Engineering and a Ph.D. in Ancient History. I am employed as a Petroleum Engineer. I am a citizen of the United States of America. I have never been convicted of a crime.

4. I have been investing in stocks for more than ten years and I based my investment decisions in QuantumScape on publicly-available information that I researched before making purchases and sales. I am strongly motivated to recover the significant losses incurred as a result of the alleged violations of the federal securities laws. I decided to contact counsel and seek appointment as lead plaintiff because I strongly feel that the allegations raised in this lawsuit are serious ones, and believe that this litigation must be efficiently litigated by well-qualified counsel, in order to achieve the best possible recovery for all class members from all potentially culpable parties.

5. Furthermore, as I have discussed with my counsel, I believe it is important that a lead plaintiff movant with the largest financial loss in the relief sought, that also meets the typicality and adequacy requirements of Federal Rule of Civil Procedure 23, be appointed lead plaintiff.

6. I understand that as a lead plaintiff and a class representative, I would have an ongoing fiduciary obligation to the entire class of QuantumScape investors that this lawsuit seeks to recover for. I understand the important roles fiduciaries have, including that it is my duty to monitor and oversee the lawyers in this matter. In order to do this, I will regularly communicate with them and receive status updates regarding the litigation, discuss fees and expenses, and independently direct

their activities. I also understand that it will be my obligation to ensure that the litigation is prosecuted effectively on behalf of all members of the proposed Class.

7.      I am aware of and have discussed with my attorneys their experience and resources. I believe that they will fairly and adequately represent the interests of the proposed class. I have independently negotiated and executed a retainer agreement with my counsel. I have discussed with my counsel and directed that only they would prosecute this litigation if I am appointed Lead Plaintiff, Labaton appointed Lead Counsel, and Thornton appointed Liaison Counsel.

8.      I have taken steps to preserve documents related to my investments relevant to this litigation.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATE: 3/5/2021 _____

DocuSigned by:

Shahin Nezhad
517014022E164E1

Shahin Nezhad