Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

Attorney for Movant William Brown

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH,<br><br>Defendants. | No. 3:21-cv-00058-WHO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF MOTION FOR CONSOLIDATION OF PSLRA CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants | No. 3:21-cv-00070-WHO |

DECLARATION OF JACOB A. WALKER
Nos. 3:21-cv-00058-WHO; 3:21-cv-00070-WHO;      - 1 -
3:21-cv-00150-WHO

| | |
|---|---|
| CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH, <br><br> Defendants | No. 3:21-cv-00150-WHO |

I, Jacob A. Walker, declare as follows:

1.   I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed lead counsel for proposed lead plaintiff William Brown in the above-captioned action. I make this Declaration in support of Mr. Brown's Motion for Consolidation of PSLRA Cases, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   Attached are true and correct copies of the following exhibits:

**Exhibit A**: the January 5, 2021 press release issued by Glancy Prongay & Murray LLP announcing the filing of the *Malriat* class action against the above-referenced defendants, announcing a class period of December 8, 2020 to December 31, 2020, and noticing that the filing date for appointment as Lead Plaintiff is March 8, 2021;

**Exhibit B**: the January 6, 2021 press release issued by Robbins Geller Rudman & Dowd LLP announcing the filing of the *Gowda* class action against the above-referenced defendants, announcing a class period of November 27, 2020 to December 31, 2020, and noticing that the filing date for appointment as Lead Plaintiff is March 8, 2021;

**Exhibit C**: Mr. Brown's PSLRA Certification;

**Exhibit D**: Mr. Brown's Loss Chart (prepared by counsel);

**Exhibit E:** Mr. Brown's Declaration; and

**Exhibit F**: Block & Leviton LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2021, at Boston, Massachusetts.

/s/ Jacob A. Walker
Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Jacob A. Walker*