# EXHIBIT B





# Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against QuantumScape Corporation

January 06, 2021 03:27 PM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (https://www.rgrdlaw.com/cases-quantumscape-class-action-lawsuit.html) today announced that it filed a class action seeking to represent purchasers of QuantumScape Corporation (NYSE:QS) publicly traded securities between November 27, 2020 and December 31, 2020 (the "Class Period"). This action was filed in the Northern District of California and is captioned *Gowda v. QuantumScape Corporation*, No. 21-cv-00070.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased QuantumScape publicly traded securities during the Class Period to seek appointment as lead plaintiff in the *QuantumScape* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *QuantumScape* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *QuantumScape* class action lawsuit. An investor's ability to share in any potential future recovery of the *QuantumScape* class action lawsuit is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff in the *QuantumScape* class action lawsuit, you must move the Court no later than 60 days from today. If you wish to discuss the *QuantumScape* class action lawsuit or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Mary K. Blasy of Robbins Geller, at 800/449-4900 or 631-454-7719 or via e-mail at mblasy@rgrdlaw.com. You can view a copy of the complaint as filed at https://www.rgrdlaw.com/cases-quantumscape-class-action-lawsuit.html.

The *QuantumScape* class action lawsuit charges QuantumScape, certain of its officers and directors, and its controlling shareholder with violations of the Securities Exchange Act of 1934. QuantumScape develops and commercializes solid-state lithium-metal batteries for electric vehicles.

The complaint alleges that throughout the Class Period, defendants made materially false and misleading statements and/or failed to disclose adverse information regarding the strength of QuantumScape's business, operations and financial prospects. Specifically, defendants failed to disclose that the Company's battery technology was not sufficient for electric vehicle performance, as it would not be able to withstand the aggressive automotive environment; the Company's battery technology likely provided no meaningful improvement over existing battery technology; and the successful commercialization of the Company's battery technology was subject to much more significant risks and uncertainties than defendants had disclosed. As a result of this information being withheld from the market, QuantumScape securities traded at artificially inflated prices during the Class Period, with the Company's Class A common stock reaching a high of more than $131 per share, and the Company was able to complete a combination with Kensington Capital Acquisition Corp. and to commence an underwritten secondary public stock offering of its publicly traded securities "at market price," registering for resale more than 300 million shares of QuantumScape publicly traded securities by insiders beginning on December 31, 2020, including several QuantumScape senior executives and its controlling shareholder.

Then on January 4, 2021, prior to the open of trading, *Seeking Alpha* published a research report entitled "QuantumScape's Solid State Batteries Have Significant Technical Hurdles To Overcome." According to *Seeking Alpha*, defendants were concealing multiple known risks with QuantumScape's solid state battery development and design that rendered the batteries "completely unacceptable for real world field electric vehicle performance." Specifically, the power of QuantumScape batteries "will only last for 260 cycles or about 75,000 miles of aggressive driving" and, because solid state batteries are temperature sensitive, "power and cycle tests at 30 and 45 degrees above would have been significantly worse if run even a few degrees lower." On this news, the price of QuantumScape's Class A common stock fell to a close of $49.96 per share on January 4, 2021, a one-day decline of 41% and a decline of more than 62% from the stock's Class Period high of more than $131 per share on December 22, 2020.

The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities litigation. With 200 lawyers in 9 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For seven consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in the world in both amount recovered for shareholders and total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and have recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also specializes in implementing corporate governance reforms, helping to improve the financial markets for investors worldwide. Robbins Geller attorneys are consistently recognized by courts, professional organizations and the media as leading lawyers in the industry. Please visit http://www.rgrdlaw.com for more information.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

## Contacts

Robbins Geller Rudman & Dowd LLP

Mary K. Blasy, 800-449-4900 or 631-454-7719

mblasy@rgrdlaw.com

## #Hashtags

#QuantumScapeNews   #QuantumScapeSecuritiesClassActionLawsuit   #QuantumScapeLawsuit

#QuantumScapeSecuritiesLawsuit   #QuantumScapeCase   #QuantumScapeFraud

#QuantumScapeInformation   #QuantumScapeClassAction   #QSstock

#QuantumScapeClassActionLawsuit   #QuantumScapeStock