# EXHIBIT D

## William Brown – QuantumScape Corp. Losses

| Date | Transaction | Shares | Price Per Share | Net |
|---|---|---|---|---|
| December 22, 2020 | Buy | 3,000 | $122.54 | $ (367,620.00) |
| December 23, 2020 | Buy | 1,500 | $118.1407 | $ (177,211.05) |
| January 4, 2021 | Sell | 4,500 | $55.48 | $ 249,660.00 |

**Total Losses: $ 295,171.05**