# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH, <br><br> Defendants. | No. 3:21-cv-00058-WHO <br><br> **CLASS ACTION** <br><br> **DECLARATION OF WILLIAM BROWN** |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br><br> QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC, <br><br> Defendants | No. 3:21-cv-00070-WHO |
| CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH, <br><br> Defendants | No. 3:21-cv-00150-WHO |

Doc ID: f1750726f620e862750f951d1759794f1934359e

I, William Brown, declare, under penalty of perjury of the laws of the United States of America, as follows:

1. I respectfully submit this declaration in support of my motion for consolidation, appointment as Lead Plaintiff, and approval of my selection of Block & Leviton LLP as Lead Counsel in the above-referenced actions.

2. I am a resident of the State of Oregon.

3. I have over 20 years of investing experience. I have been employed by Nabisco (now part of Mondelez International, Inc.) in various roles, including as a lead planner and lead machinist, for approximately 33 years.

4. The Certification I submit with my Motion accurately reflects my transactions in QuantumScape Corp. shares from November 27, 2020 to present.

5. After a thorough consultation, and after considering the merits of the action against QuantumScape Corp., I retained Block & Leviton LLP to act as my attorney and to seek lead plaintiff status in this lawsuit.

6. I understand that if I am appointed lead plaintiff, my primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

7. I understand that I could have chosen to take no action and remained an absent class member. However, due to my financial losses and my desire to actively oversee this litigation, I affirmatively decided that it would be a benefit to me and the Class I seek to represent if I sought appointment as Lead Plaintiff.

8. I am committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, I owe a fiduciary duty to all members of the putative class to provide fair and adequate representation, and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

9. I selected Block & Leviton to represent me in this action based upon their prior experience and resources. I am confident in my ability to work with Block & Leviton to protect the interests of the Class.

10. I understand that, as a Lead Plaintiff in this action, I would be subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

11. As Lead Plaintiff, I understand that I am responsible for directing the activities of my counsel for the duration of the litigation, and that my counsel shall:

    a. Determine and present the position of the Lead Plaintiff on all matters that may arise during litigation of the action;

    b. Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

    c. Conduct settlement negotiations on behalf of the Lead Plaintiff;

    d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

    e. Retain expert consultants and witnesses;

    f. Prepare and distribute periodic status reports to the Lead Plaintiff;

DECLARATION OF WILLIAM BROWN
Nos. 3:21-cv-00058-WHO; 3:21-cv-00070-WHO;     - 2 -
3:21-cv-00150-WHO

Doc ID: f1750726f620e862750f951d1759794f1934359e

g.      Maintain adequate time and disbursement records covering services as Lead Counsel; and

h.      Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Date:   03 / 02 / 2021                              /s/ _____

William Brown

Doc ID: f1750726f620e862750f951d1759794f1934359e