Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Katherine Lubin Benson (State Bar No. 259826)
kbenson@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Steven E. Fineman (*Pro Hac Vice Forthcoming*)
Daniel P. Chiplock (*Pro Hac Vice Forthcoming*)
Michael J. Miarmi (*Pro Hac Vice Forthcoming*)
Sharon M. Lee (*Pro Hac Vice Forthcoming*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 29th Fl.
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

*Counsel for Movant Izudin Jevric and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION F/K/A CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Civil Action No.:  3:21-cv-00058-WHO<br><br>DECLARATION OF RICHARD M. HEIMANN IN SUPPORT OF MOTION OF IZUDIN JEVRIC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>DATE:  April 14, 2021<br>TIME:   2:00 p.m.<br>JUDGE: William H. Orrick<br>CTRM:  2 – 17th Floor |
| ASHA GOWDA, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Civil Action No.:  3:21-cv-00070-WHO |

2137140.1

DECL. ISO MTN. FOR CONSOL., APPT AS LEAD AND APPROV. OF LEAD COUNSEL, Civil No. 3:21-CV-00058-WHO

CHRISTOPHER LEO, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Civil Action No.:  3:21-cv-00150-WHO

I, Richard M. Heimann, hereby state, under penalty of perjury, as follows:

1.     I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for class member Izudin Jevric.  I am a member in good standing of the State Bar of California and am admitted to practice in this Court.  I submit this declaration, together with the exhibits annexed hereto, in support of Izudin Jevric's motion to consolidate all related actions, to be appointed Lead Plaintiff, and for approval of Lead Plaintiff's selection of Lieff, Cabraser, Heimann & Bernstein, LLP as Lead Counsel.  I am fully familiar with the facts set forth herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the notice published on Business Wire on January 6, 2021 in connection with the first-filed action in this litigation.

3.     Attached hereto as Exhibit B is a true and correct copy of certification of Izudin Jevric.

4.     Attached hereto as Exhibit C is a chart analyzing Mr. Jevric's losses from relevant transactions in QuantumScape Corporation securities.

5.     Attached hereto as Exhibit D is a true and correct copy of the firm resume of Lieff, Cabraser, Heimann & Bernstein, LLP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of March 2021 at Diablo, California.

*/s/ Richard M. Heimann*
Richard M. Heimann

2137140.1                                    - 1 -                    DECL. ISO MTN. FOR CONSOL., APPT AS LEAD AND APPROV. OF LEAD COUNSEL, Civil No. 3:21-CV-00058-WHO