Sophia M. Rios (Bar No. 305801)
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 91230
Tel: (619) 489-0300
srios@bm.net

Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
Donnell Much
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
aabramowitz@bm.net
dmuch@bm.net

*Counsel for Proposed Lead Plaintiff Stephen Lau
and Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, <br><br> Defendants. | Case No. 3:21-CV-00058-WHO <br><br> **DECLARATION OF SOPHIA M. RIOS IN SUPPORT OF MOVANT STEPHEN LAU'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

(Additional captions on the next page)

| | |
|---|---|
| ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:21-CV-00070 |
| CHRISTOPHER LEO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-CV-00150 |

I, Sophia M. Rios, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Stephen Lau ("Movant") for the entry of an Order: (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Decl. of Rios ISO Lau's Mot. for Lead Plaintiff & Lead Counsel Case No. 3:21-CV-00058-WHO

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Complaint filed in *Howard v. QuantumScape Corp. et al.*, Case No. 1:21-cv-01004 (N.D. Ill.);

EXHIBIT B:   Notice of pendency of class action lawsuit against QuantumScape Corporation, published on *Business Wire* on January 6, 2021;

EXHIBIT C:   Signed Certification of Stephen Lau pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT D:   Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in QuantumScape Corp. securities; and

EXHIBIT E:   Firm resume of Berger Montague PC.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of March, 2021.        /s/ Sophia M. Rios
                                                                          Sophia M. Rios

DECL. OF RIOS ISO LAU'S MOT. FOR
LEAD PLAINTIFF & LEAD COUNSEL
CASE NO. 3:21-CV-00058-WHO