# EXHIBIT C

**QUANTUMSCAPE CORPORATION  (NYSE: QS)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Stephen Lau, make this declaration as to the claims asserted under the federal securities laws, that:

1.      I have fully reviewed the facts and allegations of a complaint filed in this action, and I adopt its allegations. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf by my selected counsel, Berger Montague PC.

2.      I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the common stock of QuantumScape Corp. during the proposed Class Period of November 27, 2020 through and including December 31, 2020, are attached hereto as Exhibit A.

5.      I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 3/8/2021  _____

Honolulu, HI

DocuSigned by:

6499C413D05B460...  _____

Stephen Lau

# EXHIBIT A

| Stephen Lau's Transactions in the QuantumScape Corporation ("QS") During the Class Period of November 27, 2020 Through and Including December 31, 2020 | | | | |
|---|---|---|---|---|
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 12/22/20 | Buy | QS | 1,000 | $128.2999 |