# EXHIBIT D

Prepared by Berger | Montague

| | | **Stephen Lau Losses From Trading In QuantumScape Corp. ("QS")** **During The Class Period:  11/27/20 Through and Including 12/31/20** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost Before Fees and Comms.** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds Before Fees and Comms.** | **Actual No. of Shares Held** | |
| **Preclass Period Holdings** [1]: | | **0** | | | | | | **0** | |
| 12/22/20 | Buy | 1,000 | $128.2999 | $128,299.90 | | | | 1,000 | |
| **Class Period Totals:** | | **1,000** | | **$128,299.90** | **0** | | **$0** | | |
| Less sale of shares matched to pre-class holdings: | | | | | **0** | | **$0** | | |
| **Subtotal of Sales of Shrs. Purch. in Class Period:** | | | | | **0** | | **$0** | | |
| | | | | | | | | | |
| **Total Held 12/31/20:** | | **1,000** | | | | | | | |
| | | | | | | | | | |
| **CLASS PD. RETAINED** | | **1,000** | **(No. of Shrs. Purch. in the CP & Still held on 12/31/20)** [2] [3] | | | | | | |
| **Post Class-Period Transactions:** | | **No. Shares Bought** | **Price Per Share** | **Purchase Cost Before Fees and Comms.** | **No. Shares Sold** | **Actual Sale Price:** | **Avg. Closing Price from 1/1/21 to Day of Sale:** | **Sale Proceeds Before Fees and Comms.** | **Actual No. of Shares Held** |
| 1/8/2021 | Sell | | | | 20 | $60.7100 | $58.2560 | $1,214.20 | 980 |
| 1/8/2021 | Sell | | | | 2 | $60.7100 | $58.2560 | $121.42 | 978 |
| 1/8/2021 | Sell | | | | 826 | $60.7000 | $58.2560 | $50,138.20 | 152 |
| 1/8/2021 | Sell | | | | 100 | $60.7000 | $58.2560 | $6,070.00 | 52 |
| 1/8/2021 | Sell | | | | 2 | $60.7000 | $58.2560 | $121.40 | 50 |
| 1/8/2021 | Sell | | | | 50 | $60.7000 | $58.2560 | $3,035.00 | **0** |
| **Subtotal of Post-Class Period Trades:** | | **0** | | **$0.00** | **1,000** | | | **$60,700.22** | |

Stephen Lau FIFO-LIFO Losses in QS Common Stock

Prepared by Berger | Montague

| Stephen Lau Losses From Trading In QuantumScape Corp. ("QS") During The Class Period: 11/27/20 Through and Including 12/31/20 | | | | | | |
|---|---|---|---|---|---|---|
| **Exclude post Class Buys & Sales Matched to Post-Class PD Buys:** | 0 | | $0.00 | 0 | | $0.00 |
| **Net Post Class Pd Transactions Impacting Class Pd. Losses** | 0 | | $0.00 | 1,000 | | $60,700.22 |
| **CLASS PD. TOTALS:** | 1,000 | | $128,299.90 | 1,000 | $60,700.22 | |

| | | STEPHEN LAU FIFO/LIFO NET LOSS: | ($67,599.68) | | |
|---|---|---|---|---|---|

**[1]** Mr. Lau did not hold QS Common Stock pre-class period.

**[2]** Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period.

**[3]** 0 shares were retained after the class-period by Mr. Lau. Pursuant to the PSLRA, 0 shares are valued.