**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-CV-00058-WHO<br><br>**[PROPOSED] ORDER OF CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

(Additional captions on the next page)

ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,

Defendants.

Case No. 3:21-CV-00070

CHRISTOPHER LEO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Case No. 3:21-CV-00150

[PROPOSED] ORDER

Having considered the motion of Movant Stephen Lau ("Movant") for consolidation, appointment as Lead Plaintiff, and approval of selection of Berger Montague PC ("Berger Montague") as Lead Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. This Order (the "Order") shall apply to this Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Action.

3. Movant Stephen Lau is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

4. Movant's selection of Berger Montague as Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

A. to brief and argue motions;

B. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

C. to direct and coordinate the examination of witnesses in depositions;

D. to act as spokesperson at pretrial conferences;

E. to consult with and employ experts;

F. to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees;

[PROPOSED] ORDER

> G.   to initiate and conduct any settlement negotiations with Defendants' counsel; and
>
> H.   to perform such other duties as may be expressly authorized by further order of this Court.

5. Each new case that arises out of the subject matter of this Action and is filed in this Court or transferred to this Court shall be consolidated with this Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

6. Unless otherwise ordered by this Court, future filings in any related class action case herein consolidated shall be filed and docketed only under docket number Case No. 3:21-CV-00058-WHO.

**IT IS SO ORDERED.**

DATE: _____        _____
                                      HONORABLE WILLIAM H. ORRICK
                                      UNITED STATES DISTRICT JUDGE