**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Frank Fish*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-cv-00058-WHO<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF FRANK FISH'S MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:       April 14, 2021<br>Time:       2:00 p.m.<br>Courtroom: 2-17th Floor<br>Judge:      Hon. William H. Orrick |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:21-cv-00070-WHO |

1

DECLARATION OF ADAM M. APTON IN SUPPORT OF FRANK FISH'S MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL
NOS. 3:21-CV-00058-WHO; 3:21-CV-00070-WHO; 3:21-CV-00150-WHO

CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

          Defendants.

Case No. 3:21-cv-00150-WHO

2

I, Adam M. Apton, hereby declare as follows:

1. I am a partner of the law firm of Levi & Korsinsky, LLP, counsel for Frank Fish ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion") in the above captioned actions (the "Actions"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto collectively as **Exhibit A** are true and correct copy of the sworn certification signed by Movant.

3. Attached hereto as collectively as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investment in QuantumScape Corporation ("QuantumScape" or the "Company") f/k/a Kensington Capital Acquisition Corp. ("Kensington").

4. Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on January 6, 2021 on *Business Wire* announcing the pendency of the first-filed securities lawsuit.

5. Attached hereto as **Exhibit D** is a true and correct copy of the declaration signed by Movant in support of his Motion.

6. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 8th day of March, 2021.


*/s/ Adam M. Apton*
Adam M. Apton

DECLARATION OF ADAM M. APTON IN SUPPORT OF FRANK FISH'S MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL