# EXHIBIT A

**CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Frank Fish , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s) and adopt its allegations. I have authorized the filing of a motion for appointment as lead plaintiff.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case, except:

- *In re Longfin Corp. Securities Class Action Litigation,* No. 1:18-cv-02933-DLC (S.D.N.Y.)

- *Chauhan v. Longfin Corp. et al.,* No. 18-cv-2010 (E.D.NY.)

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 4,2021 .

Signed:

Name: Frank Fish

| Case Name | QuantumScape Corporation f/k/a Kensington Capital Acquisition Corp. |
|---|---|
| Ticker | QS |
| Class Period | 11-27-2020 to 12-31-2020 |

**Client Name**

Frank Fish

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 12-21-2020 | P | 5000 | $ 95.00 |
| 12-22-2020 | P | 6000 | $ 110.45 |
| 12-23-2020 | P | 6500 | $ 123.25 |
| 12-24-2020 | P | 7000 | $ 124.00 |
| 12-28-2020 | P | 6000 | $ 120.51 |
| 12-29-2020 | P | 6500 | $ 112.25 |
| 12-30-2020 | P | 6000 | $ 105.76 |