# EXHIBIT B

| Client Name | Frank Fish |
| --- | --- |
| Company Name | QuantumScape Corporation f/k/a Kensington Capital Acquisition Corp. |
| Ticker Symbol | QS |
| Security Type | |
| Class Period Start | 11-27-2020 |
| Class Period End | 12-31-2020 |
| 90-DAY Lookback Period Start | 01-01-2021 |
| 90-DAY Lookback Period End | 03-08-2021 |
| 90-DAY Lookback Average | $ 52.05 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $2,498,700.00 |
| *DURA LIFO* Total* | $2,498,700.00 |
| Gross Shares Purchased | 43,000.00 |
| Net Shares Retained | 43,000.00 |
| Net Funds Expended | $ 4,894,070.00 |

## Frank Fish

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-21-2020 | 5000 | 95 | $ 475,000.00 | 01-22-2021 | | 5000 | $ 54.85 | | $ 274,250.00 | 5000 | - | $ 52.05 | | $ 200,750.00 | $ 200,750.00 |
| 12-22-2020 | 4500 | 110.45 | $ 497,025.00 | 01-21-2021 | | 4500 | $ 55.25 | | $ 248,625.00 | 4500 | - | $ 52.05 | | $ 248,400.00 | $ 248,400.00 |
| 12-22-2020 | 1500 | 110.45 | $ 165,675.00 | 01-22-2021 | | 1500 | $ 54.85 | | $ 82,275.00 | 1500 | - | $ 52.05 | | $ 83,400.00 | $ 83,400.00 |
| 12-23-2020 | 5000 | 123.25 | $ 616,250.00 | 01-21-2021 | | 5000 | $ 55.25 | | $ 276,250.00 | 5000 | - | $ 52.05 | | $ 340,000.00 | $ 340,000.00 |
| 12-23-2020 | 1500 | 123.25 | $ 184,875.00 | 01-21-2021 | | 1500 | $ 55.25 | | $ 82,875.00 | 1500 | - | $ 52.05 | | $ 102,000.00 | $ 102,000.00 |
| 12-24-2020 | 6000 | 124 | $ 744,000.00 | 01-20-2021 | | 6000 | $ 55.69 | | $ 334,140.00 | 6000 | - | $ 52.05 | | $ 409,860.00 | $ 409,860.00 |
| 12-24-2020 | 1000 | 124 | $ 124,000.00 | 01-21-2021 | | 1000 | $ 55.25 | | $ 55,250.00 | 1000 | - | $ 52.05 | | $ 68,750.00 | $ 68,750.00 |
| 12-28-2020 | 1000 | 120.51 | $ 120,510.00 | 01-19-2021 | | 1000 | $ 56.33 | | $ 56,330.00 | 1000 | - | $ 52.05 | | $ 64,180.00 | $ 64,180.00 |
| 12-28-2020 | 5000 | 120.51 | $ 602,550.00 | 01-20-2021 | | 5000 | $ 55.69 | | $ 278,450.00 | 5000 | - | $ 52.05 | | $ 324,100.00 | $ 324,100.00 |
| 12-29-2020 | 1000 | 112.25 | $ 112,250.00 | 01-15-2021 | | 1000 | $ 56.73 | | $ 56,730.00 | 1000 | - | $ 52.05 | | $ 55,520.00 | $ 55,520.00 |
| 12-29-2020 | 5500 | 112.25 | $ 617,375.00 | 01-19-2021 | | 5500 | $ 56.33 | | $ 309,815.00 | 5500 | - | $ 52.05 | | $ 307,560.00 | $ 307,560.00 |
| 12-30-2020 | 6000 | 105.76 | $ 634,560.00 | 01-15-2021 | | 6000 | $ 56.73 | | $ 340,380.00 | 6000 | - | $ 52.05 | | $ 294,180.00 | $ 294,180.00 |
| Total: | 43,000 | | $ 4,894,070.00 | | | 43,000 | | | $2,395,370 | 43,000 | | | | $ 2,498,700.00 | $ 2,498,700.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.