# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Frank Fish*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-cv-00058-WHO<br><br>**DECLARATION OF FRANK FISH IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:       April 14, 2021<br>Time:      2:00 p.m.<br>Courtroom: 2-17th Floor<br>Judge:    Hon. William H. Orrick |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 4:21-cv-00070-WHO |

CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

        Defendants.

Case No. 3:21-cv-00150-WHO

**DECLARATION OF FRANK FISH IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Frank Fish, pursuant to 28 U.S.C. § 1746, declare as follow:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") on behalf of investors in QuantumScape Corporation ("QuantumScape" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I currently reside in Nanuet, New York and I am the founding member and senior property manager of Lc Lemle Real Estate Group LLC, a real estate investment firm located in Manhattan, New York, that has been in business for 40 years. I have a Master's Degree in Construction Management.

3. I have been investing in securities for more than 35 years and make all my own investment decisions.

4. In deciding to invest in QuantumScape stock during the Class Period, I relied on management's public statements and the price of the Company's stock.

5. As set forth in the documents to be filed with my motion, during the Class Period I personally purchased 43,000 shares of QuantumScape stock and retained all those shares through December 31, 2020, when the share price dropped significantly due to the allegations in the Actions and I suffered substantial losses as result. I am motivated to serve as lead plaintiff in the Actions to recover those losses and the losses suffered by all other Class members.

6. I routinely oversee attorneys for routine business matters relating to Lc Lemle. Moreover, I have direct experience hiring and overseeing attorneys in complex class actions. I have moved to be lead plaintiff in several actions over the last decade including: (i) *In re Netflix,*

*Inc., Securities Litigation*, No. 12-cv-00225-SC (N.D. Cal); (ii) *In re Solar City Corporation Securities Litigation,* No. 16-cv-04686-LHK, (N.D. Cal.); (iii) *In re Longfin Corp. Securities Class Action Litigation,* No. 1:18-cv-02933-DLC (S.D.N.Y.); and (iv) *Chauhan v. Longfin Corp. et al.,* No. 18-cv-2010 (E.D.NY.). I was appointed as lead plaintiff in the *Solar City* action on January 25, 2017. Throughout the lead plaintiff process in each of these cases, I was extremely invested in the role, and even traveled to attend the lead plaintiff motion hearings in both the *Longfin* and *Netflix* Actions.

7.      By virtue of moving for, and serving as, lead plaintiff in securities class actions, I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments in the litigation, and owes fiduciary duties to the Class to act in its best interest.

8.      Based on the foregoing, I am a sophisticated individual investor and am both capable and qualified to litigate the Actions on behalf of myself and the Class. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

9.      I understand that I am not required to seek appointment as lead plaintiff to participate in the class action. Based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

10.      Prior to seeking appointment as lead plaintiff in the Actions, I spoke via phone and email with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the Actions would progress after a lead plaintiff is appointed. After discussing the responsibilities of serving as a lead plaintiff and being satisfied

that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed a retainer agreement with Levi & Korsinsky, LLP and authorized the firm to file a lead plaintiff motion on my behalf. In my process of retaining a law firm to represent myself and the Class, I considered multiple firms and chose Levi & Korsinsky based upon their experience and knowledge of the case, among other reasons.

11.    As demonstrated by this Declaration, I have, and will, stayed informed of the developments in the lead plaintiff process since my motion was filed and remain committed to seeing the Actions litigated to a resolution.

12.    In furtherance of my fiduciary duties, I have already, among other things, (i) reviewed the first filed complaint filed against QuantumScape, and the related complaint filed on January 8, 2021, expanding the Class Period; (ii) discussed the litigation and my fiduciary duties as a lead plaintiff with my lawyers; and (iii) negotiated the legal fees to be paid to my counsel in the event this case is successfully resolved, which I understand is subject to Court approval. I understand that my counsel will be submitting a timely application for appointment as lead plaintiff on March 8, 2021 on my behalf.

13.    I hereby reaffirm my commitment to satisfying the fiduciary obligations I will owe to the Class if appointed as lead plaintiff, including conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct

Signed: 

Name: Frank Fish

Date: 3/4/2021