# EXHIBIT 1





# QS CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against QuantumScape Corporation f/k/a Kensington Capital Acquisition Corp.

January 06, 2021 01:23 AM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California captioned *Malriat v. QuantumScape Corporation f/k/a Kensington Capital Acquisition Corp., et al.,* (Case No. 21-cv-00058) on behalf of persons and entities that purchased or otherwise acquired QuantumScape Corporation ("QuantumScape" or the "Company") f/k/a Kensington Capital Acquisition Corp. (NYSE: QS) securities between **December 8, 2020 and December 31, 2020**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have until **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your QuantumScape investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/quantumscape-corporation/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On January 4, 2021, an article was published on *Seeking Alpha* pointing to several risks with QuantumScape's solid-state batteries that make it "completely unacceptable for real world field electric vehicles." Specifically, it stated that the battery's power means it "will only last for 260 cycles or about 75,000 miles of aggressive driving." As solid-state batteries are temperature sensitive, "the power and cycle tests at 30 and 45 degrees above would have been significantly worse if run even a few degrees lower."

On this news, the Company's stock price fell $34.49, or approximately 40.84%, to close at $49.96 per share on January 4, 2021, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's purported success related to its solid-state battery power, battery life, and energy density were significantly overstated; (2) that the Company is unlikely to be able to scale its technology to the multi-layer cell necessary to power electric vehicles; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired the QuantumScape securities during the Class Period, you may move the Court no later than **60 days from this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.com

# Tweets by @GPM_LLP

**Glancy Prongay & Murray LLP**
@GPM_LLP
Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Immunovant, Inc. f/k/a Health Sciences Acquisitions Corporation (IMVT)glancylaw.com/cases/immunova…

**Case Information | Glancy Prongay & Murray LLP**
glancylaw.com

6h

**Glancy Prongay & Murray LLP**
@GPM_LLP
Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Renewable Energy Group Inc.
(REGI)glancylaw.com/cases/renewabl…



**Case Information | Glancy Prongay & Murray LLP**
glancylaw.com

7h

**Glancy Prongay & Murray LLP**
@GPM_LLP

Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of Washington Prime Group, Inc. (WPG) on Behalf of Investorsglancylaw.com/cases/washingt…

**Case Information | Glancy Prongay & Murray LLP**
glancylaw.com

7h

## #Hashtags

#INVESTORS    #CLASSACTION    #NOTICE    #FRAUD

## $Cashtags

$QS