# EXHIBIT 3

**Kim Chu QuantumScape Corporation Loss Chart**
**Class Period: November 27, 2020 through December 31, 2020**

| Date | Description | Total |
|---|---|---|
| 12/29/2020 | Sold 25 QS Dec 31 2020 80 Put Options @ 1.03 | $2,575.00 |
| 12/31/2020 | Sold 25 QS Dec 31 2020 80 Put Options @ 0.29 | $725.00 |
| 12/31/2020 | Sold 50 QS Dec 31 2020 82 Put Options @ 0.51 | $2,550.00 |
| 12/31/2020 | Sold 50 QS Dec 31 2020 82 Put Options @ 0.45 | $2,250.00 |
| 12/31/2020 | Sold 50 QS Dec 31 2020 82 Put Options @ 0.40 | $2,000.00 |
| 12/31/2020 | Sold 50 QS Dec 31 2020 82 Put Options @ 0.36 | $1,800.00 |
| 12/31/2020 | Sold 25 QS Dec 31 2020 82 Put Options @ 0.70[†] | $975.00 |
| 12/31/2020 | Sold 25 QS Dec 31 2020 82 Put Options @ 0.39 | $975.00 |
| 12/31/2020 | Sold 50 QS Dec 31 2020 82 Put Options @ 0.37 | $1,850.00 |
| 12/31/2020 | Sold 50 QS Dec 31 2020 82 Put Options @ 0.35 | $1,750.00 |
| 12/31/2020 | Sold 8 QS Dec 31 2020 80 Put Options @ 3.00 | $2,400.00 |
| 1/4/2021 | Assigned (Purchased) 5,800 QS Shares @ 80 | ($464,000.00) |
| 1/4/2021 | Assigned (Purchased) 33,900 QS Shares @ 82 | ($2,779,800.00) |
|  |  |  |
|  | Retained Shares | 39,700 |
|  | Retained Value with $52.17 Lookback Price | $2,071,149.00 |
|  | **Total Loss** | ($1,152,801.00) |

[†]Shares related to this transaction were partially assigned (1,400 of 2,500)