# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00058-WHO |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, | |
| Defendants. | |

| | |
|---|---|
| ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00070-WHO |
| Plaintiff, | |
| v. | |
| QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH, and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC, | |
| Defendants. | |

[PROPOSED] ORDER
Case No. 3:21-cv-00058-WHO

CHRISTOPHER LEO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Case No. 3:21-cv-00150-WHO

Having considered the Motion of Dr. Richard Louis Miller for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re QuantumScape Corp. Securities Litigation*, Master File No. 3:21-cv-00058;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Dr. Richard Louis Miller as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2021    _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE