# EXHIBIT C

## Loss Chart

**Company Name:**     QuantumScape Corporation
**Ticker:**     QS
**Class Period:**     November 27, 2020 to December 31, 2020
**Name:**     Dr. Richard Louis Miller

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/22/2020 | 2,600 | $122.9000 | -$319,540.0000 | | $0.0000 | -$319,540.00 |
| 12/22/2020 | 100 | $122.8900 | -$12,289.0000 | | $0.0000 | -$12,289.00 |
| 12/22/2020 | 400 | $122.8900 | -$49,156.0000 | | $0.0000 | -$49,156.00 |
| 12/22/2020 | 200 | $122.8800 | -$24,576.0000 | | $0.0000 | -$24,576.00 |
| 12/22/2020 | 100 | $122.8800 | -$12,288.0000 | | $0.0000 | -$12,288.00 |
| 12/22/2020 | 100 | $122.8500 | -$12,285.0000 | | $0.0000 | -$12,285.00 |
| 12/22/2020 | 100 | $122.8400 | -$12,284.0000 | | $0.0000 | -$12,284.00 |
| 12/22/2020 | 100 | $122.7800 | -$12,278.0000 | | $0.0000 | -$12,278.00 |
| 12/22/2020 | 100 | $122.7800 | -$12,278.0000 | | $0.0000 | -$12,278.00 |
| 12/22/2020 | 100 | $122.7800 | -$12,278.0000 | | $0.0000 | -$12,278.00 |
| 12/22/2020 | 100 | $122.7700 | -$12,277.0000 | | $0.0000 | -$12,277.00 |
| 12/22/2020 | 37 | $122.7700 | -$4,542.4900 | | $0.0000 | -$4,542.49 |
| 12/22/2020 | 100 | $122.7700 | -$12,277.0000 | | $0.0000 | -$12,277.00 |
| 12/22/2020 | 100 | $122.7700 | -$12,277.0000 | | $0.0000 | -$12,277.00 |
| 12/22/2020 | 63 | $122.7600 | -$7,733.8800 | | $0.0000 | -$7,733.88 |
| 12/22/2020 | 100 | $122.7300 | -$12,273.0000 | | $0.0000 | -$12,273.00 |
| 12/22/2020 | 100 | $122.6900 | -$12,269.0000 | | $0.0000 | -$12,269.00 |
| 12/22/2020 | 100 | $122.6800 | -$12,268.0000 | | $0.0000 | -$12,268.00 |
| 12/22/2020 | 100 | $122.6700 | -$12,267.0000 | | $0.0000 | -$12,267.00 |
| 12/22/2020 | 100 | $122.6600 | -$12,266.0000 | | $0.0000 | -$12,266.00 |
| 12/22/2020 | 58 | $122.6600 | -$7,114.2800 | | $0.0000 | -$7,114.28 |
| 12/22/2020 | 100 | $122.6200 | -$12,262.0000 | | $0.0000 | -$12,262.00 |
| 12/22/2020 | 42 | $122.5900 | -$5,148.7800 | | $0.0000 | -$5,148.78 |
| 1/4/2021 | -5,000 | | $0.0000 | $53.6675 | $268,337.5000 | $268,337.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$345,889.93** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $52.1695 | 0 | **Total:** | **-$345,889.93** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between January 4, 2021 and March 5, 2021.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.