**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>        Defendants. | Case No.:   3:21-cv-00058-WHO<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING THE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>Judge:     Hon. William H. Orrick<br>Date:      April 14, 2021<br>Time:     2:00 PM<br>Courtroom: 2, 17th Floor |

[caption continued on next page]

ASHA GOWDA, Individually and on behalf of all others similarly situated,

        Plaintiff,

   vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,

        Defendants.

Case No.: 4:21-cv-00070

CHRISTOPHER LEO, Individually and on behalf of all others similarly situated,

        Plaintiff,

   vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

        Defendants.

Case No.: 3:21-cv-00150

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.    The Motion of Richard McCarthy for Consolidation of the above-captioned Related Actions, Appointment as Lead Plaintiff and Approval of Counsel is granted.

II.   The Related Actions are hereby consolidated.

III.  Richard McCarthy is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

IV.   Bernstein Liebhard LLP is hereby appointed as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLP is hereby appointed as Liaison Counsel for the proposed Class.

**IT IS SO ORDERED**, this _____ day of _____, 2021.

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE