BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Proposed Liaison Counsel for the Proposed Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>     Defendants. | Case No.:  3:21-cv-00058-WHO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF RICHARD McCARTHY'S MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Judge:     Hon. William H. Orrick<br>Date:      April 14, 2021<br>Time:     2:00 PM<br>Courtroom: 2, 17th Floor |

[caption continued on next page]

ASHA GOWDA, Individually and on behalf of all others similarly situated,

        Plaintiff,

  vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,

        Defendants.

Case No.: 4:21-cv-00070

CHRISTOPHER LEO, Individually and on behalf of all others similarly situated,

        Plaintiff,

  vs.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

        Defendants.

Case No. 3:21-cv-00150

I, Rachele R. Byrd, hereby declare under the penalty of perjury that:

1.    I am a partner with Wolf Haldenstein Adler Freeman & Herz LLP.  I make this Declaration in Support of Richard McCarthy's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Counsel.  The matters set forth herein are within my personal knowledge.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: Mr. McCarthy's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C: Mr. McCarthy's Loss Chart;

Exhibit D: Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E: Firm Résumé of Wolf Haldenstein Adler Freeman & Herz LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 8th day of March 2021 at San Diego, California.


　　　　　　　　　　　　　_/s/ Rachele R. Byrd_____
　　　　　　　　　　　　　RACHELE R. BYRD

27118