# EXHIBIT B

DocuSign Envelope ID: 636F024A-CA33-41C4-8704-A97536B57B3C

**CERTIFICATION OF NAMED PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

RICHARD F. MCCARTHY ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff. Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in QUANTUMSCAPE CORPORATION securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 7, 2021
_____.

DocuSigned by:

*Richard McCarthy*

D94538BE40554BC...
RICHARD F. MCCARTHY

**ATTACHMENT A**
RICHARD F. MCCARTHY transactions in QUANTUMSCAPE
CORPORATION

| TRANSACTION TYPE | DATE | SHARES | PRICE ($) |
|---|---|---|---|
| Purchase | 12/29/20 | 4 | 101.0000 |
| Purchase | 12/29/20 | 46 | 101.0000 |
| Purchase | 12/29/20 | 50 | 100.4450 |
| Purchase | 12/29/20 | 50 | 100.4999 |
| Purchase | 12/29/20 | 50 | 100.6680 |
| Purchase | 12/29/20 | 50 | 100.7700 |
| Purchase | 12/29/20 | 50 | 100.9850 |
| Purchase | 12/29/20 | 50 | 101.0000 |
| Purchase | 12/29/20 | 50 | 101.0063 |
| Purchase | 12/29/20 | 100 | 99.0600 |
| Purchase | 12/29/20 | 100 | 99.3200 |
| Purchase | 12/29/20 | 100 | 99.5900 |
| Purchase | 12/29/20 | 100 | 99.7750 |
| Purchase | 12/29/20 | 200 | 99.8400 |
| Sale | 12/29/20 | 200 | 100.1650 |
| Sale | 12/29/20 | 100 | 101.2000 |
| Sale | 12/29/20 | 100 | 101.2600 |
| Sale | 12/29/20 | 100 | 101.5450 |
| Purchase | 12/30/20 | 16 | 98.2595 |
| Purchase | 12/30/20 | 29 | 98.3190 |
| Purchase | 12/30/20 | 34 | 98.2595 |
| Purchase | 12/30/20 | 36 | 105.0100 |
| Purchase | 12/30/20 | 40 | 99.9565 |
| Purchase | 12/30/20 | 50 | 98.2450 |
| Purchase | 12/30/20 | 50 | 98.2700 |
| Purchase | 12/30/20 | 50 | 98.2950 |
| Purchase | 12/30/20 | 50 | 98.3050 |
| Purchase | 12/30/20 | 50 | 98.5750 |
| Purchase | 12/30/20 | 50 | 99.2500 |
| Purchase | 12/30/20 | 50 | 99.3000 |
| Purchase | 12/30/20 | 50 | 99.3100 |
| Purchase | 12/30/20 | 50 | 99.4101 |
| Purchase | 12/30/20 | 50 | 99.4733 |
| Purchase | 12/30/20 | 50 | 99.4900 |
| Purchase | 12/30/20 | 50 | 99.6300 |
| Purchase | 12/30/20 | 50 | 100.3688 |
| Purchase | 12/30/20 | 50 | 100.4500 |

| | | | |
|---|---|---|---|
| Purchase | 12/30/20 | 50 | 101.1280 |
| Purchase | 12/30/20 | 50 | 101.1495 |
| Purchase | 12/30/20 | 50 | 101.1750 |
| Purchase | 12/30/20 | 50 | 101.3715 |
| Purchase | 12/30/20 | 50 | 101.6300 |
| Purchase | 12/30/20 | 50 | 101.7500 |
| Purchase | 12/30/20 | 50 | 101.8489 |
| Purchase | 12/30/20 | 50 | 101.9431 |
| Purchase | 12/30/20 | 52 | 100.9300 |
| Purchase | 12/30/20 | 58 | 100.8650 |
| Purchase | 12/30/20 | 71 | 98.3190 |
| Purchase | 12/30/20 | 92 | 102.4500 |
| Purchase | 12/30/20 | 100 | 98.1900 |
| Purchase | 12/30/20 | 100 | 98.3900 |
| Purchase | 12/30/20 | 100 | 98.4000 |
| Purchase | 12/30/20 | 100 | 98.4500 |
| Purchase | 12/30/20 | 100 | 98.4600 |
| Purchase | 12/30/20 | 100 | 98.5000 |
| Purchase | 12/30/20 | 100 | 98.7100 |
| Purchase | 12/30/20 | 100 | 99.0919 |
| Purchase | 12/30/20 | 100 | 99.1000 |
| Purchase | 12/30/20 | 100 | 99.1600 |
| Purchase | 12/30/20 | 100 | 99.6689 |
| Purchase | 12/30/20 | 100 | 99.8000 |
| Purchase | 12/30/20 | 100 | 99.8350 |
| Purchase | 12/30/20 | 100 | 101.8595 |
| Purchase | 12/30/20 | 100 | 101.9100 |
| Purchase | 12/30/20 | 100 | 101.9800 |
| Purchase | 12/30/20 | 100 | 102.5500 |
| Purchase | 12/30/20 | 100 | 102.5600 |
| Purchase | 12/30/20 | 100 | 103.3000 |
| Purchase | 12/30/20 | 100 | 104.0889 |
| Purchase | 12/30/20 | 164 | 105.0100 |
| Purchase | 12/30/20 | 200 | 99.4700 |
| Purchase | 12/30/20 | 200 | 101.8600 |
| Purchase | 12/30/20 | 200 | 101.9900 |
| Purchase | 12/30/20 | 200 | 102.0650 |
| Purchase | 12/30/20 | 200 | 102.6500 |
| Purchase | 12/30/20 | 200 | 102.7500 |
| Purchase | 12/30/20 | 200 | 103.1000 |
| Purchase | 12/30/20 | 200 | 103.6300 |
| Purchase | 12/30/20 | 200 | 104.1500 |
| Purchase | 12/30/20 | 200 | 104.3600 |

