# EXHIBIT C

**QuantumScape Corporation (NYSE : QS)**

FIFO/LIFO Losses
Class Period: 11/27/2020 - 12/31/2020

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| Richard F. McCarthy | 12/29/20 | 50 | 100.4500 | 5,022.50 | 12/29/20 | 200 | 100.1700 | 20,034.00 | | | |
| | 12/29/20 | 50 | 100.5000 | 5,025.00 | 12/29/20 | 100 | 101.2000 | 10,120.00 | | | |
| | 12/29/20 | 50 | 100.6700 | 5,033.50 | 12/29/20 | 100 | 101.2600 | 10,126.00 | | | |
| | 12/29/20 | 50 | 100.7700 | 5,038.50 | 12/29/20 | 100 | 101.5500 | 10,155.00 | | | |
| | 12/29/20 | 50 | 100.9900 | 5,049.50 | 12/30/20 | 300 | 103.2500 | 30,975.00 | | | |
| | 12/29/20 | 4 | 101.0000 | 404.00 | 12/30/20 | 139 | 103.4500 | 14,379.55 | | | |
| | 12/29/20 | 46 | 101.0000 | 4,646.00 | 12/30/20 | 62 | 103.4500 | 6,413.90 | | | |
| | 12/29/20 | 50 | 101.0000 | 5,050.00 | 12/30/20 | 7 | 103.4500 | 724.15 | | | |
| | 12/29/20 | 50 | 101.0100 | 5,050.50 | 12/30/20 | 92 | 103.4500 | 9,517.40 | | | |
| | 12/29/20 | 100 | 99.0600 | 9,906.00 | 12/30/20 | 400 | 106.7000 | 42,680.00 | | | |
| | 12/29/20 | 100 | 99.3200 | 9,932.00 | 12/31/20 | 100 | 87.0000 | 8,700.00 | | | |
| | 12/29/20 | 100 | 99.5900 | 9,959.00 | 12/31/20 | 10 | 87.3800 | 873.80 | | | |
| | 12/29/20 | 100 | 99.7800 | 9,978.00 | 01/05/21 | 50 | 54.7300 | 2,736.50 | | | |
| | 12/29/20 | 200 | 99.8400 | 19,968.00 | 01/05/21 | 230 | 54.7300 | 12,587.90 | | | |
| | 12/30/20 | 50 | 100.3700 | 5,018.50 | 01/05/21 | 100 | 54.7300 | 5,473.00 | | | |
| | 12/30/20 | 50 | 100.4500 | 5,022.50 | 01/05/21 | 75 | 54.7300 | 4,104.75 | | | |
| | 12/30/20 | 58 | 100.8700 | 5,850.46 | 01/05/21 | 100 | 54.7300 | 5,473.00 | | | |
| | 12/30/20 | 52 | 100.9300 | 5,248.36 | 01/05/21 | 100 | 54.7300 | 5,473.00 | | | |
| | 12/30/20 | 50 | 101.1300 | 5,056.50 | 01/05/21 | 95 | 54.7300 | 5,199.35 | | | |
| | 12/30/20 | 50 | 101.1500 | 5,057.50 | 01/05/21 | 100 | 54.7300 | 5,473.00 | | | |
| | 12/30/20 | 50 | 101.1800 | 5,059.00 | 01/05/21 | 468 | 54.7300 | 25,613.64 | | | |
| | 12/30/20 | 50 | 101.3700 | 5,068.50 | 01/05/21 | 400 | 54.7300 | 21,892.00 | | | |
| | 12/30/20 | 50 | 101.6300 | 5,081.50 | 01/05/21 | 100 | 54.7300 | 5,473.00 | | | |
