Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel
for Movant, Bala Mullur*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, <br><br> Defendants. | Case No. 3:21-CV-58-WHO <br><br> **DECLARATION OF RAMZI ABADOU IN SUPPORT OF BALA MULLUR'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT HIM AS LEAD PLAINTIFF AND APPROVE HIS SELECTION OF LEAD COUNSEL** <br><br> **CLASS ACTION** <br><br> Judge:      Hon. William H. Orrick <br> Date:       April 14, 2021 <br> Time:       2:00 PM <br> Courtroom: 2 – 17th Floor |

DECLARATION OF RAMZI ABADOU                                            CASE No. 3:21-cv-58-WHO)

ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,

              Plaintiff,

v.

QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,

              Defendants.

) Case No. 3:21-CV-70-WHO
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CHRISTOPHER LEO,

              Plaintiff,

v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., et al.,

              Defendants.

) Case No. 3:21-CV-150-WHO
)
)
)
)
)
)
)
)
)
)
)
)

DECLARATION OF RAMZI ABADOU               CASE No. 3:21-cv-58-WHO

1. I, Ramzi Abadou, hereby declare as follows:

2. I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

3. I submit this Declaration, together with the attached exhibits, in support of Bala Mullur's Notice of Motion and Motion to Consolidate Related Actions, Appoint Him as Lead Plaintiff, and Approve His Selection of Lead Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

4. Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification of Bala Mullur, reflecting all his transactions in QuantumScape Corporation ("QuantumScape") securities during the Class Period.

5. Attached hereto as **Exhibit B** is a table reflecting the losses incurred by Bala Mullur from his transactions in QuantumScape securities during the Class Period.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Mr. Bala Mullur in Support of his Motion to Consolidate Related Actions, to Appoint Lead Plaintiff, and to Approve His Selection of Lead Counsel, dated March 7, 2021.

7. Attached hereto as **Exhibit D** is a true and correct copy of the press release published on January 6, 2021, on *Business Wire*, a well-known national business-oriented publication, announcing the pendency of the first-filed lawsuit commenced against Defendants in *Malriat v. QuantumScape Corp., et. al.,* No. 3:21-cv-00058 (N.D. Cal.).

8. Attached hereto as **Exhibit E** is a true and correct copy of the press release published on January 6, 2021, on *Business Wire*, announcing the pendency of the second-filed lawsuit commenced against Defendants in *Gowda v. QuantumScape Corp., et. al.*, No. 3:21-cv-00070 (N.D. Cal.).

9. Attached hereto as **Exhibit F** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

DECLARATION OF RAMZI ABADOU                    1                    CASE No. 3:21-cv-58-WHO

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 8, 2021, in San Francisco, California.

_s/ Ramzi Abadou_
RAMZI ABADOU

DECLARATION OF RAMZI ABADOU                    2                    CASE No. 3:21-cv-58-WHO