# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

BALA MULLUR ("Movant") declares, as to the claims asserted under the federal securities law, that:

1.  Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, and retains the firm of Kahn Swick and Foti, LLC to pursue such action on a contingent fee basis.

2.  Movant did not purchase securities of **QuantumScape Corporation** at the direction of plaintiff's counsel or in order to participate in a private action under the federal securities laws.

3.  Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.  During the Class Period, Movant has executed transactions in the securities of **QuantumScape Corporation.** The transactions in the attached Schedule set forth all of the transactions of Movant in **QuantumScape Corporation** securities during the Class Period specified in the Complaint.

5.  In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.  Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: MARCH 7, _____ , 2021

_____
Movant's Signature

BALA MULLUR
_____
Printed Name

| ACCOUNT NO. 1 | | | |
| SCHEDULE A: COMMON STOCK TRANSACTIONS | | | |
| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 12/1/2020 | Bought | 20,000 | $ 35.75 |
| 1/4/2021 | Bought | 15,000 | $ 85.00 ** |
| 1/4/2021 | Bought | 800 | $ 90.00 ** |
| 1/4/2021 | Bought | 37,600 | $ 100.00 ** |

| ACCOUNT NO. 2 | | | |
| SCHEDULE A: COMMON STOCK TRANSACTIONS | | | |
| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 1/4/2021 | Bought | 2,700 | $ 100.00 ** |

| ACCOUNT NO. 3 | | | |
| SCHEDULE A: COMMON STOCK TRANSACTIONS | | | |
| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 1/4/2021 | Bought | 600 | $ 90.00 ** |

** = Shares of common stock acquired through the assignment of an option with an expiration date of December 31, 2020, the last date of the Class Period.

| ACCOUNT NO. 1 | | | | |
| --- | --- | --- | --- | --- |
| SCHEDULE A: Options Transactions | | | | |
| Description: | Transaction: | Date: | Quantity: | Price: |
| QS Dec 11 2020 45.0 Put | Sold (to Open) | 12/8/2020 | (1,000) | 1.05 |
| QS Dec 18 2020 50.0 Put | Sold (to Open) | 12/11/2020 | (1,000) | 1.35 |
| QS Dec 11 2020 45.0 Put | Expired | 12/14/2020 | 1,000 | 0 |
| QS Dec 24 2020 60.0 Put | Sold (to Open) | 12/18/2020 | (100) | 1.6 |
| QS Dec 24 2020 60.0 Put | Sold (to Open) | 12/18/2020 | (90) | 1.5 |
| QS Dec 24 2020 60.0 Put | Sold (to Open) | 12/18/2020 | (810) | 1.4 |
| QS Dec 18 2020 50.0 Put | Expired | 12/21/2020 | 1,000 | 0 |
| QS Dec 24 2020 100.0 Put | Sold (to Open) | 12/22/2020 | (1,000) | 1.55 |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 12 | 0.1 |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 288 | 0.15 |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 226 | 0.15 |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 274 | 0.15 |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 100 | 0.15 |
| QS Dec 31 2020 90.0 Put | Sold (to Open) | 12/24/2020 | (8) | 2.15 |
| QS Dec 24 2020 100.0 Put | Expired | 12/28/2020 | 1,000 | 0 |
| QS Dec 24 2020 60.0 Put | Expired | 12/28/2020 | 100 | 0 |
| QS Dec 31 2020 100.0 Put | Sold (to Open) | 12/28/2020 | (376) | 1.9 |
| QS Dec 31 2020 85.0 Put | Sold (to Open) | 12/29/2020 | (150) | 1.1 |
| QS Dec 31 2020 90.0 Put | Removal Due To Assignment | 1/4/2021 | 8 | 0 |
| QS Dec 31 2020 100.0 Put | Removal Due To Assignment | 1/4/2021 | 376 | 0 |
| QS Dec 31 2020 85.0 Put | Removal Due To Assignment | 1/4/2021 | 150 | 0 |

| ACCOUNT NO. 2 | | | | |
| --- | --- | --- | --- | --- |
| SCHEDULE A: Options Transactions | | | | |
| Description: | Transaction: | Date: | Quantity: | Price: |
| QS Dec 24 2020 75.0 Put | Sold (to Open) | 12/23/2020 | (200) | 0.15 |
| QS Dec 24 2020 75.0 Put | Expired | 12/28/2020 | 200 | 0 |
| QS Dec 31 2020 100.0 Put | Sold (to Open) | 12/28/2020 | (27) | 1.75 |
| QS Dec 31 2020 100.0 Put | Removal Due to Assignment | 1/4/2021 | 27 | |

| ACCOUNT NO. 3 | | | | |
| --- | --- | --- | --- | --- |
| SCHEDULE A: Options Transactions | | | | |
| Description: | Transaction: | Date: | Quantity: | Price: |
| QS Dec 31 2020 90.0 Put | Sold (to Open) | 12/24/2020 | (6) | 2.15 |
| QS Dec 31 2020 90.0 Put | Removal Due to Assignment | 1/4/2021 | 6 | 0 |