# EXHIBIT B

**QuantumScape Securities Litigation**
**LOSS CHART**
**Class Period Begins:** 11/27/2020
**Class Period Ends:** 12/31/2020
**90-Day Lookback Ends:** 3/31/2021 **Not Yet Expired**
**Mean Trading Price (Full 90 Days):** $ 52.17

**ACCOUNT NO. 1: (Common Stock)**

| Date: | Transaction: | Quantity: | Price: | (Total Cost): | Date: | Transaction: | Quantity: | Price: | Total Proceeds: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2020 | Bought | 20,000 | $ 35.75 | $ (715,000.00) | HELD* | | (20,000) | $ 52.17 | $ 1,043,390.70 | $ 328,390.70 |
| 1/4/2021 | Bought | 15,000 | $ 85.00 | $ (1,275,000.00) | HELD* | | (15,000) | $ 52.17 | $ 782,543.02 | $ (492,456.98) |
| 1/4/2021 | Bought | 800 | $ 90.00 | $ (72,000.00) | HELD* | | (800) | $ 52.17 | $ 41,735.63 | $ (30,264.37) |
| 1/4/2021 | Bought | 37,600 | $ 100.00 | $ (3,760,000.00) | HELD* | | (37,600) | $ 52.17 | $ 1,961,574.51 | $ (1,798,425.49) |

**GAINS OR (LOSSES) ON COMMON STOCK (this account): $ (1,992,756.13)**

**ACCOUNT NO. 2: (Common Stock)**

| Date: | Transaction: | Quantity: | Price: | (Total Cost): | Date: | Transaction: | Quantity: | Price: | Total Proceeds: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2021 | Bought | 2,700 | $ 100.00 | $ (270,000.00) | HELD* | | (2,700) | $ 52.17 | $ 140,857.74 | $ (129,142.26) |

**GAINS OR (LOSSES) ON COMMON STOCK (this account): $ (129,142.26)**

**ACCOUNT NO. 3: (Common Stock)**

| Date: | Transaction: | Quantity: | Price: | (Total Cost): | Date: | Transaction: | Quantity: | Price: | Total Proceeds: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2021 | Bought | 600 | $ 90.00 | $ (54,000.00) | HELD* | | (600) | $ 52.17 | $ 31,301.72 | $ (22,698.28) |

**GAINS OR (LOSSES) ON COMMON STOCK (this account): $ (22,698.28)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Purchases:** | 76,700 | **Total Cost:** | $ (6,146,000.00) | | **Total (Losses) On Common Stock - All Accounts** | $ (2,144,596.67) |
| *Less: Proceeds From Options Transactions* | | | $ 623,135.00 | | *Less: Proceeds From Options Transactions* | $ 623,135.00 |
| **Net Funds Expended During the Class Period:** | | | $ (5,522,865.00) | | **Net (Loss) On All QuantumScape Securities** | $ (1,521,461.67) |

**OPTIONS ACTIVITY:**

**ACCOUNT NO. 1: (Options Transactions)**

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 11 2020 45.0 Put | Sold (to Open) | 12/8/2020 | (1,000) | 1.05 | $ 105,000.00 |
| QS Dec 11 2020 45.0 Put | Expired | 12/14/2020 | 1,000 | 0 | $ - |
| | | | | | $ 105,000.00 |

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 18 2020 50.0 Put | Sold (to Open) | 12/11/2020 | (1,000) | 1.35 | $ 135,000.00 |
| QS Dec 18 2020 50.0 Put | Expired | 12/21/2020 | 1,000 | 0 | $ - |
| | | | | | $ 135,000.00 |

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 24 2020 100.0 Put | Sold (to Open) | 12/22/2020 | (1,000) | 1.55 | $ 155,000.00 |
| QS Dec 24 2020 100.0 Put | Expired | 12/28/2020 | 1,000 | 0 | $ - |
| | | | | | $ 155,000.00 |

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 24 2020 60.0 Put | Sold (to Open) | 12/18/2020 | (100) | 1.6 | $ 16,000.00 |
| QS Dec 24 2020 60.0 Put | Sold (to Open) | 12/18/2020 | (90) | 1.5 | $ 13,500.00 |

**HELD*** = For shares acquired during the Class Period, but held throughough the 90-day period immediately thereafter, losses have been determined using "the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." 15 U.S.C. § 78u-4(e)(1).

Here, the "mean trading price" as of March 5, 2021 (the last available data as of this writing) was approximately $52.17 per share.  15 U.S.C. § 78u-4(e)(3).

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 24 2020 60.0 Put | Sold (to Open) | 12/18/2020 | (810) | 1.4 | $ 113,400.00 |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 12 | 0.1 | $ (120.00) |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 288 | 0.15 | $ (4,320.00) |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 226 | 0.15 | $ (3,390.00) |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 274 | 0.15 | $ (4,110.00) |
| QS Dec 24 2020 60.0 Put | Bought (to Close) | 12/22/2020 | 100 | 0.15 | $ (1,500.00) |
| QS Dec 24 2020 60.0 Put | Expired | 12/28/2020 | 100 | 0 | $ - |
| | | | | | $ 129,460.00 |

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 31 2020 100.0 Put | Sold (to Open) | 12/28/2020 | (376) | 1.9 | $ 71,440.00 |
| QS Dec 31 2020 100.0 Put | Removal Due To Assignment | 1/4/2021 | 376 | 0 | $ - |
| | | | | | $ 71,440.00 |

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 31 2020 85.0 Put | Sold (to Open) | 12/29/2020 | (150) | 1.1 | $ 16,500.00 |
| QS Dec 31 2020 85.0 Put | Removal Due To Assignment | 1/4/2021 | 150 | 0 | $ - |
| | | | | | $ 16,500.00 |

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 31 2020 90.0 Put | Sold (to Open) | 12/24/2020 | (8) | 2.15 | $ 1,720.00 |
| QS Dec 31 2020 90.0 Put | Removal Due To Assignment | 1/4/2021 | 8 | 0 | $ - |
| | | | | | $ 1,720.00 |

**ACCOUNT NO. 2: (Options Transactions)**

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 24 2020 75.0 Put | Sold (to Open) | 12/23/2020 | (200) | 0.15 | $ 3,000.00 |
| QS Dec 24 2020 75.0 Put | Expired | 12/28/2020 | 200 | 0 | $ - |
| | | | | | $ 3,000.00 |

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 31 2020 100.0 Put | Sold (to Open) | 12/28/2020 | (27) | 1.75 | $ 4,725.00 |
| QS Dec 31 2020 100.0 Put | Removal Due to Assignment | 1/4/2021 | 27 | 0 | $ - |
| | | | | | $ 4,725.00 |

**ACCOUNT NO. 3: (Options Transactions)**

| Description: | Transaction: | Date: | Quantity: | Price: | Total (Cost) or Proceeds: |
|---|---|---|---|---|---|
| QS Dec 31 2020 90.0 Put | Sold (to Open) | 12/24/2020 | (6) | 2.15 | $ 1,290.00 |
| QS Dec 31 2020 90.0 Put | Removal Due to Assignment | 1/4/2021 | 6 | 0 | $ - |
| | | | | | $ 1,290.00 |

Total Proceeds From Options Transactions: $ 623,135.00