# EXHIBIT C

Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel*
*for Movant, Bala Mullur*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>                      Defendants. | Case No. 3:21-CV-58-WHO<br><br>**DECLARATION OF BALA MULLUR IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br><u>**CLASS ACTION**</u><br><br>Judge:     Hon. William H. Orrick<br>Courtroom: 2 – 17th Floor |

ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

      v.

QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-CV-70-WHO

CHRISTOPHER LEO,

                Plaintiff,

      v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., et al.,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-CV-150-WHO

DECLARATION OF BALA MULLUR                 CASE No. 3:21-cv-58-WHO

I, Bala Mullur, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration to support my motion for appointment as lead plaintiff on behalf of investors in QuantumScape Corporation ("QuantumScape" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      I am a resident of Milbury, Massachusetts.

3.      I am a project management professional ("PMP") and have been PMP certified since 2013. I hold master's degrees in Solid State Physics (1982), Electrical Engineering (1984) and Business Administration, Marketing and Finance (1991). Over the course of my professional career, I have managed multiple projects in enterprise class programs for Fortune 1000 companies in the Finance, Healthcare, Medical Devices Finance and Consumer Goods segments.

4.      I have approximately thirty-seven years of experience investing in the capital markets.

5.      I believe the securities class action against QuantumScape is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the Class.

6.      I suffered a substantial loss on my investments in QuantumScape securities during the Class Period. For this reason, I decided to seek appointment as Lead Plaintiff in this action. I understand the responsibilities and duties of service as a Lead Plaintiff, including my fiduciary duties to the Class.

7.      I understand and appreciate that a Lead Plaintiff's obligation under the PSLRA is to act as a fiduciary for the class, and that an important decision in this role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel based on the firm's experience in achieving substantial recoveries in securities class actions. As part of my due diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF Managing Partner Lewis S. Kahn.

8.      I will direct Lead Counsel to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing

substantive filings before they are filed with the Court, directing and supervising KSF and leading settlement discussions, if any, that will take place in this matter.

9.     I understand that a Lead Plaintiff's share of any recovery is the same as any other potential Class member. As my Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __7__, 2021, in Milbury, Massachusetts.

_____
Bala Mullur

DECLARATION OF BALA MULLUR                    2                    CASE NO. 3:21-cv-58-WHO