**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, <br><br> Defendants. | Case No. 3:21-CV-58-WHO <br><br> **[PROPOSED] ORDER GRANTING BALA MULLUR'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE HIS SELECTION OF LEAD COUNSEL** <br><br> **CLASS ACTION** <br><br> Judge:      Hon. William H. Orrick <br> Courtroom:  2 – 17th Floor |

[PROPOSED] ORDER                                                          CASE No. 3:21-cv-58-WHO

ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,          )

Plaintiff,          )

v.          )

QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,          )

Defendants.          )

Case No. 3:21-CV-70-WHO

CHRISTOPHER LEO,          )

Plaintiff,          )

v.          )

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., et al.,          )

Defendants.          )

Case No. 3:21-CV-150-WHO

[PROPOSED] ORDER                                                                                    CASE No. 3:21-cv-58-WHO

Before the Court is Bala Mullur's motion for: (i) consolidation of the above-captioned related securities actions; (ii) appointment as Lead Plaintiff; and (iii) approval of his selection of Kahn Swick & Foti, LLC as Lead Counsel. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

(a)     The above-captioned *Malriat*, *Gowda*, and *Leo* Actions are hereby consolidated under Case No. 3:21-cv-58;

(b)     Bala Mullur is appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(c)     Kahn Swick & Foti, LLC is approved as Lead Counsel for the putative Class pursuant to the PSLRA.

This _____ day of _____, 2021

_____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER                    1                    CASE No. 3:21-cv-58-WHO