UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MALRIAT, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00058-WHO |
| Plaintiff, | CLASS ACTION |
| vs. | PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL |
| QUANTUMSCAPE CORPORATION f/k/a KENSINGTON CAPITAL ACQUISITION CORP., et al., | |
| Defendants. | |

Having considered Matthew N. Palucci's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.        The Motion is GRANTED;

2.        Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Malriat v. QuantumScape Corporation*, No. 3:21-cv-00058-WHO; *Gowda v. QuantumScape Corporation*, No. 3:21-cv-00070; and *Leo v. QuantumScape Corporation*, No. 3:21-cv-00150-WHO are consolidated as:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QUANTUMSCAPE CORPORATION SECURITIES LITIGATION ) ) ) | Case No. 3:21-cv-00058-WHO |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) | |
| ALL ACTIONS. ) ) | |

(a)        The file in Case No. 3:21-cv-00058-WHO shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other case. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)        All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown; and

3.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Matthew N. Palucci is appointed as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Mr. Palucci's selection of Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP are approved and appointed as Lead Counsel

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE