# EXHIBIT C

Movant's Purchases and Losses

Class Period: 11/27/2020 - 12/31/2020

QuantumScape

| Name | Date | Shares Acquired | Price | Total Cost | Date* | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Matthew N. Palucci | 12/22/2020 | 3,500 | $113.00 | $395,500.00 | 12/22/2020 | 4,304 | $118.27 | $509,034.08 | |
| | 12/22/2020 | 250 | $113.00 | $28,249.98 | 12/22/2020 | 2,746 | $118.18 | $324,522.28 | |
| | 12/22/2020 | 500 | $112.98 | $56,490.00 | 12/22/2020 | 1,700 | $118.00 | $200,600.00 | |
| | 12/22/2020 | 100 | $112.93 | $11,293.00 | 12/22/2020 | 8,200 | $126.20 | $1,034,840.00 | |
| | 12/22/2020 | 100 | $112.91 | $11,291.00 | 01/04/2021 | 263 | $68.82 | $18,099.66 | |
| | 12/22/2020 | 100 | $112.90 | $11,290.00 | 01/04/2021 | 7,737 | $68.80 | $532,305.60 | |
| | 12/22/2020 | 49 | $112.89 | $5,531.61 | | | | | |
| | 12/22/2020 | 90 | $112.88 | $10,159.20 | | | | | |
| | 12/22/2020 | 50 | $112.87 | $5,643.50 | | | | | |
| | 12/22/2020 | 1 | $112.86 | $112.86 | | | | | |
| | 12/22/2020 | 10 | $112.85 | $1,128.50 | | | | | |
| | 12/22/2020 | 1,200 | $112.84 | $135,408.00 | | | | | |
| | 12/22/2020 | 800 | $112.84 | $90,271.92 | | | | | |
| | 12/22/2020 | 400 | $112.84 | $45,135.92 | | | | | |
| | 12/22/2020 | 200 | $112.83 | $22,566.00 | | | | | |
| | 12/22/2020 | 1,300 | $112.78 | $146,614.00 | | | | | |
| | 12/22/2020 | 100 | $112.74 | $11,274.00 | | | | | |
| | 12/22/2020 | 8,200 | $124.00 | $1,016,800.00 | | | | | |
| | 12/22/2020 | 7,800 | $131.72 | $1,027,415.22 | | | | | |
| | 12/22/2020 | 200 | $125.00 | $25,000.00 | | | | | |
| **Movant's Total** | | **24,950** | | **$3,057,174.71** | | **24,950** | | **$2,619,401.62** | **($437,773.09)** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.