# EXHIBIT D

## DECLARATION OF MATTHEW N. PALUCCI

I, MATTHEW N. PALUCCI, declare as follows:

1. This declaration is made in support of my motion for consolidation of the related actions, appointment as lead plaintiff, and approval of selection of lead counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I reside in Englewood, Florida.

3. I am currently retired, but before my retirement in 2019, I was a senior outside sales representative for a global manufacturer of plastic and composite materials for the industrial, aerospace, and energy industries, including various fossil and nuclear power plants. I attended Villanova University where I obtained a Bachelor of Science degree in finance. I have also taken numerous courses at both the University of Delaware and Saint Joseph's University.

4. I have nearly 40 years of experience investing in the stock market and I am familiar with selecting and overseeing attorneys.

5. I suffered substantial losses in connection with my transactions in QuantumScape Corporation securities during the Class Period. As a result, I am motivated to seek to obtain the best possible result for myself and the class.

6. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

7. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and am empowered to authorize a potential

4835-2227-8109.v2

settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

8.       I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

9.       I am aware that I have the right to select counsel as part of the lead plaintiff process.  Based on their experience prosecuting securities cases and history of collaboration, I have selected Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP to represent the class in this case on a contingency basis.  Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with Robbins Geller and Johnson Fistel attorneys.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25 day of February, 2021, at Englewood, Florida.



_____
MATTHEW N. PALUCCI

4835-2227-8109.v2