JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant*
*Richard Hedreen and Proposed*
*Lead Counsel for the Class*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-cv-00058-WHO<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF RICHARD HEDREEN'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**<br><br>Date:        April 14, 2021<br>Time:        2:00 p.m.<br>Courtroom.:  5 (2nd Floor)<br>Judge:       Honorable William H. Orrick |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:21-cv-00070-WHO |

[Caption continued on next page.]

CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Case No. 3:21-cv-00150-WHO

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.      I make this declaration in support of the motion of Lead Plaintiff movant Richard Hedreen ("Hedreen") for an order: (i) consolidating the above-captioned actions; (ii) appointing Hedreen as Lead Plaintiff; and (iii) approving Hedreen's selection of Scott+Scott as Lead Counsel. I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3.      Attached are true and correct copies of the following:

Exhibit A:      January 6, 2021 notice published by Glancy Prongay Murray LLP pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *BusinessWire*;

Exhibit B:      January 6, 2021 notice published by Robbins Geller Rudman & Dowd LLP pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *BusinessWire*;

Exhibit C       Certification, pursuant to the PSLRA, attesting to Hedreen's transactions in QuantumScape Corp. ("QuantumScape") securities;

Exhibit D:      Declaration of Hedreen in support of his appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;

Exhibit E:      Chart reflecting the losses incurred by Hedreen as a result of his transactions in QuantumScape securities; and

Exhibit F:      Scott+Scott's firm résumé.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 8th day of March, 2021, in San Diego, California.

*/s/ John T. Jasnoch*
JOHN T. JASNOCH

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on March 8, 2021, at San Diego, California.

*/s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

2