# EXHIBIT D

**DECLARATION OF RICHARD HEDREEN IN SUPPORT OF THEIR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

1.      I, Richard Hedreen, manage the financial portfolio of a community property brokerage account I own with my wife.  My wife is aware of and supports my motion to be appointed lead plaintiff of this case.

2.       I also manage the financial portfolio of Hedreen Holdings LLC ("HH").  I am duly authorized to act on HH's behalf and have had all HH's rights in this Action assigned to me by HH.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3/8/2021 _____.

DocuSigned by:

_____
6A28DAED8D4E413...
Richard Hedreen