# EXHIBIT E

**LOSS ANALYSIS**

**Class Period: 11/27/2020 to 12/31/2020**

**QUANTUMSCAPE CORP**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| QS | 74767V109 | BMC73Z8 | US74767V1098 |

**Richard Hedreen**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase - Account 1 | 12/9/2020 | 14,500 | $71.38 | -$1,035,021.60 |
| Purchase - Account 2 | 12/9/2020 | 21,150 | $71.38 | -$1,509,703.92 |
| | | | | |
| LIFO Retained Purchases: | | 35,650 | | |
| Account 1 Sale on 1/21/2021 | | 14,500* | $55.25154 | $801,147.31 |
| Account 2 Sale on 1/21/2021 | | 21,150* | $55.25154 | $1,168,570.04 |

**\* Value of shares sold after the Class Period is the mean trading price from 1/4/2021 to the date the shares were sold.**    **$1,969,717.35**

**LIFO Gain/(Loss):**    **-$575,008.17**