JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant*
*Richard Hedreen and Proposed*
*Lead Counsel for the Class*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-cv-00058-WHO<br><br>**PROPOSED ORDER GRANTING RICHARD HEDREEN'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**<br><br>Date:        April 14, 2021<br>Time:       2:00 p.m.<br>Courtroom.:  5 (2nd Floor)<br>Judge:       Honorable William H. Orrick |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:21-cv-00070-WHO |

[Caption continued on next page.]

CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Case No. 3:21-cv-00150-WHO

WHEREAS, Lead Plaintiff Movant Richard Hedreen ("Movant") has moved, pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for: (1) consolidation of the above-captioned actions; (2) appointment as Lead Plaintiff; and (3) approval of his selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for plaintiff and the Class, and good cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1.      The above-captioned actions are sufficiently similar and are hereby consolidated and shall proceed together under Lead Case No. 3:21-cv-00058-WHO, and bear the following caption: *In re QuantumScape Corp. Securities Litigation*, Lead Case No. 3:21-cv-00058-WHO.

2.      Movant is the most adequate plaintiff and is appointed Lead Plaintiff for the Class in this action (and any subsequently consolidated or related actions) to represent the Class.

3.      Lead Plaintiff's selection of Lead Counsel for the Class is hereby approved. The law firm of Scott+Scott is appointed as Lead Counsel. Lead Counsel shall have the authority to speak for all plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

(a)      to brief and argue motions;

(b)      to initiate and conduct discovery, including, without limitation, coordination of discovery with Defendants' counsel, the preparation of written interrogatories, requests for admission, and requests for production of documents;

(c)      to direct and coordinate the examination of witnesses in depositions;

(d)      to act as spokesperson at pretrial conferences;

1

(e)    to initiate and conduct any settlement negotiations with counsel for Defendants;

(f)    to consult with and employ experts;

(g)    to receive and review periodic time reports of all attorneys on behalf of plaintiffs to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

(h)    to perform such other duties as may be expressly authorized by further order of this Court.

4.    Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

5.    No motion, application, or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiff, except through Lead Counsel.

6.    All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon Lead Counsel and Defendants' counsel by the Court's Electronic Case Filing ("ECF") system, overnight mail service, telecopy, and/or hand delivery.

7.    All other service shall take place by regular mail or, if counsel consents, by electronic mail.

8.    Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

9.    Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Lead Plaintiff.

10.    This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within 10 days after the date upon which a copy of this Order is mailed to

2

counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING RICHARD HEDREEN'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL
CASE NO. 3:21-cv-00058