# EXHIBIT A

**QuantumScape Corporation f/k/a Kensington Capital Acquisition Corp (QS)**
**Class Period: November 27, 2020 to December 31, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bong, Anatole C. | Common Stock | 12/21/2020 | 1,000 | $82.6700 | ($82,670) | 12/23/2020 | (1,000) | $85.0000 | $85,000 | | |
| Bong, Anatole C. | Common Stock | 12/28/2020 | 1,000 | $115.0000 | ($115,000) | 1/11/2021 | (1,000) | $57.4033 | $57,403 | | |
| Bong, Anatole C. | Common Stock | 12/28/2020 | 1,000 | $125.0000 | ($125,000) | 2/16/2021 | (1,000) | $50.2960 | $50,296 | | |
| **Bong, Anatole C.** | **Common Stock** | | **3,000** | | **($322,670)** | | **(3,000)** | | **$192,699** | **2,000** | **($129,971)** |
| **Bong, Anatole C.** | **QS Dec 18 2020 54.0 Put** | **12/18/2020** | **10** | **Expired** | **$0** | **12/14/2020** | **(10)** | **$2.5000** | **$2,500** | **0** | **$2,500** |
| **Bong, Anatole C.** | **QS Dec 24 2020 100.0 Put** | **12/24/2020** | **10** | **Expired** | **$0** | **12/22/2020** | **(10)** | **$7.1400** | **$7,140** | **0** | **$7,140** |
| **Bong, Anatole C.** | **QS Dec 24 2020 115.0 Put** | **12/24/2020** | **10** | **Expired** | **$0** | **12/22/2020** | **(10)** | **$9.0400** | **$9,040** | **0** | **$9,040** |
| Bong, Anatole C. | QS Dec 24 2020 125.0 Put | 12/24/2020 | 10 | Expired | $0 | 12/22/2020 | (1) | $8.2000 | $820 | | |
| Bong, Anatole C. | QS Dec 24 2020 125.0 Put | | | | | 12/22/2020 | (2) | $8.0100 | $1,602 | | |
| Bong, Anatole C. | QS Dec 24 2020 125.0 Put | | | | | 12/22/2020 | (2) | $8.1000 | $1,620 | | |
| Bong, Anatole C. | QS Dec 24 2020 125.0 Put | | | | | 12/22/2020 | (5) | $8.0000 | $4,000 | | |
| **Bong, Anatole C.** | **QS Dec 24 2020 125.0 Put** | | **10** | | **$0** | | **(10)** | | **$8,042** | **0** | **$8,042** |
| **Bong, Anatole C.** | **QS Dec 24 2020 59.0 Put** | **12/22/2020** | **10** | **$0.1000** | **($100)** | **12/18/2020** | **(10)** | **$1.4400** | **$1,440** | **0** | **$1,340** |
| **Bong, Anatole C.** | **QS Dec 24 2020 60.0 Put** | **12/24/2020** | **11** | **Expired** | **$0** | **12/18/2020** | **(11)** | **$1.6700** | **$1,837** | **0** | **$1,837** |
| **Bong, Anatole C.** | **QS Dec 24 2020 85.0 Call** | **12/23/2020** | **10** | **Assigned** | **$0** | **12/21/2020** | **(10)** | **$5.5000** | **$5,500** | **0** | **$5,500** |
| Bong, Anatole C. | QS Dec 31 2020 115.0 Call | 12/31/2020 | 20 | $0.1000 | ($200) | 12/29/2020 | (1) | $1.6500 | $165 | | |
| Bong, Anatole C. | QS Dec 31 2020 115.0 Call | | | | | 12/29/2020 | (1) | $1.6600 | $166 | | |
| Bong, Anatole C. | QS Dec 31 2020 115.0 Call | | | | | 12/29/2020 | (1) | $1.6700 | $167 | | |
| Bong, Anatole C. | QS Dec 31 2020 115.0 Call | | | | | 12/29/2020 | (1) | $1.6800 | $168 | | |
| Bong, Anatole C. | QS Dec 31 2020 115.0 Call | | | | | 12/29/2020 | (10) | $1.4000 | $1,400 | | |
| Bong, Anatole C. | QS Dec 31 2020 115.0 Call | | | | | 12/29/2020 | (6) | $1.6400 | $984 | | |
| **Bong, Anatole C.** | **QS Dec 31 2020 115.0 Call** | | **20** | | **($200)** | | **(20)** | | **$3,050** | **0** | **$2,850** |
| **Bong, Anatole C.** | **QS Dec 31 2020 85.0 Call** | **12/31/2020** | **10** | **Expired** | **$0** | **12/31/2020** | **(10)** | **$2.2300** | **$2,230** | **0** | **$2,230** |
| Bong, Anatole C. | QS Dec 31 2020 86.0 Call | 12/31/2020 | 10 | Expired | $0 | 12/31/2020 | (4) | $1.5500 | $620 | | |
| Bong, Anatole C. | QS Dec 31 2020 86.0 Call | | | | | 12/31/2020 | (6) | $1.5900 | $954 | | |
| **Bong, Anatole C.** | **QS Dec 31 2020 86.0 Call** | | **10** | | **$0** | | **(10)** | | **$1,574** | **0** | **$1,574** |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | 12/31/2020 | 20 | Expired | $0 | 12/29/2020 | (1) | $5.7100 | $571 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (1) | $5.7400 | $574 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (1) | $5.7500 | $575 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (1) | $5.7600 | $576 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (1) | $5.7700 | $577 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (1) | $5.7800 | $578 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (1) | $5.7900 | $579 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (1) | $5.8000 | $580 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (10) | $7.6300 | $7,630 | | |
| Bong, Anatole C. | QS Dec 31 2020 99.0 Put | | | | | 12/29/2020 | (2) | $5.6500 | $1,130 | | |
| **Bong, Anatole C.** | **QS Dec 31 2020 99.0 Put** | | **20** | | **$0** | | **(20)** | | **$13,370** | **0** | **$13,370** |
| **Total** | | | **3,000** | | **($322,970)** | | **(3,000)** | | **$248,422** | **2,000** | **($74,548)** |