Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

David Bricker (Cal. State Bar No. 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
dbricker@tenlaw.com

*Counsel for Shahin Nezhad*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-cv-00058-WHO<br><br>**CLASS ACTION**<br><br>**NOTICE OF NON-OPPOSITION OF SHAHIN NEZHAD TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

| | |
|---|---|
| ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:21-CV-00070-WHO |
| CHRISTOPHER LEO, Individually and On Behalf of All Others Similarly Situated,<br><br>PLAINTIFF,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., AND JAGDEEP SINGH,<br><br>DEFENDANTS | Case No. 3:21-CV-00150-WHO |

On March 8, 2021, Shahin Nezhad, ("Mr. Nezhad") filed a timely motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of his selection of counsel. See ECF No. 28. In addition to Mr. Nezhad's motion, eleven other motions were filed.

The Private Securities Litigation Reform Act ("PLSRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it appears that Mr. Nezhad does not have the largest financial interest in the relief sought by the class, as required by the PSLRA.

However, should the Court determine that any of the other Lead Plaintiff movants are incapable or inadequate to represent the class for any reason, Mr. Nezhad stands ready, willing, and able to serve as Lead Plaintiff in the Action. This notice is submitted without prejudice to Mr. Nezhad's rights to participate in this litigation and share in any recovery.

DATED: March 22, 2021                                Respectfully submitted,

                                                     /s/ David Bricker

                                                     **THORNTON LAW FIRM LLP**
                                                     David Bricker
                                                     9595 Wilshire Boulevard, Suite 900
                                                     Beverly Hills, California 90212
                                                     Telephone: (310) 282-8676
                                                     Facsimile: (310) 388-5316
                                                     dbricker@tenlaw.com

                                                     **LABATON SUCHAROW LLP**
                                                     Christopher J. Keller
                                                     Eric J. Belfi
                                                     Francis P. McConville
                                                     140 Broadway
                                                     New York, New York 10005
                                                     Telephone: (212) 907-0700
                                                     Facsimile: (212) 818-0477
                                                     ckeller@labaton.com
                                                     ebelfi@labaton.com
                                                     fmcconville@labaton.com

                                                     *Counsel for Shahin Nezhad*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                */s/ David Bricker*
                                                David Bricker