THOMAS L. LAUGHLIN, IV (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/223-6444
Facsimile: 212/233-6334
tlaughlin@scott-scott.com

*Attorneys for Lead Plaintiff Movant*
*Richard Hedreen and Proposed*
*Lead Counsel for the Class*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-cv-00058-WHO<br><br>**DECLARATION OF THOMAS L. LAUGHLIN, IV IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:       April 14, 2021<br>Time:       2:00 p.m.<br>Courtroom.: 5 (2nd Floor)<br>Judge:      Honorable William H. Orrick |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:21-cv-00070-WHO |

[Caption continued on next page.]

DECLARATION OF THOMAS L. LAUGHLIN, IV IN OPPOSITION TO COMPETING MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 3:21-cv-00058

CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

Defendants.

Case No. 3:21-cv-00150-WHO

I, Thomas L. Laughlin, IV, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.      I have been granted admission *pro hac vice* by this Court, to represent Movant Richard Hedreen in connection with this matter.

3.      I make this declaration in opposition to the various competing motions for appointment as Lead Plaintiff and approval of Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

4.      Attached are true and correct copies of the following:

Exhibit A:      Official Transcript from Lead Plaintiff Hearing in *In re Longfin Corp. Sec. Litig.*, No. 18-cv-2933-DLC (S.D.N.Y. June 25, 2018); and

Exhibit B:      Historical Price Ranges of Quantumscape Corp., from November 27, 2020 through December 31, 2020, pulled from Bloomberg L.P., with December 24, 2020 highlighted.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22nd day of March, 2021, in New York, New York.

 */s/ Thomas L. Laughlin, IV*
THOMAS L. LAUGHLIN, IV

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on March 22, 2021, at New York, NY.

*/s/ Thomas L, Laughlin, IV*
THOMAS L. LAUGHLIN, IV
(*pro hac vice*)

DECLARATION OF THOMAS L. LAUGHLIN, IV IN OPPOSITION TO COMPETING MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 3:21-cv-00058