# EXHIBIT B

**Historical Pricing of QuantumScape Corp. Stock from Bloomberg L.P.**

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 11/27/2020 | $24.80 | $40.00 | $24.50 | $37.00 |
| 11/30/2020 | $48.09 | $52.80 | $40.40 | $47.00 |
| 12/1/2020 | $42.50 | $42.50 | $35.03 | $35.42 |
| 12/2/2020 | $31.11 | $37.85 | $28.63 | $37.71 |
| 12/3/2020 | $39.89 | $41.08 | $37.85 | $38.55 |
| 12/4/2020 | $40.77 | $43.10 | $38.88 | $42.50 |
| 12/7/2020 | $43.15 | $44.55 | $39.95 | $44.17 |
| 12/8/2020 | $51.73 | $59.99 | $47.23 | $57.90 |
| 12/9/2020 | $73.23 | $87.50 | $65.00 | $75.14 |
| 12/10/2020 | $68.51 | $79.50 | $66.00 | $76.61 |
| 12/11/2020 | $72.37 | $73.20 | $63.69 | $64.15 |
| 12/14/2020 | $62.20 | $66.75 | $55.55 | $56.10 |
| 12/15/2020 | $58.00 | $63.50 | $57.50 | $62.20 |
| 12/16/2020 | $62.66 | $64.71 | $59.20 | $62.78 |
| 12/17/2020 | $65.00 | $69.00 | $61.64 | $67.55 |
| 12/18/2020 | $69.33 | $73.73 | $67.15 | $73.73 |
| 12/21/2020 | $75.38 | $95.73 | $73.27 | $94.90 |
| 12/22/2020 | $108.45 | $132.73 | $101.12 | $131.67 |
| 12/23/2020 | $122.02 | $123.50 | $103.10 | $110.79 |
| 12/24/2020 | $114.90 | $120.33 | $112.10 | $114.77 |
| 12/28/2020 | $122.51 | $122.70 | $112.69 | $115.20 |
| 12/29/2020 | $113.35 | $113.47 | $94.00 | $101.00 |
| 12/30/2020 | $105.76 | $107.79 | $96.03 | $98.29 |
| 12/31/2020 | $97.17 | $97.89 | $84.18 | $84.45 |