**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Frank Fish*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf Of All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, <br><br> Defendants. | Case No. 3:21-cv-00058-WHO <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF FRANK FISH'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** <br><br> Date:       April 14, 2021 <br> Time:       2:00 p.m. <br> Courtroom:  2-17th Floor <br> Judge:      Hon. William H. Orrick |
| ASHA GOWDA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC, <br><br> Defendants. | Case No. 3:21-cv-00070-WHO |

1

DECLARATION OF ADAM M. APTON IN SUPPORT OF FRANK FISH'S MEMORANDUM OF POINTS AND
AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
Case Nos. 3:21-CV-00058-WHO; 3:21-CV-00070-WHO; 3:21-CV-00150-WHO

CHRISTOPHER LEO, Individually and on Behalf of All Others Similarly Situated,

         Plaintiff,

         v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,

         Defendants.

Case No. 3:21-cv-00150-WHO

DECLARATION OF ADAM M. APTON IN SUPPORT OF FRANK FISH'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
Case Nos. 3:21-CV-00058-WHO; 3:21-CV-00070-WHO; 3:21-CV-00150-WHO

I, Adam M. Apton, hereby declare as follows:

1. I am a partner of the law firm of Levi & Korsinsky, LLP, counsel for Frank Fish ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Frank Fish's Memorandum of Points and Authorities in Opposition to Competing Motions for Appointment as Lead Plaintiff in the above captioned actions (the "Actions"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the trade confirmation of Frank Fish for his purchase of QuantumScape shares on December 24, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Frank J. Fish in Support of his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, *In re Longfin Corp. Securities Class Action Litigation*, Case No. 1:18-cv-02933-DLC, ECF No. 30 (S.D.N.Y.).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit A to the Declaration of Frank J. Fish in Support of his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, *In re Longfin Corp. Securities Class Action Litigation*, Case No. 1:18-cv-02933-DLC, ECF No. 30-1 (S.D.N.Y.).

5. Attached hereto as **Exhibit 4** is a true and correct copy of transcript of proceedings regarding the conference held on June 25, 2018 before the Honorable Denise L. Cote, *In re Longfin Corp. Securities Class Action Litigation*, Case No. 1:18-cv-02933-DLC, ECF No. 65 (S.D.N.Y.).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Order Appointing Lead Plaintiff, Approving Selection of Lead Counsel, and Consolidating Cases, *Hill v. Silver Lake Group, L.L.C.*, No. 4:20-cv-03766-JSW, ECF No. 36 (N.D. Cal. Dec. 1, 2020).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of March, 2021.

*/s/ Adam M. Apton*
Adam M. Apton

DECLARATION OF ADAM M. APTON IN SUPPORT OF FRANK FISH'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF