# Exhibit 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Longfin Corp. Securities Class Action Litigation | Case No. 1:18-cv-02933-DLC |

## DECLARATION OF FRANK J. FISH IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

405907.1

I, Frank J. Fish, under penalty of perjury under the laws of the United States of America, declare as follows:

1. I respectfully submit this Declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 21). I have personal knowledge of the information in this Declaration.

2. On June 4, 2018, I submitted a certification (Dkt No. 24-2) pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(2), with my motion for appointment as lead plaintiff and approval of lead counsel (Dkt No. 21).

3. Previously, on October 14, 2016, I moved for appointment as lead plaintiff and approval of counsel in *In re Solar City Corporation Securities Litigation*, No. 16-cv-04686-LHK, (N.D. Cal.), another securities fraud class action. I was appointed as lead plaintiff in the *Solar City* action on January 25, 2017. The *Solar City* action was dismissed with prejudice on September 11, 2017.

4. I also filed a securities fraud class action complaint in *Fish v. Netflix, Inc. et al*, No. 12-cv-1030-LHK, (N.D. Cal) on February 29, 2012. The *Fish* action was consolidated with *In Re Netflix, Inc., Securities Litigation*, No. 12-cv-00225-SC, (N.D. Cal) on April 27, 2012. I moved for appointment as lead plaintiff as a member of a lead plaintiff group in the consolidated action, but I was not appointed.

5. The PSLRA requires that certifications "identif[y] any other action under this chapter, filed during the 3-year period preceding the date on which the certification [was] signed by the plaintiff, in which the plaintiff [] sought to serve as a representative party on behalf of a class." 15 U.S.C. § 78u-4(a)(2)(A)(v). While the *Netflix* action was filed more than 3 years ago, I inadvertently omitted the *Solar City* action from the certification I filed with the Court on June 4, 2018, and I wish to correct the mistake. Accordingly, I have attached a corrected certification as Exhibit A to this Declaration.

6. I fully understand the duties and responsibilities of a lead plaintiff under the PSLRA, including the duty to oversee the prosecution of this action, and act as a fiduciary on

behalf of the class. It was partly for this reason that the Court in *Solar City* appointed me as the lead plaintiff. *See In re Solar City Corp. Sec. Litig.*, No. 16-cv-04686-LHK, 2017 WL 363274, at *5 (N.D. Cal. Jan. 25, 2017) ("Fish has made a showing that he meets the adequacy requirement of Rule 23.").

Dated: June ___, 2018 6/12/2018

DocuSigned by:

_____
Frank J. Fish

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 13, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2018.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

# Mailing Information for a Case 1:18-cv-02933-DLC Reddy et al v. LongFin Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Christopher James Kupka**
  ckupka@zlk.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,ksteinberger@scott-scott.com,efile@scott-scott.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,echang@glancylaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rhiana Lauren Swartz**
  rswartz@scott-scott.com,efile@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)