Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel
for Movant, Bala Mullur*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-CV-58-WHO<br><br>**DECLARATION OF RAMZI ABADOU IN SUPPORT OF BALA MULLUR'S OMNIBUS OPPOSITION TO ALL OTHER MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF**<br><br>**<u>CLASS ACTION</u>**<br><br>Judge:     Hon. William H. Orrick<br>Date:      April 14, 2021<br>Time:      2:00 PM<br>Courtroom: 2 – 17th Floor |

DECLARATION OF RAMZI ABADOU ISO                      CASE No. 3:21-cv-58-WHO
MULLUR'S OMNIBUS OPP'N TO ALL OTHER
MOTIONS FOR APPOINTMENT OF LP

ASHA GOWDA, Individually and On )   Case No. 3:21-CV-70-WHO
Behalf of All Others Similarly Situated, )
                                        )
                        Plaintiff,      )
                                        )
            v.                          )
                                        )
QUANTUMSCAPE CORPORATION,               )
JAGDEEP SINGH, FRITZ PRINZ,             )
TIMOTHY HOLME, KEVIN                    )
HETTRICH and VOLKSWAGEN                 )
GROUP OF AMERICA                        )
INVESTMENTS, LLC,                       )
                                        )
                        Defendants.     )
                                        )

CHRISTOPHER LEO,                        )   Case No. 3:21-CV-150-WHO
                                        )
                        Plaintiff,      )
                                        )
            v.                          )
                                        )
QUANTUMSCAPE CORPORATION                )
F/K/A KENSINGTON CAPITAL                )
ACQUISITION CORP., et al.,              )
                                        )
                        Defendants.     )
                                        )
                                        )

I, Ramzi Abadou, hereby declare as follows:

1.      I am a partner with the law firm Kahn Swick & Foti, LLP and counsel to prospective lead plaintiff, Bala Mullur.

2.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

3.      I submit this Declaration, together with the attached exhibits, in support of Bala Mullur's Omnibus Opposition to All Other Motions for Appointment of Lead Plaintiff. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

4.      Attached hereto as **Exhibit A** is a true and correct copy of Levi & Korsinsky, LLP's Opposition to the Competing Motions for Appointment as Lead Plaintiff and Approval of Counsel, *In re Longfin Corp. Sec. Class Action Litigation*, No. 1:18-cv-2933 (S.D.N.Y. June 15, 2018), Dkt. Entry 34.

5.      Attached hereto as **Exhibit B** is a true and correct copy of Levi & Korsinsky, LLP's Reply in Further Support of Mohamad A. Malik's Motion for Appointment as Lead Plaintiff and Approval of Counsel, *In re Longfin Corp. Sec. Class Action Litigation*, No. 1:18-cv-2933 (S.D.N.Y. June 20, 2018), Dkt. Entry 45.

6.      Attached hereto as **Exhibit C** is the historical trading data for QuantumScape Corp. common stock on December 24, 2020.

7.      Attached hereto as **Exhibit D** is a true and correct copy of the Case Management Order, *In re Longfin Corp. Sec. Class Action Litigation*, No. 1:18-cv-2933 (S.D.N.Y. Aug. 14, 2018), Dkt. Entry 61.

8.      Attached hereto as **Exhibit E** is a true and correct copy of correspondence sent by Ignacio Salceda of Wilson Sonsini, counsel for Defendants QuantumScape Corp. and Jagdeep Singh, dated March 17, 2021.

9.      Attached hereto as **Exhibit F** is a true and correct copy of the Plaintiff's Motion for Leave to File First Amended Complaint, *Howard v. QuantumScape Corp., et al.*, No. 1:21-cv-01004 (N.D. Ill. Mar. 18, 2021), Dkt. Entry 49.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 22, 2021, in San Francisco, California.

*s/ Ramzi Abadou*
RAMZI ABADOU
