# EXHIBIT C

**Finance Home**     **Watchlists**     **My Portfolio**     **Screeners**     **Premium** 📅     **Markets**     **News**     **Personal Finance**     •••     🔒 Premium -Try it free

## QuantumScape Corporation (QS)
NYSE - Nasdaq Real Time Price. Currency in USD

⭐ Add to watchlist     👥 Visitors trend  2W ↑  10W ↑  9M ↑

Quote Lookup 🔍

### 57.03  -5.22 (-8.39%)    57.29  +0.26 (0.46%)
At close: 4:00PM EDT          After hours: 6:03PM EDT

Summary    Company Outlook 🔒    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability


JONBENÉT RAMSEY: WHAT REALLY HAPPENED?  AMERICAN DETECTIVE WITH LT. JOE KENDA  Terms Apply.  stream now

| Time Period: | Dec 23, 2020 - Dec 24, 2020 ⌄ | Show: | Historical Prices ⌄ | Frequency: | Daily ⌄ |
|---|---|---|---|---|---|

Apply

Currency in USD                                                   ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 24, 2020 | 114.90 | 120.33 | 112.10 | 114.77 | 114.77 | 11,289,300 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.


yahoo!finance PREMIUM
Trade like it's not your first rodeo
Try it free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|