# EXHIBIT E

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

March 17, 2021

*Via Electronic Mail*

Nathan C. Volheim, Esq.
Eric D. Coleman, Esq.
Alejandro E. Figueroa, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL  60148
nvolheim@sulaimanlaw.com
ecoleman@sulaimanlaw.com
alejandrof@sulaimanlaw.com

[List of Addressees Continued on Page 3]

> Re:    *Howard v. QuantumScape Corporation f/k/a Kensington Capital Acquisition Corp., et al.*, **Case No. 1:21-cv-01004 (N.D. Ill.)**

Dear Counsel:

We represent the Defendants QuantumScape Corporation ("QuantumScape") and Jagdeep Singh (collectively, "Defendants") in the above-referenced action. We write to request that Plaintiff Jordan A. Howard ("Plaintiff") voluntarily dismisses (or seeks to transfer to California) the above-referenced lawsuit (the "*Howard* Complaint") and that all lead plaintiff motions be voluntarily withdrawn.

## I.    The *Howard* Complaint Is the Fourth Nearly Identical Securities Class Action Filed, With the Prior Three Complaints All Pending in the Northern District of California

Between January 5 and January 8, 2021, three putative class action lawsuits were filed by purported purchasers of QuantumScape securities in the Northern District of California: *Malriat v. QuantumScape Corporation, et al.*, Case No. 3:21-cv-00058 (N.D. Cal. filed January 5, 2021); *Gowda v. QuantumScape Corporation, et al.*, Case No. 4:21-cv-00070 (N.D. Cal. filed January 6, 2021); and *Leo v. QuantumScape Corporation, et al.*, Case No. 3:21-cv-00150 (N.D. Cal. filed January 8, 2021).

The *Malriat, Leo,* and *Gowda* complaints (collectively, the "California Complaints") each included the same two named defendants as in the *Howard* Complaint. Each of the California Complaints were brought on behalf of *all persons* that purchased or otherwise acquired QuantumScape securities. The alleged class period in the *Howard* and *Malriat*

WILSON
SONSINI

March 17, 2021
Page 2

complaints are identical (December 8, 2020 to December 31, 2020), while the *Gowda* and *Leo* complaints allege a slightly longer class period (November 27, 2020 to December 31, 2020).

The *Howard* Complaint and the California Complaints contain the same allegations that the Defendants purportedly made false and/or misleading statements and failed to disclose material adverse facts about QuantumScape's business, operations, and prospects, including information regarding the Company's battery technology; and all complaints make nearly identical allegations concerning the *Seeking Alpha* article published on January 4, 2021.

Judge William H. Orrick of the Northern District of California has ruled that the *Malriat*, *Leo*, and *Gowda* cases are all related and assigned to His Honor. On March 8, 2021, twelve motions were filed in the Northern District of California to consolidate the *Malriat*, *Leo*, and *Gowda* cases and to appoint lead plaintiff and lead counsel. Responses to these motions are due March 22, 2021 and a hearing is set for April 14, 2021.

There is significant overlap between the filers of lead plaintiff motions in the pending California and Illinois actions, with eight of the same proposed lead plaintiffs and lead counsel filing in both California and Illinois. The two proposed lead plaintiffs with the largest alleged losses filed lead plaintiff motions in both California and Illinois – and no movant filed only in Illinois.

## II.   The Case Belongs in the Northern District of California

The situs of material events alleged in the complaint is a key consideration in determining a case's proper forum. *Plotkin v. IP Axess, Inc.*, 168 F. Supp. 2d 899, 902-03 (N.D. Ill. 2001) (transferring securities fraud action to Texas where plaintiffs' choice of Illinois as the forum "ha[d] no significant connection to their claim, as the heart of the controversy involve[d] the allegedly false and misleading press releases created and disseminated in . . . Texas" and where "the material events [were] the creation and dissemination of the press releases" in Texas); *Ballotti v. Oppenheimer Funds, Inc.*, No. 10 C 50116, 2011 WL 13382871, at *3 (N.D. Ill. Feb. 23, 2011) (securities class action transferred to forum where multiple other cases against some of the same defendants were pending: "Illinois has little connection to this action, as the shares were sold all over the United States, the misleading materials were not created in Illinois, and none of defendants' operations or employees are in Illinois.").

