# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JORDAN A. HOWARD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION f/k/a/ KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>        Defendant. | No. 1:21-cv-01004<br><br>Honorable Judge Robert Blakey |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

NOW comes JORDAN A. HOWARD ("Plaintiff"), by and through the undersigned, and pursuant to Fed. R. Civ. P. 15(a)(2), respectfully brings this Motion for Leave to File First Amended Complaint, and in support thereof, states as follows:

1.      On February 23, 2021, Plaintiff filed his Class Action Complaint, seeking redress for Defendants' purported violations of the Federal Securities Laws. [Dkt 1].

2.      Defendants were provided a waiver of service, setting their deadline to respond to Plaintiff's Complaint as April 26, 2021. [Dkt. 6].

3.      On March 8, 2021, several individuals filed motions for appointment as lead plaintiff and their respective counsel as lead counsel in connection with Plaintiff's claims.

4.      Upon reviewing those motions and the case in its entirety, Plaintiff no longer wishes to proceed on a class-wide basis, opting instead to pursue his claims on an individual basis.

1

5.     Therefore, Plaintiff respectfully requests that the Court grant him leave to file his First Amended Complaint, wherein Plaintiff drops the class allegations against Defendant.

6.     Pursuant to Fed. R. Civ. Pro. 15(a)(2), a court should freely give a party leave to amend its pleading when justice requires. *See* Fed. R. Civ. P. 15(a)(2).

7.     "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

8.     A district court may deny a motion to amend where there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amended, etc." *Id.*

9.     Justice would be served if Plaintiff is granted leave to amend his Complaint, as it would allow Plaintiff the opportunity to seek relief for his alleged injuries based on the underlying facts.

10.     Plaintiff's Motion for Leave to Amend is not brought for purposes of causing undue delay, nor is it the result of bad faith or other dilatory motive. Plaintiff's Motion for Leave to Amend is designed to simplify the issues present in this litigation. This is Plaintiff's first request to amend his complaint, and Defendant will not suffer any prejudice as a result of the amendment as this matter is still in its infancy and no discovery has yet been undertaken.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff leave to file his First Amended Complaint.

Dated March, 18, 2021                              Respectfully submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim Esq. #6302103
Admitted in the Northern District of Illinois
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181 x113
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Nathan C. Volheim*

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181 x113
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

*Counsel for Plaintiff*