Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel
for Movant, Bala Mullur*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-CV-58-WHO<br><br>**DECLARATION OF RAMZI ABADOU PURSUANT TO CIVIL L.R. 5-1(e)(5)**<br><br>**CLASS ACTION**<br><br>Judge: Hon. William H. Orrick<br>Date: April 14, 2021<br>Time: 2:00 PM<br>Courtroom: 2 – 17th Floor |

DECLARATION OF RAMZI ABADOU PURSUANT TO CIVIL L.R. 5-1(e)(5)

CASE No. 3:21-cv-58-WHO

ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated,

       Plaintiff,

    v.

QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-CV-70-WHO

CHRISTOPHER LEO,

       Plaintiff,

    v.

QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-CV-150-WHO

DECLARATION OF RAMZI ABADOU PURSUANT TO CIVIL L.R. 5-1(e)(5)

CASE No. 3:21-cv-58-WHO

I, Ramzi Abadou, hereby declare as follows:

1.      I am a partner with the law firm Kahn Swick & Foti, LLP and counsel to prospective lead plaintiff, Bala Mullur.

2.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

3.      I submit this Declaration, together with the attached exhibits, pursuant to Civil L.R. 5-1(e)(5), concerning Balla Mullur's Omnibus Opposition to All Other Motions For Appointment as Lead Plaintiff ("Opposition"). I am fully familiar with the facts set forth herein and if called would competently testify thereto.

4.      The above-mentioned Opposition was due to be filed on March 22, 2021.

5.      At approximately 9:00 PM Pacific Time on March 22, 2021, I attempted to access PACER. Despite multiple attempts, I was unable to login to CM/ECF or PACER. Subsequently, I authorized my paralegal Ashley Errington and associate Alexander Burns to use my ECF login to complete the electronic filing of the Opposition.

6.      At approximately 10:45 PM, Ms. Errington began to login to the CM/ECF system for the Northern District of California. Despite multiple attempts to sign-in and upload the Opposition and documents for filing over the course of the next forty minutes, she was unable to execute the filing.

7.      From 11:28 PM (Pacific Time) until midnight (Pacific Time), Mr. Burns continued to repeatedly attempt to login to CM/ECF for the Northern District of California. At various stages, he received an "Error 404" message stating "Object not found! The requested URL was not found on this server. If you entered the URL manually, please check your spelling and try again." A copy of the screen capture is attached hereto as **Exhibit 1**.

8.      Meanwhile, Ms. Errington contacted the CM/ECF help desk via email and informed them of the issues she was experiencing with the CM/ECF website. A copy of her email to the CM/ECF website, sent at approximately 1:39 AM (Central Time) / 11:39 PM (Pacific Time) is attached hereto as **Exhibit 2**.

DECLARATION OF RAMZI ABADOU PURSUANT TO     1                          CASE No. 3:21-cv-58-WHO
CIVIL L.R. 5-1(e)(5)

9.    When it became apparent that efforts to resolve the issue prior to midnight would not be successful, and to avoid potential prejudice to the parties, Ms. Errington promptly emailed copies of the Opposition and related exhibits to counsel of record in this matter, informing them of the technical failure and advising that Mr. Mullur would attempt to file the following day pursuant to Civil. L.R. 5-1(e)(5). A copy of that email is attached hereto as **Exhibit 3**.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Tuesday, March 23, 2021, in San Francisco, California.


_s/ Ramzi Abadou_
RAMZI ABADOU

DECLARATION OF RAMZI ABADOU PURSUANT TO    2    CASE No. 3:21-cv-58-WHO
CIVIL L.R. 5-1(e)(5)