# EXHIBIT 2

## Alexander Burns

| | |
|---|---|
| **From:** | Ashley Errington |
| **Sent:** | Tuesday, March 23, 2021 1:39 AM |
| **To:** | ECFhelpdesk@cand.uscourts.gov |
| **Cc:** | Alexander Burns |
| **Subject:** | Malriat v. QuantumScape, et al., USDC-NDCA, Case No. 3:21-cv-00058-WHO |

Good evening,

We are attempting to file an opposition in the above-referenced matter and have been attempting to do so for the last 40 minutes. Initially I was able to get into CM/ECF and load our Opposition and the associated Declaration and Exhibits; however, when I attempted to link the Opposition to the related Motions, I was unable to move beyond that page. I then logged out, thinking this would ameliorate the problem. Unfortunately, I am now receiving an "Error 404" message indicating the website is down. I had my associate attempt to login and he is having the same issues. I've attached a screenshot of the message we receive when we attempt to login to N.D. Cal's CM/ECF portal. Please advise as to how we should proceed seeing as the filing deadline is 11:59 p.m. Pacific.

Regards,

Ashley Errington

1



# Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

**Error 404**

