# EXHIBIT 3

| | |
|---|---|
| **From:** | Ramzi Abadou |
| **Sent:** | Tuesday, March 23, 2021 10:14 AM |
| **To:** | Alexander Burns; Ashley Errington |
| **Subject:** | FW: Malriat v. Quantumscape |
| **Attachments:** | Ex. D.pdf; Ex. E.pdf; Ex. F.pdf; 2021.03.22 - Decl.pdf; 2021.03.22 - Opp to MLP QS.pdf; Ex. A.pdf; Ex. B.pdf; Ex. C.pdf |

**From:** Ashley Errington <Ashley.Errington@ksfcounsel.com>
**Sent:** Tuesday, March 23, 2021 12:06 AM
**To:** aapton@zlk.com; dbish@wsgr.com; ncuen@wsgr.com; dbricker@tenlaw.com; byrd@whafh.com; salas@whafh.com; cabrera@whafh.com; loutsenhizer@whafh.com; bepstein@wsgr.com; lkoontz@wsgr.com; afrantela@wsgr.com; rheimann@lchb.com; jjasnoch@scott-scott.com; rswartz@scott-scott.com; scott-scott@ecf.courtdrive.com; tlaughlin@scott-scott.com; frankj@johnsonfistel.com; michaelf@johnsonfistel.com; kristeno@johnsonfistel.com; ceciliar@johnsonfistel.com; paralegal@johnsonfistel.com; brettm@johnsonfistel.com; tlaughlin@scott-scott.com; clinehan@glancylaw.com; charles-linehan-8383@ecf.pacerpro.com; dmyers@rgrdlaw.com; dmyers@ecf.courtdrive.com; e_file_sd@rgrdlaw.com; jpafiti@pomlaw.com; ahood@pomlaw.com; egoodman@pomlaw.com; disaacson@pomlaw.com; ashmatkova@pomlaw.com; jalieberman@pomlaw.com; tcrockett@pomlaw.com; prajesh@glancylaw.com; pavithra-rajesh-9402@ecf.pacerpro.com; srios@bm.net; jgionnette@bm.net; lrosen@rosenlegal.com; larry.rosen@earthlink.net; lrosen@ecf.courtdrive.com; isalceda@wsgr.com; rlustan@wsgr.com; wstreet@blockesq.com; whitney-street-0082@ecf.pacerpro.com; jake@blockesq.com; jacob-walker-5598@ecf.pacerpro.com; shawnw@rgrdlaw.com; cbarrett@rgrdlaw.com; ShawnW@ecf.courtdrive.com; e_file_sd@rgrdlaw.com
**Cc:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Alexander Burns <Alexander.Burns@ksfcounsel.com>
**Subject:** Malriat v. Quantumscape

Dear Counselors,

On behalf of Ramzi Abadou, we have been attempting to file the attached opposition and related documents through the ECF system. It is unresponsive (see screenshot below). We will continue attempting to file before the deadline, and failing that, will attempt to file the attached documents pursuant to Civil L.R. 5-1(e)(5).

Sincerely,

Ashley Errington
Paralegal

1



# Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

# Error 404