# EXHIBIT 2

# QuantumScape Corp.
**Intra-Day Stock Pricing**
**January 4, 2021**
**Source: *Bloomberg***

| Date / Time EST | Last Price |
|---|---|
| 1/4/2021 4:02 | $78.00 |
| 1/4/2021 4:02 | $78.00 |
| 1/4/2021 4:02 | $79.00 |
| 1/4/2021 4:02 | $78.13 |
| 1/4/2021 4:05 | $78.13 |
| 1/4/2021 4:05 | $77.99 |
| 1/4/2021 4:05 | $79.40 |
| 1/4/2021 4:05 | $78.00 |
| 1/4/2021 4:08 | $78.03 |
| 1/4/2021 4:08 | $77.00 |
| 1/4/2021 4:08 | $78.17 |
| 1/4/2021 4:08 | $77.00 |
| 1/4/2021 4:10 | $78.01 |
| 1/4/2021 4:10 | $78.01 |
| 1/4/2021 4:10 | $78.01 |
| 1/4/2021 4:10 | $78.01 |
| 1/4/2021 4:13 | $78.00 |
| 1/4/2021 4:13 | $78.00 |
| 1/4/2021 4:13 | $78.02 |
| 1/4/2021 4:13 | $78.01 |
| 1/4/2021 4:16 | $77.38 |
| 1/4/2021 4:16 | $77.38 |
| 1/4/2021 4:16 | $77.59 |
| 1/4/2021 4:16 | $77.59 |
| 1/4/2021 4:19 | $77.00 |
| 1/4/2021 4:19 | $77.00 |
| 1/4/2021 4:19 | $77.12 |
| 1/4/2021 4:19 | $77.12 |
| 1/4/2021 4:20 | $76.50 |
| 1/4/2021 4:20 | $76.20 |
| 1/4/2021 4:20 | $76.51 |
| 1/4/2021 4:20 | $76.25 |
| 1/4/2021 4:22 | $76.00 |
| 1/4/2021 4:22 | $76.00 |
| 1/4/2021 4:22 | $76.50 |

1

| | |
|---|---|
| 1/4/2021 4:22 | $76.41 |
| 1/4/2021 4:25 | $75.27 |
| 1/4/2021 4:25 | $75.21 |
| 1/4/2021 4:25 | $75.88 |
| 1/4/2021 4:25 | $75.37 |
| 1/4/2021 4:27 | $76.00 |
| 1/4/2021 4:27 | $75.97 |
| 1/4/2021 4:27 | $76.00 |
| 1/4/2021 4:27 | $75.99 |
| 1/4/2021 4:30 | $76.00 |
| 1/4/2021 4:30 | $76.00 |
| 1/4/2021 4:30 | $76.10 |
| 1/4/2021 4:30 | $76.10 |
| 1/4/2021 4:34 | $76.00 |
| 1/4/2021 4:34 | $75.98 |
| 1/4/2021 4:34 | $76.20 |
| 1/4/2021 4:34 | $76.20 |
| 1/4/2021 4:35 | $75.80 |
| 1/4/2021 4:35 | $75.80 |
| 1/4/2021 4:35 | $76.02 |
| 1/4/2021 4:35 | $76.02 |
| 1/4/2021 4:39 | $76.00 |
| 1/4/2021 4:39 | $75.97 |
| 1/4/2021 4:39 | $76.00 |
| 1/4/2021 4:39 | $76.00 |
| 1/4/2021 4:40 | $75.99 |
| 1/4/2021 4:40 | $75.77 |
| 1/4/2021 4:40 | $75.99 |
| 1/4/2021 4:40 | $75.77 |
| 1/4/2021 4:42 | $76.00 |
| 1/4/2021 4:42 | $76.00 |
| 1/4/2021 4:42 | $76.00 |
| 1/4/2021 4:42 | $76.00 |
| 1/4/2021 4:47 | $76.87 |
| 1/4/2021 4:47 | $76.87 |
| 1/4/2021 4:47 | $76.87 |
| 1/4/2021 4:47 | $76.87 |
| 1/4/2021 4:50 | $76.50 |
| 1/4/2021 4:50 | $76.50 |
| 1/4/2021 4:50 | $76.50 |
| 1/4/2021 4:50 | $76.50 |

2

| | |
|---|---|
| 1/4/2021 4:52 | $76.98 |
| 1/4/2021 4:52 | $76.50 |
| 1/4/2021 4:52 | $76.98 |
| 1/4/2021 4:52 | $76.50 |
| 1/4/2021 4:55 | $76.84 |
| 1/4/2021 4:55 | $76.84 |
| 1/4/2021 4:55 | $76.84 |
| 1/4/2021 4:55 | $76.84 |
| 1/4/2021 4:57 | $76.50 |
| 1/4/2021 4:57 | $76.50 |
| 1/4/2021 4:57 | $76.51 |
| 1/4/2021 4:57 | $76.51 |
| 1/4/2021 5:00 | $76.25 |
| 1/4/2021 5:00 | $76.25 |
| 1/4/2021 5:00 | $76.35 |
| 1/4/2021 5:00 | $76.35 |
| 1/4/2021 5:03 | $76.00 |
| 1/4/2021 5:03 | $76.00 |
| 1/4/2021 5:03 | $76.25 |
| 1/4/2021 5:03 | $76.25 |
| 1/4/2021 5:10 | $76.00 |
| 1/4/2021 5:10 | $75.98 |
| 1/4/2021 5:10 | $76.00 |
| 1/4/2021 5:10 | $75.98 |
| 1/4/2021 5:12 | $75.90 |
| 1/4/2021 5:12 | $75.90 |
| 1/4/2021 5:12 | $76.00 |
| 1/4/2021 5:12 | $76.00 |
| 1/4/2021 5:19 | $75.05 |
| 1/4/2021 5:19 | $75.05 |
| 1/4/2021 5:19 | $76.00 |
| 1/4/2021 5:19 | $76.00 |
| 1/4/2021 5:22 | $75.54 |
| 1/4/2021 5:22 | $75.05 |
| 1/4/2021 5:22 | $75.54 |
| 1/4/2021 5:22 | $75.10 |
| 1/4/2021 5:29 | $75.83 |
| 1/4/2021 5:29 | $75.83 |
| 1/4/2021 5:29 | $75.83 |
| 1/4/2021 5:29 | $75.83 |
| 1/4/2021 5:30 | $75.55 |

3

| | |
|---|---|
| 1/4/2021 5:30 | $75.55 |
| 1/4/2021 5:30 | $75.83 |
| 1/4/2021 5:30 | $75.83 |
| 1/4/2021 5:33 | $75.54 |
| 1/4/2021 5:33 | $75.54 |
| 1/4/2021 5:33 | $75.54 |
| 1/4/2021 5:33 | $75.54 |
| 1/4/2021 5:35 | $75.48 |
| 1/4/2021 5:35 | $75.48 |
| 1/4/2021 5:35 | $75.48 |
| 1/4/2021 5:35 | $75.48 |
| 1/4/2021 5:38 | $75.88 |
| 1/4/2021 5:38 | $75.46 |
| 1/4/2021 5:38 | $75.88 |
| 1/4/2021 5:38 | $75.46 |
| 1/4/2021 5:53 | $75.88 |
| 1/4/2021 5:53 | $75.42 |
| 1/4/2021 5:53 | $75.88 |
| 1/4/2021 5:53 | $75.43 |
| 1/4/2021 5:58 | $75.95 |
| 1/4/2021 5:58 | $75.95 |
| 1/4/2021 5:58 | $75.95 |
| 1/4/2021 5:58 | $75.95 |
| 1/4/2021 6:07 | $75.78 |
| 1/4/2021 6:07 | $75.78 |
| 1/4/2021 6:07 | $75.78 |
| 1/4/2021 6:07 | $75.78 |
| 1/4/2021 6:12 | $75.70 |
| 1/4/2021 6:12 | $75.70 |
| 1/4/2021 6:12 | $75.72 |
| 1/4/2021 6:12 | $75.72 |
| 1/4/2021 6:16 | $75.88 |
| 1/4/2021 6:16 | $75.88 |
| 1/4/2021 6:16 | $75.88 |
| 1/4/2021 6:16 | $75.88 |
| 1/4/2021 6:19 | $75.88 |
| 1/4/2021 6:19 | $75.88 |
| 1/4/2021 6:19 | $75.90 |
| 1/4/2021 6:19 | $75.90 |
| 1/4/2021 6:21 | $75.90 |
| 1/4/2021 6:21 | $75.90 |

