Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel
for Movant, Bala Mullur*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MALRIAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>Defendants. | Case No. 3:21-CV-58-WHO<br><br>**REPLY DECLARATION OF RAMZI ABADOU IN SUPPORT OF BALA MULLUR'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br><u>**CLASS ACTION**</u><br><br>Judge:   Hon. William H. Orrick<br>Date:    April 14, 2021<br>Time:    2:00 PM<br>Courtroom: 2 – 17th Floor |

REPLY DECLARATION OF RAMZI ABADOU                                    CASE No. 3:21-cv-58-WHO

| | | |
|---|---|---|
| ASHA GOWDA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:21-CV-70-WHO |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| QUANTUMSCAPE CORPORATION, JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH and VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| CHRISTOPHER LEO, | ) ) | Case No. 3:21-CV-150-WHO |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

I, Ramzi Abadou, hereby declare as follows:

1.      I am a partner with the law firm Kahn Swick & Foti, LLP and counsel to prospective lead plaintiff, Bala Mullur.

2.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

3.      I submit this Reply Declaration, together with the attached exhibits, in support of Bala Mullur's Motion for Appointment as Lead Plaintiff. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

4.      Attached as **Exhibit A** is a true and correct copy of an excerpt from Dkt. Entry 30-1 in *Applestein v. Medivation, Inc.*, No. 3:10-cv-0998-EMC (N.D. Cal. May 10, 2010).[1]

5.      Attached as **Exhibit B** is a true and correct copy of an excerpt from Dkt. Entry 31-2 in *Micholle v. Ophthotech Corp.*, No. 1:17-CV-0210-VSB (S.D.N.Y. Mar. 13, 2017).

6.      Attached as **Exhibit C** is a true and correct copy of an excerpt from Dkt. Entry 21-4 in *In re Stitch Fix, Inc. Sec. Litig.*, No. 3:18-cv-06208-JD (N.D. Cal. Dec. 10, 2018).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 29, 2021, in San Francisco, California.


                                                          *s/ Ramzi Abadou*
                                                          RAMZI ABADOU

---

[1]      The trade data includes several post-class period trades; the putative class period alleged in *Medivation* ran "between July 17, 2008 and March 2, 2010[.]" *Applestein v. Medivation, Inc.*, 2010 U.S. Dist. LEXIS 98255, at *2-3 (N.D. Cal. Sep. 17, 2010).

REPLY DECLARATION OF RAMZI ABADOU                    1                    CASE No. 3:21-cv-58-WHO