# EXHIBIT A

## SCHEDULE A - TRANSACTIONS IN MEDIVATION, INC.

| Date | Type of Option | Contract Amount | Price |
|------|----------------|-----------------|-------|
| 2/3/10 | Sold Puts $30 Mar 2010 | 300 | $4.257 |
| 2/3/10 | Sold Puts $25 Mar 2010 | 200 | $2.6 |
| 2/16/10 | Sold Calls $55 Mar 2010 | 250 | $3.056 |
| 3/9/10 | 17,600 shares Put him | | $30.00 |
| 3/11/10 | 9,500 shares Put him | | $25.00 |
| 3/15/10 | 4,100 shares Put him | | $25.00 |
| 3/19/10 | 6,400 shares Put him | | $25.00 |
| 3/19/10 | 12,400 shares Put him | | $30.00 |
| 3/22/10 | Sold 35,000 shares | | $11.80 |
| 3/22/10 | Sold 15,000 shares | | $11.87 |