# EXHIBIT B

**OPHTHOTECH CORPORATION (OPHT)**                                          **Wang, Xing and Zhao, Genghong**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|------|------------------|-------------------|-----------------|
| **Common Stock** | | | |
| 12/12/2016 | Purchase | 18,200 | $17.5000 |
| 12/13/2016* | Purchase | 143,400 | $17.5000 |
| 12/14/2016* | Purchase | 4,400 | $17.5000 |
| 12/15/2016* | Purchase | 9,100 | $17.5000 |
| 12/16/2016* | Purchase | 216,600 | $17.5000 |

*Purchases were assigned from Put Options that were sold during the Class Period

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|------|------------------|-------------------|-----------------|
| **OPHT 18NOV16 75.0 C** | | | |
| 11/9/2016 | Sale | 10 | $0.3000 |
| **OPHT 18NOV16 80.0 C** | | | |
| 11/10/2016 | Sale | 50 | $0.2000 |
| **OPHT 18NOV16 85.0 C** | | | |
| 11/8/2016 | Sale | 50 | $0.1100 |
| 11/8/2016 | Sale | 500 | $0.1000 |
| 11/9/2016 | Sale | 100 | $0.1500 |
| **OPHT 18NOV16 25.0 P** | | | |
| 11/1/2016 | Sale | 50 | $0.4000 |
| 11/1/2016 | Sale | 50 | $0.5000 |
| 11/2/2016 | Sale | 5 | $0.4500 |
| 11/3/2016 | Sale | 45 | $0.4500 |
| 11/8/2016 | Sale | 25 | $0.4500 |
| 11/10/2016 | Sale | 25 | $0.2200 |
| 11/15/2016 | Sale | 145 | $0.2000 |
| 11/16/2016 | Sale | 24 | $0.1500 |
| 11/17/2016 | Sale | 185 | $0.1000 |
| **OPHT 18NOV16 30.0 P** | | | |
| 11/1/2016 | Sale | 10 | $1.5000 |
| **OPHT 16DEC16 95.0 C** | | | |
| 11/17/2016 | Sale | 50 | $1.7000 |
| 11/18/2016 | Sale | 50 | $1.5250 |
| 11/21/2016 | Sale | 50 | $1.6000 |
| 11/21/2016 | Sale | 175 | $1.9000 |
| 11/22/2016 | Sale | 25 | $1.9000 |
| 11/22/2016 | Sale | 50 | $1.7500 |
| 11/22/2016 | Sale | 158 | $1.9500 |
| 11/22/2016 | Sale | 2 | $1.9000 |
| 11/22/2016 | Sale | 25 | $1.8500 |
| 11/23/2016 | Sale | 168 | $1.7000 |
| 11/25/2016 | Sale | 50 | $1.6000 |
| 11/25/2016 | Sale | 50 | $1.6500 |
| 11/25/2016 | Sale | 25 | $1.9000 |
| 11/28/2016 | Sale | 65 | $1.7000 |
| 11/29/2016 | Sale | 25 | $1.3500 |
| 11/30/2016 | Sale | 169 | $1.3000 |
| 11/30/2016 | Sale | 10 | $1.3500 |
| 11/30/2016 | Sale | 75 | $1.2500 |
| 11/30/2016 | Sale | 25 | $1.1500 |
| 11/30/2016 | Sale | 244 | $1.1000 |
| 12/1/2016 | Sale | 56 | $1.0500 |
| 12/1/2016 | Sale | 50 | $1.1000 |
| 12/1/2016 | Sale | 150 | $1.1500 |
| 12/1/2016 | Sale | 50 | $1.2000 |
| 12/1/2016 | Sale | 50 | $1.1000 |
| 12/1/2016 | Sale | 52 | $1.0500 |
| 12/1/2016 | Sale | 51 | $1.0000 |

**OPHTHOTECH CORPORATION (OPHT)**                                                      **Wang, Xing and Zhao, Genghong**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 12/2/2016 | Sale | 50 | $1.1000 |
| 12/2/2016 | Sale | 100 | $1.0500 |
| 12/2/2016 | Sale | 175 | $1.1500 |
| 12/5/2016 | Sale | 2 | $1.1500 |
| 12/5/2016 | Sale | 50 | $1.1000 |
| 12/5/2016 | Sale | 23 | $1.0000 |
| 12/5/2016 | Sale | 50 | $1.0000 |
| 12/9/2016 | Sale | 160 | $1.1500 |
| 12/9/2016 | Sale | 14 | $1.2500 |
| 12/9/2016 | Sale | 75 | $1.2000 |
| 12/9/2016 | Sale | 50 | $1.3000 |
| 12/9/2016 | Sale | 25 | $1.5000 |
| 12/9/2016 | Sale | 50 | $1.4000 |
| 12/9/2016 | Sale | 25 | $1.3000 |

