# EXHIBIT C



**Losses in Stitch Fix, Inc.**
**Class Period: 06/08/2018 - 10/01/2018**
**Investor: Ronald G. Bishop, Sr.**

| Transaction | Security | Date | Units | Price | Total Cost/Proceeds |
|---|---|---|---|---|---|
| Sale | SFIX Oct 05 '18 $39 Put | 10/1/2018 | (500) | $0.85 | ($42,500.00) |
| Purchase | SFIX Oct 05 '18 $39 Put | 10/2/2018 | 500 | $8.30 | $415,000.00 |
| | | | | **Total Loss** | $372,500.00 |