**SUPPLEMENTAL DECLARATION OF RICHARD HEDREEN IN SUPPORT OF HIS APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

1. I, Richard Hedreen, make this declaration in further support of my motion for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I reside in Seattle, Washington, and am a hotel and property developer.

3. I have over 50 years of experience investing in the stock market and have experience selecting and overseeing legal counsel.

4. A true and correct copy of the assignment from Hedreen Holdings LLC relating to the claims at issue in these cases is annexed hereto as Exhibit A.

5. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential Class members and oversees and directs lead counsel throughout the litigation.

6. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and potentially authorize a settlement on behalf of the Class. I am willing to perform all of these duties on behalf of the Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____.
3/29/2021

DocuSigned by:

*Richard C Hedreen*
6A28DAED8D4E413...
Richard Hedreen

# EXHIBIT A

# ASSIGNMENT

This Assignment Agreement is made and entered into as of the day of

_____3/8/2021_____ (the "Effective Date"), by and between Hedreen Holdings LLC ("HH")

("Assignor") and Richard Hedreen ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      The Assignor, hereby assigns, transfers and sets over to Assignee all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of QuantumScape Corporation.

2.      Further, the Assignor hereby appoints Assignee as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

3.      Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

4.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Assignor.

5.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I, Richard Hedreen, declare under penalty of perjury that the foregoing is true and correct. I hereby accept these terms individually as the Assignee and on behalf of Assignor as an authorized signatory of Hedreen Holdings LLC ("HH"):

Executed: _____3/8/2021_____

DocuSigned by:

_Richard C Hedreen_
6A28DAED8D4E413...

Richard Hedreen