IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
ANDREW FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:        isalceda@wsgr.com
              dbish@wsgr.com
              bepstein@wsgr.com
              afrantela@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Fritz Prinz,
Timothy Holme and Kevin Hettrich*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | ) Case No.: 3:21-CV-00058-WHO<br>)<br>) **STIPULATION AND ORDER**<br>) **REGARDING THE FILING OF A**<br>) **CONSOLIDATED AMENDED**<br>) **COMPLAINT AND MOTION TO**<br>) **DISMISS BRIEFING**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Lead Plaintiff Frank Fish ("Lead Plaintiff"), by and through his counsel, and

Defendants QuantumScape Corporation, Jagdeep Singh, Fritz Printz, Timothy Holme, and

Kevin Hettrich (collectively, "Defendants"), by and through their counsel, hereby stipulate to

the following:

STIP. & [PROPOSED] ORDER RE
FILING AMENDED COMP. & BRIEFING SCHEDULE
CASE NO.:  3:21-CV-00058-WHO

WHEREAS, between January 5, 2021 and January 8, 2021, respectively, the following three related securities class action lawsuits were filed in this District: *Malriat v. QuantumScape Corporation, et al.*, Case No. 21-cv-00058-WHO, *Gowda v. QuantumScape Corporation, et al.,* Case No. 21-cv-00070-JST, and *Leo v. QuantumScape Corporation f/k/a Kensington Capital Acquisition Corp., et al.,* Case No. 21-cv-00150-VC;

WHEREAS, on April 20, 2021, the Court entered an Order that consolidated the above-referenced three cases, appointed Lead Plaintiff, and approved Lead Plaintiff's selection of Levi & Korsinsky LLP as lead counsel;

WHEREAS, the Court noted that "[a] related derivative action about substantially the same subject matter is also proceeding" in *In re QuantumScape Corporation Derivative Litigation*, 3:21-cv-00989-WHO;

WHEREAS, the Court indicated a desire to "address dispositive motions in both matters on the same timeline to the extent it maximizes efficiency and ensures that all parties can weigh in on each common issue before I rule in either case";

WHEREAS, the Court intends to "set initial case management conferences in both matters for the same date and time after I receive the stipulated proposed schedule in this case";

WHEREAS, the parties have agreed, subject to the Court's approval, to a schedule for the filing of a Consolidated Amended Complaint ("Complaint"), and for briefing Defendants' anticipated motion(s) to dismiss the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1. Lead Plaintiff shall file the Complaint on or before June 21, 2021.

2. Defendants shall file their motion(s) to dismiss on or before August 20, 2021.

3. Lead Plaintiff shall file his opposition(s) on or before October 19, 2021.

4. Defendants shall file their reply(ies) on or before November 18, 2021.

5. Lead Plaintiff and Defendants will confer with the derivative plaintiffs to determine a mutually agreeable hearing date subject to this Court's availability.

-2-

STIP. & [PROPOSED] ORDER RE
FILING OF AMENDED COMPL. & BRIEFING SCHEDULE
CASE NO.:  3:21-cv-00058-WHO

6.    The initial case management conference shall be set for a date after a determination on Defendants' anticipated motion to dismiss.

Dated:  April 27, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/  Ignacio E. Salceda*
        Ignacio E. Salceda

Ignacio E. Salceda (SBN 164017)
Dale Bish (SBN 235390)
Rebecca L. Epstein (SBN 168226)
Andrew Frantela (SBN 325278)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
isalceda@wsgr.com
dbish@wsgr.com
bepstein@wsgr.com
afrantela@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Fritz Prinz,
Timothy Holme and Kevin Hettrich*

Dated: April 27, 2021

LEVI & KORSINSKY, LLP

By:  */s/  Adam C. McCall*
        Adam C. McCall

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
aapton@zlk.com
amccall@zlk.com

Nicholas I. Porritt*
1101 30th St, NW
Suite 115
Washington, DC 20007
Tel: 202-524-4294
nporritt@zlk.com
*admitted *pro hac vice*

*Attorneys for Lead Plaintiff Frank Fish*

-3-

STIP. & [PROPOSED] ORDER RE
FILING OF AMENDED COMPL. & BRIEFING SCHEDULE
CASE NO.:  3:21-CV-00058-WHO

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:
April 27,  2021

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

-4-

STIP. & [PROPOSED] ORDER RE
FILING OF AMENDED COMPL. & BRIEFING SCHEDULE
CASE NO.:  3:21-CV-00058-WHO

**ATTESTATION**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated:  April 27, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _/s/  Ignacio E. Salceda_
        Ignacio E. Salceda

*Attorney for Defendants QuantumScape Corporation, Jagdeep Singh, Fritz Prinz, Timothy Holme and Kevin Hettrich*

-5-

STIP. & [PROPOSED] ORDER RE
FILING OF AMENDED COMPL. & BRIEFING SCHEDULE
CASE NO.:  3:21-CV-00058-WHO