Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Plaintiff, Bala Mullur*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-CV-58-WHO |
| | **DECLARATION OF RAMZI ABADOU IN SUPPORT OF BALA MULLUR'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 AND 7-11 TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| | **CLASS ACTION** |

I, Ramzi Abadou, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.      I submit this Declaration, together with the attached exhibits, in support of Bala Mullur's Administrative Motion Pursuant to Civil L.R. 3-12 and 7-11 to Consider Whether Cases Should Be Related (the "Motion to Relate"). I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.      Pursuant to Civil L.R. 7-11(a), on April 29, 2021, I spoke with Ignacio E. Salceda of Wilson Sonsini Goodrich & Rosati Professional Corporation, counsel for Defendants QuantumScape Corporation, Jagdeep Singh, Fritz Prinz, Timothy Holme and Kevin Hettrich ("QuantumScape Defendants"), regarding Mr. Mullur's intention to file this Motion to Relate. On April 30, 2021, Mr. Salceda indicated that Defendants took no position as to the Motion to Relate.

4.      On May 4, 2021, my firm emailed counsel for Lead Plaintiff Frank Fish expressing Mr. Mullur's intent to file this Motion to Relate and seeking a stipulation. That same day, Nicholas Porritt of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Frank Fish, responded indicating that Mr. Fish did not oppose the Motion to Relate. Attached hereto as **Exhibit A** is a true and correct copy of the email correspondence with counsel for Lead Plaintiff Frank Fish.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Wednesday, May 5, 2021, in San Francisco, California.


_s/ Ramzi Abadou_
RAMZI ABADOU

DECLARATION OF RAMZI ABADOU ISO ADMIN.    1    CASE No. 3:21-cv-58-WHO
MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED