**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:21-CV-58-WHO<br><br>**[PROPOSED] ORDER GRANTING BALA MULLUR'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>**<u>CLASS ACTION</u>** |

[PROPOSED] ORDER                                                                CASE No. 3:21-cv-58-WHO

Before the Court is the Administrative Motion of Bala Mullur to Consider Whether Cases Should be Related. The time for filing an opposition or statement of support has passed. The Court, having considered this motion, finds that the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

1.     The action captioned *Mullur v. QuantumScape, et al.*, No. 3:21-cv-03309-JD (N.D. Cal.) is hereby related to the above-captioned action *In re QuantumScape Securities Class Action*, No. 3:21-cv-00058-WHO (N.D. Cal.);

2.     The action captioned *Mullur v. QuantumScape, et al.*, No. 3:21-cv-03309-JD (N.D. Cal.) is therefore hereby assigned to this Court.

3.     The parties are instructed that all future filings in the reassigned case are to bear my initials immediately after the case number.

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER                    1                    CASE No. 3:21-cv-58-WHO