Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Plaintiff, Bala Mullur*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:21-CV-58-WHO

**DECLARATION OF RAMZI ABADOU IN SUPPORT OF BALA MULLUR'S ADMINISTRATIVE MOTION REQUESTING MODIFICATION OF SCHEDULE PENDING THE COURT'S REVIEW OF LEAD PLAINTIFF PROCESS**

**CLASS ACTION**

Declaration of Ramzi Abadou ISO Admin. Motion Requesting Modification of Schedule

Case No. 3:21-cv-58-WHO

I, Ramzi Abadou, hereby declare as follows:

1.       I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.       I submit this Declaration, together with the attached exhibits, in support of Bala Mullur's Administrative Motion Requesting Modification of Schedule Pending Court's Review of Lead Plaintiff Process (the "Motion"). I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.       Attached hereto as **Exhibit A** is a true and correct copy of the Scorpion Capital investigative report, titled *Quantumscape: A Pump and Dump SPAC Scam By Silicon Valley Celebrities, That Makes Theranos Look Like Amateurs*, dated April 15, 2021.

4.       Attached hereto as **Exhibit B** is a true and correct copy of the *Mobilist* article, titled *A Short-Seller Attack on QuantumScape Suggests a Forlorn New Reality for Exotic Batteries*, dated April 19, 2021.

5.       Pursuant to Civil L.R. 7-11(a), on April 29, 2021, I spoke with Ignacio E. Salceda of Wilson Sonsini Goodrich & Rosati Professional Corporation, counsel for Defendants QuantumScape Corporation, Jagdeep Singh, Fritz Prinz, Timothy Holme and Kevin Hettrich ("QuantumScape Defendants"), regarding Mr. Mullur's intention to file the Motion. On April 30, 2021, Mr. Salceda indicated that Defendants took no position as to the Motion.

6.       On May 4, 2021, my firm emailed counsel for Lead Plaintiff Frank Fish expressing Mr. Mullur's intent to file the Motion and seeking a stipulation. That same day, Nicholas Porritt of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Frank Fish, responded, indicating that Mr. Fish opposed the instant Motion. Attached hereto as **Exhibit C** is a true and correct copy of the email correspondence with counsel for Lead Plaintiff Frank Fish.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Wednesday, May 5, 2021, in San Francisco, California.


<u>*s/ Ramzi Abadou*</u>
RAMZI ABADOU