**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-CV-58-WHO |
| | **[PROPOSED] ORDER GRANTING BALA MULLUR'S ADMINISTRATIVE MOTION REQUESTING MODIFICATION OF SCHEDULE PENDING COURT'S REVIEW OF LEAD PLAINTIFF PROCESS** |
| | **CLASS ACTION** |

[PROPOSED] ORDER                                                    CASE No. 3:21-cv-58-WHO

Before the Court is the Administrative Motion of Bala Mullur Requesting Modification of Schedule Pending the Court's Review of the Lead Plaintiff Process. The Court, having considered this motion, finds that the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

1.    The Court's schedule endorsed by the Stipulation and Order Regarding the Filing of a Consolidated Amended Complaint and Motion to Dismiss Briefing (ECF No. 120) is hereby stayed pending the Court's revisitation of the selection of lead plaintiff;

2.    Movants who moved for appointment as lead plaintiff in the above-captioned action may file supplemental briefing within seven (7) days of this Order advising the Court of their financial interest for the expanded proposed Class Period of November 27, 2020 through April 14, 2021, inclusive.

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER                    1                    CASE No. 3:21-cv-58-WHO