ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
         – and –
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com

JOHNSON FISTEL, LLP
FRANK J. JOHNSON (SBN 174882)
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

*Counsel for Plaintiff Asha Gowda*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No.: 3:21-CV-00058-WHO |
| | **NOTICE OF VOLUNTARY DISMISSAL** |
| This Document Relates To: | Judge: Hon. William H. Orrick |
| *Asha Gowda v. QuantumScape Corporation*, Case No. 3:21-cv-00070-WHO | |

PLEASE TAKE NOTICE that plaintiff Asha Gowda hereby voluntarily dismisses her claims without prejudice to her ability to participate in this consolidated action as an absent class member.[1]  Ms. Gowda's counsel, Frank J. Johnson, of Johnson Fistel, LLP and Shawn A. Williams and Danielle S. Myers, of Robbins Geller Rudman & Dowd LLP, are also concurrently filing a Notice of Request for Withdrawal of Counsel in this action.  The class's interests will continue to be represented by Levi & Korsinsky, LLP, Court-appointed Lead Counsel.

Respectfully Submitted,

Dated: May 7, 2021                                JOHNSON FISTEL, LLP

/s/ Frank J. Johnson
FRANK J. JOHNSON

655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com

*Counsel for Plaintiff Asha Gowda*

---

[1] *Asha Gowda v. QuantumScape Corporation, et al.*, Case No. 3:21-cv-00070-WHO was consolidated per this Court's order dated April 20, 2021.

1