IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
ANDREW FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:       isalceda@wsgr.com
             dbish@wsgr.com
             bepstein@wsgr.com
             afrantela@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Fritz Prinz,
Timothy Holme, and Kevin Hettrich*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No.: 3:21-CV-00058-WHO |
| | **QUANTUMSCAPE DEFENDANTS' RESPONSE TO BALA MULLUR'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED AND REQUESTING MODIFICATION OF SCHEDULE (ECF NOS. 122 & 123)** |

Under Local Rule 7-3(b), Defendants QuantumScape Corporation, Jagdeep Singh, Fritz Printz, Timothy Holme, and Kevin Hettrich (the "QuantumScape Defendants") submit this response to Bala Mullur's Administrative Motion Pursuant to Civil L.R. 3-12 and 7-11 to Consider Whether Cases Should Be Related (ECF No. 122) and Bala Mullur's Administrative

Motion Requesting Modification of Schedule Pending the Court's Review of Lead Plaintiff Process (ECF No. 123).

The QuantumScape Defendants agree that the action captioned, *Mullur v. QuantumScape, et al.*, Case No. 3:21-cv-03309-JD, is related to the within action, *In re QuantumScape Securities Class Action Litigation,* Case No. 3:21-cv-00058-WHO.  The QuantumScape Defendants further respond that consolidating these cases would serve the interests of judicial economy because, without consolidation, defendants would be obligated to expend additional resources to defend these substantially similar cases.

The QuantumScape Defendants take no position as to the Motion Requesting Modification of Schedule Pending the Court's Review of Lead Plaintiff Process.

The QuantumScape Defendants deny the allegations of the moving party that they violated federal securities laws or otherwise acted wrongfully.  The QuantumScape Defendants do not concede that this action should be certified as a class action or that any movant is a proper class representative.  The QuantumScape Defendants reserve all rights to challenge class certification or the adequacy or typicality of the lead plaintiff, if and when such a motion is filed, pursuant to Federal Rule of Civil Procedure 23.

Dated:  May 10, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ Ignacio E. Salceda*
    Ignacio E. Salceda

*Attorneys for Defendants QuantumScape Corporation, Jagdeep Singh, Fritz Prinz, Timothy Holme, and Kevin Hettrich*

-2-

QUANTUMSCAPE DEFENDANTS' RESPONSE TO
BALA MULLUR'S ADMINISTRATIVE MOTIONS
CASE NO.:  3:21-CV-00058-WHO