IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
ANDREW FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:       isalceda@wsgr.com
             dbish@wsgr.com
             bepstein@wsgr.com
             afrantela@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Timothy
Holme, and Kevin Hettrich*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No.: 3:21-CV-00058-WHO |
| | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND FOR INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |
| | Hearing Date: December 8, 2021<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Before: Hon. William H. Orrick |

Defendants QuantumScape Corporation ("QuantumScape" or the "Company"), Jagdeep Singh, Timothy Holme, and Kevin Hettrich (collectively, "Defendants") hereby request that the Court consider certain documents incorporated by reference in Plaintiff's Consolidated Class Action Complaint ("Complaint"; "¶ _") and/or take judicial notice of certain documents submitted in support of Defendants' Motion to Dismiss the Complaint, attached as Exhibits 1 through 25 to the Declaration of Rebecca L. Epstein ("Epstein Declaration"). All of the exhibits are subject to judicial notice under Rule 201 of the Federal Rules of Evidence, and as explained below, are within the Court's purview in connection with Defendants' motion.

**A.     Exhibits 1, 3-9, 11-18, 20-21, and 24 Are Incorporated By Reference**

On a motion to dismiss, the Court is permitted to consider a document "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018) (citation omitted), *cert. denied sub nom.*, *Hagan v. Khoja*, 139 S. Ct. 2615 (2019). Documents incorporated by reference are treated "as though they are part of the complaint itself." *Id.* Thus, "[i]f a plaintiff fails to attach to the complaint the documents on which it is based, defendant may attach to a 12(b)(6) motion the documents referred to in the complaint to show that they do not support plaintiff's claim." *In re Harmonic, Inc. Sec. Litig.*, 163 F. Supp. 2d 1079, 1084 (N.D. Cal. 2001). Indeed, this is important, because the PSLRA asks the Court to consider all reasonable inferences, including those adverse to plaintiff's theory, when weighing the sufficiency of the claim. *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 328 (2007); *In re Velti PLC Sec. Litig.*, No. 13-03889-WHO, 2015 WL 5736589, at *11 (N.D. Cal. Oct. 1, 2015) (Orrick, J.) ("unwarranted inferences are insufficient to avoid . . . dismissal" (alteration in original) (citation omitted)).

The Court may consider the full text of incorporated documents on a motion to dismiss "including portions which were not mentioned in the complaint[]." *In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399, 1405 n.4 (9th Cir. 1996); *see Northstar Fin. Advisors, Inc. v. Schwab Invs.*, 779 F.3d 1036, 1043 (9th Cir. 2015) (considering "entire content" of various Securities and Exchange Commission ("SEC") filings incorporated by reference). Furthermore, the Court is

"not required to accept as true conclusory allegations which are contradicted by documents referred to in the complaint." *In re Tesla Motors, Inc. Sec. Litig.*, 75 F. Supp. 3d 1034, 1046 (N.D. Cal. 2014) (citation omitted), *aff'd*, 671 F. App'x 670 (9th Cir. 2016). The doctrine therefore keeps plaintiffs from "selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Orexigen*, 899 F.3d at 1002.

Incorporation by reference also extends to documents that are necessary to a plaintiff's allegations, even if not referenced in the complaint. *See Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) ("We have extended the doctrine of incorporation by reference to consider documents in situations where the complaint necessarily relies upon a document or the contents of the document are alleged in a complaint, the document's authenticity is not in question and there are no disputed issues as to the document's relevance.").

