United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES
CLASS ACTION LITIGATION

Case No.  3:21-cv-00058-WHO

**ORDER REQUESTING FILING OF
CITATIONS**

The defendants' motion to dismiss argues that "[w]hile Plaintiff is free to disagree with QuantumScape's testing methodologies and conditions, he cannot dispute that they were accurately disclosed."  Dkt. No. 137 at 13 (citations omitted).  At various places, it includes specific arguable disclosures about particular aspects of its tests.  *E.g.*, *id.* at 5 ("Just to be clear, this test was run on our single-layer pouch cell so we didn't actually put these cells into real cars, we don't have production cells yet.").

No later than noon on December 8, 2021, the defendants should file on the docket a document that includes a complete list of citations to all portions of the record it relies on to argue that its testing methodology, conditions, and data were adequately disclosed.  The document should also quote in full the portions of the record that the defendants rely on for this purpose.

**IT IS SO ORDERED.**

Dated: December 6, 2021

William H. Orrick
United States District Judge