**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff and the Class*

[Additional counsel on signature blocks]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-CV-00058-WHO |
|  | **STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE PROPOSED SCHEDULING ORDER** |
|  | HON. WILLIAM H. ORRICK |

WHEREAS, on April 20, 2021, the Court appointed Frank Fish as lead plaintiff ("Lead Plaintiff") and Levi & Korsinsky, LLP as lead counsel on behalf of the putative class (ECF No. 115);

WHEREAS, on June 21, 2021, Lead Plaintiff filed the Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 131);

WHEREAS, on January 14, 2022, after full briefing and oral argument on Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint (ECF Nos. 137-140, 142-43, 146), the Court issued its Order on Motion to Dismiss (ECF No. 153), denying the motion except as to one challenged statement;

WHEREAS, on March 8, 2022, the parties filed a Joint Case Management Statement and Proposed Order (ECF No. 157), which is pending;

WHEREAS, Lead Plaintiff wishes to amend the Complaint to add two named plaintiffs who intend to move as class representatives in connection with Lead Plaintiff's forthcoming class certification motion and to correct typographical errors;

WHEREAS, the parties have met and conferred about an amendment and Defendants do not oppose Lead Plaintiff's request to amend the Complaint, with Defendants reserving all rights to argue that the newly proposed plaintiffs are not appropriate class representatives;

WHEREAS, Defendants seek adequate time to take discovery on Lead Plaintiff and the two additional class representatives in connection with class certification proceedings;

WHEREAS, the parties have met and conferred on a proposed schedule to amend the Complaint and to extend the time for briefing Lead Plaintiff's forthcoming Motion for Class Certification;

WHEREAS, the parties have met and conferred and agreed upon deposition dates of the plaintiffs (and all plaintiffs have agreed to produce documents and respond to interrogatories by July 29, 2022) to allow for the Motion for Class Certification to be briefed in accordance with the schedule set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, subject to the approval of the Court, as follows:

1.    Lead Plaintiff will file an amended complaint on or before two (2) days after the signing of this Order;

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE PROPOSED SCHEDULING ORDER
*IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION*, Case No. 3:21-CV-00058-WHO

2.     Defendants will answer or otherwise respond to the forthcoming amended complaint twenty-one (21) days thereafter, with Defendants' rights reserved to thereafter oppose the appointment of the additional two named plaintiffs as class representatives;

3.     Defendant QuantumScape Corporation will serve its first set of document requests and interrogatories to the additional named plaintiffs by July 15, 2022, with Plaintiff's counsel accepting service of these discovery requests and the additional named plaintiffs serving responses and producing documents by July 29, 2022, and

4.     The class certification briefing schedule will be as follows:

a.     Lead Plaintiff's Class Certification Motion – due on July 29, 2022.

b.     Defendants' Opposition to Lead Plaintiff's Class Certification Motion – due on September 29, 2022.

c.     Lead Plaintiff's Reply in further Support Class Certification Motion – due October 28, 2022.

5.     The remaining deadlines set forth in the proposed scheduling order (ECF No. 157) remain unchanged.

SO ORDERED this ___ day of July, 2022.

_____
THE HONORABLE WILLIAM H. ORRICK

3

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE PROPOSED SCHEDULING ORDER
*IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION*, Case No. 3:21-CV-00058-WHO

CONSENTED TO BY:

Dated: July 11, 2022                                    **LEVI & KORSINSKY, LLP**

By:   /s/ *Shannon L. Hopkins*_____
      Shannon L. Hopkins (admitted *Pro Hac Vice*)
      Gregory M. Potrepka (admitted *Pro Hac Vice*)
      1111 Summer Street, Suite 403
      Stamford, CT 06905
      Tel: (203) 992-4523
      Email: shopkins@zlk.com
      Email: gpotrepka@zlk.com


      Adam M. Apton (SBN 316506)
      Adam C. McCall (SBN 302130)
      75 Broadway, Suite 202
      San Francisco, CA 94111
      Tel: 415-373-1671
      Email: aapton@zlk.com
      Email: amccall@zlk.com

      Nicholas Ian Porritt (admitted *Pro Hac Vice*)
      LEVI & KORSINSKY, LLP
      1101 30th Street NW Suite 115
      Washington, DC 20007
      Telephone: (202) 524-4290
      nporritt@zlk.com

      *Lead Counsel for Plaintiff and the Class*


Dated:  July 11, 2022                          WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation

                                               By: */s/  Rebecca L. Epstein*_____

                                               Ignacio E. Salceda (SBN 164017)
                                               Dale Bish (SBN 235390)
                                               Rebecca L. Epstein (SBN 168226)
                                               Andrew Frantela (SBN 325278)
                                               650 Page Mill Road
                                               Palo Alto, CA 94304-1050
                                               Telephone: (650) 493-9300
                                               Facsimile: (650) 565-5100
                                               isalceda@wsgr.com
                                               dbish@wsgr.com
                                               bepstein@wsgr.com
                                               afrantela@wsgr.com

4

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE
PROPOSED SCHEDULING ORDER
*IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION*, Case No. 3:21-CV-00058-WHO

*Attorneys for Defendants QuantumScape Corporation, Jagdeep Singh, Kevin Hettrich, and Timothy Holme*

## ATTESTATION

I, Shannon L. Hopkins, am the ECF User whose identification and password are being used to file this Stipulation to Approve Amended Case Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants, Rebecca Epstein, concurs in this filing.

Dated: July 11, 2022                **LEVI & KORSINSKY LLP**

By: */s/ Shannon L. Hopkins_____*

Shannon L. Hopkins (admitted pro hac vice)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

*Lead Counsel for Plaintiff and the Class*

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE PROPOSED SCHEDULING ORDER
*IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION*, Case No. 3:21-CV-00058-WHO