**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff and the Class*

[Additional counsel on signature blocks]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-CV-00058-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE PROPOSED SCHEDULING ORDER**<br><br>HON. WILLIAM H. ORRICK |

WHEREAS, on April 20, 2021, the Court appointed Frank Fish as lead plaintiff ("Lead Plaintiff") and Levi & Korsinsky, LLP as lead counsel on behalf of the putative class (ECF No. 115);

WHEREAS, on June 21, 2021, Lead Plaintiff filed the Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 131);

WHEREAS, on January 14, 2022, after full briefing and oral argument on Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint (ECF Nos. 137-140, 142-43, 146), the Court issued its Order on Motion to Dismiss (ECF No. 153), denying the motion except as to one challenged statement;

WHEREAS, on March 8, 2022, the parties filed a Joint Case Management Statement and Proposed Order (ECF No. 157), which is pending;

WHEREAS, Lead Plaintiff wishes to amend the Complaint to add two named plaintiffs who intend to move as class representatives in connection with Lead Plaintiff's forthcoming class certification motion and to correct typographical errors;

WHEREAS, the parties have met and conferred about an amendment and Defendants do not oppose Lead Plaintiff's request to amend the Complaint, with Defendants reserving all rights to argue that the newly proposed plaintiffs are not appropriate class representatives;

WHEREAS, Defendants seek adequate time to take discovery on Lead Plaintiff and the two additional class representatives in connection with class certification proceedings;

WHEREAS, the parties have met and conferred on a proposed schedule to amend the Complaint and to extend the time for briefing Lead Plaintiff's forthcoming Motion for Class Certification;

WHEREAS, the parties have met and conferred and agreed upon deposition dates of the plaintiffs (and all plaintiffs have agreed to produce documents and respond to interrogatories by July 29, 2022) to allow for the Motion for Class Certification to be briefed in accordance with the schedule set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, subject to the approval of the Court, as follows:

1.    Lead Plaintiff will file an amended complaint on or before two (2) days after the signing of this Order;

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE PROPOSED SCHEDULING ORDER
*IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION*, Case No. 3:21-CV-00058-WHO

2.     Defendants will answer or otherwise respond to the forthcoming amended complaint twenty-one (21) days thereafter, with Defendants' rights reserved to thereafter oppose the appointment of the additional two named plaintiffs as class representatives;

3.     Defendant QuantumScape Corporation will serve its first set of document requests and interrogatories to the additional named plaintiffs by July 15, 2022, with Plaintiff's counsel accepting service of these discovery requests and the additional named plaintiffs serving responses and producing documents by July 29, 2022, and

4.     The class certification briefing schedule will be as follows:

a.     Lead Plaintiff's Class Certification Motion – due on July 29, 2022.

b.     Defendants' Opposition to Lead Plaintiff's Class Certification Motion – due on September 29, 2022.

c.     Lead Plaintiff's Reply in further Support Class Certification Motion – due October 13, 2022.

5.     The remaining deadlines set forth in the proposed scheduling order (ECF No. 157) remain unchanged.

SO ORDERED this 13th day of July, 2022.

_____
THE HONORABLE WILLIAM H. ORRICK

3

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND AMEND THE PROPOSED SCHEDULING ORDER
*IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION*, Case No. 3:21-CV-00058-WHO