IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
ANDREW FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:       isalceda@wsgr.com
             dbish@wsgr.com
             bepstein@wsgr.com
             afrantela@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Timothy
Holme, and Kevin Hettrich*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No.: 3:21-CV-00058-WHO |
| | **DECLARATION OF ANDREW FRANTELA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL** |
| | Hearing Date: December 14, 2022 |
| | Time: 2:00 p.m. |
| | Courtroom: 2 |
| | Before: Hon. William H. Orrick |

I, Andrew Frantela, hereby declare:

1.      I am an attorney admitted to practice before this Court and am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel Defendants QuantumScape Corporation ("QuantumScape"), Jagdeep Singh, Timothy Holme, and Kevin Hettrich. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion to Certify the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of Exhibit 1 to the deposition of Frank Fish taken on August 12, 2022 (the "Fish Deposition"). Exhibit A is QuantumScape's press release dated November 27, 2020, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on November 27, 2020.

3.      Attached hereto as Exhibit B is a true and correct copy of Exhibit 48 to the deposition of Matthew Cain taken on September 7, 2022 (the "Cain Deposition"). Exhibit B is an MIT Technology Review article "This Super-Energy-Dense Battery Could Nearly Double the Range of Electric Vehicles," authored by James Temple, dated December 8, 2020.

4.      Attached hereto as Exhibit C is a true and correct copy of Exhibit 49 to the Cain Deposition. Exhibit C is a Wired article, "Did QuantumScape Just Solve a 40-Year-Old Battery Problem?," authored by Daniel Oberhaus, dated December 8, 2020.

5.      Attached hereto as Exhibit D is a true and correct copy of Exhibit 3 to the Fish Deposition. Exhibit D is QuantumScape's Battery Showcase Presentation dated December 8, 2020, filed as Exhibit 99.2 to QuantumScape's Form 8-K, filed with the SEC on December 8, 2020.

6.      Attached hereto as Exhibit E is a true and correct copy of Exhibit 47 to the Cain Deposition. Exhibit E is a Bernstein report "QuantumScape: The future is solid, but significant hurdles remain; Initiating Underperform, TP $28," authored by Mark C. Newman, dated November 30, 2020.

7.      Attached hereto as Exhibit F is a true and correct copy of Exhibit 13 to the Fish Deposition. Exhibit F is a Wall Street Journal article produced on Factiva, "EXCHANGE ---

Heard on the Street: This Battery Startup Might Zap Tesla --- QuantumScape says its electric-vehicle battery will offer more power for less money," authored by Stephen Wilmot, dated January 2, 2021.

8.    Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the Cain Deposition.

9.    Attached hereto as Exhibit H is a true and correct copy of Exhibit 53 to the Cain Deposition, referenced and authenticated by Dr. Cain on pages 186-99, and 221-23 of his deposition transcript. Exhibit H is a report to the Securities and Exchange Commission titled "A Report by the *Ad Hoc* Academic Committee on Equity and Options Market Structure Conditions in Early 2021," co-authored by Dr. Cain, dated February 15, 2022, and revised July 2, 2022.

10.    Attached hereto as Exhibit I is a true and correct copy of Exhibit 15 to the Fish Deposition. Exhibit I is a Wall Street Journal Article, "Volkswagen, Ford, Other Big Auto Makers Push to Make Solid-State Batteries the Next Big Thing for EVs," authored by William Boston, dated September 28, 2021.

11.    Attached hereto as Exhibit J is a true and correct copy of Exhibit 24 to the Fish Deposition. Exhibit J is QuantumScape's press release dated November 16, 2021, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on November 16, 2021.

12.    Attached hereto as Exhibit K is a true and correct copy of Exhibit 20 to the Fish Deposition. Exhibit K is QuantumScape's press release dated March 31, 2021, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on April 1, 2021.

13.    Attached hereto as Exhibit L is a true and correct copy of Exhibit 26 to the Fish Deposition. Exhibit L is QuantumScape's press release, "QuantumScape Releases Third-Party Test Results," dated October 27, 2021.

