# EXHIBIT A

Exhibit 99.1





**QUANTUMSCAPE CORPORATION AND KENSINGTON CAPITAL ACQUISITION CORP. ANNOUNCE CLOSING OF BUSINESS COMBINATION; QUANTUMSCAPE TO TRADE ON NYSE UNDER TICKER "QS" BEGINNING ON NOVEMBER 27**

**SAN JOSE, CA (November 27, 2020)** – QuantumScape Corporation ("QuantumScape"), a leader in the development of next generation solid-state lithium-metal batteries for use in electric vehicles, announced today that it has completed its business combination with Kensington Capital Acquisition Corp. ("Kensington") (NYSE: KCAC), a special purpose acquisition company. The Business Combination was approved by Kensington stockholders in a special meeting held on November 25, 2020. Beginning on November 27, 2020, QuantumScape shares will trade on the NYSE under the ticker symbol "QS" and its warrants will trade on the NYSE under the ticker symbol "QS.W".

Since the company was founded in 2010, QuantumScape has been exclusively focused on developing solid-state batteries and designing a scalable manufacturing process to commercialize its battery technology for the automotive industry. Through its elegant "anode-less" design, QuantumScape's solid-state lithium-metal batteries are designed to be safer, and to deliver greater range, faster charge times and improved cycle life, than today's conventional lithium-ion battery technology.

"Today marks a big step in the evolution of our company," commented Jagdeep Singh, Founder and Chief Executive Officer of QuantumScape. "This transaction allows QuantumScape to fund development and commercialization of our OEM-validated battery technology as we look forward to playing our part in the electrification of the automotive powertrain, helping transform one of the world's largest industries and fostering a cleaner future for all."

Justin Mirro, Chairman and Chief Executive Officer of Kensington, added, "we are incredibly excited to complete our business combination with QuantumScape and to provide the company with significant capital and automotive guidance to accelerate its business plan. The adoption of electric vehicles has emerged as the global mega-trend in the automotive industry, and QuantumScape is now well positioned to become a leading supplier of solid-state batteries for this next generation of electric powertrains."

The transaction will result in net proceeds of approximately $680 million to QuantumScape, including through a $500 million fully committed PIPE. Funds from the transaction are expected to fully support the company through the start of production in the second half of 2024.

Hughes Hubbard & Reed LLP served as legal advisor and UBS Investment Bank, Stifel Nicolaus & Company Incorporated and Robert W. Baird & Co. Incorporated served as financial advisors to Kensington. Goldman Sachs & Co. LLC and UBS Investment Bank served as joint placement agents on the PIPE offering. Wilson Sonsini Goodrich & Rosati served as legal advisor and Goldman Sachs & Co. LLC served as financial advisor to QuantumScape.

**About QuantumScape Corporation**

QuantumScape, founded in 2010 in California, is a leader in the development of next generation solid-state lithium-metal batteries for use in electric vehicles. The company's mission is to revolutionize energy storage to enable a sustainable future.

For additional information, please visit www.quantumscape.com

**About Kensington Capital Acquisition Corp.**

Kensington Capital Acquisition Corp. (NYSE: KCAC) is a special purpose acquisition company formed for the purpose of effecting a business combination in the automotive sector. Kensington is sponsored by Kensington Capital Partners LLC and the management team of Justin Mirro, Bob Remenar, Simon Boag and Daniel Huber. Kensington is also

**Exhibit
0001**

8/12/2022
Frank Fish

supported by a board of independent directors including Tom LaSorda, Anders Pettersson, Mitch Quain, Don Runkle and Matt Simoncini. The Kensington team has completed over 70 automotive transactions and has over 300 years of combined experience leading some of the largest automotive companies in the world.

For additional information, please visit www.autospac.com.

**Forward Looking Statements**

The information in this press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this presentation, regarding Kensington's proposed acquisition of QuantumScape, Kensington's ability to consummate the transaction, the development and performance of QuantumScape's products (including the timeframe for development of such products), the benefits of the transaction and the combined company's future financial performance, as well as the combined company's strategy, future operations, estimated financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this press release, the words 'are designed to," "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, QuantumScape disclaims any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this press release. QuantumScape cautions you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of either Kensington or QuantumScape. In addition, QuantumScape cautions you that the forward-looking statements contained in this press release are subject to the following factors: (i) QuantumScape's ability to realize the anticipated benefits of the business combination, which may be affected by, among other things, competition and the ability of QuantumScape to grow and manage growth profitably following the business combination; (ii) risks relating to the outcome and timing of the Company's development of its battery technology and related manufacturing processes; (iii) the possibility that QuantumScape may be adversely affected by other economic, business, and/or competitive factors; and (iv) the possibility that the expected timeframe for, and other expectations regarding the development and performance of, QuantumScape's products will differ from current assumptions. Should one or more of the risks or uncertainties described in this press release, or should underlying assumptions prove incorrect, actual results and plans could different materially from those expressed in any forward-looking statements. Additional information concerning these and other factors that may impact the operations and projections discussed herein can be found in Kensington's periodic filings with the SEC. Kensington's SEC filings are available publicly on the SEC's website at www.sec.gov.

