# EXHIBIT E

**[A/B] BERNSTEIN**

30 November 2020
Coverage Initiation

**Exhibit 0047**
9/7/2022
Matthew Cain

**Global Energy Storage & Electric Vehicles**

## QuantumScape Corp

**Rating**

## Underperform

**Target Price**

⊜ **QS**  28.00 USD

**Mark C. Newman**
+852-2918-5753
mark.newman@bernstein.com

Jane Wang
+852-2918-5221
jane.wang@bernstein.com

# QuantumScape: The future is solid, but significant hurdles remain; Initiating Underperform, TP $28

*On Friday QuantumScape (QS), a pure-play pre-revenue solid state battery company, listed via a SPAC (KCAC). Although we are positive on the opportunity, we believe shares are overvalued considering the significant challenges ahead and initiate with Underperform, TP $28.*

**The future is solid, but significant hurdles remain.** While solid state lithium-metal batteries have unique benefits (safety and energy density) and are widely regarded as an important technology for the future, there are several significant barriers to commercialization. QS has only sampled single layer cells, the leap to multi-layer commercial cells at commercial scale is still a huge one, and furthermore no data has yet been shared on cycling (i.e. long it will last).

**How does QS stack up vs. other solid-state battery companies?** While QS has made significant progress, and we want to give them the benefit of the doubt, there are numerous start-ups and incumbents making significant progress in this area. We highlight Solid Power and ProLogium, which have both already made multi-layer samples (unlike QS) and Samsung, which has also made significant progress in this area.

**What is this worth?** We see a unique and huge opportunity for a new battery technology company with differentiated technology, such as solid-state. However, the most recent share price implies multiples that are already higher than leading pure-play battery makers such as CATL (using 2029 revenue and EBITDA discounted back at 10-20%). Our DCF implies a fair value of $28/share assuming 100% chance of success with a 10% discount rate.

**Key catalysts include Dec 8th revealing of more performance data.** QS plans to release important data on their cell performance, which is so far lacking. We see significant upside and downside risk based on the quality of this data and expect it to fall short of expectations.

| | |
|---|---|
| Close Date | 27-Nov-2020 |
| QS Close Price (USD) | 37.00 |
| Target Price (USD) | 28.00 |
| Upside/(Downside) | (24)% |
| 52-Week Low | 9.74 |
| 52-Week High | 40.00 |
| SPX | 3,638.35 |
| FYE | |
| Indicated Div Yield | NA |
| Market Cap (USD) (M) | 16,559 |
| EV (USD) (M) | 15,431 |

| Performance | YTD | 1M | 6M | 12M |
|---|---|---|---|---|
| Absolute (%) | NA | 198.4 | NA | NA |
| SPX (%) | 12.6 | 7.0 | 21.6 | 15.9 |
| Relative (%) | NA | 191.4 | NA | NA |

 Analyst Page     Financials

 Bernstein Events     Company Page

## Investment Implications

We initiate on QS with Underperform rating, TP $28 based on DCF and comps analysis.

| EPS Adjusted | F19A | F20E | F21E |
|---|---|---|---|
| QS (USD) | (4.69) | (0.13) | (0.11) |
| SPX | 159.52 | 130.15 | 162.12 |

| Financials | F19A | F20E | F21E | CAGR |
|---|---|---|---|---|
| Revenues (M) | | | | NA |
| EBITDA (M) | (51) | (58) | (70) | NA |
| EBIT (M) | (57) | (63) | (76) | NA |

| Valuation Metrics | F19A | F20E | F21E |
|---|---|---|---|
| P/E Reported (x) | (7.89) | (280.5) | (337.9) |
| EV/Sales (x) | | | |
| EV/EBITDA (x) | (299.9) | (266.6) | (221.1) |
| EV/EBIT (x) | (270.6) | (245.0) | (203.4) |

**See Disclosure Appendix of this report for important disclosures and analyst certifications**

www.bernsteinresearch.com

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                        30 November 2020

## BERNSTEIN TICKER TABLE

| Ticker | Rating | | 27 Nov 2020 Closing Price | Target Price | TTM Rel. Perf. | | EPS Adjusted 2019A | 2020E | 2021E | EV/EBITDA 2019A | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS | U | USD | 37.00 | 28.00 | NA | USD | (4.69) | (0.13) | (0.11) | (299.93) | (266.61) | (221.14) |
| SPX | | | 3,638.35 | | | | 159.52 | 130.15 | 162.12 | 22.81 | 27.95 | 22.44 |

**COVERAGE INITIATION**                                    O - Outperform, M - Market-Perform, U - Underperform, N – Not Rated

## DETAILS

On Friday QuantumScape (QS), a pure-play pre-revenue solid state battery company, listed via a SPAC (KCAC). Although we are positive on the battery opportunity, the team and the technology, we believe given the significant hurdles to commercialization ahead shares are overvalued considering the significant challenges ahead and initiate with Underperform, TP $28.

We see a unique and huge opportunity for a new battery technology company with differentiated technology, such as solid-state. However, the most recent share price implies multiples that are already higher than leading pure-play battery makers such as CATL (using 2029 revenue and EBITDA discounted back at 10-20% per year). Our DCF implies a fair value of $28/share assuming 100% chance of success with a 10% discount rate.

We have derived the TP using DCF through to 2035, using a WACC of 10% and terminal growth rate from 2035 onwards at 4%, which arrived at TP of $28/share. We used a share count of 448 million which is fully diluted with unexercised warrants, options, RSUs, etc. Our TP implies 8x EV/sales and 30x EV/EBITDA for 2021 discounting the 2029 sales and EBITDA back by 8 years using a 20% discount rate, which is on a par with current leading EV battery makers such as CATL, Guoxuan High Tech, EVE, etc.

EXHIBIT 1:  **QuantumScape valuation comps**

| Multiple Comps | EV/ 2021 Sales | EV/ 2021 EBITDA | EV/2029 Sales | EV/2029 EBITDA |
|---|---|---|---|---|
| Average of EV Battery Makers Consensus | 4x | 23x | | |
| Average of EV OEMs Consensus | 16x | (457)x | | |
| Average of CATL & BYD & SDI per our estimates | 7x | 50x | 1.2x | 12x |
| | | | | |
| QS current market price @ 10% discount rate | 5x | 20x | | |
| QS current market price @ 20% discount rate | 10x | 41x | | |
| QS current market price @ 30% discount rate | 20x | 78x | | |
| QS current market price implied | | | 2.4x | 10x |
| | | | | |
| QS TP @ 10% discount rate | 4x | 15x | | |
| QS TP @ 20% discount rate | 8x | 30x | | |
| QS TP @ 30% discount rate | 14x | 57x | | |
| QS TP implied | | | 1.7x | 7x |

Source: Bloomberg, QuantumScape, Bernstein analysis and estimates

Note: The consensus comps are based on Bloomberg consensus, and QS numbers are based on our estimates. Our model estimate comps are based on our estimates for CATL, BYD and SDI excluding non-EV/non-EV battery business.

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

## NEAR TERM CATALYSTS

We think there are a few catalysts to watch out for in the coming year (Exhibit 2). One imminent milestone will be on 8th December 2020, when QS has planned to release data on battery performance. The key question is whether there will be data on cycling performance and / or charging speed. We see potential downside to shares if these performance metrics do not answer significant questions we have raised so far. The other set of catalysts has to do with the stock lock-up period – 1 year for the Sponsor and 180 days for certain existing QuantumScape shareholders and senior employees.

