IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
ANDREW FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:       isalceda@wsgr.com
              dbish@wsgr.com
              bepstein@wsgr.com
              afrantela@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Timothy
Holme, and Kevin Hettrich*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No.: 3:21-CV-00058-WHO |
| | **DECLARATION OF TERRENCE HENDERSHOTT, PH.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL** |
| | Hearing Date: December 14, 2022 |
| | Time: 2:00 p.m. |
| | Courtroom: 2 |
| | Before: Hon. William H. Orrick |

I, Terrence Hendershott, Ph.D., hereby declare:

1.    I am a Professor and the Willis H. Booth Chair in Banking and Finance at the Haas School of Business at the University of California, Berkeley. I have been retained by counsel for Defendants QuantumScape Corporation, Jagdeep Singh, Kevin Hettrich, and Timothy Holme (collectively, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Certify the Class.

2.    Attached hereto as Exhibit A is a true and correct copy of my October 6, 2022 Expert Report in this matter, which reflects that opinions I have reached in response to the opinions put forth in the Expert Report of Matthew D. Cain, Ph.D., dated July 22, 2022. If called upon to do so, I am prepared to testify on the opinions and subject matter contained therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed October 6, 2022, in Lafayette, CA.

/s/ *Tom J Hendersott*
Terrence Hendershott, Ph.D.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ignacio Salceda, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: October 6, 2022                                    /s/ Ignacio E. Salceda

Ignacio E. Salceda