# EXHIBIT A

United States District Court
Northern District of California

|  | x |  |
|---|---|---|
| IN RE QUANTUMSCAPE SECURITIES | : | |
| CLASS ACTION LITIGATION | : | |
| | : | |
| | : | Master File No. 3:21-cv-00058-WHO |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

EXPERT REPORT OF TERRENCE HENDERSHOTT, PH.D.
October 6, 2022

**Table of Contents**

I.      Qualifications and Compensation ........................................................................ 1

II.     Assignment and Summary of Allegations ........................................................... 2

III.    Summary of Opinions ........................................................................................ 3

IV.     Dr. Cain Fails to Demonstrate That QuantumScape's Stock and Options Traded in Efficient Markets throughout the Putative Class Period ..................................................... 7

        A.  Market Efficiency from the Perspective of a Financial Economist ............................. 7

        B.  Dr. Cain Has Provided No Reliable Basis to Conclude That QuantumScape Stock Traded in an Efficient Market throughout the Putative Class Period and Ignores Evidence That Is Inconsistent with Market Efficiency ................................................ 10

            1.  Dr. Cain's Core Analysis Fails to Reliably Demonstrate a Cause-and-Effect Relationship between New Company-Specific Information and Movements in Stock Prices throughout the Putative Class Period ......................................... 11

            2.  Dr. Cain Fails to Analyze Short Selling Constraints for QuantumScape's Stock That Are an Impediment to Market Efficiency, Particularly during the Period November 27, 2020 to January 4, 2021 ................................................ 24

            3.  Dr. Cain's Other Analyses Do Not Establish Market Efficiency for QuantumScape's Stock during the Putative Class Period ............................... 35

        C.  Dr. Cain Has Provided No Analysis, Let Alone Any Reliable Basis, to Conclude That QuantumScape's Options Traded in Efficient Markets during the Putative Class Period ................................................................................................. 38

            1.  Market Efficiency Cannot Be Merely Presumed for All Option Series at All Times during the Putative Class Period ......................................................... 39

            2.  Dr. Cain Ignores Evidence of Illiquidity of QuantumScape Option Series .... 43

            3.  Dr. Cain Fails to Consider Evidence of Put-Call Parity Violations for QuantumScape's Options ............................................................................. 45

V.      Dr. Cain Has Failed to Specify a Reliable Class-Wide Damages Methodology in Light of His Failure to Demonstrate That QuantumScape's Stock and Options Traded in Efficient Markets throughout the Putative Class Period ............................................................ 49

**I.      Qualifications and Compensation**

1.      I am a Professor and the Willis H. Booth Chair in Banking and Finance at the Haas School of Business at the University of California, Berkeley.  **Appendix A** contains my CV and a list of my deposition and trial testimony over the last four years.

2.      My expertise and research focus on market microstructure, which includes how information is incorporated into security prices and the interaction between trading and prices of various securities and financial instruments.  Specifically, I have conducted research regarding how the prices of stocks, corporate bonds, and other over-the-counter and exchange-traded products incorporate information.  In addition, I have studied high-frequency trading, electronic communications networks and exchange design, regulation of financial markets, management of information systems, and the role of information technology in financial markets.  My research has also been on market efficiency and related topics, including market liquidity and how market prices discover and incorporate new information.  In addition, I teach graduate courses on topics including market making, trading, and arbitrage.

3.      I have published numerous articles on the structure, design, and regulation of financial markets and how market participants—such as market makers, high-frequency traders, and institutional investors—affect price discovery and the liquidity of different financial markets. These articles have appeared in leading economics and finance journals, including the *Journal of Finance*, *Journal of Financial Economics*, *Review of Financial Studies*, and *Review of Economic Studies*.  Additionally, I received the New York Stock Exchange ("NYSE") Euronext Award from the Western Finance Association and the Nasdaq Award from the Financial Management Association for my research on equity trading and market microstructure.

4.      I teach undergraduate- and graduate-level courses on business analytics, information technology strategy, and high-frequency finance at the Haas School of Business.  I have served on the editorial boards of leading finance journals, including the *Journal of Finance*, *Journal of Financial Economics*, and *Journal of Financial Markets*.

5.      In addition to my academic work, I served as the visiting economist at the NYSE from 2005 to 2006, as a member of the Nasdaq Economic Advisory Board from 2004 to 2007, and as

chair of the Nasdaq Economic Advisory Board in 2007. I served as a member of the Commodity Futures Trading Commission's subcommittee of the Technology Advisory Committee focusing on High-Frequency Trading, and the Financial Industry Regulatory Authority's ("FINRA's") market surveillance advisory group. I have also consulted on issues related to market efficiency for a number of financial markets, high-frequency trading firms, and investment firms.

6. I am being compensated for my time and services on an hourly basis at my regular rate of $1,250 per hour. I was assisted in this matter by staff of Cornerstone Research, who worked under my direction. I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter. Neither my compensation in this matter, nor my compensation from Cornerstone Research, is in any way contingent or based on the content of my opinions or the outcome of this or any other matter.

## II.    Assignment and Summary of Allegations

7. I have been retained by counsel for QuantumScape Corporation ("QuantumScape"), Jagdeep Singh, Kevin Hettrich, and Timothy Holme (collectively the "Defendants") to review and assess the opinions put forth in the Expert Report of Matthew D. Cain, Ph.D., dated July 22, 2022 (the "Cain Report"). Specifically, I have been asked to evaluate whether Dr. Cain's analysis reliably demonstrates that QuantumScape's stock and options traded in efficient markets between November 27, 2020 and April 14, 2021, inclusive (the "Putative Class Period").[1] I have also been asked to evaluate whether Dr. Cain has specified a reliable damages methodology that can be applied on a class-wide basis and in a manner consistent with Plaintiffs' theory of liability in this matter. A list of the documents and data I have relied upon in forming my opinions is attached hereto as **Appendix B**.

8. I understand that Plaintiffs allege that Defendants made misrepresentations during the Putative Class Period that "(i) QuantumScape's technology was more developed and had better capabilities than it did in reality, (ii) that the 'science risk' of QuantumScape's technology was behind them, (iii) that its battery was 'ready for commercial deployment' and all that was needed

---

[1] Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, *In Re QuantumScape Securities Class Action Litigation*, July 14, 2022 ("Second Amended Complaint"), ¶ 1.

was to 'scale up production and make multilayer versions of these cells,' and (iv) that its battery exceeded what was capable in lithium-ion batteries."[2]  I also understand that Plaintiffs allege that "[t]he truth was revealed over two partial corrective disclosures when Dr. Morin, through *Seeking Alpha*, and Scorpion Capital published their findings on QuantumScape's test results and data."[3]

9.      I understand that Plaintiffs are seeking certification for a class defined as:

> All persons or entities that purchased or otherwise acquired QuantumScape securities between November 27, 2020 and April 14, 2021, inclusive ("Class Period"), and were damaged thereby. Excluded from the Class are QuantumScape and its subsidiaries and affiliates, the Individual Defendants, and any of the Defendants' or QuantumScape's respective officers and directors at all relevant times, and any of their immediate families, legal representatives, heirs, successors, or assigns, and any entity in which any Defendants has or had a controlling interest.[4]

## III.    Summary of Opinions

10.     Below I provide a summary of my opinions, the bases for which—including detailed explanations of my analyses, reasoning, and support—are outlined in the sections below.  The facts underlying many of these opinions are that QuantumScape's stock price behavior during parts of the Putative Class Period was extremely unusual and, by several important metrics, the most unusual of any stock listed on the NYSE.  QuantumScape's extremely unusual stock price behavior occurred during a period when its stock was extremely expensive to borrow, reaching a peak of over 400%, which is in the 99.99th percentile of borrowing costs.

11.     As explained further in Section IV, Dr. Cain fails to demonstrate that QuantumScape's stock and options traded in efficient markets throughout the Putative Class Period.[5]  Moreover, Dr. Cain ignores evidence inconsistent with market efficiency that contradicts his conclusions regarding market efficiency for QuantumScape's stock and options.

---

[2] Second Amended Complaint, ¶ 2.

[3] Second Amended Complaint, ¶ 2.

[4] Plaintiffs' Notice of Motion and Motion to Certify the Class, Appoint Class Representatives and Appoint Class Counsel and Memorandum of Points and Authorities in Support Thereof, *In Re QuantumScape Securities Class Action Litigation*, July 29, 2022 ("Motion for Class Certification"), p. 2.

[5] During the Putative Class Period, QuantumScape also had public warrants that were listed on the NYSE under the symbol "QS.WS."  Dr. Cain does not mention or offer opinions on QuantumScape's publicly traded warrants.  *See* QuantumScape Corporation, Form 10-K for Fiscal Year Ended December 31, 2020, Filed February 23, 2021, p. 2.

12.    Dr. Cain's core analysis that purports to directly test a cause-and-effect relationship between new company-specific information and movements in QuantumScape stock prices is fundamentally flawed, based on unscientific methods, and relies on unsupported assumptions.

a.  First, Dr. Cain's statistical model of QuantumScape's returns has no explanatory power for most of the Putative Class Period, and instead highlights the highly unusual stock price behavior of QuantumScape's stock, particularly during the period November 27, 2020 to January 4, 2021.  For example:

i.  For the vast majority (83%) of the Putative Class Period—November 27, 2020 to March 22, 2021—there is no statistical indication that the market index and industry index selected by Dr. Cain reliably explain *any* of the variation in QuantumScape's stock returns during this period.

ii.  Dr. Cain's regression using the fixed estimation window from November 25, 2020 to February 23, 2021 has an intercept of 1.6%, which would predict a 1.6% return each day in the absence of any movements in the market or the industry, or over 400% on an annualized basis.

iii.  The volatility of QuantumScape's stock returns after accounting for movements of Dr. Cain's market index is the *highest* of any NYSE-listed stocks during the period November 27, 2020 to January 4, 2021.

iv.  QuantumScape's stock price increased 134.7% over the six-trading-day window of December 15, 2020 to December 22, 2020, without any new, value-relevant information identified by Dr. Cain, and its cumulative residual return over this period shows the *largest increase* among all NYSE-listed stocks over this period.

b.  Second, Dr. Cain's "news – least news" test comparing stock returns on what he refers to as "Product Development and Earnings Announcement Dates" with stock returns on his "Least News Trading Days" primarily investigates the market for QuantumScape's stock *after* the Putative Class Period.  Only four of Dr. Cain's 12 (33.3%) Product Development and Earnings Announcement Dates occur during the Putative Class Period, and only one of his 13 (7.7%) Least News Trading Days occurs during the Putative Class Period, and that day is the last day

of the Putative Class Period—April 14, 2021. The results of the "news – least news" test are also not robust to Dr. Cain's ad hoc inclusion of QuantumScape's first trading day as a "Product Development Date" despite the absence of any news regarding product development on that date. As a result, Dr. Cain's purported analysis of a cause-and-effect relationship between new company-specific information and movements in stock prices rests on a biased and judgment-driven selection criteria that is neither objective nor replicable, and thus is fundamentally flawed and unreliable.

c. Third, Dr. Cain fails to analyze whether the direction of stock price movements was consistent with expectations in an efficient market during the Putative Class Period. On November 30, 2020, Bernstein issued an analyst report initiating coverage of QuantumScape stock with a highly unusual "Underperform" rating. Dr. Cain has identified no offsetting positive information entering the market that day. Yet, QuantumScape's stock price *increased* 27%. Dr. Cain calculates a residual return of 26.2%, which is *positive and statistically significant* according to his model. My analysis of returns of other NYSE-listed stocks shows that the 27% stock price increase in a single day on November 30, 2020 was highly unusual. Out of 1,486 NYSE-listed stocks, QuantumScape's residual return on November 30, 2020 was the third highest. The statistically significant stock price *increase* following *negative* information on QuantumScape on November 30, 2020 is inconsistent with market efficiency.

13. Dr. Cain also fails to account for other evidence that is inconsistent with market efficiency for QuantumScape's stock during the period November 27, 2020 to January 4, 2021. Specifically, the cost to borrow QuantumScape stock was extraordinarily high, reaching a high of 422.1% on December 22, 2020. By comparison, an October 14, 2021 report by the SEC found that "the securities of just 222 firms had lending fees greater than 100% at any point, accounting for just 0.01% of observations."[6] In other words, the cost to borrow QuantumScape stock was in the 99.99th percentile. This extraordinarily high borrowing cost created

---

[6] "Staff Report on Equity and Options Market Structure Conditions in Early 2021," *U.S. Securities and Exchange Commission*, October 14, 2021, footnote 84.

impediments for rapid and full incorporation of news into the stock price. When arbitrage constraints are binding (i.e., become severe enough to impede arbitrage), as they were in the case of QuantumScape, the stock can overreact to positive news and underreact, or fail to react, to negative news. For example, as noted above, QuantumScape's stock price *increased* 27% on November 30, 2020 when Bernstein initiated coverage with an "Underperform" rating, an extremely rare negative coverage initiation rating. The statistically significant stock price *increase* following *negative* information on QuantumScape on November 30, 2020 is inconsistent with market efficiency.[7] Dr. Cain's other analyses regarding QuantumScape's stock do not reliably demonstrate market efficiency in light of the issues identified above.

14. Dr. Cain does not offer an opinion on market efficiency for QuantumScape's options, let alone offer any analysis of market efficiency for each series of QuantumScape options.[8] Market efficiency cannot be merely presumed for each QuantumScape option series, without analysis. Even a cursory review of the data for QuantumScape's options reveals evidence inconsistent with market efficiency, which Dr. Cain ignores. Specifically, most of these option series traded rarely and had high bid-ask spreads. In addition, large, persistent, and asymmetric violations of put-call parity were present, particularly during the period November 27, 2020 to January 4, 2021, which is inconsistent with market efficiency.

15. Dr. Cain fails to present a methodology that is capable of measuring price inflation attributable only to the allegedly misrepresented or omitted information given the highly unusual circumstances of this case. In particular, he fails to demonstrate that an event study analysis could be reliably used to model inflation in light of his failure to demonstrate that QuantumScape's stock and options traded in efficient markets throughout the Putative Class Period. He also has not demonstrated that unspecified valuation "tools and techniques" can be used to disaggregate the price effects of short selling constraints on the alleged corrective disclosure dates and throughout the Putative Class Period.

---

[7] QuantumScape's stock return on November 30, 2020 was statistically significant according to Dr. Cain's event study regression analysis. *See* QuantumScape Exhibits.xlsx, tab "Reg," provided by Dr. Cain.

[8] Deposition of Matthew D. Cain, Ph.D., September 7, 2022 ("Cain Deposition"), 105:18–106:18.

**IV.    Dr. Cain Fails to Demonstrate That QuantumScape's Stock and Options Traded in Efficient Markets throughout the Putative Class Period**

16.    I understand from counsel that Plaintiffs must prove that the markets for QuantumScape's stock and each series of QuantumScape's options were efficient throughout the Putative Class Period; otherwise, Plaintiffs are not entitled to a class-wide presumption of reliance on the alleged misrepresentations.

17.    Below I discuss market efficiency from the perspective of a financial economist and evaluate Dr. Cain's opinions regarding market efficiency for QuantumScape's stock and options.

**A.    Market Efficiency from the Perspective of a Financial Economist**

18.    In an efficient market, "prices always 'fully reflect' available information."[9]  If investors execute trades in a security that trades in an efficient market, it can be presumed that the price at which the investors transact fully reflects all publicly available information.

19.    Early researchers on market efficiency developed what is referred to as the Efficient Market Hypothesis ("EMH").  Professor Eugene Fama of the University of Chicago, a principal developer of EMH, who was awarded the 2013 Nobel Prize in Economics, states that "[a]n efficient capital market is a market that is efficient in processing information.  The prices of securities observed at any time are based on 'correct' evaluation of all information available at that time.  In an efficient market, prices 'fully reflect' available information."[10]  In an efficient

---

[9] Fama, Eugene F. 1970. "Efficient Capital Markets: A Review of Theory and Empirical Work." *The Journal of Finance* 25 (2): 383–417, p. 383.

[10] Fama, Eugene F. 1976. Foundations of Finance: Portfolio Decisions and Securities Prices. Basic Books: New York, p. 133. Financial economists recognize market efficiency in three different forms:  weak-form efficiency, semi-strong form efficiency, and strong-form efficiency.  In a weak-form efficient market, investors cannot use historical information regarding a security's price and returns to predict future security price movements.  A semi-strong form efficient market indicates that historical prices and returns cannot be used to predict future price movements (as in weak-form efficient markets) and also that security prices quickly and fully adjust to reflect all new, value-relevant public information.  In a strong-form efficient market, security prices reflect not only all public information, as in semi-strong form efficient markets, but also any non-public information possessed by "any investor or groups (*e.g*., managements of mutual funds) [that] have monopolistic access to any information relevant for the formation of prices."  I restrict my discussion to the semi-strong form of market efficiency, which I understand is the most relevant to examine in this setting.  *See, e.g.*, Fama, Eugene F. 1970. "Efficient Capital Markets: A Review of Theory and Empirical Work." *The Journal of Finance* 25 (2): 383–417, p. 388.  *See* Fama, Eugene F. 1991. "Efficient Capital Markets:  II." *The Journal of Finance* 46 (5): 1575–1617, p. 1576.  Dr. Cain also testified that the relevant concept is the semi-strong form of market efficiency.  Cain Deposition, 107:16–21 ("[Q.] What's your operative definition of market efficiency?  A. I think, as a general rule, I would be pointing to semi-

market, new and unexpected value-relevant information is quickly and fully incorporated into the price of the security.[11] As Professor Fama (1991) states, "[t]he typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements," and that "[t]he result is so common that this work now devotes little space to market efficiency."[12]

20. The underlying rationale for why prices in an efficient market fully reflect all publicly available information is that the presence of competition among investors and the ability to trade on public information would quickly eliminate opportunities to profit on such information. Specifically, sophisticated investors can trade by exploiting "mispricing" of a security relative to similar financial instruments on different markets or in different forms, which is called "arbitrage."[13] By searching for and trading on mispricing (e.g., buying securities that are priced too low or selling securities that are priced too high given available public information), arbitrageurs ensure that public information is rapidly and fully reflected in the prices of securities.

21. Researchers have investigated the question of whether markets are efficient in various financial markets over the past 50 years. A large and growing body of academic research has documented evidence that even in an active and competitive security market, various frictions can result in the price of a security moving in a manner that is inconsistent with market efficiency. Specifically, the arbitrage activities described above are not costless or riskless in the real world. Funding constraints, transaction costs, and other various risks can dramatically affect arbitrageurs' incentives and effectiveness in ensuring that new information is impounded into securities prices in an efficient manner. As Professor Fama states in one of his seminal works:

---

strong form of market efficiency, which essentially states that widely available public information is quickly incorporated into stock prices.").

[11] *See, e.g.*, Patell, James M., and Mark A. Wolfson. 1984. "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements." *Journal of Financial Economics* 13 (2): 223–252, p. 223; Barclay, Michael J., and Robert H. Litzenberger. 1988. "Announcement Effects of New Equity Issues and the Use of Intraday Price Data." *Journal of Financial Economics* 21: 71–99; Greene, Jason T., and Susan G. Watts. 1996. "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases." *Financial Management* 25 (1): 19–42, p. 20; Busse, Jeffrey A., and T. Clifton Green. 2001. "Market Efficiency in Real Time." *Journal of Financial Economics* 65: 415–437, p. 415.

[12] Fama, Eugene F. 1991. "Efficient Capital Markets: II." *The Journal of Finance* 46 (5): 1575–1617, p. 1601.

[13] *See* Hull, John C. 2015. *Options, Futures and Other Derivatives*. 9th edition. Upper Saddle River, New Jersey: Pearson, p. 818.

> [T]hough transaction costs, information that is not freely available to all investors, and disagreement among investors about the implications of given information are not necessarily sources of market inefficiency, they are potential sources. And all three exist to some extent in real world markets. Measuring their effects on the process of price formation is, of course, the major goal of empirical work in this area.[14]

22.    The existence of such frictions is commonly referred to as the "limits of arbitrage," and academic literature has examined and discussed such constraints.[15] Empirical studies have investigated market frictions that impede prices from reflecting value-relevant information and have documented departures from efficiency for a wide variety of securities at various times. Examples of such frictions include, among others, funding constraints,[16] constraints on trading (e.g., short selling constraints),[17] constraints on investor attention,[18] and frictions and costs due to the processing of information.[19]

23.    Indeed, there is well-documented evidence that even securities that are well-covered, listed on exchanges, and traded in relatively liquid markets may not always be informationally efficient depending on how, when, and where the value-relevant information is made available to investors. For instance, in an efficient market, a security's price should incorporate public information fully; therefore, stale information should not affect it. Yet, there is evidence that

---

[14] Fama, Eugene F. 1970. "Efficient Capital Markets: A Review of Theory and Empirical Work." *The Journal of Finance* 25 (2): 383–417, p. 388.

[15] *See*, *e.g.*, Shleifer, Andrei, and Robert Vishny. 1997. "The Limits of Arbitrage." *The Journal of Finance* 52 (1): 35–55. *See also* Mitchell, Mark, et al. 2002. "Limited Arbitrage in Equity Markets." *The Journal of Finance* 57 (2): 551–584.

[16] *See*, *e.g.*, Shleifer, Andrei and Robert Vishny. 1997. "The Limits of Arbitrage." *The Journal of Finance* 52 (1): 35–55, pp. 36-37.

[17] *See, e.g*., D'Avolio, Gene. 2002. "The Market for Borrowing Stock." *Journal of Financial Economics* 66 (2): 271–306, p. 274; Stambaugh, Robert F., et al. 2012. "The short of it: Investor sentiment and anomalies." *Journal of Financial Economics* 104 (2): 288–302, p. 289.

[18] Hirshleifer et al. (2009) show that a stock incorporates new earnings-related information more slowly if there are contemporaneous earnings announcements made by other firms on the same day. *See* Hirshleifer, David, et al. 2009. "Driven to Distraction: Extraneous Events and Underreaction to Earnings News." *The Journal of Finance* 64 (5): 2289–2325, p. 2289.

[19] In this context, Professors Grossman and Stiglitz state that "because information is costly, prices cannot perfectly reflect the information which is available, since if it did, those who spent resources to obtain it would receive no compensation." *See* Grossman, Sanford J., and Joseph E. Stiglitz. 1980. "On the impossibility of informationally efficient markets." *The American Economic Review* 70 (3): 393–408, p. 405. *See also* Cohen, Lauren, and Dong Lou. 2012. "Complicated firms." *Journal of Financial Economics* 104 (2): 383–400.

markets do sometimes react to republication of stale news.[20]  There is also evidence that security prices can fail to fully and quickly reflect information from earnings announcements.[21]  Other examples of security prices exhibiting behavior inconsistent with market efficiency involve the violation of "the law of one price"—that is, in an efficient market, if two securities have the same underlying cash flows, they must have the same price as otherwise market participants (e.g., arbitragers) would take advantage of this price divergence, causing the prices to quickly converge.[22]

> ### B.    Dr. Cain Has Provided No Reliable Basis to Conclude That QuantumScape Stock Traded in an Efficient Market throughout the Putative Class Period and Ignores Evidence That Is Inconsistent with Market Efficiency

24.     To assess market efficiency for QuantumScape's stock, Dr. Cain analyzed:  (1) the five *Cammer* Factors (average weekly trading volume, analyst coverage, market makers, SEC form S-3 filing eligibility, and the cause-and-effect relationship between new company-specific information and movements in stock prices); (2) three additional *Krogman* Factors (market capitalization, bid-ask spread, and public float); and (3) three additional factors (institutional ownership, autocorrelation, and presence of options trading).[23]  As detailed below, Dr. Cain's analyses do not provide reliable evidence that QuantumScape's stock traded in an efficient market throughout the Putative Class Period.

---

[20] *See* Tetlock, Paul C. 2011. "All the News That's Fit to Reprint:  Do Investors React to Stale Information?" *The Review of Financial Studies*, 24 (5): 1481–1512.  Researchers have also found that publication in a major newspaper of news previously discussed in specialized publications can have a large effect on the stock price, which is inconsistent with the EMH.  *See* Huberman, Gur, and Tomer Regev. 2001. "Contagious Speculation and a Cure for Cancer:  A Nonevent that Made Stock Prices Soar." *The Journal of Finance* 56 (1): 387–396.

[21] *See, e.g.*, Bernard, Victor L., and Jacob K. Thomas. 1989. "Post-Earnings Announcement Drift: Delayed Price Response or Risk Premium?" *Journal of Accounting Research* 27: 1–36; Defond, Mark L., and Jieying Zhang. 2014. "The Timeliness of the Bond Market Reaction to Bad Earnings News." *Contemporary Accounting Research* 31 (3): 911–936.

[22] Professors Lamont and Thaler document examples of large capitalization stocks violating the law of one price. *See, e.g.*, Lamont, Owen A., and Richard H. Thaler. 2003. "Can the Market Add and Subtract?  Mispricing in Tech Stock Carve-Outs." *The Journal of Political Economy* 111 (2): 227–268, pp. 230–231; Lamont, Owen A., and Richard H. Thaler. 2003. "The Law of One Price in Financial Markets." *The Journal of Economic Perspectives* 17(4): 191–202.

[23] Dr. Cain describes this basket of tests as "(1) benchmarks established by courts; (2) scientific tests of statistical significance; and/or (3) findings from peer-reviewed published academic research."  Cain Report, ¶ 24.

1. **Dr. Cain's Core Analysis Fails to Reliably Demonstrate a Cause-and-Effect Relationship between New Company-Specific Information and Movements in Stock Prices throughout the Putative Class Period**

25. Dr. Cain provides a single analysis that purports to directly test market efficiency, which Dr. Cain defines as "a market in which publicly available information is quickly reflected in a security's market price."[24] Dr. Cain's core analysis purports to compare the frequencies of statistically significant stock returns on a set of "news" days to a set of "least news" days.[25] Dr. Cain provides this analysis under his discussion of *Cammer* Factor 5, which, from the perspective of a financial economist, is the only factor that directly assesses whether there is a cause-and-effect relationship between the release of new, value-relevant information and a security's price response. Dr. Cain similarly acknowledges that "courts have agreed that this factor represents a significant indication of market efficiency," and cites to a court opinion that "[e]vidence that unexpected corporate events or financial releases cause an immediate response in the price of a security has been considered 'the most important[] *Cammer* factor.'"[26] Professor Fama also writes that "[t]he cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns."[27]

26. Specifically, the only direct evidence Dr. Cain provides to purportedly demonstrate a cause-and-effect relationship between new company-specific information and movements of stock prices is a comparison of frequencies of statistically significant stock returns and of average absolute residual returns on 12 Product Development and Earnings Announcement Dates to 13 Least News Trading Days. Dr. Cain conducts an event study regression analysis by isolating portions of QuantumScape's stock return that are company-specific from those portions that are explained by returns of the S&P 500 Total Return Index (his "Market Index") and the S&P Composite 1500 Auto Components Total Return Index (his "Industry Index").[28] He uses a

---

[24] Cain Report, ¶ 20.

[25] Cain Report, ¶¶ 59-60. Dr. Cain also purports to compare QuantumScape's stock trading volumes on a set of "news" days to a set of "least news" days. Cain Report, ¶ 60. However, this comparison does not address whether stock *prices* quickly and fully reflect all publicly available information.

[26] Cain Report, ¶ 46 and footnote 49. Dr. Cain also testified that "[s]o I think some courts have articulated that [*Cammer* Factor 5] can be considered the most important factor by some courts." Cain Deposition, 126:6–8.

[27] Fama, Eugene. 1991. "Efficient Capital Markets: II." *The Journal of Finance* 16 (5): 1575–1617, p. 1607.

[28] Although Dr. Cain states that his fixed estimation window reflects "the first 60 days of the Class Period," Dr. Cain's fixed estimation window contains the first 60 trading days beginning with November 25, 2020, the

fixed estimation window for the first 60 trading days of his analysis (from November 25, 2020 to February 23, 2021), and then a rolling estimation window of the prior 60 trading days for each date beginning on February 24, 2021.[29]  He conducts his analysis from the beginning of the Putative Class Period through one calendar year after the Putative Class Period (his "Analysis Period"), purportedly to "enhance the power of the statistical testing."[30]

27.    Dr. Cain selects 12 Product Development and Earnings Announcement Dates, which he defines as dates when "QuantumScape issued press releases that reported quarterly financial results or announced test results, new data, or information related to the potential future success of QuantumScape's product, including the announcement of the completion of the business combination."[31]  He also selects 13 Least News Trading Days, which "were identified as dates with no Factiva headlines, SEC filings, or analyst reports during the Analysis Period."[32]

28.    Finally, Dr. Cain compares the 12 Product Development and Earnings Announcement Dates to the 13 Least News Trading Days across three metrics:  (1) the percentage of days with statistically significant stock price movements, (2) the average absolute value of stock price movements, and (3) the average daily trading volume.[33]  Dr. Cain concludes that "relative to other trading days, QuantumScape's Product Development and Earnings Announcement Dates caused a significantly greater proportion of statistically significant stock price movements, absolute levels of price changes, and increases in trading volume," and that "[t]his finding establishes a clear cause-and-effect relationship between new company-specific information and QuantumScape Common Stock price movements."[34]

29.    As discussed in the following sections, Dr. Cain's "news – least news" analysis is fundamentally flawed, based on unscientific methods, and relies on unsupported assumptions.

---

trading day prior to the Putative Class Period.  Dr. Cain also excludes from his estimation the Product Development and Earnings Announcement Dates and the alleged corrective disclosure dates.  Cain Report, ¶ 54 and footnote 55.

[29] Cain Report, ¶ 54.

[30] Cain Report, footnote 50.

[31] Cain Report, ¶ 48.

[32] Cain Report, footnote 53.

[33] Cain Report, ¶¶ 59–61, Exhibit 7.

