**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: 415-373-1671
Fax: 415-484-1294
Email: aapton@zlk.com
Email: amccall@zlk.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-CV-00058-WHO<br><br>**DECLARATION OF ADAM C. MCCALL IN FURTHER SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL AND MEMORANDUM OF POINTS AND AUTHROITIES IN SUPPORT THEREOF**<br><br>Judge: William H. Orrick |

Case No. 3:21-CV-00058-WHO
DECLARATION OF ADAM C. MCCALL IN FURTHER SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL AND MEMORANDUM OF POINTS AND AUTHROITIES IN SUPPORT THEREOF

I, Adam. C. McCall, hereby declare as follows:

1. I am an associate at Levi & Korsinsky LLP ("Levi & Korsinsky"), counsel on behalf of Lead Plaintiff Frank Fish ("Lead Plaintiff" or "Fish"), Mary Cranny ("Cranny") and Kathy Stark ("Stark," and collectively with Fish and Cranny, the "Plaintiffs"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in further support of Plaintiffs' Motion for Class Certification.

3. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Reply Report of Matthew D. Cain, Ph.D., executed on November 10, 2022 ("Cain Reply Report").

4. Attached hereto as Exhibit 7 is a true and correct copy of a republication of the article titled "Velodyne, Luminar, QuantumScape stocks soar on news about Apple's self-driving car," published by *San Francisco Business Times* dated December 22, 2020, referenced in the Cain Reply Report, page 25, footnote 74.

5. Attached hereto as Exhibit 8 is a true and correct copy of excerpts taken from the deposition transcript of Matthew Cain, Ph.D., taken on September 7, 2022.

6. Attached hereto as Exhibit 9 is a true and correct copy of excerpts taken from the deposition transcript of Terrence Hendershott, Ph.D., taken on November 1, 2022.

7. Attached hereto as Exhibit 10 is a true and correct copy of Exhibit 60, an article titled "Exclusive: Apple targets car production by 2024 and eyes 'next level' battery technology – sources" published by *Reuters* on December 21, 2020, introduced at Dr. Hendershott's deposition.

8. Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 61, an article titled "Apple Is Planning an Electric Self-Driving Car Featuring Game-Changing Battery" published by *Observer* on December 22, 2020, introduced at Dr. Hendershott's deposition.

9. Attached hereto as Exhibit 12 is a true and correct copy of Exhibit 62, an article titled "Battery Innovator Gets a Charge from Apple" published by *TheStreet* on February 11, 2021, introduced at Dr. Hendershott's deposition.

10. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 63, an article titled "Pioneer Technology Companies Research 01: Quantumscape" published by *US and Hon Kong Stock Markets Research* on July 1, 2021, introduced at Dr. Hendershott's deposition.

Case No. 3:21-CV-00058-WHO
DECLARATION OF ADAM C. MCCALL IN FURTHER SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL AND MEMORANDUM OF POINTS AND AUTHROITIES IN SUPPORT THEREOF

11.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts taken from the deposition transcript of Frank Fish taken on August 12, 2022.

12.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts taken from the deposition transcript of Kathy Stark taken on August 18, 2022.

13.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts taken from the deposition transcript of Mary Cranny taken on September 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2022                                **LEVI & KORSINSKY, LLP**


By:  *Adam C. McCall*
        Adam C. McCall (SBN 302130)
        75 Broadway, Suite 202
        San Francisco, CA 94111
        Tel: 415-373-1671
        Email: amccall@zlk.com

Case No. 3:21-CV-00058-WHO
DECLARATION OF ADAM C. MCCALL IN FURTHER SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL AND MEMORANDUM OF POINTS AND AUTHROITIES IN SUPPORT THEREOF