# EXHIBIT "7"

Case 3:21-cv-00058-WHO   Document 176-3   Filed 11/10/22   Page 2 of 4

From the San Francisco Business Times:
https://www.bizjournals.com/sanfrancisco/news/2020/12/22/3-valley-stocks-soar-on-apples-self-driving-news.html

# Velodyne, Luminar, QuantumScape stocks soar on news about Apple's self-driving car

Dec 22, 2020, 8:31am PST **Updated: Dec 22, 2020, 10:51am PST**

Shares of three of Silicon Valley lidar and advanced battery companies that went public in recent months through "blank check" mergers soared to new heights on Monday on news that Apple Inc. may start selling self-driving electric vehicles in 2024.

San Jose-based Velodyne Lidar Inc.'s stock jumped by nearly 23% and Palo Alto-based Luminar Technologies Inc.'s shares did even better, up by 27%. Velodyne (NASDAQ:VLDR) continued its climb on Tuesday, up more than 16% at $28.56 in morning trading. So did Luminar (NASDAQ:LAZR), up more than 10% at $38.75.

VELODYNE LIDAR

Investors are speculating about who Apple may buy its lidar and batteries from when it starts making self-driving electric cars.

Shares of San Jose-based advanced battery maker QuantumScape Technologies Inc. (NYSE:QS), meanwhile, jumped by almost 30% on Monday and were up more than 25% again on Tuesday, trading at around $118.87.

Most automakers that are working on autonomous vehicles and driver assist technologies are using a combination of laser-powered lidar sensors, radar and cameras for guidance. Tesla Inc. is the exception, with the world's most successful electric car company's founder, Elon Musk, scoffing at the technology.

Alphabet Inc.'s Waymo and General Motors's Cruise are developing their own versions of lidar. But Monday's report said that Apple will get its sensors from outside partners, sparking speculation by investors about who that will be.

A Mountain View lidar company founded by a pair of ex-Apple engineers, Aeva Inc., is expected to go public early next year in a merger with a special purpose acquisition company. Shares of the SPAC it will merge with, InterPrivate Acquisition Corp. (NASDAQ:IPOV), rose about 14% on Monday and were up more than 20% at $18.10 on Tuesday.

Yet another Bay Area lidar company, San Francisco-based Ouster Inc., announced it, too, plans to go public in a "blank check" merger. Shares of its planned SPAC merger partner, Colonnade Acquisition Corp. (NYSE:CLA) are up nearly 40% at $14 on Tuesday.

The Reuters report on Monday said that an advanced battery will be a key part of Apple's EV, saying that it charges faster and extends driving range. That description exactly matches claims that QuantumScape makes about the solid state lithium batteries it is developing.

QuantumScape's market cap is now about $45 billion after this week's huge jump, despite the fact that the company has yet to show that it can mass produce the batteries it has developed, nor expects any revenue for several years.

Velodyne's stock had been in the red since it went public in September, trading below the last closing price of the SPAC it merged with. But it is now trading more than 10% above that reference price and its market cap is up to about $4.7 billion.

Case 3:21-cv-00058-WHO    Document 176-3    Filed 11/10/22    Page 4 of 4

Luminar has been among the most successful SPAC mergers, with its shares up by more than 170% and its market cap above $12 billion.

**Cromwell Schubarth**
TechFlash Editor
*Silicon Valley Business Journal*

