# EXHIBIT "8"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES    ) Case No.:

CLASS ACTION LITIGATION          ) 3-21-CV-00058-WHO

                                 )

CONFIDENTIAL

REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

MATTHEW D. CAIN, PH.D.

Chagrin Falls, Ohio (Witness' Location)

Wednesday, September 7, 2022

Reported remotely via web conference by:

LYDIA ZINN

RPR, FCRR, CSR No. 9223

Job No. SF 5418656

PAGES 1 - 240

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES   ) Case No.:

CLASS ACTION LITIGATION         ) 3-21-CV-00058-WHO

                                )

Confidential remotely conducted videotaped deposition of MATTHEW D. CAIN, PH.D., taken on behalf of Defendant, at Chagrin Falls, Ohio, beginning at 12:02 p.m. Eastern Time and ending at 7:52 p.m. Eastern Time, on Wednesday, September 7, 2022, before LYDIA ZINN, Certified Shorthand Reporter No. 9223.

Page 2

CONFIDENTIAL

APPEARANCES (via web conference):
For Plaintiffs and The Class:

                        Levi & Korsinsky, LLP
                        1111 Summer Street
                        Suite 401-403
                        Stamford, CT  06901
                        (203) 992-4523
                        gpotrepka@zlk.com
                        shopkins@zlk.com
                BY:  GREGORY M. POTREPKA
                     SHANNON L. HOPKINS

                        Levi & Korsinsky LLP
                        55 Broadway
                        10th Floor
                        New York, NY  10006
                        (212) 363-7171
                        mkeating@zlk.com
                BY:  MICHAEL KEATING

                        Levi & Korsinksy LLP
                        1101 30th Street NW
                        Suite 115
                        Washington, DC  20007
                        (202) 524-4290
                        nporritt@zlk.com
                BY:  NICHOLAS I. PORRITT

For Defendants QuantumScape Corporation, Jagdeep Singh,
Timothy Holme, and Kevin Hettrich:
                        Wilson Sonsini Goodrich &
                          Rosati
                        650 Page Mill Road
                        Palo Alto, CA  94304-1050
                        (650) 493-9300
                        afrantela@wsgr.com
                        dbish@wsgr.com
                BY:  ANDREW FRANTELA
                     DALE R. BISH

Also Present via web conference:
David West, Videographer, Veritext
Nicholas D. Yavorsky, Cornerstone Research

                                            Page 3

CONFIDENTIAL

any objections to proceeding, please state them at the    09:04:02

time of your appearance.

Counsel and all present will now state their

appearances and affiliations for the record, beginning

with the noticing attorney.    09:04:10

MR. BISH:  Good morning.  Dale Bish, Wilson

Sonsini, for the defendants.  With me are my colleagues

Andrew Frantela and Nick Yavorksy from Cornerstone.

MR. PORRITT:  And good afternoon.

Nicholas Porritt of Levi & Korsinsky on behalf of the    09:04:29

plaintiffs and the Class as well as the witness; with

me, Greg Potrepka and Shannon Hopkins.

THE VIDEOGRAPHER:  Thank you.  The court

reporter will now swear the witness in, and we will

continue.    09:04:46

MATTHEW CAIN, PH.D.,

called as a witness for the Defendant, having been duly

sworn, testified as follows:

THE VIDEOGRAPHER:  Please continue.

EXAMINATION    09:05:02

BY MR. BISH:

Q.   Good morning, sir.

A.   Good morning.

Q.   My name is Dale.  We met briefly before we went on

the record.  It's nice to meet you, and I look forward    09:05:08

Page 7

CONFIDENTIAL

of 2020?                                                    09:38:18

A.    Yeah.   Again -- again, that's -- that's not a --

the bottom line is that's not a question that I sought

to answer.

     But if I turn to Exhibit 3 and look at it, I see     09:38:28

throughout the Class Period -- and this is a relatively

short Class Period; so I think it's fair to just talk

about the full Class Period -- but I see Bernstein,

Goldman Sachs, Morgan Stanley, Robert W. Baird,

Callan -- so a number of analysts that begin putting      09:38:52

out research reports publicly on QuantumScape.

