# EXHIBIT "10"



 REUTERS    World    Business    Markets    Breakingviews    Video    More

**AUTOS**    DECEMBER 21, 2020 / 3:41 PM / UPDATED 2 YEARS AGO

# Exclusive: Apple targets car production by 2024 and eyes 'next level' battery technology - sources

By Stephen Nellis, Norihiko Shirouzu, Paul Lienert    6 MIN READ    f  y

(Reuters) - Apple Inc is moving forward with self-driving car technology and is targeting 2024 to produce a passenger vehicle that could include its own breakthrough battery technology, people familiar with the matter told Reuters.

ADVERTISEMENT



The iPhone maker's automotive efforts, known as Project Titan, have proceeded unevenly since 2014 when it first started to design its own vehicle from scratch. At one point, Apple drew back the effort to focus on software and reassessed its goals. Doug

Exhibit 60

Field, an Apple veteran who had worked at Tesla Inc, returned to oversee the project in 2018 and laid off 190 people from the team in 2019.

Since then, Apple has progressed enough that it now aims to build a vehicle for consumers, two people familiar with the effort said, asking not to be named because Apple's plans are not public. Apple's goal of building a personal vehicle for the mass market contrasts with rivals such as Alphabet Inc's Waymo, which has built robo-taxis to carry passengers for a driverless ride-hailing service.

Central to Apple's strategy is a new battery design that could "radically" reduce the cost of batteries and increase the vehicle's range, according to a third person who has seen Apple's battery design.

Apple declined to comment on its plans or future products.

Making a vehicle represents a supply chain challenge even for Apple, a company with deep pockets that makes hundreds of millions of electronics products each year with parts from around the world, but has never made a car. It took Elon Musk's Tesla 17 years before it finally turned a sustained profit making cars.

TRENDING STORIES

"If there is one company on the planet that has the resources to do that, it's probably Apple. But at the same time, it's not a cellphone," said a person who worked on Project Titan.

ADVERTISEMENT

It remains unclear who would assemble an Apple-branded car, but sources have said they expect the company to rely on a manufacturing partner to build vehicles. And there is still a chance Apple will decide to reduce the scope of its efforts to an autonomous driving system that would be integrated with a car made by a traditional automaker, rather than the iPhone maker selling an Apple-branded car, one of the people added.

Two people with knowledge of Apple's plans warned pandemic-related delays could push the start of production into 2025 or beyond.

Shares of Tesla ended 6.5% lower on Monday after their debut in the S&P 500 on Monday. Apple shares ended 1.24% higher after the news.

Apple has decided to tap outside partners for elements of the system, including lidar sensors, which help self-driving cars get a three-dimensional view of the road, two

people familiar with the company's plans said.

Apple's car might feature multiple lidar sensors for scanning different distances, another person said. Some sensors could be derived from Apple's internally developed lidar units, that person said. Apple's iPhone 12 Pro and iPad Pro models released this year both feature lidar sensors.

Reuters had previously reported that Apple had held talks with potential lidar suppliers, but it was also examining building its own sensor.

ADVERTISEMENT

FILE PHOTO: FILE PHOTO: The Apple Inc logo is seen hanging at the entrance to the Apple store on 5th Avenue in Manhattan, New York, U.S., October 16, 2019. REUTERS/Mike Segar/File Photo/File Photo

As for the car's battery, Apple plans to use a unique "monocell" design that bulks up the individual cells in the battery and frees up space inside the battery pack by eliminating pouches and modules that hold battery materials, one of the people said.

Apple's design means that more active material can be packed inside the battery, giving the car a potentially longer range. Apple is also examining a chemistry for the battery called LFP, or lithium iron phosphate, the person said, which is inherently less likely to overheat and is thus safer than other types of lithium-ion batteries.

"It's next level," the person said of Apple's battery technology. "Like the first time you saw the iPhone."

Apple had previously engaged Magna International Inc in talks about manufacturing a car, but the talks petered out as Apple's plans became unclear, a person familiar with

REUTERS NEWS NOW

Subscribe to our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

Submit

those previous efforts said. Magna did not immediately respond to a request for comment.

To turn a profit, automotive contract manufacturers often ask for volumes that could pose a challenge even to Apple, which would be a newcomer to the automotive market.

"In order to have a viable assembly plant, you need 100,000 vehicles annually, with more volume to come," the person said.

ADVERTISEMENT

Ad



E
S
VI

Some Apple investors reacted to the Reuters report on the company's plans with caution. Trip Miller, managing partner at Apple investor Gullane Capital Partners, said it could be tough for Apple to produce large volumes of cars out of the gate.

"It would seem to me that if Apple develops some advanced operating system or battery technology, it would be best utilized in a partnership with an existing manufacturer under license," Miller said. "As we see with Tesla and the legacy auto companies, having a very complex manufacturing network around the globe doesn't happen overnight."

ADVERTISEMENT

Hal Eddins, chief economist at Apple shareholder Capital Investment Counsel, said Apple has a history of higher margins than most automakers.

"My initial reaction as a shareholder is, huh?" Eddins said. "Still don't really see the appeal of the car business, but Apple may be eyeing another angle than what I'm seeing."

Reporting by Stephen Nellis in San Francisco, Norihiko Shirouzu in Beijing; and Paul Lienert and Ben Klayman in Detroit; editing by Jonathan Weber, Edward Tobin and Sonya Hepinstall

Our Standards: *The Thomson Reuters Trust Principles.*