# EXHIBIT "13"



US and Hong Kong Stock Markets Research    July 1, 2021
Report

# Pioneer Technology Companies Research 01: Quantumscape

## Core Views

| QS solid state batteries have certain advantages in performance, but relatively lag in progress.

QS' solid state batteries have excellent performance, of which the energy density can be up to 1000Wh/L, its single layer solid state battery can realize over 1000 cycles under the condition of room temperature, appropriate pressure and quick charge, retaining over 90% of energy,and can be quickly charged to 80% in 15 minutes. Its multi-layer battery can realize about 800 cycles with the aforementioned similar performance. By removing the negative electrode material, reducing the negative electrode cost, reducing production cost and other relevant costs, compared with the manufacture cost of conventional lithium-ion battery, the manufacture cost of the company's solid state battery can be reduced by 17%.

However, QS' solid state battery is still in laboratory stage, its commercialization progress is still uncertain. In Q1 2021, the company completed the Volkswagen Milestone Test and determined to establish QS-0 factory, and will continue to complete the four-layer unit cell model, and will develop and research 8-10-layer unit cell. The company plans to provide battery prototype samples for complete vehicle manufacturers in 2022, provide batteries for test vehicles in 2023, and realize commercial application and production in 2024 to 2025. Compared with peer companies such as ProLogium Technology, Jiangsu Qingtao and SolidPower, the company's progress relatively lags behind.

| The solid state battery R&D progresses of the manufacturers are in different stages, after scale production, it will have huge impact to the industry chain

In addition to QS, complete vehicle manufacturers, battery manufacturers and startups etc. are all engaged in the solid state battery industry. ProLogium Technology, Jiangsu Qingtao and Welion New Energy etc. have made progress on the oxide route; Toyota, Samsung and SolidPower etc. focus on the sulfide route; Ganfeng Lithium and SES focus on the polymer route, making different progresses, wherein the earliest one, ProLogium Technology, has been planning to start mass production in 2021, whereas the latter ones such as CATL and Samsung will put into mass production in 2030. However, due to different technology routes, the battery performances may vary greatly, and the time of realizing mass production is not a dominant factor.

However, if solid state battery can realize scale commercialization smoothly, it will have huge impact to the lithium battery industry chain. Solid state battery will no longer need electrolyte solution and diaphragm, its positive electrode material may adopt lithium cobalt oxide, LNMO and Li-rich material etc. with higher performance, whereas the negative electrode material will transit from carbon silicon to lithium metal. Due to that solid state battery uses Li-rich material and even metal lithium negative electrode, demand for lithium will increase.

Li Yongxin
liyongxin@itiger.com

**QS share price performance since the listing:**



Review of previous issues:

Industry Research Series Report 01: Research on the Electric Vehicle Industry 20210531

How Long Is It from the Ideal Timing of Quantitative Easing (QE ) by the FRB? 20210524

**Exhibit 63**

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.



# Contents

Company Analysis.................................................................................................................................4

    Company Introduction.......................................................................................................................4

        Company Profile .........................................................................................................................4

        Company Management ...............................................................................................................5

        Equity Structure ........................................................................................................................6

    Stock Price Fluctuation Review ......................................................................................................7

    Financial Conditions........................................................................................................................7

    QS Solid State Battery Technology.................................................................................................9

        QS Solid State Battery Technology ..........................................................................................9

        Single layer model ..................................................................................................................10

        Multi-layer Model ...................................................................................................................16

    The Company's Progress ...............................................................................................................17

Solid State Battery Industry ...............................................................................................................18

    The principle of lithium-ion battery .............................................................................................18

    Solid State Battery Technology.....................................................................................................19

        Solid state battery principle.....................................................................................................19

        Problems Faced by Solid State Battery ...................................................................................20

        Lithium metal negative electrode is the prerequisite for breaking through the energy density limit ...............21

        Solid-state electrolyte is critical to the technology, there are three major routes............................................22

        Progresses of Different Companies..........................................................................................23

        Impact to lithium battery industry chain by solid state battery ...............................................30

Conclusion...........................................................................................................................................31

Risk Reminder .....................................................................................................................................31

Important Statement.............................................................................................................................32



Fig. 1: company development history ...................................................................................................... 4

Fig.2: company management................................................................................................................... 5

Fig.3: compensation of senior executives.............................................................................................. 5

Fig.4: well-known investors of the company ......................................................................................... 6

Fig.5: shareholding by senior executives .............................................................................................. 6

Figure 6: Fluctuation of the share price of the Company ...................................................................... 7

Fig.7: company performance .................................................................................................................. 8

Fig.8: company planning ........................................................................................................................ 8

Fig.9: QS expected revenue.................................................................................................................... 8

Fig.10: the company's ceramic solid-state electrolyte........................................................................... 9

Fig.11: schematics of the company's solid state battery VS conventional lithium-ion battery............. 10

Fig.12: quick charge property of solid state battery .............................................................................. 10

Fig.13: preventing generation of dendritic crystal................................................................................. 11

Fig.14: commercial prototype passed OEM test..................................................................................... 12

Fig.15: long cycle life............................................................................................................................. 12

Fig.16: high performance maintained under low temperature................................................................ 13

Fig.17: long cycle life maintained under low temperature .................................................................... 13

Fig.18: thermal stability ......................................................................................................................... 14

Fig.19: lower manufacture cost .............................................................................................................. 14

Fig.20: simpler manufacture process...................................................................................................... 15

Fig.21: obvious advantages of the company's solid-state battery .......................................................... 15

Fig.22: construction of QS' multi-layer battery ..................................................................................... 16

Fig.23: test data of 4-layer battery......................................................................................................... 16

Fig.24: company progress ....................................................................................................................... 17

Fig.25: Lithium-ion battery construction................................................................................................ 18

Fig.26: Lithium battery operating principle ........................................................................................... 18

Fig.27: solid state battery principle ........................................................................................................ 19

Fig.28: pros and cons of solid state battery ........................................................................................... 20

Fig.29: solid state battery negative electrode categories ....................................................................... 21

Fig.30: energy density breakthrough by lithium metal negative electrode............................................ 21

Fig.31: comparison of solid state battery electrolyte materials ............................................................. 22

Fig.32: challenges faced by different solid state electrolytes ................................................................ 22

Fig.33: battery PACK solution won US CES innovation award and Edison Prize ................................ 23

Fig.34: sample pure EV installed with Qingtao solid state battery system............................................ 24

Fig.35Four packs of drone batteries produced by Welion New Energy................................................. 25

Fig.36: Ganfeng Lithium solid state lithium battery and modules ........................................................ 26

Fig.37: R&D of the company's commercial unit cell has completed...................................................... 28

Fig.38: SES' solid state battery product ................................................................................................. 28

Fig.39: Bluebus ...................................................................................................................................... 29

Fig.40: technology routes and progresses of different companies.......................................................... 29

Fig.41: latest financing of relevant companies ...................................................................................... 30

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.

# Company Analysis

## Company Introduction

## Company Profile

QuantumScape (QS) is a solid state battery R&D company established in San Jose in the US in 2010 by Jagdeep Singh, a joint founder of Infinera, and Tim Holme, a mechanical engineer graduated from Stanford University. As of December 31, 2021, the company has 276 full-time employees and 10 temporary employees, wherein 250 are R&D personnel, over half of whom are holders of engineering and science degrees, with many coming from world top level universities. QS has researched and developed a ceramic electrolyte solid state battery, which has currently passed the Volkswagen Milestone Test, and is preparing the production of lithium battery prototype for in-car tests.

As of December 31, 2020, the company owns or has exclusively licensed 80 US patents, 40 pending or permitted US patent applications, 103 approved foreign patents and patent applications. The company also has many trade secrets, 1 US registered trademark and 6 US trademarks under application. The company's issued patents will begin to expire in 2033.

In November 2020, QS went public through merge with Kensington Capital, a SPAC company. Prior to the merge, Kensington Capital's share price is 10 USD per share, after QS listing, the share price raises sharply to the peak of 132.73 USD per share.

