# EXHIBIT "15"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES   ) Case No.:

CLASS ACTION LITIGATION          ) 3-21-CV-00058-WHO

                                 )

CONFIDENTIAL

REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

KATHY LEA STARK

Eugene, Oregon (Witness' Location)

Thursday, August 18, 2022

Reported by:

LYDIA ZINN

RPR, FCRR, CSR No. 9223

Job No.   5353607

PAGES 1 - 206

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES   ) Case No.:

CLASS ACTION LITIGATION         ) 3-21-CV-00058-WHO

                                )

          Confidential remotely conducted videotaped Deposition of KATHY LEA STARK, taken on behalf of Defendants, at Eugene, Oregon, beginning at 9:32 a.m. Pacific Daylight Time and ending at 3:20 p.m. Pacific Daylight Time, on Thursday, August 18, 2022, before LYDIA ZINN, Certified Shorthand Reporter No. 9223.

Page 2

APPEARANCES:

For Plaintiffs and The Class:

                    Levi & Korsinsky LLP
                    1111 Summer Street
                    Suite 401-403
                    Stamford, CT   06901
                    (203) 992-4523
                    gpotrepka@zlk.com
               BY:  GREGORY M. POTREPKA

                    Levi & Korsinsky LLP
                    55 Broadway
                    10th Floor
                    New York, NY   10006
                    (212) 363-7171
                    shopkins@zlk.com
                    mkeating@zlk.com
               BY:  SHANNON L. HOPKINS
                    MICHAEL KEATING

For Defendants QuantumScape Corporation, Jagdeep Singh,
Timothy Holme, and Kevin Hettrich:

                    Wilson Sonsini Goodrich &
                      Rosati
                    650 Page Mill Road
                    Palo Alto, CA   94304-1050
                    (650) 493-9300
                    dbish@wsgr.com
                    afrantela@wsgr.com
               BY:  DALE R. BISH
                    ANDREW FRANTELA

Also Present:
Dustin Brown, Videographer, Veritext
Alexandra Skellet
QuantumScape Senior Director of Corporate Litigation

                                                Page 3

CONFIDENTIAL

BY MR. FRANTELA:                                        9:51:59AM

Q    So you have no idea how Levi & Korsinsky learned

you were a shareholder in QuantumScape.  Is that right?

        MR. POTREPKA:  Objection.  Form.  Foundation.

Mischaracterizes the testimony.                        9:52:09AM

        THE WITNESS:  I don't know.

BY MR. FRANTELA:

Q    You don't know whether or not you have any idea?

A    I don't know how they got my name.

Q    And you also don't know how they learned that you   9:52:28AM

were an investor?

A    I don't know for sure.

Q    Did you review any documents that we haven't

already discussed before you decided to join the

litigation that helped inform your decision?           9:52:48AM

        MR. POTREPKA:  Objection.  Form.  Foundation.

        THE WITNESS:  No, I did not.

(Alexandra Skellet joins the deposition.)

BY MR. FRANTELA:

Q    Who are the other plaintiffs in this lawsuit?      9:53:05AM

A    A gentleman named Mr. Fish; and a female named

Ms. Cranny; and then, of course, all the other

investors that we represent.

Q    Did you have a prior relationship with any of the

plaintiffs before initiating this lawsuit -- before    9:53:29AM

Page 20

answered.                                                          10:07:30AM

THE WITNESS:  I don't know.

BY MR. FRANTELA:

Q    Do you understand the nature of the claims

asserted in the Complaint?                                         10:07:41AM

MR. POTREPKA:  Objection.  Form.  Vague.

THE WITNESS:  I do, in a -- in a broad sense,

yes.

BY MR. FRANTELA:

Q    And what are they?                                            10:07:56AM

A    The Complaint basically says that a company and

its -- or its chief officers misrepresented the --

the -- the company, in terms of how far along it was

technically; and the viability of the whole project,

causing the price to be overinflated for people who               10:08:22AM

were investors or wanted to invest.

Q    Are you accusing QuantumScape of committing fraud?

