# EXHIBIT "16"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES  ) Case No.:

CLASS ACTION LITIGATION        ) 3-21-CV-00058-WHO

                               )

CONFIDENTIAL

REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

MARY ELIZABETH CRANNY

Shoreline, Washington (Witness' Location)

Thursday, September 1, 2022

Reported by:

LYDIA ZINN

RPR, FCRR, CSR No. 9223

Job No. SF 5353627

PAGES 1 - 193

Page 1

CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES   ) Case No.:

CLASS ACTION LITIGATION         ) 3-21-CV-00058-WHO

                                )

          Confidential remotely conducted videotaped deposition of MARY ELIZABETH CRANNY, taken on behalf of Defendant, at Shoreline, Washington, beginning at 8:58 a.m. Pacific Daylight Time and ending at 2:16 p.m. Pacific Daylight Time, on Thursday, September 1,  2022, before LYDIA ZINN, Certified Shorthand Reporter No. 9223.

Page 2

CONFIDENTIAL

APPEARANCES (via videoconference):

For Plaintiffs and The Class:

           Levi & Korsinsky, LLP
           1111 Summer Street
           Suite 401-403
           Stamford, CT 06901
           (203) 992-4523
           gpotrepka@zlk.com
     BY: GREGORY M. POTREPKA

           Levi & Korsinsky LLP
           55 Broadway
           10th Floor
           New York, NY 10006
           (212) 363-7171
           mkeating@zlk.com
     BY: MICHAEL KEATING

For Defendants QuantumScape Corporation, Jagdeep Singh, Timothy Holme, and Kevin Hettrich:

           Wilson Sonsini Goodrich &
            Rosati
           650 Page Mill Road
           Palo Alto, CA 94304-1050
           (650) 493-9300
           afrantela@wsgr.com
           dbish@wsgr.com
     BY: ANDREW FRANTELA
          DALE R. BISH

Also Present:

David West, Videographer, Veritext

Page 3

CONFIDENTIAL

participation in this lawsuit?  9:28:41AM

A    Absolutely not.

Q    And who are the other plaintiffs in this lawsuit?

A    Miss -- the lead plaintiff is Mr. Fish and then Ms. Stark.  9:28:56AM

Q    And do you know Frank Fish and Kathy Stark?

A    Not personally.

Q    So you had no prior relationship with them before this lawsuit?

A    No.  9:29:10AM

Q    Had you met Frank Fish?

A    Yes.

Q    When did you first meet him?

A    In a virtual meeting with our lawyers.

Q    Do you recall when that meeting took place?  9:29:30AM

A    No.  I couldn't tell you the date.

Q    Do you recall if it was before or after you decided to join the case?

A    It was after I decided to join the case.

Q    And was that meeting by videoconference?  9:29:53AM

A    Yes.  I just said that.

Q    And have you met Kathy Stark?

A    Yes.

Q    Was that at the same meeting that you first met her?  9:30:10AM

Page 30

CONFIDENTIAL

THE WITNESS:  I don't know the answer to                9:40:08AM
that.

BY MR. FRANTELA:

Q    Do you know the name of the presiding judge?

A    Orrick.                                              9:40:19AM

Q    What have you done to monitor the developments in
this case?

        MR. POTREPKA:  Objection.  Vague.

        THE WITNESS:  I don't monitor the
developments.                                            9:40:32AM

BY MR. FRANTELA:

Q    Can you tell me generally what's happened in this
case since it began?

        MR. POTREPKA:  Objection.  Vague.

        THE WITNESS:  Well, it's developed to the        9:40:55AM
point of QuantumScape's motion to dismiss being denied.
So we're now in discovery.

BY MR. FRANTELA:

Q    Please describe the claims that are alleged in
this lawsuit, to the best of your ability.               9:41:16AM

        MR. POTREPKA:  Objection.  Foundation.  Calls
for a legal opinion.

        THE WITNESS:  Overinflated price.  Testing.
There's -- there's -- there's many factors that have
led to this class action suit.  False claims.            9:41:40AM

Page 39

CONFIDENTIAL

Q    So when I asked you to describe the                9:54:20AM

misrepresentations, to the best of your ability,

separate from the claims, why couldn't you?

            MR. POTREPKA:  Objection.  Foundation.

            THE WITNESS:  I don't want to say the wrong   9:54:30AM

thing or speculate.  I would rather see what's in the

Complaint and read that.

BY MR. FRANTELA:

Q    Well, I'm entitled to know, you know, as the

deponent here, what you understand.                     9:54:49AM

     So that's all I'm asking about, is just, you know,

your understanding of the misrepresentations.

