**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-CV-00058-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR THE COURT TO ISSUE LETTERS OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION** |

Having considered Plaintiffs' Motion for the Court to Issue Letters of Request under the Hague Evidence Convention, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

Dated:  _____, 2023

_____
Honorable William H. Orrick

[PROPOSED] ORDER GRANTING PLTFS' MOT. FOR ISSUANCE OF LTRS. OF REQUEST PURSUANT TO THE HAGUE CONVENTION