**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East Suite 100 - #3425
San Francisco, CA 94111
Tel: 415-373-1671
Fax: 415-484-1294
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Frank Fish,*
*Plaintiffs Kathy Stark and Mary Cranny,*
*and the Class*

[Additional counsel on signature blocks]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-CV-00058-WHO <br><br> **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR THE COURT TO ISSUE LETTERS OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION** <br><br> Honorable William H. Orrick |

DECL. OF ADAM C. MCCALL IN SUPP. OF PLTFS' MEM. OF LAW IN SUPP. OF PLTFS' MOT. FOR
ISSUANCE OF LTRS. OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION

I, Adam C. McCall, declare as follows:

1.    I am an attorney at the law firm of Levi & Korsinsky, LLP. I make this declaration in support of Plaintiffs' Motion for the Court to Issue Letters of Request Under the Hague Evidence Convention. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto.

2.    Attached as Exhibit A is a partially redacted copy of a proposed Letter of Request addressed to the relevant authority in Germany for judicial assistance in conducting the deposition upon oral examination of German residents (1) Frank Blome, former Head of the Battery Center of Excellence of Volkswagen AG, and a Director of QuantumScape from September 2020 to date, (2) Ulrich Mähr, Volkswagen's Team Leader of Lithium-Ion Simulation, and (3) Stephan Koch, Volkswagen's Project Manager, Battery Cell Development.

3.    Attached as Exhibit 1 to the proposed Letter of Request is a true and correct copy of the Stipulated Protective Order, entered on July 28, 2020. Dkt. No. 168.

4.    Attached as Exhibit 2 to the proposed Letter of Request is a true and correct copy of ·a Transcription of the Video File of the QuantumScape: Solid-State Battery Showcase, held and streamed live on December 8, 2020, and available at https://www.youtube.com/watch?v=dGnPSkXKb0I, which was previously filed by QuantumScape in this action at Dkt. No. 137-4.

5.    Attached as Exhibit 3 to the proposed Letter of Request is a true and correct copy of QuantumScape's December 8, 2020 Battery Day Slide Presentation, previously submitted as an exhibit to Plaintiffs' Second Amended Complaint at Dkt. No. 164-3.

6.    Attached as Exhibit 4 to the proposed Letter of Request is a true and correct copy of QuantumScape's March 31, 2021 press release entitled "QuantumScape Meets Volkswagen Technical Milestone, Clearing Way for $100M Investment."

7.     Attached as Exhibit 5 to the proposed Letter of Request is a true and correct copy of a July 14, 2020, email from QuantumScape employee Jay Underwood to Defendant Tim Holme forwarding an email from Dr. Stephan Koch with an attachment and is bates stamped QS_SCA_00027890 and QS_SCA_00027899-QS_SCA_00027905.   This document has been designed as "Highly Confidential – Attorneys Eyes Only."

8.     Attached as Exhibit 6 to the proposed Letter of Request is a true and correct copy of a July 19, 2020, email from Defendant Jagdeep Singh to Frank Blome with an attachment and is bates stamped QS_SCA_00022711-QS_SCA_0022750. This document has been designated as "Highly Confidential – Attorneys Eyes Only."

9.     Attached as Exhibit 7 to the proposed Letter of Request is a true and correct copy of a September 21, 2020, email from Ulrich Maehr to a QuantumScape employee with an attachment and is bates stamped QS_SCA_00100119-QS_SCA_00100130. This document has been designated as "Highly Confidential – Attorneys Eyes Only."

10.     Attached as Exhibit 8 to the proposed Letter of Request is a true and correct copy of a November 3, 2020, email from Ulrich Mehr to QuantumScape employees with an attachment and is bates stamped QS_SCA_00450453-QS_SCA_00450560. This document has been designated as "Confidential."

11.     Attached as Exhibit 9 to the proposed Letter of Request is a true and correct copy of a November 4, 2020, email between QuantumScape employees forwarding an email from Dr. Stephan Koch with an attachment and is bates stamped QS_SCA_27906- QS_SCA_27913. This document has been designated as "Highly Confidential – Attorneys Eyes Only."

12.     Attached as Exhibit 10 to the proposed Letter of Request is a true and correct copy of a slide from a November 18, 2020 Volkswagen presentation and is bates stamped QS_SCA_00265605.  This document has been designated as "Highly Confidential – Attorneys Eyes Only."

13.    Attached as Exhibit 11 to the proposed Letter of Request is a true and correct copy of a January 28, 2021, email from a QuantumScape employee forwarding an email to Defendant Tim Holme from a Volkswagen employee, which includes an attachment. They are bates stamped QS_SCA_00281229-QS_SCA_00281290. This document has been designated as "Highly Confidential – Attorneys Eyes Only."

14.    Attached as Exhibit 12 to the proposed Letter of Request is a true and correct copy of a March 16, 2021, email exchange between Dr. Stephan Koch and QuantumScape employees and is bates stamped QS_SCA_00449207-QS_SCA_00449209. This document has been designated as "Highly Confidential – Attorneys Eyes Only."

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed at Washington, District of Columbia, this 21st day of November 2023.

By:  _/s/  Adam C. McCall_____
Adam C. McCall

Levi & Korsinsky, LLP
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Tel: 415-373-1671
Email: amccall@zlk.com

_Lead Counsel for Plaintiff Frank Fish, Plaintiffs Kathy Stark and Mary Cranny, and the Class_