# Exhibit 2

# EXHIBIT 7

**Exhibit
0039**

Mary Cranny

Transcription of Video File

QuantumScape:  Solid-State Battery Showcase

https://www.youtube.com/watch?v=dGnPSkXKb0I

Video Runtime:  01:24:10

(Beginning of Video Recording.)

MR. MCCARTHY:  Welcome everyone to our Solid-State Battery Showcase event.  My name is Mike McCarthy and I'm the Chief Legal Officer of QuantumScape.  We're thrilled to host this event and to get things started I need to start with a couple of housekeeping items.

In particular, I would like to remind everyone that this presentation contains forward-looking statements within the meaning of the federal securities laws and information based on management's current expectations as of the date of this presentation.

These forward-looking statements involve significant risks and uncertainties that can cause the actual results to differ materially from the expected results.  Many of these factors are outside of QuantumScape's control and are difficult to predict.

Except as otherwise required by applicable law, QuantumScape disclaims any duty to update any of these forward-looking

Page 3

statements, all of which are expressly qualified by the statements in this section to reflect events and circumstances after the date of this event.

Additional information concerning these and other factors that may impact the operation and projections discussed herein can be found in QuantumScape's periodic filings with the SEC.

Questions from participants can be submitted in the Zoom Q&A function.  Jagdeep will attempt to answer as many of these questions as time permits at the end of the session.  Thank you very much.

MR. SINGH:  The climate crisis is disrupting our way of life and transportation is producing a quarter of the world's climate changing emissions.  We need more electric vehicles on the road as quickly as possible.

Today's EVs aren't appealing enough to many drivers and the big reason for that is their lithium-ion batteries don't work like we want them to.  Solid-state batteries with a lithium-metal anode can solve the problems with lithium-ion batteries.

They can provide longer driving range, faster charging, longer life, safer operations and lower costs.  Battery scientists know this and have been working on solid-state designs for decades.  But it's hard to make solid-state batteries work.

To be useful in EVs, solid-state batteries need four key characteristics; they need high current density, which lets them charge quickly.  Today's solid-state designs only work at low current densities making them basically useless in commercial applications.

They can't have too much lithium built in.  Excess lithium results in less energy being stored.  They need to last.  Some solid-state designs can fail after charging and discharging just a few hundred times.

To be commercially useful, these batteries need to last through hundreds of thousands of miles of driving and they need to work at low temperatures.  Some designs only work at high temperatures meaning they need big expensive heaters attached to them making them impractical for EVs.

The best battery scientists and some of the largest automakers and consumer tech companies in the world have tested our batteries in their own labs and seen what they can do.  I'm proud to release the results of our tests to the public for the very first time.

Our batteries are the next step in solid-state technology that will power the next generation of electric vehicles.  I can't wait to tell the world more.

Good morning everyone and welcome to the solid-state battery showcase.  I'm excited for the first time to unveil performance data on QuantumScape solid-state battery technology which will demonstrate that we've addressed some of the fundamental issues holding back widespread adoption of solid-state batteries.

Before I start I will present a brief overview of the company to make sure everybody is on the same page and after I present the data, we'll open it up to a panel discussion of an all-star panel of battery experts and EV technologists who will address

the implications of this data on the broader solid-state and EV industries.

So a quick background of the company. We have a number of cofounders; Prof. Fritz Prinz who is on the faculty at Stanford and has done some fantastic work in the field of energy conversion over the last 15 years.

Dr. Tim Holme who got his PhD with Prof. Prinz at Stanford and came up with some of the core ideas that led to the founding of the company about 10 years ago. Dr. Mohit Singh runs our development team.

Mohit is a polymer physicist who did his postdoc at Berkley and spun out another solid-state battery company called Seeo that was acquired by Bosch a few years ago and so he has great experience working on solid-state technologies.

We have an equally illustrious investor team and board member team. Our initial funding was led by John Doerr and Vinod Khosla as well as Dipender Saluja from Capricorn. But we complement this amazing team of investors with an equally amazing team of operating executives.

JB Straubel whom all of you I'm sure know as cofounder and CTO of Tesla serves on our board as does Prof. Jurgen Leohold who ran group research at VW at the worldwide group level.  And then Frank Blome runs the VW Battery Center of Excellence, which is of course the group that's responsible for all battery procurement and supply across the brands of VW from Porsche to Audi to VW.

And finally Brad Buss who served on Tesla's board for 10 years is also on our board and chairs our audit Committee.  Justin Mirro, CEO of Kensington serves on our board as well.

You all will recall that we did a business combination with Kensington which was completed last week and as a result of which we're now listed on the NYSE under the ticker symbol QS.  Justin is also on the board.

The company has been around for about 10 years.  We've raised about $1.5 billion to date.  We've spent about $300 million of it to get to where we are today; the battery development is not cheap.  We have about 250

employees, hundreds of patents and trade secrets that have been developed over the last 10 years.

And finally a word about our partnership with VW. So VW of course is the world's largest car company by shipments; 11 million vehicles shipped last year. They own a number of iconic brands like Porsche, and Audi, and VW.

The partnership with VW dates back to 2012. They have invested a total of over $300 million into QuantumScape over the years. And in addition we have announced a joint venture to manufacture these batteries at scale for use in VW's platforms.

VW has at many times in the past publicly mentioned their target is to get these batteries on the roads by 2025. We're excited about partnering with VW to bring this technology to the mainstream market.

A quick summary of the overall value proposition of QuantumScape. So there are about 100 million cars sold every year as I'm sure many of you know, only about 2 percent of them are electrified today. We believe

the reason for that 98 percent not being electrified is that today's batteries are just not competitive with the combustion engine.

More specifically, today's batteries don't have the energy density which limits them in terms of their driving range.  They don't have the ability to charge as quickly as you can refuel a gasoline-powered combustion engine vehicle.

They are in many cases very expensive and therefore drive the costs of the EV far above the mainstream price points.  In many cases batteries don't last as long as the vehicle itself which is obviously a problem.

And finally today's batteries are based on liquid electrolytes, which is of course the medium through which lithium-ions are transported in the battery.  These liquids are hydrocarbons, which means they're fuels and represent a fundamental safety challenge.

We believe that a battery that can address these five limitations can narrow the gap with a combustion engine and dramatically

increase penetration of EVs in that remaining 98 percent that is not currently electrified. That is our ambition.

So a quick summary of the different options available to someone trying to improve battery performance.  This slide looks at a dozen different next-generation cathode materials and three different anode materials.

The cathode materials are the x-axis and the anode materials are shown on these three lines or curves on the slide.  And the main takeaway from this slide is that it doesn't really matter which next-generation cathode material we use.

If you don't use lithium-metal as the anode, then you can't get much above 300 or the low 300s in terms of watt hours per kilogram.  So the key requirement is lithium-metal anode.

People have known this in the industry obviously for 45 plus years since the mid-70s, but people have also known that lithium-metal is not stable with conventional liquid electrolytes.

