# Exhibit 3

# Exhibit D

7/14/22, 12:25 PM

Case 3:21-cv-00058-WHO   Document 164-2   Filed 04/22/22   Page 2 of 28

https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=1188617772&type=html    10/36



Case 3:21-cv-00058-WHO   Document 194-6   Filed 11/21/23   Page 4 of 29

# Forward Looking Statements

This presentation contains forward-looking statements within the meaning of the federal securities laws and information based on management's current expectations as of the date of this presentation. All statements other than statements of historical fact contained in this presentation, including statements regarding QuantumScape's future operating results, financial position, business strategy, addressable market, anticipated benefits of its technologies, projected factory economics, pro forma information, and plans and objectives for future operations and products are forward-looking statements. When used in this presentation, the words "may," "will," "estimate," "pro forma," "expect," "plan," "believe," "potential," "predict," "target," "should," "would," "could," "continue," "believe," "project," "intend," "anticipates" the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations, assumptions, hopes, beliefs, intentions and strategies regarding future events and are based on currently available information as to the outcome and timing of future events. QuantumScape cautions you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of QuantumScape, incident to its business.

These forward-looking statements involve significant risks and uncertainties that could cause the actual results to differ materially from the expected results. Many of these factors are outside QuantumScape's control and are difficult to predict. Factors that may cause such differences include, but are not limited to: (i) QuantumScape faces significant barriers in its attempts to produce a solid-state battery cell and may not be able to successfully develop its solid-state battery cell, which will negatively impact the business; (ii) if QuantumScape's batteries fail to perform as expected, QuantumScape's ability to develop, market and sell its batteries could be harmed; (iii) QuantumScape may encounter substantial delays in the design, manufacture, regulatory approval, and launch of QuantumScape's solid-state battery cells, which could prevent QuantumScape from commercializing any products it determines to develop on a timely basis, if at all; (iv) QuantumScape has a relatively short operating history and operates in a rapidly evolving industry, which makes it difficult to evaluate future prospects and may increase the risk that it will not continue to be successful; (v) QuantumScape may be unable to adequately control the costs associated with its operations and the components necessary to build its solid-state battery cells; (vi) QuantumScape may not be successful in competing in the battery market industry or establishing and maintaining confidence in its long-term business prospectus among current and future partners and customers and (vii) the duration and impact of the COVID-19 pandemic on QuantumScape's business. QuantumScape cautions that the foregoing list of factors is not exclusive. QuantumScape cautions readers not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Further information about factors that could materially affect QuantumScape, including its results of operations and financial condition, is set forth under the "Risk Factors" section in the Form 8-K filed by QuantumScape with the SEC on December 2, 2020.

Except as otherwise required by applicable law, QuantumScape disclaims any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this presentation. QuantumScape cautions you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of QuantumScape. Should underlying assumptions prove incorrect, actual results and projections could different materially from those expressed in any forward-looking statements. Additional information concerning these and other factors that may impact the operations and projections discussed herein can be found in QuantumScape's periodic filings with the SEC. QuantumScape's SEC filings are available publicly on the SEC's website at www.sec.gov.

Case 3:21-cv-00058-WHO  Document 164-3  Filed 12/02/22  Page 4 of 28



Case 3:21-cv-00058-WHO  Document 194-6  Filed 11/21/23  Page 6 of 29

# Management Team

## Select Management Team Members



**JAGDEEP SINGH**
Founder / CEO
(Chairman)

- Founder / CEO Infinera (NASDAQ: INFN); Lightera, now Ciena (NASDAQ: CIEN); OnFiber, now Qwest; AirSoft
- MS Computer Science, Stanford

**PROF. FRITZ PRINZ**
Founder & Chief Scientific
Advisor (Board Member)

- Chair, Mechanical Engineering, Stanford
- Professor, Materials Science, Stanford
- PhD, Physics, University of Vienna

**DR. TIM HOLME**
Founder & Chief
Technology Officer

- Research Associate, Stanford
- Ph.D. & MS Mechanical Engineering, Stanford
- BS Physics, Stanford

**DR. MOHIT SINGH**
Chief Development
Officer

- CTO and co-founder, SEEO
- Solid-state energy storage world expert
- Ph.D. Chem & Biomol Eng, Tulane
- Postdoc, Polymers, Berkeley

**KEVIN HETTRICH**
Chief Financial Officer

- Bain Capital
- McKinsey & Company
- US Department of Energy
- MBA & MS, Stanford

**HOWARD LUKENS**
Chief Sales Officer

- VP WW Sales, Infinera (NASDAQ: INFN)
- VP Strategic Sales, Ciena, (NASDAQ: CIEN)
- VP WW Sales, Lightera

**JAY UNDERWOOD**
Vice President, Sales

- Sales Director, Northern Europe, Infinera
- Product Planning, Infinera
- MS Technology

