# Exhibit 5

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL