Exhibit 6

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL