# Exhibit 7

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL