# Exhibit 8

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL