# Exhibit 9

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL