# Exhibit 10

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL