# Exhibit 11

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL