# Exhibit 12

# ENTIRE DOCUMENT LODGED CONDITIONALLY UNDER SEAL