# Exhibit 10

IGNACIO E. SALCEDA, State Bar No. 164017
Email: isalceda@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
REBECCA L. EPSTEIN, State Bar No. 168226
Email: bepstein@wsgr.com
ANDREW FRANTELA, State Bar No. 325278
Email: afrantela@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants QuantumScape*
*Corporation, Jagdeep Singh, Timothy*
*Holme, and Kevin Hettrich*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 3:21-CV-00058-WHO <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS' AMENDED INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

DEFENDANTS' AMENDED INITIAL
DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), defendants QuantumScape Corporation ("QuantumScape"), Jagdeep Singh, Kevin Hettrich, and Timothy Holme (collectively "Defendants"), through their attorneys, submit the following amended initial disclosures ("Amended Initial Disclosures").

These Amended Initial Disclosures are made to the best of Defendants' present knowledge, information, and belief.  In providing these Amended Initial Disclosures, Defendants have undertaken a reasonable effort to locate responsive information. Defendants' review into the facts of this action is ongoing, and Defendants reserve the right to clarify, amend, modify, or supplement the information contained in these disclosures if and when Defendants obtain supplemental information, to the extent required by the Federal Rules of Civil Procedure or the Local Rules.

These disclosures are made without waiver of, or prejudice to, any objections that Defendants may have regarding the subject matter of these disclosures or any documents or individuals identified herein and are made without waiver of any applicable privileges, work product protections, or privacy or other protections.  Defendants expressly reserve all objections both as to discoverability and admissibility.

## DISCLOSURES

### A.    Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i)

To the extent presently known by Defendants, the following individuals are likely to have discoverable information that Defendants may use to support their claims or defenses in this action.  The following disclosures do not include expert witnesses, who will be identified at a later date in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure.  Defendants expressly reserve the right to identify, depose, and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, Defendants learn that such additional persons have relevant knowledge. Defendants reserve the right to supplement these initial disclosures as may be appropriate and warranted.  Individuals currently or formerly employed by QuantumScape, as indicated below, should be contacted through counsel for QuantumScape.

DEFENDANTS' AMENDED INITIAL DISCLOSURES      -1-

| Name | Title | Topic(s) | Address |
|---|---|---|---|
| Jagdeep Singh | Chief Executive Officer | Individual Defendant<br><br>QuantumScape's business, technology, and public statements generally<br><br>Awareness of statements attributable to him in the Complaint, facts relating to those statements, and his state of mind at the time the statements were made<br><br>Allegations pertaining to him in the Complaint<br><br>The performance results of QuantumScape's battery cells<br><br>QuantumScape's December 8, 2020 Battery Showcase<br><br>QuantumScape financial reporting | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |

DEFENDANTS' AMENDED INITIAL DISCLOSURES        -2-

| **Name** | **Title** | **Topic(s)** | **Address** |
|---|---|---|---|
| Kevin Hettrich | Chief Financial Officer | Individual Defendant<br><br>QuantumScape's business, technology, and public statements generally<br><br>Allegations pertaining to him in the Complaint<br><br>The performance results of QuantumScape's battery cells<br><br>QuantumScape's December 8, 2020 Battery Showcase<br><br>QuantumScape financial reporting and cost and financial modeling | c/o Ignacio Salceda WILSON SONSINI GOODRICH & ROSATI Professional Corporation 650 Page Mill Road Palo Alto, CA 94304-1050 Telephone: (650) 493-9300 |

DEFENDANTS' AMENDED INITIAL DISCLOSURES      -3-

| Name | Title | Topic(s) | Address |
|------|-------|----------|---------|
| Timothy Holme | Chief Technology Officer | Individual Defendant<br><br>QuantumScape's business, technology, and public statements generally<br><br>Awareness of statements attributable to him in the Complaint, facts relating to those statements, and his state of mind at the time the statements were made<br><br>The performance results of QuantumScape's battery cells<br><br>QuantumScape's December 8, 2020 Battery Showcase | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| Mohit Singh | Chief Development Officer | QuantumScape's business, technology, and public statements generally<br><br>The performance results of QuantumScape's battery cells<br><br>QuantumScape's December 8, 2020 Battery Showcase | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |

