IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:        isalceda@wsgr.com
                  dbish@wsgr.com
                  bepstein@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Timothy
Holme, and Kevin Hettrich*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | CASE NO.:  3:21-CV-00058-WHO |
| | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXPERT DISCOVERY DEADLINES** |

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING EXPERT DISCOVERY
3:21-CV-00058-WHO

WHEREAS, pursuant to the Court's Order Regarding Case Schedule entered in this action on June 8, 2023, opening expert reports were due February 23, 2024, rebuttal expert reports were due on April 19, 2024, and the expert discovery deadline was set for May 10, 2024. ECF No. 190.

WHEREAS, Plaintiffs received additional discovery on February 22, 2024 for which they asked Defendants to agree to Plaintiffs having some additional time to review prior to submitting expert reports;

WHEREAS, Plaintiffs served Defendants with opening expert reports on March 1, 2024 and Defendants intend to serve Plaintiffs with rebuttal expert reports responding to Plaintiffs' opening reports;

WHEREAS, to provide Plaintiffs with an extra week for opening reports and not shorten the time for Defendants' rebuttal reports or the time that Plaintiffs will have to take the depositions of Defendants' expert witnesses, the Parties agreed to extend opening and rebuttal expert report deadlines and the expert discovery deadline by one week;

WHEREAS, a one-week extension concerning expert reports and the expert discovery deadline does not affect any other case deadlines;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the respective parties hereto that, subject to Court approval, the following extensions shall be granted:

1. Defendants shall have until April 26, 2024 to serve Plaintiffs with their expert rebuttal reports, with such reports to contain the disclosures required by Federal Rule of Civil Procedure Rule 26(a)(2) for rebuttal expert witnesses.

2. The expert discovery deadline shall be May 17, 2024.

3. The extensions in this Stipulation do not change any other case deadlines pursuant to the Order Regarding Case Schedule entered in this action on June 8, 2023 (ECF No. 190).

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER    -1-
REGARDING EXPERT DISCOVERY
CASE NO.:  3:21-CV-00058-WHO

DATED: March 8, 2024

LEVI & KORSINSKY, LLP

By: */s/ Adam C. McCall*
      Adam C. McCall

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East
Suite 100 - #3425
San Francisco, CA 94111
Tel: 415-373-1671
aapton@zlk.com
amccall@zlk.com

Nicholas I. Porritt (admitted *Pro Hac Vice)*
1101 Vermont Avenue, NW
Washington, DC 20005
Tel: 202-524-4294
nporritt@zlk.com

Shannon L. Hopkins (admitted *Pro Hac Vice)*
Gregory M. Potrepka (admitted *Pro Hac Vice)*
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Attorneys for Lead Plaintiff and the Class*

DATED: March 8, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Rebecca L. Epstein*
      Rebecca L. Epstein

Ignacio E. Salceda (SBN 164017)
Dale Bish (SBN 235390)
Rebecca L. Epstein (SBN 168226)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
isalceda@wsgr.com
dbish@wsgr.com
bepstein@wsgr.com

*Attorneys for Defendants QuantumScape*
*Corporation, Jagdeep Singh, Timothy*
*Holme, and Kevin Hettrich*

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT DISCOVERY
CASE NO.:  3:21-CV-00058-WHO

-2-

[~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: **March 11, 2024**

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                     -3-
REGARDING EXPERT DISCOVERY
CASE NO.:  3:21-CV-00058-WHO

**ATTESTATION**

I, Rebecca L. Epstein, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY DEADLINES**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: March 8, 2024                                    WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation

                                                        By:  */s/ Rebecca L. Epstein*
                                                                  Rebecca L. Epstein

STIPULATION AND [PROPOSED] ORDER                    -4-
REGARDING EXPERT DISCOVERY
3:21-CV-00058-WHO