IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:       isalceda@wsgr.com
                dbish@wsgr.com
                bepstein@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Timothy
Holme, and Kevin Hettrich*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | CASE NO.:  3:21-CV-00058-WHO |
| | **STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ALL PROCEEDINGS AND VACATE DATES IN SCHEDULING ORDERS** |

1   Defendants QuantumScape Corporation, Jagdeep Singh, Kevin Hettrich, and Timothy

2   Holme ("Defendants") and Lead Plaintiff Frank Fish, named Plaintiff Mary Cranny, and named

3   Plaintiff Kathy Stark ("Plaintiffs") (collectively with Defendants, the "Parties") stipulate and agree

4   as follows:

5   WHEREAS, on June 8, 2023, the Court entered the Parties' stipulated case schedule (the

6   "Case Schedule Order"), setting various deadlines for the completion of discovery, dispositive

7   motion practice, and setting a trial date of February 24, 2025 (ECF No. 190);

8   WHEREAS, on March 11, 2024, the Court entered the Parties' stipulated extension of

9   certain expert discovery deadlines (ECF No. 209), leaving the remaining deadlines in the Case

10  Schedule Order unaffected;

11  WHEREAS, the Parties reached an agreement in principle to settle the litigation, and

12  subsequently entered a Stipulation of Settlement, with related exhibits;

13  WHEREAS, on June 11, 2024, Plaintiffs filed their Motion for Preliminary Approval of

14  Proposed Class Action Settlement (the "Preliminary Approval Motion");

15  WHEREAS, the Parties agree that to conserve judicial and the Parties' resources, all

16  deadlines should be vacated;

17  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties

18  through their undersigned counsel, that:

19      1.  All deadlines in this action are vacated other than in connection with the Court's

20          review of the proposed settlement, including the Preliminary Approval Motion.

21  **IT IS SO STIPULATED.**

22

23  DATED: June 11, 2024                    LEVI & KORSINSKY, LLP

24

25                                          By: */s/ Nicholas I. Porritt*
                                                Nicholas I. Porritt

26                                          Adam M. Apton (SBN 316506)
                                            1160 Battery Street East
27                                          Suite 100 - #3425
                                            San Francisco, CA 94111
                                            Tel: 415-373-1671

28  STIPULATION AND [~~PROPOSED~~] ORDER          -1-
    TO STAY PROCEEDINGS AND VACATE
    SCHEDULING ORDERS
    CASE NO.:  3:21-CV-00058-WHO

aapton@zlk.com

Nicholas I. Porritt (admitted *Pro Hac Vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: 212-363-7500
nporritt@zlk.com

Shannon L. Hopkins (admitted *Pro Hac Vice*)
Gregory M. Potrepka (admitted *Pro Hac Vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Attorneys for the Lead and Named Plaintiffs
and the Class*

DATED: June 11, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Ignacio E. Salceda*
Ignacio E. Salceda

Ignacio E. Salceda (SBN 164017)
Dale Bish (SBN 235390)
Rebecca L. Epstein (SBN 168226)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
isalceda@wsgr.com
dbish@wsgr.com
bepstein@wsgr.com

*Attorneys for Defendants QuantumScape
Corporation, Jagdeep Singh, Timothy
Holme, and Kevin Hettrich*

1

**[~~PROPOSED~~] ORDER**

2

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3

4

5

DATED:    **June 12, 2024**                    _____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER              -3-
TO STAY PROCEEDINGS AND VACATE
SCHEDULING ORDERS
CASE NO.:  3:21-CV-00058-WHO

1

**ATTESTATION**

2       I, Ignacio E. Salceda, am the ECF User whose identification and password are being

3   used to file the **STIPULATION AND [PROPOSED] ORDER TO STAY ALL**

4   **PROCEEDINGS AND VACATE DATES IN SCHEDULING ORDERS**.  In compliance

5   with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

6

7   Dated: June 11, 2024

8                                                   By: _/s/ Ignacio E. Salceda_
                                                          Ignacio E. Salceda

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28