**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** July 17, 2024 | **Time:** 4 minutes 1:57 p.m. to 2:01 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 21-cv-00058-WHO | **Case Name:** In re QuantumScape Securities Litigation | |

**Attorney for Plaintiffs:**    Nicholas I. Porritt
**Attorneys for Defendants:**   Ignacio Salceda and Rebecca L. Epstein

**Deputy Clerk:** Jean Davis                          **Court Reporter:** Summer Fisher

**PROCEEDINGS**

Hearing on motion for preliminary approval of class action settlement conducted via videoconference. The Court requests that the language regarding objections in the Notice (paragraphs 80-85) and Summary Notice be amended to comply with the NDCA Guidance regarding class action settlements, and specifies the changes. Upon receipt of the revised order in WORD with the date for the final fairness hearing, the Court anticipates granting preliminary approval, as the proposed settlement represents a fair and adequate result for class members. The Court advises regarding the current practice of withholding ten to twenty percent of the fee award until the Post Distribution Accounting is completed and filed.

**Final Fairness Hearing set for November 13, 2024 at 2:00 p.m.**