# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES
CLASS ACTION LITIGATION

Case No. 3:21-CV-00058-WHO

[PROPOSED] ORDER AWARDING
ATTORNEYS' FEES AND EXPENSES, AND
AN AWARD TO PLAINTIFFS PURSUANT TO
15 U.S.C. §78u-4(a)(4)

THIS MATTER having come before the Court on November 13, 2024, on the motion of Plaintiffs' Counsel for an award of attorneys' fees and expenses, and an award to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) (ECF 318) in the above-captioned actions; the Court having considered all papers filed and proceedings conducted herein and otherwise being fully informed of the matters hereto and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated June 11, 2024 (the "Stipulation"). ECF 211-2.

2.    This Court has jurisdiction over the subject matter of the Actions and all matters relating hereto, including all members of the Class who have not timely and validly requested exclusion.

3.    Notice of Plaintiffs' Counsel's motion for attorneys' fees and payment of expenses was given to all Class Members who could be identified with reasonable effort. The form and method of notifying the Class of the motion for attorneys' fees and expenses met the requirements of Rules 23 and 54 of the Federal Rules of Civil Procedure, Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(7), as amended by the Private Securities Litigation Reform Act of 1995, due process, and any other applicable law, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4.    The Court hereby awards Plaintiffs' Counsel attorneys' fees of 30% of the Settlement Amount in the amount of $14,250,000.00, plus expenses in the amount of $1,865,818.53, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate, fair, and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the contingent nature of the representation, awards in similar cases, the time and effort involved, and the result obtained for the Class.

5.    The awarded attorneys' fees and expenses and interest earned thereon shall be paid to Lead Counsel from the Settlement Fund immediately upon entry of this Order, subject to the terms, conditions, and obligations of the Stipulation, the terms, conditions, and obligations of which are incorporated herein

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES, AND AN AWARD TO CLASS REPRESENTATIVE PURSUANT TO 15 U.S.C. §78u-4(a)(4) – 3:21-cv-00058-WHO

6.    In making this award of fees and expenses to Lead Counsel, the Court has considered and found that:

a.    the Settlement has created a fund of $47,500,000 in cash that is already on deposit, and numerous Class Members who submit, or have submitted, valid Proof of Claim forms will benefit from the Settlement created by Plaintiffs' Counsel;

b.    over 129,000 copies of the Postcard Notice were disseminated to potential Class Members indicating that Lead Counsel would move for attorneys' fees not to exceed 33% of the Settlement Amount and for expenses in an amount not to exceed $2,200,000, plus interest thereon, and no objections to the fees or expenses were filed by Class Members;

c.    Plaintiffs' Counsel have pursued the Actions and achieved the Settlement with skill, perseverance, and diligent advocacy;

d.    Plaintiffs' Counsel have expended substantial time and effort pursuing the Actions on behalf of the Class;

e.    Plaintiffs' Counsel pursued this Action on a contingent basis, having received no compensation during the Actions, and any fee amount has been contingent on the result achieved;

f.    the Action involves complex factual and legal issues and, in the absence of settlement, would involve lengthy proceedings whose resolution would be uncertain;

g.    had Plaintiffs' Counsel not achieved the Settlement, there would remain a significant risk that the Class may have recovered less or nothing from Defendants;

h.    Plaintiffs' Counsel have devoted over 15,939.65 hours, with a lodestar value of $9,563,611.25 to achieve the Settlement

i.    Plaintiffs approved the amount of attorneys' fees awards as fair and reasonable;

j.    the attorneys' fees and expenses awarded are fair and reasonable and consistent with awards in similar cases within the Ninth Circuit.

7.    Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards Lead Plaintiff $30,000.00, and $5,000 each to Additional Plaintiffs for their time and expenses representing the Class.

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES, AND AN AWARD TO CLASS REPRESENTATIVE PURSUANT TO 15 U.S.C. §78u-4(a)(4) – 3:21-cv-00058-WHO

IT IS SO ORDERED.

DATED: _____                    _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES, AND AN AWARD TO
CLASS REPRESENTATIVE PURSUANT TO 15 U.S.C. §78u-4(a)(4) – 3:21-cv-00058-WHO