# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION | Case No. 3:21-cv-00058-WHO<br><br>**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING: (A) CONTINUED DISSEMINATION OF THE POSTCARD NOTICE; (B) UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED**<br><br>JUDGE: Hon. William H. Orrick III |

SUPPLEMENTAL DECLARATION OF
ADAM D. WALTER
Case No. 3:21-cv-00058-WHO

I, Adam D. Walter, declare as follows:

1.      I am a Director at A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. A.B. Data was retained by Lead Counsel to serve as the Claims Administrator in connection with the Settlement of the above-captioned action ("Action").[1] I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Adam D. Walter Regarding: (A) Dissemination of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated October 9, 2024 (Dkt. 216-7) ("Initial Mailing Declaration"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## CONTINUED DISSEMINATION OF NOTICE

2.      Since the execution of the Initial Mailing Declaration, A.B. Data has continued to disseminate notice in response to requests from potential Class Members and Nominees. Through November 6, 2024, A.B. Data has disseminated an aggregate of 133,799 Postcard Notices to potential Class Members and Nominees via First-Class Mail.[2]

3.      The Notice informed potential Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to A.B. Data, either online or postmarked, by December 13, 2024. As of November 6, 2024, A.B. Data has received

---

[1]      Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated as of June 11, 2024 (Dkt. 211-2), or in the Initial Mailing Declaration (defined herein).

[2]      A.B. Data has re-mailed 912 Postcard Notices to persons whose original mailings were returned by the U.S. Postal Service ("USPS") as undeliverable and for whom updated addresses were either provided to A.B. Data by the USPS or obtained by A.B. Data through a third-party vendor.

SUPPLEMENTAL DECLARATION OF
ADAM D. WALTER
Case No. 3:21-cv-00058-WHO

1

approximately 4,978 Claims.

## UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE

4.      A.B. Data continues to maintain the case-specific, toll-free telephone number (1-866-778-9623) with interactive voice response system ("IVR") and live operators, along with the case-dedicated email address (info@QuantumScapeSettlement.com), to accommodate inquiries about the Action and the Settlement from potential Class Members. A.B. Data has promptly responded to each telephone and email inquiry and will continue to respond to these inquiries until the conclusion of the administration.

5.      A.B. Data also continues to maintain the dedicated Settlement website, www.QuantumScapeSettlement.com, to further assist potential Class Members. On October 28, 2024, A.B. Data posted to the Settlement website copies of the papers filed in support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and Awards Pursuant to 15 U.S.C. §78u-4(a)(4).

6.      A.B. Data will continue maintaining and, as appropriate, updating the toll-free telephone number/IVR and Settlement website until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED

7.      The Notice informed potential Class Members that requests for exclusion from the Class were to be addressed to *QuantumScape Settlement*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, and received no later than October 9, 2024. A.B. Data has monitored all mail delivered to the P.O. Box for the Settlement. As of the date of this Declaration, A.B. Data has received twelve (12) requests for exclusion from the Class.  A list of the individuals and entities requesting exclusion from the Class and their city and state (if provided in the exclusion request) is attached hereto as Exhibit 1.

8.      According to the Notice, Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation, Plaintiffs' Counsel's Fee and Expense Application

SUPPLEMENTAL DECLARATION OF                    2
ADAM D. WALTER
Case No. 3:21-cv-00058-WHO

and/or the Award to Plaintiffs were required to submit their objection in writing such that the request was received by the Court no later than October 23, 2024. Although Class Members were not required to send objections to A.B. Data, A.B. Data has not received any misdirected objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November 2024.

_____
Adam D. Walter

SUPPLEMENTAL DECLARATION OF   3
ADAM D. WALTER
Case No. 3:21-cv-00058-WHO

**Exhibit 1**

1. Yevgeniya Rivers
   Not Provided

2. Joshua Mayer
   Colorado Springs, CO

3. Hung Van Nguyen
   Denver, CO

4. Rotem Yossef
   Not Provided

5. Steven Pickett
   Not Provided

6. Nicolas Lau
   Not Provided

7. Julie Lagan
   Not Provided

8. Patrick Orendorz-Bell
   Not Provided

9. Jeffrey R. Paul
   Tomball, TX

10. Jonathan D. Sato
    Campbell, CA

11. Jeffrey Lee Dunmire
    Vandergrift, PA

12. Kyle C. Wilson
    Panama City Beach, FL