**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** 11/13/2024 | **Time:** 12 minutes 2:09 p.m. to 2:21 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 21-cv-00058-WHO | **Case Name:** Malriat v. QuantumScape Corporation | |

**Attorney for Plaintiff:**     Nicholas I. Porritt
**Attorney for Defendant:**   Ignacio E. Salceda

**Deputy Clerk:** Jean Davis                    **Court Reporter:** LeeAnne Shortridge

**PROCEEDINGS**

Final Fairness Hearing conducted via videoconference. The Court queries counsel as to the total number of shares and the percentage of shares represented in the claims.  Counsel did not have that information, given that the claims deadline is December 14, 2024.

The Court finds the settlement and the proposed awards and fees generally appropriate – but will hold off on final approval until a final accounting of the number of claims and shares covered by those claims is submitted.

The Court intends to award attorney fees in the amount of 30% of the gross settlement fund, but will not grant the separate request to recover contract attorney time as an expense.  The Court will grant enhancement payments to the lead plaintiff and two class representatives but will award the lead plaintiff an enhancement proportional to the time spent, in light of the awards requested for the class representatives.  Fish shall receive an enhancement of $12,500, and Cranny and Stark shall each receive $5000.

Therefore, within seven days of the claim deadline, plaintiff counsel shall provide a declaration addressing the final number of claims and the number of shares covered by those claims.  In that declaration, assuming granting of final approval, counsel shall also provide a date to submit the Post-Distribution Accounting Report (to occur after payments become stale) and a further Case Management Conference to address any remaining issues raised in the Post-Distribution Accounting.