Adam M. Apton (SBN 316506)
1160 Battery Street East
Suite 100 - 3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Counsel for Plaintiffs and the Class*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QuantumScape Securities Class Action Litigation | Case No 3:21-cv-00058-WHO <br><br> **SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** <br><br> JUDGE: Hon. William H. Orrick III |

Pursuant to the Court's minute entry dated November 13, 2024, Plaintiffs hereby submit this supplemental memorandum in support of their motion for final approval of the Settlement and the proposed Plan of Allocation.

As set forth in the attached Declaration of Nicholas I. Porritt, the total number of claims submitted by the deadline of December 13, 2024 was 197,357. These claims covered 966,884,863 shares of QuantumScape common stock. During the Class Period, the total number of QuantumScape shares publicly available for purchase ranged from 25 million to 77.55 million. The total volume of shares traded during the Class Period was approximately 1.7 billion of which Plaintiffs' experts estimated between 102 million and 112 million were damaged. Thus, the claims submitted cover 56% of the total number of shares traded during the Class Period and 862% of estimated damaged shares. After audit and review by the Claims Administrator, many of the shares covered by the submitted claims will likely be found not to be damaged and thus not be entitled to a distribution from the Settlement Fund.

After consulting with the Claims Administrator, Plaintiffs submit that they should be able to submit the Post-Distribution Accounting Report by December 9, 2025. Plaintiffs propose a Case Management Conference to address any remaining issues regarding the post-distribution accounting to be held on December 16, 2025 at 2:00 p.m.

For the foregoing reasons and the reasons set forth in their initial memorandum in support of the motion and their memorandum in reply, Plaintiffs respectfully request that the Court grant the unopposed motion for final approval of the Settlement and approve the proposed Plan of Allocation.

PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL
OF SETTLEMENT AND PLAN OF ALLOCATION – 1
Case No. 3:21-cv-00058-WHO

Dated: December 16, 2024     Respectfully submitted,


**LEVI & KORSINSKY, LLP**

 /s/ Nicholas I. Porritt    .
Nicholas I. Porritt
Max E. Weiss
33 Whitehall St., 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Email: nporritt@zlk.com
Email: mweiss@zlk.com
(*admitted pro hac vice*)


Adam M. Apton (SBN 316506)
1160 Battery Street East
Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Lead Counsel for Plaintiffs and the Class*

PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL
OF SETTLEMENT AND PLAN OF ALLOCATION – 2
Case No. 3:21-cv-00058-WHO