Adam M. Apton (SBN 316506)
1160 Battery Street East
Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Counsel for Plaintiffs and the Class*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QuantumScape Securities Class Action Litigation | Case No. 4:21-cv-00058-WHO |
| | **SUPPLEMENTAL DECLARATION OF NICHOLAS I. PORRITT IN SUPPORT OF: PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |
| | Honorable Hon. William H. Orrick III |

I, Nicholas I. Porritt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney admitted pro hac vice before this Court. I am a partner in the firm of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Frank Fish, Plaintiffs Mary Cranny and Kathy Stark, and the Class.[1] Levi & Korsinsky was appointed as Class Counsel in this matter by order of this Court dated December 18, 2022. ECF No. 183. I was actively involved in the prosecution of this Action, am familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon my supervision of, and participation in, all material aspects of the Litigation. If called upon to testify, I could and would do so truthfully and accurately.

2.      I respectfully submit this declaration in support of Lead Plaintiff's application, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for approval of: (a) the Stipulation for a cash settlement of $47,500,000 on behalf of the Class; and (b) the proposed Plan of Allocation.

3.      The Preliminary Approval Order (ECF No. 215) directed that the Postcard Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Fairness Hearing; and (iii) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Postcard Notice") be disseminated to the Settlement Class.  also set a deadline of October 23, 2024 for Settlement Class Members to submit objections to the Settlement, the Plan of Allocation, and/or the Fee Memorandum or to request exclusion from the Settlement Class and set a final fairness hearing date of November 13, 2024 (the "Settlement Hearing"). The Preliminary Approval Order set a Claims deadline of December 13, 2024.

4.      The Court held the Settlement Hearing on November 13, 2024. By minute entry dated the Court ordered plaintiffs' counsel to submit a declaration by December 20, 2024 addressing the final number of claims and the number of shares covered by those claims.

5.      According to A.B. Data, the total number of claims submitted by the deadline of December 13, 2024 was 197,357. These claims covered 966,884,863 shares of QuantumScape

[1] Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated June 11, 2024 (ECF 211-2) (the "Stipulation")

common stock. During the Class Period, the total number of QuantumScape shares publicly available for purchase ranged from 25 million to 77.55 million. The total volume of shares traded during the Class Period was approximately 1.7 billion of which Plaintiffs' experts estimated between 102 million and 112 million were damaged. Thus, the claims submitted cover 56% of the total number of shares traded during the Class Period and 862% of estimated damaged shares. After audit and review by the Claims Administrator, many of the shares covered by the submitted claims will likely be found not to be damaged and thus not be entitled to a distribution from the Settlement Fund.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 16th day of December 2024 in Washington, D.C..

_____
NICHOLAS I. PORRITT