UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QuantumScape Securities Class Action | Case No. 21-cv-00058-WHO<br><br>**ORDER REGARDING FINAL APPROVAL AND SETTING A FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 223 |

I have reviewed plaintiff's supplemental brief in support of class action, disclosing the number of claims filed by the December 13, 2024 claims submission deadline. Dkt. No. 223. As disclosed, the number of claims is highly inflated and once the claims administrator reviews the claims, the number of valid claims is likely to be substantially lower. *Id.*

The Northern District's Class Action Settlement Guidance – which I have adopted as mandatory[1] – normally requires final approval papers to disclose the number of "valid claims" as one of the key metrics to support final approval. *See* Guidance, Final Approval ¶ 1 (requiring disclosure at final approval of "the number of class members who submitted valid claims"). In this case, I do not know the number of valid claims as plaintiff admits the number of claims covers 862% of the potentially damaged shares. Dkt. No. 223. Nor do I know what the claims administrator will do, or at what expense, to validate claims.

Therefore, a further Case Management Conference is set for January 21, 2025, at 2:00 pm by videoconference with a further statement filed on January 14, 2025, so that counsel can inform me of how the claims administrator determined valid claims, at what cost, and how many valid

[1] *See* https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/; *see also* https://cand.uscourts.gov/judges/orrick-william-h-who/ Standing Order for Civil Cases, ¶ 8 (making Guidance mandatory).

United States District Court
Northern District of California

claims have been submitted.  If that information will not be available by that date, plaintiff and defendant may stipulate to continue the further CMC and statement to dates after that information will be available.  If there is some reason plaintiffs believe that this information is unnecessary for the court to consider before granting final approval, plaintiffs should explain it.

**IT IS SO ORDERED.**

Dated: December 17, 2024

William H. Orrick
United States District Judge