**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re QuantumScape Securities Class Action Litigation | Case No 3:21-cv-00058-WHO<br><br>**DECLARATION OF ADAM D. WALTER REGARDING: (A) STATUS OF PROOFS OF CLAIM PROCESSED; (B) ADMINISTRATIVE PROCESS FOR PROCESSING PROOFS OF CLAIM; AND (C) ADMINISTRATIVE COSTS**<br><br>JUDGE:    Hon. William H. Orrick III<br>Date:     January 21, 2025<br>Time:    2:00 p.m. |

I, Adam D. Walter, declare as follows:

1.  I am a Director at A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. A.B. Data was retained by Lead Counsel to serve as the Claim Administrator in connection with the Settlement of the above-captioned action ("Action").[1] I submit this Declaration to provide the Court with an update on the status of Proofs of Claim processed to date, upcoming administrative steps, and estimated administrative costs. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**PROOFS OF CLAIM PROCESSED TO DATE**

2.  Class Members who wish to be eligible to receive a distribution from the Net Settlement Fund were required to complete and submit to A.B. Data a properly executed Proof of Claim either by mail or online such that it was postmarked or received no later than the claim filing deadline on December 13, 2024. As of the December 13, 2024, claim filing deadline, A.B. Data received 197,357 timely-submitted Proof of Claims. As of the date of this declaration, A.B. Data has processed 146,459 of these Proofs of Claim with the remaining Proofs of Claims in queue for processing. A.B. Data has also received after the December 13, 2024 claims deadline an additional 1,836 Proofs of Claim that will be submitted for processing. In consultation with Plaintiffs' Counsel, A.B. Data will continue to process late Proofs of Claim as long as it will not cause any delay to the initial distribution of the Net Settlement Fund.

3.  The Plan of Allocation contained in the Court-approved Notice provides the provisions and calculations necessary to determine whether each claim submitted calculates to a "Recognized Claim". Specifically, the Plan of Allocation provides the "Corrective Disclosure Dates" that each claimant must have held their shares through to have a compensable loss in this Settlement ("Damaged Shares"). A.B. Data has developed an algorithm to apply to each Proof of Claim to determine whether it is eligible with a Recognized Loss Amount using the First In, First Out methodology under the

---

[1]   Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated as of June 11, 2024 (Dkt. 211-2).

DECLARATION OF ADAM D. WALTER          1
Case No. 3:21-cv-00058-WHO

proposed Plan of Allocation.

4.    Of the 146,549 Proofs of Claim processed to date, A.B. Data has preliminarily determined that 83,521 Proofs of Claim are currently eligible with a total Recognized Loss Amount of $243,124,816.96.[2] The 83,521 eligible Proofs of Claim processed to date include a total of 41,251,746 Damaged Shares.

5.    Based on A.B. Data's experience, in typical securities class action settlements, the total number of damaged shares is significantly less than the total number of shares purchased during the class period and contained in submitted proofs of claim because of the high number of shares purchased during the class period which are either sold prior to the corrective disclosure dates included in the plan of allocation – for example, an intraday purchase and sale - or sold for a market gain, such as selling stock short and making a covering purchase. Even eligible proofs of claim may include a significant number of transacted shares that do not generate a recognized loss amount because of the timing of the transactions or the sale of shares purchased during the class period resulting in a market gain.

6.    The total shares purchased during the Class Period covered by the timely-submitted Proof of Claims processed to date is 733,245,885. The preliminary figure of 41,251,746 Damaged Shares, or 5.6% of Damaged Shares compared to the total shares purchased during the Class Period submitted in the Proofs of Claim, is consistent with A.B. Data's recent experience in administering securities class action settlements. Based upon my review of 10 securities class action settlements administered by A.B. Data since January 1, 2022, the number of damaged shares covered by eligible proofs of claims to the total number of shares submitted in eligible proof of claims in the majority of these settlements is within the 5%-15% range. The 83,521 eligible Proofs of Claim preliminarily processed to date equate to 42.3% of the 197,357 timely-submitted Proofs of Claim. Based on this same review of recent securities class action settlements, the 42% rate is higher than the average of these securities class action settlements and may increase as additional eligible Proofs of Claim are

---

[2]    A portion of the eligible claims contain deficiencies which each claimant will have an opportunity to cure resulting in a change in the Recognized Loss Amounts currently reported.

DECLARATION OF ADAM D. WALTER                2
Case No. 3:21-cv-00058-WHO

processed.

7.      In A.B. Data's experience, the number of claims submitted by filers who submit claims on behalf of individuals or institutions has increased substantially over the last few years resulting in an increase in the total number of claims and shares submitted in securities class action settlements. These claims may cover a very large number of shares but the vast majority of those shares will not be damaged and have no recognized loss amount under the plan of allocation. For instance, one Proof of Claim submitted in this Settlement from an investment firm covers in excess of 350 million shares purchased during the Class Period. Based on A.B. Data's preliminary review of this Proof of Claim, it is anticipated that a significant portion of these 350 million shares purchased during the Class Period will not have a Recognized Loss Amount under the proposed Plan of Allocation as a result of the shares primarily being bought and sold during the Class Period before or between Corrective Disclosure Dates.

