UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MALRIAT, et al.,

        Plaintiffs,

      v.

QUANTUMSCAPE CORPORATION, et al.,

        Defendants.

Case No.  21-cv-00058-WHO

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 227

Pursuant to the Order Granting Final Approval and Awarding Fees and Costs, Judgment is accordingly entered.

Dated: 1/22/2025

Mark B. Busby, Clerk

By:  Jenny Galang, Deputy Clerk

United States District Court
Northern District of California