# EXHIBIT A

QUANTUMSCAPE SECURITIES SETTLEMENT
c/o A.B. DATA, LTD.
P.O. BOX 173131
MILWAUKEE, WI  53217

FIRST CLASS MAIL
US POSTAGE
PAID
MILWAUKEE, WI
PERMIT 3780

## NOTICE OF REJECTION OF CLAIM

DATE:                          **April 17, 2025**

RE:                             ***IN RE QUANTUMSCAPE SECURITIES CLASS ACTION LITIGATION***

CLAIM NUMBER:

RESPONSE DEADLINE:    **May 07, 2025**

Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement achieved in the above-noted litigation. Your Claim, based on our review, is ineligible for a recovery from the Settlement for the reason(s) listed below. Please note that some reasons for ineligibility are curable. To resolve the identified curable condition(s) of ineligibility, please follow the instructions below.

In order for this Claim to be eligible for a recovery, the identified curable condition(s) of ineligibility must be resolved, and the Claim must then calculate to a Recognized Claim under the Court-approved Plan of Allocation. Please include a copy of this notice with your response. **If you fail to respond by the response deadline printed above, or if your response fails to cure the condition(s) identified below, your Claim will be rejected in its entirety. Please note, this is the only notice you will receive with respect to this Claim.**

**No Eligible Purchase During the Class Period**

This Claim does not include a purchase or acquisition of QuantumScape common stock, warrants, and/or publicly traded call or put options during the period between November 27, 2020, through April 14, 2021, inclusive (the "Class Period").  Therefore, the Claim is ineligible to participate in the distribution of the Net Settlement Fund. Please note that purchases or acquisitions of QuantumScape common stock, warrants, and/or written publicly traded call or put options made during the 90-day look-back period from April 15, 2021, through and including July 13, 2021, are not eligible for participation in the distribution of the Net Settlement Fund.

This is NOT a curable deficiency unless you had a purchase or acquisition of QuantumScape common stock, warrants, and/or publicly traded call or put options during the Class Period that is not reflected in your Claim. If you purchased or acquired QuantumScape common stock, warrants, and/or publicly traded call or put options during the Class Period, you must advise us in writing and provide the appropriate documentation to support

your transactions.

**Claims that are not cured by the response deadline above will be rejected.** If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination. To request Court review of your Claim, you must send us a signed written statement that: (a) states your reasons for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim;" and (c) includes a copy of this notice, postmarked no later than the response deadline set forth above. If the dispute concerning your Claim cannot be resolved, you may request that your Claim be presented to the Court for review, which will include public filing of your Claim and supporting documentation with the Court. If your disputed Claim is presented to the Court, your Claim Form and supporting documentation will be partially redacted to protect your privacy. Court review should only be sought if you disagree with our determination regarding this Claim.

If you have any questions about this notice, or if you want to confirm the status of your Claim after you submit a response to this notice, please call us at 866-778-9623 or email us at info@QuantumScapeSettlement.com. Please reference the Claim Number listed above in any communication. If you would like to view or download the Notice, which contains the Plan of Allocation, you may do so by visiting www.QuantumScapeSettlement.com.

Very truly yours,

A.B. DATA, LTD.
Claims Administrator