# EXHIBIT C

| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | Name3 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|---|
| 561427635 | 80362627 | XXXXXXXX | XXXXXXXX | | XXXXXXXX | | XXXXXXXX | Accepted | |
| 561427635 | 80362628 | XXXXXXXX | XXXXXXXX | | XXXXXXXX | | XXXXXXXX | Full Rejection | NOLOS |