| | | | |
|---|---|---|---|
| Purchase | 12/30/20 | 200 | 105.5500 |
| Purchase | 12/30/20 | 208 | 102.4700 |
| Purchase | 12/30/20 | 300 | 102.6200 |
| Purchase | 12/30/20 | 300 | 102.6850 |
| Purchase | 12/30/20 | 300 | 103.3800 |
| Purchase | 12/30/20 | 300 | 103.4800 |
| Purchase | 12/30/20 | 300 | 103.9850 |
| Purchase | 12/30/20 | 500 | 102.2200 |
| Purchase | 12/30/20 | 500 | 102.4000 |
| Purchase | 12/30/20 | 500 | 102.9887 |
| Purchase | 12/30/20 | 500 | 103.0000 |
| Purchase | 12/30/20 | 500 | 103.2500 |
| Sale | 12/30/20 | 400 | 106.7000 |
| Sale | 12/30/20 | 300 | 103.2500 |
| Sale | 12/30/20 | 139 | 103.4500 |
| Sale | 12/30/20 | 92 | 103.4500 |
| Sale | 12/30/20 | 62 | 103.4500 |
| Sale | 12/30/20 | 7 | 103.4500 |
| Purchase | 12/31/20 | 9 | 86.0860 |
| Purchase | 12/31/20 | 10 | 85.8356 |
| Purchase | 12/31/20 | 50 | 86.1000 |
| Purchase | 12/31/20 | 50 | 86.7000 |
| Purchase | 12/31/20 | 50 | 87.9000 |
| Purchase | 12/31/20 | 50 | 88.2550 |
| Purchase | 12/31/20 | 50 | 89.0900 |
| Purchase | 12/31/20 | 50 | 89.4500 |
| Purchase | 12/31/20 | 50 | 89.5450 |
| Purchase | 12/31/20 | 50 | 89.6800 |
| Purchase | 12/31/20 | 50 | 89.8491 |
| Purchase | 12/31/20 | 50 | 95.2100 |
| Purchase | 12/31/20 | 50 | 96.5750 |
| Purchase | 12/31/20 | 50 | 97.0700 |
| Purchase | 12/31/20 | 91 | 86.0200 |
| Purchase | 12/31/20 | 100 | 85.9500 |
| Purchase | 12/31/20 | 100 | 86.0800 |
| Purchase | 12/31/20 | 100 | 86.1100 |
| Purchase | 12/31/20 | 100 | 86.1100 |
| Purchase | 12/31/20 | 100 | 86.5600 |
| Purchase | 12/31/20 | 100 | 88.7222 |
| Purchase | 12/31/20 | 152 | 86.7080 |
| Purchase | 12/31/20 | 198 | 86.7080 |
| Purchase | 12/31/20 | 200 | 85.9975 |
| Purchase | 12/31/20 | 200 | 86.1100 |

| Purchase | 12/31/20 | 200 | 86.2450 |
| Purchase | 12/31/20 | 200 | 86.5000 |
| Purchase | 12/31/20 | 200 | 86.6000 |
| Purchase | 12/31/20 | 300 | 86.8000 |
| Purchase | 12/31/20 | 600 | 86.0950 |
| Sale | 12/31/20 | 100 | 87.0000 |
| Sale | 12/31/20 | 10 | 87.3800 |