| | 12/30/20 | 50 | 101.7500 | 5,087.50 | 01/05/21 | 32 | 54.7300 | 1,751.36 | | | |
| | 12/30/20 | 50 | 101.8500 | 5,092.50 | 01/05/21 | 200 | 54.7300 | 10,946.00 | | | |
| | 12/30/20 | 100 | 101.8600 | 10,186.00 | 01/05/21 | 500 | 54.7300 | 27,365.00 | | | |
| | 12/30/20 | 200 | 101.8600 | 20,372.00 | 01/05/21 | 500 | 54.7300 | 27,365.00 | | | |
| | 12/30/20 | 100 | 101.9100 | 10,191.00 | 01/05/21 | 1,000 | 54.7300 | 54,730.00 | | | |
| | 12/30/20 | 50 | 101.9400 | 5,097.00 | 01/05/21 | 100 | 54.7300 | 5,473.00 | | | |
| | 12/30/20 | 100 | 101.9800 | 10,198.00 | 01/05/21 | 49 | 54.7300 | 2,681.77 | | | |
| | 12/30/20 | 200 | 101.9900 | 20,398.00 | 01/05/21 | 351 | 54.7300 | 19,210.23 | | | |
| | 12/30/20 | 200 | 102.0700 | 20,414.00 | 01/05/21 | 1,000 | 54.7300 | 54,730.00 | | | |
| | 12/30/20 | 500 | 102.2200 | 51,110.00 | 01/05/21 | 1,000 | 54.7300 | 54,730.00 | | | |
| | 12/30/20 | 500 | 102.4000 | 51,200.00 | 01/05/21 | 500 | 54.7300 | 27,365.00 | | | |
| | 12/30/20 | 92 | 102.4500 | 9,425.40 | 01/05/21 | 500 | 54.7300 | 27,365.00 | | | |
| | 12/30/20 | 208 | 102.4700 | 21,313.76 | 01/05/21 | 500 | 54.7300 | 27,365.00 | | | |
| | 12/30/20 | 100 | 102.5500 | 10,255.00 | 01/05/21 | 500 | 54.9600 | 27,480.00 | | | |
| | 12/30/20 | 100 | 102.5600 | 10,256.00 | 01/05/21 | 500 | 55.1716 | 27,585.80 | | | |
| | 12/30/20 | 300 | 102.6200 | 30,786.00 | 01/05/21 | 69 | 56.1500 | 3,874.35 | | | |
| | 12/30/20 | 200 | 102.6500 | 20,530.00 | 01/05/21 | 30 | 56.1500 | 1,684.50 | | | |
| | 12/30/20 | 300 | 102.6900 | 30,807.00 | 01/05/21 | 4 | 56.1500 | 224.60 | | | |
| | 12/30/20 | 200 | 102.7500 | 20,550.00 | 01/05/21 | 50 | 56.1700 | 2,808.50 | | | |
| | 12/30/20 | 500 | 102.9900 | 51,495.00 | 01/05/21 | 44 | 56.1900 | 2,472.36 | | | |
| | 12/30/20 | 500 | 103.0000 | 51,500.00 | 01/05/21 | 10 | 56.1900 | 561.90 | | | |
| | 12/30/20 | 200 | 103.1000 | 20,620.00 | 01/05/21 | 50 | 56.2000 | 2,810.00 | | | |
| | 12/30/20 | 500 | 103.2500 | 51,625.00 | 01/05/21 | 43 | 56.2000 | 2,416.60 | | | |
| | 12/30/20 | 100 | 103.3000 | 10,330.00 | 01/05/21 | 300 | 56.2400 | 16,872.00 | | | |
| | 12/30/20 | 300 | 103.3800 | 31,014.00 | 01/05/21 | 100 | 56.4000 | 5,640.00 | | | |