San Jose, California is the locus of events in this action, not Illinois. QuantumScape is headquartered in San Jose, the location of its principal executive offices. *Howard* Compl. ¶ 12. The press release referenced in the *Howard* Complaint was issued in San Jose. Dec. 8, 2020 Press Release; *Howard* Compl. ¶ 16 (referencing the press release). The SEC filings referenced in the Complaint were not only issued from San Jose, but expressly state that QuantumScape's engineering facility, where it conducts research and development, is located in San Jose. Dec. 17, 2020 Form S-1 at 58, 60; Dec. 31, 2020 Prospectus at 58, 60; *Howard* Compl. ¶¶ 17-19 (referencing the filings). In addition to the individual named co-defendant who works in the San Jose headquarters, the Company's filings also disclose that QuantumScape's entire workforce is "based primarily" in San Jose. Dec. 17, 2020 Form S-1 at 59; Dec. 31, 2020 Prospectus at 59.

**WILSON
SONSINI**

March 17, 2021
Page 3

Because the events underlying the press release and other disclosures referenced in the *Howard* Complaint occurred in the Northern District of California, that is the proper venue for this litigation. *See, e.g.*, *Plotkin*, 168 F. Supp. 2d at 903.

The interests of justice also firmly require the class action to proceed in California. Where (as here) the Northern District of California already has a substantially similar action pending, "it would be wasteful and duplicative to have two different courts familiarize themselves with the controversy." *Jaramillo v. DineEquity, Inc.*, 664 F. Supp. 2d 908, 916 (N.D. Ill. 2009).

For the foregoing reasons, Defendants request that no later than March 22, 2021, Plaintiff voluntarily dismisses or stipulates to transfer this action to the Northern District of California and that all lead plaintiff motions filed in the Northern District of Illinois (which are all duplicative of motions filed by the same movants in California) be withdrawn.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Ignacio E. Salceda*

Ignacio E. Salceda


**Addressees Cont'd:**

John S. Burke
John Sheridan Burke Law, LLC
2000 S. Batavia Avenue, Suite 420
Geneva, IL  60134
jburke@jsblawllc.com

Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
Donnell Much
Berger Montague
1818 Market Street, Suite 3600
Philadelphia, PA  19103
ssavett@bm.net
mdellangelo@bm.net
aabramowitz@bm.net
dmuch@bm.net

**WILSON SONSINI**

March 17, 2021
Page 4

Danielle S. Myers
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA  92101
dmyers@rgrdlaw.com

Brian E. Cochran
Robbins Geller Rudman & Dowd LLP
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
bcochran@rgrdlaw.com

Frank J. Johnson
Johnson Fistel, LLP
655 West Broadway, Suite 1400
San Diego, CA  92101
frankj@johnsonfistel.com

Carl V. Malmstrom
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Boulevard, Suite 1700
Chicago, IL  60604
malmstrom@whafh.com

Laurence J. Hasson
Bernstein Liebhard LLP
10 East 40th Street
New York, NY  10016
lhasson@bernlieb.com

Marvin A. Miller
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL  60603
mmiller@millerlawllc.com

Ramzi Abadou
Kahn Swick & Foti, LLP
912 Cole Street, #251
San Francisco, CA  94117
ramzi.abadou@ksfcounsel.com

WILSON
SONSINI

March 17, 2021
Page 5


Carol V. Gilden
Cohen Milstein Sellers & Toll PLLC
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
cgilden@cohenmilstein.com

Shannon L. Hopkins
Levi & Korsinsky, LLP
1111 Summer Street, Suite 403
Stamford, CT  06905
shopkins@zlk.com

Robert A. Clifford
Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, IL  60602
RAC@cliffordlaw.com
SMM@cliffordlaw.com

Richard M. Heimann
Katherine Lubin Benson
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
rheimann@lchb.com
kbenson@lchb.com

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
Sharon M. Lee
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
slee@lchb.com

WILSON
SONSINI

March 17, 2021
Page 6


Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
Pomerantz LLP
600 Third Avenue
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Peretz Bronstein
Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
peretz@bgandg.com

David Bricker
Thornton Law Firm LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
dbricker@tenlaw.com

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com