4

| | |
|---|---|
| 1/4/2021 6:21 | $75.90 |
| 1/4/2021 6:21 | $75.90 |
| 1/4/2021 6:26 | $76.20 |
| 1/4/2021 6:26 | $75.89 |
| 1/4/2021 6:26 | $76.20 |
| 1/4/2021 6:26 | $75.95 |
| 1/4/2021 6:28 | $76.05 |
| 1/4/2021 6:28 | $76.05 |
| 1/4/2021 6:28 | $76.05 |
| 1/4/2021 6:28 | $76.05 |
| 1/4/2021 6:30 | $76.20 |
| 1/4/2021 6:30 | $76.20 |
| 1/4/2021 6:30 | $76.20 |
| 1/4/2021 6:30 | $76.20 |
| 1/4/2021 6:33 | $76.20 |
| 1/4/2021 6:33 | $76.20 |
| 1/4/2021 6:33 | $76.20 |
| 1/4/2021 6:33 | $76.20 |
| 1/4/2021 6:35 | $76.20 |
| 1/4/2021 6:35 | $76.20 |
| 1/4/2021 6:35 | $76.20 |
| 1/4/2021 6:35 | $76.20 |
| 1/4/2021 6:38 | $76.25 |
| 1/4/2021 6:38 | $76.25 |
| 1/4/2021 6:38 | $76.25 |
| 1/4/2021 6:38 | $76.25 |
| 1/4/2021 6:49 | $76.88 |
| 1/4/2021 6:49 | $76.86 |
| 1/4/2021 6:49 | $76.88 |
| 1/4/2021 6:49 | $76.86 |
| 1/4/2021 6:51 | $76.88 |
| 1/4/2021 6:51 | $76.88 |
| 1/4/2021 6:51 | $76.88 |
| 1/4/2021 6:51 | $76.88 |
| 1/4/2021 6:54 | $76.60 |
| 1/4/2021 6:54 | $76.60 |
| 1/4/2021 6:54 | $76.60 |
| 1/4/2021 6:54 | $76.60 |
| 1/4/2021 6:58 | $76.61 |
| 1/4/2021 6:58 | $76.61 |
| 1/4/2021 6:58 | $76.80 |

5

| | |
|---|---|
| 1/4/2021 6:58 | $76.80 |
| 1/4/2021 7:00 | $75.76 |
| 1/4/2021 7:00 | $75.75 |
| 1/4/2021 7:00 | $76.62 |
| 1/4/2021 7:00 | $76.61 |
| 1/4/2021 7:02 | $75.50 |
| 1/4/2021 7:02 | $75.50 |
| 1/4/2021 7:02 | $75.76 |
| 1/4/2021 7:02 | $75.76 |
| 1/4/2021 7:05 | $73.60 |
| 1/4/2021 7:05 | $73.60 |
| 1/4/2021 7:05 | $75.50 |
| 1/4/2021 7:05 | $75.50 |
| 1/4/2021 7:07 | $74.17 |
| 1/4/2021 7:07 | $73.65 |
| 1/4/2021 7:07 | $74.60 |
| 1/4/2021 7:07 | $73.76 |
| 1/4/2021 7:10 | $73.50 |
| 1/4/2021 7:10 | $73.40 |
| 1/4/2021 7:10 | $74.49 |
| 1/4/2021 7:10 | $74.17 |
| 1/4/2021 7:12 | $73.00 |
| 1/4/2021 7:12 | $72.85 |
| 1/4/2021 7:12 | $73.55 |
| 1/4/2021 7:12 | $73.55 |
| 1/4/2021 7:15 | $73.17 |
| 1/4/2021 7:15 | $72.93 |
| 1/4/2021 7:15 | $73.20 |
| 1/4/2021 7:15 | $73.00 |
| 1/4/2021 7:18 | $73.30 |
| 1/4/2021 7:18 | $73.17 |
| 1/4/2021 7:18 | $73.30 |
| 1/4/2021 7:18 | $73.18 |
| 1/4/2021 7:20 | $73.16 |
| 1/4/2021 7:20 | $73.16 |
| 1/4/2021 7:20 | $73.30 |
| 1/4/2021 7:20 | $73.30 |
| 1/4/2021 7:22 | $74.02 |
| 1/4/2021 7:22 | $73.19 |
| 1/4/2021 7:22 | $74.15 |
| 1/4/2021 7:22 | $73.19 |

| | |
|---|---|
| 1/4/2021 7:25 | $73.35 |
| 1/4/2021 7:25 | $73.35 |
| 1/4/2021 7:25 | $74.17 |
| 1/4/2021 7:25 | $74.03 |
| 1/4/2021 7:27 | $73.25 |
| 1/4/2021 7:27 | $73.25 |
| 1/4/2021 7:27 | $73.45 |
| 1/4/2021 7:27 | $73.39 |
| 1/4/2021 7:30 | $73.00 |
| 1/4/2021 7:30 | $73.00 |
| 1/4/2021 7:30 | $73.25 |
| 1/4/2021 7:30 | $73.25 |
| 1/4/2021 7:32 | $72.90 |
| 1/4/2021 7:32 | $72.45 |
| 1/4/2021 7:32 | $72.90 |
| 1/4/2021 7:32 | $72.90 |
| 1/4/2021 7:35 | $72.91 |
| 1/4/2021 7:35 | $72.60 |
| 1/4/2021 7:35 | $73.00 |
| 1/4/2021 7:35 | $72.85 |
| 1/4/2021 7:37 | $73.20 |
| 1/4/2021 7:37 | $72.97 |
| 1/4/2021 7:37 | $73.25 |
| 1/4/2021 7:37 | $72.97 |
| 1/4/2021 7:40 | $73.99 |
| 1/4/2021 7:40 | $73.30 |
| 1/4/2021 7:40 | $73.99 |
| 1/4/2021 7:40 | $73.39 |
| 1/4/2021 7:43 | $73.98 |
| 1/4/2021 7:43 | $73.60 |
| 1/4/2021 7:43 | $73.98 |
| 1/4/2021 7:43 | $73.75 |
| 1/4/2021 7:45 | $73.67 |
| 1/4/2021 7:45 | $73.65 |
| 1/4/2021 7:45 | $73.95 |
| 1/4/2021 7:45 | $73.69 |
| 1/4/2021 7:47 | $73.38 |
| 1/4/2021 7:47 | $73.38 |
| 1/4/2021 7:47 | $73.70 |
| 1/4/2021 7:47 | $73.67 |
| 1/4/2021 7:50 | $72.90 |

7

| | |
|---|---|
| 1/4/2021 7:50 | $72.90 |
| 1/4/2021 7:50 | $73.35 |
| 1/4/2021 7:50 | $73.35 |
| 1/4/2021 7:52 | $72.50 |
| 1/4/2021 7:52 | $72.50 |
| 1/4/2021 7:52 | $72.80 |
| 1/4/2021 7:52 | $72.80 |
| 1/4/2021 7:55 | $72.40 |
| 1/4/2021 7:55 | $72.20 |
| 1/4/2021 7:55 | $72.50 |
| 1/4/2021 7:55 | $72.30 |
| 1/4/2021 7:57 | $72.50 |
| 1/4/2021 7:57 | $72.40 |
| 1/4/2021 7:57 | $72.50 |
| 1/4/2021 7:57 | $72.50 |
| 1/4/2021 8:00 | $72.16 |
| 1/4/2021 8:00 | $72.16 |
| 1/4/2021 8:00 | $76.62 |
| 1/4/2021 8:00 | $72.50 |
| 1/4/2021 8:02 | $71.00 |
| 1/4/2021 8:02 | $70.99 |
| 1/4/2021 8:02 | $72.20 |
| 1/4/2021 8:02 | $72.18 |
| 1/4/2021 8:05 | $70.60 |
| 1/4/2021 8:05 | $70.50 |
| 1/4/2021 8:05 | $71.00 |
| 1/4/2021 8:05 | $71.00 |
| 1/4/2021 8:07 | $69.35 |
| 1/4/2021 8:07 | $69.35 |
| 1/4/2021 8:07 | $70.57 |
| 1/4/2021 8:07 | $70.57 |
| 1/4/2021 8:10 | $70.00 |
| 1/4/2021 8:10 | $69.50 |
| 1/4/2021 8:10 | $70.30 |
| 1/4/2021 8:10 | $69.69 |
| 1/4/2021 8:12 | $70.15 |
| 1/4/2021 8:12 | $69.90 |
| 1/4/2021 8:12 | $70.25 |
| 1/4/2021 8:12 | $69.90 |
| 1/4/2021 8:15 | $69.69 |
| 1/4/2021 8:15 | $69.50 |

8

| | |
|---|---|
| 1/4/2021 8:15 | $70.15 |
| 1/4/2021 8:15 | $70.14 |
| 1/4/2021 8:17 | $69.70 |
| 1/4/2021 8:17 | $69.50 |
| 1/4/2021 8:17 | $69.98 |
| 1/4/2021 8:17 | $69.60 |
| 1/4/2021 8:20 | $69.20 |
| 1/4/2021 8:20 | $69.20 |
| 1/4/2021 8:20 | $69.71 |
| 1/4/2021 8:20 | $69.70 |
| 1/4/2021 8:22 | $68.69 |
| 1/4/2021 8:22 | $68.54 |
| 1/4/2021 8:22 | $69.20 |
| 1/4/2021 8:22 | $69.20 |
| 1/4/2021 8:25 | $69.01 |
| 1/4/2021 8:25 | $68.60 |
| 1/4/2021 8:25 | $69.60 |
| 1/4/2021 8:25 | $68.61 |
| 1/4/2021 8:27 | $69.00 |
| 1/4/2021 8:27 | $69.00 |
| 1/4/2021 8:27 | $69.25 |
| 1/4/2021 8:27 | $69.18 |
| 1/4/2021 8:30 | $68.73 |
| 1/4/2021 8:30 | $68.50 |
| 1/4/2021 8:30 | $69.50 |
| 1/4/2021 8:30 | $69.01 |
| 1/4/2021 8:32 | $68.19 |
| 1/4/2021 8:32 | $68.19 |
| 1/4/2021 8:32 | $69.00 |
| 1/4/2021 8:32 | $68.80 |
| 1/4/2021 8:35 | $67.75 |
| 1/4/2021 8:35 | $67.50 |
| 1/4/2021 8:35 | $68.20 |
| 1/4/2021 8:35 | $68.19 |
| 1/4/2021 8:37 | $67.70 |
| 1/4/2021 8:37 | $67.30 |
| 1/4/2021 8:37 | $68.00 |
| 1/4/2021 8:37 | $67.63 |
| 1/4/2021 8:40 | $67.38 |
| 1/4/2021 8:40 | $67.30 |
| 1/4/2021 8:40 | $67.80 |