**OPHT 16DEC16 17.5 P**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 11/17/2016 | Sale | 50 | $2.4500 |
| 11/18/2016 | Sale | 50 | $2.3000 |
| 11/18/2016 | Sale | 20 | $2.4000 |
| 11/21/2016 | Sale | 50 | $2.3000 |
| 11/21/2016 | Sale | 25 | $2.4000 |
| 11/21/2016 | Sale | 25 | $2.3500 |
| 11/22/2016 | Sale | 50 | $2.4000 |
| 11/22/2016 | Sale | 50 | $2.4000 |
| 11/22/2016 | Sale | 50 | $2.2500 |
| 11/22/2016 | Sale | 50 | $2.4000 |
| 11/22/2016 | Sale | 25 | $2.4500 |
| 11/22/2016 | Sale | 225 | $2.4500 |
| 11/23/2016 | Sale | 25 | $2.4500 |
| 11/23/2016 | Sale | 3 | $2.5000 |
| 11/23/2016 | Sale | 26 | $2.4500 |
| 11/25/2016 | Sale | 21 | $2.4000 |
| 11/25/2016 | Sale | 25 | $2.4500 |
| 11/28/2016 | Sale | 50 | $2.3000 |
| 11/28/2016 | Sale | 50 | $2.3000 |
| 11/28/2016 | Sale | 50 | $2.3000 |
| 11/28/2016 | Sale | 125 | $2.3500 |
| 11/28/2016 | Sale | 396 | $2.3500 |
| 11/30/2016 | Sale | 50 | $2.3500 |
| 11/30/2016 | Sale | 50 | $2.3500 |
| 11/30/2016 | Sale | 50 | $2.4500 |
| 12/1/2016 | Sale | 50 | $2.7500 |
| 12/5/2016 | Sale | 10 | $1.7000 |
| 12/5/2016 | Sale | 50 | $1.6500 |
| 12/5/2016 | Sale | 40 | $1.6000 |
| 12/5/2016 | Sale | 50 | $1.6500 |
| 12/5/2016 | Sale | 50 | $1.9500 |
| 12/5/2016 | Sale | 25 | $2.0000 |
| 12/5/2016 | Sale | 25 | $1.9000 |
| 12/5/2016 | Sale | 50 | $1.8000 |
| 12/5/2016 | Sale | 50 | $1.8000 |
| 12/5/2016 | Sale | 50 | $1.8500 |
| 12/5/2016 | Sale | 10 | $1.8500 |
| 12/5/2016 | Sale | 28 | $1.8000 |
| 12/6/2016 | Sale | 112 | $1.8000 |
| 12/6/2016 | Sale | 10 | $1.9500 |
| 12/6/2016 | Sale | 27 | $1.8500 |
| 12/6/2016 | Sale | 23 | $1.8500 |
| 12/6/2016 | Sale | 40 | $1.9000 |
| 12/6/2016 | Sale | 50 | $1.9500 |
| 12/6/2016 | Sale | 32 | $2.0000 |
| 12/6/2016 | Sale | 25 | $2.0000 |
| 12/8/2016 | Sale | 2 | $1.9000 |

**OPHTHOTECH CORPORATION (OPHT)**                                                          **Wang, Xing and Zhao, Genghong**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 12/8/2016 | Sale | 1 | $1.7000 |
| 12/8/2016 | Sale | 11 | $1.6500 |
| 12/9/2016 | Sale | 25 | $1.6000 |
| 12/9/2016 | Sale | 25 | $1.4500 |
| 12/9/2016 | Sale | 50 | $1.4500 |
| 12/9/2016 | Sale | 50 | $1.4500 |
| 12/9/2016 | Sale | 50 | $1.4500 |
| 12/9/2016 | Sale | 50 | $1.4500 |
| 12/9/2016 | Sale | 50 | $1.4500 |
| 12/9/2016 | Sale | 50 | $1.5000 |
| 12/9/2016 | Sale | 16 | $1.4500 |
| 12/9/2016 | Sale | 24 | $1.4500 |
| 12/9/2016 | Sale | 50 | $1.5000 |
| 12/9/2016 | Sale | 25 | $1.5500 |
| 12/9/2016 | Sale | 50 | $1.5000 |
| 12/9/2016 | Sale | 50 | $1.5000 |
| 12/9/2016 | Sale | 30 | $1.5000 |
| 12/9/2016 | Sale | 50 | $1.6500 |
| 12/9/2016 | Sale | 50 | $1.7000 |
| 12/9/2016 | Sale | 50 | $1.7000 |
| 12/9/2016 | Sale | 50 | $1.7000 |
| 12/9/2016 | Sale | 50 | $1.7500 |
| 12/9/2016 | Sale | 50 | $1.8000 |
| 12/9/2016 | Sale | 50 | $1.8000 |
| 12/9/2016 | Sale | 50 | $1.8000 |
| 12/9/2016 | Sale | 35 | $1.8000 |
| 12/9/2016 | Sale | 150 | $1.6010 |
| 12/9/2016 | Sale | 150 | $1.5137 |
| 12/9/2016 | Sale | 150 | $1.5500 |
| 12/9/2016 | Sale | 25 | $1.6500 |

**OPHT 20JAN17 95.0 C**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 11/17/2016 | Sale | 50 | $4.4000 |
| 11/18/2016 | Sale | 28 | $4.5000 |
| 11/22/2016 | Sale | 24 | $4.6000 |
| 11/30/2016 | Sale | 150 | $1.8500 |
| 11/30/2016 | Sale | 150 | $1.9000 |
| 11/30/2016 | Sale | 150 | $1.8000 |
| 12/1/2016 | Sale | 40 | $2.0000 |
| 12/1/2016 | Sale | 10 | $1.9500 |
| 12/1/2016 | Sale | 50 | $2.0000 |
| 12/1/2016 | Sale | 25 | $2.0000 |
| 12/2/2016 | Sale | 50 | $2.1940 |
| 12/2/2016 | Sale | 25 | $2.0000 |
| 12/2/2016 | Sale | 5 | $2.3000 |
| 12/2/2016 | Sale | 2 | $2.2500 |
| 12/5/2016 | Sale | 48 | $2.2500 |
| 12/5/2016 | Sale | 45 | $2.3000 |
| 12/5/2016 | Sale | 50 | $2.5000 |

**OPHT 20JAN17 17.5 P**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 11/30/2016 | Purchase | 50 | $4.9000 |
| 11/17/2016 | Sale | 50 | $5.6360 |

**OPHT 17MAR17 95.0 C**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 12/1/2016 | Sale | 50 | $2.7000 |