Courts (including this one) have found a variety of documents incorporated by reference, including SEC filings, online content, and transcripts of earnings calls, investors presentations, and media interviews. *Orexigen*, 899 F.3d at 1003-07 (district court properly considered blog posts, internet and other articles, agency report and registration statement as incorporated by reference); *Golub v. Gigamon Inc.*, No. 17-06653-WHO, 2019 WL 4168948, at *5-6 (N.D. Cal. Sept. 3, 2019) (Orrick, J.) (considering documents incorporated by reference and taking judicial notice of company's SEC filings, press releases, and earnings call transcripts), *aff'd*, 994 F.3d 1102 (9th Cir. 2021); *Free Speech Sys., LLC v. Menzel*, 390 F. Supp. 3d 1162, 1167 n.1 (N.D. Cal. 2019) (Orrick, J.) (considering internet post to be incorporated by reference); *In re SunPower Corp. Sec. Litig.*, No. 16-04710-RS, 2018 WL 4904904, at *3 n.2 (N.D. Cal. Oct. 9, 2018) (documents referenced in the complaint "explicitly as the ground for [defendant's] false statements and scienter . . . are appropriately incorporated by reference"); *see Wynn v. Chanos*, 75 F. Supp. 3d 1228, 1235 (N.D. Cal. 2014) (Orrick, J.) (considering at the pleading stage transcript submitted by the defendant of an academic symposium at which allegedly slanderous remarks were made given the remarks were the basis of the claim that was cited out of context in the pleading).

Accordingly, Defendants request that the Court consider the following documents, which form the basis of Plaintiff's claims and/or are referred to extensively in the Complaint:

- Exhibit 1: the study "Fast Charging of Lithium-Ion Batteries at All Temperatures," by Xiao-Guang Yang, *et al.*, published in the journal Proceedings of the National Academy of Sciences (PNAS), dated July 10, 2018. It is referenced in ¶¶ 50 & n.3, 152.

- Exhibit 3: certified transcript from TSG Reporting of the audio/video-recording of Jagdeep Singh's CNBC interview on November 27, 2020. It is referenced in ¶¶ 7, 78, 160, 299, 328.

- Exhibit 4: QuantumScape's press release dated November 27, 2020, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on November 27, 2020. It is referenced in ¶¶ 161, 165.

- Exhibit 5: QuantumScape's Form 8-K, filed with the SEC on December 2, 2020. It is referenced in the Complaint, Ex. B at 2.

- Exhibit 6: QuantumScape's press release "QuantumScape Corporation to Host and Livestream Solid-State Battery Showcase Event on December 8, 2020," dated December 3, 2020. It is referenced in ¶¶ 79, 166, 313.

- Exhibit 7: certified transcript from TSG Reporting of the audio/video-recording of QuantumScape's Battery Showcase on December 8, 2020. It is referenced in ¶¶ 8, 80, 167-168, 184, 190, 198, 203, 208, 213, 218.

- Exhibit 8: QuantumScape's press release dated December 8, 2020, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on December 8, 2020. It is referenced in ¶¶ 8, 80, 167, 224.

- Exhibit 9: excerpts of QuantumScape's Form S-1, filed with the SEC on December 17, 2020. It is referenced in ¶¶ 236-246, 314.

- Exhibit 11: *Seeking Alpha* web post "QuantumScape's Solid State Batteries Have Significant Technical Hurdles To Overcome," authored by Dr. Brian Morin, dated

January 4, 2021, and amended on January 13, 2021. It is referenced in ¶¶ 2, 9-10, 15, 97-105, 146, 247, 336-337.

- Exhibit 12: certified transcript from TSG Reporting of the audio/video-recording of Jagdeep Singh's CNBC interview on January 4, 2021. It is referenced in ¶¶ 11, 107, 247-250.

- Exhibit 13: Timothy Holme's article "A Discussion of QuantumScape's Battery Technology Performance Results," dated January 14, 2021. It is referenced in ¶¶ 12, 108, 251-268, 309.

- Exhibit 14: QuantumScape's letter to shareholders for the fourth fiscal quarter of 2020, dated February 16, 2021, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on February 16, 2021. It is referenced in ¶¶ 12, 109-110, 269-274.

- Exhibit 15: S&P Global's transcript of QuantumScape's earnings call for the fourth fiscal quarter of 2020, dated February 16, 2021. It is referenced in ¶¶ 275-278.

- Exhibit 16: certified transcript from TSG Reporting of the audio/video-recording of Jagdeep Singh's CNBC interview on February 17, 2021. It is referenced in ¶¶ 12, 111, 279-282.

- Exhibit 17: excerpts of QuantumScape's Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on February 23, 2021. It is referenced in ¶¶ 283-293.