14.    Attached hereto as Exhibit M is a true and correct copy of Exhibit 21 to the Fish Deposition. Exhibit M is QuantumScape's Q1 Fiscal 2021 Letter to Shareholders dated May 11, 2021, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on May 11, 2021.

15.     Attached hereto as Exhibit N is a true and correct copy of the QuantumScape Q2 Fiscal 2022 Letter to Shareholders, dated July 27, 2022, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on July 27, 2022.

16.     Attached hereto as Exhibit O is a true and correct copy of Exhibit 6 to the Fish Deposition. Exhibit O is a Seeking Alpha blog post, "QuantumScape's Solid State Batteries Have Significant Technical Hurdles to Overcome," authored by Dr. Brian Morin, dated January 4, 2021, retrieved on Internet Archive Wayback Machine.

17.     Attached hereto as Exhibit P is a true and correct copy of excerpts from Exhibit 16 to the Fish Deposition. Exhibit P is an article titled "A Pump and Dump SPAC Scam By Silicon Valley Celebrities, That Makes Theranos Look Like Amateurs," authored by Scorpion Capital, dated April 15, 2021. A full copy of the report is available at ECF No. 131-3.

18.     Attached hereto as Exhibit Q is a true and correct copy of the QuantumScape press release, "QuantumScape Secures Campus in San Jose, California," dated November 8, 2021, *available at* https://www.businesswire.com/news/home/20211108005630/en/QuantumScape-Secures-Campus-in-San-Jose-California.

19.     Attached hereto as Exhibit R is a true and correct copy of Exhibit 28 to the Fish Deposition, referenced and authenticated by Mr. Fish on pages 156-61 of his deposition transcript. Exhibit R is Lead Plaintiff's Response to Defendants' Interrogatories, dated May 16, 2022.

20.     Attached hereto as Exhibit S is a true and correct copy of Exhibit 34 to the deposition of Kathy Stark taken on August 18, 2022 (the "Stark Deposition"), referenced and authenticated by Ms. Stark on pages 195-97 of her deposition transcript. Exhibit S is Plaintiff Kathy Stark's Response to Defendants' Interrogatories, dated July 29, 2022.

21.     Attached hereto as Exhibit T is a true and correct copy of Exhibit 45 to the deposition of Mary Cranny taken on September 1, 2022 (the "Cranny Deposition"), referenced and authenticated by Plaintiff on pages 183-85 of her deposition transcript. Exhibit T is Plaintiff Mary Cranny's Response to Defendants' Interrogatories, dated July 29, 2022.

22.     Attached hereto as Exhibit U is a true and correct copy of excerpts from the transcript of the Fish Deposition.

23.     Attached hereto as Exhibit V is a true and correct copy of excerpts from the transcript of the Cranny Deposition.

24.     Attached hereto as Exhibit W is a true and correct copy of excerpts from the transcript of the Stark Deposition.

25.     Attached hereto as Exhibit X is a true and correct copy of a Bernstein report "QuantumScape: Impressive performance data provides some answers, but opens up even more questions," authored by Mark C. Newman, dated December 9, 2020.

26.     Attached hereto as Exhibit Y is a true and correct copy of Exhibit 25 to the Fish Deposition. Exhibit Y is QuantumScape's Q4 Fiscal 2021 Letter to Shareholders dated February 16, 2022, filed as Exhibit 99.1 to QuantumScape's Form 8-K, filed with the SEC on February 16, 2022.

27.     Attached hereto as Exhibit Z is a true and correct copy of Exhibit 54 to the Cain Deposition. Exhibit Z is an article by S3 Research, "Get Ready for a QuantumScape Short Squeeze," authored by Ihor Dusaniwsky, dated December 9, 2020.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed October 6th, 2022, in Palo Alto, California.

/s/ Andrew Frantela
Andrew Frantela

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ignacio Salceda, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: October 6, 2022                                    /s/ Ignacio E. Salceda
                                                                    Ignacio E. Salceda