**Contacts:**

**For Investors**

ir@quantumscape.com

**For Media**

media@quantumscape.com

**For Kensington Capital Acquisition Corp.**

Dan Huber
Chief Financial Officer
dan@kensington-cap.com
703-674-6514

# EXHIBIT B

Case 3:21-cv-00058-WHO    Document 175-2    Filed 10/06/22    Page 5 of 46

**CLIMATE CHANGE**

# This super-energy-dense battery could nearly double the range of electric vehicles

But some observers aren't convinced that QuantumScape's lithium-metal batteries will power cars and trucks on the road as soon as the company claims.

**By James Temple**

December 8, 2020

> **Exhibit**
> **0048**
> 9/7/2022
> Matthew Cain

QuantumScape's single-layer, solid-state lithium-metal battery cell.

COURTESY: QUANTUMSCAPE

Scientists have long seen lithium-metal batteries as an ideal technology for energy storage, leveraging the lightest metal on the periodic table to deliver cells jam-packed with energy.

But researchers and companies have tried and failed for decades to produce affordable, rechargeable versions that didn't have a nasty habit of catching on fire.

Then earlier this year Jagdeep Singh, the chief executive of QuantumScape, claimed in an interview with The Mobilist that the heavily funded, stealth Silicon Valley company had cracked the key technical challenges. He added that VW expects to have the batteries in its cars and trucks by 2025, promising to slash the cost and boost the range of its electric vehicles.

Case 3:21-cv-00058-WHO   Document 175-3   Filed 10/06/22   Page 6 of 46

After going public in November, QuantumScape is now valued at around $20 billion, despite having no product or revenue as yet (and no expectation that it will until 2024). VW has invested more than $300 million in the company and has created a joint venture with QuantumScape to manufacture the batteries. The company has also raised hundreds of millions from other major investors.

Still, until now Singh had revealed few details about the battery, prompting researchers, rivals and journalists to scour patent filings, investor documents and other sources for clues as to what precisely the company had achieved—and how.

In a press announcement on Tuesday, December 8, QuantumScape finally provided technical results from lab tests. Its technology is a partially solid-state battery, meaning that it uses a solid electrolyte instead of the liquid that most batteries rely on to promote the movement of charged atoms through the device.

Numerous researchers and companies are exploring solid-state technology for a variety of battery chemistries because this approach has the potential to improve safety and energy density, though developing a practical version has proved difficult.

The company, based in San Jose, California, is still withholding certain details about its battery, including some of the key materials and processes it's using to make it work. And some experts remain skeptical that QuantumScape has truly addressed the tricky technical challenges that would make a lithium-metal battery possible in commercial vehicles in the next five years.

## Test results

In an interview with MIT Technology Review, Singh says the company has shown that its batteries will effectively deliver on five key consumer needs that have thus far prevented electric vehicles from surpassing 2% of new US auto sales: lower costs, greater range, shorter charging times, longer total lifetime on the road, and improved safety.

"Any battery that can meet these requirements can really open up the 98% of the market in a way you can't do today," he says.

Case 3:21-cv-00058-WHO   Document 175-3   Filed 10/06/22   Page 7 of 46



Jagdeep Singh, CEO of QuantumScape

COURTESY: QUANTUMSCAPE

Indeed, QuantumScape's performance results are notable.

The batteries can charge to 80% capacity in less than 15 minutes. (MotorTrend <u>found</u> that Tesla's V3 Supercharger took a Model 3 from 5% to 90% in 37 minutes, in a test last year.) And they retain more than 80% of their capacity over 800 charging cycles, which is the rough equivalent of driving 240,000 miles. In fact, the battery shows little degradation even when subjected to aggressive charge and discharge cycles.

Finally, the company says that the battery is designed to achieve driving ranges that could exceed those of electric vehicles with standard lithium-ion batteries by more than 80%—though this hasn't been directly tested yet.

"The data from QuantumScape is quite impressive," says Paul Albertus, an assistant professor of chemical and biomolecular engineering at the University of Maryland and previously the program director of ARPA-E's solid-state-focused IONICS program, who has no affiliation or financial relationship with the company.

Case 3:21-cv-30058-WHO   Document 175-2   Filed 10/06/22   Page 8 of 46

The company has "gone much further than other things I've seen" in lithium-metal batteries, he adds: "They've run a marathon while everyone else has done a 5K."