EXHIBIT 2: **Near-term Catalysts**

| Catalyst | Date | Impact |
|---|---|---|
| Release of technical data on battery performance | • 8th December, 2020 | • Positive or negative depending on the data and how much is revealed<br>• Most anticipated: cycling performance |
| End of lock-up period for the Sponsor[1] | • 30th November, 2021 (1 year after Closing)<br>• Early release: 30th April, 2021 (150 days after closing) if price remains at or above USD 12 / share for any 20 trading days in a 30-trading day period | • Negative if big offloads occur<br>• The condition for early release implicitly means that USD 12 (half of the current market price) is the "fair price" at which the Sponsor / New Holders / Senior Employees could be released from the lock-up |
| End of lock-up period for the New Holders[2] | • 31st May, 2021 (180 days after Closing)<br>• Early release: 30th April, 2021 (150 days after closing) if price remains at or above USD 12 / share for any 20 trading days in a 30-trading day period | |
| End of lock-up period for senior employees[3] | • 31st May, 2021 (180 days after Closing) | |

Note: [1] "Sponsor" means Kensington Capital Sponsor LLC
[2] Certain stockholders of QuantumScape but not further specified
[3] Certain senior level of QuantumScape including executive officers
Source: QuantumScape, Bernstein analysis

This rest of this report is organized into the following sections:

## 1. QUANTUMSCAPE: TECHNOLOGY LEADER IN SOLID STATE EV BATTERIES

## 2. COMPETITORS: MAJOR BATTERY INCUMBENTS AND START-UPS TAPPING INTO SOLID STATE

## 3. MANAGEMENT TEAM AND BOARD MEMBERS FOLLOWING BUSINESS COMBINATION

## 4. PARTNERSHIPS AND BUSINESS MODEL

## 5. COMPANY FINANCIALS AND VALUATION

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**  +852-2918-5753  mark.newman@bernstein.com

30 November 2020

## 1. QUANTUMSCAPE: TECHNOLOGY LEADER IN SOLID STATE EV BATTERIES

While solid state lithium-metal batteries have unique benefits (safety and energy density) and are widely regarded as an important technology for the future, there are several significant barriers to commercialization. QS has only sampled single layer cells, the leap to multi-layer commercial cells at commercial scale is still a huge one, and furthermore no data has yet been shared on cycling (i.e. how long it will last).

Founded in 2010 and spun off from Stanford, QuantumScape (QS) is headquartered in San José, California and a leader in the development of next generation solid-state lithium-metal batteries for use in electric vehicles. The company employs more than 200 scientists and engineers, holds approximately 200 patents and 100 trade secrets for solid-state battery technology. QS is supported by high-profile investors such as Bill Gates, Kleiner Perkins, Khosla Ventures, Volkswagen (VW), SAIC, etc. In 2018, a joint venture was formed by QuantumScape and VW – QSV Operations LLC ("QSV"), to further develop QS's technology and enable VW to be the first OEM to apply the technology in EV production (Exhibit 3).

EXHIBIT 3:  **QuantumScape History**



| | | | | | |
|---|---|---|---|---|---|
| Patents | 35 | 54 | 95 | 139 | 200+ |
| No. of Employees | 28 | 131 | 108 | 148 | 200+ |

Note: Patent and Employee metrics as of December 31 2012, 2014, 2016, 2018, and present. Patents metric includes granted and pending applications.
[1] Single layer pouch
Source: QuantumScape

## CORE TECHNOLOGY AND ESTIMATED BENEFITS

QS has developed a solid state lithium-metal cell, which has been extensively tested for power density, cycle life, and temperature performance and tested by Volkswagen to run at automotive power densities at the level of a single layer cell (Exhibit 4). The core technology breakthrough involves a solid-state separator made of ceramic material that eliminates the need for an anode host material while preventing dendrite formation at the same time (Exhibit 5).

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                    30 November 2020

EXHIBIT 4:  **QS Single Layer Pouch Cell**



Source: QuantumScape

EXHIBIT 5:  **QS Ceramic Solid-State Separator**



Source: QuantumScape

QS solid state battery cells don't have anode host material and lithium is present only in the cathode (Exhibits 6, 7). When the cell is first charged, lithium moves out of the cathode, diffuses through the solid-state separator and plates in a thin metallic layer directly on the anode current collector, forming an anode. When the battery cell is discharged, the lithium diffuses back into the cathode. These single layers will be stacked together into a multilayer cell, about the size of a deck of cards, that will be the commercial form factor for EV batteries.

EXHIBIT 6:  **Conventional Lithium-ion Battery vs. QS Solid-State Battery: Key Differences in Composition**

| Components | Conventional Liquid Battery | QS Solid-State Battery |
|---|---|---|
| Anode | Carbon-based anode as host material | No anode needed |
| Separator | Porous separator | Ceramic solid-state separator |
| Electrolyte | Liquid electrolyte | No electrolyte; only organic gel catholyte in the cathode |

Source: QuantumScape and Bernstein analysis

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                              30 November 2020

EXHIBIT 7: **QS Solid State Battery: Lithium Metal Movement during Charging and Discharging**



Source: QuantumScape

The solid-state separator QS adopted after ten years of R&D is a dense, entirely inorganic ceramic (Exhibit 5). It is made into a film that is thinner than a human hair and then cut into pieces about the length and width of a playing card. The solid-state separator is flexible because it has a low defect density and is thin. QS claims that their proprietary solid-state separator prevents the formation of dendrites, and they have developed the techniques necessary to manufacture the separator material at scale using a continuous process. They have a number of patents covering both the composition of this material and key steps of the manufacturing process. However, the *commercialization of this technology remains a huge challenge, not to mention the cycle life (of which no data has yet been presented).*

The cathode uses a combination of conventional cathode active materials (NMC) with an organic gel made of an organic polymer and organic liquid catholyte. In the future, QS may use cobalt-free compositions. They are also researching into an inorganic catholyte that could replace the organic gel made of an organic polymer and organic liquid catholyte currently used.

The solid-state battery technology of QS is intended to provide 5 key advantages compared to the lithium ion battery today (Exhibits 8, 9):

+ **Energy density.** The simpler structure of solid-state battery should enable higher volumetric and gravimetric energy densities by eliminating the carbon/silicon anode host material found in conventional lithium-ion cells.

+ **Increased safety.** The ceramic separator is not inflammable and can withstand higher temperatures that would melt conventional polymer separators. Therefore, it should be safer than conventional lithium-ion batteries.

+ **Battery life.** Traditionally, battery life is limited by the gradual irreversible loss of lithium due to side reactions between the liquid electrolyte and the anode. Since there is no anode host material, the side reaction is expected to be less, which in turn enables longer battery life. However, this is yet to proven and indeed *lithium dendrites in the lithium metal plating process is likely to be a significant issue* to overcome which may indeed reduce battery cycles and thus lifetime.

+ **Fast charging capability.** QS claims with their solid-state separator, the lithium can be plated as fast as the cathode can deliver it without causing dendrites. They expect their battery to charge 80% in less than 15 minutes. However, we note that fast charging using the anode-less lithium-metal plating process is highly debatable and so far unproven. Faster charging is expected to lead to *significant lithium dendrite issues thus reducing the lifetime of the battery.*

+ **Cost.** The anode free design eliminates the anode host material and the associated manufacturing costs, providing a structural cost advantage compared to traditional lithium-ion batteries. However, the increased cost of the solid-state

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com

30 November 2020

separator may offset most if not all of this (and likely at first lead to a significant cost disadvantage until commercial scale is reached post 2027).

EXHIBIT 8:   **QS Solid-State Battery claims – while we agree with the higher energy density and improved safety, the lifetime, cost and fast charging capability are still unproven and highly questionable at this stage**



### QuantumScape's Value Proposition

**Energy / Capacity:** Significantly increases volumetric and gravimetric energy density
- Eliminates graphite/silicon anode host material  ✓

**Fast Charging:** Enables <15 minute fast charge (0 → 80%)
- Eliminates lithium diffusion bottleneck in anode host material  ✓

**Cost:** Lower cost
- Eliminates anode host material and manufacturing costs  ✓

**Battery Lifetime:** Increased life
- No capacity loss at anode interface  ✓

**Intrinsically Safer:** Eliminates organic separator
- Solid-state separator is nonflammable and noncombustible  ✓

Source: QuantumScape

EXHIBIT 9:   **Potential Increments Achieved by QS Solid-State Battery (QS claims)**

**Luxury Performance Vehicle: Constant Mass Comparison**

| | | Today's Lithium-Ion | QuantumScape | % Improvement |
|---|---|---|---|---|
| | System Volume | 350 L (260 Wh/L) | 350 L (470 Wh/L) | 81% (Energy Density) |
| | System Energy | 90 kWh | 164 kWh | 82% |
| | Range | 400 km (250 Miles) | 730 km (450 Miles) | 82% |
| | Charge | 22.5-min Fast Charge (5% → 80%) | 15-min Fast Charge (0% → 80%) | 33%+ |
| | Power | 420kW | 650kW | 55% |
| | Safety | Organic Electrolyte | Solid, Non-oxidizable Electrolyte | |

**Mass Market Sedan: Constant Volume Comparison**

| | | Today's Lithium-Ion | QuantumScape | % Improvement |
|---|---|---|---|---|
| | System Volume | 160 L (220 Wh/L) | 160 L (414 Wh/L) | 88% (Energy Density) |
| | System Energy | 35 kWh | 66 kWh | 88% |
| | Range | 200 km (123 Miles) | 375 km (233 Miles) | 88% |
| | Charge | 60-min Fast Charge (10% → 80%) | 15-min Fast Charge (0% → 80%) | 75%+ |
| | Power | 100kW | 150kW | 50% |
| | Safety | Organic Electrolyte | Solid, Non-oxidizable Electrolyte | |