[34] Cain Report, ¶ 62.

a)    **Dr. Cain's Statistical Model of QuantumScape Returns Has No Explanatory Power for the Majority of the Putative Class Period**

30.    As discussed above, the first step in Dr. Cain's purported test of a cause-and-effect relationship between new company-specific information and movements in stock prices is a statistical analysis called linear regression.  Dr. Cain states, "[t]hrough this regression model, an economist can model the predicted daily return of the relevant security, based on market and industry returns."[35]  Dr. Cain's model of "predicted" returns has highly unusual properties and highlights the unusual behavior of QuantumScape's stock price during much of the Putative Class Period.

31.    Dr. Cain summarizes the coefficients from his fixed-to-rolling regression model in his Exhibit 4 and opines that "movements of the Market Index and the Industry Index help explain movements in QuantumScape's stock price."[36]  However, Dr. Cain does not appear to evaluate whether his regression models actually "help explain movements" in QuantumScape's stock price.  Specifically, as shown in **Exhibit 1**, Dr. Cain's fixed-to-rolling regression models for the vast majority of the Putative Class Period—November 27, 2020 to March 22, 2021, or 83% of trading days during the Putative Class Period—have statistically *insignificant* coefficients for the Market Index and the Industry Index when measured individually, and the "overall" F-statistics for the regressions fail to reject the hypothesis that both of the coefficients are zero.[37]  In other words, there is no statistical indication that the Market Index and Industry Index reliably explain *any* of the variation in QuantumScape's stock returns during this period.  Consistent with this finding, the adjusted R-squared, which measures the fraction of the variation in QuantumScape's stock return explained by the Market Index and Industry Index, is *negative* for the regression models for November 27, 2020 to February 26, 2021, and very low for March 1, 2021 to March 22, 2021 (ranging from 0.04% to 4.23%).  In other words, Dr. Cain's regression models over this period have no explanatory power.

---

[35] Cain Report, ¶ 51.

[36] Cain Report, ¶ 55.

[37] Stock, James H., and Mark W. Watson. 2006. *Introduction to Econometrics*. 2nd edition, pp. 227–229 ("The F-statistic is used to test joint hypothesis about regression coefficients.… The 'overall' regression F-statistics tests the joint hypothesis that *all* the slope coefficients are zero.… Under this null hypothesis, none of the regressors explain any of the variation in [the dependent variable], although the intercept … can be nonzero.").

32.    Dr. Cain's regression intercept, which measures the average daily return after accounting for the market and industry movements, also has a highly unusual property.  In Dr. Cain's regression using the fixed estimation window from November 25, 2020 to February 23, 2021, the intercept is 1.6%.  In other words, Dr. Cain's regression model would predict a 1.6% return each trading day in the absence of any movements in the market or the industry, or over 400% on an annualized basis.[38]  I am not aware of any asset pricing model that predicts a return over 400% per annum for a stock with returns that are not correlated with market and industry indices.  Dr. Cain's regression results highlight the unusual behavior of QuantumScape's stock price during much of the Putative Class Period.

33.    To illustrate further the highly unusual behavior of QuantumScape's stock price during much of the Putative Class Period, I have compared QuantumScape's stock price behavior to all other NYSE-listed stocks.  As shown in **Exhibit 2A**, I replicated Dr. Cain's regression model for his fixed estimation window of November 25, 2020 to February 23, 2021, but using only a one-factor model with the Market Index.[39]  The resulting regression has an adjusted R-squared of -0.68% and an intercept of 1.71%.[40]  I then estimated the same one-factor regression model for all 1,486 other NYSE-listed stocks for November 25, 2020 to February 23, 2021.[41]  For all other NYSE-listed stocks, only 14.9% had a negative adjusted R-squared for this period.  At the same time, the 1.71% intercept is the 17th highest among all 1,486 NYSE stocks, placing it in the 99th percentile.

34.    Moreover, QuantumScape's stock price behavior compared to other NYSE-listed stocks is even more highly unusual during the period November 27, 2020 to January 4, 2021.  In **Exhibit 2B**, I calculate the standard deviation of the residual returns, which is a measure of the stock price volatility, from the one-factor regression models described above for the period

---

[38] There are approximately 252 trading days in a typical year (252 * 1.6% = 401.3%).

[39] I use a one-factor model to enable easy comparison to all other NYSE-listed stocks.  Utilizing a two-factor model following Dr. Cain's methodology for QuantumScape would require determining an industry index for every NYSE-listed stock in the sample.  Consistent with Dr. Cain's approach, I exclude Dr. Cain's Product Development and Earnings Announcement Dates and alleged corrective disclosure dates from the estimation (November 27, 2020, December 8, 2020, January 4, 2021 and February 17, 2021).

[40] This is consistent with the adjusted R-squared from Dr. Cain's two-factor regression for this period of -0.97%.

[41] Using data from *CRSP*, I analyze all NYSE-listed ordinary common shares for companies incorporated both in and outside the U.S., excluding ADRs, REITs, ETFs, and closed-end funds.  The analysis includes only companies that had available returns data on each trading day during the Putative Class Period.

November 27, 2020 to January 4, 2021 for QuantumScape and all other NYSE-listed stocks. As shown in **Exhibit 2B**, QuantumScape's residual standard deviation is 21.7%, which is the highest among all NYSE-listed stocks.[42]

35.    As a final piece of evidence, I note that QuantumScape's closing stock price increased from $56.10 on December.14, 2020 to $131.67 on December 22, 2020, an increase of 134.7% in only six trading days. Dr. Cain does not identify any new, value-relevant information released during this period that potentially explains such an extreme price pattern.[43] As discussed above, Dr. Cain's two-factor regression (that attempts to control for co-movements with his Market Index and Industry Index) and my one-factor regression (that attempts to control for co-movements with his Market Index) have unusually high intercepts. Even when I use this high intercept and the coefficient on the Market Index to adjust QuantumScape's returns down, its cumulative residual return from December 15, 2020 to December 22, 2020 is still extremely high. As shown in **Exhibit 2C**, QuantumScape's 118.4% cumulative residual return during this six-trading-day period was the largest among all NYSE-listed stocks.[44]

> **b)**    **Dr. Cain's "News – Least News" Test Is Unsupported and Fails to Reliably Establish a Cause-and-Effect Relationship during the Putative Class Period**

36.    Dr. Cain's "news – least news" test for assessing a cause-and-effect relationship between new company-specific information and movements in stock prices primarily investigates the market for QuantumScape's stock *after* the Putative Class Period, and his results are not robust to the ad hoc inclusion of QuantumScape's first trading day as a "Product Development Date"

---

[42] If January 4, 2021 is excluded and therefore the sample is limited to the period November 27, 2020 to December 31, 2020, QuantumScape's residual standard deviation is 19.7%, which is the second highest among all NYSE-listed stocks.

[43] As discussed in Section IV.B.2, there are statistically significant stock price increases on December 21 and 22, 2020 according to Dr. Cain's regression model that do not appear to reflect new, value-relevant information about QuantumScape. In addition, there is evidence of short selling constraints that are inconsistent with market efficiency during this period.

[44] QuantumScape's cumulative residual return is calculated as the compounded sum of residual returns from December 15, 2020 to December 22, 2020. Daily residual returns are estimated using the regression of QuantumScape returns on returns of the S&P 500 Total Return Index for the period from November 25, 2020 to February 23, 2021, excluding Dr. Cain's Product Development and Earnings Announcement Dates and alleged corrective disclosure dates (November 27, 2020, December 8, 2020, January 4, 2021 and February 17, 2021). The same methodology is used to estimate cumulative residual returns of other NYSE stocks.

despite the absence of any news regarding product development on that date.  As a result, Dr. Cain's purported analysis of a cause-and-effect relationship between new company-specific information and movements in stock prices rests on a biased and judgment-driven selection criteria that is neither objective nor replicable, and thus is fundamentally flawed and unreliable.

37.     Dr. Cain cites no support for his test comparing the frequencies of statistically significant returns on Product Development and Earnings Announcement Dates to Least News Trading Days.[45]  From the perspective of an economist, this type of "news – least news" analysis is a threshold test at best and is not sufficient to determine whether the market for a security is efficient.  In particular, this type of test only evaluates whether the volatility of price movements is larger on so-called "news" days, but it does not evaluate whether the stock price movements are rapid and consistent with the value relevance of the new information disclosed to the market, which is crucial to assessing if a price "fully" and "rapidly" reflects information.  In fact, Professor Fama states that "volatility" tests effectively akin to Dr. Cain's "news – least news" test are insufficient tests of market efficiency because these types of tests "give no help on the central issue of whether the variation in expected returns is rational."[46]

38.     Moreover, the majority of days Dr. Cain analyzes in his "news – least news" test fall *outside* the Putative Class Period.  Specifically, as shown in **Exhibit 3A and Exhibit 3B**, only four of Dr. Cain's 12 (33.3%) Product Development and Earnings Announcement Dates occur during the Putative Class Period, and only one (the last day of the Putative Class Period— April 14, 2021) of his 13 (7.7%) Least News Trading Days occurs during the Putative Class

---

[45] Dr. Cain confusingly testified that the support in the academic literature for his "news – least news" test is "essentially what an event study is, which has been widely used in academic research, including a number of my own academic studies."  Cain Deposition, 130:11–13.  However, standard textbook descriptions of event studies do not mention this test.  *See, e.g.*, Campbell, John Y., et al. 1997. "Event-Study Analysis," in *The Econometrics of Financial Markets*. New Jersey: Princeton University Press, pp. 149–180.  Dr. Cain provides no basis for equating his "news – least news" analysis with the literature on event studies.  As discussed above, Dr. Cain first estimates a series of event study regression models, and then uses the residual returns estimated using the event study regression models as a second step to conduct his separate "news – least news" test.  During his testimony, Dr. Cain also identified as support for his "news – least news" test two of his own publications, "How Corporate Governance Is Made: The Case of the Golden Leash" and "Information Production by Investment Banks: Evidence from Fairness Opinions."  Cain Deposition, 130:14–22.  However, while both publications utilize an event study analysis, neither publication employs a "news – least news" test.  *See* Cain, Matthew D., et al. 2016. "How Corporate Governance Is Made: The Case of the Golden Leash." *University of Pennsylvania Law Review* 164: 649–702; Cain, Matthew D., and David J. Denis. 2013. "Information Production by Investment Banks: Evidence from Fairness Opinions." *The Journal of Law and Economics* 56 (1): 245–280.

[46] Fama, Eugene. 1991. "Efficient Capital Markets: II." *The Journal of Finance* 16 (5): 1575–1617, p. 1586.

Period.  Accordingly, the vast majority of Dr. Cain's purported evidence of a cause-and-effect relationship between new company-specific information and movements in stock prices relates to the period *after* the Putative Class Period.  While Dr. Cain appears to motivate his use of primarily post-Putative Class Period data as an effort to "enhance the power of the statistical testing,"[47] doing so merely highlights the limitations and unreliability of his analysis.  From an economic perspective, market efficiency should be evaluated for the specific time period at issue, and thus, setting aside all other issues with Dr. Cain's analysis, his test results do not provide reliable evidence of market efficiency *during* the Putative Class Period.  As Dr. Cain testified, the market for a company's stock can be efficient at some points in time and inefficient at others.[48]

39.    In addition, Dr. Cain's results depend on his unsupported inclusion of November 27, 2020 as a "Product Development Date."  Dr. Cain motivates his selection of Product Development Dates by citing a paper he co-authored and stating that "[b]asic finance theory demonstrates that for early-stage, pre-revenue, and unprofitable companies, non-financial updates about progress towards development of key products often represent the most value-relevant source of company-specific information for investors."[49]  However, Dr. Cain does not demonstrate that QuantumScape released *any* new information or updates about its progress towards development of key products on November 27, 2020.  Instead, QuantumScape's press release disclosed that the previously-announced merger between the special purpose acquisition company ("SPAC") Kensington Capital Acquisition Corp. ("Kensington") and then-private QuantumScape Corporation (the "De-SPAC Transaction") closed, and post-merger QuantumScape stock began trading on this day, but does not appear to contain new product development information for QuantumScape.[50]  Dr. Cain testified that the first day of trading on

---

[47] Cain Report, footnote 50.

[48] Cain Deposition, 180:20–23 ("Q. Is it possible for the -- a market for a company's stock to be efficient at some point in time and inefficient at other points in time?  A. Yes.").

[49] Cain Report, ¶ 48.

[50] For example, Plaintiffs identify that QuantumScape's November 27, 2020 press release stated that its "solid-state lithium-metal batteries are designed to be safer, and to deliver greater range, faster charge times and improved cycle life, than today's lithium-ion battery technology."  Second Amended Complaint, ¶¶ 163–165.  However, QuantumScape's September 3, 2020 press release announcing the proposed merger with Kensington similarly stated that "[b]y enabling greater range and much faster charge times, we believe QuantumScape's technology will assist EVs in becoming significantly more competitive with traditional internal combustion engine vehicles, paving the way for greater adoption and a greener future," and its Form S-4 filed on September 21, 2020 similarly stated that its

the NYSE for a company after a de-SPAC transaction is often associated with a statistically significant stock return.[51]  He presents no evidence that the De-SPAC Transaction close was unexpected much less that it reflected "product development" news.[52]  Dr. Cain further testified that there was also a CNBC interview on November 27, 2020,[53] but the interview does not appear to contain new product development information for QuantumScape.[54]  Thus, Dr. Cain treats November 27, 2020 as a Product Development and Earnings Announcement Date even though this day did not have any product development or earnings news, and acknowledges that this day is likely to have a statistically significant stock return regardless.  Dr. Cain's analytical approach is unscientific, and his purported "news – least news" test fails when correcting for the ad hoc inclusion of November 27, 2020.

40.     Specifically, Dr. Cain's test results are not robust to the exclusion of November 27, 2020.  As discussed above, as an economic matter, Dr. Cain's "news – least news" test cannot demonstrate whether the market for a security is efficient, because the test focuses on differences

---

solid-state lithium-metal battery "is being designed to offer greater energy density, longer life, faster charging, and greater safety when compared to today's conventional lithium-ion batteries."  *See* "Next-Gen Battery Company QuantumScape to List on NYSE through Merger with Kensington Capital Acquisition Corp.," *QuantumScape Corporation*, September 3, 2020, 9:25am ET; QuantumScape Corporation, Form S-4, September 21, 2020, p. 10; "QuantumScape Corporation and Kensington Capital Acquisition Corp. Announce Closing Of Business Combination; QuantumScape To Trade On NYSE Under Ticker 'QS' Beginning on November 27," *QuantumScape Corporation*, November 27, 2020, 6:00am ET.

[51] Cain Deposition, 119:10–13 (November 27, 2020 "was also the -- I believe the first day of trading on the New York Stock Exchange, which is often associated with a SPAC; a significant return on that first day.").

[52] Indeed, the De-SPAC Transaction proposal was made public long before the shareholder vote on the transaction, there were no dissenting proposals, and the traded price of QuantumScape stock the day before the De-SPAC Transaction close was $23.50, well above the price of approximately $10.00 that investors in the predecessor SPAC (Kensington) could redeem shares prior to the transaction completion.  *See* QuantumScape Corporation, Form 424B3, November 12, 2020, p. 16.  If the market for QuantumScape stock was efficient, as Dr. Cain asserts, then this price differential is reflective of high market confidence that the De-SPAC Transaction would close.

[53] Cain Deposition, 118:25–119:16, 131:13–19.

[54] For example, Plaintiffs identify as alleged misrepresentations that QuantumScape CEO Jagdeep Singh stated in a CNBC interview that the "fundamental science risk is behind us," and that the time prior to first revenue would be spent "ramping up production" and doing the "final automotive qualification process.…"  Second Amended Complaint, ¶¶ 161–162.  However, in a CNBC interview on September 3, 2020, CEO Singh similarly stated that "the science risk is obviously behind us," that the SPAC merger "allows us to fund to the start of start of production," and that "the reason why the revenue is a few years out has to do with the automotive qualification process and not as much the fundamental technology readiness."  *See* "Bill Gates-backed vehicle battery supplier to go public through SPAC deal," *CNBC*, September 3, 2020, https://www.cnbc.com/2020/09/03/bill-gates-backed-ev-battery-supplier-to-go-public-through-spac-deal.html.  Notably, the Cain Report (¶ 48) states that Dr. Cain selected the Product Development and Earnings Announcement Dates based on QuantumScape's press releases.  Given Dr. Cain's stated selection criterion, it is unclear how his reference to an interview on November 27, 2020, that was not included in QuantumScape's press release, would serve as a justification for classifying this day as "news" day.

in the incidence of statistically significant returns between two groups of days and does not evaluate whether the stock price reactions were rapid or full.  However, when the test finds no statistically significant difference in the frequencies of statistically significant returns between "news" days and "least news" days, it means that the test provides no evidence that securities prices incorporated information quickly or fully, as is required for the market to be efficient.  As shown in **Exhibit 4A**, Dr. Cain's Fisher's Exact test fails to find a statistically significant difference between Product Development and Earnings Announcement Dates and Least News Trading Days merely when excluding November 27, 2020 from his list of Product Development and Earnings Announcement Dates.  As shown in **Exhibit 4B**, it also fails to find a statistically significant difference in residual returns when applied only to the dates within the Putative Class Period (with and without the inclusion of November 27, 2020 as a Product Development Date).

41.    In addition, at his deposition, Dr. Cain testified that his inclusion of November 27, 2020 incorporated the fact that the close of the De-SPAC Transaction was an important "liquidity event" and reflected "access to the capital markets, which is going to fund the development of the company's products."[55]  However, in his report, Dr. Cain states that he excluded liquidity events that reflected QuantumScape's access to the capital markets, and provides QuantumScape's March 22, 2021 announcement of a proposed stock offering as an example.[56] Dr. Cain provides no reliable basis for including November 27, 2020 as a "product development date" because it reflected access to the capital markets to fund its product development and yet excluding QuantumScape's March 22, 2021 announcement that it was accessing the capital markets to fund its development.[57]  As shown in **Exhibit 4C**, had Dr. Cain included QuantumScape's March 22, 2021 stock offering as a Product Development Date—as he did for November 27, 2020—his Fisher's Exact test fails to find a statistically significant difference in

---

[55] Cain Deposition, 132:10–133:8.

[56] Cain Report, footnote 51 ("Examples of QuantumScape press releases that I did not identify as Product Development and Earnings Announcement Dates during the Analysis Period included … news related to public offerings (e.g., "QuantumScape Announces Proposed Public Offering of Class A Common Stock," Business Wire, March 22, 2021).").

[57] QuantumScape stated that it "intends to use the net proceeds it receives from the offering to build a larger QS-0 pre-pilot line than recently announced; to cover its full share of equity contributions to its joint venture with VW for the previously disclosed 20GWh expansion of QS-1 joint manufacturing facility; and for working capital and general corporate purposes."  QuantumScape Press Release, "QuantumScape Announces Proposed Public Offering of Class A Common Stock," March 22, 2021, 5:07pm ET.

residual returns between Product Development and Earnings Announcement Dates and Least News Trading Days.[58]

42.     Dr. Cain also compares average absolute residual return and the average daily trading volume on Product Development and Earnings Announcement Dates to Least News Trading Days using a t-test.[59]  However, differences in means analysis using a t-test is discouraged for small samples (e.g., less than 30 observations) and when the observations are drawn from samples with different variances.[60]  Because Dr. Cain's test compares absolute values of residual returns between "news" and "least news" days, his test compares volatilities of residual returns for the two sets.  However, Dr. Cain's result (inequality of volatilities) is inappropriately built into the design of his test.  As shown in **Exhibit 3B**, Dr. Cain's regression analysis demonstrates a substantial decrease in the standard deviation of the errors (i.e., a measure of residual variance) for QuantumScape's stock price over his Analysis Period.[61]  Three of Dr. Cain's 12 "news" days and none of his 13 "least news" days fall within the period of extremely high standard deviation of daily residual returns – almost 12%.  Yet, his test of equality of average absolute residual returns assumes equal variances across "news" and "least news" days as the test baseline.

---

[58] The November 27, 2020 announcement reflected the closing of the previously-announced De-SPAC Transaction. For QuantumScape's proposed stock offering, it announced the proposed stock offering after market close on March 22, 2021, the pricing of the offering on March 25, 2021, and the closing of the offering after market close on March 29, 2021.  As shown in **Exhibit 4C**, Dr. Cain's Fisher's Exact test fails to find a statistically significant difference between Product Development and Earnings Announcement Dates and Least News Trading Days if any of these dates were selected for the announcement of the offering.  *See* QuantumScape Press Release, "QuantumScape Announces Proposed Public Offering of Class A Common Stock," March 22, 2021, 5:07pm ET; QuantumScape Press Release, "QuantumScape Announces Pricing of Public Offering of Class A Common Stock," March 25, 2021, 9:00am ET; QuantumScape Press Release, "QuantumScape Announces Closing of Public Offering of Class A Common Stock and Full Exercise of Option to Purchase Additional Shares," March 29, 2021, 4:15pm ET.

[59] Cain Report, Exhibit 7.

[60] *See* Kenkel, James L., *Introductory Statistics for Management and Economics*, 4th edition, 1996, p. 478 ("If the population variations are unknown but the sample sizes $n_1$ and $n_2$ are large (say, 30 or more), then, to a good approximation, tests for the difference between population means can be performed by replacing the population variances by the observed sample variances…").  *See also* Siegel, Sidney. 1957. "Nonparametric statistics." *The American Statistician* 11 (3): 13–19, p. 18; Stock, James H., and Mark W. Watson. 2006. *Introduction to Econometrics*. 2nd edition, pp. 88–92.

[61] Dr. Cain's Product Development and Earnings Announcement Dates are November 27, 2020, December 8, 2020, February 17, 2021, April 1, 2021, May 12, 2021, July 28, 2021, October 27, 2021, October 28, 2021, November 16, 2021, January 13, 2022, January 27, 2022 and February 17, 2022.  Dr. Cain's Least News Trading Days are April 14, 2021, June 11, 2021, June 18, 2021, July 1, 2021, July 14, 2021, August 27, 2021, October 19, 2021, October 22, 2021, November 2, 2021, November 24, 2021, November 30, 2021, December 21, 2021 and January 12, 2022.

c)      **Dr. Cain Fails to Analyze Whether the Direction of Stock Price Movements Was Consistent with Expectations in an Efficient Market**

43.     Dr. Cain's "news – least news" test does not consider whether the direction of the price movement was consistent with market efficiency during the Putative Class Period.  As discussed above, Dr. Cain's analysis is a weak threshold test of market efficiency.  While the test could potentially help *reject* market efficiency if it does not find a statistically significant difference in frequencies of statistically significant returns on "news" compared to "least news" days, the test does not establish market efficiency in and of itself.  Market efficiency requires that a stock price fully and rapidly incorporate all new, value-relevant public information in an unbiased manner, which includes price reactions that are consistent with the direction and magnitude of the value-relevant information.  Dr. Cain's test does not attempt to measure whether QuantumScape's stock price reacted to information in a manner consistent with market efficiency.  Either an outsized statistically significant stock price reaction in the direction of news or a statistically significant stock price reaction in the direction *opposite* of news (e.g., a large price increase following negative, value-relevant information) would contradict a finding of market efficiency, but would be flagged as evidence of market efficiency by Dr. Cain's purported test.

44.     Dr. Cain does not address such evidence during the Putative Class Period that is inconsistent with market efficiency.  On November 30, 2020, the only new information appears to be an analyst report published by Bernstein prior to market open that was initiating coverage of QuantumScape stock.[62]  Bernstein initiated coverage with an "Underperform" rating and a price target of $28, well below QuantumScape's prior day closing price of $37.00.[63]  Dr. Cain's *Factiva* search file contained 11 headlines for November 30, 2020, but Dr. Cain does not appear to have reviewed the underlying articles.[64]  I have reviewed these articles and was unable to find new, positive, value-relevant information concerning QuantumScape.  Two of the articles with

---

[62] "08:01 EST QuantumScape initiated with an Underperform at Bernstein…," *Theflyonthewall.com*, November 30, 2020.

[63] "QuantumScape: The future is solid, but significant hurdles remain; Initiating Underperform, TP $28," *Bernstein*, November 30, 2020.  Bernstein notes that it has three categories of ratings, with "Underperform" being the lowest and defined as "Stock will trail the performance of the market index by more than 15 pp in the year ahead."  Prior day closing price is from *CRSP*.

[64] "Class Period Factiva Output.xlsx," provided by Dr. Cain.  *See* Cain Deposition, 170:14–171:7.

headlines similar to "Stock Alert: QuantumScape Jumps To New 52-week High" merely report on QuantumScape's stock price change without discussing any new information released.[65]  Five of the articles report on the fact that the De-SPAC Transaction closed on the prior trading day, November 27, 2020.[66]  One article is titled "SPACs Have a Hidden Risk That Investors Need to Know About," and cautions investors "to check the pro-forma shares outstanding before getting too excited."[67]  The remaining three articles report that Bernstein issued its report with an "Underperform" rating and a price target of $28 per share.[68]  Despite the new "Underperform" rating of QuantumScape and no offsetting positive news, QuantumScape's stock price *increased* 27%.  Dr. Cain calculates a residual return of 26.2%, which is *positive and statistically significant* according to Dr. Cain's regression analysis.[69]  Underperform or "sell"[70] ratings are very unusual for equity analyst firms,[71] including for reports that are initiating coverage.[72]  Moreover, academic literature has documented statistically significant and directionally consistent stock price reactions to "buy" and "sell" ratings,[73] including for coverage initiation

---

[65] "Stock Alert: QuantumScape Jumps To New 52-week High," *RTT News*, November 30, 2020; "46 Stocks Moving In Monday's Mid-Day Session," *Benzinga.com*, November 30, 2020, 12:06pm ET.

[66] *See*, *e.g.*, "QuantumScape and Kensington Capital closes business combination," *FinancialWire*, November 30, 2020.

[67] "SPACs Have a Hidden Risk That Investors Need to Know About," *Barron's Online*, November 30, 2020, 2:06pm ET.

[68] *See*, *e.g.*, "QuantumScape Corporation Class A Common Stock Initiated at Underperform by Bernstein," *Dow Jones Institutional News*, November 30, 2020, 9:10am ET.

[69] QuantumScape Exhibits.xlsx, tab "Reg," provided by Dr. Cain.

[70] Bernstein notes that "[f]or purposes of the Market Abuse Regulation (MAR) and the FINRA Rule 2241,… 'Underperform' is classified as a Sell."  "QuantumScape: The future is solid, but significant hurdles remain; Initiating Underperform, TP $28," *Bernstein*, November 30, 2020.

[71] For example, one study evaluating 1,126 equity analyst reports published during 1997–1999 finds:  "Consistent with other studies and recent press reports, we find that analysts rarely issue sell or strong sell recommendations. Line 2 of Table 1, Panel A, shows that only 0.5% of the recommendations in our sample fall into these two categories. In contrast, 30.8% of the recommendations are classified as strong buy, 40.0% as buy, and 28.7% as hold."  Asquith, Paul, et al. 2005. "Information content of equity analyst reports." *Journal of Financial Economics* 75 (2): 245–282, p. 255.  In addition, Bernstein reported that its "ratings were distributed as follows: 281 Outperform - 47.5% (0.0% banking clients); 252 Market-Perform - 42.6% (0.0% banking clients); 59 Underperform - 10.0% (0.0% banking clients); 0 Not Rated - 0.0% (0.0% banking clients)."  "QuantumScape: The future is solid, but significant hurdles remain; Initiating Underperform, TP $28," *Bernstein*, November 30, 2020.

[72] For example, one study evaluating 1,064 initiating coverage reports in 1995 finds only 2.1% (22 out of 1,064) of initiating coverage reports contained "sell" recommendations.  Irvine, Paul J. 2003. "The incremental impact of analyst initiation of coverage." *Journal of Corporate Finance* 9 (4): 431–451, pp. 436, 439.

[73] Asquith, Paul, et al. 2005. "Information content of equity analyst reports." *Journal of Financial Economics* 75 (2): 245–282, pp. 263, 265 ("Also in agreement with existing work, we find that reiterations, *upgrades, and downgrades* are associated with insignificant, *positive, and negative abnormal returns, respectively*.  …[W]e find

reports,[74] and that negative ratings may have larger negative price reactions than corresponding increases following positive ratings.[75]  Consistent with the findings in the literature, *Barron's* noted the unusual price response following Bernstein's coverage initiation report:

> Stock in highflying electric-vehicle battery innovator QuantumScape got its first Wall Street rating on Monday—a Sell from Bernstein analyst Mark Newman. That is usually bad news for a stock, but the shares were climbing in early trading. QuantumScape (ticker: QS) shares were up 19% to $44.16 after jumping 57% on Friday, the day the stock symbol changed from "KCAC" to "QS," after QuantumScape's merger with a special purpose acquisition closed. It was a surprising jump.[76]

My analysis of returns of other NYSE-listed stocks shows that the 27% stock price increase in a single day on November 30, 2020 was highly unusual.  As shown in **Exhibit 5**, out of 1,486 NYSE-listed stocks, QuantumScape's residual return on November 30, 2020 was the third highest.[77]  The statistically significant stock price *increase* following *negative* information on QuantumScape on November 30, 2020 is inconsistent with market efficiency.

that earnings forecast revisions, price target revisions, and the mean return for an upgrade remain positive and statistically significant while the mean return for a downgrade remains statistically negative.") (emphasis added).

[74] Irvine, Paul J. 2003. "The incremental impact of analyst initiation of coverage." *Journal of Corporate Finance* 9 (4): 431–451, p. 437 ("Initiation reports that carry a strong buy recommendation show a positive abnormal return of 1.49% (t-statistic = 6.80).… Initial buy recommendations demonstrate a significantly positive abnormal return of 0.64% (t-statistic = 3.49).… Hold recommendations produce insignificant abnormal returns for initiations (0.09%, t-statistic = 0.38).… Sells produce negative abnormal returns for both initiations (–0.32%, n = 22) and continuations (–0.74%, n = 51) but because of the small sample size, neither abnormal return is significant.").