     And, obviously, they don't start following a

company on the day that they issue or publish their

first research report.

     Those reports come out after they've spent a         09:39:07

number of weeks or months tracking a company,

researching it, digging into it, interacting with the

executives.

     So I would say that the research reports that they

put out, as well as their participation in that          09:39:22

earnings call on February 16th, 2021, that's all

consistent with a high degree of analysts' coverage

going back to the start of the Class Period.  But

ultimately, I've not tried to ask, on November 27th,

how many of those analysts were interacting with the     09:39:40

Veritext Legal Solutions
866 299-5127

among academics.                                          12:59:04

There are certain academic studies that are

focused on market microstructure; and they might look

at how prices begin to respond to new information.  And

that can often take place within seconds or even         12:59:17

shorter intervals.  And then you've got other academic

studies that look over much longer time periods.

But I think a lot of academic studies -- a very

high proportion of academic studies, when they conduct

an event study, they'll often use a window around the    12:59:38

event of maybe three trading days or five trading days.

So that's pretty common.  I've used those types of

windows, like a three-trading-day window, in a number

of my event studies in my academic research.

So I think, again, it's sort of two different           12:59:54

questions.  The first is:  How quickly do the stock

prices begin to react?

And then a separate question of:  How long does it

take for them to fully impound the -- a new piece of

information?                                             13:00:07

And then, obviously, you have to actually define

what that information is within the context of the

information environment, which can be a much more

complicated process.

Q.   For the event study that you used here, did you     13:00:15

Page 113

CONFIDENTIAL

And did you do anything to analyze the speed in which any of the alleged misrepresentations here were impounded into the stock price of QuantumScape?    13:06:34

A.    That's not an analysis that I did for purposes of market efficiency.    13:06:49

You know, you could look at, I think, Exhibit 6, and I think the first alleged misrepresentation was November 27th, 2020.  And there was a -- a very large statistically significant return on that day; so you could potentially look at -- at that.    13:07:16

But for purposes of assessing market efficiency, I was not looking or analyzing or assessing front end price impact.  Obviously, there's a couple of alleged corrective disclosures, the stock price dropped by statistically significant amounts following each of    13:07:35 those alleged corrective disclosures, which is consistent with a rapid incorporation of -- of new information, and that can be tied back to -- down the road -- at the merits phase.  You can look at tying that back to alleged misstatements or omissions.    13:07:52

But on the front end, I have not conducted an assessment of, you know, whether this is inflation creation or inflation maintenance, and sort of those types of questions.

Q.    Well, wasn't -- you just referenced the    13:08:09

Page 118

November 27th, you know, press release.  What was the     13:08:13

new value-relevant information in that press release,

which is Exhibit 1 -- if you want to go take a look?

A.   Yeah.  So I don't think -- that's not what I was

actually saying; that that's what necessarily caused     13:08:35

the -- that return on November 27th.

There were a lot of things going on, on

November 27th.  There was this press release.  There

was the -- I think the CNBC interview with

QuantumScape's CEO.  This was also the -- I believe the     13:08:57

first day of trading on the New York Stock Exchange,

which is often associated with a SPAC; a significant

return on that first day.

So I've not conducted any sort of assessment of

the particularities of value-relevant information     13:09:15

released on -- on any given day.

Q.   Yeah.  But so -- yeah.  So what I was asking, if

you'd tested for the speed of the reaction, and I think

you just used that as an example.

But you have -- you don't actually know if there     13:09:31

was any new value-relevant information that caused the

stock increase on the 27th?

A.   Well, I think looking at the event study output, I

think -- and an admirable return of 55 percent --

that's consistent with -- with -- with new information     13:09:47

Page 119

But you know, I would also include my -- my                13:26:36

teaching.  So I teach event study methodology, which I

would include in the academic experience.

Q.   So when -- when picking the --

So, in this -- in this case, for example, I think        13:27:03

you picked news days and maybe product development days

or something like that.  Right?  Is that right?

A.   I think I -- selected earnings announcements and

product development announcements.

And I would -- I would call all of that -- would         13:27:20

be the news days that I analyzed.