*Fig. 1: company development history*



*Source: company announcements*

老虎證券
TIGER BROKERS

## Company Management

Jagdeep Singh founded QS in May 2010 and serves as the CEO. Before that, from 2001 to 2009, he was the founder and CEO of INFN.O, a NASDAQ-listed telecommunication company. He is a holder of Bachelor Degree in computer science of University of Maryland, College Park, MBA degree of University of California-Berkeley, Haas School of Business, and Master Degree in Computer Science of Stanford University.

Dr. Timothy Holme is the CTO of the company as a joint founder of QS. He was an assistant researcher at Stanford University from 2008 to 2011, and he obtained bachelor degree in physics, master degree and doctoral degree in mechanical engineering from Stanford University.

Prof. Fritz Prinz is a joint founder and the Chief Scientific Advisor of the company. Since September 2010, Prof. Fritz Prinz had been working as materials science and engineering professor, mechanical engineering professor and senior researcher at Precourt Institute. Since September 1994, he also had been working as a Finmeccanica professor at the School of Engineering of Stanford University. He is a holder of doctoral degrees in physics and mathematics of University of Vienna of Austria.

*Fig.2: company management*

| Name | Age | Position |
|------|-----|----------|
| **Executive Officers** | | |
| Jagdeep Singh | 53 | Chief Executive Officer and Chairman |
| Dr. Timothy Holme | 39 | Chief Technology Officer |
| Dr. Mohit Singh | 42 | Chief Development Officer |
| Kevin Hettrich | 39 | Chief Financial Officer |
| Michael McCarthy | 55 | Chief Legal Officer and Head of Corporate Development |
| **Outside Directors** | | |
| Frank Blome(3) | 52 | Director |
| Brad Buss(1)(2) | 57 | Director |
| John Doerr(3) | 69 | Director |
| Prof. Dr. Jürgen Leohold(2) | 66 | Director |
| Justin Mirro(1)(3) | 52 | Director |
| Prof. Fritz Prinz | 70 | Director |
| Dipender Saluja(1) | 56 | Director |
| J.B. Straubel(2) | 45 | Director |
| Jens Wiese | 48 | Director |

*Source: company announcements*

The annual compensation of Jagdeep Singh, CEO of the company, for 2020 is 17.05 million USD, comprising 277 thousand USD salary and 16.72 million USD share incentive.

*Fig.3: compensation of senior executives*

| Name and Principal Position | Year | Salary ($) | Stock Awards ($)(1) | Option Awards ($)(1) | All Other Compensation ($) (2) | Total ($) |
|-----------------------------|------|-----------|---------------------|----------------------|--------------------------------|-----------|
| Jagdeep Singh Chief Executive Officer and Director | 2020 | 277,116 | 16,719,999 | — | 55,000 | 17,052,115 |
| | 2019 | 275,334 | — | — | — | 275,334 |
| Kevin Hettrich(3) Chief Financial Officer | 2020 | 310,096 | 3,344,000 | — | 63,000 | 3,717,096 |
| Michael McCarthy Chief Legal Officer and Head of Corporate Development | 2020 | 361,779 | 2,507,998 | — | 73,500 | 2,943,277 |
| | 2019 | 350,334 | — | 906,260 | — | 1,256,594 |

*Source: company announcements*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.



## Equity Structure

As of March 29, 2021, shareholding ratio by Volkswagen has increased from 19.56% on December 29, 2020 to 22.78%. Volkswagen invested in the company from the very beginning of the establishment of the company, with a shareholding of 5% in 2014, and added 100 million USD investment in 2018 to jointly engage in the solid state battery R&D, and added 200 million USD investment on May 14, 2020, with a first payment of 100 million USD, the rest of 100 million USD is to be paid when the technical test is passed. On April 1, QS announced that its solid state battery sample had in Germany passed the test parameters agreed with Volkswagen in June 2020, and Volkswagen would pay the rest of the 100 million USD of the 200 million fund invested in 2020. In regard to institutional shareholding, Soros Fund holds 3.3151 million shares at a shareholding ratio of about 0.90%. Bill Gates is also an early investor of the company.

*Fig.4: well-known investors of the company*



*Source: company announcements*

In regard to the management, after the completion of the planned additional issue in March, the company founder Jagdeep Singh holds 12,655,399 class A shares at a ratio of 5.38%, holds 19,617,505 class B shares at a ratio of 12.40%; the founder Dr. Timothy Holme holds 1,135,478 class A shares, holds 13,818,796 class B shares at a ratio of 8.83%; Prof. Fritz Prinz holds 13,484,541 class B shares at a ratio of 8.63%.

*Fig.5: shareholding by senior executives*

| Name of Beneficial Owner | Shares Beneficially Owned Prior to the Offering | | | | | Shares Beneficially Owned After the Offering (Assumes No Exercise of the Option to Purchase Additional Shares) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Shares of Class A Common Stock | % Outstanding of Class A Common Stock | Number of Shares of Class B Common Stock | % Outstanding of Class B Common Stock | % Total Voting Power | Number of Shares of Class A Common Stock | % Outstanding of Class A Common Stock | Number of Shares of Class B Common Stock | % Outstanding of Class B Common Stock | % Total Voting Power |
| Dr. Timothy Holme(6) | 1,135,478 | * | 13,818,796 | 8.83 | 7.84 | 1,135,478 | * | 13,818,796 | 8.83 | 7.78 |
| ***Directors and Named Executive Officers*** | | | | | | | | | | |
| Jagdeep Singh(7) | 12,655,399 | 5.70 | 19,617,505 | 12.40 | 11.58 | 12,655,399 | 5.38 | 19,617,505 | 12.40 | 11.49 |
| Kevin Hettrich(8) | 1,229,959 | * | 422,283 | * | * | 1,229,959 | * | 422,283 | * | * |
| Michael McCarthy(9) | 2,054,875 | * | 945,108 | * | * | 2,054,875 | * | 945,108 | * | * |
| Prof. Fritz Prinz(10) | — | * | 13,484,541 | 8.63 | 7.60 | — | * | 13,484,541 | 8.63 | 7.55 |
| Frank Blome(11) | — | * | — | * | * | — | * | — | * | * |
| Brad Buss(12) | 304,426 | * | — | * | * | 304,426 | * | — | * | * |
| John Doerr(13) | — | * | — | * | * | — | * | — | * | * |
| Prof. Dr. Jürgen Leohold(14) | 375,376 | * | — | * | * | 375,376 | * | — | * | * |
| Justin Mirro(15) | 1,744,898 | * | — | * | * | 1,744,898 | * | — | * | * |
| J.B. Straubel(16) | 487,590 | * | 182,700 | * | * | 487,590 | * | 182,700 | * | * |
| Dipender Saluja(17) | — | * | — | * | * | — | * | — | * | * |
| Jens Wiese(18) | — | * | — | * | * | — | * | — | * | * |
| **All Directors and Executive Officers as a Group (14 Individuals) (19)** | 23,989,752 | 10.40 | 45,789,769 | 28.87 | 26.52 | 23,989,752 | 9.84 | 45,789,769 | 28.87 | 26.33 |

*Source: company announcements*



## Stock Price Fluctuation Review

On November 27, 2020, QS Shares were officially traded at New York Stock Exchange, and the share price increased greatly by 57.45%. On December 8, QS released the performance data of its solid-state battery, which can achieve excellent performances, including energy density of 1,000Wh/L, fast charging and low temperature resistance, etc. The share price increased by 31.08% on the same day. Then, stimulated by the news about Apple will manufacture cars, the share price of the Company increased greatly to US $132.73.

However, the QS share price subsequently reached the peak and decreased. On January 4, Brian Morin, the Author of Seeking Alpha Website, pointed out that the Company had forged, and the solid-state batteries developed by the Company could not be used in cars, but could only be used in consumer electronics. The QS share price decreased greatly by 40.84% on the same day. Furthermore, it may also be due to the sell-off after 50 million shares of the original listed company could be sold. Subsequently, investors filed a lawsuit, and the share price of the Company decreased continuously.