A    I'm not accusing them.  I believe the document

uses that term -- the Complaint document, I believe.

Q    Who is accusing them, then, of fraud?                         10:08:44AM

MR. POTREPKA:  Objection.  Form.  Foundation.

Calls for a legal conclusion.

THE WITNESS:  I'd have to count on my legal

counsel to tell you who is.

Page 31

CONFIDENTIAL

BY MR. FRANTELA:                                          10:31:31AM

Q    Do you know whether that phrase is used in the

Complaint?

A    I don't know for sure.

Q    And were you damaged by the defendant?           10:31:47AM

A    Yes, I was.

Q    Sitting here today, do you believe there was

fraud, under your definition of the word?

        MR. POTREPKA:  Objection.  Foundation.

        THE WITNESS:  I -- I feel like for me to      10:32:07AM

answer would be putting my opinion about fraud on your

question, and I don't know that that's a good thing for

me to do.

BY MR. FRANTELA:

Q    That's right.  Yeah.  I'm asking:  Please do.    10:32:21AM

        MR. POTREPKA:  Objection.  Foundation.

    You can -- you can answer the question, Ms. Stark.

        THE WITNESS:  I believe there was

misrepresentation.  I don't choose to use the word

"fraud."                                              10:32:33AM

    I believe there was misrepresentation by the

officers and the company regarding the progress of

their product and its capabilities.  I believe that.

    Is that fraud, in a legal sense?  I don't know.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

THE WITNESS:  I would say that's accurate.    11:15:33AM

BY MR. FRANTELA:

Q    And you just said you didn't do anything to try to understand QuantumScape's technology before bringing this lawsuit.  Correct?    11:15:41AM

A    I am relying on the information provided by other professionals that do understand the technology.  There is reports out about their technology, and where it's at in the scheme of things, and the potential for it; it's huge.    11:15:59AM

BY MR. FRANTELA:

Q    What reports are you referring to?

MR. POTREPKA:  Objection.  Foundation.

THE WITNESS:  There was one in January; a Dr. Morin, I believe his name was, January of 2021,    11:16:10AM citing his concerns about the feasibility of the battery.

And then there was another one in April of 2021 by Scorpion -- I forget the last name -- basically delving into that same view.  I -- I don't know if same view,    11:16:40AM but pointing out the shortcomings of the company and its technology and its misrepresentation of where they were at in -- in the roadblocks, I guess, to the project; roadblocks being is this really going to work in production?    11:17:03AM

Page 71

BY MR. FRANTELA:                                    1:43:02PM

Q    Does this cause you to reconsider your stance in this lawsuit at all?

         MR. POTREPKA:  Objection.  Foundation.

Vague.                                             1:43:11PM

         THE WITNESS:  It does not.

BY MR. FRANTELA:

Q    Why not?

         MR. POTREPKA:  Same objections.

         THE WITNESS:  Because -- why not is -- I      1:43:26PM
believe that there are many people -- i.e., the Class of investors -- that were affected negatively by the overinflated price of the product at the time in that period of November 2020 to April 2021.

BY MR. FRANTELA:                                    1:43:57PM

Q    Do you know that -- why the stock actually dropped in January?

         MR. POTREPKA:  Objection.  Foundation.  Calls for expert opinion.

         THE WITNESS:  I missed --                     1:44:18PM

         MR. POTREPKA:  Calls for a legal conclusion.

         THE WITNESS:  I missed the question.

BY MR. FRANTELA:

Q.   Do you know the real reason the stock dropped in January?                                           1:44:23PM

                                        Page 146

CONFIDENTIAL

MR. POTREPKA:  Objection.  Calls for                1:45:38PM

speculation.

THE WITNESS:  I -- I don't know.

I -- I believe there have been -- I still believe,

going back to the Complaint, and -- and -- and within   1:45:51PM

that, the judge that said -- Judge Orrick -- that said

this can go on -- you know, he -- he reviewed the

initial -- I don't know what you would call it; I'm not

going to be using the right legal terms.  But he -- he

was presented with this -- the -- you know, this is a    1:46:14PM

problem, whatever that is called, and said, yes, we can

go on with the class action lawsuit.