            MR. POTREPKA:  Objection.

     Is that a question?

            MR. FRANTELA:  No.                           9:55:03AM

Q    Please tell me what your understanding of the

misrepresentations are in this case.

            MR. POTREPKA:  Objection.  Asked and

answered.  Foundation.

            THE WITNESS:  The misrepresentations have to  9:55:30AM

do with efficacy, safety, cost, commercial prospects,

and technical capabilities.

BY MR. FRANTELA:

Q    Is there anything specific you can describe about

any of that?                                            9:55:47AM

Page 51

CONFIDENTIAL

Some of these stats look familiar to me, but I have --   10:20:43AM

I haven't seen it complete just like this.  So...

Q    Did your research prior to joining the lawsuit

lead you to this document?

       MR. POTREPKA:  Objection.  Form.   10:21:03AM

       THE WITNESS:  No.

BY MR. FRANTELA:

Q    You've never seen this document in full before

today?

       MR. POTREPKA:  Objection.  Foundation.   10:21:25AM

       THE WITNESS:  I'm going to say yes, because a

bunch of it is very familiar to me.

   It wasn't what I found when I was doing my

research; my personal research, except for possibly the

management team, because I did look up QuantumScape to   10:21:47AM

see who Jagdeep was.

BY MR. FRANTELA:

Q    And when did you see it before today?

A    I can't give you the exact date.

Q    You said maybe in late July.  Oh.  That was the   10:22:09AM

previous -- or was that the previous document?

A    That was the previous.  I'm sorry about that.

Yeah.

Q    Okay.  You understand that plaintiffs are alleging

fraud in this lawsuit, based on this document.  Right?   10:22:28AM

Page 58

CONFIDENTIAL

BY MR. FRANTELA::                                              11:24:21AM

Q    You should see that now.

A    Okay.  The discussion of QuantumScape's battery?

Q    You got it.

A    Okay.                                                   11:24:37AM

Q    Do you see underneath that title, it says

"Published on January 14th, 2021"?

A    I do.

Q    And do you see where it says "Tim H., Chief

Technology Officer at QuantumScape"?                          11:24:47AM

A    I do.

Q    And do you understand that to be Tim Holme?

A    Yes.  The Chief Technology Officer, yes.

Q    Take your time.  And I know some of the text is

small; but have you read this document before?               11:25:02AM

A    I have not.

Q    At the bottom of the first page, do you see where

it says:  "Let's start by reminding leaders that

QuantumScape's battery technology is still in the

development stage"?  Do you see that?                         11:25:25AM

A    I do.

Q    And was it your understanding at the time of your

purchase of QuantumScape shares in March 2021 that its

technology was still in the development stage?

A    Yes.                                                    11:25:38AM

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: September 8, 2022

LYDIA ZINN, RPR, FCRR

CSR No. 9223

Page 190

CONFIDENTIAL

IN RE: QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION

MARY ELIZABETH CRANNY, JOB NO. 5353627

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

Please see attached sheet for errata changes.

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____          10-4-22
WITNESS                                    Date

**ERRATA SHEET TO THE DEPOSITION OF**
**MARY ELIZABETH CRANNY ON SEPTEMBER 1, 2022**

I, MARY ELIZABETH CRANNY, have read the foregoing 188 pages of my deposition given on September 1, 2022, and wish to make the following, if any, amendments, additions, deletions or corrections:

| Page/Line | Change From | Change To | Reason |
|---|---|---|---|
| 12:4 | for this case. | to this case. | Transcription error |
| 21:5-6 | Yeah. I - - would you please explain that question? | Would you please explain that question? | Transcription error |
| 21:24 | I believe the allegations by plaintiffs. | I believe the allegations made by plaintiffs. | Transcription error |
| 33:16 | representing the plaintiff. | representing the plaintiffs. | Transcription error |
| 140:14-15 | Leave to my attorney. | Leave that up to my attorney. | Transcription error |
| 160:25 | So big. | This thing's so big. | Transcription error |
| 166:4 | But I deposit so I can trade more typically. | But I deposit so I can trade more. Typically. | Grammar correction |

**Errata Sheet to the Deposition of Mary Elizabeth Cranny**

## ACKNOWLEDGMENT OF DEPONENT

I, Mary Elizabeth Cranny, do hereby certify that I have read the foregoing pages, 1 - 188, of the Video Deposition of Mary Elizabeth Cranny, Thursday, September 1, 2022, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in this Errata Sheet, above.

_____
Mary Elizabeth Cranny

Date: 10-4-22