There is the dual problems of impedance growth from side reactions that happen with lithium between lithium and the liquid and there's the fundamental issue of dendrite growth and formation.

Dendrites as I'll talk more about later, are needle-like crystals of metallic lithium that can penetrate through the separator keeping the anode and cathode apart, thereby short-circuiting the cell and causing a fire.

That's obviously a catastrophic failure and the only way to address that is to switch to a solid-state separator which can prevent lithium-metal dendrites from forming.

So the industry has known all this since the mid-70s, but that's where the industry has been stuck, because it's turned out to be very, very difficult to make a solid-state separator that meets the requirements of conductivity while being able to prevent lithium-metal dendrites from forming.

So if you could in fact make a solid-

state separator that was as conductive as a liquid and yet was able to prevent lithium-metal dendrites from forming, then you could take the conventional battery architecture shown here on the left, which consists of three layers; a cathode layer at the bottom, an anode layer consisting of carbon particles or carbon/silicon particles on the top and a porous polymer separator in the middle, and the whole cell is flooded with that liquid electrolyte that I mentioned which is the medium through which lithium-ions are transported.

And all the battery does is when you charge it up lithium-ions are forced to move from the cathode through the electrolyte into the anode, when you discharge it the ions move back down and you can extract work back out of the battery.

And if you had a solid-state separator, you could replace this porous polymer separator shown in the left schematic with the ceramic separator shown in the middle schematic here and completely do away with this graphite carbon or silicon anode.

Page 13

And you're left essentially with a two-layer battery which only has a cathode and a separator as manufactured. The anode is formed in situ on the first charge.

When you first charge it up, lithium-ions flow out of the cathode through the separator and deposit themselves on the separator creating a layer of pure metallic lithium which is the anode. When you discharge the cell it goes back to the initial state and you can see that it cycles back and forth between these two states.

So just looking at this slide you can see that the solid-state lithium-metal anode case is much more energy dense than the conventional lithium-ion battery because it doesn't have all the space and mass and volume required for the carbon or carbon silicon anode.

That's the core reason for the -- the advantage that solid-state batteries provide over lithium-ion. And if you do the math, it turns out that you can end up with on the order of 1,000 watt hours per liter with the solid-state architecture which compares with

Page 14

energy density of around in the 700s in terms of watt hours per liter for conventional lithium-ion technologies.

This is a substantial step up in energy density.  The real additional win here is that in addition to energy density, you also in one fell swoop solve the fast charge problem, because it turns out that the main limitation to fast charge is the diffusion rate of lithium through those carbon particles in the anode.

And if you take away the carbon particles, you take away that diffusion bottleneck and now you can charge the battery as fast as the cathode can deliver lithium-ions to you.  It turns out you can now get a 15-minute charge, which you cannot do with conventional batteries.

You also solve or address the cycle life issue, because it turns out that the cycle life is partly limited in conventional batteries by a side reaction that occurs between that liquid and the carbon particle and by eliminating the carbon particle, you eliminate that side reaction and therefore

Page 15

get better life performance.

You improve the safety of the cell because the porous polymer separator is organic and is a fuel, it can melt at less than 200 degrees and that actually is a fuel that can burn.  The ceramic solid-state separator is already oxidized, so it's non-flammable, non-combustible and it's stable to north of 1,000 degrees which means it actually can act as a firebreak in the event of an adverse development.

And finally, because you have eliminated both the carbon material as well as the manufacturing process to deposit that carbon electrode, the cell actually ends up being lower cost.  Again, in one fell swoop you solve all five of the problems that had been holding back widespread adoption of EVs.

Now you could look at this and say, you know, "This is great.  Why can't I go and buy a solid-state battery today?"  And the answer is, it's been very hard to make this ceramic solid-state separator.

In particular, there's four key requirements it has to meet; it has to be as

conductive as a liquid electrolyte, it has to have a very low-resistance at the interfaces between the layers, it has to be natively stable to lithium metal which is hard because lithium is very reactive and it needs to prevent the formation of lithium-metal dendrites.

And it turns out in that last particular metric, none of the other materials that have been tried over the last 45 years have been successful.  So people have looked at liquids and polymers and sulfides and oxides and every single one of those approaches has turned out to be deficient on the dendrite-resistant property when you drive current density to practical levels.

So to illustrate some of these points here is a short video that will discuss why it's been so challenging to develop solid-state batteries.

MALE SPEAKER:  Why has it been so challenging to develop solid-state batteries?  Solid-state batteries with a lithium-metal anode have the potential to address the

Page 17

fundamental tradeoffs associated with lithium-ion batteries.

They are designed to enable longer driving range, faster charging times, longer life, safer operations, and lower costs. Battery scientists know this and have been working on solid-state designs for decades.

But it has proven to be very hard to make solid-state batteries work until now. There are four major challenges of making an effective solid-state lithium-metal battery for electric vehicles. One, the battery needs to be able to charge rapidly.

Perhaps the most important challenge for a solid-state battery is the ability to withstand the rates of power that are required for fast charging. As the battery charges the solid-state separator is stressed by the high current passing through.

If the separator can't handle the current density, lithium-metal dendrites will puncture through short-circuiting the cell. QuantumScape batteries have a ceramic separator that has been shown to withstand the current density required for a 15-minute

fast charge.

Two, the battery needs to last the life of the vehicle.  Many solid-state batteries fail after only a couple of hundred cycles.  QuantumScape cells have been tested to show cycle life exceeding the automotive requirement of 800 cycles, which would allow for hundreds of thousands of miles of driving for a long range BEV.

Three, the battery needs to operate across the entire automotive temperature range.  Many solid-state designs require the battery to be kept at elevated temperatures in order to operate.  This increases the complexity and cost of the battery pack and vehicle.

The QuantumScape solid-state lithium-metal battery operates across the entire automotive temperature range simplifying the design of the pack.

Four, the battery must minimize how much excess lithium it has on the anode.

Many solid-state designs require a layer of excess lithium between the separator and the anode electrical contact to make it

Page 19

easier to deposit lithium on the anode and prevent dendrites from forming.

However, that excess lithium layer has two negative effects; loss of energy density since that excess lithium doesn't store energy, but takes up space and increased cost due to the need to handle lithium-metal directly in the manufacturing process.

Since QuantumScape cells are manufactured without an anode, the cells have zero excess lithium maximizing energy density and simplifying the manufacturing process.

By successfully testing cells that overcome these challenges, QuantumScape has shown that solid-state batteries can enable the next generation of electric vehicles. QuantumScape, the future is solid.

MR. SINGH:  Okay.  So the quick summary is if you have a material that doesn't have the fundamental entitlement to serve as a solid-state separator, you can still make batteries out of that material, but they only work under severely compromised test conditions.

And the main compromises that people

use are either very low current densities which ends up not being useful for real applications like driving a car or the cycle life ends up being very short or the cells can only work at an elevated temperature or they require excess lithium which lowers the energy density of the cell.

These are the problems that QuantumScape has addressed.  So we have made a material which is a solid-state separator; it's a ceramic material that's shown in this image here on the left.  As you can see, unlike traditional ceramics, this material is actually quite flexible.