**MIKE MCCARTHY**
Chief Legal Officer &
Head of Corp. Dev.

- CLO & CAO, Infinera (NASDAQ: INFN)
- SVP & General Counsel, Ciena (NASDAQ: CIEN)
- J.D. Vanderbilt

QuantumScape



7/14/22, 12:25 PM

Case 3:21-cv-00058-WHO Quantumscape Corporation Filed 11/21/23 Page 6 of 28

https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=118861777728type=html

14/36

Case 3:21-cv-00058-WHO   QuantumScape Corporation   Filed 11/21/23   Page 7 of 28

## By the Numbers

**>$1.5B of Committed Capital[1]**
Over $300M spent on development to date

**10 Years of R&D Investment**
Founded in 2010

**250+ Employees**
World Class Next-gen Battery Development Team

**200+ Patents[2]**
Materials, Use and Process

**Extensive Trade Secrets**
Processes and Intellectual Property

1. Prior to its merger with Kensington, QuantumScape secured over $800 million in committed funds. With the addition of the $700 million from its merger with Kensington and subsequent PIPE financing, QuantumScape will have received more than $1.5 billion in commitments to date
2. Includes patents and patent applications.

# Volkswagen Committed to QuantumScape Technology

## Volkswagen Group Overview

**VOLKSWAGEN** AKTIENGESELLSCHAFT

- ~11 million vehicles produced in FY2019

- ~$38 billion investment in electric mobility by 2024

- Plans to launch ~70 electric vehicle models and produce 22 million electric vehicles by 2029

Select Brands

           

PORSCHE   Audi   ŠKODA   BENTLEY   MAN

## Volkswagen Partners with QuantumScape

1. Corporate funding commitment of $300+ million

2. Strong relationship since 2012, including development collaboration, testing of prototype cells and representation on the QS board of directors

3. Founded a JV to prepare for the mass production of solid-state batteries for Volkswagen

"Volkswagen has become the largest shareholder of QuantumScape. Our US$100 million investment is a key building block in the Group's battery strategy. One of the long-term targets is to establish a production line for solid-state batteries by 2025."

— Herbert Diess, Volkswagen AG CEO

"The Volkswagen Group has established a joint venture with QuantumScape, a manufacturer of solid-state batteries. The shared goal of the companies is large-scale production..."

— Oliver Blume, Porsche CEO

"In June 2020, the Volkswagen Group also announced plans to increase its shareholding in the US battery specialist QuantumScape. The objective is to promote the joint development of solid-state battery technology. In the future, solid-state batteries should result in a significantly increased range and faster charge times. They are regarded as the most promising approach to electric mobility for generations to come. Volkswagen has already been collaborating with QuantumScape since 2012 and is the largest automotive shareholder thus far. Both founded a joint venture in 2018, the aim of which is to prepare the mass production of solid-state batteries for Volkswagen."

— Volkswagen Group Half-Yearly Financial Report, July 2020

Source: Volkswagen AG Half-Yearly Financial Report published July-2020, 2019 Annual Report published Mar-2020, press releases published Mar-2019, Nov-2019 and Jun-2020, Half-year press conference published Aug-2018; Porsche Annual Press Conference published Mar-2019). Page 18 based on Volkswagen AG press release published Sep-2018.



QuantumScape

Case 3:21-cv-00058-WHO   Document 194-6   Filed 11/21/23   Page 9 of 29

Case 3:21-cv-00058-WHO   Document 194-6   Filed 11/21/23   Page 10 of 29

# Need battery breakthrough to enable electrification of remaining 98% of market



**Customer Requirements for Mass Market Adoption**

**Energy / Capacity**
>300 mile range

**Fast Charging**
Charge in <15 min

**Cost**
< $30K, 300 mile EVs

**Battery Lifetime**
>12 years, >150k miles

**Safety**
Solid, non-oxidizable separator

**2% PHEV + BEV Penetration[2]**

QuantumScape
Source: International Organization of Motor Vehicle Manufacturers (OICA); IEA
(1) Based on 2019 global vehicle production; includes passenger vehicles, heavy trucks, buses and coaches (OICA). Battery opportunity assumes $100 / KWh and 50KWh+ battery pack.
(2) % of Global Car Stock in 2019 (IEA).

Case 3:21-cv-00058-WHO    Document 194-6    Filed 11/21/23    Page 11 of 29



7/14/22, 12:25 PM



https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=1188617772&type=html

19/36

Case 3:21-cv-00058-WHO   Document 164-3   Filed 07/14/22   Page 12 of 28



https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=1188617772&type=html

20/36

Case 3:21-cv-00058-WHO   Document 194-6   Filed 11/21/23   Page 14 of 29

## Lithium metal architecture addresses multiple requirements simultaneously



**Energy** — Significantly increases volumetric and gravimetric energy density by eliminating graphite/silicon anode host material.