DEFENDANTS' AMENDED INITIAL DISCLOSURES     -4-

| Name | Title | Topic(s) | Address |
|---|---|---|---|
| Jay Underwood | VP, Sales | QuantumScape's business and technology generally<br><br>The performance results of QuantumScape's battery cells<br><br>QuantumScape's December 8, 2020 Battery Showcase | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| George Hart | VP, Operations | QuantumScape's business, technology, and public statements generally<br><br>QuantumScape's cost and financial modeling | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| John Saager | Head of Investor Relations | QuantumScape's business, technology, and public statements generally | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| Wes Hermann | Vice President, Technical Program and Product Management | QuantumScape's business, technology, and public statements generally<br><br>The performance results of QuantumScape's battery cells | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |

DEFENDANTS' AMENDED INITIAL DISCLOSURES      -5-

| Name | Title | Topic(s) | Address |
|------|-------|----------|---------|
| Will Hudson | Vice President of Product | QuantumScape's business, technology, and public statements generally<br><br>The performance results of QuantumScape's battery cells | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| Marie Mayer | Former Director, Manufacturing & Yield Improvement | QuantumScape's business and technology generally<br><br>The performance results of QuantumScape's battery cells | c/o Ignacio Salceda<br>WILSON SONSINI GOODRICH & ROSATI Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| Brian Morin | CEO, Soteria Battery Innovation Group; President & COO of DreamWeaver International | Seeking Alpha report relied upon in the Complaint | 8 New Forest Ct.<br>Greenville, SC 29615 |
| Scorpion Capital LLC | | Scorpion Capital report relied upon in the Complaint | Scorpion Capital LLC<br>https://scorpioncapital.com |

Defendants identify Lead Plaintiff Frank Fish, named plaintiffs Mary Cranny and Kathy Stark, their  financial advisors, and any additional class representatives proposed by Plaintiffs, as persons likely to have discoverable information that they may use to support their defenses in this matter. The subjects of information that Plaintiffs are likely to have

include, but are not limited to: (1) Plaintiffs' investment in, and ownership of, QuantumScape common stock; (2) the unspecified sources of information referred to in the Second Consolidated Class Action Complaint ("Complaint") including, but not limited to, the identity of those sources and the nature and extent of communications between Plaintiffs and those sources; (3) whether Plaintiffs have had communications with any third parties regarding QuantumScape; (4) issues relating to class certification, including, but not limited to, the class certification requirements set forth in the Federal Rules of Civil Procedure; (5) the alleged impact on market price of QuantumScape's common stock by any of the matters referred to in the Complaint; (6) Plaintiffs' reliance on the alleged misstatements and/or omissions alleged in the Complaint; and (7) Plaintiffs' alleged damages.

In addition, Defendants anticipate that nonparties, including, but not limited to, former QuantumScape employees with knowledge of QuantumScape's business practices and testing procedures, analysts who covered QuantumScape, and other nonparties, may have discoverable information that Defendants may use to support their claims or defenses.

Defendants also reserve the right to obtain discovery in support of their claims or defenses from any witness identified in Lead Plaintiff's Rule 26(a)(1) disclosures.

### B. Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii)

The following are the categories of documents and things that are either publicly available, available from third parties, or in the possession, custody, or control of QuantumScape which Defendants may use to support their claims or defenses, unless solely for impeachment. Nonpublic documents in the possession, custody, or control of Defendants will be available through their undersigned counsel. Defendants have produced documents in response to Plaintiffs' document requests rather than with these Amended Disclosures. Defendants expressly reserve the right to supplement these Disclosures and rely on additional documents:

DEFENDANTS' AMENDED INITIAL DISCLOSURES      -7-

- QuantumScape's filings with the U.S. Securities and Exchange Commission during the putative class period with respect to the matters at issue in the Complaint;

- Press releases issued by QuantumScape during the putative class period with respect to the matters at issue in the Complaint;

- QuantumScape's filings with the U.S. Securities and Exchange Commission, including letters to shareholders and press releases, after the putative class period with respect to QuantumScape's technical development and manufacturing scale-up progress;

- Documents reflecting public conference calls and presentations Defendants made to securities industry professionals during the putative class period, including, but not limited to, transcripts, slide/PowerPoint presentations, and handouts;

- Documents used to prepare any of the public statements alleged in the Complaint;

- Reports about QuantumScape issued by financial or securities analysts during the putative class period;

- Board and committee minutes and materials during the putative class period with respect to the matters at issue in the Complaint; and

- Data, testing results, and analysis regarding QuantumScape's battery technology.