8.      A.B. Data's processing of the Proofs of Claim is preliminary. The figures reported herein are also necessarily preliminary and subject to A.B. Data's fulsome claims processing, audit, and quality assurance procedures. These figures are also subject to acceptance of late, but otherwise eligible Proofs of Claims. As previously stated, A.B. Data has preliminarily processed to date 146,549 timely-submitted Proofs of Claims with the remainder of the Proofs of Claims yet to be processed. As A.B. Data continues with its processing of the remaining Proofs of Claims and the deficiency process, it anticipates that the number of eligible Proofs of Claim, covered Damaged Shares, and the total Recognized Loss Amount will increase.

9.      Once A.B. Data has completed its review and analyses of the Proofs of Claim, along with all of its audit and quality assurance procedures, it will provide to Plaintiffs' Counsel and the Court its administrative report that Plaintiffs will submit along with their motion for distribution of the Net Settlement Fund. This administrative report will detail A.B. Data's efforts in disseminating notice to Class Members, A.B. Data's processing of claims and related figures, a description of the deficiency process and its results, a more fulsome description of A.B. Data's audit and quality assurance process, A.B. Data's recommendations to the Court concerning the approval and rejection of the Proofs of Claim, and A.B. Data's reasons for these recommendations. The timing for A.B. Data to provide its

administrative report is currently expected to be typical of other securities class action settlement administrations. Once it has completed its audit and quality assurance procedures and provided the administrative report, A.B. Data will provide, at the request of the Court, additional final statistics concerning the claims and claims processing in support of the plan of distribution of the Net Settlement Fund.

## ADMINISTRATIVE PROCESS FOR PROCESSING PROOFS OF CLAIM

10.    Each submitted Proof of Claim is reviewed upon receipt to verify that all required information had been provided. The documentation provided with each Proof of Claim is also reviewed for authenticity and compared to the information provided on the Proof of Claim to verify the claimant's identity and the purchase/acquisition transactions, sale transactions, and holdings listed on the Proof of Claim.

11.    If a Proof of Claim is determined to be defective, a deficiency letter will be sent to the claimant describing the defect including, where applicable, what is necessary to cure the defect. The letter will advise the claimant that the submission of the appropriate information and/or documentary evidence to complete the Proof of Claim has to be sent within (20) calendar days after the date of mailing of the letter, or the Proof of Claim would be recommended for rejection to the extent that the deficiency or condition of ineligibility was not cured. The letter will also advise claimants that if they desire to contest the administrative determination, they are required to submit a written statement to A.B. Data requesting Court review of their Proof of Claim and setting forth the basis for their request. Much of A.B. Data's efforts in handling a settlement administration involves contacting Claimants and responding to inquiries from Claimants either by telephone or email, to assist them in properly completing their otherwise deficient submissions so that they would be eligible to participate in the Settlement. This process of working with Claimants to potentially resolve the deficiencies with their Proofs of Claim is time and labor intensive.

12.    After the Proofs of Claim (and responses to deficiency notifications) have been fully processed, audited with quality assurance reviews completed, and the final administrative determinations have been made as to which Proofs of Claim are valid, A.B. Data will present its administrative report on the Proofs of Claim received for the Settlement to the Court, along with a

DECLARATION OF ADAM D. WALTER                4
Case No. 3:21-cv-00058-WHO

proposed plan for distribution. Thereafter, upon Court approval, A.B. Data will distribute the net Settlement Fund to eligible Class Members pro rata based upon each Proof of Claim's Recognized Claim as calculated pursuant to the Court-approved plan of allocation, the total Recognized Loss Amounts of all eligible Proofs of Claim, and the amount available for distribution.

13.    Distributions from the Net Settlement Fund will be sent to eligible Class Members via check or wire with, in the case of check payments, a specified period for each Claimant to cash their payment (typically 90 or 120 days). For any checks that are not cashed, A.B. Data will conduct an outreach campaign to encourage cashing and to provide Claimants with reissued checks where applicable. Following this process there may be a second distribution depending on the remaining proceeds left in the Net Settlement Fund. A final accounting will be presented to the Court.

14.    The process described herein is the standard claims administration process for securities class action settlements.

## ADMINISTRATIVE COSTS

15.    A.B. Data, after a bidding process by Lead Counsel, was selected and agreed to be the Claims Administrator in exchange for payment of its fees and out-of-pocket expenses. Upon the completion of the administration, A.B. Data will present to the Court its total fees and expenses for the work performed in conjunction with the administration of the Settlement and the initial distribution of the Net Settlement Fund as part of the motion for distribution of the Net Settlement Fund and as part of the final accounting report provided when the Net Settlement Fund has been completely distributed. A.B. Data currently estimates that the total Notice and Administration Costs for the Settlement will be approximately $350,000, which is less than 1% of the proposed Settlement Amount.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January 2025.

Adam D. Walter

DECLARATION OF ADAM D. WALTER          5
Case No. 3:21-cv-00058-WHO