**QuantumScape Corporation (NYSE : QS)**

FIFO/LIFO Losses

Class Period: 11/27/2020 - 12/31/2020

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | 12/30/20 | 300 | 103.4800 | 31,044.00 | 01/05/21 | 100 | 56.4000 | 5,640.00 | | | |
| | 12/30/20 | 200 | 103.6300 | 20,726.00 | 01/05/21 | 100 | 56.7500 | 5,675.00 | | | |
| | 12/30/20 | 300 | 103.9900 | 31,197.00 | 01/05/21 | 100 | 57.0000 | 5,700.00 | | | |
| | 12/30/20 | 100 | 104.0900 | 10,409.00 | 01/05/21 | 50 | 57.3000 | 2,865.00 | | | |
| | 12/30/20 | 200 | 104.1500 | 20,830.00 | 01/05/21 | 50 | 57.3250 | 2,866.25 | | | |
| | 12/30/20 | 200 | 104.3600 | 20,872.00 | 01/05/21 | 50 | 57.3250 | 2,866.25 | | | |
| | 12/30/20 | 164 | 105.0100 | 17,221.64 | 01/05/21 | 50 | 58.1250 | 2,906.25 | | | |
| | 12/30/20 | 36 | 105.0100 | 3,780.36 | 01/05/21 | 100 | 58.1700 | 5,817.00 | | | |
| | 12/30/20 | 200 | 105.5500 | 21,110.00 | 01/05/21 | 100 | 58.7100 | 5,871.00 | | | |
| | 12/30/20 | 100 | 98.1900 | 9,819.00 | 01/05/21 | 100 | 58.9200 | 5,892.00 | | | |
| | 12/30/20 | 50 | 98.2500 | 4,912.50 | 01/05/21 | 500 | 58.9512 | 29,475.60 | | | |
| | 12/30/20 | 16 | 98.2600 | 1,572.16 | 01/05/21 | 100 | 59.2300 | 5,923.00 | | | |
| | 12/30/20 | 34 | 98.2600 | 3,340.84 | 01/05/21 | 200 | 59.4250 | 11,885.00 | | | |
| | 12/30/20 | 50 | 98.2700 | 4,913.50 | 01/05/21 | 100 | 59.4650 | 5,946.50 | | | |
| | 12/30/20 | 50 | 98.3000 | 4,915.00 | 01/05/21 | 100 | 59.7300 | 5,973.00 | | | |
| | 12/30/20 | 50 | 98.3100 | 4,915.50 | 01/05/21 | 100 | 59.7400 | 5,974.00 | | | |
| | 12/30/20 | 29 | 98.3200 | 2,851.28 | 01/05/21 | 200 | 59.8900 | 11,978.00 | | | |
| | 12/30/20 | 71 | 98.3200 | 6,980.72 | 01/05/21 | 100 | 60.4500 | 6,045.00 | | | |
| | 12/30/20 | 100 | 98.3900 | 9,839.00 | 01/05/21 | 67 | 60.5100 | 4,054.17 | | | |
| | 12/30/20 | 100 | 98.4000 | 9,840.00 | 01/05/21 | 33 | 60.5300 | 1,997.49 | | | |
| | 12/30/20 | 100 | 98.4500 | 9,845.00 | 01/06/21 | 500 | 63.1501 | 31,575.05 | | | |
| | 12/30/20 | 100 | 98.4600 | 9,846.00 | 01/06/21 | 500 | 63.1758 | 31,587.90 | | | |
| | 12/30/20 | 100 | 98.5000 | 9,850.00 | | | | | | | |
| | 12/30/20 | 50 | 98.5800 | 4,929.00 | | | | | | | |
| | 12/30/20 | 100 | 98.7100 | 9,871.00 | | | | | | | |
| | 12/30/20 | 100 | 99.0900 | 9,909.00 | | | | | | | |
| | 12/30/20 | 100 | 99.1000 | 9,910.00 | | | | | | | |
| | 12/30/20 | 100 | 99.1600 | 9,916.00 | | | | | | | |
| | 12/30/20 | 50 | 99.2500 | 4,962.50 | | | | | | | |
| | 12/30/20 | 50 | 99.3000 | 4,965.00 | | | | | | | |
| | 12/30/20 | 50 | 99.3100 | 4,965.50 | | | | | | | |
| | 12/30/20 | 50 | 99.4100 | 4,970.50 | | | | | | | |
| | 12/30/20 | 200 | 99.4700 | 19,894.00 | | | | | | | |
| | 12/30/20 | 50 | 99.4700 | 4,973.50 | | | | | | | |
| | 12/30/20 | 50 | 99.4900 | 4,974.50 | | | | | | | |
| | 12/30/20 | 50 | 99.6300 | 4,981.50 | | | | | | | |
| | 12/30/20 | 100 | 99.6700 | 9,967.00 | | | | | | | |
| | 12/30/20 | 100 | 99.8000 | 9,980.00 | | | | | | | |
| | 12/30/20 | 100 | 99.8400 | 9,984.00 | | | | | | | |
| | 12/30/20 | 40 | 99.9600 | 3,998.40 | | | | | | | |
| | 12/31/20 | 10 | 85.8400 | 858.40 | | | | | | | |
| | 12/31/20 | 100 | 85.9500 | 8,595.00 | | | | | | | |
| | 12/31/20 | 200 | 86.0000 | 17,200.00 | | | | | | | |
| | 12/31/20 | 91 | 86.0200 | 7,827.82 | | | | | | | |
| | 12/31/20 | 100 | 86.0800 | 8,608.00 | | | | | | | |
| | 12/31/20 | 9 | 86.0900 | 774.81 | | | | | | | |
| | 12/31/20 | 600 | 86.1000 | 51,660.00 | | | | | | | |
| | 12/31/20 | 50 | 86.1000 | 4,305.00 | | | | | | | |
| | 12/31/20 | 100 | 86.1100 | 8,611.00 | | | | | | | |