9

| | |
|---|---|
| 1/4/2021 8:40 | $67.79 |
| 1/4/2021 8:42 | $67.50 |
| 1/4/2021 8:42 | $66.60 |
| 1/4/2021 8:42 | $67.50 |
| 1/4/2021 8:42 | $67.38 |
| 1/4/2021 8:45 | $66.69 |
| 1/4/2021 8:45 | $66.50 |
| 1/4/2021 8:45 | $67.64 |
| 1/4/2021 8:45 | $67.42 |
| 1/4/2021 8:47 | $66.50 |
| 1/4/2021 8:47 | $65.63 |
| 1/4/2021 8:47 | $66.90 |
| 1/4/2021 8:47 | $66.71 |
| 1/4/2021 8:50 | $65.75 |
| 1/4/2021 8:50 | $65.70 |
| 1/4/2021 8:50 | $67.50 |
| 1/4/2021 8:50 | $66.50 |
| 1/4/2021 8:52 | $66.00 |
| 1/4/2021 8:52 | $65.71 |
| 1/4/2021 8:52 | $66.69 |
| 1/4/2021 8:52 | $66.18 |
| 1/4/2021 8:55 | $65.00 |
| 1/4/2021 8:55 | $65.00 |
| 1/4/2021 8:55 | $66.00 |
| 1/4/2021 8:55 | $65.99 |
| 1/4/2021 8:57 | $64.70 |
| 1/4/2021 8:57 | $64.50 |
| 1/4/2021 8:57 | $65.34 |
| 1/4/2021 8:57 | $65.05 |
| 1/4/2021 9:00 | $64.00 |
| 1/4/2021 9:00 | $63.84 |
| 1/4/2021 9:00 | $65.00 |
| 1/4/2021 9:00 | $64.75 |
| 1/4/2021 9:02 | $63.11 |
| 1/4/2021 9:02 | $63.10 |
| 1/4/2021 9:02 | $64.34 |
| 1/4/2021 9:02 | $64.00 |
| 1/4/2021 9:05 | $62.12 |
| 1/4/2021 9:05 | $61.51 |
| 1/4/2021 9:05 | $63.27 |
| 1/4/2021 9:05 | $63.10 |

10

| | |
|---|---|
| 1/4/2021 9:07 | $61.22 |
| 1/4/2021 9:07 | $60.88 |
| 1/4/2021 9:07 | $63.00 |
| 1/4/2021 9:07 | $62.35 |
| 1/4/2021 9:10 | $61.74 |
| 1/4/2021 9:10 | $60.45 |
| 1/4/2021 9:10 | $62.56 |
| 1/4/2021 9:10 | $61.41 |
| 1/4/2021 9:12 | $60.65 |
| 1/4/2021 9:12 | $60.16 |
| 1/4/2021 9:12 | $62.59 |
| 1/4/2021 9:12 | $61.72 |
| 1/4/2021 9:15 | $59.79 |
| 1/4/2021 9:15 | $59.56 |
| 1/4/2021 9:15 | $61.80 |
| 1/4/2021 9:15 | $60.85 |
| 1/4/2021 9:17 | $60.12 |
| 1/4/2021 9:17 | $59.37 |
| 1/4/2021 9:17 | $61.03 |
| 1/4/2021 9:17 | $59.61 |
| 1/4/2021 9:20 | $59.95 |
| 1/4/2021 9:20 | $59.25 |
| 1/4/2021 9:20 | $60.75 |
| 1/4/2021 9:20 | $60.27 |
| 1/4/2021 9:22 | $59.69 |
| 1/4/2021 9:22 | $59.11 |
| 1/4/2021 9:22 | $60.00 |
| 1/4/2021 9:22 | $59.80 |
| 1/4/2021 9:25 | $59.07 |
| 1/4/2021 9:25 | $58.78 |
| 1/4/2021 9:25 | $60.25 |
| 1/4/2021 9:25 | $59.75 |
| 1/4/2021 9:27 | $59.33 |
| 1/4/2021 9:27 | $58.61 |
| 1/4/2021 9:27 | $60.46 |
| 1/4/2021 9:27 | $59.05 |
| 1/4/2021 9:30 | $58.97 |
| 1/4/2021 9:30 | $57.30 |
| 1/4/2021 9:30 | $61.00 |
| 1/4/2021 9:30 | $58.87 |
| 1/4/2021 9:32 | $55.81 |

11

| | |
|---|---|
| 1/4/2021 9:32 | $53.88 |
| 1/4/2021 9:32 | $59.16 |
| 1/4/2021 9:32 | $59.01 |
| 1/4/2021 9:35 | $55.17 |
| 1/4/2021 9:35 | $54.52 |
| 1/4/2021 9:35 | $57.16 |
| 1/4/2021 9:35 | $55.88 |
| 1/4/2021 9:37 | $55.23 |
| 1/4/2021 9:37 | $53.10 |
| 1/4/2021 9:37 | $55.78 |
| 1/4/2021 9:37 | $55.16 |
| 1/4/2021 9:40 | $54.40 |
| 1/4/2021 9:40 | $52.21 |
| 1/4/2021 9:40 | $55.83 |
| 1/4/2021 9:40 | $55.18 |
| 1/4/2021 9:42 | $53.81 |
| 1/4/2021 9:42 | $52.53 |
| 1/4/2021 9:42 | $55.00 |
| 1/4/2021 9:42 | $54.58 |
| 1/4/2021 9:45 | $52.13 |
| 1/4/2021 9:45 | $51.07 |
| 1/4/2021 9:45 | $55.00 |
| 1/4/2021 9:45 | $53.66 |
| 1/4/2021 9:47 | $52.70 |
| 1/4/2021 9:47 | $51.63 |
| 1/4/2021 9:47 | $53.95 |
| 1/4/2021 9:47 | $52.12 |
| 1/4/2021 9:50 | $50.98 |
| 1/4/2021 9:50 | $50.31 |
| 1/4/2021 9:50 | $52.70 |
| 1/4/2021 9:50 | $52.70 |
| 1/4/2021 9:52 | $51.32 |
| 1/4/2021 9:52 | $50.31 |
| 1/4/2021 9:52 | $52.00 |
| 1/4/2021 9:52 | $50.89 |
| 1/4/2021 9:55 | $54.23 |
| 1/4/2021 9:55 | $51.32 |
| 1/4/2021 9:55 | $54.51 |
| 1/4/2021 9:55 | $51.32 |
| 1/4/2021 9:57 | $53.96 |
| 1/4/2021 9:57 | $53.30 |

| | |
|---|---|
| 1/4/2021 9:57 | $54.88 |
| 1/4/2021 9:57 | $54.23 |
| 1/4/2021 10:00 | $53.42 |
| 1/4/2021 10:00 | $53.15 |
| 1/4/2021 10:00 | $54.97 |
| 1/4/2021 10:00 | $53.97 |
| 1/4/2021 10:02 | $53.89 |
| 1/4/2021 10:02 | $52.71 |
| 1/4/2021 10:02 | $54.50 |
| 1/4/2021 10:02 | $53.53 |
| 1/4/2021 10:05 | $53.99 |
| 1/4/2021 10:05 | $53.67 |
| 1/4/2021 10:05 | $55.30 |
| 1/4/2021 10:05 | $53.90 |
| 1/4/2021 10:07 | $52.32 |
| 1/4/2021 10:07 | $52.01 |
| 1/4/2021 10:07 | $54.10 |
| 1/4/2021 10:07 | $53.95 |
| 1/4/2021 10:10 | $53.24 |
| 1/4/2021 10:10 | $52.00 |
| 1/4/2021 10:10 | $53.40 |
| 1/4/2021 10:10 | $52.38 |
| 1/4/2021 10:12 | $53.52 |
| 1/4/2021 10:12 | $52.84 |
| 1/4/2021 10:12 | $53.90 |
| 1/4/2021 10:12 | $53.29 |
| 1/4/2021 10:15 | $54.04 |
| 1/4/2021 10:15 | $53.21 |
| 1/4/2021 10:15 | $54.48 |
| 1/4/2021 10:15 | $53.51 |
| 1/4/2021 10:17 | $53.36 |
| 1/4/2021 10:17 | $53.35 |
| 1/4/2021 10:17 | $54.50 |
| 1/4/2021 10:17 | $54.04 |
| 1/4/2021 10:20 | $55.14 |
| 1/4/2021 10:20 | $53.35 |
| 1/4/2021 10:20 | $55.70 |
| 1/4/2021 10:20 | $53.45 |
| 1/4/2021 10:22 | $55.91 |
| 1/4/2021 10:22 | $54.26 |
| 1/4/2021 10:22 | $56.35 |

13

| | |
|---|---|
| 1/4/2021 10:22 | $55.19 |
| 1/4/2021 10:25 | $56.18 |
| 1/4/2021 10:25 | $55.65 |
| 1/4/2021 10:25 | $56.40 |
| 1/4/2021 10:25 | $55.89 |
| 1/4/2021 10:27 | $54.51 |
| 1/4/2021 10:27 | $54.41 |
| 1/4/2021 10:27 | $56.59 |
| 1/4/2021 10:27 | $56.20 |
| 1/4/2021 10:30 | $56.27 |
| 1/4/2021 10:30 | $54.51 |
| 1/4/2021 10:30 | $56.39 |
| 1/4/2021 10:30 | $54.68 |
| 1/4/2021 10:32 | $55.66 |
| 1/4/2021 10:32 | $55.50 |
| 1/4/2021 10:32 | $56.39 |
| 1/4/2021 10:32 | $56.37 |
| 1/4/2021 10:35 | $54.84 |
| 1/4/2021 10:35 | $54.55 |
| 1/4/2021 10:35 | $55.80 |
| 1/4/2021 10:35 | $55.62 |
| 1/4/2021 10:37 | $55.70 |
| 1/4/2021 10:37 | $54.65 |
| 1/4/2021 10:37 | $56.00 |
| 1/4/2021 10:37 | $54.76 |
| 1/4/2021 10:40 | $55.73 |
| 1/4/2021 10:40 | $55.30 |
| 1/4/2021 10:40 | $56.25 |
| 1/4/2021 10:40 | $55.64 |
| 1/4/2021 10:42 | $55.80 |
| 1/4/2021 10:42 | $55.20 |
| 1/4/2021 10:42 | $56.54 |
| 1/4/2021 10:42 | $55.65 |
| 1/4/2021 10:45 | $54.76 |
| 1/4/2021 10:45 | $54.60 |
| 1/4/2021 10:45 | $55.78 |
| 1/4/2021 10:45 | $55.54 |
| 1/4/2021 10:47 | $54.25 |
| 1/4/2021 10:47 | $54.00 |
| 1/4/2021 10:47 | $54.99 |
| 1/4/2021 10:47 | $54.75 |

14

| | |
|---|---|
| 1/4/2021 10:50 | $53.29 |
| 1/4/2021 10:50 | $53.06 |
| 1/4/2021 10:50 | $54.30 |
| 1/4/2021 10:50 | $54.27 |
| 1/4/2021 10:52 | $53.65 |
| 1/4/2021 10:52 | $52.66 |
| 1/4/2021 10:52 | $53.85 |
| 1/4/2021 10:52 | $53.34 |
| 1/4/2021 10:55 | $53.78 |
| 1/4/2021 10:55 | $53.45 |
| 1/4/2021 10:55 | $54.50 |
| 1/4/2021 10:55 | $53.70 |
| 1/4/2021 10:57 | $53.32 |
| 1/4/2021 10:57 | $53.02 |
| 1/4/2021 10:57 | $54.20 |
| 1/4/2021 10:57 | $53.78 |
| 1/4/2021 11:00 | $53.40 |
| 1/4/2021 11:00 | $53.27 |
| 1/4/2021 11:00 | $53.86 |
| 1/4/2021 11:00 | $53.40 |
| 1/4/2021 11:02 | $53.09 |
| 1/4/2021 11:02 | $53.00 |
| 1/4/2021 11:02 | $53.68 |
| 1/4/2021 11:02 | $53.48 |
| 1/4/2021 11:05 | $53.16 |
| 1/4/2021 11:05 | $52.50 |
| 1/4/2021 11:05 | $53.45 |
| 1/4/2021 11:05 | $53.13 |
| 1/4/2021 11:07 | $53.00 |
| 1/4/2021 11:07 | $52.70 |
| 1/4/2021 11:07 | $53.40 |
| 1/4/2021 11:07 | $53.22 |
| 1/4/2021 11:10 | $52.55 |
| 1/4/2021 11:10 | $52.30 |
| 1/4/2021 11:10 | $53.14 |
| 1/4/2021 11:10 | $53.00 |
| 1/4/2021 11:12 | $53.60 |
| 1/4/2021 11:12 | $52.55 |
| 1/4/2021 11:12 | $54.09 |
| 1/4/2021 11:12 | $52.61 |
| 1/4/2021 11:15 | $53.13 |

| | |
|---|---|
| 1/4/2021 11:15 | $53.10 |
| 1/4/2021 11:15 | $53.74 |
| 1/4/2021 11:15 | $53.74 |
| 1/4/2021 11:17 | $52.75 |
| 1/4/2021 11:17 | $52.60 |
| 1/4/2021 11:17 | $53.14 |
| 1/4/2021 11:17 | $53.13 |
| 1/4/2021 11:20 | $53.37 |
| 1/4/2021 11:20 | $52.52 |
| 1/4/2021 11:20 | $53.50 |
| 1/4/2021 11:20 | $52.73 |
| 1/4/2021 11:22 | $53.28 |
| 1/4/2021 11:22 | $53.10 |
| 1/4/2021 11:22 | $53.85 |
| 1/4/2021 11:22 | $53.37 |
| 1/4/2021 11:25 | $54.29 |
| 1/4/2021 11:25 | $53.11 |
| 1/4/2021 11:25 | $54.41 |
| 1/4/2021 11:25 | $53.34 |
| 1/4/2021 11:27 | $53.38 |
| 1/4/2021 11:27 | $53.20 |
| 1/4/2021 11:27 | $54.38 |
| 1/4/2021 11:27 | $54.25 |
| 1/4/2021 11:30 | $53.25 |
| 1/4/2021 11:30 | $53.20 |
| 1/4/2021 11:30 | $53.82 |
| 1/4/2021 11:30 | $53.30 |
| 1/4/2021 11:32 | $53.29 |
| 1/4/2021 11:32 | $52.70 |
| 1/4/2021 11:32 | $53.66 |
| 1/4/2021 11:32 | $53.23 |
| 1/4/2021 11:35 | $53.49 |
| 1/4/2021 11:35 | $52.77 |
| 1/4/2021 11:35 | $53.50 |
| 1/4/2021 11:35 | $53.20 |
| 1/4/2021 11:37 | $53.49 |
| 1/4/2021 11:37 | $53.14 |
| 1/4/2021 11:37 | $53.65 |
| 1/4/2021 11:37 | $53.41 |
| 1/4/2021 11:40 | $52.70 |
| 1/4/2021 11:40 | $52.70 |

16

| | |
|---|---|
| 1/4/2021 11:40 | $53.52 |
| 1/4/2021 11:40 | $53.44 |
| 1/4/2021 11:42 | $53.01 |
| 1/4/2021 11:42 | $52.51 |
| 1/4/2021 11:42 | $53.32 |
| 1/4/2021 11:42 | $52.70 |
| 1/4/2021 11:45 | $52.76 |
| 1/4/2021 11:45 | $52.55 |
| 1/4/2021 11:45 | $53.20 |
| 1/4/2021 11:45 | $53.09 |
| 1/4/2021 11:47 | $52.60 |
| 1/4/2021 11:47 | $52.50 |
| 1/4/2021 11:47 | $52.93 |
| 1/4/2021 11:47 | $52.77 |
| 1/4/2021 11:50 | $52.95 |
| 1/4/2021 11:50 | $52.56 |
| 1/4/2021 11:50 | $53.50 |
| 1/4/2021 11:50 | $52.65 |
| 1/4/2021 11:52 | $52.21 |
| 1/4/2021 11:52 | $52.00 |
| 1/4/2021 11:52 | $53.34 |
| 1/4/2021 11:52 | $52.95 |
| 1/4/2021 11:55 | $50.61 |
| 1/4/2021 11:55 | $50.60 |
| 1/4/2021 11:55 | $52.28 |
| 1/4/2021 11:55 | $52.25 |
| 1/4/2021 11:57 | $51.27 |
| 1/4/2021 11:57 | $50.50 |
| 1/4/2021 11:57 | $51.63 |
| 1/4/2021 11:57 | $50.62 |
| 1/4/2021 12:00 | $51.81 |
| 1/4/2021 12:00 | $51.05 |
| 1/4/2021 12:00 | $52.20 |
| 1/4/2021 12:00 | $51.31 |
| 1/4/2021 12:02 | $50.68 |
| 1/4/2021 12:02 | $50.60 |
| 1/4/2021 12:02 | $52.00 |
| 1/4/2021 12:02 | $51.90 |
| 1/4/2021 12:05 | $50.81 |
| 1/4/2021 12:05 | $50.50 |
| 1/4/2021 12:05 | $51.24 |

17

| | |
|---|---|
| 1/4/2021 12:05 | $50.67 |
| 1/4/2021 12:07 | $50.27 |
| 1/4/2021 12:07 | $50.25 |
| 1/4/2021 12:07 | $50.98 |
| 1/4/2021 12:07 | $50.80 |
| 1/4/2021 12:10 | $50.94 |
| 1/4/2021 12:10 | $50.23 |
| 1/4/2021 12:10 | $51.01 |
| 1/4/2021 12:10 | $50.34 |
| 1/4/2021 12:12 | $50.79 |
| 1/4/2021 12:12 | $50.56 |
| 1/4/2021 12:12 | $51.30 |
| 1/4/2021 12:12 | $50.87 |
| 1/4/2021 12:15 | $51.19 |
| 1/4/2021 12:15 | $50.27 |
| 1/4/2021 12:15 | $51.25 |
| 1/4/2021 12:15 | $50.75 |
| 1/4/2021 12:17 | $50.80 |
| 1/4/2021 12:17 | $50.62 |
| 1/4/2021 12:17 | $51.42 |
| 1/4/2021 12:17 | $51.16 |
| 1/4/2021 12:20 | $51.37 |
| 1/4/2021 12:20 | $50.80 |
| 1/4/2021 12:20 | $51.74 |
| 1/4/2021 12:20 | $50.80 |
| 1/4/2021 12:22 | $51.28 |
| 1/4/2021 12:22 | $51.25 |
| 1/4/2021 12:22 | $51.75 |
| 1/4/2021 12:22 | $51.47 |
| 1/4/2021 12:25 | $51.84 |
| 1/4/2021 12:25 | $51.00 |
| 1/4/2021 12:25 | $51.95 |
| 1/4/2021 12:25 | $51.34 |
| 1/4/2021 12:27 | $51.50 |
| 1/4/2021 12:27 | $51.40 |
| 1/4/2021 12:27 | $52.18 |
| 1/4/2021 12:27 | $51.85 |
| 1/4/2021 12:30 | $51.36 |
| 1/4/2021 12:30 | $51.12 |
| 1/4/2021 12:30 | $51.80 |
| 1/4/2021 12:30 | $51.49 |

| | |
|---|---|
| 1/4/2021 12:32 | $51.80 |
| 1/4/2021 12:32 | $51.30 |
| 1/4/2021 12:32 | $52.00 |
| 1/4/2021 12:32 | $51.36 |
| 1/4/2021 12:35 | $51.30 |
| 1/4/2021 12:35 | $51.30 |
| 1/4/2021 12:35 | $52.00 |
| 1/4/2021 12:35 | $51.86 |
| 1/4/2021 12:37 | $50.97 |
| 1/4/2021 12:37 | $50.75 |
| 1/4/2021 12:37 | $51.45 |
| 1/4/2021 12:37 | $51.31 |
| 1/4/2021 12:40 | $51.01 |
| 1/4/2021 12:40 | $50.61 |
| 1/4/2021 12:40 | $51.23 |
| 1/4/2021 12:40 | $50.91 |
| 1/4/2021 12:42 | $50.97 |
| 1/4/2021 12:42 | $50.60 |
| 1/4/2021 12:42 | $51.44 |
| 1/4/2021 12:42 | $51.09 |
| 1/4/2021 12:45 | $50.36 |
| 1/4/2021 12:45 | $50.26 |
| 1/4/2021 12:45 | $50.97 |
| 1/4/2021 12:45 | $50.83 |
| 1/4/2021 12:47 | $51.01 |
| 1/4/2021 12:47 | $50.32 |
| 1/4/2021 12:47 | $51.14 |
| 1/4/2021 12:47 | $50.41 |
| 1/4/2021 12:50 | $51.20 |
| 1/4/2021 12:50 | $50.67 |
| 1/4/2021 12:50 | $51.35 |
| 1/4/2021 12:50 | $51.02 |
| 1/4/2021 12:52 | $51.40 |
| 1/4/2021 12:52 | $51.05 |
| 1/4/2021 12:52 | $51.76 |
| 1/4/2021 12:52 | $51.19 |
| 1/4/2021 12:55 | $51.80 |
| 1/4/2021 12:55 | $51.29 |
| 1/4/2021 12:55 | $51.99 |
| 1/4/2021 12:55 | $51.40 |
| 1/4/2021 12:57 | $51.64 |

| | |
|---|---|
| 1/4/2021 12:57 | $51.54 |
| 1/4/2021 12:57 | $52.09 |
| 1/4/2021 12:57 | $51.80 |
| 1/4/2021 13:00 | $51.57 |
| 1/4/2021 13:00 | $51.49 |
| 1/4/2021 13:00 | $52.04 |
| 1/4/2021 13:00 | $51.61 |
| 1/4/2021 13:02 | $51.41 |
| 1/4/2021 13:02 | $51.10 |
| 1/4/2021 13:02 | $51.70 |
| 1/4/2021 13:02 | $51.55 |
| 1/4/2021 13:05 | $51.64 |
| 1/4/2021 13:05 | $51.22 |
| 1/4/2021 13:05 | $51.74 |
| 1/4/2021 13:05 | $51.47 |
| 1/4/2021 13:07 | $52.08 |
| 1/4/2021 13:07 | $51.53 |
| 1/4/2021 13:07 | $52.20 |
| 1/4/2021 13:07 | $51.63 |
| 1/4/2021 13:10 | $52.47 |
| 1/4/2021 13:10 | $51.65 |
| 1/4/2021 13:10 | $52.74 |
| 1/4/2021 13:10 | $52.00 |
| 1/4/2021 13:12 | $52.66 |
| 1/4/2021 13:12 | $52.32 |
| 1/4/2021 13:12 | $52.90 |
| 1/4/2021 13:12 | $52.57 |
| 1/4/2021 13:15 | $53.06 |
| 1/4/2021 13:15 | $52.20 |
| 1/4/2021 13:15 | $53.25 |
| 1/4/2021 13:15 | $52.64 |
| 1/4/2021 13:17 | $53.45 |
| 1/4/2021 13:17 | $52.81 |
| 1/4/2021 13:17 | $53.75 |
| 1/4/2021 13:17 | $53.18 |
| 1/4/2021 13:20 | $52.77 |
| 1/4/2021 13:20 | $52.50 |
| 1/4/2021 13:20 | $53.36 |
| 1/4/2021 13:20 | $53.20 |
| 1/4/2021 13:22 | $52.81 |
| 1/4/2021 13:22 | $52.20 |

20

| | |
|---|---|
| 1/4/2021 13:22 | $52.90 |
| 1/4/2021 13:22 | $52.76 |
| 1/4/2021 13:25 | $52.45 |
| 1/4/2021 13:25 | $52.28 |
| 1/4/2021 13:25 | $53.00 |
| 1/4/2021 13:25 | $52.80 |
| 1/4/2021 13:27 | $52.40 |
| 1/4/2021 13:27 | $52.12 |
| 1/4/2021 13:27 | $52.72 |
| 1/4/2021 13:27 | $52.45 |
| 1/4/2021 13:30 | $51.57 |
| 1/4/2021 13:30 | $51.21 |
| 1/4/2021 13:30 | $52.65 |
| 1/4/2021 13:30 | $52.40 |
| 1/4/2021 13:32 | $51.69 |
| 1/4/2021 13:32 | $51.50 |
| 1/4/2021 13:32 | $52.13 |
| 1/4/2021 13:32 | $51.56 |
| 1/4/2021 13:35 | $52.12 |
| 1/4/2021 13:35 | $51.50 |
| 1/4/2021 13:35 | $52.19 |
| 1/4/2021 13:35 | $51.80 |
| 1/4/2021 13:37 | $51.77 |
| 1/4/2021 13:37 | $51.50 |
| 1/4/2021 13:37 | $52.29 |
| 1/4/2021 13:37 | $52.12 |
| 1/4/2021 13:40 | $51.81 |
| 1/4/2021 13:40 | $51.63 |
| 1/4/2021 13:40 | $52.01 |
| 1/4/2021 13:40 | $51.67 |
| 1/4/2021 13:42 | $51.27 |
| 1/4/2021 13:42 | $51.05 |
| 1/4/2021 13:42 | $51.96 |
| 1/4/2021 13:42 | $51.80 |
| 1/4/2021 13:45 | $51.54 |
| 1/4/2021 13:45 | $51.00 |
| 1/4/2021 13:45 | $51.70 |
| 1/4/2021 13:45 | $51.28 |
| 1/4/2021 13:47 | $51.69 |
| 1/4/2021 13:47 | $51.36 |
| 1/4/2021 13:47 | $51.90 |

21

| | |
|---|---|
| 1/4/2021 13:47 | $51.58 |
| 1/4/2021 13:50 | $51.87 |
| 1/4/2021 13:50 | $51.15 |
| 1/4/2021 13:50 | $52.00 |
| 1/4/2021 13:50 | $51.80 |
| 1/4/2021 13:52 | $51.28 |
| 1/4/2021 13:52 | $51.20 |
| 1/4/2021 13:52 | $51.90 |
| 1/4/2021 13:52 | $51.90 |
| 1/4/2021 13:55 | $51.08 |
| 1/4/2021 13:55 | $50.69 |
| 1/4/2021 13:55 | $51.30 |
| 1/4/2021 13:55 | $51.30 |
| 1/4/2021 13:57 | $51.43 |
| 1/4/2021 13:57 | $50.82 |
| 1/4/2021 13:57 | $51.61 |
| 1/4/2021 13:57 | $51.03 |
| 1/4/2021 14:00 | $51.10 |
| 1/4/2021 14:00 | $51.01 |
| 1/4/2021 14:00 | $51.93 |
| 1/4/2021 14:00 | $51.41 |
| 1/4/2021 14:02 | $51.33 |
| 1/4/2021 14:02 | $50.80 |
| 1/4/2021 14:02 | $51.40 |
| 1/4/2021 14:02 | $51.11 |
| 1/4/2021 14:05 | $50.98 |
| 1/4/2021 14:05 | $50.84 |
| 1/4/2021 14:05 | $51.41 |
| 1/4/2021 14:05 | $51.33 |
| 1/4/2021 14:07 | $51.09 |
| 1/4/2021 14:07 | $50.85 |
| 1/4/2021 14:07 | $51.45 |
| 1/4/2021 14:07 | $50.97 |
| 1/4/2021 14:10 | $51.20 |
| 1/4/2021 14:10 | $51.02 |
| 1/4/2021 14:10 | $51.54 |
| 1/4/2021 14:10 | $51.03 |
| 1/4/2021 14:12 | $51.01 |
| 1/4/2021 14:12 | $51.00 |
| 1/4/2021 14:12 | $51.37 |
| 1/4/2021 14:12 | $51.21 |

| | |
|---|---|
| 1/4/2021 14:15 | $51.64 |
| 1/4/2021 14:15 | $51.02 |
| 1/4/2021 14:15 | $51.80 |
| 1/4/2021 14:15 | $51.02 |
| 1/4/2021 14:17 | $51.32 |
| 1/4/2021 14:17 | $51.15 |
| 1/4/2021 14:17 | $51.91 |
| 1/4/2021 14:17 | $51.63 |
| 1/4/2021 14:20 | $51.25 |
| 1/4/2021 14:20 | $51.10 |
| 1/4/2021 14:20 | $51.50 |
| 1/4/2021 14:20 | $51.30 |
| 1/4/2021 14:22 | $51.35 |
| 1/4/2021 14:22 | $51.15 |
| 1/4/2021 14:22 | $51.80 |
| 1/4/2021 14:22 | $51.27 |
| 1/4/2021 14:25 | $50.91 |
| 1/4/2021 14:25 | $50.83 |
| 1/4/2021 14:25 | $51.58 |
| 1/4/2021 14:25 | $51.33 |
| 1/4/2021 14:27 | $50.99 |
| 1/4/2021 14:27 | $50.77 |
| 1/4/2021 14:27 | $51.27 |
| 1/4/2021 14:27 | $50.90 |
| 1/4/2021 14:30 | $51.15 |
| 1/4/2021 14:30 | $50.75 |
| 1/4/2021 14:30 | $51.40 |
| 1/4/2021 14:30 | $50.99 |
| 1/4/2021 14:32 | $51.13 |
| 1/4/2021 14:32 | $51.05 |
| 1/4/2021 14:32 | $51.50 |
| 1/4/2021 14:32 | $51.17 |
| 1/4/2021 14:35 | $51.12 |
| 1/4/2021 14:35 | $50.85 |
| 1/4/2021 14:35 | $51.28 |
| 1/4/2021 14:35 | $51.23 |
| 1/4/2021 14:37 | $51.20 |
| 1/4/2021 14:37 | $50.92 |
| 1/4/2021 14:37 | $51.29 |
| 1/4/2021 14:37 | $51.12 |
| 1/4/2021 14:40 | $51.08 |

23

| | |
|---|---|
| 1/4/2021 14:40 | $50.60 |
| 1/4/2021 14:40 | $51.22 |
| 1/4/2021 14:40 | $51.15 |
| 1/4/2021 14:42 | $51.10 |
| 1/4/2021 14:42 | $50.70 |
| 1/4/2021 14:42 | $51.19 |
| 1/4/2021 14:42 | $51.08 |
| 1/4/2021 14:45 | $50.79 |
| 1/4/2021 14:45 | $50.70 |
| 1/4/2021 14:45 | $51.04 |
| 1/4/2021 14:45 | $51.00 |
| 1/4/2021 14:47 | $50.95 |
| 1/4/2021 14:47 | $50.64 |
| 1/4/2021 14:47 | $50.96 |
| 1/4/2021 14:47 | $50.75 |
| 1/4/2021 14:50 | $51.13 |
| 1/4/2021 14:50 | $50.71 |
| 1/4/2021 14:50 | $51.45 |
| 1/4/2021 14:50 | $50.90 |
| 1/4/2021 14:52 | $50.90 |
| 1/4/2021 14:52 | $50.71 |
| 1/4/2021 14:52 | $51.35 |
| 1/4/2021 14:52 | $51.09 |
| 1/4/2021 14:55 | $50.31 |
| 1/4/2021 14:55 | $50.30 |
| 1/4/2021 14:55 | $51.00 |
| 1/4/2021 14:55 | $50.86 |
| 1/4/2021 14:57 | $50.50 |
| 1/4/2021 14:57 | $50.22 |
| 1/4/2021 14:57 | $50.66 |
| 1/4/2021 14:57 | $50.32 |
| 1/4/2021 15:00 | $50.64 |
| 1/4/2021 15:00 | $50.31 |
| 1/4/2021 15:00 | $50.81 |
| 1/4/2021 15:00 | $50.42 |
| 1/4/2021 15:02 | $50.48 |
| 1/4/2021 15:02 | $50.26 |
| 1/4/2021 15:02 | $50.69 |
| 1/4/2021 15:02 | $50.59 |
| 1/4/2021 15:05 | $50.49 |
| 1/4/2021 15:05 | $50.10 |

24

| | |
|---|---|
| 1/4/2021 15:05 | $50.55 |
| 1/4/2021 15:05 | $50.51 |
| 1/4/2021 15:07 | $49.59 |
| 1/4/2021 15:07 | $49.17 |
| 1/4/2021 15:07 | $50.55 |
| 1/4/2021 15:07 | $50.48 |
| 1/4/2021 15:10 | $49.17 |
| 1/4/2021 15:10 | $48.70 |
| 1/4/2021 15:10 | $49.62 |
| 1/4/2021 15:10 | $49.58 |
| 1/4/2021 15:12 | $48.99 |
| 1/4/2021 15:12 | $48.58 |
| 1/4/2021 15:12 | $49.30 |
| 1/4/2021 15:12 | $49.17 |
| 1/4/2021 15:15 | $48.58 |
| 1/4/2021 15:15 | $48.58 |
| 1/4/2021 15:15 | $49.24 |
| 1/4/2021 15:15 | $48.98 |
| 1/4/2021 15:17 | $48.63 |
| 1/4/2021 15:17 | $48.50 |
| 1/4/2021 15:17 | $49.00 |
| 1/4/2021 15:17 | $48.60 |
| 1/4/2021 15:20 | $48.67 |
| 1/4/2021 15:20 | $48.51 |
| 1/4/2021 15:20 | $48.99 |
| 1/4/2021 15:20 | $48.60 |
| 1/4/2021 15:22 | $48.35 |
| 1/4/2021 15:22 | $48.35 |
| 1/4/2021 15:22 | $49.20 |
| 1/4/2021 15:22 | $48.66 |
| 1/4/2021 15:25 | $47.79 |
| 1/4/2021 15:25 | $47.76 |
| 1/4/2021 15:25 | $48.50 |
| 1/4/2021 15:25 | $48.39 |
| 1/4/2021 15:27 | $47.58 |
| 1/4/2021 15:27 | $47.58 |
| 1/4/2021 15:27 | $48.14 |
| 1/4/2021 15:27 | $47.79 |
| 1/4/2021 15:30 | $47.85 |
| 1/4/2021 15:30 | $47.40 |
| 1/4/2021 15:30 | $48.00 |

25

| | |
|---|---|
| 1/4/2021 15:30 | $47.59 |
| 1/4/2021 15:32 | $48.76 |
| 1/4/2021 15:32 | $47.75 |
| 1/4/2021 15:32 | $48.85 |
| 1/4/2021 15:32 | $47.81 |
| 1/4/2021 15:35 | $50.68 |
| 1/4/2021 15:35 | $48.52 |
| 1/4/2021 15:35 | $50.79 |
| 1/4/2021 15:35 | $48.80 |
| 1/4/2021 15:37 | $50.35 |
| 1/4/2021 15:37 | $49.30 |
| 1/4/2021 15:37 | $50.80 |
| 1/4/2021 15:37 | $50.70 |
| 1/4/2021 15:40 | $49.82 |
| 1/4/2021 15:40 | $49.62 |
| 1/4/2021 15:40 | $50.60 |
| 1/4/2021 15:40 | $50.39 |
| 1/4/2021 15:42 | $50.06 |
| 1/4/2021 15:42 | $49.70 |
| 1/4/2021 15:42 | $50.30 |
| 1/4/2021 15:42 | $49.86 |
| 1/4/2021 15:45 | $50.07 |
| 1/4/2021 15:45 | $49.78 |
| 1/4/2021 15:45 | $50.28 |
| 1/4/2021 15:45 | $50.06 |
| 1/4/2021 15:47 | $49.89 |
| 1/4/2021 15:47 | $49.41 |
| 1/4/2021 15:47 | $50.16 |
| 1/4/2021 15:47 | $50.09 |
| 1/4/2021 15:50 | $49.32 |
| 1/4/2021 15:50 | $49.10 |
| 1/4/2021 15:50 | $50.19 |
| 1/4/2021 15:50 | $49.90 |
| 1/4/2021 15:52 | $49.64 |
| 1/4/2021 15:52 | $49.26 |
| 1/4/2021 15:52 | $49.80 |
| 1/4/2021 15:52 | $49.33 |
| 1/4/2021 15:55 | $49.61 |
| 1/4/2021 15:55 | $49.50 |
| 1/4/2021 15:55 | $49.88 |
| 1/4/2021 15:55 | $49.68 |

26

| | |
|---|---|
| 1/4/2021 15:57 | $50.07 |
| 1/4/2021 15:57 | $49.32 |
| 1/4/2021 15:57 | $50.30 |
| 1/4/2021 15:57 | $49.58 |
| 1/4/2021 16:00 | $50.84 |
| 1/4/2021 16:00 | $49.96 |
| 1/4/2021 16:00 | $51.20 |
| 1/4/2021 16:00 | $49.96 |
| 1/4/2021 16:02 | $50.77 |
| 1/4/2021 16:02 | $49.96 |
| 1/4/2021 16:02 | $51.56 |
| 1/4/2021 16:02 | $50.80 |
| 1/4/2021 16:05 | $51.57 |
| 1/4/2021 16:05 | $50.77 |
| 1/4/2021 16:05 | $51.60 |
| 1/4/2021 16:05 | $50.80 |
| 1/4/2021 16:07 | $49.96 |
| 1/4/2021 16:07 | $49.96 |
| 1/4/2021 16:07 | $51.86 |
| 1/4/2021 16:07 | $51.60 |
| 1/4/2021 16:10 | $51.80 |
| 1/4/2021 16:10 | $51.39 |
| 1/4/2021 16:10 | $51.89 |
| 1/4/2021 16:10 | $51.80 |
| 1/4/2021 16:12 | $51.87 |
| 1/4/2021 16:12 | $51.79 |
| 1/4/2021 16:12 | $52.40 |
| 1/4/2021 16:12 | $51.96 |
| 1/4/2021 16:15 | $51.24 |
| 1/4/2021 16:15 | $49.96 |
| 1/4/2021 16:15 | $52.20 |
| 1/4/2021 16:15 | $49.96 |
| 1/4/2021 16:17 | $49.96 |
| 1/4/2021 16:17 | $49.96 |
| 1/4/2021 16:17 | $51.70 |
| 1/4/2021 16:17 | $51.24 |
| 1/4/2021 16:20 | $51.50 |
| 1/4/2021 16:20 | $51.18 |
| 1/4/2021 16:20 | $51.75 |
| 1/4/2021 16:20 | $51.18 |
| 1/4/2021 16:22 | $50.50 |

27

| | |
|---|---|
| 1/4/2021 16:22 | $50.21 |
| 1/4/2021 16:22 | $51.50 |
| 1/4/2021 16:22 | $51.47 |
| 1/4/2021 16:25 | $50.50 |
| 1/4/2021 16:25 | $50.25 |
| 1/4/2021 16:25 | $50.75 |
| 1/4/2021 16:25 | $50.70 |
| 1/4/2021 16:27 | $51.14 |
| 1/4/2021 16:27 | $50.50 |
| 1/4/2021 16:27 | $51.20 |
| 1/4/2021 16:27 | $50.50 |
| 1/4/2021 16:30 | $50.89 |
| 1/4/2021 16:30 | $50.67 |
| 1/4/2021 16:30 | $51.30 |
| 1/4/2021 16:30 | $51.02 |
| 1/4/2021 16:32 | $50.90 |
| 1/4/2021 16:32 | $50.77 |
| 1/4/2021 16:32 | $51.01 |
| 1/4/2021 16:32 | $51.00 |
| 1/4/2021 16:35 | $50.80 |
| 1/4/2021 16:35 | $50.75 |
| 1/4/2021 16:35 | $50.88 |
| 1/4/2021 16:35 | $50.87 |
| 1/4/2021 16:37 | $50.94 |
| 1/4/2021 16:37 | $50.80 |
| 1/4/2021 16:37 | $50.95 |
| 1/4/2021 16:37 | $50.80 |
| 1/4/2021 16:40 | $51.07 |
| 1/4/2021 16:40 | $50.97 |
| 1/4/2021 16:40 | $51.25 |
| 1/4/2021 16:40 | $50.98 |
| 1/4/2021 16:42 | $50.77 |
| 1/4/2021 16:42 | $50.60 |
| 1/4/2021 16:42 | $51.10 |
| 1/4/2021 16:42 | $51.00 |
| 1/4/2021 16:45 | $50.35 |
| 1/4/2021 16:45 | $49.96 |
| 1/4/2021 16:45 | $50.88 |
| 1/4/2021 16:45 | $50.88 |
| 1/4/2021 16:47 | $50.31 |
| 1/4/2021 16:47 | $50.30 |

| | |
|---|---|
| 1/4/2021 16:47 | $50.47 |
| 1/4/2021 16:47 | $50.47 |
| 1/4/2021 16:50 | $50.25 |
| 1/4/2021 16:50 | $50.10 |
| 1/4/2021 16:50 | $50.80 |
| 1/4/2021 16:50 | $50.20 |
| 1/4/2021 16:52 | $50.20 |
| 1/4/2021 16:52 | $50.10 |
| 1/4/2021 16:52 | $50.25 |
| 1/4/2021 16:52 | $50.23 |
| 1/4/2021 16:55 | $50.13 |
| 1/4/2021 16:55 | $50.06 |
| 1/4/2021 16:55 | $50.25 |
| 1/4/2021 16:55 | $50.11 |
| 1/4/2021 16:57 | $49.52 |
| 1/4/2021 16:57 | $49.50 |
| 1/4/2021 16:57 | $50.15 |
| 1/4/2021 16:57 | $50.06 |
| 1/4/2021 17:00 | $50.17 |
| 1/4/2021 17:00 | $49.52 |
| 1/4/2021 17:00 | $50.20 |
| 1/4/2021 17:00 | $49.52 |
| 1/4/2021 17:02 | $49.80 |
| 1/4/2021 17:02 | $49.80 |
| 1/4/2021 17:02 | $50.17 |
| 1/4/2021 17:02 | $50.17 |
| 1/4/2021 17:05 | $50.00 |
| 1/4/2021 17:05 | $49.90 |
| 1/4/2021 17:05 | $50.25 |
| 1/4/2021 17:05 | $49.96 |
| 1/4/2021 17:07 | $49.85 |
| 1/4/2021 17:07 | $49.66 |
| 1/4/2021 17:07 | $50.07 |
| 1/4/2021 17:07 | $50.00 |
| 1/4/2021 17:10 | $49.85 |
| 1/4/2021 17:10 | $49.66 |
| 1/4/2021 17:10 | $49.90 |
| 1/4/2021 17:10 | $49.70 |
| 1/4/2021 17:12 | $49.84 |
| 1/4/2021 17:12 | $49.70 |
| 1/4/2021 17:12 | $49.85 |

| | |
|---|---|
| 1/4/2021 17:12 | $49.85 |
| 1/4/2021 17:15 | $49.60 |
| 1/4/2021 17:15 | $49.59 |
| 1/4/2021 17:15 | $49.96 |
| 1/4/2021 17:15 | $49.77 |
| 1/4/2021 17:17 | $49.10 |
| 1/4/2021 17:17 | $49.10 |
| 1/4/2021 17:17 | $49.61 |
| 1/4/2021 17:17 | $49.59 |
| 1/4/2021 17:20 | $49.00 |
| 1/4/2021 17:20 | $48.80 |
| 1/4/2021 17:20 | $49.10 |
| 1/4/2021 17:20 | $49.10 |
| 1/4/2021 17:22 | $48.90 |
| 1/4/2021 17:22 | $48.85 |
| 1/4/2021 17:22 | $49.00 |
| 1/4/2021 17:22 | $49.00 |
| 1/4/2021 17:25 | $48.93 |
| 1/4/2021 17:25 | $48.90 |
| 1/4/2021 17:25 | $48.98 |
| 1/4/2021 17:25 | $48.90 |
| 1/4/2021 17:27 | $48.85 |
| 1/4/2021 17:27 | $48.85 |
| 1/4/2021 17:27 | $49.00 |
| 1/4/2021 17:27 | $48.97 |
| 1/4/2021 17:30 | $48.92 |
| 1/4/2021 17:30 | $48.85 |
| 1/4/2021 17:30 | $48.99 |
| 1/4/2021 17:30 | $48.94 |
| 1/4/2021 17:32 | $48.90 |
| 1/4/2021 17:32 | $48.85 |
| 1/4/2021 17:32 | $48.98 |
| 1/4/2021 17:32 | $48.92 |
| 1/4/2021 17:35 | $48.75 |
| 1/4/2021 17:35 | $48.50 |
| 1/4/2021 17:35 | $48.90 |
| 1/4/2021 17:35 | $48.86 |
| 1/4/2021 17:37 | $48.80 |
| 1/4/2021 17:37 | $48.60 |
| 1/4/2021 17:37 | $48.80 |
| 1/4/2021 17:37 | $48.70 |

30

| | |
|---|---|
| 1/4/2021 17:40 | $49.02 |
| 1/4/2021 17:40 | $48.75 |
| 1/4/2021 17:40 | $49.16 |
| 1/4/2021 17:40 | $48.80 |
| 1/4/2021 17:42 | $49.35 |
| 1/4/2021 17:42 | $49.00 |
| 1/4/2021 17:42 | $49.65 |
| 1/4/2021 17:42 | $49.02 |
| 1/4/2021 17:45 | $49.31 |
| 1/4/2021 17:45 | $49.30 |
| 1/4/2021 17:45 | $49.50 |
| 1/4/2021 17:45 | $49.40 |
| 1/4/2021 17:47 | $49.50 |
| 1/4/2021 17:47 | $49.24 |
| 1/4/2021 17:47 | $49.50 |
| 1/4/2021 17:47 | $49.36 |
| 1/4/2021 17:50 | $49.35 |
| 1/4/2021 17:50 | $49.20 |
| 1/4/2021 17:50 | $49.60 |
| 1/4/2021 17:50 | $49.55 |
| 1/4/2021 17:52 | $49.59 |
| 1/4/2021 17:52 | $49.30 |
| 1/4/2021 17:52 | $49.59 |
| 1/4/2021 17:52 | $49.31 |
| 1/4/2021 17:55 | $49.39 |
| 1/4/2021 17:55 | $49.31 |
| 1/4/2021 17:55 | $49.59 |
| 1/4/2021 17:55 | $49.59 |
| 1/4/2021 17:57 | $49.35 |
| 1/4/2021 17:57 | $49.30 |
| 1/4/2021 17:57 | $49.39 |
| 1/4/2021 17:57 | $49.39 |
| 1/4/2021 18:00 | $49.31 |
| 1/4/2021 18:00 | $49.30 |
| 1/4/2021 18:00 | $49.45 |
| 1/4/2021 18:00 | $49.40 |
| 1/4/2021 18:02 | $49.10 |
| 1/4/2021 18:02 | $49.02 |
| 1/4/2021 18:02 | $49.39 |
| 1/4/2021 18:02 | $49.39 |
| 1/4/2021 18:05 | $49.10 |

31

| | |
|---|---|
| 1/4/2021 18:05 | $49.05 |
| 1/4/2021 18:05 | $49.17 |
| 1/4/2021 18:05 | $49.05 |
| 1/4/2021 18:07 | $49.15 |
| 1/4/2021 18:07 | $49.10 |
| 1/4/2021 18:07 | $49.19 |
| 1/4/2021 18:07 | $49.15 |
| 1/4/2021 18:10 | $49.00 |
| 1/4/2021 18:10 | $49.00 |
| 1/4/2021 18:10 | $49.19 |
| 1/4/2021 18:10 | $49.19 |
| 1/4/2021 18:12 | $49.05 |
| 1/4/2021 18:12 | $49.00 |
| 1/4/2021 18:12 | $49.07 |
| 1/4/2021 18:12 | $49.00 |
| 1/4/2021 18:15 | $48.90 |
| 1/4/2021 18:15 | $48.87 |
| 1/4/2021 18:15 | $49.14 |
| 1/4/2021 18:15 | $49.05 |
| 1/4/2021 18:17 | $48.91 |
| 1/4/2021 18:17 | $48.90 |
| 1/4/2021 18:17 | $49.00 |
| 1/4/2021 18:17 | $48.99 |
| 1/4/2021 18:20 | $49.00 |
| 1/4/2021 18:20 | $48.92 |
| 1/4/2021 18:20 | $49.00 |
| 1/4/2021 18:20 | $48.96 |
| 1/4/2021 18:22 | $49.09 |
| 1/4/2021 18:22 | $48.97 |
| 1/4/2021 18:22 | $49.13 |
| 1/4/2021 18:22 | $49.00 |
| 1/4/2021 18:25 | $49.55 |
| 1/4/2021 18:25 | $49.09 |
| 1/4/2021 18:25 | $49.55 |
| 1/4/2021 18:25 | $49.09 |
| 1/4/2021 18:27 | $49.96 |
| 1/4/2021 18:27 | $49.22 |
| 1/4/2021 18:27 | $50.00 |
| 1/4/2021 18:27 | $49.42 |
| 1/4/2021 18:30 | $49.67 |
| 1/4/2021 18:30 | $49.10 |

| | |
|---|---|
| 1/4/2021 18:30 | $49.68 |
| 1/4/2021 18:30 | $49.10 |
| 1/4/2021 18:32 | $49.60 |
| 1/4/2021 18:32 | $49.60 |
| 1/4/2021 18:32 | $50.00 |
| 1/4/2021 18:32 | $49.60 |
| 1/4/2021 18:35 | $49.60 |
| 1/4/2021 18:35 | $49.50 |
| 1/4/2021 18:35 | $49.65 |
| 1/4/2021 18:35 | $49.53 |
| 1/4/2021 18:37 | $49.55 |
| 1/4/2021 18:37 | $49.55 |
| 1/4/2021 18:37 | $49.60 |
| 1/4/2021 18:37 | $49.60 |
| 1/4/2021 18:40 | $49.39 |
| 1/4/2021 18:40 | $49.04 |
| 1/4/2021 18:40 | $49.96 |
| 1/4/2021 18:40 | $49.96 |
| 1/4/2021 18:42 | $49.10 |
| 1/4/2021 18:42 | $49.04 |
| 1/4/2021 18:42 | $49.35 |
| 1/4/2021 18:42 | $49.17 |
| 1/4/2021 18:45 | $49.11 |
| 1/4/2021 18:45 | $49.05 |
| 1/4/2021 18:45 | $49.32 |
| 1/4/2021 18:45 | $49.10 |
| 1/4/2021 18:47 | $49.33 |
| 1/4/2021 18:47 | $49.13 |
| 1/4/2021 18:47 | $49.33 |
| 1/4/2021 18:47 | $49.13 |
| 1/4/2021 18:50 | $49.33 |
| 1/4/2021 18:50 | $49.33 |
| 1/4/2021 18:50 | $49.47 |
| 1/4/2021 18:50 | $49.33 |
| 1/4/2021 18:52 | $49.27 |
| 1/4/2021 18:52 | $49.05 |
| 1/4/2021 18:52 | $49.33 |
| 1/4/2021 18:52 | $49.33 |
| 1/4/2021 18:55 | $49.27 |
| 1/4/2021 18:55 | $49.06 |
| 1/4/2021 18:55 | $49.27 |

33

| | |
|---|---|
| 1/4/2021 18:55 | $49.11 |
| 1/4/2021 18:57 | $49.96 |
| 1/4/2021 18:57 | $49.15 |
| 1/4/2021 18:57 | $49.96 |
| 1/4/2021 18:57 | $49.20 |
| 1/4/2021 19:00 | $49.16 |
| 1/4/2021 19:00 | $49.16 |
| 1/4/2021 19:00 | $49.25 |
| 1/4/2021 19:00 | $49.25 |
| 1/4/2021 19:02 | $49.15 |
| 1/4/2021 19:02 | $49.15 |
| 1/4/2021 19:02 | $49.21 |
| 1/4/2021 19:02 | $49.21 |
| 1/4/2021 19:05 | $49.14 |
| 1/4/2021 19:05 | $49.10 |
| 1/4/2021 19:05 | $49.21 |
| 1/4/2021 19:05 | $49.15 |
| 1/4/2021 19:10 | $49.20 |
| 1/4/2021 19:10 | $49.13 |
| 1/4/2021 19:10 | $49.20 |
| 1/4/2021 19:10 | $49.20 |
| 1/4/2021 19:12 | $49.20 |
| 1/4/2021 19:12 | $49.20 |
| 1/4/2021 19:12 | $49.25 |
| 1/4/2021 19:12 | $49.20 |
| 1/4/2021 19:15 | $49.33 |
| 1/4/2021 19:15 | $49.16 |
| 1/4/2021 19:15 | $49.33 |
| 1/4/2021 19:15 | $49.16 |
| 1/4/2021 19:17 | $49.35 |
| 1/4/2021 19:17 | $49.34 |
| 1/4/2021 19:17 | $49.50 |
| 1/4/2021 19:17 | $49.40 |
| 1/4/2021 19:20 | $49.35 |
| 1/4/2021 19:20 | $49.31 |
| 1/4/2021 19:20 | $49.35 |
| 1/4/2021 19:20 | $49.33 |
| 1/4/2021 19:22 | $49.49 |
| 1/4/2021 19:22 | $49.40 |
| 1/4/2021 19:22 | $49.60 |
| 1/4/2021 19:22 | $49.40 |

34

| | |
|---|---|
| 1/4/2021 19:25 | $49.50 |
| 1/4/2021 19:25 | $49.40 |
| 1/4/2021 19:25 | $49.60 |
| 1/4/2021 19:25 | $49.49 |
| 1/4/2021 19:28 | $49.50 |
| 1/4/2021 19:28 | $49.39 |
| 1/4/2021 19:28 | $49.50 |
| 1/4/2021 19:28 | $49.40 |
| 1/4/2021 19:30 | $49.35 |
| 1/4/2021 19:30 | $49.35 |
| 1/4/2021 19:30 | $49.50 |
| 1/4/2021 19:30 | $49.49 |
| 1/4/2021 19:33 | $49.35 |
| 1/4/2021 19:33 | $49.35 |
| 1/4/2021 19:33 | $49.50 |
| 1/4/2021 19:33 | $49.35 |
| 1/4/2021 19:35 | $49.30 |
| 1/4/2021 19:35 | $49.30 |
| 1/4/2021 19:35 | $49.49 |
| 1/4/2021 19:35 | $49.35 |
| 1/4/2021 19:37 | $49.35 |
| 1/4/2021 19:37 | $49.30 |
| 1/4/2021 19:37 | $49.45 |
| 1/4/2021 19:37 | $49.45 |
| 1/4/2021 19:40 | $49.50 |
| 1/4/2021 19:40 | $49.39 |
| 1/4/2021 19:40 | $49.50 |
| 1/4/2021 19:40 | $49.39 |
| 1/4/2021 19:42 | $49.35 |
| 1/4/2021 19:42 | $49.35 |
| 1/4/2021 19:42 | $49.50 |
| 1/4/2021 19:42 | $49.50 |
| 1/4/2021 19:45 | $49.50 |
| 1/4/2021 19:45 | $49.31 |
| 1/4/2021 19:45 | $49.50 |
| 1/4/2021 19:45 | $49.36 |
| 1/4/2021 19:47 | $49.45 |
| 1/4/2021 19:47 | $49.45 |
| 1/4/2021 19:47 | $49.50 |
| 1/4/2021 19:47 | $49.50 |
| 1/4/2021 19:50 | $49.58 |

35

| 1/4/2021 19:50 | $49.47 |
|----------------|--------|
| 1/4/2021 19:50 | $49.58 |
| 1/4/2021 19:50 | $49.47 |
| 1/4/2021 19:52 | $49.30 |
| 1/4/2021 19:52 | $49.30 |
| 1/4/2021 19:52 | $49.58 |
| 1/4/2021 19:52 | $49.40 |
| 1/4/2021 19:55 | $49.37 |
| 1/4/2021 19:55 | $49.35 |
| 1/4/2021 19:55 | $49.50 |
| 1/4/2021 19:55 | $49.37 |
| 1/4/2021 19:57 | $49.25 |
| 1/4/2021 19:57 | $49.25 |
| 1/4/2021 19:57 | $49.40 |
| 1/4/2021 19:57 | $49.37 |

36