- Exhibit 18: Yahoo! Finance article "QuantumScape CEO Shares Two Exciting Developments in the Works" containing a transcript of a video of an interview of Jagdeep Singh with Yahoo! Finance Live, dated February 25, 2021. It is referenced in ¶¶ 12, 111, 294-295.

- Exhibit 20: Jagdeep Singh's Form 4, filed with the SEC on April 8, 2021. It is referenced in ¶ 320.

- Exhibit 21: Timothy Holme's Form 4, filed with the SEC on April 8, 2021. It is referenced in ¶ 321.

- Exhibit 24: Jeff Dahn Research Group posting "Symmetric Cells." It is referenced in ¶ 116.

**B.    The SEC Filings (Exs. 2, 4-5, 8-9, 14, 17, and 19-23) Are Subject to Judicial Notice**

Exhibits 2, 4-5, 8-9, 14, 17, and 19-23 are all materials filed with the SEC and either referenced in the Complaint or otherwise show publicly available information about the Company. Courts routinely take judicial notice of such documents, especially in cases alleging violations of federal securities laws. *Golub v. Gigamon Inc.*, 372 F. Supp. 3d 1033, 1043 (N.D. Cal. 2019) (Orrick, J.) (taking judicial notice of, *inter alia*, SEC filings and press releases), *aff'd*, 994 F.3d 1102 (9th Cir. 2021); *Weller v. Scout Analytics, Inc.*, 230 F. Supp. 3d 1085, 1094 n.5 (N.D. Cal. 2017) (granting request for judicial notice of SEC filings because "in a securities fraud case such as this one, judicial notice of such documents is generally appropriate"); *Yamauchi v. Cotterman*, 84 F. Supp. 3d 993, 1014 n.13 (N.D. Cal. 2015) (granting a request for judicial notice of a Form 8-K because "[a] filing with the SEC is the type of public record that comes from a source whose accuracy cannot reasonably be questioned"). Judicial notice of SEC filings is proper regardless of whether the filings are referenced in the Complaint or are outside the Class Period. *In re Netflix, Inc. Sec. Litig.*, No. 04-02978-FMS, 2005 WL 1562858, at *5 (N.D. Cal. June 28, 2005) (holding that "SEC filings are appropriately noticed by the Court" on a motion to dismiss, even when those documents were filed with the SEC outside the class period). Accordingly, Defendants request that the Court take judicial notice of the following QuantumScape SEC filings:

- Exhibit 2: excerpts of Kensington Capital Acquisition Corp.'s Form 424(b)(3), filed with the SEC on November 12, 2020.[1]

- Exhibit 4: QuantumScape's press release dated November 27, 2020, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on November 27, 2020. As noted, this SEC filing is also referenced in ¶¶ 161, 165.

---

[1] Kensington Capital Acquisition Corp. ("Kensington") and QuantumScape merged in a business combination completed on November 25, 2020, pursuant to which Kensington changed its name to QuantumScape Corporation and began trading on the New York Stock Exchange under the ticker "QS." ¶¶ 33-35.

- Exhibit 5: QuantumScape's Form 8-K, filed with the SEC on December 2, 2020. As noted, this SEC filing is also referenced in the Complaint, Ex. B at 2.

- Exhibit 8: QuantumScape's press release dated December 8, 2020, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on December 8, 2020. As noted, this press release is also referenced in ¶¶ 8, 80, 167, 224.

- Exhibit 9: excerpts of QuantumScape's Form S-1, filed with the SEC on December 17, 2020. As noted, this SEC filing is also referenced in ¶¶ 236-246, 314.

- Exhibit 14: QuantumScape's letter to shareholders for the fourth fiscal quarter of 2020, dated February 16, 2021, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on February 16, 2021. As noted, this shareholder letter is also referenced in ¶¶ 12, 109-110, 269-274.

- Exhibit 17: excerpts of QuantumScape's Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on February 23, 2021. As noted, this SEC filing is also referenced in ¶¶ 283-293.

- Exhibit 19: QuantumScape's press release dated March 31, 2021, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on April 1, 2021.

- Exhibit 20: Jagdeep Singh's Form 4, filed with the SEC on April 8, 2021. As noted, it is also referenced in ¶ 320.

- Exhibit 21: Timothy Holme's Form 4, filed with the SEC on April 8, 2021. As noted, it is also referenced in ¶ 321.

- Exhibit 22: excerpts of QuantumScape's Form 10-K/A for the fiscal year ended December 31, 2020, filed with the SEC on April 26, 2021.

- Exhibit 23: excerpt of QuantumScape's Form 10-Q for the quarterly period ended June 30, 2021, filed with the SEC on July 29, 2021.

C.    **The Transcripts (Exs. 3, 7, 12, and 15-16) Are Subject to Judicial Notice**

Exhibits 3, 7, 12, and 15-16 are transcripts of QuantumScape's investor presentations, earnings conference calls, and live interviews with the news media. In securities cases, like this one, where the "fraud on the market" doctrine is implied (*see, e.g.*, ¶¶ 345-350) courts may take

judicial notice of public information about the company, including transcripts of conference calls, presentations, and interviews. *Gigamon*, 372 F. Supp. 3d at 1043 (taking judicial notice of conference call transcripts even where different versions may have been used to prepare the pleading); *Lynwood Invs. Cy Ltd. v. Konovalov*, No. 20-03778-LHK, 2021 WL 1164838, at *6 (N.D. Cal. Mar. 25, 2021) (taking judicial notice of interview transcript); *Enoh v. Hewlett Packard Enter. Co.*, No. 17-04212-BLF, 2018 WL 3377547, at *6-7 (N.D. Cal. July 11, 2018) (taking judicial notice of transcript of interview of CEO on CNBC), *appeal filed*, No. 18-16510 (9th Cir. Aug. 10, 2018). Accordingly, Defendants request that the Court take judicial notice of the following transcripts which are fully verifiable and contain at least one challenged statement:

- Exhibit 3: certified transcript from TSG Reporting of the audio/video-recording of Jagdeep Singh's CNBC interview on November 27, 2020. As noted, this interview is also referenced in ¶¶ 7, 78, 160, 299, 328.

- Exhibit 7: certified transcript from TSG Reporting of the audio/video-recording of QuantumScape's Battery Showcase on December 8, 2020. As noted, the Battery Showcase is also referenced in ¶¶ 8, 80, 167-168, 184, 190, 198, 203, 208, 213, 218.

- Exhibit 12: certified transcript from TSG Reporting of the audio/video-recording of Jagdeep Singh's CNBC interview on January 4, 2021. As noted, this interview is also referenced in ¶¶ 11, 107, 247-250.

- Exhibit 15: S&P Global's transcript of QuantumScape's earnings call for the fourth fiscal quarter of 2020, dated February 16, 2021. As noted, it is also referenced in ¶¶ 275-278.

- Exhibit 16: certified transcript from TSG Reporting of the audio/video-recording of Jagdeep Singh's CNBC interview on February 17, 2021. As noted, this interview is also referenced in ¶¶ 12, 111, 279-282.

**D.    The Scientific Articles (Exs. 1 and 24) Are Subject to Judicial Notice**

Courts may take judicial notice of publications introduced to indicate "what information was in the public realm at the time," *Silbersher v. Valeant Pharmaceuticals Int'l, Inc.*, 445 F. Supp. 3d 393, 399 n.2 (N.D. Cal. 2020) (citation omitted), including scientific publications. *See Masimo Corp. v. Apple Inc.*, No. 20-00048-JVS, 2021 WL 925885, at *2 (C.D. Cal. Jan. 6, 2021) (taking judicial notice of "the abstract of an article published in a scientific journal"); *In re Merck Co. Sec., Derivative& "ERISA" Litig.*, No. 05-01151-SRC, 2006 WL 8460903, at *5 (D.N.J. Jan. 20, 2006) (taking judicial notice of scientific articles). Exhibit 1 is a scientific article published in Proceedings of the National Academy of Sciences (PNAS) that is cited and relied upon in the Complaint (¶¶ 50, 152). Exhibit 24 is a scientific article by the Jeff Dahn Research Group; Dahn is described as a "world respected solid state researcher" in the Complaint, which expressly relies upon this article (¶ 116). Accordingly, Defendants request that the Court take judicial notice of the following documents:

- Exhibit 1: the study "Fast Charging of Lithium-Ion Batteries at All Temperatures" by Xiao-Guang Yang, *et al.*, published in the journal Proceedings of the National Academy of Sciences (PNAS), dated July 10, 2018. As noted, it is also referenced in ¶¶ 50 & n.3, 152.

- Exhibit 24: Jeff Dahn Research Group posting "Symmetric Cells." As noted, it is also referenced in ¶ 116.

**E.    The Public Web Content Underlying the Claims (Exs. 1, 6, 10-11, 13, 18, and 24-25) Is Subject to Judicial Notice**

Courts take judicial notice of websites and the content therein on motions to dismiss. *See, e.g.*, *In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d 980, 1010 (N.D. Cal. 2020) ("Because [a blog post] is a publicly available document, available on a publicly accessible website, it is capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned, and it is thus subject to judicial notice." (citing Fed. R. Evid. 201(b))); *Datel Holdings Ltd. v. Microsoft Corp.*, 712 F. Supp. 2d 974, 985 (N.D. Cal. 2010) (taking judicial notice of defendant and third party websites); *Lynwood*, 2021 WL 1164838, at

*6 (taking judicial notice of information that "appears on a publicly available website and is thus a proper subject of judicial notice"); *Brown v. Google LLC*, --- F. Supp. 3d ----, 2021 WL 949372, at *5 (N.D. Cal. Mar. 12, 2021) (same); *Diaz v. Intuit, Inc.*, No. 15-01778-EJD, 2018 WL 2215790, at *3 (N.D. Cal. May 15, 2018) ("Publically accessible websites and news articles are proper subjects of judicial notice.").

Exhibits 1, 6, 10-11, 13, 18, and 24-25 show public content published online by either Defendants or one of the third-party sources that Plaintiff relies upon to state a claim. Neither of these categories can be subject to reasonable dispute, particularly given Plaintiff's allegations; thus, judicial notice is appropriate. Accordingly, Defendants request that the Court take judicial notice of the following documents:

- Exhibit 1: the study "Fast Charging of Lithium-Ion Batteries at All Temperatures" by Xiao-Guang Yang, *et al.*, published in the journal Proceedings of the National Academy of Sciences (PNAS), dated July 10, 2018. As noted, it is also referenced in ¶¶ 50 & n.3, 152.

- Exhibit 6: QuantumScape's press release "QuantumScape Corporation to Host and Livestream Solid-State Battery Showcase Event on December 8, 2020," dated December 3, 2020. As noted, it is also referenced in ¶¶ 79, 166, 313.

- Exhibit 10: the pop-up window that appears when clicking on "more" (after "Dr. Brian Morin is currently CEO of Soteria Battery Innovation Group, a company has [sic] technology to make all…"), as shown on page 6 of Exhibit 11.

- Exhibit 11: *Seeking Alpha* web post "QuantumScape's Solid State Batteries Have Significant Technical Hurdles To Overcome," authored by Brian Morin, dated January 4, 2021, and amended on January 13, 2021. As noted, it is also referenced in ¶¶ 2, 9-10, 15, 97-105, 146, 247, 336-337.

- Exhibit 13: Timothy Holme's article "A Discussion of QuantumScape's Battery Technology Performance Results," dated January 14, 2021. As noted, it is also referenced in ¶¶ 12, 108, 251-268, 309.

- Exhibit 18: Yahoo! Finance article "QuantumScape CEO Shares Two Exciting Developments in the Works" containing a transcript of a video of an interview of Jagdeep Singh with Yahoo! Finance Live, dated February 25, 2021. As noted, it is also referenced in ¶¶ 12, 111, 294-295.

- Exhibit 24: Jeff Dahn Research Group posting "Symmetric Cells." As noted, it is also referenced in ¶ 116.

- Exhibit 25: print out of the Soteria Battery Innovation Group Technology webpage.

## CONCLUSION

For the foregoing reasons, the above-referenced exhibits to the Epstein Declaration are properly considered by the Court in connection with Defendants' Motion to Dismiss.

Dated: August 20, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Ignacio E. Salceda*
      Ignacio E. Salceda

*Attorneys for Defendants*