## How it works

So how'd they achieve all this?

In a standard lithium-ion battery in an electric car today, one of the two electrodes (the anode) is mostly made from graphite, which easily stores the lithium ions that shuttle back and forth through the battery. In a lithium-metal battery, that anode is made from lithium itself. That means that nearly every electron can be put to work storing energy, which is what accounts for the greater energy density potential.

But it creates a couple of big challenges. The first is that the metal is highly reactive, so if it comes into contact with a liquid, including the electrolyte that supports the movement of those ions in most batteries, it can trigger side reactions that degrade the battery or cause it to combust. The second is that the flow of lithium ions can form needle-like formations known as dendrites, which can puncture the separator in the middle of the battery, short-circuiting the cell.

Over the years, those issues have led researchers to try to develop solid-state electrolytes that aren't reactive with lithium metal, using ceramics, polymers, and other materials.

One of QuantumScape's key innovations was developing a solid-state ceramic electrolyte that also serves as the separator. Just a few tens of micrometers thick, it suppresses the formation of dendrites while still allowing lithium ions to pass easily back and forth. (The electrolyte on the other end of the battery, the cathode side, is a gel of some form, so it's not a fully solid-state battery.)

Singh declines to specify the material they're using, saying it's one of their most closely guarded trade secrets. (Some battery experts suspect, on the basis of patent filings, that it's an oxide known as LLZO.)

Finding it took five years; developing the right composition and manufacturing process to prevent defects and dendrites took another five.

The company believes that the move to solid-state technology will make the batteries safer than the lithium-ion variety on the market today, which still occasionally catch on fire themselves under extreme circumstances.

The other big advance is that the battery is manufactured without a distinct anode. (See QuantumScape's video here to get a better sense of its "anode free" design.)

As the battery charges, the lithium ions in the cathode side travel through the separator and form a perfectly flat layer between it and the electrical contact on the end of the battery. Nearly all of that lithium then returns to the cathode during the discharge cycle. This eliminates the need for any "host" anode material that's not directly contributing to the job of storing energy or carrying current, further reducing the necessary weight and volume. It also should cut manufacturing costs, the company says.

## Remaining risks

There is a catch, however: QuantumScape's results are from lab tests performed on single-layer cells. An actual automotive battery would need to have dozens of layers all working together. Getting from the pilot line to commercial manufacturing is a significant challenge in energy storage, and the point at which plenty of once promising battery startups have failed.

Albertus notes that there's a rich history of premature claims of battery breakthroughs, so any new ones are met with skepticism. He'd like to see QuantumScape submit the company's cells to the sorts of independent testing that national labs perform, under standardized conditions.

Case 3:21-cv-00058-WHO  Document 175-2  Filed 10/06/22  Page 10 of 46

Other industry observers have expressed doubts that the company could achieve the scale-up and safety tests required to put batteries into vehicles on the road by 2025, if the company has only rigorously tested single-layer cells so far.

Sila Nanotechnologies, a rival battery startup developing a different sort of energy dense anode materials for lithium-ion batteries, released a white paper a day before the Mobilist story that highlights a litany of technical challenges for solid-state lithium-metal batteries. It notes that many of the theoretical advantages of lithium-metal narrow as companies work toward commercial batteries, given all the additional measures required to make them work.

But the paper stresses that the hardest part will be meeting the market challenge: competing with the massive global infrastructure already in place to source, produce, ship, and install lithium-ion batteries.

## Massive bets

Other observers, however, say that the recent advances in the field indicate both that lithium-metal batteries will significantly surpass the energy density of lithium-ion technology and that the problems holding up the field can be resolved.

"It used to be whether we'll have lithium-metal batteries; now it's a question of when we'll have them," says Venkat Viswanathan, an associate professor at Carnegie Mellon who has researched lithium-metal batteries (and has done consulting work for QuantumScape).

Singh acknowledged that the company still face challenges, but he insists they relate to engineering and scaling up manufacturing. He doesn't think any additional breakthroughs in the chemistry are required.

He also noted the company now has more $1 billion, providing it considerable runway to get to commercial production.

Asked why journalists should have confidence in the company's results without the benefit of independent findings, Singh stressed that he's sharing as much of the data as he can to be transparent. But he adds that QuantumScape isn't "in the business of academic research."

"No offense, but we don't really care what you think," he says. "The people we care about are our customers. They've seen the data, they've run the tests in their own lab, they've seen it works, and as a result they're putting in massive bets on this company. VW has gone all in."

In other words, the real test of whether QuantumScape has solved the problems as fully as it claims is whether the German auto giant puts cars equipped with the batteries on the road by 2025.



# EXHIBIT C

Case 3:21-cv-00058-WHO   Document 175-2   Filed 10/06/23   Page 13 of 46

**Exhibit 0049**
9/7/2022
Matthew Cain

DANIEL OBERHAUS          SCIENCE     DEC 8, 2020 7:00 AM

# Did QuantumScape Just Solve a 40-Year-Old Battery Problem?

**Earlier this year, the startup claimed to have a revolutionary solid-state lithium-ion cell that could change EVs forever. Now it has data to prove it.**

IF ELECTRIC VEHICLES are ever going to fully supplant gas guzzlers on the world's roads, they're going to need an entirely new type of battery. Despite steady improvements over the past decade in the energy density and lifetimes of lithium-ion batteries, the cells in new EVs still lag behind internal combustion engines on pretty much every performance metric. Most EVs have a range of less than 300 miles, it takes more than an hour to recharge their battery packs, the cells lose nearly a third of their capacity within a decade, and they pose a serious safety risk because of their flammable materials.

The solution to these problems has been known for decades: It's called a solid-state battery, and it's based on a deceptively simple idea. Instead of a conventional liquid electrolyte—the stuff that ferries lithium ions between electrodes—it uses a solid eloctrolyte. Also, the battery's negative terminal, called its anode, is made from pure lithium metal. This combination would send its energy density through the roof, enable ultra-fast charging, and would eliminate the risk of battery fires. But for the past 40 years, no one has been able to make a solid-state battery that delivers on this promise—until earlier this year, when a secretive startup called QuantumScape claimed to have solved the problem. Now it has the data to prove it.

On Tuesday, for the first time, QuantumScape's cofounder and CEO, Jagdeep Singh, publicly revealed test results for the company's solid-state battery. Singh

says the battery resolved all of the core challenges that have plagued solid-state batteries in the past, such as incredibly short lifetimes and slow charging rate. According to QuantumScape's data, its cell can charge to 80 percent of capacity in 15 minutes, it retains more than 80 percent of its capacity after 800 charging cycles, it's noncombustible, and it has a volumetric energy density of more than 1,000 watt-hours per liter at the cell level, which is nearly double the energy density of top-shelf commercial lithium-ion cells.

"We think that we're the first to solve solid-state," Singh told WIRED ahead of the announcement. "No other solid-state systems come close to this."

QuantumScape's battery cell is about the size and thickness of a playing card. Its cathode, or positive terminal, is made of nickel manganese cobalt oxide, or NMC, a common chemistry in EV batteries today. Its negative electrode, or anode, is made from pure lithium metal—but it's more accurate to say that it doesn't have an anode at all, since it's manufactured without one. When the battery discharges during use, all of the lithium flows from the anode to the cathode. The vacancy left on the anode side—thinner than a human hair—is temporarily compressed like an accordion. The process reverses when the battery is charged, and the lithium ions flood into the anode space again.

"This anode-free design is important because it's probably the only way that lithium-metal batteries can be manufactured today with current manufacturing facilities," says Venkat Viswanathan, a mechanical engineer working on lithium-metal batteries at Carnegie Mellon University and a technical adviser to QuantumScape. "Anode-free has been a big challenge for the community."

But the key to QuantumScape's solid-state breakthrough is the flexible ceramic separator that sits between the cathode and the anode. This is the material that puts the "solid" in solid-state. Like the liquid electrolyte that sits between the electrodes in a conventional cell, its main function is to ferry lithium ions from one terminal to the other when the battery charges and discharges. The difference is that the solid separator also acts as a barrier that keeps lithium dendrites— metallic tendrils that form on lithium metal anodes during charge cycles—from snaking between the electrodes and causing a short circuit.



COURTESY OF QUANTUMSCAPE

Venkat Srinivasan, the director of the Argonne Collaborative Center for Energy Storage Science, has spent nearly a decade researching solid-state batteries at the national lab outside Chicago. He says that finding a separator material that allows lithium ions to flow freely between electrodes while blocking dendrites has been far and away the biggest challenge. Typically, researchers have used either a plasticky polymer or a hard ceramic. Although polymers are the separator material of choice in liquid electrolyte batteries, they're inadequate for solid-state cells because they don't block dendrites. And most ceramics used for experimental solid-state batteries have been too brittle to last more than a few dozen charging cycles.

"These dendrites are like the root of a tree," says Srinivasan, who was not involved in the QuantumScape work. "The problem that we're trying to solve is, how do you mechanically stop this root system from growing with something

solid? You can't just put anything you want, because you have to feed ions back and forth. If you don't do that, there is no battery."

Lithium-ion batteries are complex systems, and the reason for their plodding improvement over the years is that tweaking one part of a cell often has cascading effects that alter its performance in unforeseen ways. To build a better battery, researchers have to systematically investigate different materials until they find something that works, which can be an incredibly time-consuming task. Singh says it took QuantumScape 10 years and $300 million in R&D before the company dialed in on a solid-state separator that fit the bill. He wouldn't disclose what it's made of—that's the company's secret sauce—but he says the material is cheap and readily available. "We didn't have some divine revelation that said, 'This material is going to work, go build it,'" says Singh. "We had to go through a lot of dead ends. But nature did provide a material that meets the requirements, and luckily, through our systematic search process, we were able to find it."

Singh says that QuantumScape's battery is the kind of step change in performance that will push EVs into the mainstream. He's not the only one who thinks so. The company counts Bill Gates and Vinod Khosla among its investors, and several battery barons, such as Tesla cofounder J. B. Straubel, sit on its board of directors. One of the company's biggest backers is Volkswagen, the world's largest car manufacturer, which has plowed more than $300 million into QuantumScape and plans to start using the solid-state cells in some of its own EVs as soon as 2025.

QuantumScape and VW aren't the only companies in the solid-state battery game, of course. Toyota is also developing a solid-state cell, which company officials planned to unveil at the Tokyo Olympics this year before it was postponed due to the pandemic. Like VW, Toyota plans to have its solid-state batteries on the road by 2025. But earlier this year, Keiji Kaita, vice president of Toyota's powertrain division, told the industry publication *Automotive News* that the company still needed to improve the battery's limited life span. Toyota representatives did not return WIRED's request for comment.

A six-year-old startup called Solid Power has also made a functioning solid-state cell and begun producing prototype batteries with 10 stacked layers at a pilot

plant in Colorado. Like QuantumScape, these cells have a lithium-metal anode and a ceramic solid-state electrolyte. Solid Power's electrolyte is sulfide-based, a chemistry that is desirable for solid-state batteries because of its high conductivity and compatibility with existing manufacturing processes. The company has partnerships with a number of auto manufacturers, including Ford, BMW, and Hyundai, although its executives don't expect to see their cells on the road before 2026 because of the lengthy automotive qualification process. Solid Power hasn't released data on its cell yet, but the company is expected to unveil a larger cell and publish its performance data for the first time this Thursday.

"The solid-state battery competitive landscape is becoming increasingly crowded due to the huge potential that solid-state batteries have in enabling vehicle electrification," says Doug Campbell, Solid Power's CEO. "This ultimately leads to EVs with greater range, greater reliability, and lower cost."

QuantumScape's performance data is impressive, but it comes with an important caveat. All of the test data was generated in individual cells that, technically speaking, aren't complete batteries. The thin cell unveiled by QuantumScape is destined to be stacked together with about 100 others to form a full cell that is about the size of a deck of cards. Powering an EV will require hundreds of those stacked batteries, but so far the company hasn't tested a fully stacked cell.

Scaling a battery from a subunit of a single cell to a full cell and eventually to a full battery pack can create a lot of problems, says Srinivasan. When batteries are made in small batches, he says, it's easier to eliminate defects that crop up during the production process. But once you start manufacturing batteries at scale, it can be difficult to control defects, which can quickly sap a battery's performance. "Even though a material may look really promising at the small scale, in the scale-up these defects could become a bigger problem," says Srinivasan. "Real-world operation is very different from lab-scale operation."

Jeff Sakamoto, a mechanical engineer focused on energy storage at the University of Michigan who was not involved with QuantumScape, agrees. He says there are still significant knowledge gaps about the fundamental mechanical properties of lithium-metal solid-state batteries, which could create problems when it comes to commercializing the technology. He points to the world's first

Case 3:21-cv-00058-WHO Document 175-2 Filed 10/06/22 Page 18 of 46

commercial passenger jet, the ill-fated De Havilland Comet, as an example of the consequences of launching a technology before its material properties are completely understood. Shortly after the Comet took to the skies, it experienced several catastrophic midair breakups because engineers didn't fully understand the degradation process of the metals used in its hull. While the stakes are somewhat lower for solid-state cells than for commercial jets—the batteries are, after all, designed to be ultrasafe—a battery that goes to market and experiences unexpected performance problems could slow the electrification of transportation.

"I am astonished at how little is known about the mechanical behavior of lithium metal and how the physics of lithium affects the feasibility of solid-state batteries," says Sakamoto. "I don't know to what extent these knowledge gaps will affect the widespread adoption of lithium-metal solid-state batteries. But the more we know about the fundamental behavior, the better the transition to wide-scale adoption."

Singh is unfazed by the challenges that QuantumScape must address before its batteries make it out of the lab and into a car. As far as he's concerned, the company has solved the hard basic-science problems that have stymied the commercialization of a solid-state battery. "I don't want to trivialize the work that remains," says Singh. "But it's not a question of whether this will work or not. It's a question of engineering."

Earlier this year, QuantumScape went public through a special acquisition company and added around $700 million to its already sizable balance sheet. Singh says the company now has more than $1 billion in its war chest, which is more than enough to carry it into production. It seems impossible that the company could fail, but that's also what investors thought about A123 Systems and Envia Systems, two companies that raised huge amounts of money from legacy automakers with the promise of a game-changing EV battery—only to come crashing down when the performance of their cells didn't match expectations. QuantumScape may very well become the first startup to deliver a commercial solid-state battery, but the company still has a long road ahead.

# More Great WIRED Stories

- 📩 Want the latest on tech, science, and more? <u>Sign up for our newsletters</u>!
- One man's search for the DNA data <u>that could save his life</u>
- The race to crack battery recycling—<u>before it's too late</u>
- AI can <u>run your work meetings now</u>
- Spoil your cat over the holidays <u>with our favorite gear</u>
- Hacker Lexicon: What is <u>the Signal encryption protocol</u>?
- 🎮 WIRED Games: Get the latest <u>tips, reviews, and more</u>
- 🏃 Want the best tools to get healthy? Check out our Gear team's picks for the <u>best fitness trackers</u>, <u>running gear</u> (including <u>shoes</u> and <u>socks</u>), and <u>best headphones</u>



<u>Daniel Oberhaus</u> is a staff writer at WIRED, where he covers space exploration and the future of energy. He is the author of _Extraterrestrial Languages_ (MIT Press, 2019) and was previously the news editor at Motherboard.

STAFF WRITER

# EXHIBIT D



Exhibit 99.2

**QuantumScape**

NEXT-GENERATION SOLID-STATE BATTERIES

December, 2020

## Forward Looking Statements

This presentation contains forward-looking statements within the meaning of the federal securities laws and information based on management's current expectations as of the date of this presentation. All statements other than statements of historical fact contained in this presentation, including statements regarding QuantumScape's future operating results, financial position, business strategy, addressable market, anticipated benefits of its technologies, projected factory economics, pro forma information, and plans and objectives for future operations and products are forward-looking statements. When used in this presentation, the words "may," "will," "estimate," "pro forma," "expect," "plan," "believe," "potential," "predict," "target," "should," "would," "could," "continue," "believe," "project," "intend," "anticipates" the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations, assumptions, hopes, beliefs, intentions and strategies regarding future events and are based on currently available information as to the outcome and timing of future events. QuantumScape cautions you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of QuantumScape, incident to its business.

These forward-looking statements involve significant risks and uncertainties that could cause the actual results to differ materially from the expected results. Many of these factors are outside QuantumScape's control and are difficult to predict. Factors that may cause such differences include, but are not limited to: (i) QuantumScape faces significant barriers in its attempts to produce a solid-state battery cell and may not be able to successfully develop its solid-state battery cell, which will negatively impact the business; (ii) if QuantumScape's batteries fail to perform as expected, QuantumScape's ability to develop, market and sell its batteries could be harmed; (iii) QuantumScape may encounter substantial delays in the design, manufacture, regulatory approval, and launch of QuantumScape's solid-state battery cells, which could prevent QuantumScape from commercializing any products it determines to develop on a timely basis, if at all; (iv) QuantumScape has a relatively short operating history and operates in a rapidly evolving industry, which makes it difficult to evaluate future prospects and may increase the risk that it will not continue to be successful; (v) QuantumScape may be unable to adequately control the costs associated with its operations and the components necessary to build its solid-state battery cells; (vi) QuantumScape may not be successful in competing in the battery market industry or establishing and maintaining confidence in its long-term business prospectus among current and future partners and customers and (vii) the duration and impact of the COVID-19 pandemic on QuantumScape's business. QuantumScape cautions that the foregoing list of factors is not exclusive. QuantumScape cautions readers not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Further information about factors that could materially affect QuantumScape, including its results of operations and financial condition, is set forth under the "Risk Factors" section in the Form 8-K filed by QuantumScape with the SEC on December 2, 2020.

Except as otherwise required by applicable law, QuantumScape disclaims any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this presentation. QuantumScape cautions you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of QuantumScape. Should underlying assumptions prove incorrect, actual results and projections could differ materially from those expressed in any forward-looking statements. Additional information concerning these and other factors that may impact the operations and projections discussed herein can be found in QuantumScape's periodic filings with the SEC. QuantumScape's SEC filings are available publicly on the SEC's website at www.sec.gov.

**Exhibit 0003**
8/12/2022
Frank Fish



# Management Team

Select Management Team Members

**JAGDEEP SINGH**
Founder / CEO
(Chairman)

- Founder / CEO Infinera (NASDAQ: INFN); Lightera, now Ciena (NASDAQ: CIEN); OnFiber, now Qwest; AirSoft
- MS Computer Science, Stanford

 

**PROF. FRITZ PRINZ**
Founder & Chief Scientific
Advisor (Board Member)

- Chair, Mechanical Engineering, Stanford
- Professor, Materials Science, Stanford
- PhD, Physics, University of Vienna

 

**DR. TIM HOLME**
Founder & Chief
Technology Officer

- Research Associate, Stanford
- Ph.D. & MS Mechanical Engineering, Stanford
- BS Physics, Stanford



**DR. MOHIT SINGH**
Chief Development
Officer

- CTO and co-founder, SEEO
- Solid-state energy storage world expert
- Ph.D. Chem & Biomol Eng, Tulane
- Postdoc, Polymers, Berkeley

 

**KEVIN HETTRICH**
Chief Financial Officer

- Bain Capital
- McKinsey & Company
- US Department of Energy
- MBA & MS, Stanford

**HOWARD LUKENS**
Chief Sales Officer

- VP WW Sales, Infinera (NASDAQ: INFN)
- VP Strategic Sales, Ciena, (NASDAQ: CIEN)
- VP WW Sales, Lightera

 

**JAY UNDERWOOD**
Vice President, Sales

- Sales Director, Northern Europe, Infinera
- Product Planning, Infinera
- MS Technology



**MIKE MCCARTHY**
Chief Legal Officer &
Head of Corp. Dev.

- CLO & CAO, Infinera (NASDAQ: INFN)
- SVP & General Counsel, Ciena (NASDAQ: CIEN)
- J.D. Vanderbilt

 







QuantumScape





**By the Numbers**

# >$1.5B of Committed Capital[1]
Over $300M spent on development to date

# 10 Years of R&D Investment
Founded in 2010

# 250+ Employees
World Class Next-gen Battery Development Team

# 200+ Patents[2]
Materials, Use and Process

# Extensive Trade Secrets
Processes and Intellectual Property

1.  Prior to its merger with Kensington, QuantumScape secured over $800 million in committed funds. With the addition of the $700 million from its merger with Kensington and subsequent PIPE financing, QuantumScape will have received more than $1.5 billion in commitments to date
2.  Includes patents and patent applications.

# Volkswagen Committed to QuantumScape Technology

### Volkswagen Group Overview    **VOLKSWAGEN** AKTIENGESELLSCHAFT

- ~11 million vehicles produced in FY2019
- ~$38 billion investment in electric mobility by 2024
- Plans to launch ~70 electric vehicle models and produce 22 million electric vehicles by 2029

*Select Brands*

  PORSCHE  **Audi**  ŠKODA  BENTLEY  MAN

### Volkswagen Partners with QuantumScape

1. Corporate funding commitment of $300+ million
2. Strong relationship since 2012, including development collaboration, testing of prototype cells and representation on the QS board of directors
3. Founded a JV to prepare for the mass production of solid-state batteries for Volkswagen

"Volkswagen has become the largest shareholder of QuantumScape. Our US$100 million investment is a key building block in the Group's battery strategy. One of the long-term targets is to establish a production line for solid-state batteries by 2025."

- Herbert Diess, Volkswagen AG CEO

"The Volkswagen Group has established a joint venture with QuantumScape, a manufacturer of solid-state batteries. The shared goal of the companies is large-scale production..."

- Oliver Blume, Porsche CEO

"In June 2020, the Volkswagen Group also announced plans to increase its shareholding in the US battery specialist QuantumScape. The objective is to promote the joint development of solid-state battery technology. In the future, solid-state batteries should result in a significantly increased range and faster charge times. They are regarded as the most promising approach to electric mobility for generations to come. Volkswagen has already been collaborating with QuantumScape since 2012 and is the largest automotive shareholder thus far. Both founded a joint venture in 2018, the aim of which is to prepare the mass production of solid-state batteries for Volkswagen."

- Volkswagen Group Half-Yearly Financial Report, July 2020

Source: Volkswagen AG Half-Yearly Financial Report published July-2020, 2019 Annual Report published Mar-2020, press releases published Mar-2019, Nov-2019 and Jun-2020, Half-year press conference published Aug-2018; Porsche Annual Press Conference published Mar-2019). Page 18 based on Volkswagen AG press release published Sep-2018.



# Need battery breakthrough to enable electrification of remaining 98% of market



2% PHEV + BEV  Penetration²

**Customer Requirements for Mass Market Adoption**

Energy / Capacity
>300 mile range

Fast Charging
Charge in <15 min

Cost
< $30K, 300 mile EVs

Battery Lifetime
>12 years, >150k miles

Safety
Solid, non-oxidizable separator

QuantumScape    Source: International Organization of Motor Vehicle Manufacturers (OICA); IEA
(1)  Based on 2019 global vehicle production; includes passenger vehicles, heavy trucks, buses and coaches (OICA). Battery opportunity assumes $100 / KWh and 50KWh+ battery pack.
(2)  % of Global Car Stock in 2019 (IEA).











**Lithium metal architecture addresses multiple requirements simultaneously**



| | | |
|---|---|---|
| Energy | Significantly increases volumetric and gravimetric energy density by eliminating graphite/silicon anode host material. |
| Fast Charge | Enables <15-minute fast charge (0 to 80%) by eliminating lithium diffusion bottleneck in anode host material. |
| Life | Increased life by eliminating capacity loss at anode interface. |
| Safety | Eliminates organic separator. Solid-state separator is nonflammable and noncombustible. |
| Cost | Lower cost by eliminating anode host material and manufacturing costs. |

## Previous Attempts Have Been Unsuccessful

X = challenge

| Separator Requirements | Lithium Metal Anode | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Organics | | | | Inorganics | | | |
| | Ionic liquids | Additives / Protected Layer | Gel | Polymer | Sulfides | Phosphates & Perovskites | Garnets | LiPON, borohydrides |
| 1 Conductivity | X | | | X | | | | X |
| 2 Separator-Anode ASR | | X | X | X | | X | X | |
| 3 Lithium metal stability | X | | X | | | X | | |
| 4 Dendrite resistance | X | X | X | X | X | X | X | X |

Also must be thin and continuously processed at low cost over large area


QuantumScape





**Existing separators only work under severely compromised conditions**



| | | |
|---|---|---|
| Low Current Density while Charging<br>• Low Cathode Loading or Low C-rate | | Slow Charge |
| Low Cycle Life<br>• < 800 cycles | | Life |
| Limited Temperature Range<br>• Elevated only | | Cost<br>Complexity |
| Requires Excess Lithium | | Low Energy |



# QuantumScape Material & Cell



CERAMIC SOLID-STATE SEPARATOR



SINGLE LAYER POUCH CELL































**Material Performance: Thermal Stability**

Solid state separator is not combustible and has high thermal stability

Lithium anode is chemically stable with separator and foil, even when molten

Based on solid-state separator material testing



Inherent stability with metallic lithium

Lithium + QS Solid State Separator    179.9 °C

Lithium + liquid electrolyte

Onset: 176.0 °C



Lithium melting point

Unlike a liquid electrolyte, QS solid-state separator has no appreciable reaction with molten lithium metal

QuantumScape



## Previous Lithium Metal Cells Have Been Commercially Unsuccessful

| | Lithium Metal Anode | | | | | | |
|---|---|---|---|---|---|---|---|
| | Organics | | Inorganics | | | | |
| Performance Requirements | Liquids | Polymers | Sulfides I | Sulfides II | Oxides | QuantumScape | Performance Implication |
| 1 Charge rate | X | X | | X | X | ✓ 4C fast charge | Fast charge |
| 2 Cycle life | X | | | X | X | ✓ >800 cycles | Vehicle life & cost of ownership |
| 3 30 °C operation | | X | X | X | | ✓ 30 °C cycling | Cold temperature driving |
| 4 Anode-free | X | X | X | X | X | ✓ Li-free | Energy density (excess lithium required) |



**Moderator**



**Dr. David Danielson**
- Managing Director, Breakthrough Energy Ventures
- Precourt Energy Scholar, Stanford
- Former Head of US DOE EERE Program

# Today's Panel Discussions

## Battery Science Panel

   

**Dr. Stanley Whittingham**
- Co-Inventor of the Lithium-Ion Battery
- 2019 Chemistry Nobel Prize Winner
- Distinguished Professor of Chemistry, Binghamton University (SUNY)
- Member QuantumScape Science Advisory Committee

**Dr. Paul Albertus**
- Former head, US DOE ARPA-E IONCS Solid-State Battery program
- Assistant Professor of Chemistry, University of Maryland

**Dr. Venkat Viswanathan**
- Battery expert, former lithium-air researcher
- Assistant Professor of Mechanical Engineering, Carnegie-Mellon University
- Member QuantumScape Science Advisory Committee

**Dr. Tim Holme**
- Founder and Chief Technology Officer, QuantumScape
- Research Associate, Stanford
- Ph.D. & MS Mechanical Engineering, Stanford

## Commercial Impact on the EV Market

 

**JB Straubel**
- Co-founder and CEO of Redwood Materials
- Co-founder and Former Chief Technology Officer, Tesla
- Board Member, QuantumScape



**Dr. Jürgen Leohold**
- Board Member, QuantumScape
- Former Head Group Research, Volkswagen
- Former Professor Vehicle Systems and Electrical Engineering, University of Kassel
- Board Member, QuantumScape



26