Source: QuantumScape

So far, QS only has a single-layer cell sample. They are in progress to develop multi-layer cells and continue improving yield and performance. They strive to further develop the mass production processes to enable high volume manufacturing and minimize

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                    30 November 2020

manufacturing costs. The overall QS battery manufacturing process is very similar to that of conventional lithium-ion battery manufacturing, with a few exceptions as follows (Exhibit 10):

A proprietary separator material instead of the polypropylene separator

Anode free manufacturing

The multi-layer cells are designed by sequentially stacking separators, cathodes and current collectors rather than winding

Shorter aging process which is typically weeks long for conventional lithium-ion cells

QS has 200+ patents and patent applications, encompassing various aspects of battery science, engineering, and product specifications:

Material compositions and variations of the solid-state separator

Battery technology – methods to incorporate the separator into a battery

Manufacturing technology at scale using roll-to-roll processes

Material dimensions that cover all commercially feasible thicknesses of the separator

EXHIBIT 10: **The Manufacturing Process of QS Cells vs. Traditional Li-ion Cells**

Source: QuantumScape

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com

30 November 2020

## 2. COMPETITORS: MAJOR BATTERY INCUMBENTS AND START-UPS TAPPING INTO SOLID STATE

While QS has made significant progress, and we want to give them the benefit of the doubt, there are numerous start-ups and incumbents making significant progress in this area. We highlight Solid Power which has already made multi-layer samples (unlike QS) and Samsung, which has also made significant progress in this area.

Since the first the first highway-legal electric vehicles with lithium-ion batteries were introduced by Tesla in 2018, most of the technological developments to improve battery performance have had to do with cathode or anode materials, or the design and packing of battery cells. We have seen a big leap in battery cell energy density from 100-150Wh/kg in the 2010s to close to 300Wh/kg at the very high end today. However, it appears that incremental improvements beyond 300Wh/kg would be hard to achieve given the intrinsic limitations of lithium-ion batteries. For instance, the diffusion rate of lithium ions in the liquid electrolyte limits further increase in energy density. Furthermore, the use of a flammable organic liquid and bulky anode materials poses safety and cost issues. As such, we think that the next breakthroughs in energy density will be either via silicon anodes or the adoption of some type of solid-state technology, i.e., a revolution in materials and designs of the battery electrolyte and / or separator system.

The three types of solid-state electrolyte (SSE)

There are three types of solid-state electrolyte – sulfide, oxide and polymer, actively pursued by battery incumbents and start-ups alike (Exhibits 11, 12). **Sulfides appear to be the most favored way to go.** Solid (or semi-solid) electrolytes would impact battery conductivity, thermal stability, moisture stability, etc. Companies including **Toyota, Samsung, Ilika, and Solid Power all use sulfides (i.e., LGPS)**, a glass-ceramic material that is easier to manufacture compared to oxides and phosphates and has better thermal stability over polymer (i.e., from **Blue Solution and Ionic Materials**). According to Solid Power, its unique sulfides have better conductivity (up to 6mS/cm under room temperature) and Li metal stability than the other options. The drawback, however, is the bad moisture stability compared to the others. We believe oxides are also promising given their high chemical and physical stabilities, but costs and mass production may be issues. Besides **QuantumScape**, **ProLogium** is also developing an oxide electrolyte and expects to get listed in 2023. We think that polymer may be the least favorable of the three types of SSE due to poorer conductivity. Regardless, some companies including **Blue Solutions, Ionic Materials**, and SolidEnergy Systems are making bets on polymer SSEs. We review the various adoptions of each of these company in the next section.

EXHIBIT 11: Three types of solid-state electrolytes

| | Performance | Safety | Processing |
|---|---|---|---|
| Sulfide (Inorganic) | Excellent | Poor | Fair |
| Oxide (Inorganic) | Fair | Excellent | Poor |
| Polymer (Organic) | Poor | Fair | Excellent |

Sulfides, oxides and polymers the most promising candidates with sulfides showing particularly attractive performance

| Type | Materials | Conductivity (Scm⁻¹) | Advantages | Disadvantages |
|---|---|---|---|---|
| Sulfide | $Li_2S-P_2S_5$ <br> $Li_2S-P_2S_5-MS_x$ | $10^{-7}-10^{-3}$ | • High conductivity <br> • Good mechanical strength and flexibility <br> • Easy to process | • Low oxidation stability <br> • Sensitive to moisture <br> • Poor compatibility with cathode materials |
| Oxide | Garnet $Li_7La_3ZrO_{12}$ <br> Perovskite $Li_{3.33}La_{0.56}TiO_3$ <br> NASICON $LiTi_2(PO_4)_3$ <br> LISICON $Li_{14}Zn(GeO_4)_4$ | $10^{-5}-10^{-3}$ | • High chemical and electrochemical stability <br> • High mechanical strength <br> • High electrochemical oxidation voltage | • Non-flexible <br> • Expensive large-scale production |
| Polymer | PEO | $10^{-4}$ (65-78°C) | • Stable with lithium metal <br> • Flexible <br> • Easy to produce a large area membrane <br> • Low shear modulus | • Limited thermal stability <br> • Low oxidation voltage (<4V) |

Source: Dyson School of Design Engineering

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                          30 November 2020

EXHIBIT 12:  **Sulfides Appear to be the Most Favored SSE, Followed by Oxides**



Source: Solid Power and Bernstein analysis

## INCUMBENTS AND OTHER COMPETITORS IN SSB

All incumbents have projects in solid state. Recently Samung's paper in the Nature journal shows that Samsung is one of the leaders in this field. Toyota has also put a lot of focus on solid state and planned to have SSB powered EVs at the 2020 Tokyo Olympics.

**Samsung:** researchers (led by Dongmin Im) published a paper on Nature Energy on 9 March 2020, presenting a high-performance, long-lasting all-solid-state battery. They proposed to use a silver-carbon (Ag-C) composite layer as the anode, a high-Ni layered oxide cathode and an argyrodite-type sulfide electrolyte, which enable a larger capacity, a longer cycle life, and enhanced safety. The prototype pouch cell they developed would enable an EV to travel up to 800km (~500 miles) and has a cycle life of over 1,000 charges (acceptable for EVs).  This looks to us as a promising development. However, the cost of silver is high and how to commercialize such a product remains a challenge.

**Toyota:** This Japanese car OEM is probably one of the earliest to start R&D on a solid-state battery and has had continuous breakthroughs in material screening (some of which was together in collaboration with UK based Ilika, see below). In late 2017, it claimed it was still having issues with prolonging the life of its prototypes to the ideal level (i.e., enabling at least 1,000 cycles). Although it targets to introduce solid-state batteries for EVs in the early 2020s, "2030 might be a more realistic timeframe for mass production," according to Toyota's powertrain general manager Shinzuo Abe. We also understand that much of Toyota's work on solid-state is on solid state lithium-ion, using a standard graphite anode rather than lithium metal or silicon, thus eliminating most of the energy density advantages of SSBs.

**Ilika:** Having 15 years of experiences developing battery materials, Ilika focuses on solid-state battery components (electrolyte and anode), and small solid-state batteries for IoT and Med-tech use and has partnered with Toyota on solid-state EV batteries. Although it has developed its own manufacturing process, it recently partnered with Semefab, a UK-leading commercial foundry of IC products, to manufacture Ilika's thin-film microfabricated batteries (0.7mm thin). It has also shipped samples of its patented Stereax P180 micro-battery to tier 1 auto suppliers for electronic sensors. In January 2019, the company announced that it has joined the MoSESS project led by McLaren to develop a fast-charging and high-power battery system for vehicles. Ilika is currently using silicon anodes in their design which still offers significant energy density improvements without the downsides of lifetime that lithium metal presents.

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**  +852-2918-5753  mark.newman@bernstein.com                    30 November 2020

**Solid Power:** Spun out from the University of Colorado Boulder in 2014, Solid Power is an industry-leading developer of sulfide-based all solid-state batteries (ASSB) for mobile power applications, with a focus on electric vehicles. They announced the production and delivery of their first generation 10-layer 2Ah all solid-state lithium metal pouch cells manufactured using MWh-scale, roll-to-roll pilet line. Arguably this company is further ahead in development than QS which only has single-layer cell samples so far.

**ProLogium:** Founded in 2006, ProLogium has a pilot line of 40MWh/year running since 2016, with mass production of 2GWh/year planned from 2021. Their current battery technology uses a stable oxide electrolyte, NMC 811 cathode and graphite silicon oxide anode (14% silicon content). They are developing higher silicon content anode and also Li-metal anode. The company has raised USD 500M so far and currently raising D+ round of USD 150-200M, which is expected to complete in Q1-Q2 2021, with valuation over USD $1Bn.  The company expects to get listed in 2023 and appears far closer to commercializing solid state batteries than QS.

**Blue Solutions:** its LMP technology uses polymer electrolyte instead of liquid electrolyte but needs to operate under a high temperature of 60-80°C due to poor conductivity of solid polymer at room temperature. The battery contains no solvent, no cobalt or nickel. The casing has been very carefully researched and designed to limit the impact of external temperature variation (from -20°C to +60°C), gives a competitive advantage for applications like level-floored electric buses – where the batteries can be mounted on the roof. Mercedes-Benz has been working with Blue Solutions and launched the fully electric eCitaro G bus with a solid-state battery option on 18 June 2020.

**Ionic Materials:** Having built an enviable list of supporters (including Samsung, Hyundai, etc.), Ionic focuses on polymer electrolyte manufacturing and engineering licensing. In February 2018, the company claimed it secured US$65 million Series C funding, followed by an expansion of its lab in May. Having worked for 16 years in Bell Labs, CEO Mike Zimmerman believes plastic, which has been used in separators in today's LiBs, is the best material for solid electrolytes. The other two alternatives — glass and ceramic — are considered to be brittle and fragile and hard to scale up, according to Zimmerman. However, we note that these polymer separator/electrolytes have low conductivity which impact power and charge rate.

**SolidEnergy Systems:** This MIT spinoff has a semi-solid battery technology, which though not technically 100% solid state, does have its own breakthroughs due to its enabling of li-metal anodes. In 2018, the company completed a US$34 million Series C funding round, which brought total funding to over US$50 million. In 2015, the company demonstrated a real 2Ah prototype battery with energy density of 400Wh/kg and 1,200Wh/L, twice that of Apple's iPhone 6 battery and operating at room temperature. In 2019, SolidEnergy Systems aimed to implement its product in wearables and smartphones and in EVs by 2021 (postponed by three years versus what it claimed in 2016). It claims its cells are already being used in niche applications such as drones and satellites.

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                                30 November 2020

## 3. MANAGEMENT TEAM AND BOARD MEMBERS FOLLOWING BUSINESS COMBINATION

On 3rd September, QS entered into a definitive merger agreement with Kensington Capital Acquisition Corp. (NYSE: KCAC)[1]. On 25th November, a special meeting of the shareholders of the SPAC KCAC took place and approved the merger agreement, clearing hurdles for the closing of the merger with QuantumScape. The combined company, named as QuantumScape Corporation, started trading on the New York Stock Exchange under the ticker QS on 27th November. The enterprise value of the combined company is approximately USD 15.4B based on the current market price at $37/share and the fully diluted share count of 448m.

After the business combination with Kensington, QuantumScape Corporation largely retains the executive officers and directors of the current QS team. In addition, the chairman of Kensington will join the new QuantumScape board as a director.

### MANAGEMENT TEAM

All of the executive officers of QuantumScape have been with the company over five years and some have held various management positions (Exhibit 13). Many have technical backgrounds and advanced degrees in engineering and business.

**Jagdeep Singh – Chief Executive Officer and Chairman of the Board**: Jagdeep Singh co-founded QuantumScape and has served as its CEO since 2010. Before QuantumScape, Singh founded Infinera (NASDAQ: INFN) a telecommunications company. He has an MS in Computer Science and an MBA from UC Berkeley. He has the most shares of QuantumScape of all executive officers, at 6%.

**Dr. Timothy Holme – Chief Technology Officer**: Dr. Timothy Holme has served as QuantumScape's CTO since 2011. Prior to that he had been a research associate at Stanford University where he'd obtained his BS in Physics and MS and PhD in Mechanical Engineering.

**Kevin Hettrich – Chief Financial Officer**: Kevin Hettrich has served as the QuantumScape's CFO since 2018. He joined the company in 2013 and has held a number of positions in product management and finance. Hettrich has a background in private equity at Bain and management consulting at McKinsey and has an MBA from Stanford University.

### BOARD OF DIRECTORS

Besides board members of the existing QuantumScape, there will be representation from Kensington (Justin Mirro) and from Volkswagen (Frank Blome) on the board of the new company upon the Closing.

**Justin Mirro** has served as Kensington's Chairman and CEO since 2020. He has over 25 years of experience in M&A and financing in the automotive sector. Mirro founded Kensington Capital Partners, LLC in 1999 to invest in automotive and related businesses. He has also worked in several investment banking capacities in the same sector on deal sourcing, capital raising, restructuring, etc.

**Frank Blome** joined the QuantumScape board and the board of QSV, the Joint Venture of QS and Volkswagen, since September 2020. Blome has over 25 years of experience in the automotive industries, including several positions as CEO of subsidiary groups of major OEMs such as Daimler and Volkswagen that focus on EV batteries. Blome's most recent post is Head of the Battery Center of Excellence of Volkswagen AG since 2018.

---

[1] https://www.quantumscape.com/investors/

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                             30 November 2020

EXHIBIT 13:   **QuantumScape Management and Directors**

| Name | Position | Stakes[1] | Background | Year Join in QS | Age |
|------|----------|--------|------------|-----------------|-----|
| ***Executive Officers*** | | | | | |
| Jagdeep Singh | Chief Executive Officer and Chairman | 6.48% | MS in Computer Science from Stanford University and MBA from Haas School of Business; Co-founded QuantumScape and was the founder and CEO at Infinera Coporation (NASDAQ: INFN) | 2010 | 53 |
| Dr. Timothy Holme | Chief Technology Officer | - | Ph.D. in Mechanical Engineering from Stanford University; Research Associate at Stanford University | 2011 | 39 |
| Dr. Mohit Singh | Chief Development Officer | - | PhD in Chemical and Biomolecular Engineering from Tulane University; Post-doctoral research at the Lawrence Berkeley National Laboratory | 2014 | 42 |
| Kevin Hettrich | Chief Financial Officer | - | MBA from Stanford University Graduate School of Business; Multiple positions in finance and product management at QuantumScape; Private Equity Associate at Bain and Business Analyst at McKinsey | 2012 | 38 |
| Howard Lukens | Chief Sales Officer | <1% | BS from George Mason University; Vice President at Infinera Corporation | | 62 |
| Michael McCarthy | Chief Legal Officer and Head of Corporate Development | <1% | JD from Vanderbilt University Law School; various senior positions at Quantum Scape, Ininera Corporation, and Ciena Corporation | 2013 | 55 |
| ***Non-Employee Directors*** | | | | | |
| Frank Blome | Director | 20.42%[2] | Diploma in Electrical Engineering from the University of Applied Sciences Bielefeld; 25 years of experience in the automotive industry with a focus on alternative powertrain technologies and battery cell technology | 2020 | 50 |
| Brad Buss | Director | <1% | BA in Economics from McMaster University; multiple C-level positions in the EV industry and experience on the boards of major automotive companies | 2020 | 56 |
| John Doerr | Director | - | M.E.E. in Electrical Engineering from Rice University and MBA from Harvard Business School; experience in venture capital and on the boards of various technology companies | 2010 | 69 |
| Prof. Dr. Jürgen Leohold | Director | <1% | PhD from the University of Hannover; leadership positions at Volkswagen | 2015 | 66 |
| Prof. Fritz Prinz | Director | 3.19% | PhD in Physics and Mathematics from the University of Vienna and professorship at Precourt Institute for Energy and at Stanford University | 2010 | 70 |
| Justin Mirro | Director | 1.37% | Served as Kensington's Chairman and CEO since April 2020; over 25 years of operating, M&A, and financing experience in the automotive and related sectors | 2020 | 51 |
| J.B. Straube | Director | <1% | MS in Engineering from Stanford University; entrepreneurial experience as founder, CEO, and CTO at various companies | 2019 | 44 |
| Dipender Saluja | Director | - | Investment experience in the technology industry | 2012 | 46 |

Note: [1] After Business Combination, assuming maximum redemption and including unexercised stock options, warrants, etc.
[2] Shares owned by Volkswagen.
Source: QuantumScape and Bernstein analysis

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

## 4. PARTNERSHIPS AND BUSINESS MODEL

VW (covered by Arndt Ellinghorst) has been collaborating with QS since 2012 and made USD 100M investment (series E) in 2018[2] and subsequently USD 200M (series F) this year[3] as the largest automotive shareholder in QS. The two partners also formed a joint venture in 2018 to enable industrial-level mass production of solid-state batteries for VW's vehicles.

### THE QS-VW JOINT VENTURE EXPLAINED

QSV Operations LLC ("QSV") was formed in 2018 by QuantumScape and Volkswagen with the goal to commercialize QS's solid state battery technology. Each party injected USD 1.7M of cash as initial investment to the JV in exchange for 50% equity interests. In 2020, the joint venture agreements were amended as Volkswagen committed to a further investment of USD 200B in QS to be completed in two tranches. Upon the fulfillment of the first tranche of USD 100B, VW will be entitled to increase its representation on the QS Board from one member to two members.

As QSV will be the entity for the first wave of commercial-scale production, it has had minimal operations to date and will remain dormant until the first capital project – QS-1 Pilot – commences. QS and VW have agreed to commit additional capital to QSV at a 50-50 basis to fund QS-1 Pilot (a 1GWh factory) and QS-1 Expansion (20GWh), on the condition that technology development at QS reaches certain future milestones. As 50% parent companies, both QS and VW will get 50% of the revenue and profit of QSV. VW has also committed to purchase a portion but not all of QSV's output for its EV production, and presumably QSV needs to secure other OEMs as customers for the solid-state batteries.

Strategically, QSV is intended to benefit VW in that it allows first access to the technology once it's commercialized. Meanwhile VW will provide, in addition to CapEx funding, support on the build-out and ramp-up of the factory, including relations with key suppliers, supply chain management, manufacturing know-how, etc. On the other side, QS is also supposed to benefit strategically from the JV model, as it secures the resources needed for manufacturing and commercialization, while ensuring IP protection: QS is expected to provide key technologies in the form of limited licenses to QSV for use in QS-1 only.

It should be noted that QSV's ownership of QS-1 Pilot and Expansion is limited to production and sales of the battery cell, and that **production and sales of the separator is exclusively owned by QS**, though the physical production of both separator and cell will take place in the QS-1 facilities. For QS-1 Pilot, the price of the separator (from QS to JV) will be agreed by both QS and VW based on the JV agreements, and the price of the battery  (from JV to VW) will follow a "market-plus" model: benchmarked against the prices of lithium-ion batteries with a premium added (Exhibit 14). For the later QS-1 Expansion, both parties agreed that the prices will be reviewed and revised as appropriate.

The JV is expected to terminate no later than 2028, and QS-2, the **second production facility planned, will be 100% owned by QS**.

EXHIBIT 14:  **Joint Venture's Role in the Future Value Chain: Scenario for QS-1 Pilot**



Note: VW has not committed to purchase 100% of the JV's output, so the JV may need to find other OEMs as customers
Source: QuantumScape and Bernstein analysis

---

[2] https://www.volkswagenag.com/en/news/2018/06/volkswagen-partners-with-quantumscape-.html#
[3] https://www.volkswagen-newsroom.com/en/press-releases/volkswagen-increases-stake-in-quantumscape-6136

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                                          30 November 2020

## 5. COMPANY FINANCIALS AND VALUATION

We see a unique and huge opportunity for a new battery technology company with differentiated technology, such as solid-state. However, the most recent share price implies multiples that are already higher than leading pure-play battery makers such as CATL (using 2029 revenue and EBITDA discounted back at 10-20% per year). Our DCF implies a fair value of $28/share assuming 100% chance of success with a 10% discount rate.

We have derived the TP using DCF through to 2035, using a WACC of 10% and terminal growth rate from 2035 onwards at 4%, which arrives at TP of $28/share. We used a share count of 448 million which is fully diluted with unexercised warrants, options, RSUs, etc. Our TP implies 8x EV/sales and 30x EV/EBITDA for 2021 discounting the 2029 sales and EBITDA back by 8 years using a 20% discount rate, which is on a par with current leading EV battery makers such as CATL, Guoxuan High Tech, EVE, etc.

**Key catalysts include Dec 8th revealing of more performance data**. QS plans to release important data on their cell performance, which is so far lacking. We see significant upside and downside risk based on the quality of this data and expect it to fall short of expectations.

### POST-IPO DEVELOPMENT PLANS

As a pre-revenue company hinging on technologies that are yet to be commercialized, QuantumScape will have to reach many proof-of-concept milestones in R&D as well as build and utilize the planned manufacturing capacities if it is to deliver on its valuation promises for the IPO.

### R&D Plans and Proof-of-Concept Milestones

At present, QS has adopted the solid-state separator in single-layer cells and tested its power density, cycle life, and performance temperature. Volkswagen has also tested the use of these single-layer cells in automotive rates of power accepted by the industry. While these advances are significant, they don't yet answer the question whether the technology will eventually succeed at an industrial level. QS has post-IPO R&D plans following several directions (Exhibit 15), and we think the top three proof-of-concept milestones are:

+   Enabling multi-layer commercial cells. Application in EV requires the stacking of over 30-50 layers, and QS will need to develop the suitable design for stacking. This is so far unproven. So far the company has only sampled single layer small pouch cells, far from commercial samples.

+   Testing of the prototype multi-layered commercial cell in an actual vehicle. The prototype will need to be compatible with the entire powertrain system and be able to deliver satisfactory power performance, energy density, charge rate, cost and critically cycle life (i.e. will it last the lifetime of the vehicle).

+   Achieving manufacturability at GWh levels. The solid-state separator will need to be produced at scale (e.g., one of the identified directions of R&D is to improve the yield of separator) as well as the multi-layered cells at viable costs. QS has emphasized on the cost savings from dispensing of the anode host materials, but it remains unclear whether the new technology introduces incremental costs and how the overall cost structure compares to incumbent lithium-ion batteries where cost continues to decline over 10% per year.

### Capacity Expansion and Business Development

From the next four to five years, R&D activities will continue to be conducted at the QuantumScape headquarters in San Jose, California. Should QS successfully move to commercial stage, the epicenter will move to QSV, the joint venture, where the planned series of capacities – QS-1 of 1GWh with expansion to 20GWh and QS-2 of 70GWh – will be built. QS has noted that the 1GWh capacity of QS-1 Pilot will account for only a small fraction of VW's battery demand; meanwhile, VW has committed to purchase not the whole, but a portion of the 1GWh. So even with the partnership in place, QS will have to develop additional supply share with VW and / or develop more customers to fully utilize its planned assets.

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com

30 November 2020

EXHIBIT 15: **Expected Development and Commercialization Timeline**



Source: QuantumScape and Bernstein analysis

## SHAREHOLDING STRUCTURE

Post the business combination and using the fully diluted share count of 448m, Volkswagen would be the biggest shareholder with 19% of the stake, followed by PIPE Investors (11%), Khosla Ventures III (8%), CEO Jagdeep Singh (6%), Capricorn-Libra Investment Group (5%), KPCB Holdings (5%), etc.

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                     30 November 2020

EXHIBIT 16:  **Shareholding structure for QuantumScape post the business combination**



Source: QuantumScape, Bernstein analysis
Note: Share count assumes 448m (fully diluted with unexcised warrants, options, RSUs, etc.)

## VALUATION

QuantumScape is a pre-revenue company and will be an asset-heavy manufacturer if and when they commercialize. Therefore, the most important assumptions in valuation are the timing and scale of future revenue, CapEx, and the discount rates to use.

QS estimates the start-up of QS-1 Pilot (1GWh) in 2024, QS-1 Expansion (20GWh) in 2026, and QS-2 (70GWh) in 2027, and for each asset a full ramp-up within 2 years following start-up. We think this is too aggressive given the challenges in R&D and manufacturing scale-up mentioned above and have *thus delayed the timeline by one year*. The guidance given by QS on revenue and CapEx is based on a proportional consolidation of QSV, i.e., for QS-1 which includes the separator plant (30% of CapEx) and cell plant (70% of CapEx), revenue, costs, and CapEx of QS will all assume 100% ownership of the separator and 50% ownership of the cell plant.

The total CapEx of QS-1 Expansion is estimated by QS at USD 1.6B and 65% or USD 1.04B is attributable to QS, spread out in 4 years from year-2 of plant startup. QS has not given CapEx estimates for QS-1 Pilot or QS-2, and we have assumed figures of USD 52M and USD 5.6B, respectively, roughly proportionate to capacity. We have assumed start of the three projects to be one year later than QS's forecast, in 2025, 2027, and 2028 respectively with the same ramp-up timeline as assumed by QS. After QS-2, we assume continuous growth in capacity at a similar rate, adding 100GWh every three years, i.e., QS-3 (100GWh) in 2030 and QS-4 (100GWh) in 2033, at USD5.6B and USD4.6B CapEx, respectively.

QS has given revenue guidance for 2024 – 2028, but it's unclear what the expected split and ASP /volume are for the separator and the cell. We made the following assumptions: 1) the total revenue given by QS will be delayed by one year, i.e. starting in 2025. 2) for OS-1, QuantumScape will earn cell revenue from 50% of the cell capacity (where the sales of separator are booked as cost) and earn separator revenue from the other 50% of the cell capacity. Deriving the ASP for battery cells this way we arrive at a starting ASP of USD102/kWh in 2025 and we think it's a reasonable price. From 2030 – 2035, we base revenue projection on the capacity growth described above and a slowly decreasing ASP for the batteries. For EBITDA, we used the assumption given by QS at 25% EBITDA margin as we think it's in the industry range, but arguable considering the commercialization challenges ahead.

We have derived the TP for QuantumScape from DCF (Exhibit 17), using a WACC of 10% and terminal growth rate from 2035 onwards at 4% and arrived at a TP of $28/share. We used a share count of 448 million which is fully diluted with unexercised warrants, options, RSUs, etc.

EXHIBIT 17:  **Our DCF implies a value of $28 per share assuming 448million shares (fully diluted, includes all unexercised warrants, options and RSUs)**

| DCF Model (USD M) | 2018 | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2035E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | - | - | - | - | - | - | - | 14 | 39 | 275 | 3,210 | 6,439 | 8,393 | 19,740 |
| Sales Growth | | | | | | | | | 179% | 605% | 1067% | 101% | 30% | 12% |
| EBIT | (45) | (57) | (63) | (76) | (92) | (110) | (124) | (139) | (146) | (213) | 373 | 876 | 1,166 | 3,754 |
| EBIT Margin | | | | | | | | -994% | -374% | -78% | 12% | 14% | 14% | 19% |
| EBIAT | (45) | (57) | (63) | (76) | (92) | (110) | (124) | (139) | (146) | (213) | 295 | 692 | 921 | 2,966 |
| Tax Rate | | | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% |
| D&A | 6 | 6 | 5 | 6 | 7 | 8 | 10 | 9 | 26 | 154 | 435 | 746 | 933 | 1,181 |
| YoY % | | | -9% | 20% | 14% | 11% | 25% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| EBITDA (by QS IR) | (40) | (51) | (58) | (70) | (85) | (102) | (114) | (130) | (120) | (59) | 808 | 1,622 | 2,098 | 4,935 |
| % Margin by QS IR | | | | | | | | -929% | -308% | -21% | 25% | 25% | 25% | 25% |
| (CapEx) | (7) | (10) | (10) | (10) | (11) | (18) | (38) | (150) | (1,097) | (2,490) | (3,030) | (2,300) | (2,400) | (800) |
| FCF | (47) | (61) | (68) | (80) | (95) | (120) | (152) | (280) | (1,217) | (2,549) | (2,300) | (862) | (547) | 3,347 |
| NP to the company | (44) | (52) | (59) | (49) | (66) | (86) | (102) | (114) | (120) | (176) | 307 | 720 | 958 | 3,087 |

| | |
|---|---|
| WACC | 10% |
| Assumed Perpetual Growth | 4% |
| NPV of FCF to 2035 | (1,385) |
| Terminal Value | 12,624 |
| **Total NPV** | **11,239** |
| +net cash | 12,317 |
| # common shares (fully diluted) | 448 |
| **DCF result (USD/share)** | **28** |

Source: QuantumScape, Bloomberg, Bernstein analysis and estimates

Given the uncertainties and the extended time horizon, we looked at the multiples based on 2021 sales and EBITDA consensus for EV battery makers/OEMs vs our estimates for QS (discounted back 8 years from 2029 using 10%, 20% and 30% discount rates, respectively). With a 10% discount rate, QS is currently trading at 5x EV/sales and 20x EV/EBITDA, which are around the average level of its battery maker comps. At a 20% discount rate (which we think is more reasonable given the significant risk ahead), QS has 10x EV/sales and 41x EV/EBITDA, roughly the same level as leading pure-play EV battery makers such as CATL, Guoxuan High Tech and EVE. A 30% discount rate would yield multiples that are 3-4 times the EV battery peer averages, and similar level to EV OEMs EV/sales average (Exhibit 18).

Compared to our estimates for the EV battery makers we cover such as CATL, BYD and BYD, QS is currently trading at the high end of the range. The 2.4x EV/sales and 10x EV/EBITDA using QS 2029 revenue and EBITDA are higher than the 1.4x EV/sales and 10x EV/EBITDA for CATL using our 2029 estimates (Exhibit 19).

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com

30 November 2020

EXHIBIT 18: **Comps Table based on Bloomberg Consensus**

| Consensus Comps | EV (USD M) | 2021 Sales (USD M) | 2021 EBITDA (USD M) | 2021 EBIT (USD M) | EV/ 2021 Sales | EV/ 2021 EBITDA | EV/ 2021 EBIT |
|---|---|---|---|---|---|---|---|
| **EV Battery Makers** | | | | | | | |
| CATL | 81,904 | 10,379 | 2,161 | 1,230 | 8x | 38x | 67x |
| BYD (H) | 79,970 | 26,978 | 3,275 | 1,606 | 3x | 24x | 50x |
| BYD (A) | 79,970 | 26,276 | 3,102 | 1,623 | 3x | 26x | 49x |
| SDI | 36,136 | 12,959 | 2,173 | 1,130 | 3x | 17x | 32x |
| LG Chem | 59,046 | 34,336 | 5,287 | 2,808 | 2x | 11x | 21x |
| Panasonic | 32,092 | 63,031 | 4,186 | 1,535 | 1x | 8x | 21x |
| Guoxuan High Tech | 6,797 | 1,071 | 221 | 70 | 6x | 31x | 97x |
| SK Innovation | 24,759 | 37,909 | 2,034 | 685 | 1x | 12x | 36x |
| EVE | 18,964 | 2,000 | 478 | 311 | 9x | 40x | 61x |
| **Average of EV Battery Makers** | | | | | **4x** | **23x** | **48x** |
| | | | | | | | |
| **EV OEMs** | | | | | | | |
| NIO | 72,650 | 4,434 | (273) | (361) | 16x | (266)x | (201)x |
| Tesla | 557,217 | 46,053 | 7,942 | 5,108 | 12x | 70x | 109x |
| Xiaopeng | 48,657 | 2,054 | (320) | (384) | 24x | (152)x | (127)x |
| Li Auto | 33,162 | 2,584 | (22) | (88) | 13x | (1,480)x | (375)x |
| **Average of EV OEMs** | | | | | **16x** | **(457)x** | **(149)x** |
| | | | | | | | |
| QS current market price @ 10% discount rate | 15,431 | 3,004 | 757 | 409 | **5x** | **20x** | **38x** |
| QS current market price @ 20% discount rate | 15,431 | 1,498 | 377 | 204 | **10x** | **41x** | **76x** |
| QS current market price @ 30% discount rate | 15,431 | 789 | 199 | 107 | **20x** | **78x** | **144x** |
| | | | | | | | |
| QS TP @ 10% discount rate | 11,239 | 3,004 | 757 | 409 | **4x** | **15x** | **28x** |
| QS TP @ 20% discount rate | 11,239 | 1,498 | 377 | 204 | **8x** | **30x** | **55x** |
| QS TP @ 30% discount rate | 11,239 | 789 | 199 | 107 | **14x** | **57x** | **105x** |

Source: QuantumScape, Bloomberg, Bernstein analysis and estimates

Note: as of 27 Nov 2020; The consensus comps table is based on Bloomberg consensus, and QS numbers are based on our estimates.

EXHIBIT 19: **Comps Table based on Our Coverage Model Estimates (excluding non-EV/non-EV battery business)**

| Our model estimate comps | EV | 2029 Sales | 2029 EBITDA | 2029 EBIT | EV/2029 Sales | EV/2029 EBITDA | EV/2029 EBIT |
|---|---|---|---|---|---|---|---|
| CATL (RMB M) | 537,963 | 385,104 | 52,415 | 44,287 | 1.4x | 10x | 12x |
| BYD (RMB M) | 503,420 | 333,119 | 22,450 | 18,151 | 1.5x | 22x | 28x |
| SDI (KRW B) | 18,180 | 29,419 | 4,530 | 2,494 | 0.6x | 4x | 7x |
| **The average of CATL & BYD & SDI** | | | | | **1.2x** | **12x** | **16x** |
| QS current market price implied (USD M) | 15,431 | 6,439 | 1,622 | 876 | **2.4x** | **10x** | **18x** |
| QS TP implied (USD M) | 11,239 | 6,439 | 1,622 | 876 | **1.7x** | **7x** | **13x** |

| Our model estimate comps | EV | 2021 Sales | 2021 EBITDA | 2021 EBIT | EV/2021 Sales | EV/2021 EBITDA | EV/2021 EBIT |
|---|---|---|---|---|---|---|---|
| CATL (RMB M) | 537,963 | 65,894 | 13,668 | 9,537 | 8x | 39x | 56x |
| BYD (RMB M) | 503,420 | 53,258 | 5,956 | 2,453 | 9x | 85x | 205x |
| SDI (KRW B) | 18,180 | 6,785 | 733 | 182 | 3x | 25x | 100x |
| **The average of CATL & BYD & SDI** | | | | | **7x** | **50x** | **120x** |
| | | | | | | | |
| QS current market price @ 10% discount rate | 15,431 | 3,004 | 757 | 409 | **5x** | **20x** | **38x** |
| QS current market price @ 20% discount rate | 15,431 | 1,498 | 377 | 204 | **10x** | **41x** | **76x** |
| QS current market price @ 30% discount rate | 15,431 | 789 | 199 | 107 | **20x** | **78x** | **144x** |
| | | | | | | | |
| QS TP @ 10% discount rate | 11,239 | 3,004 | 757 | 409 | **4x** | **15x** | **28x** |
| QS TP @ 20% discount rate | 11,239 | 1,498 | 377 | 204 | **8x** | **30x** | **55x** |
| QS TP @ 30% discount rate | 11,239 | 789 | 199 | 107 | **14x** | **57x** | **105x** |

Source: QuantumScape, Bloomberg, Bernstein analysis and estimates

Note: as of 27 Nov 2020; The model estimate comps table is based on our estimates for CATL, BYD and SDI excluding non-EV/non-EV battery business.

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                30 November 2020

## APPENDIX - FINANCIAL FORECASTS

EXHIBIT 20:  **Income Statement**

| Income Statement (USD M) | 2018 | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|
| **Revenue** | - | - | - | - | - | - | - |
| COGS | - | - | - | - | - | - | - |
| **Gross Profit** | - | - | - | - | - | - | - |
| R&D | (36) | (46) | (51) | (62) | (77) | (94) | (106) |
| SG&A | (10) | (11) | (12) | (13) | (15) | (16) | (18) |
| **Operating Income** | **(45)** | **(57)** | **(63)** | **(76)** | **(92)** | **(110)** | **(124)** |
| Net Interest Income | 1 | 4 | 3 | 26 | 25 | 23 | 21 |
| Other Income | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Earnings Before Tax** | **(44)** | **(52)** | **(59)** | **(49)** | **(66)** | **(86)** | **(102)** |
| Income Tax/(Benefit) | - | - | - | - | - | - | - |
| **Net Income** | **(44)** | **(52)** | **(59)** | **(49)** | **(66)** | **(86)** | **(102)** |
| Attributable to the parent | (44) | (52) | (59) | (49) | (66) | (86) | (102) |
| Minority Interest | 0.005 | 0.020 | 0.020 | 0.020 | 0.020 | 0.020 | 0.020 |
| **EPS (USD)** | (3.97) | (4.69) | (0.13) | (0.11) | (0.15) | (0.19) | (0.23) |
| Share Count - Avg (mn) | 11 | 11 | 448 | 448 | 448 | 448 | 448 |
| **EBITDA** | (40) | (51) | (58) | (70) | (85) | (102) | (114) |

Source: Company, Bernstein analysis and estimates

EXHIBIT 21:  **Balance Sheet**

| Balance Sheet (USD M) | 2018 | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | 31 | 23 | 1,065 | 1,013 | 944 | 950 | 1,221 |
| Marketable Securities | 148 | 107 | 67 | 67 | 67 | 67 | 67 |
| Prepaid Expenses and Other Curre | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| **Total Current Assets** | **180** | **131** | **1,134** | **1,082** | **1,013** | **1,019** | **1,290** |
| PP&E | 29 | 25 | 31 | 35 | 39 | 49 | 76 |
| Other Non-Current Assets | 3 | 16 | 14 | 13 | 12 | 10 | 9 |
| **Non-Current Assets** | **31** | **41** | **45** | **48** | **50** | **59** | **86** |
| **Total Assets** | **211** | **172** | **1,178** | **1,129** | **1,063** | **1,078** | **1,376** |
| Operating Lease Liability | - | 14 | 13 | 13 | 13 | 13 | 13 |
| Accounts Payable | 1 | 3 | 2 | 2 | 2 | 2 | 2 |
| Other Liabilities | 18 | 6 | 6 | 6 | 6 | 106 | 506 |
| **Total Liabilities** | **18** | **22** | **21** | **21** | **21** | **121** | **521** |
| Reserves | 442 | 449 | 1,510 | 1,510 | 1,510 | 1,510 | 1,510 |
| Accumulated Deficit | (246) | (296) | (355) | (404) | (470) | (555) | (657) |
| Non-controling interests | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Others | (4) | (4) | 0 | 0 | 0 | 0 | 0 |
| **Shareholder's Equity** | **193** | **150** | **1,157** | **1,108** | **1,042** | **957** | **855** |
| Attributable to parent | 191 | 149 | 1,155 | 1,106 | 1,041 | 955 | 853 |
| **Total Liabilities & Equity** | **211** | **172** | **1,178** | **1,129** | **1,063** | **1,078** | **1,376** |
| **BVPS (USD)** | 17.2 | 13.3 | 2.6 | 2.5 | 2.3 | 2.1 | 1.9 |

Source: Company, Bernstein analysis and estimates

**Mark C. Newman**   +852-2918-5753   mark.newman@bernstein.com                                      30 November 2020

EXHIBIT 22: **Cash Flow Statement**

| Cash Flow Statement (USD M) | 2018 | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|
| Net Income | (44.1) | (51.3) | (59.0) | (49.0) | (65.9) | (85.6) | (101.7) |
| Depreciation & Amortization | 5.7 | 5.6 | 5.1 | 6.1 | 7.0 | 7.7 | 9.7 |
| Other | 2.7 | 4.0 | 0.6 | 1.2 | 1.2 | 1.2 | 1.2 |
| **CF From Operations** | **(35.7)** | **(41.7)** | **(53.4)** | **(41.7)** | **(57.7)** | **(76.7)** | **(90.8)** |
| Capex | (7.4) | (9.8) | (10.1) | (10.4) | (10.8) | (17.6) | (37.6) |
| Other | (69.9) | 40.4 | 40.6 | - | - | - | - |
| **CF From Investing** | **(77.3)** | **30.5** | **30.4** | **(10.4)** | **(10.8)** | **(17.6)** | **(37.6)** |
| **CF From Financing** | **120.8** | **0.4** | **1,064.7** | **0.0** | **0.0** | **100.0** | **400.0** |
| **Net Cash Flow** | **7.8** | **(10.8)** | **1,041.8** | **(52.1)** | **(68.5)** | **5.8** | **271.6** |
| Cash at Beginning of Period | 23.3 | 33.6 | 22.8 | 1,064.6 | 1,012.5 | 944.0 | 949.8 |
| **Cash at End of Period** | **31.1** | **22.8** | **1,064.6** | **1,012.5** | **944.0** | **949.8** | **1,221.3** |
| **Free Cash Flow** | (47.2) | (61.3) | (68.0) | (80.2) | (95.4) | (119.6) | (151.6) |

Source: Company, Bernstein analysis and estimates

DISCLOSURE APPENDIX

## VALUATION METHODOLOGY

### QuantumScape Corp

Our target price of $28/share is determined based on a combination of DCF and comparable company analysis. Our TP is based on 2035 DCF, implying 8x EV/sales and 30x EV/EBITDA for 2021 discounting the 2029 sales and EBITDA back by 8 years using a 20% discount rate, which is on a par with current leading EV battery makers.

## RISKS

### QuantumScape Corp

Key upside risks include better than expected battery performance data release on Dec 8th, faster/better than expected tech roll out, continued investment excitement on the EV battery tech space, etc.

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

# REQUIRED REGULATORY DISCLOSURES

- References to "Bernstein" relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (India) Private Limited (SEBI registration no. INH000006378) and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, collectively. On and as of April 1, 2019, AllianceBernstein L.P. acquired Autonomous Research. As a result of the acquisition, the research activities formerly conducted by Autonomous Research US LP have been assumed by Sanford C. Bernstein & Co., LLC, which will continue to publish research under the Autonomous Research US brand and the research activities formerly conducted by Autonomous Research Asia Limited have been assumed by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which will continue to publish research under the Autonomous Research Asia brand.

- References to "Autonomous" in these disclosures relate to Autonomous Research LLP and, with reference to dates prior to April 1, 2019, to Autonomous Research US LP and Autonomous Research Asia Limited, and, with reference to April 1, 2019 onwards, the Autonomous Research US unit and separate brand of Sanford C. Bernstein & Co., LLC and the Autonomous Research Asia unit and separate brand of Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, collectively.

- References to "Bernstein" or the "Firm" in these disclosures relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (India) Private Limited (SEBI registration no. INH000006378), Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C and, with reference to April 1, 2019 onwards, Autonomous Research LLP, collectively.

- Bernstein and Autonomous analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.

- Bernstein rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Pan Europe Index for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. We have three categories of ratings:

    Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

    Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

    Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

    Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.

- For purposes of the Market Abuse Regulation (MAR) and the FINRA Rule 2241, 'Outperform' is classified as a Buy, 'Market-Perform' is classified as a Hold, and 'Underperform' is classified as a Sell

- As of 11/27/2020, Bernstein's ratings were distributed as follows: 281 Outperform - 47.5% (0.0% banking clients) ; 252 Market-Perform - 42.6% (0.0% banking clients); 59 Underperform - 10.0% (0.0% banking clients); 0 Not Rated - 0.0% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services. All figures are updated quarterly and represent the cumulative ratings over the previous 12 months. These ratings relate solely to the investment research ratings for companies covered under the Bernstein brand and do not include the investment research ratings for companies covered under the Autonomous brand. This information is provided in order to comply with Article 6 of the Commission Delegated Regulation (EU) 2016/958.

### 12-Month Bernstein Rating History as of 11/29/2020

| Ticker | Rating Changes |
|---|---|
| QS | |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated

Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change



Source: Bernstein - As of 27-Nov-2020

## OTHER IMPORTANT DISCLOSURES

Bernstein produces a number of different types of research products including, among others, fundamental analysis and quantitative analysis under the "Bernstein", "Autonomous", and "Alphalytics" brands. Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and Bernstein's affiliate, Autonomous Research LLP, each issue research products under the "Autonomous" publishing brand independently of the "Bernstein" and "Alphalytics" publishing brands. Recommendations contained within one type of research product may differ from recommendations contained within other types of research products, whether as a result of differing time horizons, methodologies or otherwise. Furthermore, views or recommendations within a research product issued under any particular brand may differ from views or recommendations under the same type of research product issued under another brand.

Where this material contains an analysis of debt product(s), such material is intended only for institutional investors and is not subject to the independence and disclosure standards applicable to debt research prepared for retail investors. Please contact Bernstein to request that such institutional debt research not be provided.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC, a broker-dealer registered with the U.S. Securities and Exchange Commission ("SEC") and a member of the U.S. Financial Industry Regulatory Authority, Inc. ("FINRA") is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC. Where this report has been prepared by research analyst(s) employed by a non-US affiliate (such analyst(s), "Non-US Analyst(s)") of Sanford C. Bernstein & Co., LLC, such Non-US Analyst(s) is/are (unless otherwise expressly noted) not registered as associated persons of Sanford C. Bernstein & Co., LLC or any other SEC-registered broker-dealer and are not licensed or qualified as research analysts with FINRA or any other US regulatory authority. Accordingly, reports prepared by Non-US Analyst(s) are not prepared in compliance with FINRA's restrictions regarding (among other things) communications by research analysts with a subject company, interactions between research analysts and investment banking personnel, participation by research analysts in solicitation and marketing activities relating to investment banking transactions, public appearances by research analysts, and trading securities held by a research analyst account.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Sanford C. Bernstein Limited, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

**To our readers in member states of the EEA (except Ireland):** This publication is being distributed in the EEA (except Ireland) by Sanford C. Bernstein Limited, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority and holds a passport under the Markets in Financial Instruments Directive.

**To our readers in Ireland:** This publication is being distributed in Ireland by Sanford C. Bernstein Ireland Limited, which is authorised and regulated by the Central Bank of Ireland.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

For the institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa"), your access to this document should not be construed as meaning that Bernstein is providing you with investment advice for any purposes. Whilst Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Bernstein has neither any contractual relationship with you nor any obligations towards you

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;

- dealing in a financial product;

- making a market for a financial product; and

- providing a custodial or depository service.

**To our readers in Canada:** If this publication is pertaining to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication is pertaining to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the SEC and FINRA into Canada under the International Dealers Exemption. This publication may not be passed onto any person in Canada unless that person qualifies as a "Permitted Client" as defined in Section 1.1 of NI 31-103.

**To our readers in India:** This publication is being distributed in India by Sanford C. Bernstein (India) Private Limited (SCB India) which is licensed and regulated by Securities and Exchange Board of India ("SEBI") as a research analyst entity under the SEBI (Research Analyst) Regulations, 2014, having registration no. INH000006378 and as a stock broker having registration no. INZ000213537. SCB India is currently engaged in the business of providing research and stock broking services.

SCB India is a private limited company incorporated under the Companies Act, 2013, on April 12, 2017 bearing corporate identification number U65999MH2017FTC293762, and registered office at Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051 , Maharashtra, India (Phone No: +91-22-68421401).

SCB India does not have any disciplinary history as on the date of this report.

The associates of SCB India or their relatives may have financial interest(s) in the subject company.

SCB India or its associates do not have actual/beneficial ownership of one percent or more securities of the subject company. SCB India is not engaged in any investment banking activities, as such, SCB India has not managed or co-managed a public offering in the past twelve months. In addition, neither SCB India nor any of its associates have received any compensation for investment banking services or merchant banking services from the subject company in the past 12 months.

SCB India or its associates may have received compensation for brokerage services from the subject company in the past twelve months.

SCB India or its associates may have received compensation for products or services other than investment banking or merchant banking or brokerage services from the subject company in the past twelve months.

SCB India and its associates have not received any compensation or other benefits from the subject company or third party in connection with the research report.

The principal research analysts who prepared this report, a member of his or her team, are not (nor are any members of their household) an officer, director, employee or advisory board member of the companies covered in the report.

SCB India and its associate company(ies) may act as a market maker in the financial instruments of the companies covered in the report.

Sanford C. Bernstein & Co., LLC., Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited and AllianceBernstein (Singapore) Ltd., Sanford C. Bernstein (India) Private Limited are regulated, respectively, by the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Investment Industry Regulatory Organization of Canada, by the Monetary Authority of Singapore under Singapore laws, and Securities and Exchange Board of India, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

Bernstein or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

All Bernstein branded research publications are disseminated to our clients through posting on the firm's password protected website, www.bernsteinresearch.com.  Certain, but not all, Bernstein branded research publications are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience.  For access to all available Bernstein branded research publications, please contact your sales representative or go to http://www.bernsteinresearch.com

Bernstein and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that Bernstein and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with Bernstein's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Sanford C. Bernstein Limited, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, 39th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, One Raffles Quay, #27-11 South Tower, Singapore 048583, or Sanford C. Bernstein (India) Private Limited, Chief Compliance Officer, Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051.  Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

This report has been produced by an independent analyst as defined in Article 3 (1)(34)(i) of EU 296/2014 Market Abuse Regulation ("MAR").

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

## CERTIFICATIONS

- I/(we), Mark C. Newman, Senior Analyst(s)/Analyst(s), certify that all of the views expressed in this publication accurately reflect my/(our) personal views about any and all of the subject securities or issuers and that no part of my/(our) compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

*Approved By: COS*

Copyright 2020, Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Autonomous Research LLP, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400.  All rights reserved.

For the exclusive use of MARK NEWMAN at SANFORD C. BERNSTEIN on 30-Nov-2020

[ AHEAD OF TOMORROW ]