[75] Asquith, Paul et al. 2005. "Information content of equity analyst reports." *Journal of Financial Economics* 75 (2): 245–282, p. 259 ("Consistent with our expectations and prior research, we find statistically significant mean returns of 4.5% for upgrades and -6.6% for downgrades, and an insignificant mean reaction of 0.0% for reiterations. Breaking up report types into specific summary categories yields similar results. Upgrades to strong buy and buy result in significant mean returns of 4.7% and 4.1%, respectively. Downgrades to buy and hold result in significant mean returns of -7.0% and -6.4%, respectively. The mean CARs for upgrades and downgrades are all statistically different from zero with a two-tailed probability of less than 0.01.").

[76] "Sell This EV Battery Startup's Stock Because 'Significant Barriers' Remain" *Barron's Online*, November 30, 2020, 11:01am ET.

[77] Using data from *CRSP*, I analyze all NYSE-listed ordinary common shares for companies incorporated both in and outside the U.S., excluding ADRs, REITs, ETFs, and closed-end funds.  The analysis includes only companies that had available return data on each trading day during Dr. Cain's fixed regression period. QuantumScape's residual returns are estimated using regression of QuantumScape returns on returns of the S&P 500 Total Return Index for the period from November 25, 2020 to February 23, 2021 excluding Dr. Cain's Product Development and Earnings Announcement Dates and alleged corrective disclosure dates (November 27, 2020, December 8, 2020, January 4, 2021 and February 17, 2021).  The same methodology is used to estimate residual returns of other NYSE stocks.

**2.** **Dr. Cain Fails to Analyze Short Selling Constraints for QuantumScape's Stock That Are an Impediment to Market Efficiency, Particularly during the Period November 27, 2020 to January 4, 2021**

45.     As I show in the prior sections, the unusually poor statistical regression model and the evidence of a large, statistically significant *positive* stock price reaction to *negative* news highlights the unusual behavior of QuantumScape's stock price during much of the Putative Class Period and provides evidence inconsistent with market efficiency for QuantumScape's stock.  Other evidence inconsistent with market efficiency is readily apparent.  News search headlines produced by Dr. Cain show headlines such as "Why QuantumSpace [*sic*] Is A 'High-Level Short Squeeze Candidate'" on December 10, 2020 and "Quantum[S]cape, Kodak Among Analyst's Top Short Squeeze Candidates" on December 15, 2020.[78]  As I show below, the cost to borrow QuantumScape stock was extraordinarily high over the first third of the Putative Class Period, reaching a high of 422.1% on December 22, 2020.  This extraordinarily high borrowing cost—and high volatility of QuantumScape's stock price—created impediments for rapid incorporation of news into the stock price.  When arbitrage constraints are binding, as the cost to borrow data indicates they were in the case of QuantumScape, the stock can overreact to positive news and underreact, or fail to react, to negative news, as it appears to have done on November 30, 2020.  Such stock price reactions are inconsistent with market efficiency.

46.     The market price of a publicly traded stock is set through trading between those investors who think that the stock is undervalued (and buy) and those investors who think that the stock is overvalued (and sell).  In order for the market to be efficient, there needs to be arbitrageur(s) with sufficient patience and access to capital who have the ability and incentive to act on their assessments of news about the stock.  Among those investors who have negative assessments of the stock are short sellers.  These investors do not own the stock and therefore cannot reduce positive stock holdings to zero.  Instead, they borrow the stock for a fee and sell the stock with the hope to repurchase it at a lower price in the future.  Short selling can be costly if the stock borrowing fees are high.  Importantly, short selling is riskier than buying a stock.  An investor who buys a stock for $1,000 can lose at most $1,000.  When an investor sells the same amount of stock short, the investor's potential losses are unlimited because the stock price can increase

---

[78] Class Period Factiva Output.xlsx, provided by Dr. Cain.

hundreds or thousands of percent. The short seller may also be required to close the position and repurchase the stock after a large stock price increase even when the short seller believes there are objective signs that the stock price will fall in the future. These costs and risks may make short sellers hesitant to open new short positions and may prevent the stock prices from reacting quickly and fully to news.[79]

47.    As is well documented in the finance literature, impediments to short selling (such as high borrowing costs) make markets less efficient. For example, Engelberg et al. (2018) state:

> [E]mpirical papers have shown that static impediments to short selling significantly affect asset prices and efficiency. The idea in the literature is simple: if short selling is costly, short sellers may be less likely to trade, and as a result prices may be biased or less efficient (e.g., Miller (1977), Diamond and Verrecchia (1987), Lamont and Thaler (2003)).[80]
>
> [S]hort sellers do try to arbitrage mispricings, but short sale constraints appear to limit their ability to arbitrage them away.[81]

48.    At his deposition, Dr. Cain acknowledged that short selling constraints are impediments to market efficiency, but claimed that there is a distinction between "microstructure academic studies" that are evaluating the impact of short selling constraints on liquidity, bid-ask spreads, and market depth and his definition of market efficiency, which is, "[i]s information impounded into stock prices?"[82] While some academic papers study effects of short selling constraints on measures of liquidity, there is also extensive academic research that has established that stock prices tend to underreact to negative information and overreact to positive information in the

---

[79] Shleifer, Andrei, and Robert W. Vishny. 1997. "The limits of arbitrage." *The Journal of Finance* 52 (1): 35–55, pp. 35–37.

[80] Engelberg, Joseph E., et al. 2018. "Short-Selling Risk." *The Journal of Finance* 73 (2): 755–756, pp. 755, 756.

[81] Engelberg, Joseph E., et al. 2018. "Short-Selling Risk." *The Journal of Finance* 73 (2): 755–756, p. 759.

[82] Cain Deposition, 179:9–180:6 ("Q. Well, do you -- do you -- setting aside a complete ban, if there are restrictions on short-selling, does that generally make markets less efficient? A. I think that those restrictions can have implications for market structure, like bid-ask spread. But it's -- it's not necessarily going to reduce the value of -- or reduce the extent of market efficiency in the context of really what we're talking about in a report like mine, which is really getting at this question of: Is information impounded into stock prices? So, again, I think it really is important to -- to keep in mind that I define market efficiency, as we've discussed earlier today -- I define that in my report; and my report is really speaking to that definition of market efficiency, whereas a lot of market microstructure academic studies that look at short-selling and other types of restrictions -- when they talk about market efficiency, they're really talking about liquidity, bid-ask spreads; market depth, things like that, which are really different from the type of market efficiency we're discussing in my report.").

environment of short selling constraints.[83]  Such underreactions and overreactions are inconsistent with the definition of semi-strong form market efficiency that Dr. Cain relies on.

49.       At his deposition, Dr. Cain also testified that he would have expected the effect of short selling constraints "to show up in some of the factors that are analyzed and assessed in a market efficiency report," such as "trading volume and bid-ask spreads."[84]  However, as an empirical matter, the bid-ask spread for QuantumScape's stock was higher during the period November 27, 2020 to January 4, 2021 compared to the remainder of the Putative Class Period.  According to closing bid-ask spread data from *CRSP*, QuantumScape stock's average bid-ask spread was 138% higher when comparing November 27, 2020 – January 4, 2021 to the remainder of the Putative Class Period.[85]  In contrast, as I document in Brogaard, Hendershott, and Riordan (2017), quoted bid-ask spreads were 143% higher on average for U.S. stocks subject to the 2008 short selling ban, which was a more extreme situation in which short selling was banned altogether.[86]  In our regression analysis that includes instrumental and time series control

---

[83] *See*, *e.g.*, Miller, Edward M. 1977. "Risk, uncertainty, and divergence of opinion." *The Journal of Finance* 32 (4): 1151–1168, pp. 1154, 1166; Lamont, Owen A., and Richard H. Thaler. 2003. "Can the Market Add and Subtract? Mispricing in Tech Stock Carve-Outs." *The Journal of Political Economy* 111 (2): 227–268, pp. 227, 231; Ofek, Eli, et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): pp. 305–342, pp. 334–335; Chang, Eric C., et al. 2007. "Short-sales constraints and price discovery: Evidence from the Hong Kong market." *The Journal of Finance* 62 (5): 2097–2121, pp. 2097, 2119.

[84] Cain Deposition, 189:14–25 ("Because if there is a reduction -- if there is an impact to market efficiency, due to short-selling activity or constraints or any other factors, then we would typically expect that to show up in some of the factors that are analyzed and assessed in a market efficiency report. And so to the extent that I've studied trading volume and bid-ask spreads and all these other factors, I think these are informative of -- really very informative to this question of whether the Common Stock traded in an efficient market during the Class Period.").  *See also* Cain Deposition, 192:1–16 ("Well, if -- if that had an effect on the actual trading volume and bid-ask spreads or Cammer five price-impact analyses, the various types of analyses that I've carried out in my report, then I would -- I would certainly evaluate my conclusions in the light of any analyses that could be affected, as I think -- as we read through some of the statements in this white paper, these things are all interconnected; they don't exist in a vacuum. So, to the extent that there was a significant reduction in the market efficiency for QuantumScape, due to any sort of short-selling bans or constraints, if that actually had an effect on the market efficiency then I would expect that to show up in the metrics that I've analyzed and assessed in this market efficiency report.").

[85] Per *CRSP*, the average closing bid-ask spread during November 27, 2020 to January 4, 2021 was 0.17%, compared to the average closing bid-ask spread during January 5, 2021 to April 14, 2021 of 0.07%.  Dr. Cain also computes QuantumScape's bid-ask spread (using time-weighted intraday data) in his Exhibit 9.  His Exhibit 9 shows a bid-ask spread in December 2020 that is higher than the bid-ask spread he calculates for January to April 2021.

[86] Brogaard, Jonathan et al. 2017. "High frequency trading and the 2008 short-sale ban." *Journal of Financial Economics* 124: 22–42, p. 26.  For the matched control sample of stocks in which shorting was not banned, quoted bid-ask spreads were 55% higher.

variables, we document that "the quoted spread increases by 42% to 45%" for U.S. stocks subject to the 2008 short selling ban.[87]

50.    Dr. Cain fails to analyze short selling constraints for QuantumScape's stock during the Putative Class Period.  In the following section, I show that substantial short selling constraints occurred during the Putative Class Period, and during the period November 27, 2020 to January 4, 2021 in particular, which is inconsistent with Dr. Cain's opinion that the market for QuantumScape stock was efficient throughout the Putative Class Period.

### a)    Evidence Indicates QuantumScape's Stock Was Extremely Hard to Borrow, Which Is an Impediment to Market Efficiency

51.    When arbitrageurs have difficulties in locating shares to borrow, the cost to borrow the shares can increase due to the imbalance of supply and demand for lendable shares.  As Kolasinski et al. (2013) state, "[s]hort sale constraints can take many forms, but one of the most important is the fee that short sellers pay to borrow shares in the equity lending markets."[88] When institutional investors and other market participants willing to lend have lent out all of their shares and it is difficult to locate new lenders, stock borrowing fees can increase rapidly to the point where borrowing the stock becomes practically impossible.[89]  As short selling constraints increase, and costs to borrow increase, a short squeeze can ensue in which stock prices rise as short sellers find it difficult to acquire the securities needed to cover their short positions.[90]  Data for QuantumScape during the Putative Class Period reveal that QuantumScape's stock became extremely hard to borrow, with extraordinarily high borrowing

---

[87] Brogaard, Jonathan et al. 2017. "High frequency trading and the 2008 short-sale ban." *Journal of Financial Economics* 124: 22–42, p. 31.

[88] Kolasinski, Adam C., et al. 2013. "A multiple lender approach to understanding supply and search in the equity lending market." *The Journal of Finance* 68 (2): 559–595, p. 559.

[89] Kolasinski, Adam C., et al. 2013. "A multiple lender approach to understanding supply and search in the equity lending market." *The Journal of Finance* 68 (2): 559–595, pp. 578, 585.

[90] Allen, Franklin, et al. 2021. "Market efficiency and limits to arbitrage: Evidence from the Volkswagen short squeeze." *Journal of Financial Economics* 142 (1): 166–194, p. 167 ("In a squeeze, short sellers find it difficult to acquire the securities they need to cover their short position because of a shortage of floating supply and the price rises as a result.").

fees during the period November 27, 2020 to January 4, 2021, reaching a high of 422.1% on December 22, 2020.[91]

52.      Between November 27, 2020 and December 31, 2020, shares of QuantumScape that were available to trade—and thus available for lending to short sellers—remained low relative to QuantumScape's total shares outstanding.  Prior to the De-SPAC Transaction and start of the Putative Class Period, the SPAC that acquired QuantumScape (Kensington) had 23.0 million shares issued to public market investors and available to trade, and 5.75 million shares issued to the founders of Kensington.[92]  After the De-SPAC Transaction, QuantumScape had approximately 347.8 million shares outstanding, which included the 23.0 million shares issued to public market investors and 5.75 million Kensington founders shares prior to the De-SPAC Transaction, 269.0 million shares issued in the transaction to former QuantumScape security holders (including Class A and Class B shares), and 50.0 million shares issued to PIPE investors in connection with the transaction.[93]  However, the additional 269.0 million shares issued to former QuantumScape security holders, 5.75 million founders shares issued to Kensington, and 50.0 million shares issued to PIPE investors were generally subject to lock-up provisions, trading restrictions, and/or subsequent registration requirements with the SEC prior to their eligibility for resale in the public market.[94]  On December 17, 2020, QuantumScape filed its follow-on registration statement on Form S-1 that was seeking to register the 50.0 million PIPE investor shares, among other shares.[95]  On December 31, 2020, at the close of trading, the SEC issued a notice of effectiveness for this Form S-1,[96] and thus the PIPE investors were able to sell—and lend—their additional 50.0 million now tradeable shares.  The subsequent trading day was

---

[91] *See* **Exhibit 6A**.

[92] QuantumScape Corporation, Form 8-K, Filed June 30, 2020; QuantumScape Corporation, Form 10-K for Fiscal Year Ended December 31, 2020, Filed February 23, 2021, p. 53.

[93] QuantumScape Corporation, Form 10-K for Fiscal Year Ended December 31, 2020, Filed February 23, 2021, p. 53.  Of the 23.0 million shares outstanding prior to the De-SPAC Transaction, 15,255 shares were redeemed by Kensington investors in conjunction with the transaction.  The 269.0 million shares issued to former QuantumScape security holders comprised 110.7 million Class A shares and 158.3 million Class B shares.

[94] QuantumScape Corporation, Form 424B3, Filed November 12, 2020, pp. 122–123.

[95] QuantumScape Corporation, Form S-1, Filed December 12, 2017, p. S-1.

[96] QuantumScape Corporation, Notice of Effectiveness, Filed December 31, 2020.

January 4, 2021. The additional 50.0 million shares substantially increased the tradeable shares, including for short sale borrowing.[97,98]

53.    QuantumScape's stock price pattern during the period November 27, 2020 to January 4, 2021 is consistent with the pattern one would expect if the market overreacted to positive news and underreacted or failed to react to negative news about QuantumScape in the presence of short selling constraints. As shown in **Exhibit 3A**, QuantumScape's stock price increased from a close of $23.50 on November 25, 2020, the trading day before the Putative Class Period, to a closing price high of $131.67 on December 22, 2020—a 460.3% increase in less than one month. On January 4, 2021, when the number of shares available to trade and borrow for short selling increased substantially, QuantumScape's stock price decreased 40.8%, from $84.45 to $49.96.[99] During this period, research by S3 Partners—a firm that provides short interest and securities finance data and analytics—identified QuantumScape as a company with extraordinarily high cost of borrowing shares.[100]  On December 9, 2020, S3 Partners published a report titled "Get Ready for a QuantumScape Short Squeeze," which stated:

---

[97] QuantumScape issued a press release on January 5, 2021 stating that it "issued no new shares in connection with the Resale S-1," that the "purpose of the Resale S-1 was to permit the resale of shares that were already issued or that may be issued on exercise of options and warrants that were already issued," and that "[m]ost of the shares subject to the Resale S-1 remain subject to contractual lock-up agreements that prohibit sale during the lock-up periods," with the exception of the PIPE shares. QuantumScape Press Release, "Note to Investors Regarding Our Recent Registration Statement on Form S-1," January 5, 2021.

[98] At his deposition, Dr. Cain observed that total short interest increased after January 4, 2021 and speculated that such an increase contradicted the possibility of short selling constraints and that there is "not really a causal connection or a causal relationship" between QuantumScape's stock price and short interest. Cain Deposition, 209:8–210:4. However, Dr. Cain ignores that, as discussed above, 50 million additional shares became available to trade after QuantumScape's Form S-1 became effective at the close of trading on December 31, 2020, and thus the number of shares potentially available to borrow increased substantially. Accordingly, merely observing that the total short interest increased without considering that the shares potentially available to borrow increased substantially is uninformative. Dr. Cain's faulty logic is similar to inferring a lack of constraints in the market for N95 masks in March 2020 from increased sales of the masks everywhere in the country between January 2020 and June 2020. The best indicator of imbalance between supply and demand in a constrained market is not the quantity sold—it is the price.

[99] I understand that Plaintiffs allege that a *SeekingAlpha* article published on January 4, 2021 partially revealed the alleged truth and caused QuantumScape's stock price to decline. *See* Second Amended Complaint, ¶ 9. I have not been asked to perform a loss causation analysis regarding QuantumScape's stock price decline on January 4, 2021, and am not offering an opinion on the cause of QuantumScape's stock price change on January 4, 2021 or any other day.

[100] Gargano (2020) describes S3 Partners as "a leading FinTech company" and uses short selling data from S3 Partners to evaluate approximately 4,000 stocks over the period January 2015 to December 2019. Gargano, Antonio. 2020. "Short Selling Activity and Future Returns: Evidence from FinTech Data." *Working Paper*, November 2020, pp. 1, 4.

QS is the 12th largest short in the Auto Parts & Equipment sector with short selling relatively flat over the last month primarily due to a lack to stock loan supply. Over the last month shares shorted increased by 162 thousand shares, worth $9.4 million, a +9% increase as its stock price rose +347%. …

In December, QS's stock borrow fees have exploded to the upside with rates increasing from 7.58% fee on November 29th to 109.08% fee presently. This sudden and extreme increase is due to stock borrow pressure from additional short selling demand virtually cleaning out stock loan shares available to borrow and lenders now being able to charge a large premium to continue borrowing shares.

On average, in order for stocks with over $100 million of short interest to have stock loan fees over 10% the S3 short interest $ of float would have to be over 20%, but QC only has a S3 short interest % float of 8.72%. The primary reason for this anomaly is that the large majority of QS long shareholders are insiders. With so little stock in the hands of traditional stock lenders such as mutual funds, ETF's, and hedge funds the overall SQ stock lending pool is comparatively small and therefore a spike in short selling demand can have an outsized effect on stock borrow rates. This spike in stock borrow fees has increased financing costs for short sellers. Shorts are now paying just over $350 thousand/day in stock borrow financing expenses.[101]

54.     As shown in **Exhibit 6A**, I have obtained and analyzed stock borrowing fee data from S3 Partners during the Putative Class Period.  QuantumScape's stock borrowing fees increased sharply during the period November 27, 2020 to December 31, 2020, and then fell after additional shares became available to trade on January 4, 2021.[102]  Specifically, QuantumScape's stock borrowing fees increased from 7.6% per year on November 25, 2020 to a high of 422.1% on December 22, 2020, and were 309.1% on December 31, 2020.  By January 11, 2021, they had fallen to 5.3% per year.  As shown in **Exhibit 6B**, QuantumScape's stock price pattern during

[101] "Get Ready for a QuantumScape Short Squeeze," *S3 Partners*, December 9, 2020.

[102] For purposes of this analysis, I utilize the "Offer" rate provide by S3 Partners, which reflects the weighted-average borrowing rate paid by short sellers for settled and outstanding short positions.  S3 Partners also reports a "Last" rate, which reflects the most recent borrowing rates paid by short sellers for settled and outstanding short positions.  The pattern and magnitude of the Offer and Last rates are consistent, and the Last rate is generally higher than the Offer rate during the period November 27, 2020 to December 31, 2020.  In addition, I adjusted the reported date to reflect the difference between the trading date and settlement date, consistent with the approach commonly applied in the literature.  *See*, *e.g.*, Geczy, Christopher C., et al. 2002. "Stocks are special too: an analysis of the equity lending market." *Journal of Financial Economics* 66 (2–3): 241–269, pp. 244, 247, 257–258; Ringgenberg, Matthew. 2011. "When Short Sellers Agree to Disagree: Short Sales, Volatility, and Heterogeneous Beliefs." *Working Paper*, p. 18; Richardson, Scott, et al. 2017. "Deleveraging Risk." *Journal of Financial and Quantitative Analysis* 52 (6): 2491–2522, p. 2497; Muravyev, Dmitriy, et al. 2022. "Is There a Risk Premium in the Stock Lending Market? Evidence from Equity Options." *The Journal of Finance* 77 (3): 1787–1828, p. 1800.

the period November 27, 2020 to January 4, 2021 is consistent with the sharp increase and subsequent decrease in QuantumScape's stock borrowing fees.

55.     Stock borrowing fees are often very low, and the high borrowing fees exhibited by QuantumScape were highly unusual and indications of binding constraints on short selling.  For example, Engelberg et al. (2018) analyze a sample of approximately 4,500 U.S. stocks from July 1, 2006 through December 31, 2011, and find that the median stock loan fee was only 0.12% and the 99th percentile of fees was 14.79%, well below the extraordinarily high loan fees for QuantumScape in late December 2020.[103]  Muravyev et al. (2022) analyze a large sample of U.S. equities that had exchange-traded options over the period July 2006 to August 2015, and similarly find that the 99th percentile of stock borrowing fees was 15.0%.[104]  Consistent with the findings in the academic literature, an October 14, 2021 report by the SEC titled "Staff Report on Equity and Options Market Structure Conditions in Early 2021" evaluated stock borrowing fees for firms between January 2007 and July 2018 and found that "the securities of just 222 firms had lending fees greater than 100% at any point, accounting for just 0.01% of observations."[105]

**b)      Data on Failures to Deliver QuantumScape Shares and QuantumScape's Inclusion on the NYSE Threshold Securities List Are Further Evidence of Short Selling Constraints**

56.     Data on failures to deliver QuantumScape shares and QuantumScape's appearance on the NYSE Threshold Securities list are further evidence of short selling constraints that is inconsistent with market efficiency.  When a short seller of shares agrees to transact with the buyer, shares do not change hands instantaneously, or even on the same day.  Instead, the seller contractually commits to deliver the shares to the buyer on the settlement day, two trading days later.[106]  A "fail to deliver" can occur for a number of reasons, including, importantly, when short

---

[103] Engelberg, Joseph E., et al. 2018. "Short-Selling Risk." *The Journal of Finance* 73 (2): 755–786, pp. 762–763.

[104] 90% of stocks in the authors' sample had stock borrow fees at or below 0.63%.  Muravyev, Dmitriy, et al. 2022. "Is There a Risk Premium in the Stock Lending Market? Evidence from Equity Options." *The Journal of Finance* 77 (3): 1787–1828, p. 1802.

[105] "Staff Report on Equity and Options Market Structure Conditions in Early 2021," *U.S. Securities and Exchange Commission*, October 14, 2021, footnote 84.

[106] *See* D'Avolio, Gene. 2002. "The Market for Borrowing Stock." *Journal of Financial Economics* 66 (2): 271–306, p. 295; Autore, Don M., et al. 2015. "Failures to Deliver, Short Sale Constraints, and Stock Overvaluation."

sellers are no longer able or willing to fulfill their obligations to deliver the stock to the buyers. Therefore, increasing failures to deliver are indicators of possible short selling constraints. For example, Autore et al. (2015) state that "failures are more likely to occur in hard-to-borrow stocks that have high loan fees, reflecting the presence of binding supply-side short sale constraints."[107] When an NYSE-listed security has aggregate open failures to deliver of at least 10,000 shares and 0.5% of the total shares outstanding for five consecutive settlement days, it appears on the NYSE Threshold Securities list, an indication of excessive failures.[108] On December 17, 2020, QuantumScape was added to the NYSE Threshold Securities list and remained on the list for each trading day through December 30, 2020.[109] QuantumScape's presence on the NYSE Threshold Securities list from December 17, 2020 to December 30, 2020 is further evidence of short selling constraints that is inconsistent with market efficiency.

<blockquote>

c)    **Statistically Significant Stock Returns in the Absence of New, Value-Relevant Information Are Consistent with Short Selling Constraints**

</blockquote>

57.    As shown in the examples below, several dates with positive statistically significant returns according to Dr. Cain's regression analysis during the November 27, 2020 to January 4, 2021 period do not appear to contain positive, firm-specific, value-relevant news, which is consistent with short selling constraints.[110]

---

*The Financial Review* 50 (2): 143–172, p. 148; U.S. Securities and Exchange Commission Press Release, "SEC Adopts T+2 Settlement Cycle for Securities Transactions," March 22, 2017.

[107] Autore, Don M., et al. 2015. "Failures to Deliver, Short Sale Constraints, and Stock Overvaluation." *The Financial Review* 50 (2): 143–172, p. 145. *See also* Evans, Richard B., et al. 2009. "Failure is an option: Impediments to short selling and options prices." *Review of Financial Studies* 22 (5): 1955–1980; Geczy, Christopher C., et al. 2002. "Stocks are special too: An analysis of the equity lending market." *Journal of Financial Economics* 66 (2–3): 241–269.

[108] Autore, Don M., et al. 2015. "Failures to Deliver, Short Sale Constraints, and Stock Overvaluation." *The Financial Review* 50 (2): 143–172, p. 144; "Regulation SHO," *NYSE*, https://www.nyse.com/regulation/nyse/public-info. To appear on the NYSE Threshold Securities list, a security must also be "included on a list published by a self regulatory organization."

[109] NYSE Threshold Securities, available at https://www.nyse.com/regulation/threshold-securities.

[110] As discussed in Section IV.B.1.a, Dr. Cain's regression model does not have any explanatory power for the majority of the Putative Class Period. For the purposes of discussion in this section of my report, I have adopted Dr. Cain's regression model. I note that there were a number of other increases of QuantumScape's stock price that did not cross the threshold of statistical significance in Dr. Cain's flawed regression model but were very large relative to the rest of the market. For example, as shown in **Exhibit 5**, on December 15, 2020, QuantumScape's residual stock price increase using a one-factor model was 11.3% in the absence of any notable new, value-relevant

58.     As discussed in Section IV.B.1.c, according to Dr. Cain's event study regression analysis, QuantumScape's residual return on November 30, 2020 was 26.2%, which Dr. Cain found to be statistically significant.[111]  Dr. Cain provides no explanation reconciling how a statistically significant stock price *increase* following *negative* information on QuantumScape is consistent with market efficiency.

59.     Similarly, on December 21 and 22, 2020, QuantumScape's residual returns according to Dr. Cain's two-factor regression were 26.5% and 35.7%, respectively—both of which were statistically significant according to Dr. Cain's regression analysis.[112]  As shown in **Exhibit 5**, using my one-factor regression, out of 1,486 NYSE-listed stocks, QuantumScape's residual returns were the second highest and highest of any NYSE-listed stock, respectively, on these two days.[113]  Dr. Cain provides headlines from a *Factiva* search, but does not appear to have reviewed any of the underlying articles.  The items identified in Dr. Cain's search file include articles with headlines similar to "BUZZ-U.S. STOCKS ON THE MOVE-Ocugen Inc, Peloton Interactive, Apple," but in reviewing the underlying articles, I find that they merely report on QuantumScape's stock price changes and do not appear to identify new, positive, value-relevant

---

information, which was the sixth largest residual increase in stock price among 1,486 common stocks listed on the NYSE.  Similarly, on December 17 and 18, 2020, QuantumScape's residual stock price increases were 6.8% and 6.9% in the absence of any notable new, value-relevant information, which were the 33rd and 18th largest residual increases in stock prices on those days among 1,486 common stocks listed on the NYSE.  On January 5, 2021, QuantumScape's residual stock price increase was 18.6%, which was second largest residual increase in stock price among 1,486 common stocks listed on the NYSE.  On this day, QuantumScape issued a press release stating that it "issued no new shares in connection with the Resale S-1," that the "purpose of the Resale S-1 was to permit the resale of shares that were already issued or that may be issued on exercise of options and warrants that were already issued," and that "[m]ost of the shares subject to the Resale S-1 remain subject to contractual lock-up agreements that prohibit sale during the lock-up periods," with the exception of the PIPE shares.  *See* QuantumScape Press Release, "Note to Investors Regarding Our Recent Registration Statement on Form S-1," January 5, 2021.  The press release did not contain information that was not already available to investors in QuantumScape stock.  I did not identify any new, positive, value-relevant information about QuantumScape entering the market on that day.

[111] QuantumScape Exhibits.xlsx, tab "Reg," provided by Dr. Cain.

[112] QuantumScape Exhibits.xlsx, tab "Reg," provided by Dr. Cain.

[113] Using data from *CRSP*, I analyze all NYSE-listed ordinary common shares for companies incorporated both in and outside the U.S., excluding ADRs, REITs, ETFs, and closed-end funds.  The analysis includes only companies that had available returns data on each trading day during the Putative Class Period.  QuantumScape's residual returns are estimated using regression of QuantumScape returns on returns of the S&P 500 Total Return Index for the period from November 25, 2020 to February 23, 2021 excluding Dr. Cain's Product Development and Earnings Announcement Dates and alleged corrective disclosure dates (November 27, 2020, December 8, 2020, January 4, 2021 and February 17, 2021).  The same methodology is used to estimate residual returns of other NYSE stocks.

information concerning QuantumScape.[114]  I also find that public press articles from *Barron's*
opine that QuantumScape's stock price change on each day "doesn't seem to make sense":

> EV Stock QuantumScape Rocketed Almost 30%. It Doesn't Seem to Make Sense.
>
> Shares of electric-vehicle battery start-up QuantumScape rose almost 30%
> Monday. Like so much volatility impacting the EV space in 2020, the move
> seems to make no sense. …
>
> There isn't much news to pin on Monday's Quantum stock surge. There is one
> Wall Street rating -- a Sell from Bernstein analyst Mark Newman. He launched
> coverage of the company on Nov. 30, too far back to affect Monday. …
>
> Other EV news probably isn't driving Quantum stock. Tesla (TSLA) stock
> dropped 6.5% as it was added to the S&P 500. The addition is a positive, but
> Tesla stock already gained 70% by this past Friday from the Nov. 16
> announcement it was joining the index.[115]
>
> …
>
> EV Stock QuantumScape Rockets Another 26%. It Doesn't Seem to Make Sense.
>
> Shares of electric-vehicle battery start-up QuantumScape rose almost 30%
> Monday and another 26% Tuesday. Like so much volatility impacting the EV
> space in 2020, the move seems to make no sense.[116]

Consecutive, statistically significant returns (according to Dr. Cain's event study analysis) that
do not appear to reflect firm-specific, value-relevant news are consistent with short selling
constraints.[117]

---

[114] "Class Period Factiva Output.xlsx," provided by Dr. Cain.

[115] "EV Stock QuantumScape Rocketed Almost 30%. It Doesn't Seem to Make Sense. – Barrons.com," *Dow Jones Institutional News*, December 21, 2020, 6:10pm ET.

[116] "EV Stock QuantumScape Rockets Another 26%. It Doesn't Seem to Make Sense." *Barron's Online*, December 22, 2020, 10:21am ET.  I note that the headline for this article does not appear in Dr. Cain's Factiva search. *See* "Class Period Factiva Output.xlsx," provided by Dr. Cain.

[117] I note that articles published on December 22, 2020 speculated that industry information concerning a *Reuters News* article (published at 3:36pm ET on December 21, 2020) disclosing that Apple Inc. may start selling self-driving cars by 2024 may have caused stock price increases for QuantumScape and its peers. *See*, *e.g.*, "EXCLUSIVE-Apple targets car production by 2024 and eyes 'next level' battery technology – sources," *Reuters News*, December 21, 2020, 3:36pm ET; "Elon Musk says Tim Cook wouldn't meet with him about buying Tesla," *Silicon Valley/San Jose Business Journal*, December 22, 2020, 6:01pm ET; "Velodyne, Luminar, QuantumScape

### 3. Dr. Cain's Other Analyses Do Not Establish Market Efficiency for QuantumScape's Stock during the Putative Class Period

60. In addition to his purported test of a cause-and-effect relationship between new company-specific information and movements in QuantumScape's stock prices, Dr. Cain also compares various other factors "against: (1) benchmarks established by courts; (2) scientific tests of statistical significance; and/or (3) findings from peer-reviewed published academic research."[118] I understand that courts have considered a certain number of these factors when assessing market efficiency for particular securities. However, from the perspective of a financial economist, none of these additional factors attempt to directly test market efficiency. The literature described above indicates that market efficiency should be evaluated for each at-issue security for the particular time periods and types of information in question. In light of the issues described in Sections IV.B.1 and IV.B.2 above, Dr. Cain's assessment of these other factors does not provide a reliable basis to conclude that QuantumScape's stock traded in an efficient market throughout the Putative Class Period.

61. I note that, in assessing some of these other factors, Dr. Cain compares certain statistics for QuantumScape to reported statistics contained in a 2013 study he refers to as the "MRK Study."[119] Specifically, he uses the MRK Study to compare QuantumScape's trading volume, analyst coverage, market capitalization, bid-ask spread, and institutional ownership to reported statistics for the firms in the study. First, the MRK Study analyzes data for 1984–2008, and Dr. Cain provides no reliable basis for why such a sample is relevant to an assessment of QuantumScape's stock during the Putative Class Period.[120] More importantly, however, Dr. Cain "interpret[s] the sample of MRK Covered firms as those eliciting high investor interest

---

stocks soar on news about Apple's self-driving car," *Silicon Valley/San Jose Business Journal*, December 22, 2020. QuantumScape's stock price on December 21, 2020 increased $21.17, from $73.73 to $94.90. Analysis of the intraday pattern of QuantumScape's stock price on December 21, 2020 shows that by the time of the *Reuters* article, the stock price had already increased to $90.11. Therefore, more than three-quarters of the stock price increase on December 21, 2020 *preceded* the rumor about Apple. As shown above, *Barron's*, a magazine specializing in analyses of investing, commented that the stock price increases on December 21, 2020 and December 22, 2020 "[did] not seem to make sense." I agree.

[118] Cain Report, ¶ 24.

[119] Cain Report, footnote 20, citing Mola, Simona, et al. 2013. "Is There Life After the Complete Loss of Analyst Coverage?" *The Accounting Review* 88 (2): 667–705.

[120] Mola, Simona, et al. 2013. "Is There Life After the Complete Loss of Analyst Coverage?" *The Accounting Review* 88 (2): 667–705, p. 671.

and reflecting the common indicia of firms operating in efficient markets" and "then compare[s] several of QuantumScape's market efficiency factors to the samples of firms in the MRK Study to assess whether QuantumScape's characteristics are *consistent with firms operating in efficient markets*."[121]  Dr. Cain provides no reliable basis for interpreting the MRK Study to be providing benchmarks or thresholds for firms operating in efficient markets.  The MRK Study does not assess market efficiency for any firm, nor does it purport to provide analysis relevant to an assessment of market efficiency.  Instead, the authors "document[] the effects on firm performance and investor interest after a complete loss of analyst coverage" and "find that analyst coverage adds value to a firm.…"[122]  Accordingly, while comparison to the MRK Study may demonstrate how certain trading statistics and holdings data for QuantumScape compare to a sample of firms between 1984 and 2008, it does not demonstrate market efficiency for QuantumScape's stock throughout the Putative Class Period.

62.     Below, I also discuss additional flaws in Dr. Cain's assessment of QuantumScape's analyst coverage during the Putative Class Period.

### a)     Analyst Coverage

63.     Dr. Cain analyzes analyst coverage for QuantumScape and concludes that there was "a substantial degree of analyst coverage" during the Putative Class Period.[123]  To reach this conclusion, Dr. Cain documents in his Exhibit 3 a list of analyst reports issued during the Putative Class Period, identifies that several analyst firms participated in QuantumScape's February 16, 2021 conference call, and notes that Deutsche Bank mentioned QuantumScape in its coverage of Volkswagen.[124]  He also cites to *Cammer* for the proposition that "it would be persuasive to allege a significant number of securities analysts followed and reported on a

---

[121] Cain Report, ¶ 26 (emphasis added).

[122] The authors document, for example, that after losing analyst coverage, firms experience a "deterioration of bid-ask spreads, trading volumes, and institutional presence … relative to covered peers."  Mola, Simona, et al. 2013. "Is There Life After the Complete Loss of Analyst Coverage?" *Accounting Review* 88 (2): 667–705, p. 667. Accordingly, at most, the MRK Study assesses the correlation among certain of the factors that Dr. Cain analyzes (e.g., the correlation between analyst coverage and bid-ask spreads, trading volumes, and institutional ownership). In his deposition, Dr. Cain acknowledged differences between analyses of liquidity and analyses of informational efficiency.  Cain Deposition, 178:13–180:6.

[123] Cain Report, ¶ 34.

[124] Cain Report, ¶ 33–34.  *See also* Cain Report, Exhibit 3.

company's stock during the class period."[125]  However, contrary to Dr. Cain's claims, there was only one analyst covering QuantumScape during the majority of the Putative Class Period, including the period from November 27, 2020 to January 4, 2021 discussed above, which is inconsistent with Dr. Cain's assertion that there was "a substantial degree of analyst coverage" during the Putative Class Period.

64.     Specifically, as shown in Dr. Cain's Exhibit 3, there is only one equity analyst that followed and issued reports on QuantumScape prior to February 2021—Bernstein.[126] Bernstein's first report is its November 30, 2020 report that, as discussed above, was an "Underperform" rating that was followed by an unexplained statistically significant *increase* in QuantumScape's stock price.  Bernstein issued a second report on December 9, 2020 following QuantumScape's battery technology presentation, in which it maintained its "Underperform" rating and noted that the performance data "provide[] some answers, but open[] up even more questions."[127]  On February 12, 2021, Bernstein discontinued coverage of QuantumScape, citing the departure of its senior analyst.[128]  Analyst consensus data from *Refinitiv Eikon* also show that the only rating and forecasts for QuantumScape during November 2020 to January 2021 were from Bernstein's November 30, 2020 report and were not updated.[129]

65.     Accordingly, there was minimal analyst coverage prior to February 2021.[130]  In addition, while Dr. Cain cites a December 9, 2020 analyst report from Deutsche Bank on Volkswagen that

---

[125] Cain Report, ¶ 32, citing *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989) at 1286.

[126] Cain Report, Exhibit 3.  Exhibit 3 also identifies a December 14, 2020 report by GlobalData, but this report is not a sell-side equity analyst report by a firm covering QuantumScape.  *See* "QuantumScape Corp," *GlobalData*, December 14, 2020.  Dr. Cain testified that he is "not familiar with GlobalData" and that the report does not contain forecasts, investment recommendations, or the "sort of that opinionated discussion and analysis that you see in the more -- the more standard analyst reports from companies like Goldman Sachs or Morgan Stanley, Callan [*sic*]; these types of companies."  Cain Deposition, 165:1–167:17.

[127] The report further stated:  "[A]ll this data is only on an early stage engineering sample of a single layer pouch cell, which has ***many hurdles remaining until anywhere near ready for mass manufacturing***. Our valuation of $28/share gives QS all the benefit of the doubt that they can overcome these challenges in the next few years. We expect continued ST upside to shares given current momentum and excitement post these results, but we believe shares are grossly overvalued." "QuantumScape:  Impressive performance data provides some answers, but opens up even more questions," *Bernstein*, December 9, 2020 (emphasis in original).

[128] "Global Energy Storage & Electronic Vehicles: Discontinuation of coverage," *Bernstein*, February 12, 2021.

[129] *Refinitiv Eikon*.

[130] At his deposition, Dr. Cain speculated that other equity analysts "spent a number of weeks or months tracking a company, researching it, digging into it, interacting with the executives," which is "consistent with a high degree of analysts' coverage going back to the start of the Class Period."  Cain Deposition, 29:15–23.  However, even if so, Dr. Cain offers no explanation for how equity analysts' efforts to gather research for future analyst reports that have

mentions QuantumScape, Deutsche Bank did not cover QuantumScape's securities, issue any recommendations or forecasts regarding QuantumScape, or otherwise report on QuantumScape's stock.[131]

### C.    Dr. Cain Has Provided No Analysis, Let Alone Any Reliable Basis, to Conclude That QuantumScape's Options Traded in Efficient Markets during the Putative Class Period

66.    Dr. Cain does not offer an opinion that QuantumScape's options traded in efficient markets throughout the Putative Class Period, let alone provide any analysis demonstrating that each series of QuantumScape's options traded in efficient markets throughout the Putative Class Period.  Instead, Dr. Cain opines that "[b]ecause [he has] concluded that QuantumScape Common Stock was priced efficiently and therefore reflected the value of the alleged misstatements and omissions, [he] also conclude[s] that because options pricing is dependent on the stock price, the artificial inflation caused by any misrepresentations and omissions that affects the stock price would translate into the value of derivative instruments such as call and put Options on QuantumScape Common Stock."[132]  As Dr. Cain testified, he was not asked to opine on whether QuantumScape's options traded in efficient markets throughout the Putative Class Period.[133]  As a result, Dr. Cain fails to provide an opinion on market efficiency, let alone any supporting analysis or evidence demonstrating market efficiency for QuantumScape's options.

---

not yet been disseminated to investors is relevant to his analysis of market efficiency.  As Dr. Cain states, "[a]nalyst coverage can be indicative of market efficiency since research analysts ensure that new important company-specific information is ***disseminated to investors*** and thus impounded into stock prices quickly and efficiently." Cain Report, ¶ 32 (emphasis added).

[131] Cain Report, ¶ 34, citing "VW's Battery Day – very solid," *Deutsche Bank*, December 9, 2020.

[132] Cain Report, ¶ 80.

[133] Cain Deposition, 105:18–106:18 ("Q. Okay. And so do I understand correctly that you are offering the court an opinion that the market for QuantumScape options were efficient throughout the Class Period?  A. Well, it's a little bit -- I think that it's worded a little bit differently. So I'm going to just stick with the phrasing that I used in my report, which is that, for example, in paragraph 80:  '…because options pricing is dependent on the stock price, the artificial inflation caused by any misrepresentations and omissions that affects the stock price would translate into the value of derivative instruments, such as call and put options on QuantumScape Common Stock.'  Q. Okay. Let's -- but can you answer my question, which is:  Are you offering the court an opinion that the market for QuantumScape options were efficient throughout the Class Period? … A. So I was not asked to opine in terms of that particular phrasing. So I … would stick with the opinions that I've stated in my report and -- and in response to your question.").

67.    In addition, since Dr. Cain bases his opinions for QuantumScape's options on his market efficiency conclusion for QuantumScape's stock, his opinions for QuantumScape's options are unreliable and unsupported for all the reasons discussed in Section IV.B above, since they are unreliable and unsupported for the stock.  In the remainder of this section, I show that one cannot merely presume, without any analysis, that the markets for each of QuantumScape's option series were efficient at all times during the Putative Class Period even if the market for the underlying stock was efficient, and illustrate that Dr. Cain fails to consider evidence that is inconsistent with market efficiency for QuantumScape's options.  Specifically, Dr. Cain ignores evidence of illiquidity and high transaction costs for QuantumScape options and fails to consider evidence of put-call parity violations, particularly during the period November 27, 2020 to January 4, 2021.

### 1.    Market Efficiency Cannot Be Merely Presumed for All Option Series at All Times during the Putative Class Period

68.    Stock option contracts traded on U.S. exchanges give holders of the options the right, but not an obligation, to buy or sell the stock at a prespecified price ("strike price") up until the time of option expiration.  Accordingly, a stock can have hundreds of different option contracts, called "option series," traded at the same time.  These securities are characterized by different strike prices and expiration dates.  **Exhibit 7** shows that there were 2,032 QuantumScape option series with contracts outstanding during the Putative Class Period and which I understand could potentially be included in the putative class—1,026 unique call option series and 1,006 unique put option series.[134]  Within these unique option series, there are 21 distinct expiration dates spanning from January 8, 2021 to January 20, 2023, and 178 distinct strike prices, ranging from $2.50 to $190.

69.    The *theoretical value* of an exchange-traded stock option depends on the stock price, strike price, time to expiration, volatility expectations of the underlying stock price, the risk-free

---

[134] I analyze the set options that I understand could potentially be included in the putative class in this matter. Specifically, I analyze only those option series whose expiration dates are on or after January 4, 2021, the first alleged corrective disclosure date, and have trading volumes greater than zero during the Putative Class Period.  In addition, for option series with expiration dates on or after January 4, 2021 but before April 15, 2021 (the two alleged corrective disclosure dates), I include only those options that have trading volumes greater than zero prior to January 4, 2021.

rate, and expected dividends (if any).[135]  Dr. Cain notes that options' "value is dependent on the market price of an underlying security or asset,"[136] and that "because options pricing is dependent upon the stock price the artificial inflation caused by any misrepresentations and omissions that affects the stock price would translate into the value of derivative instruments such as call and put options on QuantumScape Common Stock."[137]  However, I understand that the relevant question is not whether *theoretical values* of a particular QuantumScape option series depended upon the stock price, but rather whether *transaction prices* of the option series fully reflected all publicly available information, including information about the stock price. This empirical question cannot be resolved on a theoretical basis.

70.     Academic research, including the research cited by Dr. Cain, makes it clear that market efficiency must be evaluated empirically for options.  For example, Dr. Cain cites four studies to support his claim that "numerous studies have evaluated the potential for arbitrage profits to be earned from persistent mispricing opportunities between common stock and options prices, and have concluded that such opportunities do not persist in general due to the efficiency of option pricing."[138]  However, the studies that Dr. Cain cites evaluate potential arbitrage opportunities and address the potential for market inefficiency when such opportunities exist.  For example, Galai (1977) states:

> To test market efficiency, one must investigate whether abnormal profit opportunities exist in the market. If such opportunities are found and they seem to be persistent over time, one can then argue that the market, for the period investigated, was inefficient.[139]

Klemkosky and Resnick (1979) evaluate a no-arbitrage relationship called "put-call parity" and state that "[i]f this inequality should fail to hold to the extent that economic profits, i.e. profits in excess of transaction costs, could be realized, then the options market is inefficient and put-call

---

[135] Hull, John C. 2015. *Options, Futures and Other Derivatives*. 9th edition. Pearson, p. 234.

[136] Cain Report, ¶ 76.

[137] Cain Report, ¶ 80.  *See also* Cain Deposition, 105:18–106:6.

[138] Cain Report, ¶ 78.

[139] Galai, Dan. 1977. "Tests of Market Efficiency of the Chicago Board Options Exchange." *Journal of Business* 50: 167–187, p. 184.

parity is weak."[140]  They further state that "[o]ne would also expect to find relatively few long hedges in which profit in excess of transaction costs could be earned with certainty, if the options markets are efficient."[141]  In their 1980 follow-on study, Klemkosky and Resnick evaluate a similar no-arbitrage condition and again argue that "[m]arket efficiency on the registered options exchanges would be rejected if a large number of observed cases violated this inequality in excess of transaction costs."[142]  Finally, Whaley (1980) similarly empirically evaluates market efficiency and states that "[i]n an efficient options market, no costless arbitrage opportunities can exist."[143]

71.     Moreover, the studies that Dr. Cain cites identify evidence of market *inefficiency* for some option series in their samples.  Galai (1977) finds evidence of inefficiencies on the Chicago Board Options Exchange ("CBOE"), claiming that "the CBOE might not have been perfectly efficient during the period investigated and abnormal profit opportunities did exist," and that "[e]ven on an ex ante basis, some above-normal profits could have been made."[144]  Both Klemkosky and Resnick (1979) and Klemkosky and Resnick (1980) document examples of mispricing of put options relative to call options on the same underlying stock, noting a "small degree of inefficiency detected."[145]

72.     In addition, the studies that Dr. Cain cites for the proposition that "many studies have documented that options prices quickly begin to impound and reflect new information"[146] do not support a mere presumption of market efficiency for all option series during all time periods, without analysis.  For example, Anthony (1988) only addresses option volume, not prices, and accordingly states that "[t]his paper does not address the market-inefficiency issue," that "[t]ests

---

[140] Klemkosky, Robert C., and Bruce G. Resnick. 1979. "Put-Call Parity and Market Efficiency." *The Journal of Finance* 34 (5): 1141–1155, pp. 1148–1149.

[141] Klemkosky, Robert C., and Bruce G. Resnick. 1979. "Put-Call Parity and Market Efficiency." *The Journal of Finance* 34 (5): 1141–1155, p. 1150.

[142] Klemkosky, Robert C., and Bruce G. Resnick. 1980. "An Ex-Ante Analysis of Put-Call Parity." *Journal of Financial Economics* 8: 363–378, p. 365.

[143] Whaley, Robert E. 1982. "On the Valuation of American Call Options on Dividend Paying Stocks: Empirical Tests." *Journal of Financial Economics* 10 (1): 29–58, p. 49.

[144] Galai, Dan. 1977. "Tests of Market Efficiency of the Chicago Board Options Exchange." *Journal of Business* 50: 167–197, pp. 189, 195.

[145] Klemkosky, Robert C., and Bruce G. Resnick. 1979. "Put-Call Parity and Market Efficiency." *The Journal of Finance* 34 (5): 1141–1155 at 1154; Klemkosky, Robert C., and Bruce G. Resnick. 1980. "An Ex-Ante Analysis of Put-Call Parity." *Journal of Financial Economics* 8: 363–378, pp. 377, 378.

[146] Cain Report, ¶ 78.

of market efficiency would require the addition of market prices to the volume data employed here," and that the "efficiency question would appear to present a useful area for future research."[147]  Manaster and Rendleman (1982) identify options "in which the closing prices imply the existence of arbitrage opportunities," and then exclude such observations from their study.[148]

73.    Notably, many of these studies relied upon by Dr. Cain select a sample of option series for their analyses that include only more liquid options and options that are close to or at-the-money (i.e., options with an exercise price near the stock price), and do not offer analyses or conclusions for those option series that are not included in their studies.[149]  This underlies that it is not appropriate to make broad-brush conclusions about market efficiency of all option series without a careful empirical study that accounts for characteristics of option series and their respective markets.

74.    Finally, Dr. Cain does not address more recent research that finds that market frictions and limits to arbitrage, such as high transaction costs, can impede the ability of arbitrageurs to take advantage of option mispricing, which is inconsistent with market efficiency.  For example, Santa-Clara and Saretto (2009) conclude that exchange margin requirements and transaction costs can prevent arbitrageurs from taking advantage of mispricing, finding that "[c]onsistent

---

[147] Anthony, Joseph H. 1988. "The Interrelation of Stock and Options Market Trading-Volume Data." *Journal of Finance* 43 (4): 949–964, p. 961.

[148] Manaster and Rendleman (1982) suggest that such observations where option prices imply the existence of arbitrage opportunities are either the result of nonsynchronous trades or "that options are irrationally priced" relative to the stock price.  Manaster, Steven, and Richard J. Rendleman, Jr. 1982. "Option prices as predictors of equilibrium stock prices." *Journal of Finance* 37 (4): 1043–1057, pp. 1046–1047.

[149] For example, Manaster and Rendleman (1982) exclude from their sample "options with less than thirty days to maturity" and any day-option observation for which "the closing prices imply the existence of arbitrage opportunities."  Whaley (1982) excludes options with a price under $0.50 and all options employed are required to have three consecutive weekly prices.  Patell and Wolfson (1981) restrict their sample to "the two options whose exercise prices bracket the stock price on the observation date."  Similarly, Anthony (1988) restricts his sample to "[o]nly those two option series with exercise prices that bracket the closing stock price" and to firms for which "option trading occurred on at least ninety percent of the test dates."  Klemkosky and Resnick (1979) use a sample that only includes options with time to expiration of "from three to a maximum of 39 weeks."  Manaster, Steven, and Richard J. Rendleman, Jr. 1982. "Option prices as predictors of equilibrium stock prices." *The Journal of Finance* 37 (4): 1043–1057, p. 1046; Whaley, Robert E. 1982. "On the Valuation of American Call Options on Dividend-Paying Stocks: Empirical Tests." *Journal of Financial Economics* 10 (1): 29–58, p. 37.  Patell, James M., and Mark A. Wolfson. 1981. "The ex ante and ex post price effects of quarterly earnings announcements reflected in option and stock prices." *Journal of Accounting Research* 19 (2): 434–458, p. 445; Anthony, Joseph H. 1988. "The Interrelation of Stock and Options Market Trading-Volume Data." *The Journal of Finance* 43 (4): 949–964, pp. 951, 952; Klemkosky, Robert C., and Bruce G. Resnick. "Put-Call Parity and Market Efficiency." *The Journal of Finance* 34 (5): 1141–1155, p. 1150.

with the arguments of Shleifer and Vishny (1997), Duffie et al. (2002), and Liu and Longstaff (2004) about the limits to arbitrage, our findings could help explain why the good deals in options prices might be difficult to arbitrage away and why speculative investors do not compete with market-makers to provide liquidity by taking the short side of the trade in index options."[150] Cao and Han (2013) similarly document evidence of option mispricing, finding that "[t]here are limits to arbitrage between options and stocks, and the no-arbitrage approach can only establish very wide bounds on equilibrium option prices."[151]

75.    At his deposition, Dr. Cain testified that a situation in which transaction costs exceeded an abnormal profit opportunity would not be evidence of market inefficiency.[152]  However, Dr. Cain ignores that high transaction costs (e.g., high bid-ask spreads) can lead to slow or no reaction to news, inconsistent with efficient markets, because high transaction costs may prevent arbitrageurs from trading and incorporating new information into securities prices through such trading.[153]  In other words, option markets can be inefficient when transaction costs are high.  In the following sections, I show that transaction costs for QuantumScape options were generally high.  I also provide evidence that short selling constraints for QuantumScape stock severed the link between the stock price and option prices over the first third of the Putative Class Period.

### 2.    Dr. Cain Ignores Evidence of Illiquidity of QuantumScape Option Series

76.    As discussed above, QuantumScape had 2,032 different option contracts with at least one transaction during the Putative Class Period and which I understand could be eligible for

---

[150] Santa-Clara, Pedro, and Alessio Saretto. 2009. "Option Strategies: Good Deals and Margin Calls." *Journal of Financial Markets* 12 (3): 391–417, p. 398.

[151] Cao, Jie, and Bing Han. 2013. "Cross Section of Option Returns and Idiosyncratic Stock Volatility." *Journal of Financial Economics* 108 (1): 231–249, p. 231.

[152] Cain Deposition, 216:2–13 ("Q. So do you agree -- and I'm sorry if I asked this before -- that abnormal profit opportunity would indicate the market is inefficient?  A. Well, again, there could be certain situations that I might agree with that; but there may be other circumstances in which I would not agree with that. Q. Like what? A. So one example in which I would not agree with that would be what appear to be abnormal profit opportunities, but which have failed to consider transaction costs or trading costs, which could be greater than the purported profit opportunities.").

[153] In fact, Dr. Cain also testified: "So the reason that we look at bid-ask spread in a market efficiency report is because this can actually represent a limit to arbitrage, to the efficient pricing or -- or trading that can push prices back to their correct level quickly and efficiently.  It can allow mispricings to persist for longer periods of time if it's too expensive for investors to trade in the company's stock."  Cain Deposition, 155:6–13.

inclusion in the putative class, and these securities have different characteristics—that is, different option types (call or put), strike prices, and expiration dates. Dr. Cain fails to analyze any of the QuantumScape option series, and by doing so, ignores evidence of illiquidity in the QuantumScape option series.

77.    In his market efficiency analysis of QuantumScape's stock, Dr. Cain finds that "there was total trading volume of 5,948,560 call and put contracts" during the Putative Class Period.[154] However, by evaluating QuantumScape options as a group, Dr. Cain obscures the low trading volume among most QuantumScape options. In **Exhibit 8A**, I compute summary statistics of trading volume for call and put options during the Putative Class Period that I understand are potentially eligible for inclusion in the putative class.[155] For each option series, I calculate the average daily trading volume and the percentage of days with no trading volume. I then show summary statistics across all of these series-specific averages. As shown in **Exhibit 8A**, trading volumes varied substantially among different option series during the Putative Class Period, and was low for many option series. Specifically, the median call option series had average daily trading volume of only 16 contracts,[156] and did not trade on 33% of trading days during the Putative Class Period. Put option volume was even lower. The median put option series had average daily trading volume of only six contracts, and the median put option series did not trade on 52% of trading days during the Putative Class Period. The least liquid 2.5% of QuantumScape options did not trade on 87% of trading days for call option series and did not trade on 96% of trading days for put option series during the Putative Class Period.

78.    Moreover, Dr. Cain does not evaluate, let alone address, the high transaction costs for QuantumScape options during the Putative Class Period, as evidenced by high bid-ask spreads. In **Exhibit 8B**, I analyze the bid-ask spread of each QuantumScape option series using daily bid and ask quotes at market close as reported by *iVolatility*. For each option series, I calculate the

---

[154] Cain Report, ¶ 75.

[155] As discussed in ¶ 68, I analyze the set of options that I understand could potentially be included in the putative class in this matter. Specifically, I analyze only those options whose expiration dates are on or after January 4, 2021, the first alleged corrective disclosure date, and have trading volume greater than zero during the Putative Class Period. In addition, for option series with expiration dates on or after January 4, 2021 but before April 15, 2021 (the two alleged corrective disclosures), I include only those options that have trading volumes greater than zero prior to January 4, 2021.

[156] One option contract reflects 100 shares. *See* "Equity Options Product Specifications," *CBOE*, https://www.cboe.com/exchange_traded_stock/equity_options_spec/.

average daily bid-ask spread, computed as the difference between the ask and bid prices divided by the midpoint of the bid and ask. I then show summary statistics across all of these series-specific averages. **Exhibit 8B** shows that bid-ask spreads among QuantumScape option series varied widely and were generally high during the Putative Class Period, with average spread for one option series as high as 168%. During the Putative Class Period, the average call option series had average bid-ask spread of 37% and the average put option series had average bid-ask spread of 22%. In contrast, Dr. Cain found that average bid-ask spreads for QuantumScape's stock ranged from 0.02% to 0.06% during the Putative Class Period.[157]

### 3. Dr. Cain Fails to Consider Evidence of Put-Call Parity Violations for QuantumScape's Options

79.     Put-call parity is a theoretical relationship between the price of a company's stock and the prices of call and put options (with the same strike price and expiration date) on the company's stock. The idea behind the put-call parity relationship is that an option investor can create the same payoff as a stock investor by trading put and call options with the same strike price and expiration date, and by borrowing and lending. If put-call parity does not hold and transaction costs are low, investors could make a risk-free arbitrage profit through a combination of buying or selling the stock, buying or selling a "synthetic" stock created through call and put options, and borrowing or lending cash.[158] When the cost of borrowing the stock is high, put-call parity may be systematically violated because arbitrageurs may find it too costly and risky to attempt to profit from mispricing by selling the stock short as part of a potential arbitrage strategy taking advantage of put-call parity violations. Ofek et al. (2004) establish that asymmetric violations of the put-call parity imply that the option market inefficiency is the result of short selling constraints, stating that as:

> [S]tocks' market values rise above those implied by the options markets (if, in fact, that were to occur), there is no arbitrage mechanism that forces convergence. On the other hand, if stock prices fall below their implied value, one can arbitrage by buying shares and taking the appropriate option positions. Thus, to the extent

---

[157] Cain Report, ¶ 66.

[158] Stoll, Hans R. 1969. "The relationship between put and call option prices." *The Journal of Finance* 24 (5): 801–824, pp. 803–804.

short sales constraints are binding, if prices deviate from fundamental value, Eq. (3) will be violated in one particular direction."[159]

80.    For American options like the QuantumScape exchange-traded options, put-call parity implies a range of valid prices with an upper bound and lower bound on the combination of prices such that no risk-free arbitrage profit opportunities exist.  Put-call parity has been assessed as an indicator of market efficiency by a wide body of academic work, such as Finucane (1991),[160] Kamara and Miller (1995),[161] Amin et al. (2004),[162] and Ofek et al. (2004).[163]  As stated by Ofek et al. (2004):

> The concept of no arbitrage is at the core of our beliefs about finance theory. In particular, two assets with the same payoffs should have the same price. … There is perhaps no better example in finance than the case of redundant assets, for example, stocks and options on these stocks. One of the most commonly cited no-arbitrage relations using stocks and options is that of put–call parity.[164]

Dr. Cain fails to conduct an analysis of the put-call parity for any of QuantumScape's options and thus ignores evidence inconsistent with market efficiency.

81.    In **Exhibit 9**, I demonstrate that substantial put-call parity violations occurred for QuantumScape option series, particularly during the period November 27, 2020 to January 4, 2021.[165]  I measure put-call parity violations using a conservative method that accounts for the

---

[159] Ofek, Eli, et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342, p. 314.  *See also*, e.g., Grundy, Bruce D. et al. 2012. "Do option markets undo restrictions on short sales? Evidence from the 2008 short-sale ban." *Journal of Financial Economics* 106:  331–348, p. 344.

[160] Finucane, Thomas J. 1991. "Put-call parity and expected returns." *Journal of Financial and Quantitative Analysis* 26 (4): 445–457.

[161] Kamara, Avraham, and Thomas W. Miller. 1995. "Daily and intradaily tests of European put-call parity." *Journal of Financial and Quantitative Analysis* 30 (4): 519–539.

[162] Amin, Kaushik, et al. 2004. "Index option prices and stock market momentum." *The Journal of Business* 77 (4): 835–874.

[163] Ofek, Eli, et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342, pp. 305, 306.

[164] Ofek, Eli, et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342, pp. 305, 306.

[165] As discussed in ¶ 68, I analyze the set of options that I understand could potentially be included in the putative class in this matter.  Specifically, I analyze only those options whose expiration dates are on or after January 4, 2021, the first alleged corrective disclosure date, and have trading volume greater than zero during the Putative Class Period.  In addition, for option series with expiration dates on or after January 4, 2021 but before April 15, 2021 (the two alleged corrective disclosures), I include only those options that have trading volumes greater than zero prior to January 4, 2021.

upper bound and lower bound range of valid prices under put-call parity and takes into account bid-ask spreads. Specifically, since American options include a premium for the right to be exercised at any point that cannot be calculated precisely, I test for put-call parity by assuming the maximum value when testing whether the options are undervalued and the minimum value when testing whether the options are overvalued. I also take into account trading costs by using the appropriate bid and ask prices rather than the midpoint.[166]

82.    **Exhibit 9** evaluates each QuantumScape option series using the bid and ask prices at market close, and QuantumScape's stock price at close. For each day, I assess the put-call parity relationship for each call and put option pair (i.e., call and put options with the same strike price and time to expiration). Between November 27, 2020 and January 4, 2021, an average of 80.6% of the observations each day exhibited a deviation from put-call parity. Of those deviations, 100% indicated that the stock was overvalued relative to the synthetic stock price implied by the option prices.[167] Substantial and persistent evidence of asymmetric put-call parity violations is inconsistent with market efficiency.

83.    To demonstrate the magnitude of these put-call parity violations, I calculate the extent by which QuantumScape's stock price was overvalued relative to the synthetic stock price implied

---

[166] The formula for the put-call parity was first presented by Stoll (1969) and further developed in Merton (1973) and Klemkosky and Resnick (1979). Specifically, if $S$ is the stock price, $C$ is the call option price and $P$ is the put option price, where the put and the call have the strike price $K$ and the same time to expiration, when testing whether the options are overvalued, I assume that when the stock is overvalued, the arbitrager needs to sell the stock, getting $S_{bid}$, buy the call, paying $C_{ask}$, and sell the put getting $P_{bid}$. They also need, at most, $K$ in cash if they need to immediately exercise the options. The resulting no-arbitrage condition (upper bound on the stock price) is $S_{bid} - K \leq C_{ask} - P_{bid}$. When the stock is undervalued, the arbitrager needs to buy the stock, paying $S_{ask}$, sell the call, getting $C_{bid}$, and buy the put getting $P_{ask}$. They also need the present value of the exercise price $PV(K)$ in order to exercise the options at expiration. The resulting no-arbitrage condition (lower bound on the stock price) is $S_{ask} - PV(K) \geq C_{bid} - P_{ask}$. *See* Stoll, Hans R. 1969. "The relationship between put and call option prices." *The Journal of Finance* 24 (5): 801–824; Merton, Robert C. 1973. "The relationship between put and call option prices: Comment." *The Journal of Finance* 28 (1): 183–184; Klemkosky, Robert C., and Bruce G. Resnick. "Put-Call Parity and Market Efficiency." *The Journal of Finance* 34 (5): 1141–1155.

[167] When determining that the stock was overvalued relative to the synthetic stock price, the synthetic stock price used to evaluate stock overvaluation is the upper bound on the stock price calculated using $S_{bid} \leq C_{ask} + K - P_{bid}$. QuantumScape was not a dividend-paying stock during the Putative Class Period. *See, e.g.*, Grundy, Bruce D. et al. 2012. "Do option markets undo restrictions on short sales? Evidence from the 2008 short-sale ban." *Journal of Financial Economics* 106: 331–348, p. 344 ("We therefore implement the upper put-call parity bound for American options American options set out in Proposition 4 of Cox and Rubinstein (1985, p. 152): $P + S \leq C + K + PV(div)$… To successfully trade on a violation of the upper bound, one needs to sell the relatively overpriced package of a put option and the underlying stock and buy the relatively underpriced call option. We therefore construct the dummy variable *Violation arbitrage* using closing ask prices for call options and closing bid prices for puts and shares.").

by the options prices.  In **Exhibit 10A**, I show as an exemplar the percent overvaluation for a put-call pair that is closest to expiration while being at least 30 days from expiration, and whose strike price is closest to QuantumScape's stock price, which is a commonly used proxy for liquid, at-the-money options.[168]  As shown in **Exhibit 10A**, for November 27, 2020 to January 4, 2021, the closing stock price was on average 22.5% higher than the synthetic stock price implied by the options prices.  In addition, to demonstrate the heterogeneity in the difference between QuantumScape's stock price and the synthetic stock price implied by the options prices during the Putative Class Period, in **Exhibit 10B** I calculate the percent overvaluation for each put-call pair on each day.  As shown in **Exhibit 10B**, for November 27, 2020 and January 4, 2021, the closing stock price was on average 15.7% higher than the synthetic stock price implied by the options prices.[169]  In contrast, Ofek et al. (2004) find that the 99th percentile deviation between the stock price and the synthetic stock price is only 4.4% in their sample.[170]  The large, persistent,[171] and asymmetric deviations from put-call parity for QuantumScape stock and

---

[168] Ofek et al. (2004) show that put-call parity violations are smaller for options with shorter expiration periods. Manaster and Rendleman (1982) and Ofek et al. (2004) recommend excluding options with less than 30 days to expiration.  Yang at el. (2018) show that options for which the stock price is closer to the strike price incorporate more information than options for which the stock price is far away from the strike price. Patell and Wolfson (1981) and Anthony (1988) recommend analyzing the options with strike prices closest to current stock price.  Ofek, Eli, et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342, pp. 329, 340; Manaster, Steven, and Richard J. Rendleman Jr. 1982. "Option prices as predictors of equilibrium stock prices." *The Journal of Finance* 37 (4): 1043–1057, p. 1046; Yang, Heejin, et al. 2018. "Option moneyness and price disagreements." *Applied Economics Letters* 25 (3): 192–196, p. 192; Patell, James M., and Mark A. Wolfson. 1981. "The ex ante and ex post price effects of quarterly earnings announcements reflected in option and stock prices." *Journal of Accounting Research* 19 (2): 434–458, p. 445; Anthony, Joseph H. 1988. "The Interrelation of Stock and Options Market Trading-Volume Data." *The Journal of Finance* 43 (4): 949–964, p. 952.

[169] When considering only the put-call pairs for which there was a put-call parity violation in the period November 27, 2020 to January 4, 2021, the synthetic stock price implied by the options prices was on average 17.1% lower than the actual stock price.

[170] Ofek, Eli, et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342, p. 316.  As noted above, I measure put-call parity violations using a conservative method that accounts for the upper bound and lower bound range of valid prices under put-call parity and for bid-ask spreads.  In contrast, Ofek (2004) uses a less conservative measure that estimates the magnitude of the put-call parity violation using an estimate of the options' early exercise premium.

[171] At his deposition, Dr. Cain suggested that persistent put-call parity violations would need to be observed over multiple quarters, similar to his assessment of persistent autocorrelation.  Cain Deposition, 213:5–214:17.  However, I am unaware of any academic literature that requires put-call parity violations to be present for multiple quarters as evidence inconsistent with market efficiency.  With autocorrelation, an arbitrageur would trade based on where the stock price will be expected to go in the future based on past movements, and thus one must check whether the identified relationship is fleeting or persistent.  Autocorrelations are also hard to precisely measure over short horizons.  By contrast, put-call parity violations are easy to measure.  These violations allow a trader to lock-in risk-free profit through a combination of stock, put, and call options, and hold that combination until option expiration.

options are inconsistent with market efficiency, and inconsistent with Dr. Cain's mere assumption that QuantumScape's option series traded in efficient markets throughout the Putative Class Period.

84.     In addition, **Exhibit 9** and **Exhibit 10B** show that violations of put-call parity are also observed after January 4, 2021, which are again inconsistent with Dr. Cain's mere assumption that all of QuantumScape's option series traded in efficient markets throughout the Putative Class Period.

## V.     Dr. Cain Has Failed to Specify a Reliable Class-Wide Damages Methodology in Light of His Failure to Demonstrate That QuantumScape's Stock and Options Traded in Efficient Markets throughout the Putative Class Period

85.     I understand that Plaintiffs are not required to analyze loss causation or calculate per-share damages at the class certification stage.  However, I understand that Plaintiffs are required to put forth a methodology for calculating damages on a class-wide basis and in a manner consistent with Plaintiffs' theory of liability.  I also understand that Plaintiffs need to put forth a methodology that is capable of measuring price inflation attributable only to the allegedly misrepresented or omitted information given the highly unusual circumstances of the case.  As described below, neither Plaintiffs nor Dr. Cain has proposed such a methodology in light of Dr. Cain's failure to demonstrate that QuantumScape's stock and options traded in efficient markets throughout the Putative Class Period.

86.     Specifically, inflation at each point in time represents the difference between the actual security price at that time and the hypothetical price that would have prevailed absent the alleged fraud (i.e., the "but-for" security price).  To measure inflation, Plaintiffs must specify the information that Defendants should have disclosed at different points in time (i.e., the "but-for" disclosure), and determine the price effect of the incremental information conveyed by the "but-for" disclosure.

87.     Dr. Cain states that one can "calculate[] damages formulaically as the artificial inflation in the share price at the time of purchase minus the artificial inflation in the share price at the time of sale,"[172] but offers no articulation of a methodology for determining artificial inflation

---

[172] Cain Report, ¶ 81.

throughout the Putative Class Period.  The only approach that Dr. Cain appears to suggest could be used to measure inflation throughout the Putative Class Period is an event study analysis "to calculate artificial inflation," and unspecified valuation "tools and techniques" to disaggregate confounding information (i.e., information not causally linked to the alleged misrepresentations), if necessary.[173]  Here, Dr. Cain has failed to demonstrate that an event study analysis could be reliably used to model inflation in light of his failure to demonstrate that QuantumScape's stock and options traded in efficient markets throughout the Putative Class Period.  He also has not demonstrated that unspecified valuation "tools and techniques" can be used to disaggregate the effect of short selling constraints on the alleged corrective disclosure dates and throughout the Putative Class Period.

88.      Specifically, Dr. Cain does not address whether the markets for QuantumScape's stock and options were efficient in such a way that the residual returns from an event study can be used to reliably measure changes in inflation on the alleged corrective disclosure dates.  Dr. Cain's assessment of market efficiency completely ignores the question of whether information is incorporated *fully*.[174]  Unless the new information is incorporated fully in the security price (i.e., there are no further price reactions to the news in the same or the opposite direction in the following days and weeks), the security return during the event window may underestimate or overestimate the value impact of the new information.  As Dr. Cain acknowledged at his deposition, if there are limits to arbitrage as evidenced by short selling constraints and put-call parity violations discussed above, arbitrageurs may be unable to engage in trading that "can push

---

[173] Cain Report, ¶ 84 ("Event studies are widely-employed to calculate artificial inflation. Event studies measure stock price reactions to corrective disclosures which revealed the relevant truth that was concealed by alleged material omissions and/or misrepresentations. To the extent that reliable evidence is introduced to show that a material portion of the difference in the artificial inflation between the purchase and sale of the securities may be attributed to non-fraud related factors, the impact of such 'confounding information' on the price of QuantumScape securities can be determined on a common, class-wide basis using various accepted methodologies."); Cain Deposition, 80:6–14 ("And what I explain in terms that section of my report is that the methodology that I explain is capable of disaggregating components of stock price changes, if we're really talking about an event study that's used to estimate artificial inflation -- that there are tools and techniques, such as valuation analyses, news, analyst reports, other -- other tools of financial econometrics that can be used to disaggregate, if that's necessary.").

[174] Dr. Cain conducts no test to determine whether new information was fully incorporated into the prices of QuantumScape's securities, such that, for example, the price did not continue to react to the same news on the following days or weeks, or that the price did not overreact initially and then reversed on the following days or weeks.  Crucially, his "news – least news" test is incapable of providing such evidence.  As discussed above, such a test merely examines if volatility on "news" days is greater than on "non-news" days.

prices back to their fundamental value quickly."[175]  In addition, if markets are not efficient, mispricing in the securities can persist for days and, potentially, weeks.[176]

89.    When the market is inefficient, then changes in stock prices may reflect changes of investor sentiment, or changes in short selling constraints, rather than measure the value impact of information.[177]  As discussed above, January 4, 2021 was the date when short selling constraints became less binding due to the large increase in shares available for trading and borrowing.  Dr. Cain presents no methodology for disentangling the stock price effect of the change in short selling constraints from the stock price effect of any new information that entered the market on January 4, 2021.  In addition, the stock price decline on April 15, 2021, which Plaintiffs allege was caused by an alleged corrective disclosure, took place in the environment when short selling was much less constrained than it was during the period November 27, 2020 to December 31, 2020.  Therefore, Dr. Cain has not established that the stock price decline on April 15, 2021—when short selling was less constrained—is informative of the stock price decline that would have taken place had the same disclosures been made from November 27, 2020 to December 31, 2020, when short selling was severely constrained.

90.    As such, Dr. Cain does not demonstrate that the results of an event study can be used as an unbiased, reliable measure of the value impact of the alleged misrepresentations given the highly unusual nature of the market for QuantumScape stock during the Putative Class Period.

91.    As discussed above, Dr. Cain also refers to unspecified valuation "tools and techniques" to disaggregate confounding information, if necessary.[178]  However, this case is very unique in

---

[175] Cain Deposition, 154:16–21.

[176] See, e.g., Lamont, Owen A., and Richard H. Thaler. 2003. "Can the Market Add and Subtract?  Mispricing in Tech Stock Carve-Outs." *The Journal of Political Economy* 111 (2): 227–268, pp. 237–242.

[177] Jones, Charles M., and Owen A. Lamont. 2002. "Short-sale constraints and stock returns." *Journal of Financial Economics* 66 (2–3): 207–239, p. 209 ("Short sale constraints can prevent negative information or opinions from being expressed in stock prices."); Baker and Wurgler (2007) describe how, when arbitrage is limited, investor sentiment will determine stock prices. Lamont and Thaler (2003) show how, given investor sentiment, changing short selling costs will determine stock prices. Baker, Malcolm, and Jeffrey Wurgler. 2007. "Investor sentiment in the stock market." *Journal of Economic Perspectives* 21 (2): 129–151; Lamont, Owen A., and Richard H. Thaler. 2003. "Can the market add and subtract? Mispricing in tech stock carve-outs." *Journal of Political Economy* 111 (2): 227–268.

[178] Cain Report, ¶ 84 ("Event studies are widely-employed to calculate artificial inflation. Event studies measure stock price reactions to corrective disclosures which revealed the relevant truth that was concealed by alleged material omissions and/or misrepresentations. To the extent that reliable evidence is introduced to show that a material portion of the difference in the artificial inflation between the purchase and sale of the securities may be attributed to non-fraud related factors, the impact of such 'confounding information' on the price of QuantumScape

that what needs to be disaggregated is not the effect of confounding *information* but rather the effect of short selling constraints, on both the alleged corrective disclosure dates and throughout the Putative Class Period. Dr. Cain has not established that unspecified valuation "tools and techniques" are capable of doing this in the special case of QuantumScape during the Putative Class Period.

Executed this 6th of October, 2022

_____

Terrence Hendershott, PH.D.

---

securities can be determined on a common, class-wide basis using various accepted methodologies."); Cain Deposition, 80:6–14 ("And what I explain in terms that section of my report is that the methodology that I explain is capable of disaggregating components of stock price changes, if we're really talking about an event study that's used to estimate artificial inflation -- that there are tools and techniques, such as valuation analyses, news, analyst reports, other -- other tools of financial econometrics that can be used to disaggregate, if that's necessary.").



**Appendix A**

## Terrence Hendershott
June 2022

Professor
Willis H. Booth Chair in Banking and Finance
Faculty Director, Master of Financial Engineering
Haas School of Business
University of California
Berkeley, CA 94720-1900

phone: (510) 643-0619
fax: (510) 643-1412
hender AT haas.berkeley.edu

### Education

Ph.D., Operations, Information, and Technology, Graduate School of Business, Stanford University, 1999.
B.S., Mathematics and Statistics, Miami University, 1989.

### Publications

- Transparency in Fragmented Markets: Experimental Evidence (with Marvin Wee and Yuanji Wen), *Journal of Financial Markets* 59 (June 2022), 1-20.
- Asset Price Dynamics with Limited Attention (with Albert Menkveld, Remy Praz, and Mark Seasholes), *Review of Financial Studies* 35 (February 2022), 962-1008.
- Does Financial Market Structure Impact the Cost of Raising Capital? (with James Brugler and Carole Comerton-Forde), *Journal of Financial and Quantitative Analysis* 56 (August 2021), 1771-1808.
- FinTech as a Game Changer: Overview of Research Frontiers (with Michael Zhang, Leon Zhao, and Eric Zheng), *Information Systems Research* 32 (March 2021), 1-17.
- Asset Pricing: A Tale of Night and Day (with Dmitry Livdan and Dominik Rösch), *Journal of Financial Economics* 138 (December 2020), 635-662.
- Relationship Trading in OTC Markets (with Dan Li, Dmitry Livdan, and Norman Schürhoff), *Journal of Finance* 75 (April 2020), 683-734.
- Short Selling and Price Discovery in Corporate Bonds (with Roman Kozhan and Vikas Raman), *Journal of Financial and Quantitative Analysis* 54 (January 2020), 77-115.
- Price Discovery without Trading: Evidence from Limit Orders (with Jonathan Brogaard and Ryan Riordan), *Journal of Finance* 75 (August 2019), 1621-1658.
- High Frequency Trading and the 2008 Short Sale Ban (with Jonathan Brogaard and Ryan Riordan), *Journal of Financial Economics* 124 (April 2017), 22-42.
- Are Institutions Informed about News? (with Dmitry Livdan and Norman Schürhoff) *Journal of Financial Economics* 117 (August 2015), 249-287.
- Click or Call? Auction versus Search in the Over-the-Counter Market (with Ananth Madhavan), *Journal of Finance* 70 (February 2015), 419-447.
- Price Pressures (with Albert Menkveld), *Journal of Financial Economics*, 114 (December 2014), 405-423.
- High-Frequency Trading and Price Discovery (with Jonathan Brogaard and Ryan Riordan), *Review of Financial Studies* 27 (August 2014), 2267-2306. Won Michael J. Brennan Best Paper Award for best paper published in *Review of Financial Studies* in 2015.
- Liquidity provision and stock return predictability (with Mark Seasholes), *Journal of Banking & Finance* 45 (August 2014), 140-151.
- How Slow is the NBBO? A Comparison with Direct Exchange Feeds (with Shengwei Ding and John Hanna), *Financial Review* 49 (May 2014), 313-332.
- High-Frequency Trading and the Execution Costs of Institutional Investors (with Jonathan Brogaard, Stefan Hunt, and Carla Ysusi), *Financial Review* 49 (May 2014), 345-369. Won *Financial Review* Outstanding Publication Award for 2014.
- Levelling the Trading Field (with David Easley and Tarun Ramadorai), *Journal of Financial Markets* 17 (January 2014), 65-93.
- The Intended and Collateral Effects of Short-Sale Bans as a Regulatory Tool (with Ethan Namvar and Blake Phillips), *Journal of Investment Management* 11 (2013), 5-13.
- Algorithmic Trading and the Market for Liquidity (with Ryan Riordan), *Journal of Financial and Quantitative Analysis* 48 (August 2013), 1001-1024. Won 2013 Philip Brown Prize.

**Appendix A**

- Informed Trading and Portfolio Returns (with Alex Boulatov and Dmitry Livdan), *Review of Economic Studies* 80 (January 2013), 35-72.
- Automation, Speed, and Stock Market Quality: The NYSE's Hybrid (with Pam Moulton), *Journal of Financial Markets* 14 (November 2011), 568-604.
- Does Algorithmic Trading Increase Liquidity? (with Charles Jones and Albert Menkveld), *Journal of Finance* 66 (February 2011), 1-33. Won New York Stock Exchange Euronext Award for best paper on equity trading, Western Finance Association (2008). Finalist for the Smith-Breeden Prize for best paper published in the *Journal of Finance*.
- Time Variation in Liquidity: The Role of Market Maker Inventories and Revenues (with Carole Comerton-Forde, Charles Jones, Pam Moulton, and Mark Seasholes), *Journal of Finance* 65 (February 2010), 295-331.Won Nasdaq Award for best paper on market microstructure, Financial Management Association (2007).
- The NFL Should Auction Possession in Overtime Games (with Yeon-Koo Che), *Economists' Voice* 9 (October 2009), http://www.bepress.com/ev/vol6/iss9/art5/.
- A Comparison of Trading and Non-Trading Mechanisms for Price Discovery (with Michael Barclay), *Journal of Empirical Finance* 15 (December 2008), 839-849.
- How to Divide the Possession of a Football? (with Yeon-Koo Che), *Economics Letters* 99 (June 2008), 561-565.
- Order Consolidation, Price Efficiency, and Extreme Liquidity Shocks (with Michael Barclay and Charles Jones), *Journal of Financial and Quantitative Analysis* 43 (March 2008), 93-121.
- Market Maker Inventories and Stock Prices (with Mark Seasholes), *American Economic Review (P&P)* 97 (May 2007), 210-214.
- Automation versus Intermediation: Evidence from Treasuries Going Off the Run (with Michael Barclay and Kenneth Kotz), *Journal of Finance* 61 (October 2006), 2395-2414.
- A Model of Direct and Intermediated Sales (with Jie Zhang), *Journal of Economics & Management Strategy* 15 (Summer 2006), 279-316.
- Island Goes Dark: Transparency, Fragmentation, and Regulation (with Charles Jones), *Review of Financial Studies* 18 (Fall 2005), 743-793.
- Trade-through Prohibitions and Market Quality (with Charles Jones), *Journal of Financial Markets* 8 (February 2005), 1-23.
- Liquidity Externalities and Adverse Selection: Evidence from Trading After Hours (with Michael Barclay), *Journal of Finance* 59 (April 2004), 681-710.
- Competition Among Trading Venues: Information and Trading on Electronic Communications Networks (with Michael Barclay and Tim McCormick), *Journal of Finance* 58 (December 2003), 2637-2666. Won New York Stock Exchange Award for best paper on equity trading, Western Finance Association (2001). Nominated for the Smith-Breeden Prize for best paper published in the *Journal of Finance*.
- Price Discovery and Trading After Hours (with Michael Barclay), *Review of Financial Studies* 16 (Winter 2003), 1041-1073.
- Electronic Trading Systems in Financial Markets, *IEEE-IT Professional* 5 (Jul/Aug 2003), 10-14.
- The Future of Virtual Malls (with Patric Hendershott and Robert Hendershott), *Real Estate Finance* 18 (Spring 2001), 25-32.
- Crossing Networks and Dealer Markets: Competition and Performance (with Haim Mendelson), *Journal of Finance* 55 (October 2000), 2071-2115. Nominated for the Smith-Breeden Prize for best paper published in the *Journal of Finance*.
- Bundling and Optimal Auctions of Multiple Products (with Christopher Avery), *Review of Economic Studies* 67 (July 2000), 483-497.
- Will the Internet Reduce the Demand for Mall Space? (with Patric Hendershott and Robert Hendershott), *Real Estate Finance* 17 (Spring 2000), 41-46.

**Working Papers**
- True Cost of Immediacy (with Dmitry Livdan, Dan Li, and Norman Schürhoff)
- All-to-All Liquidity in Corporate Bonds (with Dmitry Livdan and Norman Schürhoff)


**Appendix A**

- Quote Competition in Corporate Bonds (with Dmitry Livdan, Dan Li, Norman Schürhoff, and Kumar Venkataraman)
- Option Auctions (with Saad Khan and Ryan Riordan)
- Stock Exchanges as Platforms for Data and Trading (with Marc Rysman and Rainer Schwabe)
- Order Exposure in High Frequency Markets (with Bidisha Chakrabarty, Samarpan Nawn, and Roberto Pascual)
- Market Predictability and Non-Informational Trading (with Mark Seasholes).

**Books, Reviews, and Chapters**
- Handbook of Economics and Information Systems (Editor), Elsevier, ISBN 0444517715.
- Implementation Shortfall with Transitory Price Effects (with Charles Jones and Albert Menkveld), chapter in High Frequency Trading: A Survival Guide, Eds. David Easley, Marcos Lopez de Prado, and Maureen O'Hara, Risk Books.
- Book Review of Econometrics of Financial High-Frequency Data, by Nikolaus Hautsch, *Quantitative Finance* (2013).

**Other Publications**
- Call for Papers—Special Issue of Information Systems Research Fintech – Innovating the Financial Industry Through Emerging Information Technologies (with Michael Zhang, Leon Zhao, and Eric Zheng), *Information Systems Research* (December 2017), 885-886.
- Automated Trading, *Encyclopedia of Quantitative Finance*.
- Preface to the Focus Theme Section: 'Financial Market Engineering' (with Dirk Neumann, Robert Schwartz, Bruce Weber, and Christof Weinhardt), *Electronic Markets* 16 (May 2006), 98-100.
- An Economic View of Information Systems (with Krishnan Anand), Introduction to Special Issue on Information Systems and Economics, *Decision Support Systems* 41(May 2006), 683-687.
- Wall St's appeal for new rules is not altruistic, *Financial Times*, comment/op-ed, 7/21/2004, p. 13.
- Should the Outcome of a Coin Flip Mean So Much in NFL Overtime? Bid for the Ball (with Jonathan Berk), *Wall Street Journal Online*, 12/22/2003.

**Honors, Awards, Miscellaneous**
- Faculty Director, Master of Financial Engineering, UC Berkeley (2020-)
- University of California Retirement System Advisory Board (2020-)
- Willis H. Booth Chair in Banking and Finance, Haas School of Business, UC Berkeley (2017-)
- Norwegian Finance Initiative Grant to study the effect of technological and regulatory changes on market structure and transparency across equity and fixed-income markets in the US and Europe (2018-2022)
- Digging into Data Round 4; Digging Into High Frequency Data: Present And Future Risks And Opportunities (2016-2020)
- Market Surveillance Advisory Group, Financial Industry Regulatory Authority (2016-2018, 2021-)
- Cheryl and Christian Valentine Chair, Haas School of Business, UC Berkeley (2012-2017)
- Consultant, Office of the Chief Economist, Commodity Futures Trading Commission (2016-2017)
- Distinguished Visiting Scholar, Securities and Exchange Commission (2015).
- Michael J. Brennan Best Paper Award for best paper published in *Review of Financial Studies* in 2014.
- *Financial Review* Outstanding Publication Award for 2014.
- 2013 Philip Brown Prize.
- High Frequency Trading Subcommittee of the Technology Advisory Committee, Commodity Futures Trading Commission (2012-2013)
- Barbara and Gerson Bakar Faculty Fellow, Haas School of Business, UC Berkeley (2011-2012)
- Consultant, Office of the Chief Economist, Commodity Futures Trading Commission (2009-2011)
- Visiting Scholar, University of Sydney (2010)
- Net Institute Grant (2009)
- Kauffman Foundation Entrepreneurship & Innovation Research Grant (2008-2009)
- New York Stock Exchange Euronext Award for best paper on equity trading, Western Finance Association (2008)



**Appendix A**

- Visiting Fellow, The Paul Woolley Centre for the Study of Capital Market Dysfunctionality, London School of Economics (2008)
- Nasdaq Award for best paper on market microstructure, Financial Management Association (2007)
- Visiting Professor, Université Paris-Dauphine (2007, 2008, 2009, 2010, 2012, 2013)
- Nasdaq Economic Advisory Board, (2004-7; Chair 2007)
- Visiting Economist, New York Stock Exchange (2005-2006)
- National Science Foundation Grant #0133848, CAREER: Electronic Trading Systems (2002-2006)
- Schwabacher Fellow (outstanding teaching and research), University of California, Berkeley (2005-2006)
- Junior Faculty Research Grant, Committee on Research, University of California, Berkeley (2001, 2003)
- New York Stock Exchange Award for best paper on equity trading, Western Finance Association (2001)
- Simon School Teaching Honor Roll, University of Rochester (2000, 2001)
- Xerox Assistant Professor, University of Rochester (1999-2001)
- Frye Fellowship, Stanford University (1992)
- Chiles Fellowship, Stanford University (1991)

**Teaching Experience**
- High-Frequency Finance (MFE 230X), UC Berkeley.
- Introduction to Business Analytics (UGBA 104), UC, Berkeley.
- Information Technology Strategy (MBA 247B, ENGIN 298A, INFOSYS 290, UGBA 196), UC, Berkeley.
- Operations Management (MBA and EWMBA 204), UC, Berkeley.
- Financial Information Systems (CIS 446/Finance 446), University of Rochester.
- Investment Management and Trading Strategies (Finance 434), Simon School, University of Rochester.

**Professional Service**

Editorial:
- Associate Editor, *Journal of Finance*, 2022-
- Associate Editor, *Journal of Financial Economics*, 2021-
- Associate Editor, *Review of Asset Pricing Studies*, 2021-
- Associate Editor, *Journal of Financial Markets*, 2012-
- Associate Editor, *Management Science*, 2010-2018
- Associate Editor, *Journal of Banking & Finance*, 2015-2016
- Co-Editor, *Journal of Economics and Management Strategy*, 2006-2013
- Associate Editor, *Information Systems Research*, 2004-2005
- Associate Editor, *Decision Support Systems*, 2003-2016
- Advisory Editor, *Handbooks in Information Systems*, Elsevier
- Guest Editor, Special Issue of Information Systems Research Fintech – Innovating the Financial Industry Through Emerging Information Technologies (with Michael Zhang, Leon Zhao, and Eric Zheng), *Information Systems Research*
- Guest Editor, Special Issue on Behavioral Finance and Recent Developments in Capital Markets, *Pacific-Basin Finance Journal*
- Guest Editor, Focus Theme Section: 'Financial Market Engineering', *Electronic Markets*
- Guest Editor, Special Issue on Information Systems and Economics, *Decision Support Systems*

Conferences:
- Western Finance Association, program committee, 2011-
- SAFE Market Microstructure Conference, program committee, 2017-
- International FinTech, InsurTech & Blockchain Forum, program committee, 2018-
- Napa Conference on Financial Markets, program committee, 2009-2017
- European Finance Association, program committee, 2001-2004, 2012-2016
- French Finance Association Paris December Conference, 2013-2019
- Finance Down Under Conference, 2013-2016

**Appendix A**

- Society for Financial Econometrics and Tinbergen University (Amsterdam) Conference on Measuring and Understanding Asset Price Changes: The Price of Liquidity, and the Liquidity of Price, program committee, 2011
- NYSE-Euronext/Dauphine University, 3rd Workshop on Financial Market Quality, organizer, 2010
- NYSE Euronext & Tinbergen Institute Workshop on Liquidity and Volatility, program committee, 2009
- National Institute of Securities Markets Conference on Structure, Microstructure and Regulation of Securities Markets, Mumbai, India, program committee, 2008
- NYSE-Euronext/Dauphine University, 2nd Workshop on Financial Market Quality, organizer, 2008
- INFORMS Conference on Information Systems and Technology, program committee, 2000-6
- Microstructure of International Financial Markets, Hyderabad, India, program committee, 2006
- FinanceCom (International Workshop on Finance Industry Enterprise, Applications & Services), program committee, 2005-2012

# Prior Testimony

## (Past four years)

Deposition and Trial Testimony (2017, 2018, 2019), *SEC v. Lek Securities Corp, et al.*, Case No. 17-cv-1789 (U.S. District Court Southern District of New York).

Deposition Testimony (2018), *Axiom Investment Advisors, LLC et al., v. Deutsche Bank AG*, Case No. 1:15-cv-09945 (U.S. District Court Southern District of New York).

Deposition Testimony (2018), *In re The Bank of New York Mellon ADR FX Litigation*, Case No. 16-cv-00212 (U.S. District Court Southern District of New York).

Deposition Testimony (2018), *Carver, et al., v. The Bank of New York Mellon, et al.*, Case No. 15-cv-10180 (U.S. District Court Southern District of New York).

Deposition Testimony (2018, 2019), Covered business method reviews, Patent numbers 6,618,707, 7,246,093, 7,599,875, 7,921,051, 8,386,371, Patent and Trademark Office.

Deposition and Trial Testimony (2019, 2020), *Emily and Malcom Fairbairn v. Fidelity Investments Charitable Gift Fund*, Case No. 3:18-cv-04881 (U.S. District Court Northern District of California).

Deposition and Evidentiary Hearing Testimony (2020, 2021), *In re Global Brokerage, Inc f/k/a FXCM Inc. Securities Litigation*, Case No. 1:17-cv-00916-RA-BCM (U.S. District Court Southern District of New York).

Deposition Testimony (2021), *Budicak, Inc., et al. v. Lansing Trade Group, LLC, et al.*, Case No. 2:19-cv-02449 (U.S. District Court District of Kansas).

Deposition Testimony (2021), *City of Providence v. BATS Global Markets Inc.*, et al., Case No.  2:19-cv-02449 (U.S. District Court Southern District of New York).

Deposition Testimony (2021), *Iowa Public Employees' Retirement System, et al. v. Bank of America Corporation, et al.*, Case No. 1:17-cv-06221-KPF  (U.S. District Court Southern District of New York).

**Appendix B**

# Documents Considered
# Expert Report of Terrence Hendershott, Ph.D.

| Title | Date |
|---|---|
| **Pleadings and Legal Documents** | |
| Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, *In Re QuantumScape Securities Class Action Litigation* | July 14, 2022 |
| Plaintiffs' Notice of Motion and Motion to Certify the Class, Appoint Class Representatives and Appoint Class Counsel and Memorandum of Points and Authorities in Support Thereof, *In Re QuantumScape Securities Class Action Litigation* | July 29, 2022 |
| | |
| **SEC Filings** | |
| QuantumScape Corporation, Form 8-K | June 30, 2020 |
| QuantumScape Corporation, Form S-4 | September 21, 2020 |
| QuantumScape Corporation, Form 424B3 | November 12, 2020 |
| QuantumScape Corporation, Form S-1 | December 17, 2020 |
| QuantumScape Corporation, Notice of Effectiveness | December 31, 2020 |
| QuantumScape Corporation, Form 10-K for Fiscal Year Ended December 31, 2020 | February 23, 2021 |
| QuantumScape Corporation, Form 10-Q for the Quarter Ended March 31, 2021 | May 17, 2021 |
| QuantumScape Corporation, Form 10-Q for the Quarter Ended June 30, 2021 | July 29, 2021 |
| | |
| **Depositions** | |
| Deposition of Matthew D. Cain, Ph.D., with Exhibits | September 7, 2022 |
| | |
| **Data** | |
| CRSP | |
| Federal Reserve | |
| iVolatility | |
| Refinitiv Eikon | |
| S3 Partners | |
| Public press articles available from Factiva that contain the search term "QuantumScape" or QuantumScape's company tag that were published on the following dates: November 25, 2020 – January 5, 2021 | |

# Appendix B

| Title | Date |
|---|---|
| **Publicly Available Sources** | |
| U.S. Securities and Exchange Commission Press Release, "SEC Adopts T+2 Settlement Cycle for Securities Transactions" | March 22, 2017 |
| "Bill Gates-backed vehicle battery supplier to go public through SPAC deal," CNBC, , https://www.cnbc.com/2020/09/03/bill-gates-backed-ev-battery-supplier-to-go-public-through-spac-deal.html | September 3, 2020 |
| "Next-Gen Battery Company QuantumScape to List on NYSE through Merger with Kensington Capital Acquisition Corp.," QuantumScape Corporation, 9:25am ET | September 3, 2020 |
| QuantumScape Press Release, "QuantumScape Corporation and Kensington Capital Acquisition Corp. Announce Closing Of Business Combination; QuantumScape To Trade On NYSE Under Ticker 'QS' Beginning on November 27," 6:00am ET | November 27, 2020 |
| "08:01 EST QuantumScape initiated with an Underperform at Bernstein...," *Theflyonthewall.com* | November 30, 2020 |
| "QuantumScape Corporation Class A Common Stock Initiated at Underperform by Bernstein," *Dow Jones Institutional News*, 9:10am ET | November 30, 2020 |
| "Sell This EV Battery Startup's Stock Because 'Significant Barriers' Remain," *Barron's Online*, 11:01am ET | November 30, 2020 |
| "46 Stocks Moving In Monday's Mid-Day Session," *Benzinga.com*, 12:06pm ET | November 30, 2020 |
| "SPACs Have a Hidden Risk That Investors Need to Know About," *Barron's Online*; 2:06pm ET | November 30, 2020 |
| "QuantumScape and Kensington Capital closes business combination," *FinancialWire* | November 30, 2020 |
| "Stock Alert: QuantumScape Jumps To New 52-week High," *RTT News* | November 30, 2020 |
| "EV Stock QuantumScape Rocketed Almost 30%. It Doesn't Seem to Make Sense. – Barrons.com," *Dow Jones Institutional News*, 6:10pm ET | December 21, 2020 |
| "EXCLUSIVE-Apple targets car production by 2024 and eyes 'next level' battery technology – sources," *Reuters News*, 3:36pm ET | December 21, 2020 |
| "EV Stock QuantumScape Rockets Another 26%. It Doesn't Seem to Make Sense.*" Barron's Online*, 10:21am ET | December 22, 2020 |
| "Elon Musk says Tim Cook wouldn't meet with him about buying Tesla," *Silicon Valley/San Jose Business Journal*, 6:01pm ET | December 22, 2020 |
| "Velodyne, Luminar, QuantumScape stocks soar on news about Apple's self-driving car," *Silicon Valley/San Jose Business Journal* | December 22, 2020 |
| "QuantumScape's Solid State Batteries Have Significant Technical Hurdles to Overcome," *Seeking Alpha*, 5:46am ET | January 4, 2021 |
| QuantumScape Press Release, "Note to Investors Regarding Our Recent Registration Statement on Form S-1" | January 5, 2021 |
| QuantumScape Press Release, "QuantumScape Announces Proposed Public Offering of Class A Common Stock," 5:07pm ET | March 22, 2021 |

# Appendix B

| Title | Date |
|---|---|
| QuantumScape Press Release, "QuantumScape Announces Pricing of Public Offering of Class A Common Stock," 9:00am ET | March 25, 2021 |
| QuantumScape Press Release, "QuantumScape Announces Closing of Public Offering of Class A Common Stock and Full Exercise of Option to Purchase Additional Shares," 4:15pm ET | March 29, 2021 |
| "QuantumScape (NYSE: QS) A Pump and Dump SPAC Scam by Silicon Valley Celebrities, that Makes Theranos Look Like Amateurs," *Scorpion Capital* | April 15, 2021 |
| "Staff Report on Equity and Options Market Structure Conditions in Early 2021," *U.S. Securities and Exchange Commission* | October 14, 2021 |
| NYSE Threshold Securities, available at https://www.nyse.com/regulation/threshold-securities | |
| "Regulation SHO," *NYSE*, https://www.nyse.com/regulation/nyse/public-info | |
| "Equity Options Product Specifications," *CBOE*, https://www.cboe.com/exchange_traded_stock/equity_options_spec/ | |

## Expert Reports

| Title | Date |
|---|---|
| Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials | July 22, 2022 |

## Analyst Reports

| Title | Date |
|---|---|
| "QuantumScape: The future is solid, but significant hurdles remain; Initiating Underperform, TP $28," *Bernstein* | November 30, 2020 |
| "Get Ready for a QuantumScape Short Squeeze," *S3 Partners* | December 9, 2020 |
| "QuantumScape:  Impressive performance data provides some answers, but opens up even more questions," *Bernstein* | December 9, 2020 |
| "VW's Battery Day – very solid," *Deutsche Bank* | December 9, 2020 |
| "QuantumScape Corp," *GlobalData* | December 14, 2020 |
| "Potential Short Squeezes," *S3 Partners* | December 14, 2020 |
| "Seeking to disrupt the EV battery market; promising technology progress so far but long time to market; Initiate at Neutral," *Goldman Sachs* | February 4, 2021 |
| "Expanding the EV Universe: Initiate on QuantumScape and Fisker at OW, Lordstown and Romeo at UW," *Morgan Stanley* | February 11, 2021 |
| "Global Energy Storage & Electronic Vehicles: Discontinuation of coverage," *Bernstein* | February 12, 2021 |
| "QuantumScape Corp. (QS): 4Q20 First Take," *Goldman Sachs* | February 16, 2021 |
| "4Q20 Shows Progress and Expansion: 5 Key Takeaways," *Morgan Stanley* | February 17, 2021 |

# Appendix B

| Title | Date |
|---|---:|
| "Updates on multi-layer cells, pre-pilot facility in first report as a public company," *Goldman Sachs* | February 17, 2021 |
| "Risk Reward Update," *Morgan Stanley* | February 19, 2021 |
| "Electric Crude - Initiating Coverage with a Neutral Rating," *Baird* | March 4, 2021 |
| "Initiating QS at Outperform: Solid as a Rock," *Cowen* | March 8, 2021 |
| "All in for an electric future - paving the way to €400 per share?," *Deutsche Bank* | March 22, 2021 |
| "Equity Raise To Fund QS-0 Expansion On Back Of Strong Demand," *Cowen* | March 22, 2021 |
| "VW Milestone Achieved, Nets Additional $100MM Investment," *Cowen* | March 31, 2021 |
| "QuantumScape VW Testing Milestone: Partnerships and the Path to Scale," *Morgan Stanley* | April 1, 2021 |
| "Reaching a Technical Milestone with VW," *Baird* | April 1, 2021 |

## Textbooks

| | |
|---|---:|
| Campbell, John Y. et al. "Event-Study Analysis," in *The Econometrics of Financial Markets*. New Jersey: Princeton University Press, pp. 149–180 | 1997 |
| Fama, Eugene F. *Foundations of Finance: Portfolio Decisions and Securities Prices*. Basic Books: New | 1976 |
| Hull, John C. *Options, Futures and Other Derivatives*. 9th edition. Upper Saddle River, New Jersey: Prentice Hall | 2015 |
| Kenkel, James L., *Introductory Statistics for Management and Economics*, 4th edition. | 1996 |
| Stock, James H., and Mark W. Watson, *Introduction to Econometrics*. 2nd edition. | 2006 |

## Academic Literature

| | |
|---|---:|
| Allen, Franklin et al. "Market efficiency and limits to arbitrage: Evidence from the Volkswagen short squeeze." *Journal of Financial Economics* 142 (1): 166–194 | 2021 |
| Amin, Kaushik et al. "Index Option Prices and Stock Market Momentum." *The Journal of Business* 77 (4): 835–874 | 2004 |
| Anthony, Joseph H. "The Interrelation of Stock and Options Market Trading-Volume Data." *The Journal of Finance* 43 (4): 949–964 | 1988 |
| Asquith, Paul et al. "Information content of equity analyst reports." *Journal of Financial Economics* 75 (2): 245–282 | 2005 |
| Autore, Don M. et al. "Failures to Deliver, Short Sale Constraints, and Stock Overvaluation." *The Financial Review* 50 (2): 143–172 | 2015 |
| Baker, Malcolm, and Jeffrey Wurgler. "Investor sentiment in the stock market." *Journal of Economic Perspectives* 21 (2): 129–151 | 2007 |

# Appendix B

| Title | Date |
|---|---|
| Barclay, Michael J., and Robert H. Litzenberger. "Announcement Effects of New Equity Issues and the Use of Intraday Price Data." *Journal of Financial Economics* 21: 71–99 | 1988 |
| Bernard, Victor L. and Jacob K. Thomas. "Post-Earnings Announcement Drift: Delayed Price Response or Risk Premium?" *Journal of Accounting Research* 27: 1–36 | 1989 |
| Brogaard, Jonathan et al. "High frequency trading and the 2008 short-sale ban." *Journal of Financial Economics* 124: 22–42 | 2017 |
| Busse, Jeffrey A., and T. Clifton Green. "Market Efficiency in Real Time." *Journal of Financial Economics* 65: 415–437 | 2001 |
| Cain, Matthew D., et al. "How Corporate Governance Is Made: The Case of the Golden Leash." *University of Pennsylvania Law Review* 164: 649–702 | 2016 |
| Cain, Matthew D., and David J. Denis. "Information Production by Investment Banks: Evidence from Fairness Opinions." *The Journal of Law and Economics* 56 (1): 245–280 | 2013 |
| Cao, Jie, and Bing Han. "Cross Section of Option Returns and Idiosyncratic Stock Volatility." *Journal of Financial Economics* 108 (1): 231–249 | 2013 |
| Chang, Eric C. et al. "Short-sales constraints and price discovery: Evidence from the Hong Kong market." *The Journal of Finance* 62 (5): 2097–2121 | 2007 |
| Cohen, Lauren, and Dong Lou. "Complicated firms." *Journal of Financial Economics* 104 (2): 383–400 | 2012 |
| D'Avolio, Gene. "The Market for Borrowing Stock." *Journal of Financial Economics* 66 (2): 271–306 | 2002 |
| Defond, Mark L., and Jieying Zhang. "The Timeliness of the Bond Market Reaction to Bad Earnings News." *Contemporary Accounting Research* 31 (3): 911–936 | 2014 |
| Engelberg, Joseph E. et al. "Short-Selling Risk." *The Journal of Finance* 73 (2): 755–786 | 2018 |
| Evans, Richard B. et al. "Failure is an option: Impediments to short selling and options prices." *Review of Financial Studies* 22 (5): 1955–1980 | 2009 |
| Fama, Eugene F. "Efficient Capital Markets: II." *The Journal of Finance* 46 (5): 1575–1617 | 1991 |
| Fama, Eugene F. "Efficient Capital Markets: A Review of Theory and Empirical Work." *The Journal of Finance* 25 (2): 383–417 | 1970 |
| Finucane, Thomas J. "Put-call parity and expected returns." *Journal of Financial and Quantitative Analysis* 26 (4): 445–457 | 1991 |
| Galai, Dan. "Tests of Market Efficiency of the Chicago Board Options Exchange." *Journal of Business* 50: 167–197 | 1977 |
| Gargano, Antonio. "Short Selling Activity and Future Returns: Evidence from FinTech Data," *Working Paper* | 2020 |
| Geczy, Christopher C. et al. "Stocks are special too: an analysis of the equity lending market." *Journal of Financial Economics* 66 (2-3): 241–269 | 2002 |
| Greene, Jason T., and Susan G. Watts. "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases." *Financial Management* 25 (1): 19–42 | 1996 |

# Appendix B

| Title | Date |
|---|---|
| Grossman, Sanford J., and Joseph E. Stiglitz. "On the impossibility of informationally efficient markets." *The American Economic Review* 70 (3): 393–408 | 1980 |
| Grundy, Bruce D. et al. "Do option markets undo restrictions on short sales? Evidence from the 2008 short-sale ban." *Journal of Financial Economics* 106: 331–348 | 2012 |
| Hirshleifer, David, et al. "Driven to Distraction: Extraneous Events and Underreaction to Earnings News." *The Journal of Finance* 64 (5): 2289–2325 | 2009 |
| Huberman, Gur, and Tomer Regev. "Contagious Speculation and a Cure for Cancer: A Nonevent that Made Stock Prices Soar." *The Journal of Finance* 56 (1): 387–396 | 2001 |
| Irvine, Paul J. "The incremental impact of analyst initiation of coverage." *Journal of Corporate Finance* 9 (4): 431–451 | 2003 |
| Jones, Charles M., and Owen A. Lamont. "Short-sale constraints and stock returns." *Journal of Financial Economics* 66 (2-3): 207–239 | 2002 |
| Kamara, Avraham, and Thomas W. Miller. "Daily and intradaily tests of European put-call parity." *Journal of Financial and Quantitative Analysis* 30 (4): 519-539 | 1995 |
| Klemkosky, Robert C., and Bruce G. Resnick. "Put-Call Parity and Market Efficiency." *The Journal of Finance* 34 (5): 1141–1155 | 1979 |
| Klemkosky, Robert C., and Bruce G. Resnick. "An Ex-Ante Analysis of Put-Call Parity." *Journal of Financial Economics* 8: 363–378 | 1980 |
| Kolasinski, Adam C. et al. "A multiple lender approach to understanding supply and search in the equity lending market." *The Journal of Finance* 68 (2): 559–595 | 2013 |
| Lamont, Owen A., and Richard H. Thaler. "Can the Market Add and Subtract? Mispricing in Tech Stock Carve-Outs." *The Journal of Political Economy* 111 (2): 227–268 | 2003 |
| Lamont, Owen A., and Richard H. Thaler. "The Law of One Price in Financial Markets." *The Journal of Economic Perspectives* 17 (4): 191–202 | 2003 |
| Manaster, Steven, and Richard J. Rendleman Jr. "Option prices as predictors of equilibrium stock prices." *The Journal of Finance* 37 (4): 1043–1057 | 1982 |
| Merton, Robert C. "The relationship between put and call option prices: Comment." *The Journal of Finance* 28 (1): 183–184 | 1973 |
| Miller, Edward M. "Risk, uncertainty, and divergence of opinion." *The Journal of Finance* 32 (4): 1151–1168 | 1977 |
| Mitchell, Mark et al. "Limited Arbitrage in Equity Markets." *The Journal of Finance* 57 (2): 551–584 | 2002 |
| Mola, Simona et al. "Is There Life After the Complete Loss of Analyst Coverage?" *The Accounting Review* 88 (2): 667–705 | 2013 |
| Muravyev, Dmitriy et al. "Is There a Risk Premium in the Stock Lending Market? Evidence from Equity Options." *The Journal of Finance* 77 (3): 1787–1828 | 2022 |
| Ofek, Eli et al. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342 | 2004 |

# Appendix B

| Title | Date |
|---|---|
| Patell, James M., and Mark A. Wolfson. "The ex ante and ex post price effects of quarterly earnings announcements reflected in option and stock prices." *Journal of Accounting Research* 19 (2): 434–458 | 1981 |
| Patell, James M., and Mark A. Wolfson. "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements." *Journal of Financial Economics* 13 (2): 223–252 | 1984 |
| Richardson, Scott et al. "Deleveraging Risk." *Journal of Financial and Quantitative Analysis* 52 (6): 2491–2522 | 2017 |
| Ringgenberg, Matthew. "When Short Sellers Agree to Disagree: Short Sales, Volatility, and Heterogeneous Beliefs." *Working Paper* | 2011 |
| Santa-Clara, Pedro, and Alessio Saretto. "Option Strategies: Good Deals and Margin Calls." *Journal of Financial Markets*, 12 (3): 391–417 | 2009 |
| Shleifer, Andrei, and Robert Vishny. "The Limits of Arbitrage." *The Journal of Finance* 52 (1): 35–55 | 1997 |
| Siegel, Sidney. "Nonparametric statistics." *The American Statistician* 11 (3): 13–19 | 1957 |
| Stambaugh, Robert F. et al. "The short of it: Investor sentiment and anomalies." *Journal of Financial Economics* 104 (2): 288–302 | 2012 |
| Stoll, Hans R. "The relationship between put and call option prices." *The Journal of Finance* 24 (5): 801–824 | 1969 |
| Tetlock, Paul C. "All the News That's Fit to Reprint:  Do Investors React to Stale Information?" *The Review of Financial Studies* 24 (5): 1481–1512 | 2011 |
| Whaley, Robert E. "On the Valuation of American Call Options on Dividend Paying Stocks: Empirical Tests." *Journal of Financial Economics* 10 (1): 29–58 | 1982 |
| Yang, Heejin et al. "Option moneyness and price disagreements." *Applied Economics Letters* 25 (3): 192–196 | 2018 |

**Note:  In addition to the documents on this list, I considered all documents cited in my report and exhibits**

**Exhibit 1**

## QuantumScape Corporation
## Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 11/25/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 8.96% |
| 11/27/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 55.21% * |
| 11/30/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 26.23% * |
| 12/1/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -25.26% * |
| 12/2/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 6.26% |
| 12/3/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -0.32% |
| 12/4/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 8.25% |
| 12/7/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 2.13% |
| 12/8/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 29.93% * |
| 12/9/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 25.44% * |
| 12/10/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 0.81% |
| 12/11/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -16.59% |
| 12/14/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -15.21% |
| 12/15/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 11.09% |
| 12/16/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -0.27% |
| 12/17/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 6.78% |
| 12/18/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 7.84% |
| 12/21/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 26.55% * |
| 12/22/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 35.69% * |
| 12/23/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -18.86% |
| 12/24/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 3.45% |
| 12/28/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 1.46% |
| 12/29/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -13.84% |
| 12/30/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -5.49% |
| 12/31/20 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -13.28% |
| 1/4/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -45.55% * |
| 1/5/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 16.80% |
| 1/6/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 2.40% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 1/7/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -1.98% |
| 1/8/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -7.96% |
| 1/11/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -9.96% |
| 1/12/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 1.79% |
| 1/13/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 1.52% |
| 1/14/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -3.22% |
| 1/15/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -5.52% |
| 1/19/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -2.51% |
| 1/20/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -6.75% |
| 1/21/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 1.23% |
| 1/22/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -1.48% |
| 1/25/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -3.59% |
| 1/26/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -1.03% |
| 1/27/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -6.98% |
| 1/28/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -2.41% |
| 1/29/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -10.32% |
| 2/1/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -3.11% |
| 2/2/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 1.68% |
| 2/3/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 7.16% |
| 2/4/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 3.04% |
| 2/5/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -8.19% |
| 2/8/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -0.96% |
| 2/9/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 1.58% |
| 2/10/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -6.30% |
| 2/11/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -0.72% |
| 2/12/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 21.20% |
| 2/16/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -9.23% |
| 2/17/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 29.22% * |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 2/18/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -3.35% |
| 2/19/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -7.39% |
| 2/22/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -2.95% |
| 2/23/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | -14.33% |
| 2/24/21 | 0.0159 | -2.0153 | 0.9540 | 0.7362 | -0.9687% | 7.38% |
| 2/25/21 | 0.0148 | -1.7802 | 1.1459 | 0.8052 | -0.7136% | -7.30% |
| 2/26/21 | 0.0129 | -1.3271 | 1.1916 | 0.7420 | -0.9299% | -8.02% |
| 3/1/21 | 0.0054 | -0.9419 | 1.5118 | 1.1594 | 0.5662% | 6.04% |
| 3/2/21 | 0.0095 | -0.0859 | 1.6547 | 1.5657 | 1.9803% | -6.32% |
| 3/3/21 | 0.0068 | 0.0155 | 1.7187 | 1.6935 | 2.4169% | -16.49% |
| 3/4/21 | 0.0042 | 0.5939 | 1.4045 | 1.2750 | 0.9724% | -5.06% |
| 3/5/21 | 0.0022 | 0.6322 | 1.4181 | 1.3819 | 1.3456% | -0.50% |
| 3/8/21 | 0.0014 | 0.6345 | 1.4304 | 1.4110 | 1.4465% | 4.07% |
| 3/9/21 | 0.0020 | 0.5760 | 1.4656 | 1.4756 | 1.6414% | 14.93% |
| 3/10/21 | -0.0006 | 1.5515 | 0.9682 | 1.4528 | 1.5638% | -4.47% |
| 3/11/21 | -0.0018 | 1.5352 | 0.9314 | 1.4022 | 1.3914% | 9.66% |
| 3/12/21 | 0.0027 | 1.6650 | 0.7207 | 1.2631 | 0.9146% | -0.94% |
| 3/15/21 | 0.0048 | 1.5282 | 0.7254 | 1.1677 | 0.5851% | 5.28% |
| 3/16/21 | 0.0047 | 1.4155 | 0.6914 | 1.0114 | 0.0401% | -7.18% |
| 3/17/21 | 0.0031 | 1.4319 | 0.8067 | 1.1875 | 0.6537% | 2.55% |
| 3/18/21 | 0.0025 | 1.3809 | 0.8367 | 1.2065 | 0.7192% | -1.70% |
| 3/19/21 | 0.0001 | 1.4946 | 0.9339 | 1.5629 | 1.9368% | 5.25% |
| 3/22/21 | -0.0045 | 1.7582 | 0.9485 | 2.2581 | 4.2277% | 9.72% |
| 3/23/21 | -0.0095 | 2.2115 * | 0.5220 | 3.2896 * | 7.4364% | -6.17% |
| 3/24/21 | -0.0080 | 2.2084 * | 0.8054 | 4.6104 * | 11.2438% | -14.18% * |
| 3/25/21 | -0.0114 | 2.3354 * | 0.8815 | 4.9887 * | 12.2771% | -5.37% |
| 3/26/21 | -0.0123 | 2.3055 * | 0.8386 | 4.7420 * | 11.6060% | -5.86% |
| 3/29/21 | -0.0112 | 2.0854 * | 0.8368 | 4.3165 * | 10.4238% | -0.91% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 3/30/21 | -0.0108 | 2.0748 * | 0.8808 | 4.5312 * | 11.0241% | 3.17% |
| 3/31/21 | -0.0080 | 2.1911 * | 0.8233 | 4.9738 * | 12.2370% | 1.72% |
| 4/1/21 | -0.0078 | 2.1995 * | 0.8193 | 5.0688 * | 12.3040% | 8.32% |
| 4/5/21 | -0.0103 | 2.0842 * | 0.6235 | 4.3456 * | 10.5057% | -1.55% |
| 4/6/21 | -0.0112 | 2.0375 * | 0.5584 | 3.9905 * | 9.4966% | 0.95% |
| 4/7/21 | -0.0103 | 2.1377 * | 0.6098 | 4.3050 * | 10.3914% | -1.93% |
| 4/8/21 | -0.0093 | 2.2062 * | 0.5867 | 4.5970 * | 11.2068% | 0.44% |
| 4/9/21 | -0.0084 | 2.1422 * | 0.6095 | 4.4837 * | 10.8922% | -4.64% |
| 4/12/21 | -0.0102 | 2.1272 * | 0.4837 | 4.0825 * | 9.7602% | -8.02% |
| 4/13/21 | -0.0119 | 2.1514 * | 0.4570 | 3.9654 * | 9.4243% | 2.18% |
| 4/14/21 | -0.0118 | 2.1749 * | 0.4309 | 3.9616 * | 9.4133% | -1.90% |
| 4/15/21 | -0.0121 | 2.1933 * | 0.4084 | 3.9012 * | 9.2391% | -13.17% * |
| 4/16/21 | -0.0116 | 2.2383 * | 0.3942 | 3.9414 * | 9.5063% | -0.53% |
| 4/19/21 | -0.0102 | 2.4536 * | 0.4321 | 4.7968 * | 11.9407% | -8.70% |
| 4/20/21 | -0.0126 | 2.5645 * | 0.4119 | 5.0409 * | 12.6118% | 1.79% |
| 4/21/21 | -0.0126 | 2.5551 * | 0.4049 | 5.0653 * | 12.6782% | 6.19% |
| 4/22/21 | -0.0110 | 2.6483 * | 0.4571 | 5.5981 * | 14.1053% | 5.20% |
| 4/23/21 | -0.0103 | 2.5515 * | 0.5007 | 5.3377 * | 13.4137% | 2.49% |
| 4/26/21 | -0.0118 | 2.9488 * | 0.5776 | 6.5206 * | 16.4692% | 8.72% |
| 4/27/21 | -0.0097 | 3.0246 * | 0.5865 | 6.5687 * | 16.5891% | -2.87% |
| 4/28/21 | -0.0108 | 3.1514 * | 0.5530 | 6.4993 * | 16.4162% | 1.84% |
| 4/29/21 | -0.0094 | 3.4012 * | 0.6202 | 7.4689 * | 18.7675% | -2.22% |
| 4/30/21 | -0.0094 | 3.4638 * | 0.6558 | 7.6092 * | 19.0967% | 3.09% |
| 5/3/21 | -0.0105 | 3.4310 * | 0.5484 | 7.5960 * | 19.0659% | -3.67% |
| 5/4/21 | -0.0110 | 3.4400 * | 0.5301 | 7.4438 * | 18.7082% | 2.29% |
| 5/5/21 | -0.0094 | 3.4261 * | 0.6193 | 7.8981 * | 19.7664% | -5.78% |
| 5/6/21 | -0.0100 | 3.4755 * | 0.5576 | 7.6894 * | 19.2837% | -7.65% |
| 5/7/21 | -0.0121 | 3.3597 * | 0.5694 | 7.2364 * | 18.2156% | -2.67% |

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 5/10/21 | -0.0120 | 3.3163 * | 0.5412 | 7.1601 * | 18.0331% | -2.48% |
| 5/11/21 | -0.0127 | 3.3705 * | 0.5640 | 7.7479 * | 19.4197% | 8.15% |
| 5/12/21 | -0.0147 | 2.9876 * | 0.6067 | 8.1208 * | 20.2751% | 1.34% |
| 5/13/21 | -0.0137 | 2.9694 * | 0.6177 | 8.1065 * | 20.5352% | -5.74% |
| 5/14/21 | -0.0146 | 2.8343 * | 0.5912 | 7.6432 * | 19.1759% | -0.23% |
| 5/17/21 | -0.0147 | 2.8317 * | 0.6051 | 7.7912 * | 19.5199% | 3.42% |
| 5/18/21 | -0.0136 | 2.7696 * | 0.6659 | 7.7560 * | 19.4383% | 14.66% * |
| 5/19/21 | -0.0119 | 2.6513 * | 0.4547 | 5.8907 * | 14.8695% | -4.76% |
| 5/20/21 | -0.0107 | 2.7497 * | 0.3228 | 6.3959 * | 16.1574% | -4.76% |
| 5/21/21 | -0.0121 | 2.5287 * | 0.3611 | 5.5473 * | 13.9713% | -1.78% |
| 5/24/21 | -0.0137 | 2.8274 * | 0.3572 | 5.9052 * | 14.9071% | -7.41% |
| 5/25/21 | -0.0141 | 2.6083 * | 0.4673 | 5.2931 * | 13.2941% | -2.25% |
| 5/26/21 | -0.0145 | 2.6290 * | 0.4658 | 4.7866 * | 11.9126% | 12.34% * |
| 5/27/21 | -0.0120 | 2.5664 * | 0.5799 | 4.5058 * | 11.1274% | -3.43% |
| 5/28/21 | -0.0102 | 2.1368 * | 0.6979 | 3.9549 * | 9.5459% | -0.50% |
| 6/1/21 | -0.0094 | 1.9883 | 0.6368 | 3.0685 | 6.8794% | 1.70% |
| 6/2/21 | -0.0090 | 2.0878 | 0.6594 | 3.1618 | 7.1675% | 9.97% |
| 6/3/21 | -0.0088 | 2.3136 * | 0.5202 | 3.0884 | 6.9409% | -0.49% |
| 6/4/21 | -0.0101 | 1.6383 | 0.7305 | 2.7709 | 5.9484% | 0.03% |
| 6/7/21 | -0.0096 | 1.6727 | 0.7743 | 2.9597 | 6.5411% | 8.66% |
| 6/8/21 | -0.0094 | 1.2806 | 0.6820 | 2.0778 | 3.7067% | 1.44% |
| 6/9/21 | -0.0092 | 1.2728 | 0.6857 | 2.0723 | 3.6883% | 3.34% |
| 6/10/21 | -0.0097 | 1.0954 | 0.6757 | 1.8646 | 2.9952% | -9.00% |
| 6/11/21 | -0.0099 | 0.8793 | 0.7486 | 1.8105 | 2.8132% | 1.01% |
| 6/14/21 | -0.0105 | 0.8810 | 0.6885 | 1.5821 | 2.0365% | -2.62% |
| 6/15/21 | -0.0105 | 0.7727 | 0.7029 | 1.4434 | 1.5590% | 2.50% |
| 6/16/21 | -0.0111 | 0.7672 | 0.7612 | 1.6523 | 2.2766% | 3.47% |
| 6/17/21 | -0.0118 | 0.3254 | 0.9478 | 2.2161 | 4.1625% | 4.04% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 6/18/21 | -0.0098 | 0.1377 | 0.7017 | 1.1502 | 0.5335% | 0.65% |
| 6/21/21 | -0.0065 | -0.2970 | 0.6390 | 1.0925 | 0.3294% | -1.74% |
| 6/22/21 | -0.0060 | -0.3378 | 0.6815 | 1.2385 | 0.8445% | 4.44% |
| 6/23/21 | -0.0051 | -0.1136 | 0.6608 | 1.1570 | 0.5575% | 4.80% |
| 6/24/21 | -0.0038 | -0.1713 | 0.6394 | 1.0036 | 0.0129% | -0.63% |
| 6/25/21 | -0.0045 | -0.1017 | 0.5655 | 0.7400 | -0.9373% | 2.27% |
| 6/28/21 | -0.0044 | -0.1056 | 0.5690 | 0.7478 | -0.9089% | 7.78% |
| 6/29/21 | -0.0032 | -0.0285 | 0.4711 | 0.5167 | -1.7251% | -1.90% |
| 6/30/21 | -0.0036 | -0.0606 | 0.4579 | 0.4859 | -1.8369% | -3.14% |
| 7/1/21 | -0.0042 | -0.0652 | 0.4629 | 0.4902 | -1.8212% | -5.31% |
| 7/2/21 | -0.0046 | -0.1131 | 0.3773 | 0.3000 | -2.5179% | -2.65% |
| 7/6/21 | -0.0050 | -0.2226 | 0.4167 | 0.3639 | -2.2830% | 0.35% |
| 7/7/21 | -0.0046 | -0.1296 | 0.4087 | 0.3673 | -2.2703% | -4.12% |
| 7/8/21 | -0.0035 | -0.3164 | 0.5782 | 0.7802 | -0.7772% | -0.48% |
| 7/9/21 | -0.0039 | -0.3412 | 0.6156 | 0.8650 | -0.4758% | 0.82% |
| 7/12/21 | -0.0030 | -0.4443 | 0.6936 | 1.0895 | 0.3131% | -3.33% |
| 7/13/21 | -0.0035 | -0.4634 | 0.6757 | 1.0474 | 0.1632% | -3.30% |
| 7/14/21 | -0.0041 | -0.4056 | 0.6923 | 1.0939 | 0.3227% | 0.74% |
| 7/15/21 | -0.0016 | -0.7514 | 0.7480 | 1.4469 | 1.5178% | 2.51% |
| 7/16/21 | -0.0010 | -0.8161 | 0.7250 | 1.3602 | 1.2269% | -2.73% |
| 7/19/21 | -0.0027 | -0.9150 | 0.6148 | 1.1190 | 0.4088% | -0.58% |
| 7/20/21 | -0.0031 | -0.8227 | 0.5947 | 1.0369 | 0.1272% | 2.41% |
| 7/21/21 | -0.0036 | -0.8612 | 0.5414 | 0.9438 | -0.1941% | 3.61% |
| 7/22/21 | -0.0045 | -0.7838 | 0.5398 | 0.9433 | -0.1958% | -1.81% |
| 7/23/21 | -0.0041 | -0.8443 | 0.6006 | 1.1775 | 0.6083% | -3.27% |
| 7/26/21 | -0.0047 | -0.9385 | 0.5901 | 1.2080 | 0.7121% | 0.94% |
| 7/27/21 | -0.0045 | -0.9460 | 0.6018 | 1.1370 | 0.4701% | -4.95% |
| 7/28/21 | -0.0054 | -0.8478 | 0.5959 | 1.0291 | 0.1004% | 12.56% * |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 7/29/21 | -0.0049 | -0.8408 | 0.6111 | 1.0531 | 0.1860% | -7.34% |
| 7/30/21 | -0.0060 | -0.8237 | 0.4127 | 0.6244 | -1.3355% | 1.31% |
| 8/2/21 | -0.0046 | -0.9510 | 0.5335 | 0.9551 | -0.1577% | 1.05% |
| 8/3/21 | -0.0038 | -0.8250 | 0.5127 | 0.8266 | -0.6123% | -4.41% |
| 8/4/21 | -0.0043 | -0.9568 | 0.5418 | 0.9653 | -0.1221% | 2.06% |
| 8/5/21 | -0.0023 | -1.2810 | 0.3931 | 1.1559 | 0.5441% | 1.51% |
| 8/6/21 | -0.0029 | -1.1088 | 0.3611 | 0.9113 | -0.3120% | 0.59% |
| 8/9/21 | -0.0028 | -1.1125 | 0.3688 | 0.9486 | -0.1775% | 9.14% * |
| 8/10/21 | -0.0009 | -1.1475 | 0.4065 | 0.9598 | -0.1389% | -0.28% |
| 8/11/21 | -0.0014 | -1.4441 | 0.4130 | 1.3213 | 1.0959% | -5.05% |
| 8/12/21 | -0.0024 | -1.4570 | 0.4133 | 1.2983 | 1.0183% | 0.19% |
| 8/13/21 | -0.0046 | -0.9860 | 0.4308 | 0.9032 | -0.3348% | -2.44% |
| 8/16/21 | -0.0037 | -1.1310 | 0.4359 | 1.0983 | 0.3380% | -4.13% |
| 8/17/21 | -0.0043 | -1.0992 | 0.4306 | 0.9651 | -0.1205% | -1.37% |
| 8/18/21 | -0.0038 | -1.1418 | 0.5308 | 1.1894 | 0.6490% | -0.36% |
| 8/19/21 | -0.0035 | -0.8718 | 0.4505 | 0.7833 | -0.7530% | -3.23% |
| 8/20/21 | -0.0031 | -1.0064 | 0.5421 | 1.1699 | 0.5825% | 2.70% |
| 8/23/21 | -0.0051 | -0.8561 | 0.3956 | 0.8237 | -0.6117% | 6.36% |
| 8/24/21 | -0.0035 | -0.6833 | 0.4707 | 0.8042 | -0.6798% | 3.08% |
| 8/25/21 | -0.0026 | -0.7247 | 0.5350 | 1.0365 | 0.1257% | 0.29% |
| 8/26/21 | -0.0029 | -0.6883 | 0.4989 | 0.8375 | -0.5636% | 0.68% |
| 8/27/21 | -0.0041 | -0.7747 | 0.5591 | 1.1882 | 0.6447% | 1.26% |
| 8/30/21 | -0.0033 | -0.8388 | 0.6338 | 1.4145 | 1.4093% | 1.76% |
| 8/31/21 | -0.0034 | -0.8353 | 0.5937 | 1.3415 | 1.1640% | 3.38% |
| 9/1/21 | -0.0037 | -0.8943 | 0.7070 | 1.9342 | 3.1208% | 1.68% |
| 9/2/21 | -0.0036 | -0.8872 | 0.6952 | 1.8518 | 2.8534% | 1.79% |
| 9/3/21 | -0.0037 | -0.8524 | 0.7125 | 1.9183 | 3.0695% | 0.85% |
| 9/7/21 | -0.0031 | -0.5201 | 0.4738 | 0.8915 | -0.3755% | -1.14% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 9/8/21 | -0.0036 | -0.4800 | 0.4492 | 0.7921 | -0.7222% | -5.49% |
| 9/9/21 | -0.0039 | -0.4285 | 0.4777 | 0.8542 | -0.5053% | 2.88% |
| 9/10/21 | -0.0035 | -0.5086 | 0.5159 | 1.0186 | 0.0640% | -1.50% |
| 9/13/21 | -0.0042 | -0.3984 | 0.5114 | 1.0010 | 0.0036% | 0.22% |
| 9/14/21 | -0.0043 | -0.4343 | 0.5798 | 1.2258 | 0.7726% | -1.39% |
| 9/15/21 | -0.0045 | -0.4323 | 0.5582 | 1.1491 | 0.5115% | -1.29% |
| 9/16/21 | -0.0045 | -0.3601 | 0.5440 | 1.1119 | 0.3843% | 5.13% |
| 9/17/21 | -0.0045 | -0.4395 | 0.4362 | 0.7496 | -0.8709% | 2.17% |
| 9/20/21 | -0.0050 | -0.4793 | 0.4064 | 0.6987 | -1.0497% | -4.62% |
| 9/21/21 | -0.0059 | -0.1124 | 0.3804 | 0.5787 | -1.4741% | 16.72% * |
| 9/22/21 | -0.0035 | -0.2260 | 0.3813 | 0.3915 | -2.1431% | -2.10% |
| 9/23/21 | -0.0048 | -0.4215 | 0.4683 | 0.6339 | -1.2786% | 14.28% * |
| 9/24/21 | -0.0018 | -0.0540 | 0.8271 | 1.9024 | 3.0177% | 0.44% |
| 9/27/21 | -0.0012 | -0.0404 | 0.8224 | 1.9147 | 3.0575% | -2.45% |
| 9/28/21 | -0.0007 | 0.1276 | 0.7888 | 2.0627 | 3.5350% | -6.80% |
| 9/29/21 | -0.0017 | 0.8017 | 0.5618 | 1.9027 | 3.0190% | 1.52% |
| 9/30/21 | -0.0015 | 0.8191 | 0.5507 | 1.8533 | 2.8583% | -2.28% |
| 10/1/21 | -0.0012 | 1.0120 | 0.4491 | 1.9094 | 3.0405% | -1.73% |
| 10/4/21 | -0.0015 | 0.9646 | 0.4372 | 1.8130 | 2.7269% | -6.28% |
| 10/5/21 | -0.0024 | 1.3125 | 0.2401 | 1.8665 | 2.9011% | -2.51% |
| 10/6/21 | -0.0022 | 1.2570 | 0.2791 | 1.8717 | 2.9182% | -0.34% |
| 10/7/21 | -0.0018 | 1.2216 | 0.2648 | 1.7580 | 2.5471% | -0.14% |
| 10/8/21 | -0.0018 | 1.2192 | 0.2613 | 1.8369 | 2.8048% | 2.00% |
| 10/11/21 | -0.0019 | 1.2239 | 0.2975 | 1.9458 | 3.1584% | 0.94% |
| 10/12/21 | -0.0014 | 1.1680 | 0.2713 | 1.7137 | 2.4020% | 5.06% |
| 10/13/21 | -0.0011 | 1.2469 | 0.3252 | 1.9104 | 3.0439% | -0.61% |
| 10/14/21 | -0.0012 | 1.2532 | 0.3307 | 1.7440 | 2.5014% | -0.84% |
| 10/15/21 | -0.0016 | 1.1625 | 0.3281 | 1.6417 | 2.1648% | -2.65% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 10/18/21 | -0.0015 | 1.1242 | 0.2944 | 1.4918 | 1.6677% | 2.62% |
| 10/19/21 | -0.0002 | 1.3302 | 0.2732 | 1.8885 | 2.9728% | 2.05% |
| 10/20/21 | 0.0001 | 1.3796 | 0.2473 | 1.9490 | 3.1687% | -1.43% |
| 10/21/21 | 0.0007 | 1.2893 | 0.2281 | 1.7207 | 2.4250% | -1.40% |
| 10/22/21 | 0.0004 | 1.2781 | 0.2275 | 1.7236 | 2.3943% | -6.85% |
| 10/25/21 | 0.0006 | 1.3817 | 0.5025 | 2.7636 | 5.6412% | 9.49% * |
| 10/26/21 | 0.0018 | 1.5407 | 0.5498 | 3.1196 | 6.7035% | 1.23% |
| 10/27/21 | 0.0019 | 1.5553 * | 0.5256 | 3.0923 | 6.6228% | -8.34% |
| 10/28/21 | 0.0029 | 1.7350 * | 0.5159 | 3.6358 * | 8.3316% | 6.22% |
| 10/29/21 | 0.0025 | 1.7778 * | 0.5663 | 3.7844 * | 8.9003% | 13.19% * |
| 11/1/21 | 0.0048 | 1.8488 * | 0.5833 | 3.4633 * | 7.9554% | 0.75% |
| 11/2/21 | 0.0051 | 1.8526 * | 0.6080 | 3.5994 * | 8.3584% | -3.27% |
| 11/3/21 | 0.0030 | 1.8674 * | 0.6087 | 3.8670 * | 9.1403% | 6.11% |
| 11/4/21 | 0.0042 | 1.9688 * | 0.7255 | 4.6084 * | 11.2381% | -0.73% |
| 11/5/21 | 0.0052 | 1.9962 * | 0.7241 | 4.8657 * | 11.9440% | -3.37% |
| 11/8/21 | 0.0048 | 1.9767 * | 0.6958 | 4.6516 * | 11.3573% | 21.38% * |
| 11/9/21 | 0.0091 | 2.0233 * | 0.4632 | 2.7977 | 5.9334% | -2.76% |
| 11/10/21 | 0.0097 | 2.1076 * | 0.4289 | 2.9886 | 6.5223% | -6.37% |
| 11/11/21 | 0.0086 | 2.2848 * | 0.3967 | 3.2007 * | 7.1682% | 15.19% * |
| 11/12/21 | 0.0108 | 2.3464 * | 0.3695 | 2.7592 | 5.8136% | -5.35% |
| 11/15/21 | 0.0112 | 2.2500 * | 0.1807 | 2.3960 | 4.6694% | 3.34% |
| 11/16/21 | 0.0119 | 2.2741 * | 0.1919 | 2.4004 | 4.6837% | -11.19% |
| 11/17/21 | 0.0116 | 2.2189 * | 0.2023 | 2.2187 | 4.1709% | -3.68% |
| 11/18/21 | 0.0107 | 2.2577 * | 0.1812 | 2.2690 | 4.3357% | -7.11% |
| 11/19/21 | 0.0098 | 2.1921 | 0.2323 | 2.1291 | 3.8761% | 1.89% |
| 11/22/21 | 0.0100 | 2.1947 | 0.2237 | 2.0826 | 3.7226% | -3.61% |
| 11/23/21 | 0.0097 | 2.3148 * | 0.2117 | 2.2239 | 4.1879% | -4.85% |
| 11/24/21 | 0.0091 | 2.3206 * | 0.2252 | 2.2173 | 4.1663% | -1.76% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 11/26/21 | 0.0084 | 2.3242 * | 0.2650 | 2.2510 | 4.2767% | 0.08% |
| 11/29/21 | 0.0084 | 2.3185 * | 0.2645 | 2.7533 | 5.8929% | -4.64% |
| 11/30/21 | 0.0076 | 2.1365 * | 0.3330 | 2.4904 | 5.0539% | -1.38% |
| 12/1/21 | 0.0075 | 2.2057 * | 0.3366 | 2.9356 | 6.4659% | -3.89% |
| 12/2/21 | 0.0071 | 2.3174 * | 0.2872 | 3.2092 * | 7.3130% | -4.41% |
| 12/3/21 | 0.0078 | 2.1654 * | 0.1087 | 2.8737 | 6.2722% | -9.14% |
| 12/6/21 | 0.0055 | 2.3889 * | 0.1260 | 3.4254 * | 7.9717% | -2.33% |
| 12/7/21 | 0.0052 | 2.3232 * | 0.1210 | 3.2848 * | 7.5442% | 0.35% |
| 12/8/21 | 0.0054 | 2.3408 * | 0.1265 | 3.6369 * | 8.6071% | -1.28% |
| 12/9/21 | 0.0053 | 2.3263 * | 0.1175 | 3.5597 * | 8.3761% | -6.06% |
| 12/10/21 | 0.0047 | 2.4840 * | 0.2299 | 4.1057 * | 9.9843% | -4.54% |
| 12/13/21 | 0.0031 | 2.4072 * | 0.3549 | 4.0307 * | 9.7668% | 0.42% |
| 12/14/21 | 0.0025 | 2.4866 * | 0.3402 | 4.3673 * | 10.7352% | 2.94% |
| 12/15/21 | 0.0031 | 2.4158 * | 0.3299 | 3.8636 * | 9.2784% | -2.72% |
| 12/16/21 | -0.0002 | 2.3921 * | 0.4173 | 4.6870 * | 11.6356% | -1.39% |
| 12/17/21 | 0.0003 | 2.5063 * | 0.4991 | 5.3588 * | 13.4701% | 5.99% |
| 12/20/21 | -0.0003 | 2.1200 * | 0.1616 | 3.6741 * | 8.7177% | -2.01% |
| 12/21/21 | -0.0005 | 2.1679 * | 0.1982 | 4.0062 * | 9.6955% | 0.46% |
| 12/22/21 | -0.0004 | 2.1783 * | 0.2142 | 4.3277 * | 10.6223% | 0.14% |
| 12/23/21 | 0.0001 | 2.0929 * | 0.2611 | 3.8670 * | 9.2881% | -0.19% |
| 12/27/21 | -0.0001 | 2.0883 * | 0.2704 | 3.8944 * | 9.3687% | -5.32% |
| 12/28/21 | -0.0005 | 1.9167 * | 0.2871 | 3.2573 * | 7.4605% | -4.21% |
| 12/29/21 | -0.0009 | 1.9914 * | 0.3200 | 3.4368 * | 8.0062% | -4.03% |
| 12/30/21 | -0.0001 | 1.7647 * | 0.5542 | 3.1752 * | 7.2085% | 5.52% |
| 12/31/21 | 0.0014 | 1.7712 * | 0.5540 | 3.1307 | 7.0716% | -4.46% |
| 1/3/22 | 0.0005 | 1.8472 * | 0.4547 | 3.1028 | 6.9853% | 3.40% |
| 1/4/22 | 0.0014 | 1.8910 * | 0.5268 | 3.2304 * | 7.3781% | -2.88% |
| 1/5/22 | 0.0004 | 1.9642 * | 0.3485 | 3.1543 | 7.1443% | -2.51% |

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 1/6/22 | -0.0004 | 2.0991 * | 0.3406 | 3.8094 * | 9.1186% | -4.12% |
| 1/7/22 | -0.0023 | 2.2283 * | 0.0676 | 3.9219 * | 9.4493% | 2.45% |
| 1/10/22 | -0.0018 | 2.2169 * | 0.0236 | 3.8469 * | 9.2291% | -3.19% |
| 1/11/22 | -0.0019 | 2.3112 * | 0.0596 | 3.9792 * | 9.6168% | 3.48% |
| 1/12/22 | -0.0010 | 2.4545 * | -0.0427 | 4.4167 * | 10.8754% | -2.31% |
| 1/13/22 | -0.0016 | 2.4227 * | 0.0069 | 4.3352 * | 10.6435% | 1.89% |
| 1/14/22 | -0.0017 | 2.4017 * | 0.0274 | 4.1639 * | 10.3180% | 0.45% |
| 1/18/22 | -0.0014 | 2.4103 * | 0.0335 | 4.1964 * | 10.4129% | -1.12% |
| 1/19/22 | -0.0013 | 2.4623 * | 0.0379 | 4.7377 * | 11.9655% | -5.51% |
| 1/20/22 | -0.0011 | 2.5534 * | 0.0515 | 5.2753 * | 13.4548% | -0.42% |
| 1/21/22 | -0.0030 | 2.4922 * | -0.0139 | 5.3443 * | 13.6423% | -4.12% |
| 1/24/22 | -0.0037 | 2.6518 * | -0.0644 | 6.3374 * | 16.2540% | 0.79% |
| 1/25/22 | -0.0036 | 2.6528 * | -0.0524 | 6.4870 * | 16.3854% | -0.12% |
| 1/26/22 | -0.0036 | 2.6551 * | -0.0515 | 6.7867 * | 16.8773% | 1.83% |
| 1/27/22 | -0.0058 | 2.6040 * | -0.1172 | 7.3340 * | 18.1834% | -7.13% |
| 1/28/22 | -0.0066 | 2.6232 * | -0.2232 | 7.2270 * | 18.1932% | -4.29% |
| 1/31/22 | -0.0065 | 2.4343 * | -0.0527 | 7.1645 * | 18.0435% | 11.88% * |
| 2/1/22 | -0.0056 | 2.7017 * | -0.0074 | 8.8576 * | 21.9133% | 3.81% |
| 2/2/22 | -0.0047 | 2.7353 * | 0.0577 | 9.1382 * | 22.5198% | -6.83% |
| 2/3/22 | -0.0052 | 2.6271 * | 0.1652 | 8.4684 * | 21.0565% | 2.82% |
| 2/4/22 | -0.0081 | 2.4456 * | 0.3694 | 12.6161 * | 29.3216% | 2.47% |
| 2/7/22 | -0.0076 | 2.4637 * | 0.3595 | 12.7228 * | 29.5115% | 1.33% |
| 2/8/22 | -0.0065 | 2.3986 * | 0.4074 | 12.4434 * | 29.0123% | -0.39% |
| 2/9/22 | -0.0095 | 2.3832 * | 0.3871 | 17.5933 * | 37.2103% | 1.77% |
| 2/10/22 | -0.0085 | 2.4432 * | 0.4297 | 19.3543 * | 39.5957% | 1.51% |
| 2/11/22 | -0.0093 | 2.4157 * | 0.3858 | 20.2068 * | 40.6866% | 1.21% |
| 2/14/22 | -0.0091 | 2.3916 * | 0.3703 | 21.1254 * | 41.3886% | 0.79% |
| 2/15/22 | -0.0087 | 2.3792 * | 0.3930 | 21.1427 * | 41.4095% | 6.48% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 2/16/22 | -0.0063 | 2.4840 * | 0.5501 | 25.3286 * | 46.0520% | -2.96% |
| 2/17/22 | -0.0075 | 2.4826 * | 0.5533 | 25.6070 * | 46.3348% | 0.74% |
| 2/18/22 | -0.0071 | 2.4643 * | 0.5869 | 25.3630 * | 46.5271% | -0.65% |
| 2/22/22 | -0.0067 | 2.4852 * | 0.5615 | 25.9184 * | 47.0883% | -1.46% |
| 2/23/22 | -0.0070 | 2.4970 * | 0.5745 | 26.5797 * | 47.7414% | 1.07% |
| 2/24/22 | -0.0072 | 2.5351 * | 0.6036 | 26.9503 * | 48.1004% | 6.63% |
| 2/25/22 | -0.0056 | 2.7584 * | 0.4513 | 28.5302 * | 49.5770% | -5.53% |
| 2/28/22 | -0.0067 | 2.6219 * | 0.5059 | 25.7116 * | 46.8808% | 7.93% * |
| 3/1/22 | -0.0053 | 2.6130 * | 0.3435 | 22.3488 * | 43.2611% | 7.95% * |
| 3/2/22 | -0.0041 | 2.6245 * | 0.0897 | 20.0392 * | 40.4751% | -8.24% * |
| 3/3/22 | -0.0045 | 2.4116 * | -0.0166 | 16.8633 * | 36.1653% | -1.97% |
| 3/4/22 | -0.0045 | 2.4262 * | 0.0200 | 17.0212 * | 36.3942% | -3.63% |
| 3/7/22 | -0.0047 | 2.3678 * | 0.1477 | 16.2688 * | 35.2882% | 8.04% * |
| 3/8/22 | -0.0041 | 2.1702 * | 0.0422 | 13.4310 * | 30.7462% | 5.76% |
| 3/9/22 | -0.0017 | 2.0267 * | 0.1655 | 12.6625 * | 29.4043% | 2.41% |
| 3/10/22 | -0.0006 | 2.1291 * | 0.1729 | 15.1736 * | 33.6078% | -0.04% |
| 3/11/22 | -0.0006 | 2.1301 * | 0.1738 | 15.0724 * | 33.4481% | -3.31% |
| 3/14/22 | -0.0018 | 2.2152 * | 0.1338 | 15.9583 * | 34.8205% | -4.92% |
| 3/15/22 | -0.0023 | 2.3047 * | 0.1024 | 16.1109 * | 35.0513% | -1.46% |
| 3/16/22 | -0.0023 | 2.2545 * | 0.1087 | 16.2086 * | 35.1981% | 4.09% |
| 3/17/22 | -0.0024 | 2.3760 * | 0.1541 | 19.8237 * | 40.2012% | 2.83% |
| 3/18/22 | -0.0018 | 2.4146 * | 0.1171 | 19.8638 * | 40.2524% | 0.64% |
| 3/21/22 | -0.0017 | 2.4185 * | 0.1172 | 19.5652 * | 39.8692% | -0.58% |
| 3/22/22 | -0.0018 | 2.4153 * | 0.1213 | 19.3408 * | 39.5781% | 1.49% |
| 3/23/22 | -0.0015 | 2.4344 * | 0.1184 | 19.7145 * | 40.0614% | 2.15% |
| 3/24/22 | -0.0002 | 2.5015 * | 0.1004 | 21.2173 * | 41.9296% | -1.25% |
| 3/25/22 | 0.0004 | 2.4721 * | 0.1136 | 21.7415 * | 42.5541% | -3.91% |
| 3/28/22 | 0.0005 | 2.4459 * | 0.1352 | 21.6527 * | 42.4492% | 5.18% |

**Exhibit 1**

# QuantumScape Corporation
# Results From Dr. Cain's Event Study Regression Analysis

| Date | Intercept | Market Index Coefficient[2] | Industry Index Coefficient[3] | F-Stat[4] | Adjusted $R^2$ | Residual Return |
|---|---|---|---|---|---|---|
| 3/29/22 | 0.0002 | 2.5208 * | 0.0969 | 22.7821 * | 43.7549% | 6.60% |
| 3/30/22 | 0.0026 | 2.4948 * | 0.2456 | 24.0400 * | 45.1411% | 0.77% |
| 3/31/22 | 0.0022 | 2.4751 * | 0.2422 | 23.8912 * | 44.9807% | 2.88% |
| 4/1/22 | 0.0033 | 2.3993 * | 0.2953 | 23.6715 * | 44.7421% | 0.28% |
| 4/4/22 | 0.0037 | 2.3532 * | 0.3092 | 22.5176 * | 43.4545% | 4.69% |
| 4/5/22 | 0.0055 | 2.3586 * | 0.3474 | 23.2435 * | 44.2714% | -3.04% |
| 4/6/22 | 0.0048 | 2.3766 * | 0.3900 | 24.6534 * | 45.7925% | -2.24% |
| 4/7/22 | 0.0050 | 2.4032 * | 0.3735 | 25.2402 * | 46.4015% | -3.56% |
| 4/8/22 | 0.0041 | 2.3175 * | 0.4374 | 24.6933 * | 45.8344% | -3.97% |
| 4/11/22 | 0.0038 | 2.3413 * | 0.4270 | 24.6502 * | 45.7892% | 2.55% |
| 4/12/22 | 0.0045 | 2.2730 * | 0.4752 | 24.7417 * | 45.4458% | -1.28% |
| 4/13/22 | 0.0041 | 2.2810 * | 0.4668 | 24.6996 * | 45.4019% | 1.77% |
| 4/14/22 | 0.0047 | 2.2772 * | 0.4576 | 23.9951 * | 44.6549% | 0.69% |

Source:  Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:
* represents significance at the 5% level using a two-tailed test.
[1]  Prior to 2/24/21, Dr. Cain utilizes a fixed regression using the 60 trading days from 11/25/20 to 2/23/21.  Starting on 2/24/21, Dr. Cain utilizes a rolling regression using the prior 60 trading days.  Additionally, Dr. Cain excludes his Product Development and Earnings Dates and the alleged corrective disclosure dates from the regression period.
[2]  Dr. Cain uses the S&P 500 Total Return Index as the market index.
[3]  Dr. Cain uses the S&P Composite 1500 Auto Components Total Return Index as the industry index.
[4]  The F-statistic tests the joint hypothesis that the market index and the industry index coefficients are zero.

## QuantumScape Corporation
## Intercept for NYSE-Listed Stocks Using Market Model Regression[1]
### 11/25/20 – 2/23/21



Source: *CRSP*; Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:

[1]  The analysis includes all NYSE-listed ordinary common shares for companies incorporated both in and outside the US, excluding ADRs, REITs, ETFs, and closed-end funds.  The analysis includes only companies that had available returns data on each trading day during the Putative Class Period (11/27/20 to 4/14/21).  Each firm's daily returns are regressed against Dr. Cain's market index, the S&P 500 Total Return Index, over the period 11/25/20 to 2/23/21.  Additionally, consistent with Dr. Cain's approach, Dr. Cain's Product Development and Earnings Dates and alleged corrective disclosure dates (11/27/20, 12/8/20, 1/4/21, and 2/17/21) are excluded from the regression period.  The resulting regression has an adjusted R-squared of -0.68%.  For all other NYSE-listed stocks, only 14.9% had a negative adjusted R-squared for this period.  The adjusted R-squared from Dr. Cain's two-factor regression for this period of -0.97%.

**Exhibit 2B**

# QuantumScape Corporation
## Standard Deviation of Residuals for
## NYSE-Listed Stocks Using Market Model Regression[1]
### 11/27/20 – 1/4/21



Source:  *CRSP*;  Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:

[1]  The analysis uses the regression as specified in **Exhibit 2A**.  Standard deviation of a stock's residual returns is calculated from 11/27/20 to 1/4/21 for all trading days during the period.

**Exhibit 2C**

# QuantumScape Corporation
# Cumulative Residual Return for NYSE-Listed Stocks[1]
## 12/15/20 – 12/22/20



Source:  *CRSP*;  Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:
[1]  The analysis uses the regression as specified in **Exhibit 2A**.  Cumulative Residual Return is calculated as the compounded sum of residual returns from 12/15/20 to 12/22/20 for all trading days during the period.

**Exhibit 3A**

# QuantumScape Corporation
## Closing Stock Price and Dates Used in Dr. Cain's *Cammer* Factor 5 Tests
### 11/25/20 – 4/14/22



Source: *CRSP;* Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:
[1] Dr. Cain's Least News Trading Days: 4/14/21, 6/11/21, 6/18/21, 7/1/21, 7/14/21, 8/27/21, 10/19/21, 10/22/21, 11/2/21, 11/24/21, 11/30/21, 12/21/21, 1/12/22.
[2] Dr. Cain's Product Development and Earnings Announcement Dates: 11/27/20, 12/8/20, 2/17/21, 4/1/21, 5/12/21, 7/28/21, 10/27/21, 10/28/21, 11/16/21, 1/13/22, 1/27/22, and 2/17/22.

**Exhibit 3B**



## QuantumScape Corporation
## Dr. Cain's Standard Deviation of the Errors from His Exhibit 5 and Dates Used in His *Cammer* Factor 5 Tests
## 11/25/20 – 4/14/22

Source: *CRSP;* Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:
[1]  Dr. Cain's Least News Trading Days:  4/14/21, 6/11/21, 6/18/21, 7/1/21, 7/14/21, 8/27/21, 10/19/21, 10/22/21, 11/2/21, 11/24/21, 11/30/21, 12/21/21, 1/12/22.
[2]  Dr. Cain's Product Development and Earnings Announcement Dates:  11/27/20, 12/8/20, 2/17/21, 4/1/21, 5/12/21, 7/28/21, 10/27/21, 10/28/21, 11/16/21, 1/13/22, 1/27/22, and 2/17/22.

**Exhibit 4A**

# QuantumScape Corporation
## Dr. Cain's Exhibit 7[1]
## Excluding 11/27/20 as a Product Development Day
## Analysis Period: 11/27/20 – 4/14/22

| | Product Development and Earnings Announcement Days | Least News Trading Days | P-Value for Differences |
|---|---|---|---|
| N | 11 | 13 | |
| # of Significant Days at 95% Level | 3 | 0 | |
| % of Significant Days at 95% Level | 27.3% | 0.0% | 0.08 |
| Average Absolute Abnormal Return | 10.6% | 2.2% | 0.01 * |
| Average Volume (millions) | 19.48 | 8.98 | 0.01 * |

Source:  Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:
* represents significance at the 5% level using a two-tailed test.
[1] Analysis follows the methodology employed by Dr. Cain in his Exhibit 7, but excludes 11/27/20 as a Product Development Day.

**Exhibit 4B**

# QuantumScape Corporation
# Dr. Cain's Exhibit 7[1]
# Putative Class Period: 11/27/20 – 4/14/21

| | Product Development and Earnings Announcement Days | Least News Trading Days | P-Value for Differences |
|---|---|---|---|
| N | 4 | 1 | |
| # of Significant Days at 95% Level | 3 | 0 | |
| % of Significant Days at 95% Level | 75.0% | 0.0% | 0.40 |
| Average Absolute Abnormal Return | 30.7% | 1.9% | 0.27 |
| Average Volume (millions) | 31.49 | 11.13 | 0.22 |

Source:  Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:
* represents significance at the 5% level using a two-tailed test.
[1]  Analysis follows the methodology employed by Dr. Cain in his Exhibit 7.

**Exhibit 4C**

# QuantumScape Corporation
# Dr. Cain's Exhibit 7[1]
# Including 3/23/21 as a Product Development Day
# Analysis Period: 11/27/20 – 4/14/22

|  | Product Development and Earnings Announcement Days | Least News Trading Days | P-Value for Differences |
|---|---|---|---|
| N | 13 | 13 | |
| # of Significant Days at 95% Level | 4 | 0 | |
| % of Significant Days at 95% Level | 30.8% | 0.0% | 0.10 |
| Average Absolute Abnormal Return | 13.7% | 2.2% | 0.01 * |
| Average Volume (millions) | 19.67 | 8.98 | 0.00 * |

Source:  Expert Report of Matthew D. Cain, Ph.D. and Supporting Materials, filed 7/29/22

Note:
* represents significance at the 5% level using a two-tailed test.
[1] Analysis follows the methodology employed by Dr. Cain in his Exhibit 7, but includes 3/23/20 as a Product Development Day, as the impact day for Quantumscape's announcement of a proposed public offering of class A common stock.  Replacing 3/23/20 with 3/25/20, the day QuantumScape announces the pricing of the public offering, or with 3/30/20, the impact day for Quantumscape's announcement of the closing of the public offering, does not change whether the abovementioned tests are statistically significant or not.

**Exhibit 5**

# QuantumScape Corporation
# Daily Residual Return of Stocks Listed on NYSE
## 11/27/20 – 2/23/21

| | QuantumScape | | | | All Companies (n = 1,486)[1] | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Return | Residual Return | Residual Return Rank | Residual Return Percentile | Min | 2.5% | 50% | 97.5% | Max |
| 11/27/20 | 57.4% | 56.1% | 1 | 99.9% * | -22.0% | -4.5% | -0.4% | 4.6% | 56.1% |
| 11/30/20 | 27.0% | 24.6% | 3 | 99.8% * | -28.5% | -8.5% | -1.5% | 4.0% | 27.9% |
| 12/1/20 | -24.6% | -24.5% | 1,486 | 0.1% * | -24.5% | -6.1% | -0.3% | 4.8% | 40.9% |
| 12/2/20 | 6.5% | 5.1% | 51 | 96.6% | -19.0% | -4.5% | 0.0% | 6.0% | 29.3% |
| 12/3/20 | 2.2% | 0.4% | 719 | 51.6% | -34.7% | -4.0% | 0.4% | 6.8% | 49.5% |
| 12/4/20 | 10.2% | 10.0% | 32 | 97.8% * | -19.0% | -3.4% | 0.9% | 9.5% | 61.2% |
| 12/7/20 | 3.9% | 1.9% | 185 | 87.6% | -20.5% | -5.6% | -0.4% | 6.1% | 57.9% |
| 12/8/20 | 31.1% | 29.8% | 2 | 99.9% * | -16.5% | -4.4% | 0.1% | 6.0% | 32.0% |
| 12/9/20 | 29.8% | 26.8% | 1 | 99.9% * | -46.3% | -5.9% | 0.5% | 5.1% | 26.8% |
| 12/10/20 | 2.0% | 0.0% | 805 | 45.9% | -24.5% | -4.1% | 0.2% | 9.1% | 36.1% |
| 12/11/20 | -16.3% | -18.2% | 1,485 | 0.1% * | -22.1% | -6.0% | -0.5% | 2.8% | 18.3% |
| 12/14/20 | -12.5% | -15.0% | 1,480 | 0.5% * | -42.2% | -7.0% | -0.5% | 4.4% | 16.9% |
| 12/15/20 | 10.9% | 11.3% | 6 | 99.6% * | -19.5% | -4.9% | 0.5% | 5.8% | 29.3% |
| 12/16/20 | 0.9% | -0.5% | 666 | 55.2% | -11.8% | -5.0% | -0.7% | 3.8% | 23.8% |
| 12/17/20 | 7.6% | 6.8% | 33 | 97.8% * | -16.7% | -4.0% | 0.0% | 6.4% | 25.5% |
| 12/18/20 | 9.1% | 6.9% | 18 | 98.8% * | -22.9% | -5.9% | -0.3% | 4.4% | 87.5% |
| 12/21/20 | 28.7% | 26.4% | 2 | 99.9% * | -26.9% | -5.6% | -0.4% | 4.9% | 26.9% |
| 12/22/20 | 38.7% | 36.7% | 1 | 99.9% * | -19.8% | -5.2% | -0.2% | 7.3% | 36.7% |
| 12/23/20 | -15.9% | -17.4% | 1,486 | 0.1% * | -17.4% | -3.6% | 0.8% | 7.2% | 85.0% |
| 12/24/20 | 3.6% | 2.5% | 40 | 97.3% | -16.9% | -4.9% | -0.4% | 2.5% | 18.5% |
| 12/28/20 | 0.4% | 0.1% | 388 | 73.9% | -15.8% | -7.0% | -0.9% | 4.9% | 38.1% |
| 12/29/20 | -12.3% | -14.4% | 1,482 | 0.3% * | -21.8% | -6.5% | -0.8% | 2.1% | 18.0% |
| 12/30/20 | -2.7% | -4.2% | 1,462 | 1.7% * | -15.3% | -3.0% | 0.5% | 4.8% | 24.9% |
| 12/31/20 | -14.1% | -14.7% | 1,484 | 0.2% * | -16.5% | -5.3% | -0.5% | 2.6% | 32.6% |
| 1/4/21 | -40.8% | -45.0% | 1,484 | 0.2% * | -63.6% | -6.1% | -0.1% | 8.0% | 30.1% |

**Exhibit 5**

# QuantumScape Corporation
# Daily Residual Return of Stocks Listed on NYSE
## 11/27/20 – 2/23/21

| | QuantumScape | | | | All Companies (n = 1,486)[1] | | | | |
| Date | Return | Residual Return | Residual Return Rank | Residual Return Percentile | Min | 2.5% | 50% | 97.5% | Max |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/21 | 19.1% | 18.6% | 2 | 99.9% * | -8.6% | -3.2% | 0.5% | 8.5% | 19.4% |
| 1/6/21 | 5.9% | 5.2% | 317 | 78.7% | -9.4% | -4.3% | 2.5% | 9.4% | 17.5% |
| 1/7/21 | -1.6% | -0.9% | 796 | 46.5% | -10.1% | -5.3% | -0.7% | 6.8% | 95.3% |
| 1/8/21 | -8.4% | -9.2% | 1,477 | 0.7% * | -14.7% | -6.3% | -1.1% | 5.2% | 21.1% |
| 1/11/21 | -6.4% | -9.2% | 1,478 | 0.6% * | -28.7% | -4.1% | 0.4% | 6.0% | 29.9% |
| 1/12/21 | 6.4% | 4.8% | 148 | 90.0% | -15.4% | -2.8% | 1.2% | 9.0% | 32.8% |
| 1/13/21 | -0.3% | -1.6% | 887 | 40.3% | -13.8% | -6.0% | -1.1% | 4.9% | 53.6% |
| 1/14/21 | -0.8% | -3.1% | 1,452 | 2.4% * | -21.8% | -3.0% | 1.2% | 8.6% | 34.6% |
| 1/15/21 | -3.5% | -6.4% | 1,445 | 2.8% | -36.4% | -6.8% | -0.6% | 3.3% | 40.6% |
| 1/19/21 | -3.0% | -3.4% | 1,383 | 7.0% | -11.8% | -5.4% | -0.4% | 5.9% | 48.5% |
| 1/20/21 | -7.2% | -6.6% | 1,446 | 2.8% | -21.7% | -6.7% | -1.1% | 4.5% | 33.3% |
| 1/21/21 | 2.9% | 1.3% | 162 | 89.1% | -14.8% | -6.8% | -0.9% | 3.7% | 24.5% |
| 1/22/21 | -0.6% | -2.8% | 1,422 | 4.4% | -12.4% | -3.6% | 0.2% | 5.2% | 63.9% |
| 1/25/21 | -4.1% | -5.2% | 1,424 | 4.2% | -12.0% | -5.8% | -1.0% | 7.7% | 132.4% |
| 1/26/21 | -0.8% | -2.7% | 1,185 | 20.3% | -37.9% | -5.9% | -0.9% | 7.2% | 80.3% |
| 1/27/21 | -1.6% | -7.6% | 1,473 | 0.9% * | -18.6% | -5.0% | -0.2% | 7.7% | 206.6% |
| 1/28/21 | -2.0% | -2.1% | 1,127 | 24.2% | -41.5% | -10.0% | -0.2% | 5.9% | 30.1% |
| 1/29/21 | -4.0% | -8.9% | 1,469 | 1.2% * | -24.1% | -5.3% | 0.0% | 5.6% | 21.6% |
| 2/1/21 | -3.2% | -2.3% | 1,363 | 8.3% | -11.8% | -3.9% | 0.1% | 6.9% | 43.5% |
| 2/2/21 | 0.6% | 1.2% | 349 | 76.5% | -37.4% | -6.5% | 0.0% | 5.1% | 26.7% |
| 2/3/21 | 10.0% | 8.4% | 24 | 98.4% * | -11.0% | -3.3% | 0.1% | 7.3% | 16.2% |
| 2/4/21 | 1.2% | 1.3% | 389 | 73.8% | -26.2% | -5.0% | 0.2% | 6.0% | 29.8% |
| 2/5/21 | -5.3% | -6.3% | 1,471 | 1.1% * | -16.7% | -4.0% | 0.2% | 5.9% | 35.4% |
| 2/8/21 | 0.1% | -0.4% | 1,106 | 25.6% | -8.7% | -3.8% | 0.8% | 7.4% | 32.2% |
| 2/9/21 | 3.3% | 1.4% | 305 | 79.5% | -27.3% | -5.2% | 0.0% | 6.0% | 24.4% |

**Exhibit 5**

# QuantumScape Corporation
# Daily Residual Return of Stocks Listed on NYSE
## 11/27/20 – 2/23/21

| Date | Return | QuantumScape Residual Return | Residual Return Rank | Residual Return Percentile | | All Companies (n = 1,486)[1] Min | 2.5% | 50% | 97.5% | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/21 | -4.0% | -5.8% | 1,453 | 2.3% * | | -16.0% | -5.6% | -0.1% | 6.4% | 21.0% |
| 2/11/21 | 0.9% | -0.5% | 758 | 49.0% | | -26.2% | -6.4% | -0.4% | 4.5% | 31.9% |
| 2/12/21 | 21.5% | 20.6% | 6 | 99.6% * | | -19.7% | -4.5% | -0.2% | 6.0% | 41.1% |
| 2/16/21 | -7.3% | -9.1% | 1,473 | 0.9% * | | -15.5% | -6.1% | -0.1% | 7.1% | 29.3% |
| 2/17/21 | 31.4% | 29.6% | 1 | 99.9% * | | -21.2% | -6.4% | -0.4% | 4.0% | 29.6% |
| 2/18/21 | -3.8% | -6.2% | 1,408 | 5.3% | | -30.4% | -8.5% | -0.7% | 3.8% | 27.0% |
| 2/19/21 | -2.7% | -4.7% | 1,473 | 0.9% * | | -15.9% | -3.1% | 1.4% | 7.3% | 43.8% |
| 2/22/21 | 4.0% | 1.0% | 707 | 52.5% | | -21.1% | -6.6% | 0.9% | 8.7% | 29.5% |
| 2/23/21 | -14.4% | -15.9% | 1,481 | 0.4% * | | -41.4% | -9.4% | -0.5% | 4.1% | 25.6% |

Source: *CRSP*; Expert Report of Matthew D. Cain, Ph.D, filed 7/29/22

Note:
* represents percentline ranking at or above 97.5% or at or below 2.5%.
[1] The analysis uses the regression as specified in **Exhibit 2A**. The analysis includes all NYSE-listed ordinary common shares for companies incorporated both in and outside the US, excluding ADRs, REITs, ETFs, and closed-end funds. The analysis includes only companies that had available returns data on each trading day during the Putative Class Period (11/27/20 to 4/14/21).

**Exhibit 6A**



# QuantumScape Corporation
## Cost to Borrow by Short Sellers
### 11/2/20 – 6/30/21

Cost to
Borrow[1]

Putative Class Period
11/27/20 – 4/14/21

**12/31/20:** After market hours,
QuantumScape's Form S-1
was deemed effective,
allowing shares issued to
PIPE investors to trade on
public markets.

Source: *S3 Partners;* Second Amended Complaint dated 7/14/22

Note:
[1] Cost to borrow reflects the offer rate, which S3 Partners defines as the weighted-average borrowing rate paid by short sellers for all settled and outstanding short positions as of 8:00 a.m. ET. Date is adjusted for each observation by two trading days to reflect the difference between trading date and settlement date.

**Exhibit 6B**



### QuantumScape Corporation
### Closing Stock Price and Cost to Borrow by Short Sellers
11/2/20 – 6/30/21

Source: *CRSP; S3 Partners;* Second Amended Complaint dated 7/14/22

Note:

[1]  Cost to borrow reflects the offer rate, which S3 Partners defines as the weighted-average borrowing rate paid by short sellers for all settled and outstanding short positions as of 8:00 a.m. ET.  Date is adjusted for each observation by two trading days to reflect the difference between trading date and settlement date.

**Exhibit 7**

# QuantumScape Corporation
## Summary of Option Contracts[1]
### 11/27/20 – 4/14/21

| Type of Option | Option Series<br># Distinct | Expiration Date<br># Distinct | Min | Max | Strike Price<br># Distinct | Min | Max |
|---|---|---|---|---|---|---|---|
| All | 2,032 | 21 | 1/8/21 | 1/20/23 | 178 | $2.50 | $190.00 |
| Call | 1,026 | 21 | 1/8/21 | 1/20/23 | 168 | $2.50 | $190.00 |
| Put | 1,006 | 21 | 1/8/21 | 1/20/23 | 175 | $2.50 | $190.00 |

Source: *iVolatility*

Note:
[1]  Option series are for option series with (1) an expiration date on or after 1/4/21, the first alleged corrective disclosure date, and (2) positive trading volume on at least one day during the period.  Additionally, option series with an expiration date on or after 1/4/21 but before 4/15/21 are excluded if they have zero trading volume before 1/4/21.

**Exhibit 8A**

# QuantumScape Corporation
# Trading Volume Summary Statistics for QuantumScape Options[1]

| 11/27/20 – 1/4/21 | Mean | Min | 2.5% | 50% | 97.5% | Max |
|---|---|---|---|---|---|---|
| **Average Daily Trading Volume (Options Series)** | | | | | | |
| **Call** | 130 | 0 | 0 | 15 | 1,074 | 3,807 |
| **Put** | 54 | 0 | 0 | 8 | 474 | 1,230 |
| **Percent of Days with No Trading (Options Series)** | | | | | | |
| **Call** | 32% | 0% | 0% | 29% | 86% | 96% |
| **Put** | 41% | 0% | 0% | 43% | 88% | 100% |

| 11/27/20 – 4/14/21 | Mean | Min | 2.5% | 50% | 97.5% | Max |
|---|---|---|---|---|---|---|
| **Average Daily Trading Volume (Options Series)** | | | | | | |
| **Call** | 113 | 0 | 0 | 16 | 996 | 3,805 |
| **Put** | 50 | 0 | 0 | 6 | 494 | 1,753 |
| **Percent of Days with No Trading (Options Series)** | | | | | | |
| **Call** | 36% | 0% | 0% | 33% | 87% | 96% |
| **Put** | 49% | 0% | 0% | 52% | 96% | 99% |

Source: *iVolatility*

Note:

[1] Trading volume summary statistics are for option series with (1) an expiration date on or after 1/4/21, the first alleged corrective disclosure date, and (2) positive trading volume on at least one day during the class period. Additionally, option series with an expiration date on or after 1/4/21 but before 4/15/21 are excluded if they have zero trading volume before 1/4/21. For each option, the start of the analysis period is the earliest day in the period for which there is a non-zero bid or ask price, and the end of the analysis period is the earlier of the option expiration date and the end of the period (either 1/4/21 or 4/14/21). For each option series, I calculate the average daily trading volume and the percentage of days with no trading volume. I then show summary statistics across all of these series-specific averages.

**Exhibit 8B**

# QuantumScape Corporation
# Bid-Ask Spread Summary Statistics for QuantumScape Options[1]

| 11/27/20 – 1/4/21 | Mean | Min | 2.5% | 50% | 97.5% | Max |
|---|---|---|---|---|---|---|
| **Average Bid-Ask Spread[2] (Options Series)** | | | | | | |
| **Call** | 39% | 5% | 6% | 29% | 123% | 161% |
| **Put** | 27% | 3% | 4% | 15% | 91% | 129% |

| 11/27/20 – 4/14/21 | Mean | Min | 2.5% | 50% | 97.5% | Max |
|---|---|---|---|---|---|---|
| **Average Bid-Ask Spread[2] (Options Series)** | | | | | | |
| **Call** | 37% | 5% | 6% | 27% | 117% | 168% |
| **Put** | 22% | 2% | 3% | 13% | 92% | 160% |

Source: *iVolatility*

Note:
[1] Bid-ask spread summary statistics are for option series with (1) an expiration date on or after 1/4/21, the first alleged corrective disclosure date, and (2) positive trading volume on at least one day during the class period. Additionally, option series with an expiration date on or after 1/4/21 but before 4/15/21 are excluded if they have zero trading volume before 1/4/21. For each option, the start of the analysis period is the earliest day in the period for which there is a non-zero bid or ask price, and the end of the analysis period is the earlier of the option expiration date and the end of the period (either 1/4/21 or 4/14/21).
[2] Days with a bid or ask price of zero are excluded from the average calculation. For each option series, I calculate the average daily bid-ask spread, computed as the difference between the ask and bid prices divided by the midpoint of the bid and ask. I then show summary statistics across all of these series-specific averages.

**Exhibit 9**

# QuantumScape Corporation
## Percent of Put-Call Pairs with Put-Call Parity Violations[1]
### 11/27/20 – 4/14/21



Source: *CRSP; iVolatility;* Federal Reserve

Note:

[1] Option series include options with (1) an expiration date on or after 1/4/21, the first alleged corrective disclosure date, and (2) positive trading volume on at least one day during the period. Additionally, option series with an expiration date on or after 1/4/21 but before 4/15/21 are excluded if they have zero trading volume before 1/4/21. Put-Call Parity Violation on each day is calculated using only put and call pairs with non-zero time to expiration and non-zero bid or ask prices. There are two types of bounds: (1) upper bound on the stock price, which is violated when $S_{bid} > C_{ask} + K - P_{bid}$; and (2) lower bound on the stock price, which is violated when $S_{ask} < C_{bid} + Ke^{-rt} - P_{ask}$, where $S$ represents the stock price, $C$ represents the call price, $P$ represents the put price, $K$ represents the strike price, $r$ represents the risk-free rate, and t represents the time to expiration in years. The total number of violations are then divided by the total number of put-call pairs. The risk-free interest rate used to calculate the present value of the strike price is the U.S. Treasury constant maturity rate closest to the time to expiration, which is obtained from the Federal Reserve Board database.

**Exhibit 10A**

## QuantumScape Corporation
## Example of Relative Deviation Between Stock Price and
## Synthetic Stock Price Implied by Options Prices[1][2]
11/27/20 – 4/14/21



Source: *CRSP*; *iVolatility*; Ofek, Eli et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342

Note:

[1] On each date, an example option is chosen, which is the put-call pair that is closest to expiration, while still being at least 30 days from expiration, and whose strike price is closest to the current price of the QuantumScape's stock. On days where two put-call pairs satisfy these conditions, the Synthetic Stock Price Implied by Options Prices is calculated for each pair, and the average Relative Deviation is presented.

[2] For the QuatumScape options selected, put-call parity violations are only observed on the upper bound on the stock price. Accordingly, the Relative Deviation of observations with a put-call parity violation is calculated by taking the natural log of the bid price of the stock divided by the Synthetic Stock Price Implied by Options Prices. The Synthetic Stock Price Implied by Options Prices equals $C_{ask} + K - P_{bid}$. *C* represents the call price, *P* represents the put price, and *K* represents the strike price.

**Exhibit 10B**

# QuantumScape Corporation
# Relative Deviation Between Stock Price and
# Synthetic Stock Price Implied by Options Prices[1]
## 11/27/20 – 4/14/21



Source: *CRSP; iVolatility;* Ofek, Eli et al. 2004. "Limited arbitrage and short sales restrictions: Evidence from the options markets." *Journal of Financial Economics* 74 (2): 305–342

Note:

[1] Option series include options with (1) an expiration date on or after 1/4/21, the first alleged corrective disclosure date, and (2) positive trading volume on at least one day during the period. Additionally, option series with an expiration date on or after 1/4/21 but before 4/15/21 are excluded if they have zero trading volume before 1/4/21. Relative Deviation on each day is calculated using only put and call pairs with non-zero time to expiration and non-zero bid or ask prices. For the QuatumScape options selected, put-call parity violations are only observed on the upper bound on the stock price. Accordingly, the Relative Deviation of observations with a put-call parity violation is calculated by taking the natural log of the bid price of the stock divided by the Synthetic Stock Price Implied by Options Prices. The Synthetic Stock Price Implied by Options Prices equals $C_{ask} + K - P_{bid}$. $C$ represents the call price, $P$ represents the put price, and $K$ represents the strike price.