Q.   Right.

And I think the first product-development date

that you listed is November 27th, which is that press

release that we looked at earlier?                           13:27:33

A.   Yeah.  That's -- it was -- it was, I think, the --

it was -- my recollection is that it was the press

release, but potentially also the CNBC interview and --

and news coming out on that day --

Q.   Okay.  And what was the -- what was the product         13:27:56

development milestone or announcement from the 27th of

November?

A.   Right.

So I think part of it is -- part of it would be

from the press release, when QuantumScape's CEO said:        13:28:13

Page 131

Veritext Legal Solutions
866 299-5127

Today marks a big step in the evolution of our company.    13:28:19

This transaction allows QuantumScape to fund

development and commercialization of our OEM-validated

battery technology as we look forward to playing our

part in the electrification of the automotive power    13:28:32

train, helping transform one of the world's largest

industries, and fostering a cleaner future for all.

    I think another component could be some of the

statements that were made on CNBC that day as well.

Q.    But -- so I understand that there was an    13:28:55

announcement about closing the transaction; but what

was the announcement about the -- about the product

itself?

A.    Yeah.    No.    I think that the -- the transaction

itself is a key part of the product development cycle    13:29:07

for QuantumScape.

    This is a significant business combination

liquidity event, accessing of the capital markets,

which -- when I conduct market efficiency analyses

of -- of SPAC-related companies, it's actually a very    13:29:28

common to see that -- that first trading day on the new

exchange is associated often with a statistically

significant stock return, and it could be positive or

negative.

    But the reason for that is that this actually    13:29:46

Veritext Legal Solutions
866 299-5127

represents an important piece of information for                13:29:48

investors, which is the company has now fully completed

the business combination and the liquidity event and

the access to the capital markets, which is going to

fund the development of the company's products.                 13:30:00

       So that's -- that's a fairly common date that I

would include in sort of this Exhibit 6 listing of news

dates for SPAC types of companies.

Q.   Okay.  Now, when doing these event studies, if

positive information is released that would indicate an         13:30:22

increase in -- in a company's value, you'd expect the

stock price to increase -- correct?  -- all things

being equal?

A.   If -- if the only information that released is

clearly positive, then I would generally expect the           13:30:42

stock price to increase.

       I think the caveat is that it's -- it's extremely

common that there's actually a mix of information that

may be both positive and negative.

       But back to your question, yes, if it's -- if it's      13:30:57

unambiguously positive information, no other

information that comes out, then I -- I do typically

expect an increase in the stock price.

Q.   And if -- if -- and if information released on a

given day clearly indicated an increase in firm value,        13:31:16

Veritext Legal Solutions
866 299-5127

Right?  There's not some discussion about the        13:34:14

directionality -- directionality component.  You're

just saying you looked at it, you considered it, but

it's not part of your actual analysis?

A.    That's -- that's not what I said.  But let me just    13:34:24

go back to my report to try to -- to try to clarify

this for you.

So I think paragraph 48 kind of describes the --

and as well as paragraph 49.  But in paragraphs 48 and

49, I explain that I analyzed earnings announcements    13:34:55

and updates pertaining to QuantumScape's product

development during this -- this period.

And I go on to describe sort of that type of

information, why this type of information could be

important.                                              13:35:11

In paragraph 49, I explain that we would not

expect every announcement to cause a significant

movement, because it may be partially anticipated, it

could contain a mix of both positive and negative

information.  It may be more or less relevant.          13:35:25

So that's where I think I'm describing that I've,

you know, reviewed these types of information

announcements.

Q.    Yeah.  I understand you reviewed it.

I am just saying:  But there's not an actual    13:35:40

Veritext Legal Solutions
866 299-5127

analysis of the directionality that you ^would have   13:35:43

expect from each particular announcement; is there?

A.   Well, like I -- like I said, once I've reviewed

the information and the output of the event study,

if -- if it looks to me like the prices were typically   13:35:58

moving in the opposite direction of what I would

predict, then that would -- that would be a concern for

me and I would -- I would pause and I would not, you

know, proceed with Exhibit 7, but that wasn't the case

here.   13:36:17

     And so, really, Exhibit 7 is -- is the formal test

statistics for the Cammer five analysis.

Q.   Okay.  Now, since you're on that part of your

report, if -- in paragraph 47, you say that "... one

would only expect to observe this pattern around the   13:36:33

release of unexpected and unanticipated value-relevant

company news."

     Do you see that?

A.   I'm sorry.  Which paragraph?

Q.   Forty-seven, I believe.   13:36:57

A.   Oh, I see.

Q.   Near the bottom.

A.   Got it.  Okay.  I see that.

Q.   Yeah.  How would you determine if a piece of

information was unexpected and unanticipated?   13:37:19

Page 137

today, and then an article came out commenting on that    14:09:30

return, after 4:00 p.m., it would not kick out today's

return from the Least News Trading Days.

Q.    And you said that that kind of headline -- this

reporting on a stock movement -- might correspond to    14:09:45

value-relevant, new information, but you didn't do any

kind of test to see if that was, in fact, the case.

Correct?

A.    That's correct.

Q.    Okay.  So in other words, you had selected your    14:09:59

sample of comparison days to be -- to only be days

where there was no stock price movement notable enough

for journalists to discuss QuantumScape.  Is that fair?

A.    No, that's absolutely not correct.

Q.    Why not?    14:10:17

A.    Because I've really constructed two samples.

One is -- well, I guess just to back up, what you

just described would be some sort of an ex-post

rationalization of stock price movements, and then

constructing a sample based on those price movements.    14:10:38

In contrast to that, what I've done is an ex-ante

construction of two samples, based on the news day

sample, whether QuantumScape announced earnings or

product development news; and then a sample of least

news days which was associated with -- with those    14:10:59

Page 151

CONFIDENTIAL

criteria that we've been discussing, regarding no    14:11:04

Factiva headlines, no SEC filings, no analyst reports.

So those criteria for constructing these two

samples do not take into consideration in any way what

the stock price behavior of QuantumScape was.    14:11:20

So, back to your question, you know, you could

have articles talking about price movements or lack of

price movement.  Right?

I'm being completely objective.  I'm not being

subjective and going through and reading those    14:11:39

articles, and then looking at the stock price movement,

and then deciding whether or not I want to include or

exclude those.

I'm being completely objective in constructing

these two samples.    14:11:51

Q.   Okay.  Now, earlier, you were also doing your best

to explain arbitrage to me.  I appreciate it.

Are there -- are there any limits to arbitrage

that could impede market efficiency?

A.   Limits to...    14:12:11

Well, I mean, you're just asking at a very general

level, I guess?

Q.   Yeah.  As an academic financial matter.

A.   Yeah.  Well, I think we'll just -- a good starting

point is whether a stock is publicly traded.    14:12:33

Page 152

you see any news headlines or reports that would          14:40:01

explain this meteoric rise?

A.   Well, there's -- there's certainly headlines

within that time period; but I've not tried to

determine whether those headlines alone explain the --   14:40:16

the price change.

Of course, just looking back at Exhibit 6 on

December 8th, QuantumScape released the -- the

performance data for the battery technology, and we're

talking about a price change that took place after       14:40:36

that; but, like I said, I've -- I've not been asked to

opine on QuantumScape's stock price changes during

December 2020.

Q.   Yeah.  So between December 14th -- you know, like

the next week, and December 22nd, when the stock price   14:40:58

really shot up, you hadn't seen any factors or any news

headlines that would provide you an explanation for

that behavior?

A.   Well -- well, like I said, I have not done that

sort of review of the information environment to -- to   14:41:13

make any sort of assessments one way or another.

Q.   But you ran your Factiva headline search.  Right?

A.   I did.  But, like I said, that was not for the

purposes of -- of trying to conduct an assessment of

stock price changes during this time period.            14:41:34

Page 170

Q.   I understand, but you -- you took a look at the    14:41:36

Factiva headlines.  Right?

A.   I briefly reviewed those, and I looked in more

detail at other ones that were for purposes of my

Cammer five analysis; but I -- the purpose was not    14:41:48

to -- to look at those in the context of trying to

explain stock price changes during December 2020.

        MR. BISH:  Okay.  Well, let's just go ahead

and mark the output of your Factiva search as

Exhibit 51 and 52.  I think there's two different ones.    14:42:09

(Deposition Exhibits 51 and 52 were marked for

identification.)

BY MR. BISH:

Q.   Exhibit 51 is the output for the Class Period.  Is

that right?    14:42:32

A.   Yes.

Q.   And how many entries -- if you scroll down to

about row 85?

A.   Okay.

Q.   And row 85 is December 14th.  Do you see that?    14:43:08

A.   I do.

Q.   2020?

A.   Yeah.

Q.   And how many -- how many Factiva news headlines

were there for QuantumScape between December 14th and    14:43:18

Page 171

So this is just a quote following that of -- of    15:22:58

one short seller relating to a 10 percent ratio.

But, yeah, I do agree with the last sentence of

paragraph 6, is that when there is a very large degree

of short interest, it can become riskier for those --    15:23:18

those short sellers in certain situations.

Q.   Well, doesn't your market efficiency analysis

include liquidity factors like trading volume and

bid-ask spread?

A.   Absolutely.  And I think, you know, I would go on    15:23:43

to just add to that, that -- that, you know, there's

a -- it's actually valuable that -- that we look at

those in a market efficiency report.

Because if there is a reduction -- if there is an

impact to market efficiency, due to short-selling    15:24:15

activity or constraints or any other factors, then we

would typically expect that to show up in some of the

factors that are analyzed and assessed in a market

efficiency report.

And so to the extent that I've studied trading    15:24:31

volume and bid-ask spreads and all these other factors,

I think these are informative of -- really very

informative to this question of whether the Common

Stock traded in an efficient market during the Class

Period.    15:24:51

Veritext Legal Solutions
866 299-5127

A.    Well, if -- if that had an effect on the actual    15:28:34
trading volume and bid-ask spreads or Cammer five
price-impact analyses, the various types of analyses
that I've carried out in my report, then I would -- I
would certainly evaluate my conclusions in the light of    15:28:58
any analyses that could be affected, as I think -- as
we read through some of the statements in this white
paper, these things are all interconnected; they don't
exist in a vacuum.

So, to the extent that there was a significant    15:29:22
reduction in the market efficiency for QuantumScape,
due to any sort of short-selling bans or constraints,
if that actually had an effect on the market efficiency
then I would expect that to show up in the metrics that
I've analyzed and assessed in this market efficiency    15:29:42
report.

Q.    Well, is it -- is it possible that these market
conditions impacted the stock price in -- in the middle
of December 2020?

A.    Is it possible?  Is it -- is it possible that what    15:29:57
impacted QuantumScape's stock price?

Q.    As you just explained, a lot of these factors were
interconnected.  Right?

A.    Right.  Right.

Q.    Constraints on short sellers?    15:30:10

Veritext Legal Solutions
866 299-5127

A.    Fifty-four?                                          15:58:21

Q.    Yes.

A.    Yeah.  Yeah.  Yeah.

Q.    So the December 9th S3 Analytics report.  And do you see in the first paragraph, it says:  "QS short     15:58:31 interest is 110 million, 1.90 million shares"?

A.    Yes.

Q.    Okay.  Now, let's look at Exhibit 56.  And do you recognize Exhibit 56?

A.    Yes.                                                 15:58:53

Q.    Is that the backup data from your calculation?

A.    Yes.

Q.    If you go to the QS tab, on the bottom of the Excel spreadsheet?

A.    Mm-hm.                                               15:59:04

Q.    -- and you look at row 12, December 9th, 2020, do you see that?

A.    I do.

Q.    Do you see that short interest is 1.85 million shares?                                                   15:59:15

A.    Yes.

Q.    Okay.  So your backup data is roughly equivalent to the information from S3 Analytics.  Correct?

A.    Yes.  But you know, I think that my backup data really contradicts the entire thesis of the             15:59:35

Page 207

CONFIDENTIAL

S3 Analytics opinions that you've been showing me, 15:59:39

which is this idea that all the shorts are going to

have to run for the exits, because of this.

If you actually scroll down the "Short Interest"

column, you see it jumps up to 8 million; and then it 15:59:52

goes up to 11 million; and then 16; and 20 million;

then 30 million; 33 million; 36 million.  So, you know,

42 million, into the 40s.  45 million by the end of

the -- the time period.

So this is actually what I was, you know, 16:00:13

referring back to, is -- is that I actually think what

the -- this person in this S3 Analytics document is

saying just is not valid.

Like, the shorts did not run for the exits.

The short interest increased significantly over -- 16:00:29

over time.

Q.   Sir, I was asking about the -- the borrowing fee.

Do you have any reason to disagree with the borrowing

fee?

A.   I -- I don't know, one way or another.  I don't 16:00:43

have any data in my report on the borrowing fee.

Q.   Right.  But we went down this row -- this hole

because you told me that the data on S3 was wrong.

Right?

A.   No, no. 16:00:55

Veritext Legal Solutions
866 299-5127

but the question kind of comes down to whether that          16:06:49

would -- would represent a persistent mispricing

that -- that could form a sort of an arbitrage

opportunity for investors.

Q.    And, again, when you say "persistent," how do you    16:07:02

quantify persistent?

A.    Yeah.  You know, I have not done a test of

put-call parity in this report; so I don't actually

have a -- sort of a bright-line cutoff off the top of

my head.                                                     16:07:16

      I could go back, and, you know, review academic

literature to see how that's studied or look at other

expert reports and see how they might come up with

those types of tests, but I -- because I don't do that

test.  In this report, I -- off the top of my head, I        16:07:30

don't have a particular time line, beyond just saying

you know, like, I would tend to think about that in the

context of my Exhibit 11 of autocorrelation, where I

talked about if there tends to be autocorrelation in

the Common Stock prices that persists over a long            16:07:46

period of time, then that could present an arbitrage

opportunity.

      When I run autocorrelation tests on stock returns,

I often see statistically significant results for one

month or one quarter.                                        16:08:01

But then on another quarter, it's the opposite    16:08:03
sign.

So it might be positive in one quarter, but then
negative in the next quarter; and then it's not
significant for a lot of other quarters.    16:08:12

So those types of patterns can sometimes be
present just randomly in -- within data.

But when I talk about autocorrelation, I think
about that as whether it's persistent over a longer
period of time, which would be multiple quarters    16:08:26
typically.  So I might think about that in the same
length of time when we talk about put-call parity
violations.

But again, I think it would -- it would require
some -- some digging back into academic literature and    16:08:39
actual analysis of data in order for me to -- to really
form an opinion of -- of -- about a length of time.

Q.    So there's not like some kind of threshold number
of violations that would be required for your
assessment?  You'd need to go back and read the    16:08:54
literature?

A.    Yeah.  I would want to, I think, think about that.

Like I said, I have not done a test in -- in this
report; so off the top of my head, I don't really have
the parameters of a test to be able to present to you,    16:09:07

Veritext Legal Solutions
866 299-5127

possible short squeezes with QuantumScape.                        16:21:11

    Do you recall seeing any of those headlines?

A.   Not off the top of my head, I don't.

    But -- which -- which exhibit?  What number was

this?  51 or 52?                                                 16:21:25

Q.   Correct.

A.   All right.

Q.   So, for example, look at row 91.

A.   Yep.

Q.   And the headline is:  "QuantumScape, Kodak Among      16:21:49

Analyst's Top Short Squeeze Candidates."

    Do you see that?

A.   I do.

Q.   And, again, I think I asked you this earlier, but

whether or not QuantumScape was subject to a short               16:22:04

squeeze -- that would not impact your market efficiency

opinion?

A.   Well, like I explained earlier, I -- I do think

all of these things are tied together and -- in terms

of the impact on market integrity for a given company.          16:22:21

    So if QuantumScape was subject to a short squeeze

that had a significant impact on market efficiency of

the Common Stock, then I would expect to -- to see that

impact into various factors that I've analyzed in my

market efficiency report.                                       16:22:41

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: September 19, 2022

LYDIA ZINN, RPR, FCRR

CSR No. 9223

Page 237