On February 12, 2021, analysts of Morgan Stanley released the QS Bullish Research Report, giving an increase in holdings rating with a target price of US $70. Stimulated by this, the stock price of the Company rebounded greatly. Subsequently, the Company released its Q4 and full year financial reports and prepared to build a California QS-0 factory after the close of business on February 16. Meanwhile, Soros Fund announced that it had increased its holdings of QS 3,315,100 QS shares valued at US $280 million, which holding proportion accounted for 5.29%, ranking the fourth in the Soros Fund Position. On February 17, the share price of the Company increased greatly by 31.36%. Subsequently, the share price of the Company fell into a period of shock adjustment under the collective litigation and market fluctuations. On March 23, the Company planned to issue 13 million additional class a ordinary shares, with the share price decreased by 10.62%, and the next day decreased continuously by 16.76%. On April 1, the Company passed the Volkswagen Milestone Test and obtained the last $100 million investment of $200 million in 2020, and the share price increased by 10.17%. On April 15, the Company was shorted by scorpion capital, believing that the data disclosed by the company was false. The share price of the Company decreased by 12.24% on the same day, and then entered a downward trend. On May 12, the Company released the Financial Report of Q1, 2021. The loss unexpectedly expanded, and the share price of the Company subsequently fluctuated and adjusted.

*Figure 6: Fluctuation of the share price of the Company*



*Source: wind*

## Financial Conditions

The Company has not yet obtained income as the product is still under research and development. In Q1 2021, the net loss of the

---

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.    7



company is 75.089 million USD, the net loss in Q4 last year is 695.00 million USD, the major loss in Q4 last year is primarily attributable to the change of the fair value related to F series convertible preference share circulating liabilities to 652.7 million USD. In Q4 2020 and Q1 2021, the operating loss is respectively 30.188 million USD and 44.675 million USD, and the operating cash outflow is respectively 27.15 million USD and 21.54 million USD.

The listing in 2020 helps the company realize net financing cash flow of 954.00 million USD. As of the end of Q1 2021, the on-account cash and equivalents and short term investments of the company total about 1.53 billion USD, and the planned overall operating expense and capital expense amount is about 260 million to 320 million USD. The on-account cash of the company is adequate to support the product R&D and test work.

*Fig.7: company performance*

| | Three Months Ended March 31, | |
| | 2021 | 2020 |
|---|---|---|
| Operating expenses: | | |
| Research and development | $ 29,465 | $ 13,347 |
| General and administrative | 15,210 | 2,569 |
| Total operating expenses | 44,675 | 15,916 |
| Loss from operations | (44,675) | (15,916) |
| Other (expense) income: | | |
| Interest income | 247 | 538 |
| Change in fair value of assumed common stock warrant liabilities | (30,764) | — |
| Other income | 103 | — |
| Total other (expense) income | (30,414) | 538 |
| Net loss | (75,089) | (15,378) |

*Source: company announcements*

In Q1 2021, the company has completed the Volkswagen Milestone Test and determined to establish QS-0 factory, and announced the performance of its four-layer battery unit cell. In 2021, the company will continue to complete the four-layer battery unit cell, and will research and develop 8-10-layer battery unit cell. The company plans to provide battery prototype samples for complete vehicle manufacturers in 2022, provide batteries for test vehicles in 2023, and realize commercial application and production in 2024 to 2025.

*Fig.8: company planning*



*Source: company announcements*

According to the company planning, a revenue of 14.00 million USD is expected in 2024, 39.00 million USD expected in 2025, 275.00 million USD expected in 2026 with the mass production of 20Gwh factory realized, 3.21 billion USD in 2027, and 6.439 billion USD in 2028.

*Fig.9: QS expected revenue*



| $ in millions | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E |
|---|---|---|---|---|---|---|---|
| **Manufacturing capacity** | | | | | | | |
| **Total Production Capacity (GWh)** | **0** | **0** | **0.25** | **0.75** | **6** | **46** | **91** |
| QS-1 Pilot (1 GWh) | 0 | 0 | 0.25 | 0.75 | 1 | 1 | 1 |
| QS-1 Expansion (20 GWh) | 0 | 0 | 0 | 0 | 5 | 15 | 20 |
| QS-2 | 0 | 0 | 0 | 0 | 0 | 30 | 70 |
| | | | | | | | |
| **Income Statement** | | | | | | | |
| **Revenue** | - | - | $ 14 | $ 39 | $ 275 | $ 3,210 | $ 6,439 |
| % Growth | | | NM | 181% | 614% | 1066% | 101% |
| | | | | | | | |
| **Gross margin** | - | - | $ 0 | $ 2 | $ 73 | $ 1,006 | $ 1,914 |
| % Margin | | | 1% | 5% | 26% | 31% | 30% |
| | | | | | | | |
| **EBITDA** | $ (102) | $ (114) | $ (130) | $ (120) | $ (59) | $ 808 | $ 1,622 |
| % Margin | | | NM | NM | NM | 25% | 25% |
| | | | | | | | |
| **FCF (after project financing)** | $ (137) | $ (169) | $ (222) | $ (691) | $ (1,346) | $ (533) | $ 563 |
| | | | | | | | |
| **No Capacity After QS-1 Expansion (20GWh):** | | | | | | | |
| **FCF (after project financing)** | $ (137) | $ (169) | $ (222) | $ (312) | $ (289) | $ (17) | $ 69 |

*Source: company announcements*

# QS Solid State Battery Technology

## QS Solid State Battery Technology

QS' solid state battery electrolyte is solid state ceramic electrolyte, of which the energy density can be up to 1000Wh/L (the energy density of the current best seller EV is 711Wh/L, 1000Wh/L is equivalent to about 400-500Wh/kg), its single layer solid state battery can realize over 1000 cycles under the condition of room temperature, appropriate pressure and quick charge, retaining over 90% of energy, and can be quickly charged to 80% within 15 minutes. Its multi-layer battery can realize about 800 cycles retaining similar performance. The company claims that it is currently the only company that realizes quick charge and long cycle life solid state battery without raising operating temperature, reducing cycle life and causing other disadvantages.

The company's solid-state electrolyte can effectively avoid the generation of dendritic crystals. Dendritic crystals can lead to uneven resistance distribution and battery short circuit. The company claims that they found such material with good conductivity while preventing generation of dendritic crystal after ten years of research. It is a high density totally inorganic ceramic material. It is made thinner than a piece of human hair, in a length and width similar to a piece of poker. The electrolyte is placed between the positive and negative electrodes, forming a unit cell.

*Fig.10: the company's ceramic solid-state electrolyte*





*Source: company announcements*

The company's solid state battery has no negative electrode; the lithium exists in the positive electrode only. At first time charge of the battery, the lithium leaves the positive electrode, goes through the solid state electrolyte and the plate, directly diffuses to the thin metal layer on the negative current collecting electrode, forming a negative electrode. When discharging, the lithium will diffuses back to the positive electrode.

The positive electrode material comprises the combination of conventional positive electrode active material like NMC and the gel synthesized by organic polymer and organic liquid electrolyte. In the future, other positive electrode active materials such as NCA and cobalt-less component may be used. Currently, the company is still researching organic materials in place of conventional positive electrode materials.

*Fig.11: schematics of the company's solid state battery VS conventional lithium-ion battery*



*Source: company announcements*

## Single layer model

Quick charge: the company's commercial single layer battery prototype can be charged to 80% within 15 minutes, whereas conventional lithium-ion battery can be charged to less than 50% within 15 minutes, and charged to 80% after about 40 minutes.

*Fig.12: quick charge property of solid state battery*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.





*Source: official site of the company*

Dendritic crystal: generation of dendritic crystal can be prevented even in high current density.

*Fig.13: preventing generation of dendritic crystal*



*Source: official site of the company*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.

Energy: the commercial prototype has passed OEM follow-up cycle test.

*Fig.14: commercial prototype passed OEM test*



*Source: official site of the company*

Cycle life:
After 1000+ cycles, over 80% of battery capacity can still be retained, far beyond the commercialization objective.

*Fig.15: long cycle life*





Source: official site of the company

Low temperature resistance: 30 x 30 mm prototype maintains high performance.

*Fig.16: high performance maintained under low temperature*



Source: official site of the company

Cycle life under low temperature: long cycle life maintained under low temperature using the commercialization model (70x85mm)

*Fig.17: long cycle life maintained under low temperature*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.





Source: official site of the company

Thermal stability: good thermal stability.

*Fig.18: thermal stability*



Source: official site of the company

Cost: with the removal of negative electrode material, reducing negative electrode production cost, reducing production cost and other relevant costs, the overall cost is reduced by 17% compared with conventional lithium-ion battery.

*Fig.19: lower manufacture cost*





*Figure: lower manufacture cost, source: official site of the company*

Compared with conventional lithium-ion battery manufacture technology, QS' solid state battery manufacture process is simpler.

*Fig.20: simpler manufacture process*



*Source: official site of the company*

Compared with batteries of lithium ion, polymer, sulfide and other oxides, the company's ceramic electrolyte solid state battery has obvious advantages: quick charge within 25 minutes, over 800 cycles, good performance under low temperature, high energy density without negative electrode.

*Fig.21: obvious advantages of the company's solid-state battery*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.





Source: *official site of the company*

## Multi-layer Model

On the basis of single layer battery, the company begins to develop multi-layer battery, of which the basic

building block is a two-layer battery consisting of double-side positive electrodes, with two layers of electrolytes in-between. 4-Layer battery can be obtained by overlaying two layers of batteries, requiring 4 layers of electrolytes.

*Fig.22: construction of QS' multi-layer battery*



Source: *QS financial reports*

The company announced 30x30mm 4-layer battery for the first time in its Q4 report, test results demonstrate that its performance is close to that of one-layer battery, and it can maintain over 90% capacity after about 800 cycles at C/3 and 1C power (3 hours of charge and discharge to one hour charge and discharge).

*Fig.23: test data of 4-layer battery*





*Source: the company's financial reports*

## The Company's Progress

By the end of the year, the company will achieve 4-layer to 8-layer or even 10-layer batteries at an area of 70x85mm, and will deliver battery of tens of layers in next year. To this end, the company plans to increase production capacity, and has ordered new automation and production equipment, including automatic pilers and continuous flow thermal treatment tool, and decides to establish a pilot line project QS-0 in San Jose (third biggest city in CA, US) to build up a continuous highly automated production line, in a bid to provide prototype batteries for solid state battery test and adjustment, and for vehicle manufacturers. Qs-0's initial planned annual production capacity is 100 thousand basic cells, and it is planned to start production in 2023.

On March 23, 2021, the company announced additional issue of shares, and plans to add a trial production line of about 200 thousand square feet. The company actually issued 10.40 million shares, less than the planned 1.3 million shares. The issue price is 4 billion USD, less than the top issue price 5.758 billion USD, with 4 billion USD raised.

QS-0 factory will provide solid state battery prototypes to vehicle manufacturers, it is expected that long term lease of factory premise will be completed in the later half of the year, and production of solid state battery prototype will commence in 2023. After the completion of QS-0 factory, QSV, the joint venture by the company and Volkswagen, plans to establish QS-1 factory, with phase I production capacity at 1Gwh, phase II production capacity at 20GWh, QS-2 factory will also be established, planned production capacity in 2028 is 70GWh.

*Fig.24: company progress*



*Source: company announcements*



According to Q1 report of 2021, QS' planned full-year operating and capital expense is 260 million to 320 million USD, whereas the originally planned full-year operating and capital expense for 2021 is 230 million to 290 million USD.

# Solid State Battery Industry

## The principle of lithium-ion battery

A lithium battery comprises positive electrode, negative electrode, diaphragm, organic electrolyte solution, and battery case.

Positive electrode: active substance is generally lithium manganate or lithium cobalt oxide or NCM material, E-bike generally uses NCM (ternary battery) or ternary + less lithium manganate;

Diaphragm: a specially formed polymer film with micro-pore structure allowing free pass of lithium ions except for electrons;

Negative electrode: active substance is graphite or carbon similar to graphite structure, the conductive current collector uses electrolytic copper foil at 7-15-micrometer thickness.

Organic electrolyte solution: carbonic ester solvent solved with LiPF, for polymer type, gel electrolyte is used.

Battery case: can be steel case (rarely used by square type ), aluminum case, nickel plated iron case (used by cylindrical battery), aluminum-plastic case (soft package) etc., including battery cap, which is also the out-lead end of the positive or negative electrode of the battery.

*Fig.25: Lithium-ion battery construction*



*Source: public information*

During the course of charge, Li-ion leaves the positive electrode and enters the electrolyte solution, and moves to the negative electrode under the effect of the external electric field exerted by the charger, and forms LiC compound through combination with graphite or coke C at the negative electrode. Whereas during the course of discharge, Li-ion and electron move at the same time, wherein the electron moves from the negative electrode to the positive electrode through external circuit, Li-ion enters the positive electrode through the electrolyte solution and bonds with the positive electrode.

*Fig.26: Lithium battery operating principle*





*Source: public information*

## Solid State Battery Technology

## Solid state battery principle

The operating principle of solid state battery is consistent with that of conventional lithium-ion battery, except that its solid-state electrolyte is in place of the conventional liquid electrolyte and diaphragm, and the solid-state electrolyte is the core of solid state battery.

*Fig.27: solid state battery principle*



*Source: Internet*

Solid state battery can solve the safety problem of power battery. Conventional lithium-ion battery has safety concerns, spontaneous combustion and explosion etc. are easy to occur due to electrolyte leakage and electrode short circuit etc. Due to that dendritic crystal can be formed from the metal lithium on the surface of the negative electrode of the lithium battery after many times of discharge, dendritic crystal can penetrate the diaphragm and cause explosion, or overheat of battery can lead to melting of the diaphragm, causing short circuit etc., the safety of lithium-ion battery has never been safeguarded. However, the solid state electrolyte used in solid state battery has property of non-combustion and high temperature resistance, has no leakage problem, can effectively prevent spontaneous combustion or explosion, greatly improving EV safety.

Solid state battery can greatly improve energy density. The electrochemical stability window of solid state battery can be over 5V, whereas the liquid electrolyte of lithium-ion battery can be oxidized under high voltage charging, resulting in irreversible phase change on the positive electrode surface, therefore, the charging voltage of ternary battery is basically 4.2V to 4.5V, constraining the application of HV electrode materials, whereas solid state battery solves the problem, allowing positive electrode material with higher performance. Meanwhile, solid state battery can be compatible with metal lithium negative electrode, which plays a determining role in improving the energy density of power battery, because the per-gram capacity of lithium metal is 3860mAh/g, whereas that of graphite is



372mAh/g only, the former is over 10 times of the later. Secondly, since it is the lithium source itself, emancipating the constraint on the positive electrode material, allowing more diversified positive electrode materials. The monomer energy density of solid state battery can be up to 900Wh/kg, very promising to thoroughly solve the endurance problem.

*Fig.28: pros and cons of solid state battery*

| Pros and cons of solid state battery | |
|---|---|
| Construction | Positive electrode, negative electrode, solid-state electrolyte |
| Advantages | High energy density, the metal lithium negative electrode greatly improves the energy density to 900Wh/kg<br>High safety, solid-state electrolyte is not easy to flame and has no leakage problem<br><br>High voltage platform up to 5V, allowing more HV electrode materials<br>Less foot printing: solid-state electrolyte reduces the battery thickness, greatly reducing battery foot printing |
| Disadvantages | Difficult for quick charge: solid-state electrolyte has low conductivity and high internal resistance, unfavorable to quick charge<br>High cost: complex manufacture process with high cost, though currently no final conclusion<br>Cycle life: high theoretical life, but facing many difficulties in actual application |

*Source: Tiger Brokers*

In terms of construction, the positive electrode material and negative electrode material of solid state battery are basically the same as conventional lithium battery. **The positive electrode material comprises electrode active substance, solid electrolyte and conductive agent**, wherein the development of active material is basically consistent with the current routes of high nickel and cobalt-less positive electrode material etc. Currently, the R&D breakthrough of negative electrode material primarily focuses on three major categories: **metal lithium negative electrode, carbon group negative electrode and oxide negative electrode**, wherein metal lithium negative electrode is one of the most ideal negative electrode materials for all solid state battery thanks to its advantages of high capacity and low potential. Solid state electrolyte is critical to solid state battery technology, currently there are three major routes including polymer, oxide and sulfide routes.

## Problems Faced by Solid State Battery

1. Energy density, energy density can be greatly improved after replacing graphite/silicon negative electrode;
2. Quick charge, can be charged to 80% within 15 minutes;
3. Service life, battery life is can be increased through reducing negative electrode capacity loss;
4. Safety, with organic electrolyte being replaced, solid-state electrolyte is not easy to flame, non-flammable;
5. Cost, cost can be reduced with the removal of negative electrode material and manufacture cost etc.
6. Dendritic crystal, generation of dendritic crystal can be effectively avoided, preventing battery short circuit.



## Lithium metal negative electrode is the prerequisite for breaking through the energy density limit

The negative electrode materials of solid state battery primarily include three major categories: metal lithium negative electrode, carbon group negative electrode and oxide negative electrode, wherein metal lithium negative electrode is one of the most ideal negative electrode materials for all solid state battery thanks to its advantages of high capacity and low potential. However, its disadvantage is the great volume change of the electrode during the course of cycle, which can lead to powdering failure of the electrode in serious case, greatly reducing the cycle performance. Carbon negative electrode has low theoretical capacity and less development space; silicon negative electrode is under development, however, is constrained by its volume expansion problem; oxide negative electrode material is easy to consume large amount of lithium during the electrochemical process, resulting in capacity loss, it is also faced with the problem of great volume change leading to battery failure.

*Fig.29: solid state battery negative electrode categories*

| Material system | Representative | Advantages | Disadvantages | Research direction |
|---|---|---|---|---|
| Metal lithium negative electrode material | Metal lithium | High capacity, low potential | Great electrode volume change during cycle process, which can lead to powdering failure of the electrode in serious case, greatly reducing the cycle performance; lithium is the active substance at the electrode, relevant safety hazard still exists. | Synthesize novel alloy material, prepare ultra-fine nano alloy and composite alloy system. |
| Carbon group negative electrode material | Carbon-based, silicon-based and tin-based materials (e.g., graphite) | Mature technology, low price, high charge and discharge efficiency. | Carbon has low theoretical capacity and less development space. Silicon negative electrode is under development, but is constrained by volume expansion. | Use nano carbon such as doped graphene and carbon nanotube as novel carbon material. |
| Oxide negative electrode material | Metal oxide, metal-based composite oxide and other oxides | High theoretical specific capacity | Huge amount of lithium is consumed in the electrochemical process, resulting in huge capacity loss, and huge volume change occurs in the cycle process, leading to battery failure. | Improve through combination with carbon-based material. |

*Source: "Name Rectification" for All Solid State Lithium Battery, CNKI*

According to articles by BMW, battery energy density improvement through improvement made to the positive electrode material of conventional lithium battery is very limited, with upper limit at about 329Wh/kg, whereas battery energy density improvement through changing negative electrode carbon-based material to lithium metal is very obvious, QS' solid state battery energy density can be up to 1000Wh/L, equal to about 400-500Wh/Kg, theoretically, higher energy density up to 600Wh/kg can be achieved.

*Fig.30: energy density breakthrough by lithium metal negative electrode*



*Source: company announcements*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.



## Solid-state electrolyte is critical to the technology, there are three major routes

Solid-state electrolyte must satisfy the following conditions: has lithium ion conductivity similar to or better than the conventional liquid electrolyte; has chemical and electrochemical stabilities with metal lithium; and avoid formation of lithium metal dendritic crystal. Currently, no such a material satisfying these conditions is found yet, materials under testing include polymer, sulfide, oxide, the ceramic material (oxide) used by QS, and composite materials.

Among them, **polymer**, such as polyethylene oxide, is initially thought to be appropriate candidate material, however, its conductivity is too low, and requires high temperature to operate, and has poor stability with lithium metal, and is too soft to prevent penetration by the dendritic crystal, besides, it becomes unstable when the voltage is above 3.8V. In regard to research of polymer, Ionic Materials is recently catching much attention, and has obtained investments from Samsung SDI, Dyson and Wanxiang etc. Domestically, CATL and Jiawei have made certain progresses.

**Sulfide**, such as LGPS found by Professor Ryoji Kanno in 2011, which has high conductivity but poor thermal dynamic stability and requires external coating, increasing battery resistance. Most importantly, even today lithium conductive sulfide still cannot avoid generation of dendritic crystal. However, sulfide has the best conductive performance, current lithium battery giants (CATL, SDI, SK, LG, and Panasonic) all take it as the main technology route, wherein Toyota is pretty radical, who began to engage in solid state battery development early back in 2008, and plans to launch solid state battery EV in 2022, and realize mass production in 2025.

**Oxide**, currently, a few oxides with good conductivity and stability have been found, which, however, still cannot avoid the generation of dendritic crystal. **There are many participants on the oxide route, 3C application has been made. LLZO is currently the popular material, domestically, ProLogium Technology and Jiangsu Qingtao are well-known players in the field**.

Some research institutions are trying composite materials, they combine **polymer with ceramic** to achieve both the convenience of polymer and the hardness of ceramic, however, the generation of dendritic crystal still cannot be avoided, which grow at the bonding part of the two substances.

*Fig.31: comparison of solid state battery electrolyte materials*

| Solid state electrolyte type | Major research systems | Conductive performance (practical demand>$10^{-3}$ S/cm) | Research direction |
|---|---|---|---|
| Polymer Solid electrolyte | PEO-based ASPEs (all-solid-state polymer electrolytes) system Polycarbonate-based system Polysiloxane-based ASPEs system Polymer lithium single ion conductor-based ASPEs system | Low (about $10^{-7}$ S/cm) | Compound, copolymerize or cross-bond PEO with other polymers, or add inorganic particles to form organic-inorganic hybrid system to improve core performance. |
| Oxide Solid electrolyte | Crystalline state (perovskite type, garnet type, NaSICON type, LiSICON type) Non-crystalline state (LiPON type) | Lower ($10^{-3}$~$10^{-6}$ S/cm) | Improve conductivity through element replacement and hetero element doping. |
| Sulfide Solid electrolyte | Sulfide solid electrolyte Binary sulfide solid electrolyte Ternary sulfide solid electrolyte | Higher ($10^{-2}$~$10^{-3}$ S/cm) | Reduce synthesis cost, introduce multi-element doping, give full play to the properties of the elements and mutual coordination among them. |

*Source: "Name Rectification" for All Solid State Lithium Battery, CNKI*

Theoretically, using such materials can produce good test data, however, they have no performance required for actual EV application. When evaluating such claimed solid state batteries, top priority is to consider whether it uses lithium metal cathode or conventional carbon or carbon-silicon tube cathode. If it is the latter, the performance does not differ greatly from the conventional lithium ion battery; if it is the former, consider whether it is to be used in application without compromising, including under room temperature and high current density (i.e., quick charge). Especially focus on how long the cycle life of the battery is under room temperature using vehicle power (>3 mA/cm, one hour quick charge). This is critical as to whether the solid state battery can be commercialized.

Previous attempts have encountered many challenges, including problems of conductivity, electrolyte-negative electrode ASR (Area Specific Resistance), lithium metal stability and dendritic crystal. Wherein the dendritic problem is a challenge faced by various solid state electrolytes.

*Fig.32: challenges faced by different solid state electrolytes*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.



| Separator Requirements | Lithium Metal Anode | | | | | | | |
| | Organics | | | | Inorganics | | | |
| X = challenge | Ionic liquids | Additives / Protected Layer | Gel | Polymer | Sulfides | Phosphates & Perovskites | Garnets | LiPON, borohydrides |
|---|---|---|---|---|---|---|---|---|
| ① Conductivity | X | | | X | | | | X |
| ② Separator-Anode ASR | | X | X | X | | X | X | |
| ③ Lithium metal stability | X | | X | | | X | | |
| ④ Dendrite resistance | X | X | X | X | X | X | X | X |

Source: official site of the company

Dendritic crystal is tree branch shape metal lithium formed by lithium ions that are not adequately diffused at the negative electrode and are attached on the surface during the course of charge. Lithium dendritic crystal growth can lead to unstable electrode and electrolyte interface during lithium ion battery cycles, damaging the generated solid state electrolyte interface film, even penetrating the diaphragm to cause short circuit, leading to thermal runaway, resulting in combustion and explosion. This is also a difficulty faced by solid state battery.

## Progresses of Different Companies

Currently, enterprises both at home and abroad are doing different attempts on different technology routes.

**ProLogium Technology.** ProLogium Technology uses renitent LCB (Lithium Ceramic Battery) solid state electrolyte to produce solid state battery. In 2018, the internal resistance of its battery was reduced to 70% of that of lithium ion battery. Solid state electrolyte also is resistant to high temperature, has good chemical stability, does not melt or solve; thermal runaway does not occur at 350°C, no salt precipitation at low temperature either, and can still work under 200~260°C high temperature for 3~10 seconds, whereas conventional polymer lithium battery will smelt and solve at 120~150°C, does not withstand high temperature, and has salt precipitation under low temperature. Therefore, solid lithium ceramic battery LCB is extremely safe, and will not flame or explode even when being subjected to external force impact, dead folding, penetration, or baking under 250°C for 5 hours.

LCB battery has no problem of explosion at all. Conventional lithium battery requires "protective circuit" to prevent the operating voltage of the battery from being over-discharged to below 2.5V, which condition may lead to irreversible damage to the battery, or prevent the battery from being over-charged to exceed 4.2V /4.35V, which condition may lead to battery explosion. As to LCB solid ceramic battery, without any "protective circuit", it can be overcharged with DC 6V~32V, or directly with AC 110V~220V, no combustion or explosion will happen, totally no safety concern.

Internal resistance is effectively reduced. ProLogium Technology continuously reduces internal resistance through updating chemical system and using exclusive internal conductive technology, and reduced it to the level of liquid battery for the first time in 2017, and in 2018, the LCB internal resistance was reduced to 70% of that of liquid lithium battery.

The cost is reduced to 70% of conventional PACK. ProLogium Technology invented the MAB multi-axial dual-pole battery pack technology. No conventional cell can be seen in this battery pack, instead, serial or parallel connection is realized directly through overlaying pole pieces using dual-pole technology. In addition, inherent heat dissipation is provided at the cell phase, saving a great many of wires, package and heat dissipation materials that cannot supply power, and simplifying BMS (battery management system) design. At pack phase, the assembly efficiency can be greatly improved, improving energy density while reducing cost, reducing the pack volume to 50% of conventional pack, reducing cost to 70%, EV travel distance has the chance to increase by multiple times. This battery pack solution won the US CES innovation award and Edison Prize (Oscar Award in the technology field).

*Fig.33: battery PACK solution won US CES innovation award and Edison Prize*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.



*Source: official site of the company*

In 2019, ProLogium Technology entered into strategic cooperation agreements with new energy vehicle manufacturers such as NIO and Aiways, in 2020, completed D round financing with investment from FAW, in 2021, established joint venture with Vietnamese enterprise Vingroup JSC in a bid to produce solid state battery in Vietnam. In April 2021, ProLogium Technology won Edison Copper Prize with its exclusive battery safety technology ASM (Active Safety Mechanism). ProLogium Technology plans to go public in 2021 through SPAC.

**Jiangsu Qingtao.** Qingtao Energy is a high-tech technology enterprise founded by the team led by Fellow Nan Cewen of Tsinghua University. The company is the toprunner in Chinese solid state battery industry, the energy density of the battery it develops can be up to 400Wh/kg or above, which has been successfully applied in field such as power supply and high end digital, and is piloting in the new energy vehicle field. Currently, Jiangsu Qingtao. Has over 200 intellectual properties, covering multiple aspects of material, device and cell etc. Its solid state electrolyte chooses the oxide technology route.

Yichun Qingtao plans to invest a total of RMB 5.5 billion to build up a solid state battery production base with 10 GWh annual production capacity. Wherein Phase I Project has an investment of RMB 550 million, with an occupied area of about 100 Mu, and a floor area of about 38,000sqm, in a bid to build up a solid state battery production base with annual production capacity at 1GWh, which had been formally put into production in 2020; Phase II will further increase investment and expand production capacity. **In July 2020, a sample pure EV installed with Qingtao solid state battery system has completed commissioning at BJEV and successfully left the production line. The sample car is the first publically announced drivable solid state battery sample car in China.** The Generation I solid state battery system produced by Jiangsu Qingtao and used in this car has exceeded conventional liquid ternary battery in indicators such as energy density, discharge energy retention rate at -5°C operating condition, charge & discharge energy efficiency, and 0%-80%SOC quick charge, and is basically feasible for mass production.

*Fig.34: sample pure EV installed with Qingtao solid state battery system*

老虎證券
TIGER BROKERS



*Source: official site of the company*

In May 2020, Jiangsu Qingtao completed round E+ financing, in August 2020, completed round E++ financing, with major investors including SAIC Motor, BAIC Capital, GAC Capital, BOCGI and FreesFund; in 2021, completed round F financing, with S&T Venture Capital as the lead investor, Xinding Capital, Kesen Technology, FreesFund, and Shanghai Bofu etc. as participant investors.

**Welion New Energy.** Founded in 2016, Beijing Welion New Energy Co., Ltd. is specialized in R&D and production of hybrid solid-liquid electrolyte lithium ion battery and all solid state battery, and is the only industrialization platform of solid state battery technology of the clean energy laboratory of **the Institute of Physics, Chinese Academy of Sciences**. The company is headquartered in Beijing, and has 3 major production bases in Fangshan, Beijing, Liyang, Jiangsu, and Huzhou, Zhejiang. In 2018, the energy density of the company's solid state battery reached 300Wh/kg, and sample vehicle test was conducted; in 2019, the company established production base in Liyang; currently, **its solid state battery products have been supplied for drone use, battery safety has passed test**. Its raw materials including silcon carbon negative electrode are in mass production, meanwhile, it is also capable of mass production of the diaphragm coated with solid electrolyte material required by solid state battery. Currently, the all solid state battery product production capacity of Welion New Energy reaches 0.2GWh; a production line with production capacity of 1Gwh will be established in 2021, it is expected that after 2026, a production capacity of 20GWh will be established. Welion New Energy's solid state battery adopts oxide solid state electrolyte.

*Fig.35Four packs of drone batteries produced by Welion New Energy*

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.





| Specification parameter | Specific parameter |
|---|---|
| Nominal voltage (V) | 22.2 |
| Working voltage (V) | 25.2–16.8 |
| Capacity (mAh) | 16000 |
| Size (mm, max) | 195*77*52 |
| Weight (kg, max) | 1.55 |
| Energy density (Wh/kg) | 229 |
| Max continuous charge current (A) | 32 |
| Max continuous discharge current (A) | 80（illegible） |
| Charge operating temperature (°C) | 0~45（illegible） |
| Discharge operating temperature (°C) | -20~55（illegible） |
| Cycle life (cycles@0.5C) | 800（illegible） |



| Specification parameter | Specific parameter |
|---|---|
| Nominal voltage (V) | 22.2 |
| Working voltage (V) | 25.2–16.8 |
| Capacity (mAh) | 27000 |
| Size (mm, max) | 213*91*65 |
| Weight (kg, max) | 2.38（illegible） |
| Energy density (Wh/kg) | 252（illegible） |
| Max continuous charge current (A) | 54（illegible） |
| Max continuous discharge current (A) | 135（illegible） |
| Charge operating temperature (°C) | 0~45（illegible） |
| Discharge operating temperature (°C) | -20~55（illegible） |
| Cycle life (cycles@0.5C) | 800（illegible） |



| Specification parameter | Specific parameter |
|---|---|
| Nominal voltage (V) | 22.2 |
| Working voltage (V) | 25.2–16.8 |
| Capacity (mAh) | 22000 |
| Size (mm, max) | 195*77*67 |
| Weight (kg, max) | 1.98 |
| Energy density (Wh/kg) | 247 |
| Max continuous charge current (A) | 44 |
| Max continuous discharge current (A) | 110 |
| Charge operating temperature (°C) | 0~4.5（illegible） |
| Discharge operating temperature (°C) | -20~55 |
| Cycle life (cycles@0.5C) | 800（illegible） |



| Specification parameter | Specific parameter |
|---|---|
| Nominal voltage (V) | 22.2 |
| Working voltage (V) | 25.2–16.8 |
| Capacity (mAh) | 30000 |
| Size (mm, max) | 213*91*70 |
| Weight (kg, max) | 2.03（illegible） |
| Energy density (Wh/kg) | 251 |
| Max continuous charge current (A) | 60 |
| Max continuous discharge current (A) | 150 |
| Charge operating temperature (°C) | 0~45（illegible） |
| Discharge operating temperature (°C) | -20~55（illegible） |
| Cycle life (cycles@0.5C) | 800（illegible） |

*Source: official site of the company*

In February 2021, Welion New Energy completed hundreds of millions of financing with Oceanpine Capital as the lead investor, YTI Capital, Summitview Capital, and Future Capital as participant investors.

**Ganfeng Lithium.** The company started solid state battery R&D in 2016. Currently, the company's first generation hybrid solid liquid electrolyte battery product has passed multiple third party safety tests and sample tests of multiple customers, the energy density reaches 235~280Wh/kg. Currently, pilot production line of first generation solid state battery has been established with a design capacity at 0.3GWH. The second generation solid state lithium battery is based on high nickel ternary positive electrode and negative electrode material containing metal lithium, 2Ah-10Ah all solid state battery sample has been built based on independently developed solid state diaphragm, with energy density reaching 350Wh/kg (G2) and stable cycles>300, and the energy density of G2+ can be up to 400Wh/kg. The electrolyte used by Ganfeng is the independently developed "polymer-in-ceramics" elastic inorganic-polymer compound solid state flexible electrolyte film, and the flexible solid state battery is manufactured through the following integrated process: two-way differential interface design and overlaying - rolling - heating.

In October 2020, the company announced that it will establish high-end **polymer** lithium battery R&D and production base with owned fund not exceeding 3 billion Yuan. The company will actively promote mass production and in-car installation of solid state battery.

The company can also produce solid state electrolyte materials, including solid electrolyte powder and solid electrolyte piece. The company's oxide and sulfide powder ion conductivity indicators have reached top industry level; compact solid electrolyte piece is waterproof and fireproof with flexibility and customizable specification. Both have realized scale production.

*Fig.36: Ganfeng Lithium solid state lithium battery and modules*



*Source: official site of the company*

**Gotion High-tech.** Gotion High-tech began to engage in solid state battery R&D in 2017, its technology route adopts a transition route from semi-solid state battery to solid state battery. In 2019 the company launched a pilot semi-solid state battery production line; in 2020, the company announced that the energy density of its semi-solid state battery exceeded 300Wh/kg. In terms of solid state battery planning, Gotion High-tech will introduce solid state battery technology in 2020-2022, and will initiate iterative upgrade of solid state battery technology in 2022, in a bid to produce high safety solid state battery. After 2025, it will produce all solid state battery with energy density >800Wh/L and >400Wh/kg with 800 cycles.

Gotion High-tech also obtains capital contribution from Volkswagen. In 2020, the company plans to raise a fund no less than RMB 6 billion from Volkswagen through directional add-issuance, it is expected that Gotion High-tech will introduce Volkswagen MEB platform and speed up production capacity expansion.

**CATL.** CATL also began to engage in solid state battery R&D in 2016. It chose the sulfide solid state electrolyte route and the polymer route. Currently, the energy density of the polymer lithium metal solid state battery developed by it is 300Wh/kg with 300 cycles. It is expected that the company will realize scale production by 2030 only. However, less information on solid state battery can be found in the annual report and on the official website of the company.

**BYD.** BYD's solid state electrolyte is oxide, and BYD improves the conductivity and mechanical strength of the oxide using patented technology. However, less progress is disclosed.

**Toyota.** In 2008, Toyota began to research and develop solid state battery in cooperation with the startup Ilika; in 2017, it announced cooperation with Panasonic; in 2020, announced to establish a solid state battery joint venture with Panasonic; in 2021, the company announced that it will launch an overwhelming solid state battery in this year, which can achieve 500km endurance and can be charged from empty to full in 10 minutes, and barely has any safety hazard. Toyota chooses the sulfide solid state electrolyte technology route, and is expected to launch an EV installed with solid state battery in 2022, and realize mass production in 2025.

**Samsung.** In 2017, Samsung demonstrated its solid state battery. In November 2018, the three major battery manufacturers of South Korea, LG Chem, Samsung SDI and SKI formed an alliance to jointly develop next generation core battery technology including solid state battery. In April 2019, Samsung and Ford jointly invested in Solid Power, a US solid state battery startup, and announced that cooperation with Solid Power has been formally established to research and develop next generation EV all solid state battery. In March 2020, Samsung announced its latest solid state battery R&D achievement. Its solid state electrolyte is sulfide, of which the negative electrode adopts ultra-thin silver-carbon electrode, and the energy density is up to 900Wh/L, with a cycle life over 1000 cycles, and an endurance up to 800 km.

**Solid Power.** Solid Power is a solid state battery startup founded in 2012, initially, it obtained fund from University of Colorado Boulder and Defense Advanced Research Projects Agency, and subsequently obtained investments from well-known companies such as Ford, Samsung, BMW and Volvo. In Q3 2020, the battery and solid electrolyte produced from the pilot production line of the company have been successfully tested by multiple vehicle OEM partners and top level battery suppliers. **According to plan, BMW and Ford will respectively purchase solid state battery for test vehicle from Solid Power in 2022.**

Solid Power's ASSB solid state battery adopts sulfide electrolyte with non-combustion property, and the energy density is improved by 50% compared with lithium ion battery; the metal lithium anode used by the company is 10 times of the graphite anode. The energy density of its solid state battery is up to 320Wh/kg.

老虎證券 TIGER BROKERS

*Fig.37: R&D of the company's commercial unit cell has completed*



*Source: company announcements*

According to overseas report, on June 15, insider discloses that Solid Power is negotiating with the blank cheque company Decarbonization Plus Acquisition Corp. III in regard to matters of merge and listing, the estimated value after merge is about 1.2 billion USD. The transaction is expected to be completed in Q4, after that, Solid Power will be listed on NASDAQ with stock code "SLDP".

**SES.** SolidEnergy Solutions (SES) was founded by Postdoctor Hu Qichao of Massachusetts Institute Of Technology in Boston in 2012. SES Shanghai is established in Shanghai in August 2018, which is currently in the phase of organizing, structural layout and factory construction. For the first time in the world, SES proves that practical lithium metal can achieve energy density up to 480Wh/kg and 1000Wh/L, which has been verified by third party, and establishes the first lithium metal battery R&D pilot production line in Boston. SES uses polymer electrolyte material.

*Fig.38: SES' solid state battery product*

 

*Source: official site of the company*

In March 2021, SES establishes cooperation with General Motors, the two sides plan to establish a production line in SES' factory, and launch prototype battery before 2023. In April, SES announces that it has completed 139 million USD round D financing, with General Motors as the lead investor, Vertex Ventures, SAIC, South Korea SK Group, Temasek, Applied Ventures and Tianqi Lithium as participant investors.

**Bollore.** French Bollore is a leader in polymer solid state electrolyte field, a company which firstly realizes solid state battery EV

老虎證券
TIGER BROKERS

commercialization in the world. Early back in 2011, Bollore began to attempt commercialization of solid state battery in EV field. Bluecar, the EV independently developed by the company and installed with the 30kWh metal lithium polymer battery produced by its subsidiary Batscap, has an endurance of 120km. About 3000 "Bluecar" EVs and "Bluebus" E-Buses were put into the auto share project Autolib, which is the first case of EV adopting solid state battery in the world. Batsca chooses polymer technology route, their positive electrode material uses LFP, negative electrode material uses metal lithium, electrolyte uses PEO, however, the energy density of the pack is 100Wh/kg only, requiring an operating temperature of 60~80℃, the battery has to be heated up to 60℃ or above to maintain the conductivity inside the battery.

*Fig.39: Bluebus*



*Source: official site of the company*

**Progresses / planning of different companies:**

*Fig.40: technology routes and progresses of different companies*



| Battery enterprise | Solid-state electrolyte | Institutional investor | Progress / planning |
|---|---|---|---|
| ProLogium Technology | Oxide | FAW, BOC, SoftBank, NIO, Aiways etc. | Mass production in 2021 |
| Jiangsu Qingtao | Oxide | SAIC Motor, BAIC Capital, GAC Capital, BOCGI, FreesFund, S&T Venture Capital, and Xinding Capital etc. | Phase I production in 2020, mass production 2025 |
| Welion New Energy | Oxide | Oceanpine Capital, YTI Capital, Summitview Capital, and Future Capital etc. | 1Gwh production capacity in 2021, 20GWh in 2026 |
| Toyota | Sulfide | Listed | In-car installment in 2022, mass production in 2025 |
| Samsung | Sulfide | Listed | Mass production in 2030 |
| Solid Power | Sulfide | Well-known companies such as Ford, Samsung, BMW and Volvo, planning to go public through SPAC | In-car installment in 2022 |
| Ganfeng Lithium | Polymer | Listed | Advancing in-car installment |
| SES | Polymer | General Motors, Vertex Ventures, SAIC, South Korea SK Group, Temasek, Applied Ventures and Tianqi Lithium etc. | In-car installment in 2023 |
| Bollore | Polymer | Listed | Commercialized |
| CATL | Polymer/sulfide | Listed | Mass production in 2030 |
| Gotion High-tech | Undetermined | Listed, directional add-issuance participated by Volkswagen | Mass production after 2025 |

*Source: Tiger Brokers*

*Fig.41: latest financing of relevant companies*

| Latest financing | Time of disclosure | Financing round | Financing amount | Investor |
|---|---|---|---|---|
| ProLogium Technology | 2020.4 | Round D | About 100 million USD | BOCGI and FAW Capital |
| Jiangsu Qingtao | 2021.2 | Round F | Not disclosed | S&T Venture Capital as the lead investor, Xinding Capital, Kesen Technology, FreesFund, and Shanghai Bofu etc. as participant investors |
| Welion New Energy | 2021.2 | N/A | Hundreds of millions Yuan | Oceanpine Capital as the lead investor, YTI Capital, Summitview Capital, and Future Capital as participant investors |
| Solid Power | 2021.5 | Round B | 130 million USD | Led by BMW, Ford and VOLTE Energy Technology |
| SES | 2021.4 | Round D | 139 million USD | General Motors as lead investor, Vertex Ventures, SAIC, South Korea SK Group, Temasek, Applied Ventures and Tianqi Lithium etc. as participant investors |
| Gotion High-tech | 2020.5 | Directional add-issuance | In progress, non-public issue not exceeding 384 million new shares | Volkswagen etc. |

*Source: Tiger Brokers*

## Impact to lithium battery industry chain by solid state battery

Thanks to its high energy density and high safety, solid state battery is an ideal choice to replace lithium ion battery, mitigate mileage concern, and avoid safety problem. In addition, although currently solid state battery has high production cost in laboratory, some vendors' solid state battery production costs are effectively controlled, in the future in scale production, the cost is expected to be further reduced, after mass production is realized, replacement of lithium ion battery by solid state battery may come quickly with deep far-reaching impact to the lithium battery industry chain.

Specifically:

This Report does not represent investment recommendations. Please refer to the Important Statement on the last page.



Positive electrode material. Solid state battery can fit to HV electrode material, the main direction is still consistent with the current mainstream high nickel ternary positive electrode material and cobalt-less material etc. The positive electrode material may adopt lithium cobalt oxide, LNMO and Li-rich material etc. with higher performance, with limited impact to the current pattern;

Negative electrode material. Solid state battery can fit to many negative electrode materials, including carbon-silicon negative electrode, lithium ion negative electrode, oxide negative electrode, or even air negative electrode, wherein lithium ion negative electrode is the most ideal choice, which is also the key to improving energy density, its development may have major impact to the negative electrode material industry;

Diaphragm. Solid-state battery will have overwhelming impact to the diaphragm industry, because the solid-state electrolyte assumes the role of diaphragm, no need of diaphragm anymore, in the future, the diaphragm industry will have to shrink production or have to transit to other industries.

Electrolyte solution. Solid state battery uses solid-state electrolyte, and will no longer need electrolyte solution. Besides, the solid-state electrolyte raw material is different from the electrolyte solution raw material, the electrolyte solution industry will also be overwhelmed.

Lithium mineral, lithium salt. Solid state battery can fit to lithium material with higher capacity, therefore, demand for lithium mineral and lithium salt will further increase.

# Conclusion

QS' solid state batteries have excellent performance, of which the energy density can be up to 1000Wh/L, its single layer solid state battery can realize over 1000 cycles under the condition of room temperature, appropriate pressure and quick charge, retaining over 90% of energy, and can be quickly charged to 80% in 15 minutes. Its multi-layer battery can realize about 800 cycles retaining similar performance. By removing the negative electrode material, reducing the negative electrode cost, reducing production cost and other relevant costs, compared with the manufacture cost of conventional lithium-ion battery, the manufacture cost of the company's solid state battery can be reduced by 17%.

However, QS' solid state battery is still in laboratory stage, its commercialization progress is still uncertain. In Q1 2021, the company completed the Volkswagen Milestone Test and determined to establish QS-0 factory, and will continue to complete the four-layer battery unit cell model, and will develop and research 8-10-layer battery unit cell. The company plans to provide battery prototype samples for complete vehicle manufacturers in 2022, provide batteries for test vehicles in 2023, and realize commercial application and production in 2024 to 2025.

In addition to QS, complete vehicle manufacturers, battery manufacturers and startups etc. are all engaged in the solid state battery industry. ProLogium Technology, Jiangsu Qingtao and Welion New Energy etc. have made progress on the oxide route; Toyota, Samsung and SolidPower etc. focus on the sulfide route; Ganfeng Lithium and SES focus on the polymer route, making different progresses, wherein the earliest one, ProLogium Technology, has been planning to start mass production in 2021, whereas the latter ones such as CATL and Samsung will put into mass production in 2030. However, due to different technology routes, the battery performances may vary greatly, and the time of realizing mass production is not a dominant factor.

However, if solid state battery can realize scale commercialization smoothly, it will have huge impact to the lithium battery industry chain. Solid state battery will no longer need electrolyte solution and diaphragm, its positive electrode material may adopt lithium cobalt oxide, LNMO and Li-rich material etc. with higher performance, whereas the negative electrode material will transit from carbon silicon to lithium metal. Due to that solid state battery uses Li-rich material and even metal lithium negative electrode, demand for lithium will increase.

# Risk Reminder



1. Technology risk. Solid state battery currently has no technology for scale commercialization, the technology progresses of the enterprises may fail or may not be fit for commercialization, hence may result in competition failure.

2. Progress lags behind expectation. Solid state battery commercialization progress lags behind expectation, conventional lithium ion battery is still the main stream on the market.

3. Cost risk. Solid state battery cost is higher than conventional lithium ion battery, and is not favorable for commercialization.

# Important Statement

Disclaimer

Tiger market analysis report is prepared internally by Tiger Brokers. All information in the report is from public channel deemed as reliable by us, Tiger Brokers gives no guarantee as to the accuracy and integrity of such information.

We try to maintain the objectivity of the analysis in the report, however, the information and opinion in the report do not take into consideration the specific investment purpose, investment cycle, financial condition and specific demand of the persons who obtain this report, and under no circumstances constitute personal recommendation for any person. For any and all consequences arising from the reliance on and use of this report, Tiger Brokers and its affiliates will not undertake any legal liabilities.

The information, strategies and opinions provided in the modules of the report are judgments made on the date of issue of this report only, the contents are for the investor's reference only, without constituting the offer or enquiry for the buying and selling of the mentioned underlying assets. Investors shall make independent judgment on the content of this report as well as on the potential investment risks and personal investment decisions, taking into consideration one's own investment purpose, investment cycle, financial condition and specific demand.

Unless otherwise specified, the performances and data provided in this report are based on historical performance, past performance shall not be used as indication for future performance, and we do not promise or guarantee that any expected market strategy and financial forecast will be realized, and the expectation in the analysis may be based on assumption of relevant variables or scenarios, any change of such assumption can have significant affect on the expected return.

Other statements

If you have any suggestion or advice to Tiger market analysis report, you are welcome to contact Tiger research report at our official E-mail: newsletter@itiger.com.



5200 South Highland Drive
Salt Lake City, Utah 84117
801-273-5700

# Statement of Verification

Date: **September 6, 2022**

This certifies that Verbatim Solutions has translated the following documents:

**USTigerSecuritiesInc_老虎证券公司研究QuantumScape：先锋科技公司研究（20210701）老虎证券_Jul_05_2021**

The documents were translated for:

**Levi & Korsinsky**

Furthermore, the files have been translated from:

**Chinese to English**

The document was translated correctly and accurately to the best of our knowledge by a certified, native speaking translator.

*Robyn Nelson*

Robyn Nelson
801.915.0696