So I believe there's problems.  I believe there

was misrepresentation.

I don't believe he would have said "go on" had he   1:46:31PM

not felt it was -- if he felt it was inaccurate, he

would have not approved continuing; so following this

to conclusion.

BY MR. FRANTELA:

Q    Are you aware that in the order you read from   1:46:46PM

Judge Orrick that he assumed all of the allegations to

be true?  Are you aware of that?

MR. POTREPKA:  Objection.  Foundation.

THE WITNESS:  I'm not aware of that.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:   8/31/2022

_____

LYDIA ZINN, RPR, FCRR

CSR No. 9223

Page 203

CONFIDENTIAL

IN RE: QUANTUM SCAPE SECURITIES CLASS ACTION LITIGATION

KATHY LEA STARK (#5353607)

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

**Please see attached sheet for errata changes.**

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

*Kathy Lea Stark*                    9/22/2022
WITNESS                              Date

Page 206

## ERRATA SHEET TO THE DEPOSITION OF KATHY LEA STARK ON AUGUST 18, 2022

I, KATHY LEA STARK, have read the foregoing 202 pages of my deposition given on August 18, 2022, and wish to make the following, if any, amendments, additions, deletions or corrections:

| Page/Line | Change From | Change To | Reason |
|---|---|---|---|
| 15:4 | I was a systems analyst. | I was a system analyst | Transcription Error |
| 15:12 | OV | Obie | Transcription Error |
| 15:14 | OV | Obie | Transcription Error |
| 15:21 | OV | Obie | Transcription Error |
| 18:12-13 | I -- I just don't know the date or times. | I – I just don't know those dates or times. | Transcription Error |
| 34:14-15 | I can't describe it specifically. | I can't describe specifically. | Transcription Error |
| 35:10 | legal representations. | legal representation. | Transcription Error |
| 65:5 | some -- sometimes online accounts from different… | some – sometimes online about, um, different… | Transcription Error |
| 65:7 | did in that form. | did about QuantumScape. | Transcription Error |
| 73:12-13 | misrepresentations, but I haven't read the total document. | misrepresentations, but I haven't read these total documents. | Transcription Error |
| 96:25 | And I still | And I feel | Transcription Error |
| 99:9 | MR. POTREPKA: okay. | THE WITNESS: Okay. | Transcription Error |
| 100:7 | MR. POTREPKA: okay. | THE WITNESS: Okay. | Transcription Error |
| 102:5 | Yes, I agree. | Yes, I see. | Transcription Error |
| 110:15 | I'm still loading. | I'm still waiting. | Transcription Error |
| 110:17 | I have it open. | I have it opened now. | Transcription Error |
| 117:11 | -- regarding. | -- regarding QuantumScape. | Transcription Error |
| 129:23 | because it's | says it's | Transcription Error |
| 131:20 | so… | sorry… | Transcription Error |
| 139:17 | Thank you. | I see. | Transcription Error |
| 140:25 | say that -- | say that we didn't know this -- | Transcription Error |
| 151:22 | useful. | moot points. | Transcription Error |
| 153:24 | I believe. | I believe them. | Transcription Error |
| 163:12 | proves | proved | Transcription Error |
| 169:4 | Probably on the wrong page. | Or am I in the wrong place? | Transcription Error |
| 188:19 | trading platform. | trading software. | Transcription Error |
| 195:24-25 | Oh, 34. Okay. Okay. I'm there. | Oh, 34. Okay, because this wasn't showing what I was thinking. Okay. I'm there. | Transcription Error |

Confidential – Attorneys' Eyes Only

**Errata Sheet to the Deposition of Kathy Lea Stark**

## ACKNOWLEDGMENT OF DEPONENT

I, Kathy Lea Stark, do hereby certify that I have read the foregoing pages, 1 - 202, of the Video Deposition of Kathy Lea Stark, Thursday, August 18, 2022, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in this Errata Sheet, above.

*Kathy Lea Stark*

Kathy Lea Stark

Date: 9/22/2022