And we then take this material and make it into a single-layer pouch cell as shown on the right.  This cell has one cathode in it, one solid-state separator -- layer and one in situ formed lithium-metal anode and encapsulates all of the chemistry of the system in that pouch cell.

And because all the chemistry is encapsulated in the single-layer cell, you can test all of the parameters that matter from the energy density of the cell to the

power density to the cycle life, the

temperature performance and with that really

validate the core technology.

The separator itself is about the

dimensions of a single playing card but

thinner than a human hair.  The production

cell that we will ship will take many dozens

of the single-layer building block cells and

assemble them into a cell about the size of a

deck of cards.

So with that as background, let me now

move into the really most important part of

this presentation which is the performance

data that we've never before shared with the

world.

We'll start with power density which

has been one of the key limitations of

traditional solid-state batteries.  So what

you see here is the charging profile of

different battery technologies.

The gray curve at the bottom is

today's fast charge capability of

conventional lithium-ion batteries used in

EVs and you can see that they can charge to

100 percent in about an hour or 80 percent in

Page 22

about 40 minutes.

Note that you can start charging these batteries at a relatively high rate of charge, but as the state of charge increases, you have to slow down that rate of charge in order to prevent dendrites from forming.

With the QuantumScape technology, the solid-state separator already prevents dendrites so there's no reason to slow down the rate of charge.  You can start charging at a really high rate and continue charging it at that really high rate until it gets all the way up to 80 percent in less than 15 minutes.

This is not only better than any of the solid-state technology, but it's better than you can achieve with conventional lithium-ion batteries which always have to manage this potential dendriting issue at high rates of charge.

Here's an even more exciting chart that the battery experts in the audience will be blown away by.  This is a test that tries to look at how much current density the separator can handle without dendriting.

Page 23

And what you see is on the axis on the left that's the current density and by way of comparison conventional solid-state efforts under these conditions really can't get much above a few single-digit milliamps per centimeter squared before they fail.

So they will fail at current densities around this level here. To do a fast charge you have to be up on the order of 15 to 16 milliamps per centimeter squared. And you can see our cell, our material can withstand that with no failures.

We then took the current density higher and higher to see how high we could get without seeing failures and in this case we were able to get to over 100 milliamps per centimeter squared of current density, which corresponds with two-minute charge or 25C rate without failure.

This is a really remarkable result. It blows away any previous demonstration in the world of solid-state separators. This was done on a lithium/lithium symmetric cell, which is a material level test at 45 degrees Celsius and you see here that there's a lot

Page 24

of headroom between what the application requirement is for fast charge and the capability of this material.

You can put all of those things together and test these single-layer cells on the most aggressive type of driving that you can put a battery through and that is a track cycle. So in this case this is one of our OEMs has a racetrack on which they test their cars.

The drive cycle for that racetrack is essentially oscillating between one extreme or the other. So you're either discharging the battery at full power or you're recharging the battery when you brake around the turns at full regeneration power.

And the battery just swings back and forth between two extremes, which again is the most stressful driving condition for a battery because batteries hate to be driven this aggressively.

And then in between those discharges, we recharge this battery in 15 minutes. So a really fast recharge. So the way this test works is you drive around the track nine

times and then you recharge it in 15 minutes.

Just to be clear, this test was run on our single-layer pouch cell so we didn't actually put these cells into real cars, we don't have production cells yet.  But we are able in the single-layer pouch cell to stress it using the same current densities that the cell would experience in a vehicle driving around the track.

Now what you see with this aggressive test, is that the cell goes well over 1,000 laps, which corresponds to more than 100 cycles of charge discharge at these aggressive conditions with minimal degradation of capacity.  By contrast, today's best lithium-ion cells start degrading within a few tens of cycles.

So again, this result is really remarkable.  Not only is it better than any previous solid-state result, but it actually blows away even today's best lithium-ion technologies.  So it's a super-exciting result that demonstrates the robustness of the QuantumScape solid-state technology.

And then to assess cycle life, we run

Page 26

our cells under real world conditions which represents room -- close to room temperatures so 30 degrees Celsius, 1C charge and discharge which is one-hour charge, one-hour discharge also under aggressive driving conditions.

Typically, battery cycle life testing is done at slower rates than this, C over 3 rate so three-hour charge and discharge. There's zero excess lithium in these cells. These are thick cathodes over three milliamps per centimeter squared and this is the commercial area of the cell.

So these are all real world conditions -- in fact they're aggressive real world conditions because of the charge rates and discharge rates.  They are not sort of compromised test conditions.  And you see the battery lasts over 800 cycles with well over 80 percent of capacity retained, the spec for commercial deployment of these batteries is in fact 80 percent to 800 cycles.

So this is a really big milestone.  No other battery -- no other solid-state battery that we're aware of can under these

conditions cycle anywhere near this well. And in addition this is not just one hero cell; this is a whole batch of cells that we made and you can see the batch cycles very reliably.

So this is another challenge that solid-state battery companies have is that you can make one hero cell sometimes that can cycle without shorting but it's very, very hard to make high reliability batches of cells and that's what we're showing here.

So this really demonstrates that this technology is in fact ready for commercial deployment as soon as we can scale up production and make multilayer versions of these cells. So super exciting result.

Another limitation that solid-state batteries sometimes have is they only operate at elevated temperatures. To address -- to demonstrate that we don't have that limitation, we have taken our material and tested all the way down to negative 30 degrees and you still get substantial capacity out of the cell even at negative 30.

By contrast, lithium-ion technologies

Page 28

would have less capacity than we have even at negative 25 degrees. And finally we actually here on the temperature side, we do cycle these cells at negative 10 degrees and again these are commercial area cells with fully loaded cathodes and lithium-free and you can see these cell cycles very well with minimal degradation.

And this is a new batch of cells we put out recently so it's achieved about 100 cycles, but as you can see the cycling is going really well. These cells are still on test with very, very good and reliable performance. So low temperature performance is not a concern with this particular material system that we have.

And finally to address the safety issue, this is a test called a DSC test which stands for Differential Scanning Calorimetry and really all it is, is you take lithium-metal, put it in direct contact with either a liquid electrolyte or in our case a solid-state separator and heat up the pair of materials.

And what you see is with the liquid

Page 29

plus lithium scenario, when you get to the lithium melting temperatures of about 180 degrees Celsius, you see a massive exothermic reaction which corresponds to a fire.

And in the case of solid-state separator with lithium, even at lithium melting temperature, you see no exothermic, in fact, you see a small endothermic reaction, which represents lithium essentially absorbing energy in order to melt and no reaction.

So this demonstrates the material is in fact inherently stable even to molten lithium which is a very encouraging result. And now let me turn it over to Dr. Frank Blome who as I mentioned earlier heads the Battery Center of Excellence at VW and he'll say a few words about our partnership.

DR. BLOME: Good morning. Thank you Jagdeep for hosting this wonderful event and for having me. I would like to congratulate the QuantumScape team under the distinguished leadership of Jagdeep Singh on its successful recent listing to the New York Stock Exchange.

This I do in my function as a QuantumScape board member and also on behalf of Volkswagen Group components.  As most of you know, Volkswagen has been cooperating intensively with QuantumScape as a strategic investor and industrial partner since 2012.

Today we compliment QuantumScape on the presented achievements in the development of solid-state batteries.  At our center of excellence in Salzgitter, Germany, we have also successfully tested various QuantumScape cells, the results look very promising.

Based on these test results we believe that the QuantumScape technology can open the gateway for solid-state batteries that combine a higher energy density with fast charging capability.  We look forward to keeping up the good work together.  All the best and have a great event.  Goodbye.

MR. SINGH:  I apologize for the technical snafu.  Thank you all for joining, thank you Dr. Blome for that kind summary of the QuantumScape partnership.

So to summarize very briefly, the data we presented today makes clear that the

Page 31

QuantumScape technology can address the fundamental issues; we can charge at extremely fast rates as high as 4C, we have very long cycle lives on the order of 800 cycles or greater, we can operate at 30 degrees Celsius close to room temperature and we have no need for excess lithium on the anode.

With this as background, I would like to go ahead and introduce our amazing panel that we've got assembled here. And we will now move into a panel discussion where the panel can comment on the implications of this technology and put it in context -- in historical context.

So it gives me great pleasure to announce -- to introduce this all-star panel. Let me start with Prof. Stanley Whittingham. As many of you know, Stan was the co-inventor of the lithium-ion battery well over 30 years ago and in fact he was awarded the Nobel Prize in Chemistry last year in recognition of this achievement.

And so Stan is, you know, one of the best people you can talk to about the

implications of a new battery technology.

Also on the panel is Prof. Paul Albertus.

Paul was formerly head of the IONICS program at the ARPA-E Department of the U.S. Department of Energy where he looked at and sponsored a number of different solid-state efforts across the country.  So he's a real expert in what the state-of-the-art of solid-state batteries is.

Also on the panel is Prof. Venkat Viswanathan.  Venkat is a professor at Carnegie Mellon University, is a well-known battery expert, has done a lot of research in lithium-air batteries while he was at Stanford and we're glad to have him on the panel as well.

And then representing the commercial EV side of the house, we have JB Straubel. JB of course everybody knows is a cofounder and CTO -- former CTO of Tesla and currently the cofounder and CEO of Redwood Materials.

And finally Prof. Juurgen Leohold who was until recently head of Worldwide Group Research at Volkswagen which had responsibility for among other things

Page 33

advanced batteries and EVs.

So really all-star panel of experts that will present their views.  This panel is going to be moderated by Dr. Dave Danielson. Dave is one of the earliest members of ARPA-E and is currently the managing director at Breakthrough Energy Ventures also a Precourt Scholar at Stanford.  So he has just a great background on energy.

And with that, it gives me great pleasure to turn it over to Dave for the Q&A. So if I can ask all the panelists to go ahead and unmute, we can get started with the panel.  Dave, I'll turn it over to you.

MR. DANIELSON:  Thanks Jagdeep, it's great to be with you guys today.  It's been a long decade of hard work by you and your team and you've been pretty quiet about it so it's pretty exciting to see you share these results so openly with the whole community both the scientific community and the industry and investment community.

We're going to start out with the battery science panel and then we're going to move on to the panel on the commercial

Page 34

elements of the technology and the

implications.  And so I think we'll just kick

it right off.  Stan, I want to kick it over

to you.

I was hoping you can start us out by

kind of putting this breakthrough result,

this innovation result in the broader context

of the energy transition and solving climate

change.

But also if you could put it into

broader arc of the history of battery

innovation itself which you played a huge

role in I think that will be really great as

well.  So I'll hand it over to you, Stan.

MR. WHITTINGHAM:  Thank you.  It's

been now almost half a century since we built

the first lithium batteries at Exxon.  These

used pure lithium-metal and liquid

electrolyte giving the highest energy density

of any battery at that time.

However, within a few years for safety

reasons we had to switch away from pure

lithium and go to a lithium alloy.  This

reduced the energy density.  And since that

time, and that was I will say the mid-70s,

Page 35

late-70s when we switched to the alloy, a number of companies have tried to use metallic lithium with a liquid electrolyte. None have been a commercial success.

Lithium batteries have made great strides in this 50 years. Energy density continues to increase, but it is severely limited by the graphite anode. So the graphite anode takes up roughly half the space so it remains the holy grail in the battery area to go back to metallic lithium.

And one clear way of doing that is to use a solid electrolyte. And I should point out that's around 1967/1970s when Ford Motor Company hoped to use a beta-alumina solid electrolyte in a battery but using liquid electrodes.

The use of a solid electrolyte is not easy and there's just one commercial product on the market today and that operates about 60 to 80 degrees centigrade and that's in a small car in Europe.

The evidence on electrolytes is increasing fast, it looks very encouraging. But one has to be very, very careful because

there's much more hype in the literature than there's meat.  And so really nothing has changed since Edison made his comments a long time ago about don't believe anything you read about batteries.  They're worse than snake medicine.

So I'm very encouraged by what I've heard in the last few days it looks like there's real progress at QuantumScape and that we're about to make the breakthrough, because if we can use a solid electrolyte, use lithium-metal, we can essentially at least increase energy density by 50 percent if not 100 percent and this will be a breakthrough for electric vehicles as well as other storage.  Thank you.

MR. DANIELSON:  That's great, Stan. And Stan I know you've seen the data here so I think you would say that from the data you've seen here this does really represent a true breakthrough in the space, right?

MR. WHITTINGHAM:  Yeah.  I've not seen data this good anywhere else.  So I think it's a real breakthrough.  We just have to make the cells bigger and get them into cars.

MR. DANIELSON:  Absolutely.  So I think next we're going to go over to Paul Albertus.  And Paul and I are both alumni of ARPA-E which is for those of you who don't know it's kind of the Department of Energy's skunkworks program.

And actually 10 years ago I ran the first battery program there where we were trying to go after the moonshot goal of doubling the energy density of batteries over where lithium-ion was at the time.

And from the results we've seen from QuantumScape it was actually one of the dozen projects that we funded back then 10 years ago and to my knowledge is the only effort that has actually achieved the specifications under that kind of moonshot program which is pretty exciting.

But Paul, you know, one thing that you and I often talk about is that, you know, in order for a battery breakthrough to really be truly real and commercially relevant, a battery has to achieve a very well-defined set of required specifications while operating under a very well-defined set of

constraints.

And -- but what you'll find sometimes is that you'll see a result that folks purport to be a breakthrough, but that it has not sufficiently constrained the testing of the cell.

And so Paul we'd love to throw it over to you. If you could provide some technical context here a little bit deeper context around, you know, those key sets of specifications and constraints that really need to be had for a solid-state battery to represent a breakthrough.

And then discuss perhaps QuantumScape's results that you've seen today in that context and also in the context of kind of the other most impressive results that have come out of the field to date.

MR. ALBERTUS: Yeah, thanks Dave. Yes, I've been working in the area of lithium-metal batteries for over 10 years and I have a habit of looking very closely at the details of cells that have been developed and looking carefully at the technical performance data and also the potential to

Page 39

achieve low cost.

All those are very important.  I was trying to think of a good analogy to describe what this is like.  I can take one from baseball; there's quite a lot you could choose.  But using a baseball analogy, even getting like hitting a single for performance data for lithium-metal cell is a challenge.

And it is one that many organizations achieve but when you think about hitting a double, or a triple, or a homerun, that gets exponentially more difficult.  It's also unfortunately common for organizations to report hitting the ball, but then not really describe carefully what kind of hit it really was; was it a single, was it a double?

And so people are often left a little bit confused about what the real status is. You know, I think in my view looking through that data that QuantumScape has shared, they're hitting the homerun in terms of their performance data.

At the same time, they are also clearly stating, and I think I agree with this, that they ultimately need to achieve

Page 40

something like a grand slam in order to bring this technology to the market as a compelling product.

So they've made a major step in their performance data and I think really commend them for what they've done.  To be more even more specific I think to me the most impressive performance data that they've shown today is probably the cycling data at 30 Celsius.

So that's data for a full cell which means that includes all the cell layers.  A lot of reports don't show all the cell layers that are needed to actually make a battery.  It's also at a compelling temperature.

So at 30C that's, you know, close to room temperature and one of the other tricks in this field is to show things at elevated temperatures like especially 45 or 60 Celsius.  Jagdeep also mentioned this; they require some heating or other engineering things to address.

It's also at a compelling current density which is kind of detailed battery specification, but achieving over 3 milliamps

Page 41

per centimeter squared is meaningful and commercially relevant.

They also demonstrate stable cycling. So both the charge and discharge processes can be done in a stable way and that's particularly challenging for lithium-metal which has a fundamentally different reaction mechanism than lithium-ion.

It's also for a commercially relevant loading, which basically is a proxy for the cell's specific energy and energy density that can be achieved. It's also for a lithium-free cell which I think is important both for cost and also performance.

And it's also for a commercially relevant area. And so if -- sorry, roughly the size of a playing card here is something that's definitely commercially relevant and a lot bigger than what a lot of battery development efforts do which are often, you know, a square millimeter or a square centimeter.

And they've also shown results for multiple cells. So we know this is not a single kind of hero cell result. That's a

Page 42

fairly long list but that's really what's needed to look deeply into these kinds of results and to assess the significance of where they're at.

MR. DANIELSON: Thanks Paul. Your assessment means a lot to me, I think it should mean a lot to the audience. And I know a lot of investors use you for due diligence because you're a healthy skeptic. I think you do great work and you're very thoughtful.

Venkat, I would like to throw it over to you. If you could, you know, just share some more -- help the audience contextualize the innovation here in the context of the requirements and the state-of-the-art in the field that would be great.

MR. VISWANATHAN: Yeah, I think just adding to sort of the points that Paul mentioned and Stan, I think the difficulty is the "and" problem in batteries. Which is that you need to do, you know, fast charging and have high cycle life and ensure that you don't need additional thermal burden and ensure that you don't need additional stack

Page 43

pressure, et cetera.

I think the "and" is what makes this really, really challenging.  And I think that the key result here is the fact that QuantumScape passes the "and" test.  I think the key result is that you can simultaneously achieve everything.

And I think the key difference with what is typically shown, is many batteries can achieve them separately, but not simultaneously.  I think that is the key thing here.

And the result that I think is absolutely fascinating for me is the fast charging result.  I think the fact that you can do a 15-minute charging -- and I think one really creative way in which this is being achieved is to leverage the problem that is there in current graphite-based cells, which is the primary mechanism by which lithium-metal cells operate which is that plating which is the problem in the graphite-based cells, is the mechanism by which lithium-metal cells operate.

So which allows us to basically

reimagine what the fast charging limit might be. I think it's incredible to see the 25C data. I think it's astonishing that they are capable of going there.

I think this sort of reimagines what fast charging even means. I think the term extreme fast charging which was sort of held for 15 minutes, I think we probably need to redefine what extreme fast charging is in light of what has been shown.

And so the real breakthrough for me in this is the astonishing amount of lithium deposited. It's over a micron per minute. I think it's astonishing to watch that result.

So I think the amazing thing here is that the fact that it passes the "and" test and I think opens up new scientific frontiers in terms of what we mean by fast charging. I think that's the sort of exciting result here from my perspective.

MR. DANIELSON: Great. Thanks, Venkat. Tim, as a founder of this I think I remember 10 years ago flying out to Stanford and spending time with you and Fritz Prinz and Jagdeep way back when at the beginning of

Page 45

this journey.

You know, you guys have been -- you guys have really put your heads down and stuck to your work and I think -- and kind of been a bit stealthy.  And so I think people don't really have a good sense of what this journey has looked like.

And so I wonder if you can help us understand kind of what it really took over 10 years to get this, you know, first in the world result that's been reported today.

MR. HOLME:  Yeah, thanks Dave.  So our story is not one like Moderna which developed a vaccine in two days; it took 10 years to get to this point.  It's taken us literally hundreds of millions of dollars, it's taken a big staff of extremely talented scientists and engineers from the top battery programs and academia as well as other battery companies, the automotive space, engineers from semiconductor and solar industry.

We've been fortunate to have this partnership with Volkswagen that's afforded us the resources to get a really well-equipped lab where we've kind of built a

science machine that we're able to turn the crank on and generate results quickly in-house.

And that's something that we've taken really seriously. We've run over two million tests in the history of the company and we've learned a lot from all of that work. So, you know, it's not something that comes easily; it comes from just a lot of experiments, a lot of effort, creativity, and innovation along the way.

MR. DANIELSON: Yeah and you know --

MR. SINGH: If I can jump in here. I don't want to --

MR. DANIELSON: Go ahead, Jagdeep.

MR. SINGH: I don't want to -- you know, I'm not at the same level as these amazing scientists here, but I can say that, you know, as I mentioned to some folks in the past. This was not something where we started out with a solution in mind and then we just made it happen.

There were a lot of -- you know, a lot of paths we had to explore, a lot of dead-ends we ran into, a lot of stones had to be

unturned, you know, a lot of frogs had to be kissed basically.

But luckily for us nature did provide a material that met the requirements and luckily the team through the systematic effort Tim outlines was able to identify it.

So, you know, not a straight shot by any means, but through the diligence and tenacity and the fact that the team had the funding and support of our investors and customers we were able to get this far.

The work is not done yet; we've got to take this into production. But from our standpoint, the fundamental -- the science risk, can the material be found with these properties that we feel very good about giving the data that we share today. I apologize for jumping into your session here, Dave.

MR. DANIELSON: That's all right. The moderator's prerogative. Yeah, I think one thing that is of note that I think is important for the audience to understand too is like you said the QuantumScape team I think essentially has explored every material

Page 48

that is out there and, you know, ended up

discovering the one that worked and making it

work.

And so you can go to this -- I've gone

to this team in the past, "Hey, you know,

what about this material that I saw some

interesting results on?"  And they will say,

"Actually we tried that here's why it didn't

work."  And so I think that's an important

thing to understand about the kind of

comprehensiveness and the inspiration that it

took to get here.

It wasn't some magic divining rod this

was really gritting it out.  Great.  I think

with that why don't we transition from the

battery science panel onto our commercial

panel.  You know, Stan, Paul, Tim, and Venkat

thanks so much for providing your

contributions this morning we really

appreciate it.

With that we're going to shift over as

I said to providing a little bit more

commercial context.  Not so much about the

science and technology breakthrough, but the

implications of a solid-state lithium-metal

Page 49

battery that can work at spec can be scaled into the industry, you know, it's kind of a, so what.

So what does that mean in terms of what it might enable in terms of pushing forward the transport electrification revolution.  So I think I would like to start with you JB.

Can you provide some perspective as someone who has kind of pioneered here at Tesla on the commercial side and really kind of creating the EV industry and lot of that was around battery innovation?  Can you just provide some context around the implications of solid-state lithium-metal?

MR. STRAUBEL:  Yeah, absolutely.  It's incredibly exciting to see these results and what the team has achieved.  And Venkat touched on this a tiny bit but, you know, so much of the performance operating window that modern EVs have is really built around avoiding lithium plating.

And I think the team at Tesla did an amazing job through the years optimizing inside of that window to build a product that

Page 50

had incredible performance and incredible characteristics and this is part of why EVs are succeeding as they are.

But all of these little edge cases where the product is limited, this is what -- this technology can really break through that. The reason that supercharging has to taper off and the reason you can't maintain a fast charge rate all the way up to high states of charge, largely lithium plating is a problem.

The reason you can't have fast charge at low temperature also a similar problem. So many of these different issues were basically blocked by the limitations of the anode structure in today's lithium-ion batteries.

So to me this fundamentally puts the lithium chemistry battery on kind of a different roadmap for innovation. Things have been optimized and made into a really, really finely tuned machine over the last 25 years, but it's beginning to asymptote a little bit.

And every year the improvements that

have been coming are slightly smaller and they're a little bit harder to achieve.  So seeing these kind of performance numbers is almost unheard of.  50 percent improvement roughly in energy density volumetric is incredible.

When we're used to seeing things that are single digit percents per year, that was hard to achieve and a great outcome.  So jumping to something like 50 percent is game-changing.  And also maybe worth pointing out that those kinds of energy density, power density and charge rates unlock a host of other applications that have currently been kind of waiting in the wings for the proper sufficient performance metrics.

Electric aviation starts to look a whole lot more attractive and viable over a wider set of mission ranges and durations and everything else when you have this kind of energy density and power.  So I guess to me it's incredibly exciting.

And these kind of improvements don't come very often and, you know, I also kind of have an inherent skepticism on this stuff

Page 52

after seeing so many, you know, so many incredible claims from battery startup companies and research groups.

And, you know, other panelists mentioned this, but, you know, so often there's one very specific claim highlighted in isolation and it's taken out of context. This is really a full collection of different performance data across a relevant range -- an automotive relevant range of conditions that makes it so interesting.

That really is the major breakthrough. So yeah, I guess with that I'll pause and leave a little bit time for us to discuss.

MR. DANIELSON:  Great.  Thanks, JB. Jurgen, want to kick it over to you to provide similar commercial context of solid-state lithium-metal battery breakthrough for transport electrification.  But more from the perspective of having recently retired from Volkswagen as one of the senior technical leader there at one of the largest auto-makers in the world.  Can you provide kind of a perspective from that vantage point on how you see solid-state lithium-metal?

MR. LEOHOLD:  Well, first of all I can only agree that QuantumScape has developed a really amazing technology.  The previous speakers have all elaborated on the different advantages.

If I were to prioritize one, for me the most important feature is the inherent safety of the separator or solid-state electrolyte.  We do have very good EV cars on the market today, but now all the major manufacturers are also getting onto the market and pretty soon we have millions or even tens of millions of cars on the road.

And with the experience of a mass producer, if you don't have 100 percent safe technology you eventually are likely to run into some kind of problems.  And with present lithium-ion technology, one had to put a lot of effort into cell design and to system design to provide the necessary safety features.

With QuantumScape cells we do have inherent safety built into the cell and this will really give a big advantage for the mass production sector.  The other benefit is that

Page 54

the features of the cell translate directly into customer value.

I think the fast charge feature will be of very practical value for everyone.  In Germany for example, we just see a rollout of high voltage charging stations that provides up to 300 kilowatts which cannot or can only be employed by very few cars today.

But once QuantumScape-run system is on the market and you can see all these fast charging rates that we have seen in the previous figures.  And the other thing which I can tell from my own experience driving an EV for some years now in northern Germany where I live, is the cold start performance even at about zero temperature that we have today.

We see some performance degradation already.  With QuantumScape technology you can run it even in very cold climates and that's a definite customer advantage on the market.  The other thing is better energy density and power density as we have learned.

But one thing shouldn't be forgotten, the new electrolyte also has high voltage

Page 55

capability.  So in the second or third generations of these cells, we have an open path to new materials that cannot be employed with today's kind of separators.

And that opens up the pathway to (inaudible) can either offer more performance or give another cost reduction which also is a very important feature on the mass market.

MR. DANIELSON:  Great.  Thank you, Jurgen.  One thing I wanted to additionally ask you is, you know, coming from, you know, one of the world's largest auto-makers, as QuantumScape pushes forward to achieve their cell integration milestones and manufacturing scale-up milestones, can you just give a few thoughts about how you envision market introduction as it relates to the technology getting into the market through a partner such as Volkswagen?

MR. LEOHOLD:  Yeah.  Jagdeep already said that the cells will most likely hit the automotive market in a few years around '24/'25.  I think the maturity of the product will still have to be optimized like it had to be with lithium-ion batteries for real

Page 56

giant mass production.

So the first generation in my estimate will be more or less fit well for a premium product and as I said it already features things that are necessary for a premium product. The higher energy density will translate into longer range, the better cold and high temperature performance will translate into better vehicle performance and the higher charge rate will allow faster fill up at charging points.

So these are definitely features where the OEM can also make a premium on his cost on the market. Then I think we will see the mass deployment of this technology.

The big advantage of QuantumScape technology is that much of the production process is compatible to today's lithium-ion factories, so we won't need to build completely new factories, but there is a pathway to transform existing lithium-ion factories for this new technology that allows faster market penetration too.

MR. DANIELSON: That's great. Thank you, Jurgen. And JB and Jurgen thanks so

much for providing more of a commercial context to kind of complement the technical context.

There's no doubt in my mind that the battery area is a complex area and so the exposition or understanding of any new results really requires some context from experts.

So I really want to thank all six of you for taking the time to spend with us to help the audience really contextualize and understand what's been announced today.

Jagdeep, we would love to kick it back over to you for I think closing Q&A. So I think with that we'll wrap up the panel. Thanks everyone.

MR. SINGH: Yeah, fantastic. I really appreciate everyone taking time. I would like to invite everybody on the panel to stay on during the Q&A session. We have a number of questions that have come in through the Zoom Q&A feature and we'll try to get to as many as we can in the time that we have.

Let me do a quick time-check. Asim, if you're on the phone can you just remind me

Page 58

how much time we have left so we stay true to our schedule?

MR. HUSSAIN: Yeah, we have about 15 minutes.

MR. SINGH: Okay. Perfect. We'll be able to get to a number of questions. So I think one of the first questions that came in was we've been pretty clear that what we've been reporting here today is test data from single-layer pouch cells and one of the questions is what challenges remain relative to combining these cells into multi-layer packs and then powering a vehicle.

So basically there are two big tasks that remain; one of course is to as we mentioned before stack these single-layer cells that we have. Think of them as playing card-sized single-layer cells into a multi-layer cell which will as we mentioned earlier be on the order of a few dozen layers so roughly the size of a deck of cards.

So we'll take our single playing card and turn it into a deck of cards. That's going to be the building block cell that goes into the automotive pack. And each vehicle

Page 59

obviously has a different module size it uses but the unit cell -- the playing card -- can be put together in different series and parallel configurations to meet the different module configurations.

The second main task really is to scale up production capacity.  The good news there is that all of the tools and processes we're using for our core separator material are already used at scale in the battery or ceramics industries.

And so we're already in the process of qualifying some of these key tools from some of the top suppliers around the world.  Some of these tools do have long lead times on the order of 9, 10, 12 months lead times because while they are standard in the industry, they are made to order just given the size and scale.

And so that process will take some time maybe 18 to 24 months to ramp up production capacity.  We will be doing that in conjunction with Volkswagen as has been announced already.

We have a joint venture with VW that

Page 60

will produce these cells.  There is two phases of that joint venture that has been announced as well; the first phase will be a somewhat lower volume on the order of 1 gigawatt hour and the second phase will be 20 gigawatt hours, which is really a real bigger factory scale production.

The combination of our understanding of our process and our materials and Volkswagen's understanding of high volume, high quality production from supply chains to quality assurance and so on, makes a really ideal combination to bring a new technology to market.  So we're excited about that.

One of the questions that we've gotten in the past is, you know, how hard is manufacturing compared to, you know, the science.  While obviously you need both working technology and a scaled up production factory to actually get to market, it's hard to compare those two.

It's hard to say that one is 10 percent of the other for example because it's -- I think of it more as kind of the heart and the brain.  It's hard to say what's more

important for life; the heart or the brain. Well, you need them both. Either one by itself isn't sufficient.

But I will say this. I will say that if you don't have the fundamental materials then it's a lost cause. And the analogy we've used in the past is kind of like putting up a big skyscraper in Manhattan which clearly requires a lot of engineering expertise, you know, project management expertise but that problem has been solved.

That problem has been solved for over 100 years. People have known how to put up tall skyscrapers in Manhattan. However, if I said to you, you need to put up a tall skyscraper. By the way we don't have materials that have the properties that cement and steel do.

So first invent the material then build the skyscraper. That will be a whole different level of problem. So my view, having a separator that solid-state electrolyte that achieves the performance that was outlined today, is the critical building block.

Page 62

Without that there's no hope of scaling up production.  Now that we have the material demonstrated, we can focus on production, we have the capitalization here the billion-dollar balance sheet that we've alluded to, we have the partnership with Volkswagen, we have the IQ points that are represented in fact on this panel right here to help us navigate that process.

And while we don't want to diminish the magnitude of the task ahead, we do believe that with a focused team and the balance sheet and the customer support, this is a solvable problem.

And so we believe that -- you know, I think I might quote Venkat from one of his articles in fact where he said the question is now no longer whether solid-state lithium-metal will be real; the question is simply when.

We have a schedule that we've outlined to the street and we are working on it aggressively.  But, you know, at the end of the day we're confident that the results we've shown today indicate that solid-state

Page 63

lithium-metal technology will be available on the roads.

And if we hit our targets, it will be the '24/'25 timeframe as Jurgen Leohold mentioned. So that's the answer about what remains to be done. There's another set of questions. I think Al (inaudible) you asked a bunch of questions around where the rest of the industry is and the key breakthroughs.

So I think one of the questions you asked Al is, "Is there anything better than lithium for batteries?" Well, for a lithium-based system where the ion moving up and down is lithium -- lithium-ion, there's no more energy dense configuration than metallic lithium on the anode.

And Prof. Whittingham mentioned this in his opening remarks. If you're using pure metallic lithium for a lithium-ion based system, that is the most energy dense configuration. The challenge has been that you haven't been able to do that while preventing dendrites which is where the carbon anode was introduced very successfully for the last 30 years.

Page 64

But if you can in fact make a pure metallic lithium anode, then you have pretty much gotten the most energy dense configuration.  And you can see that from the schematics I showed earlier, you know, you have no anode at all.

You can't do better than zero.  So you shrink the anode from whatever it is 100 microns down to zero and the only anode left is the metallic lithium cycling back and forth.

There's another question from (inaudible) around -- I mentioned that the anode is manufactured in situ and the question was, "Will that be done in the field or will that be done in manufacturing?"

And the answer there is that we will do that first charge in manufacturing.  So when the cells ships it will already be fully formed basically.  And on that note I want to mention another benefit that we didn't talk much about today, but it's a non-trivial benefit and that is the formation cycle can be cut pretty dramatically.

So for conventional lithium-ion

Page 65

batteries in order to form a passivation layer on top of the anode, you need a very careful formation and aging cycle. And if you don't form that passivation layer properly then the cycle life can be adversely impacted.

In this case you essentially do away with the formation cycle. So it turns out that in traditional battery manufacturing, the formation cycle can account for a surprising amount of the cost of production on the order of, you know, multiple tens of percent; 20 percent, 25 percent of the cost could be the formation cycle -- formation and aging process.

So by eliminating that step, you can make a significant impact to the economics as well. Let's see. There's a couple of questions. There was a question about volume expansion of the cell and it's a good question.

The cells do obviously as we demonstrated expand when you charge them up the lithium plates on the anode. However, that can be -- because it's a unidirectional

or uniaxial expansion, it can be handled through a volume compensation element at the cell or module level. And that's what we will do.

What makes -- what's much more difficult to handle is if you had a three dimensional expansion. That unfortunately is what happens to silicon. If you -- if silicon absorbs lithium particles, it expands in a three dimensional fashion.

And over repeated expansions and contractions of that type, the silicon itself gets pulverized and that creates a cycle life issue for silicon batteries. That of course is what limits how much silicon you can put into an anode for a conventional lithium-ion battery.

We don't have that issue because our expansion is uniaxial which will be compensated for quite effectively at the cell or module level. Let's see any other questions that we can address while we're here.

JB, there is a question that maybe you can touch on about recyclability of these

Page 67

cells. We haven't really discussed with JB much here but obviously the cathode materials are standard.

Before I turn over to JB I will say that the separator itself is actually quite recyclable in the sense that the way it's made today is we first form this particular material then we in turn it into a slurry that's coated onto a carrier that then goes to the manufacturing process of drying and heat treatment.

So that we believe is inherently recyclable. But JB, you want to comment about the recyclability of conventional cathode material?

MR. STRAUBEL: Yeah, certainly. Interestingly perhaps the least recyclable part of modern lithium-ion batteries is the separator and the anode material. So those are the two things being eliminated here.

And if anything this may actually make it easier to recycle the valuable critical elements from a QuantumScape type cell in the future. And certainly the lithium and then as you said the cathode is relatively common

to today's technology.  So the nickel, cobalt, those things would be easily recyclable.

MR. SINGH:  Fantastic.  So JB obviously for those of you who don't know, JB's company is focused on addressing these recyclability issue of batteries.  So he's a world expert in this area in addition to being a world expert on batteries in general and EVs.

The other question that comes up that we've heard often is -- that is here is, what, you know, as the lithium-ion industry continues to improve, do advances in that industry adversely impact our competitiveness?

And I think the short answer to that is if you remember the stack that I showed you earlier, you know, there are three layers in a normal battery; you have a cathode, an anode, and a separator.  Our cathode is essentially the same as what's used in today's lithium-ion system.

So nickel rich NMC is what we are planning on using although we are cathode

Page 69

agnostic, but that's the cathode that we will launch with.  Our separator is different but it's roughly on the same order of magnitude in terms of cost per kilowatt hour as conventional polymer separators because it's made -- there are four precursor materials that are all commodities so they're available from multiple sources on multiple continents.

And even in our 20 gigawatt hour scale factories, we will account for a relatively small fraction of existing world supply of those materials.  And then the manufacturing process I mentioned is a roll to roll continuous flow process.

So it ends up being very low cost.  So our separator is not much different economically and the anode, as JB points out it doesn't exist, we don't have the carbon anode.

So given that as the lithium-ion industry gets improvements in the way it -- in cathode composition or cathode manufacturing, we get the benefit of riding on the same learning curves, but with the initial benefit of not needing the anode.

Page 70

So we think that what we're doing is not in any way in conflict with the improvements that are happening in the lithium-ion industry.  We derive those benefits and in addition to that, we get the benefits of not having an anode.

Let's see here if there are any other questions that I can address here that -- let's see just scrolling through.  So there's a question from Steve Levine about what defect rate is tolerable in the material.

And Steve, this gets into a very proprietary area so I can't directly address the question.  What I will say though is that you're absolutely right that defects are in fact one of the reasons why dendrites form and it turns out there's a correlation between the defect density, the defect type, and dendrite formation.

And we can't obviously talk about those details here, but one of the key challenges that other efforts will have is how to in fact make the separator with the level of defect-freeness if you will that's required.

That's one of the things the team has figured out. It's taken five years to do that. Recall that this material that we're using today was first developed by us in 2015 or so.

And so about five years into the project. But the last five years really have been spent around how to make it with high quality at low cost in a scalable fashion and of course dealing with the other cell-related challenges; how do you package it, how do you ensure that all the edge effects are dealt with and so on.

And of course the data we show today shows that we've addressed all those design parameters, but it took five years to do that. So it's absolutely a nontrivial thing to do. Let me see if I have maybe a couple more minutes for questions and then --

MR. HUSSAIN: Jagdeep, we'll do two more questions and then conclude.

MR. SINGH: Okay. These are good questions and we have a good audience. Let me see, I'm just scrolling through the Q&A here to see if there's anything that haven't

yet addressed.

Yeah, I think most of the questions end up being variants of what we have already addressed.  We unfortunately can't -- there are some questions around what are the details of the chemical composition of the ceramic itself.

We obviously unfortunately can't comment on that.  We have said it is a ceramic, we have said that it's -- unlike conventional ceramics it's quite robust in that it as you saw the technician can actually flex the films.

In terms of remaining challenges, we have a question on that front.  Really as I mentioned we need a multi-layer to stack these things and then build up the production factories to develop them.  And I think that covers all the questions that actually came in, so we were able to go through --

MR. HUSSAIN:  Just one more question that did come in was the external pressure applied to the cells in the data.  So maybe you and Tim could address that one?

MR. SINGH:  Yeah.  We're happy to

Page 73

share that information.  So some solid-state batteries need enormous amounts of pressure applied.  For example, many of the listeners are familiar perhaps with the Samsung paper that was published not too long ago where they needed really high pressure if I recall correctly Tim there may be around 20 atmospheres of pressure.

That's a massive amount of pressure. Our cells operate at around 3 atmospheres of pressure.  So it's a much lower amount of pressure.  And to be honest we actually had made cells internally that don't require any applied pressure.

So this is a function of the fact that the lithium that makes up our anode is effectively the purest form of lithium you can get.  It's electrochemically distilled through the separator and because of that ends up being very soft.

Lithium oxides, lithium nitrides tend to be much stiffer and therefore need more pressure in order to yield, whereas one benefit of having a zero lithium configuration is that all the lithium on the

Page 74

anode becomes quite soft even 1 atmosphere ends up being enough to cause it to yield and maintain good contact throughout the cycling process.

That said, we're selling to automotive applications where 3 atmospheres is not at all a problem so from our standpoint it just makes it, you know, more robust kind of configuration to ensure interfacial impedance and contacts stay well.

Over time as we introduced this technology to other markets like consumer electronics, we expect to leverage the fact that we've demonstrated the ability to operate with no external applied pressure or just 1 atmosphere of normal pressure.

So with that I really want to thank everyone for being on the call. First of all, I want to thank -- a big thank you to our distinguished panelists. These are -- you guys are all, you know, A, world-class experts in the field, B, you're very busy so I know taking an hour and a half out of your day is a nontrivial amount of time so I want to thank you for that.

I want to thank all of the participants on the call. I know this is also a fair amount of time to spend on a single company for all of the press and analysts on the call. But I think the results that we shared today are of a meaningful enough nature that I think it's warranted.

And we're excited about where we are, we are on a mission to go from first demonstration of these results to commercial deployment of our batteries in real cars. We're excited about the partnership with Volkswagen and the different brands within the group from Porsche to Audi to VW.

And we are going to do everything in our power to deliver these cells into real cars on the forecast -- on the schedule that we've outlined in our previous remarks. And so with that, thank you all for joining. We look forward to reporting on progress as we go forward.

(End of Video Recording.)

Page 76

CERTIFICATE

I, Wendy Sawyer, do hereby certify that I was authorized to and transcribed the foregoing recorded proceedings and that the transcript is a true record, to the best of my ability.

DATED this 8th day of July, 2021.

_____

WENDY SAWYER, CDLT