**Fast Charge** — Enables <15-minute fast charge (0 to 80%) by eliminating lithium diffusion bottleneck in anode host material.



**Life** — Increased life by eliminating capacity loss at anode interface.



**Safety** — Eliminates organic separator. Solid-state separator is nonflammable and noncombustible.

**Cost** — Lower cost by eliminating anode host material and manufacturing costs.

Case 3:21-cv-00058-WHO   Document 194-6   Filed 11/21/23   Page 15 of 29



# Previous Attempts Have Been Unsuccessful

X = challenge

|  |  | Lithium Metal Anode | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Organics | | | | Inorganics | | | |
| Separator Requirements |  | Ionic liquids | Additives / Protected Layer | Gel | Polymer | Sulfides | Phosphates & Perovskites | Garnets | LiPON, borohydrides |
| 1 | Conductivity | X |  |  | X |  |  |  | X |
| 2 | Separator-Anode ASR |  | X | X | X |  | X | X |  |
| 3 | Lithium metal stability | X |  | X |  |  | X |  |  |
| 4 | Dendrite resistance | X | X | X | X | X | X | X | X |

Also must be thin and continuously processed at low cost over large area

QuantumScape



7/14/22, 12:25 PM

https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=118861777728&type=html

23/36



QuantumScape Corporation Form 8-K filed on Dec-08-2020

# QuantumScape Material & Cell





QuantumScape Corporation Form 8-K filed on Dec-08-2020



Case 3:21-cv-00058-WHO   Document 194-6   Filed 11/21/23   Page 20 of 29

# Power

Passed simulated OEM-specified track cycle with commercial area prototype

QS solid state cells can deliver aggressive automotive power profiles

**OEM Track Cycle**

Li-ion
C/Si anode

Commercial area (70x85mm) prototype
Zero Excess Li, 3.2mAh/cm², Single Layer
15 min fast charge to 80% SOC at 45 °C
(~280 mi in 15 min for 350-mile range BEV)
High power track profile discharge

QuantumScape

QuantumScape Corporation Form 8-K Filed on Dec-08-2020





7/14/22, 12:25 PM

Case 3:21-cv-00058-WHO   Document 164-8   Filed 07/14/22   Page 22 of 28

https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=1188617772&type=html

30/36

Case 3:21-cv-00058-WHO   Document 164-1   Filed 07/14/22   Page 23 of 28





https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=1188617772&type=html

31/36

7/14/22, 12:25 PM



# Material Performance: Thermal Stability

Solid state separator is not combustible and has high thermal stability

Lithium anode is chemically stable with separator and foil, even when molten

Based on solid-state separator material testing

Inherent stability with metallic lithium

Unlike a liquid electrolyte, QS solid-state separator has no appreciable reaction with molten lithium metal

Heat / Energy Release

Energy in System

2mW/mg

Lithium + QS Solid State Separator

Lithium + liquid electrolyte

Onset: 176.0 °C

179.9 °C

Temperature /°C

Lithium melting point

QuantumScape

https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=11886177728type=html                32/36

Case 3:21-cv-00058-WHO    Document 164-4    Filed 07/14/22    Page 25 of 28



Case 3:21-cv-00058-WHO    Document 194-6    Filed 11/21/23    Page 27 of 29

# Previous Lithium Metal Cells Have Been Commercially Unsuccessful





Case 3:21-cv-00058-WHO   Document 194-6   Filed 11/21/23   Page 28 of 29

# Today's Panel Discussions

## Moderator



**Dr. David Danielson**
- Managing Director, Breakthrough Energy Ventures
- Precourt Energy Scholar, Stanford
- Former Head of US DOE EERE Program

## Battery Science Panel



**Dr. Stanley Whittingham**
- Co-Inventor of the Lithium-Ion Battery
- 2019 Chemistry Nobel Prize Winner
- Distinguished Professor of Chemistry, Binghamton University (SUNY)
- Member QuantumScape Science Advisory Committee



**Dr. Paul Albertus**
- Former head, US DOE ARPA-E IONCS Solid-State Battery program
- Assistant Professor of Chemistry, University of Maryland

**Dr. Venkat Viswanathan**
- Battery expert, former lithium-air researcher
- Assistant Professor of Mechanical Engineering, Carnegie-Mellon University
- Member QuantumScape Science Advisory Committee

**Dr. Tim Holme**
- Founder and Chief Technology Officer, QuantumScape
- Research Associate, Stanford
- Ph.D. & MS Mechanical Engineering, Stanford

## Commercial Impact on the EV Market



**JB Straubel**
- Co-founder and CEO of Redwood Materials
- Co-founder and Former Chief Technology Officer, Tesla
- Board Member, QuantumScape

**Dr. Jürgen Leohold**
- Board Member, QuantumScape
- Former Head Group Research, Volkswagen
- Former Professor Vehicle Systems and Electrical Engineering, University of Kassel
- Board Member, QuantumScape



26