In addition, Defendants anticipate using the following categories of documents that are within Plaintiffs' possession, custody, or control and/or are in the custody of counsel for Plaintiffs:

- Documents concerning Plaintiffs' transactions in QuantumScape securities and other securities;

- Documents concerning Plaintiffs' suitability to serve as a class representative;

DEFENDANTS' AMENDED INITIAL DISCLOSURES       -8-

- Documents concerning QuantumScape, any of the Defendants, the allegations in the Complaint, and/or the instant action;

- Documents concerning any damages allegedly sustained by Plaintiffs and/or the putative class as a result of the alleged conduct in the Complaint;

- Documents concerning Plaintiffs' involvement or participation in other lawsuits or legal proceedings;

- Documents concerning Brian Morin's Seeking Alpha blog of January 4, 2021 (corrected on January 13, 2021), the Scorpion Capital report of April 15, 2021, and any unnamed witnesses referred to in the Complaint.

Defendants also anticipate that nonparties may have discoverable documents that Defendants may use to support their claims or defenses.

Defendants identify these categories of documents without waiver of their right to object to the production of any particular document and/or document request. To the extent that certain of the documents or information contained in the identified categories may be protected from discovery by the attorney-client privilege, work product protection and other applicable privileges and immunities, these Disclosures do not waive any such privileges, which Defendants expressly reserve. Furthermore, Defendants make this Disclosure based upon their investigation thus far. Discovery, fact investigation, and trial preparation are ongoing, and Defendants reserve the right to supplement or amend these Disclosures in light of further discovery, fact investigation, and trial preparation, if required, in accordance with Rule 26(e).

**C.      Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii)**

Defendants are not claiming any damages at this time.

**D.      Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv)**

There are D&O insurance agreements that may be liable to satisfy all or part of a possible judgment in this action, or to indemnify or reimburse for payments made to satisfy such a judgment.  Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), Defendants have

DEFENDANTS' AMENDED INITIAL DISCLOSURES      -9-

provided copies of these insurance agreements to Plaintiffs.  The insurance companies are:

> ABC Coverage
>
> Ascot Insurance Company
>
> Fair American Select Insurance Company
>
> Beazley Insurance Company, Inc.
>
> Endurance American Specialty Insurance Company
>
> Old Republic Professional Liability, Inc.
>
> RSUI Indemnity Company
>
> XL Specialty Insurance Company

* * *

Pursuant to Federal Rule of Civil Procedure 26(g), the undersigned attorney certifies that, to the best of his knowledge, information, and belief formed after a reasonable inquiry, the disclosures contained herein are complete and correct as of the time made.

Dated:  November 16. 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: __/s/ *Ignacio E. Salceda*__
　　　Ignacio E. Salceda
　　　Email:  isalceda@wsgr.com

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

*Attorneys for Defendants QuantumScape Corporation, Jagdeep Singh, Timothy Holme, and Kevin Hettrich*

**PROOF OF SERVICE**

I, Andrew Frantela, certify:

I am employed as an attorney with Wilson Sonsini Goodrich & Rosati, Professional Corporation in Santa Clara County, California.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**DEFENDANTS' AMENDED INITIAL DISCLOSURES**

☒     By forwarding the document(s) by electronic transmission on this date to the Internet email addresses listed below:

**Levi & Korsinsky, LLP**

| | |
|---|---|
| Adam C. McCall | Email: amccall@zlk.com |
| Nicholas I. Porritt | Email: nporritt@zlk.com |
| Adam M. Apton | Email: aapton@zlk.com |
| Maxwell Weiss | Email: mweiss@zlk.com |
| Greg Potrepka | Email: gpotrepka@zlk.com |
| Shannon Hopkins | Email: shopkins@zlk.com |
| Elizabeth K. Tripodi | Email: etripodi@zlk.com |

*Attorneys for Plaintiffs*

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for the processing of documents for delivery according to the instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California on November 16, 2023.

          */s/ Andrew Frantela*

DEFENDANTS' AMENDED INITIAL DISCLOSURES        -11-