**QuantumScape Corporation (NYSE : QS)**

FIFO/LIFO Losses

Class Period: 11/27/2020 - 12/31/2020

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | 12/31/20 | 100 | 86.1100 | 8,611.00 | | | | | | | |
| | 12/31/20 | 200 | 86.1100 | 17,222.00 | | | | | | | |
| | 12/31/20 | 200 | 86.2500 | 17,250.00 | | | | | | | |
| | 12/31/20 | 200 | 86.5000 | 17,300.00 | | | | | | | |
| | 12/31/20 | 100 | 86.5600 | 8,656.00 | | | | | | | |
| | 12/31/20 | 200 | 86.6000 | 17,320.00 | | | | | | | |
| | 12/31/20 | 50 | 86.7000 | 4,335.00 | | | | | | | |
| | 12/31/20 | 152 | 86.7100 | 13,179.92 | | | | | | | |
| | 12/31/20 | 198 | 86.7100 | 17,168.58 | | | | | | | |
| | 12/31/20 | 300 | 86.8000 | 26,040.00 | | | | | | | |
| | 12/31/20 | 50 | 87.9000 | 4,395.00 | | | | | | | |
| | 12/31/20 | 50 | 88.2600 | 4,413.00 | | | | | | | |
| | 12/31/20 | 100 | 88.7200 | 8,872.00 | | | | | | | |
| | 12/31/20 | 50 | 89.0900 | 4,454.50 | | | | | | | |
| | 12/31/20 | 50 | 89.4500 | 4,472.50 | | | | | | | |
| | 12/31/20 | 50 | 89.5500 | 4,477.50 | | | | | | | |
| | 12/31/20 | 50 | 89.6800 | 4,484.00 | | | | | | | |
| | 12/31/20 | 50 | 89.8500 | 4,492.50 | | | | | | | |
| | 12/31/20 | 50 | 95.2100 | 4,760.50 | | | | | | | |
| | 12/31/20 | 50 | 96.5800 | 4,829.00 | | | | | | | |
| | 12/31/20 | 50 | 97.0700 | 4,853.50 | | | | | | | |
| **Richard F. McCarthy Totals** | | **14,660** | | **$1,440,186.91** | | **14,660** | | **$898,219.37** | **-** | | **($541,967.54)** |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale