# EXHIBIT E

**EXHIBIT E LATE BUT OTHERWISE ELIGIBLE CLAIMS**

Exhibit Summary  -  Total Claims:  1,068  -  Total Recognized Claim:  $4,356,092.88

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 562091871 | $210.00 | 84344976 | $140.00 | 85326697 | $87.50 | 85326745 | $1,379.00 |
| 562091872 | $787.50 | 84344977 | $10,500.00 | 85326698 | $171.50 | 85326746 | $2,383.50 |
| 562091873 | $10.50 | 84344978 | $9,303.00 | 85326699 | $17.50 | 85326747 | $94.50 |
| 562091874 | $700.00 | 84344979 | $15,470.00 | 85326700 | $98.00 | 85326748 | $129.50 |
| 562091875 | $238.07 | 84344981 | $14.00 | 85326701 | $119.00 | 85326749 | $456.16 |
| 562091876 | $18,833.00 | 562091910 | $16,800.00 | 85326702 | $140.00 | 85326750 | $855.30 |
| 562091877 | $745.50 | 84344983 | $32,788.11 | 85326703 | $98.00 | 85326751 | $696.50 |
| 562091878 | $756.21 | 84344984 | $60.78 | 85326704 | $458.50 | 85326752 | $2,537.39 |
| 562091879 | $101.80 | 84344985 | $21.00 | 85326705 | $630.00 | 85326753 | $44,304.54 |
| 562091881 | $650.26 | 562091916 | $49.00 | 85326706 | $175.00 | 85326754 | $21.00 |
| 562091883 | $175.00 | 562091917 | $700.00 | 85326707 | $192.50 | 85326755 | $959.00 |
| 562091884 | $700.00 | 562091918 | $9,263.50 | 85326711 | $525.00 | 85326756 | $65,715.55 |
| 562091885 | $452.00 | 562091919 | $402.50 | 85326712 | $297.50 | 85326757 | $85.53 |
| 83755015 | $6,598.01 | 562091922 | $63.00 | 85326713 | $297.50 | 85326758 | $427.65 |
| 83755016 | $122.50 | 562091925 | $458.50 | 85326714 | $297.50 | 85326759 | $700.00 |
| 83755017 | $311.50 | 561427994 | $350.00 | 85326716 | $5,074.78 | 85326761 | $119.25 |
| 561427986 | $87.50 | 562091926 | $70.00 | 85326717 | $2,800.00 | 85326764 | $1,750.00 |
| 561504466 | $1,095.50 | 562091928 | $16,106.15 | 85326718 | $161.00 | 85326767 | $126.00 |
| 562091886 | $35.00 | 84347326 | $1,425.50 | 85326719 | $70.00 | 85326774 | $1,909.50 |
| 562091887 | $700.00 | 562091930 | $285.10 | 85326720 | $2,170.00 | 85326778 | $175.00 |
| 562091889 | $1,137.85 | 562091931 | $469.14 | 85326721 | $3,991.40 | 85326782 | $1,057.00 |
| 562091890 | $77.00 | 562091932 | $3,505.15 | 85326722 | $14.00 | 85326784 | $116.60 |
| 562091891 | $35.00 | 562091935 | $31.50 | 85326723 | $3,022.06 | 85326786 | $712.75 |
| 562091893 | $154.00 | 562091937 | $18,573.00 | 85326724 | $297.50 | 85326787 | $4,900.00 |
| 562091894 | $2,275.00 | 562091938 | $73.50 | 85326725 | $655.73 | 85326789 | $26,368.10 |
| 562091895 | $712.50 | 561504478 | $35.00 | 85326726 | $3,335.67 | 85326790 | $5,861.00 |
| 83676118 | $3.50 | 85326667 | $149.18 | 85326727 | $10.50 | 85326791 | $164.50 |
| 83676119 | $108.50 | 85326671 | $4,276.50 | 85326728 | $784.00 | 85326792 | $770.00 |
| 83676120 | $497.00 | 85326672 | $175.00 | 85326729 | $1,865.50 | 85326793 | $742.00 |
| 83676121 | $700.00 | 85326676 | $2,450.00 | 85326730 | $94.50 | 85326794 | $374.50 |
| 83676122 | $63.00 | 85326677 | $3,500.00 | 85326731 | $255.50 | 85326795 | $269.50 |
| 83676123 | $108.50 | 85326678 | $350.00 | 85326732 | $689.50 | 85326796 | $700.00 |
| 83676124 | $301.00 | 85326685 | $2,501.00 | 85326733 | $14,654.14 | 85326797 | $350.00 |
| 561504472 | $700.00 | 85326686 | $1,575.00 | 85326734 | $1,176.00 | 85326799 | $700.00 |
| 562091896 | $825.05 | 85326687 | $679.00 | 85326735 | $504.00 | 85326800 | $700.00 |
| 562091897 | $406.36 | 85326688 | $665.00 | 85326736 | $27,911.29 | 85326801 | $31.50 |
| 562091900 | $6,795.00 | 85326689 | $122.50 | 85326737 | $10,829.00 | 85326804 | $125.05 |
| 562091901 | $28,150.50 | 85326690 | $70.00 | 85326738 | $16,336.23 | 85326807 | $350.00 |
| 562091902 | $350.00 | 85326691 | $42.00 | 85326739 | $4,193.00 | 85326808 | $1,575.00 |
| 562091904 | $301.00 | 85326692 | $3.50 | 85326740 | $1,732.50 | 85326810 | $525.00 |
| 562091905 | $10.50 | 85326693 | $1,141.00 | 85326741 | $224.00 | 85326813 | $105.00 |
| 562091908 | $35.00 | 85326694 | $143.50 | 85326742 | $28,395.96 | 85326821 | $700.00 |
| 84344974 | $157.50 | 85326695 | $336.00 | 85326743 | $161.00 | 85326822 | $350.00 |
| 84344975 | $10,500.00 | 85326696 | $280.00 | 85326744 | $2,201.50 | 85326824 | $262.50 |

**EXHIBIT E LATE BUT OTHERWISE ELIGIBLE CLAIMS**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---------|-----------------|---------|-----------------|---------|-----------------|---------|-----------------|
| 85326825 | $350.00 | 85326884 | $1,054.87 | 85326944 | $4,299.98 | 85327011 | $87.50 |
| 85326828 | $1,050.00 | 85326885 | $2,138.25 | 85326945 | $3,500.00 | 85327012 | $542.50 |
| 85326833 | $968.00 | 85326886 | $6,044.12 | 85326947 | $14.00 | 85327013 | $168.00 |
| 85326834 | $262.50 | 85326887 | $3,877.36 | 85326948 | $175.00 | 85327014 | $143.50 |
| 85326835 | $1,750.00 | 85326888 | $4,154.50 | 85326949 | $3,262.00 | 85327015 | $140.00 |
| 85326836 | $420.00 | 85326889 | $577.50 | 85326950 | $616.00 | 85327016 | $133.00 |
| 85326843 | $129.50 | 85326890 | $217.00 | 85326951 | $357.00 | 85327017 | $126.00 |
| 85326844 | $115.50 | 85326891 | $150.50 | 85326952 | $399.00 | 85327018 | $304.50 |
| 85326845 | $182.00 | 85326892 | $5,089.00 | 85326953 | $210.00 | 85327019 | $168.00 |
| 85326846 | $203.00 | 85326893 | $749.00 | 85326955 | $175.00 | 85327020 | $125.53 |
| 85326847 | $126.00 | 85326894 | $21.00 | 85326956 | $700.00 | 85327021 | $35.00 |
| 85326848 | $98.00 | 85326895 | $38.50 | 85326957 | $700.00 | 85327025 | $735.00 |
| 85326849 | $287.00 | 85326896 | $2,401.00 | 85326958 | $350.00 | 85327026 | $2,450.00 |
| 85326850 | $105.00 | 85326897 | $997.50 | 85326959 | $1,400.00 | 85327027 | $472.50 |
| 85326851 | $35.00 | 85326898 | $899.50 | 85326960 | $21,381.50 | 85327028 | $1,050.00 |
| 85326852 | $1,018.50 | 85326899 | $416.50 | 85326961 | $87.50 | 85327030 | $171.06 |
| 85326853 | $38.50 | 85326900 | $45.50 | 85326963 | $35.00 | 85327031 | $161.00 |
| 85326854 | $73.50 | 85326901 | $3,962.89 | 85326964 | $3,500.00 | 85327032 | $87.50 |
| 85326855 | $101.50 | 85326902 | $12,610.50 | 85326966 | $350.00 | 85327033 | $2,501.00 |
| 85326856 | $143.50 | 85326903 | $210.00 | 85326967 | $785.30 | 85327034 | $10.50 |
| 85326857 | $52.50 | 85326904 | $45.50 | 85326968 | $416.50 | 85327035 | $47,155.54 |
| 85326858 | $91.00 | 85326905 | $484.67 | 85326970 | $2,396.00 | 85327036 | $741.26 |
| 85326859 | $875.00 | 85326906 | $171.06 | 85326978 | $210.00 | 85327037 | $15,566.46 |
| 85326860 | $70.00 | 85326907 | $684.24 | 85326979 | $56.00 | 85327038 | $3,677.79 |
| 85326861 | $231.00 | 85326908 | $741.26 | 85326980 | $350.00 | 85327039 | $228.08 |
| 85326862 | $31.50 | 85326909 | $42.00 | 85326981 | $17.50 | 85327040 | $192.50 |
| 85326863 | $210.00 | 85326910 | $5,873.06 | 85326982 | $787.50 | 85327041 | $1,925.00 |
| 85326864 | $1,378.00 | 85326911 | $2,024.21 | 85326983 | $1,050.00 | 85327042 | $3,307.16 |
| 85326865 | $1,750.00 | 85326912 | $228.08 | 85326984 | $1,030.30 | 85327043 | $4,190.97 |
| 85326866 | $1,750.00 | 85326913 | $598.71 | 85326985 | $616.00 | 85327044 | $1,511.03 |
| 85326868 | $700.00 | 85326914 | $370.63 | 85326986 | $700.00 | 85327045 | $255.50 |
| 85326869 | $73.50 | 85326915 | $256.59 | 85326990 | $350.00 | 85327046 | $2,309.31 |
| 85326870 | $700.00 | 85326916 | $1,750.00 | 85326991 | $2,275.00 | 85327047 | $1,638.00 |
| 85326871 | $822.50 | 85326917 | $700.00 | 85326992 | $875.00 | 85327048 | $175.00 |
| 85326872 | $350.00 | 85326918 | $684.24 | 85326999 | $7,000.00 | 85327049 | $1,242.50 |
| 85326873 | $456.16 | 85326920 | $3,026.00 | 85327000 | $80.50 | 85327050 | $1,197.42 |
| 85326874 | $161.00 | 85326921 | $427.65 | 85327001 | $10.50 | 85327051 | $2,380.00 |
| 85326875 | $161.00 | 85326922 | $1,092.00 | 85327002 | $294.00 | 85327052 | $486.50 |
| 85326876 | $22.79 | 85326928 | $175.00 | 85327003 | $108.50 | 85327053 | $5,188.82 |
| 85326877 | $17,500.00 | 85326930 | $350.00 | 85327004 | $45.50 | 85327054 | $1,501.50 |
| 85326878 | $63.00 | 85326931 | $179.38 | 85327005 | $703.50 | 85327055 | $16,193.68 |
| 85326879 | $77.00 | 85326932 | $164.50 | 85327006 | $108.50 | 85327056 | $469.00 |
| 85326880 | $3,620.77 | 85326935 | $129.50 | 85327007 | $140.00 | 85327057 | $493.50 |
| 85326881 | $315.00 | 85326938 | $4,200.00 | 85327008 | $388.50 | 85327058 | $584.50 |
| 85326882 | $598.71 | 85326939 | $525.00 | 85327009 | $21.00 | 85327059 | $301.00 |
| 85326883 | $658.00 | 85326942 | $175.00 | 85327010 | $1,340.50 | 85327060 | $7,959.00 |

**EXHIBIT E LATE BUT OTHERWISE ELIGIBLE CLAIMS**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 85327061 | $12,145.00 | 85327124 | $542.50 | 85327197 | $787.50 | 85327249 | $2,200.60 |
| 85327062 | $31.50 | 85327126 | $525.00 | 85327198 | $430.50 | 85327251 | $14.00 |
| 85327063 | $769.77 | 85327135 | $175.00 | 85327199 | $1,910.17 | 85327252 | $1,155.00 |
| 85327064 | $416.50 | 85327136 | $385.00 | 85327200 | $3,592.26 | 85327255 | $339.50 |
| 85327065 | $598.71 | 85327137 | $350.00 | 85327201 | $1,921.50 | 85327256 | $175.00 |
| 85327066 | $12,800.99 | 85327140 | $9,551.92 | 85327202 | $8,952.14 | 85327257 | $197.76 |
| 85327067 | $192.50 | 85327141 | $17.50 | 85327203 | $66.50 | 85327258 | $175.00 |
| 85327068 | $59.50 | 85327142 | $465.50 | 85327204 | $14.00 | 85327260 | $245.00 |
| 85327069 | $114.04 | 85327147 | $57,020.00 | 85327205 | $2,523.50 | 85327261 | $35,922.60 |
| 85327070 | $1,617.00 | 85327149 | $1,050.00 | 85327206 | $1,141.00 | 85327262 | $371.00 |
| 85327071 | $392.00 | 85327157 | $115.50 | 85327207 | $1,039.50 | 85327263 | $840.00 |
| 85327072 | $655.73 | 85327158 | $458.50 | 85327208 | $143.50 | 85327264 | $262.50 |
| 85327073 | $18.39 | 85327159 | $129.50 | 85327209 | $171.50 | 85327265 | $343.00 |
| 85327076 | $436.75 | 85327160 | $21.00 | 85327210 | $77.00 | 85327266 | $1,425.50 |
| 85327077 | $695.76 | 85327161 | $91.00 | 85327211 | $1,039.50 | 85327267 | $1,827.00 |
| 85327078 | $1,400.00 | 85327162 | $31.50 | 85327212 | $2,117.50 | 85327269 | $374.50 |
| 85327081 | $245.00 | 85327163 | $164.50 | 85327213 | $3,542.00 | 85327270 | $700.00 |
| 85327083 | $175.00 | 85327164 | $38.50 | 85327214 | $465.50 | 85327272 | $5,002.00 |
| 85327085 | $437.50 | 85327165 | $252.00 | 85327215 | $59.50 | 85327274 | $122.50 |
| 85327087 | $700.00 | 85327166 | $864.50 | 85327216 | $56.00 | 85327275 | $42,765.00 |
| 85327088 | $1,909.50 | 85327167 | $182.00 | 85327217 | $857.50 | 85327277 | $700.00 |
| 85327089 | $245.00 | 85327168 | $1,869.00 | 85327218 | $24.50 | 85327280 | $2,625.00 |
| 85327090 | $700.00 | 85327169 | $52.50 | 85327219 | $714.00 | 85327281 | $2,800.00 |
| 85327091 | $42.00 | 85327170 | $35.00 | 85327220 | $3,392.69 | 85327282 | $35.00 |
| 85327095 | $245.00 | 85327171 | $472.50 | 85327221 | $313.61 | 85327291 | $94.50 |
| 85327096 | $3,500.00 | 85327172 | $385.00 | 85327222 | $1,653.58 | 85327292 | $49.00 |
| 85327099 | $5,661.99 | 85327173 | $535.50 | 85327223 | $883.81 | 85327293 | $350.00 |
| 85327100 | $73.05 | 85327174 | $707.00 | 85327224 | $206.50 | 85327294 | $280.00 |
| 85327101 | $1,425.50 | 85327175 | $161.00 | 85327225 | $423.50 | 85327295 | $785.30 |
| 85327104 | $14.00 | 85327176 | $350.00 | 85327226 | $2,622.92 | 85327296 | $14.00 |
| 85327105 | $3,241.00 | 85327177 | $1.59 | 85327227 | $399.00 | 85327297 | $20,973.32 |
| 85327106 | $458.50 | 85327178 | $24,500.00 | 85327228 | $114.04 | 85327298 | $13.25 |
| 85327107 | $2,362.50 | 85327179 | $542.50 | 85327229 | $142.55 | 85327299 | $420.00 |
| 85327108 | $217.00 | 85327181 | $70.00 | 85327231 | $437.50 | 85327302 | $1,050.00 |
| 85327109 | $5,702.00 | 85327182 | $70.00 | 85327232 | $375.15 | 85327306 | $875.00 |
| 85327110 | $1,478.48 | 85327183 | $525.00 | 85327233 | $350.00 | 85327307 | $1,750.00 |
| 85327111 | $1,015.00 | 85327184 | $1,487.50 | 85327234 | $4,297.23 | 85327314 | $1,060.00 |
| 85327113 | $700.00 | 85327185 | $350.00 | 85327235 | $10.50 | 85327315 | $714.00 |
| 85327114 | $700.00 | 85327187 | $483.00 | 85327237 | $241.50 | 85327316 | $385.00 |
| 85327115 | $1,000.40 | 85327188 | $39.75 | 85327239 | $5,250.00 | 85327317 | $224.00 |
| 85327116 | $9,428.62 | 85327189 | $5,702.00 | 85327240 | $1,214.50 | 85327318 | $101.50 |
| 85327118 | $125.05 | 85327192 | $3,592.26 | 85327242 | $175.00 | 85327319 | $640.50 |
| 85327119 | $20.00 | 85327193 | $66.50 | 85327243 | $1,225.00 | 85327320 | $59.50 |
| 85327121 | $31.80 | 85327194 | $217.00 | 85327246 | $350.00 | 85327321 | $115.50 |
| 85327122 | $42.00 | 85327195 | $1,910.17 | 85327247 | $350.00 | 85327322 | $115.50 |
| 85327123 | $17,056.83 | 85327196 | $4,419.05 | 85327248 | $87.50 | 85327323 | $616.00 |

**EXHIBIT E LATE BUT OTHERWISE ELIGIBLE CLAIMS**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 85327324 | $388.50 | 85327373 | $290.50 | 85327450 | $52.50 | 85327512 | $6,414.75 |
| 85327325 | $178.50 | 85327374 | $927.50 | 85327451 | $45.50 | 85327513 | $56.00 |
| 85327326 | $434.00 | 85327375 | $203.00 | 85327453 | $2,975.00 | 85327514 | $66.50 |
| 85327327 | $315.00 | 85327376 | $133.00 | 85327454 | $700.00 | 85327515 | $38.50 |
| 85327328 | $490.00 | 85327377 | $59.50 | 85327456 | $350.00 | 85327516 | $238.00 |
| 85327329 | $66.50 | 85327378 | $1,910.17 | 85327457 | $350.00 | 85327517 | $175.00 |
| 85327330 | $339.50 | 85327379 | $1,482.52 | 85327458 | $4,550.00 | 85327518 | $49.00 |
| 85327331 | $59.50 | 85327380 | $855.30 | 85327461 | $2,122.40 | 85327519 | $437.50 |
| 85327332 | $136.50 | 85327381 | $108.50 | 85327462 | $1,225.00 | 85327520 | $483.00 |
| 85327333 | $1,400.00 | 85327382 | $2,810.50 | 85327463 | $2,450.00 | 85327521 | $175.00 |
| 85327334 | $700.00 | 85327383 | $511.00 | 85327470 | $14,255.00 | 85327522 | $52.50 |
| 85327335 | $8.84 | 85327384 | $684.24 | 85327471 | $199.50 | 85327523 | $593.98 |
| 85327336 | $87.50 | 85327385 | $997.85 | 85327472 | $175.00 | 85327524 | $7,840.25 |
| 85327337 | $5,107.04 | 85327386 | $868.00 | 85327473 | $105.00 | 85327525 | $612.50 |
| 85327339 | $367.50 | 85327387 | $350.00 | 85327474 | $700.00 | 85327526 | $42.00 |
| 85327340 | $1,750.00 | 85327390 | $300.12 | 85327475 | $3.50 | 85327527 | $224.00 |
| 85327341 | $1,400.00 | 85327391 | $2,851.00 | 85327476 | $38.50 | 85327528 | $899.50 |
| 85327342 | $577.50 | 85327392 | $4,297.23 | 85327477 | $42.00 | 85327529 | $94.50 |
| 85327343 | $437.50 | 85327399 | $689.50 | 85327478 | $511.00 | 85327530 | $3,146.50 |
| 85327345 | $350.00 | 85327400 | $35.00 | 85327479 | $182.00 | 85327531 | $756.00 |
| 85327346 | $2,800.00 | 85327405 | $2,501.00 | 85327480 | $105.00 | 85327532 | $238.00 |
| 85327348 | $265.00 | 85327406 | $700.00 | 85327481 | $287.00 | 85327533 | $735.00 |
| 85327349 | $262.50 | 85327407 | $285.10 | 85327482 | $2,667.00 | 85327534 | $741.26 |
| 85327350 | $4,276.50 | 85327409 | $700.01 | 85327483 | $371.00 | 85327535 | $712.75 |
| 85327351 | $940.83 | 85327410 | $1,155.00 | 85327484 | $707.00 | 85327536 | $456.16 |
| 85327352 | $30,306.13 | 85327414 | $14.00 | 85327485 | $392.00 | 85327537 | $1,026.36 |
| 85327353 | $8,667.04 | 85327415 | $350.00 | 85327486 | $1,480.50 | 85327538 | $1,083.38 |
| 85327354 | $1,796.13 | 85327416 | $700.00 | 85327487 | $329.00 | 85327539 | $769.77 |
| 85327355 | $2,822.49 | 85327418 | $350.00 | 85327488 | $210.00 | 85327540 | $1,914.50 |
| 85327356 | $42.00 | 85327420 | $115.50 | 85327489 | $220.50 | 85327541 | $346.50 |
| 85327357 | $2,109.74 | 85327421 | $1,403.50 | 85327490 | $2,450.00 | 85327542 | $392.00 |
| 85327358 | $346.50 | 85327422 | $598.50 | 85327491 | $570.20 | 85327543 | $285.10 |
| 85327359 | $28.00 | 85327423 | $126.00 | 85327492 | $7,000.00 | 85327544 | $4,960.74 |
| 85327360 | $20,356.14 | 85327424 | $47.70 | 85327493 | $513.18 | 85327545 | $700.00 |
| 85327361 | $18,873.62 | 85327425 | $378.00 | 85327497 | $612.50 | 85327546 | $315.00 |
| 85327362 | $199.57 | 85327427 | $374.50 | 85327498 | $402.50 | 85327547 | $2,851.00 |
| 85327363 | $1,984.50 | 85327428 | $700.00 | 85327499 | $1,837.50 | 85327548 | $370.63 |
| 85327364 | $1,424.50 | 85327430 | $3,596.20 | 85327501 | $8,491.00 | 85327549 | $500.20 |
| 85327365 | $546.00 | 85327432 | $285.10 | 85327502 | $1,400.00 | 85327554 | $539.00 |
| 85327366 | $150.50 | 85327433 | $48,467.00 | 85327504 | $1,750.00 | 85327555 | $73.50 |
| 85327367 | $525.00 | 85327434 | $35.00 | 85327506 | $4,590.11 | 85327557 | $855.30 |
| 85327368 | $5,331.37 | 85327435 | $53,275.00 | 85327507 | $745.50 | 85327558 | $140.00 |
| 85327369 | $924.00 | 85327437 | $350.00 | 85327508 | $684.24 | 85327560 | $3,115.00 |
| 85327370 | $91.00 | 85327440 | $17.50 | 85327509 | $115.50 | 85327562 | $343.00 |
| 85327371 | $655.73 | 85327441 | $2,501.00 | 85327510 | $1,739.11 | 85327563 | $2,537.50 |
| 85327372 | $1,484.00 | 85327449 | $28.00 | 85327511 | $1,168.91 | 85327564 | $220.50 |

**EXHIBIT E LATE BUT OTHERWISE ELIGIBLE CLAIMS**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 85327566 | $9,228.69 | 85327634 | $122.50 | 85327683 | $3,367.00 | 85327752 | $700.00 |
| 85327567 | $875.00 | 85327635 | $94.50 | 85327684 | $5,593.00 | 85327753 | $700.00 |
| 85327568 | $1,050.00 | 85327636 | $122.50 | 85327685 | $413.00 | 85327754 | $175.00 |
| 85327569 | $119.25 | 85327637 | $346.50 | 85327686 | $388.50 | 85327755 | $105.00 |
| 85327570 | $625.25 | 85327638 | $532.00 | 85327687 | $329.00 | 85327763 | $290.50 |
| 85327571 | $700.00 | 85327639 | $98.00 | 85327688 | $2,201.50 | 85327764 | $210.00 |
| 85327572 | $35.00 | 85327640 | $52.50 | 85327689 | $77.00 | 85327765 | $525.00 |
| 85327575 | $350.00 | 85327641 | $406.00 | 85327690 | $3,241.00 | 85327766 | $2,100.00 |
| 85327576 | $248.50 | 85327642 | $280.00 | 85327691 | $1,539.54 | 85327767 | $285.10 |
| 85327577 | $598.50 | 85327643 | $315.00 | 85327692 | $73.50 | 85327768 | $7.00 |
| 85327578 | $87.50 | 85327644 | $248.50 | 85327693 | $4,789.68 | 85327770 | $175.00 |
| 85327579 | $1,046.50 | 85327645 | $157.50 | 85327694 | $484.67 | 85327771 | $100.70 |
| 85327580 | $1,050.00 | 85327646 | $24.50 | 85327695 | $484.67 | 85327773 | $1,246.00 |
| 85327582 | $3,500.00 | 85327647 | $70.00 | 85327696 | $256.59 | 85327775 | $5,702.00 |
| 85327583 | $374.50 | 85327648 | $840.00 | 85327697 | $504.00 | 85327776 | $1,225.00 |
| 85327584 | $700.00 | 85327649 | $105.00 | 85327698 | $114.04 | 85327777 | $1,750.00 |
| 85327585 | $700.00 | 85327651 | $11,865.00 | 85327699 | $1,151.50 | 85327778 | $2,800.00 |
| 85327586 | $227.50 | 85327654 | $612.50 | 85327700 | $45.50 | 85327785 | $199.50 |
| 85327588 | $385.00 | 85327655 | $1,400.00 | 85327702 | $700.00 | 85327786 | $143.50 |
| 85327589 | $175.00 | 85327656 | $262.50 | 85327703 | $6,402.00 | 85327787 | $38.50 |
| 85327590 | $26.50 | 85327657 | $297.50 | 85327704 | $285.10 | 85327788 | $448.00 |
| 85327591 | $1,387.50 | 85327658 | $2,406.87 | 85327705 | $700.00 | 85327789 | $259.00 |
| 85327593 | $3,500.00 | 85327659 | $39.75 | 85327706 | $350.00 | 85327790 | $84.00 |
| 85327594 | $7,127.50 | 85327660 | $1,140.40 | 85327712 | $693.00 | 85327791 | $224.00 |
| 85327596 | $1,600.50 | 85327661 | $350.00 | 85327715 | $3.50 | 85327792 | $367.50 |
| 85327597 | $125.05 | 85327662 | $1,330.00 | 85327716 | $135.04 | 85327793 | $122.50 |
| 85327600 | $3,500.00 | 85327663 | $1,168.91 | 85327720 | $1,050.00 | 85327794 | $45.50 |
| 85327606 | $59.50 | 85327664 | $5,160.31 | 85327724 | $1,050.00 | 85327795 | $413.00 |
| 85327607 | $525.00 | 85327665 | $2,879.51 | 85327726 | $265.00 | 85327796 | $136.50 |
| 85327608 | $105.00 | 85327666 | $11,432.51 | 85327731 | $350.00 | 85327797 | $73.50 |
| 85327610 | $350.00 | 85327667 | $598.71 | 85327732 | $3,500.00 | 85327798 | $164.50 |
| 85327611 | $700.00 | 85327668 | $287.00 | 85327733 | $479.50 | 85327799 | $28.00 |
| 85327612 | $1,246.60 | 85327669 | $1,168.91 | 85327734 | $623.00 | 85327800 | $133.00 |
| 85327613 | $175.00 | 85327670 | $3,392.69 | 85327735 | $231.00 | 85327801 | $105.00 |
| 85327614 | $612.50 | 85327671 | $2,708.45 | 85327736 | $574.00 | 85327802 | $143.50 |
| 85327616 | $420.00 | 85327672 | $1,282.95 | 85327737 | $122.50 | 85327803 | $623.00 |
| 85327618 | $430.50 | 85327673 | $493.50 | 85327738 | $1,425.50 | 85327804 | $374.50 |
| 85327619 | $3,500.00 | 85327674 | $3,258.50 | 85327739 | $16,975.00 | 85327805 | $350.00 |
| 85327620 | $2,100.00 | 85327675 | $17.50 | 85327740 | $5,702.00 | 85327806 | $140.00 |
| 85327621 | $2,508.88 | 85327676 | $707.00 | 85327741 | $700.00 | 85327807 | $1,050.00 |
| 85327628 | $451.50 | 85327677 | $1,396.99 | 85327742 | $700.00 | 85327808 | $315.00 |
| 85327629 | $161.00 | 85327678 | $167,353.70 | 85327743 | $70.00 | 85327809 | $195,078.00 |
| 85327630 | $52.50 | 85327679 | $1,120.00 | 85327744 | $437.50 | 85327810 | $700.00 |
| 85327631 | $80.50 | 85327680 | $462.00 | 85327747 | $87.50 | 85327811 | $70.00 |
| 85327632 | $119.00 | 85327681 | $868.00 | 85327748 | $175.00 | 85327812 | $297.50 |
| 85327633 | $10.50 | 85327682 | $8,106.00 | 85327749 | $1,750.00 | 85327813 | $350.00 |

**EXHIBIT E LATE BUT OTHERWISE ELIGIBLE CLAIMS**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 85327814 | $2,012.50 | 85327854 | $504.00 | 85327922 | $280.00 | 85769846 | $983.00 |
| 85327815 | $570.20 | 85327855 | $2,052.72 | 561504479 | $712.75 | 85769849 | $8,950.00 |
| 85327816 | $1,140.40 | 85327856 | $402.50 | 561504480 | $712.75 | 85769877 | $3,728.00 |
| 85327817 | $161.00 | 85327857 | $114.04 | 561504481 | $712.75 | 85769886 | $1,540.00 |
| 85327818 | $26.50 | 85327858 | $350.00 | 561504482 | $712.75 | 85769889 | $2,260.00 |
| 85327819 | $1,050.00 | 85327860 | $105.00 | 561504483 | $887.75 | 562091954 | $717.50 |
| 85327820 | $10,890.82 | 85327861 | $140.00 | 562091940 | $11,103.83 | 562091955 | $14,255.00 |
| 85327821 | $3,050.57 | 85327862 | $2,851.00 | 562091941 | $137.80 | 85770463 | $1,854.47 |
| 85327822 | $3,050.57 | 85327863 | $427.65 | 562091942 | $8,750.00 | 562091956 | $280.00 |
| 85327823 | $6,386.24 | 85327869 | $21,000.00 | 562091943 | $350.00 | 562091957 | $280.00 |
| 85327824 | $3,449.71 | 85327870 | $1,865.50 | 85327923 | $2,194.00 | 562091958 | $280.00 |
| 85327825 | $21.00 | 85327872 | $700.00 | 85327924 | $35.00 | 562091959 | $105.00 |
| 85327826 | $185.50 | 85327875 | $1,023.40 | 85327925 | $10.50 | 562091960 | $750.30 |
| 85327827 | $8,960.00 | 85327877 | $227.50 | 562091944 | $315.00 | 562091961 | $114.04 |
| 85327828 | $370.63 | 85327878 | $220.50 | 85327926 | $2,394.00 | 562091962 | $595.00 |
| 85327829 | $2,684.50 | 85327879 | $735.00 | 85701642 | $31,038.66 | 562091963 | $420.00 |
| 85327830 | $3,209.50 | 85327881 | $1,190.00 | 85701643 | $157,270.24 | 562091964 | $196.30 |
| 85327831 | $26,884.93 | 85327884 | $5,651.00 | 85701644 | $84,021.45 | 561504485 | $27,898.50 |
| 85327832 | $70.00 | 85327889 | $245.00 | 85701645 | $153,522.36 | 85770491 | $24,804.00 |
| 85327833 | $710.50 | 85327890 | $2,310.00 | 85701646 | $1,270,740.29 | 562091966 | $420.00 |
| 85327834 | $619.50 | 85327891 | $16,450.00 | 562091949 | $1,378.00 | 562091967 | $2,501.00 |
| 85327835 | $703.50 | 85327892 | $1,253.00 | 562091951 | $6,489.50 | 562091968 | $855.30 |
| 85327836 | $21.00 | 85327893 | $150.50 | 85701548 | $980.00 | 561504486 | $17,500.00 |
| 85327837 | $1,225.93 | 85327894 | $388.50 | 85701549 | $140.00 | 562091971 | $3,500.00 |
| 85327838 | $45.50 | 85327895 | $210.00 | 85701551 | $782.75 | 562091972 | $2,436.04 |
| 85327839 | $15,736.00 | 85327896 | $630.00 | 85701553 | $10,500.00 | 562091973 | $122.50 |
| 85327840 | $35.00 | 85327897 | $105.00 | 85701554 | $1,054.87 | 562091977 | $210.00 |
| 85327841 | $493.50 | 85327898 | $700.00 | 85701555 | $70.00 | 562091978 | $12,361.85 |
| 85327842 | $829.50 | 85327899 | $700.00 | 562091953 | $4,077.50 | 562091981 | $28,000.00 |
| 85327843 | $11,602.50 | 85327901 | $525.00 | 85769633 | $700.00 | 562091982 | $350.00 |
| 85327844 | $1,228.50 | 85327902 | $1,424.61 | 85769634 | $350.00 | 562091983 | $361.60 |
| 85327845 | $535.50 | 85327905 | $35.00 | 85769635 | $437.50 | 562091984 | $350.00 |
| 85327846 | $567.00 | 85327906 | $350.00 | 85769636 | $5,250.00 | 562091985 | $700.00 |
| 85327847 | $2,195.27 | 85327907 | $350.00 | 85769637 | $1,750.00 | 562091986 | $525.00 |
| 85327848 | $325.50 | 85327909 | $5,702.00 | 85769638 | $525.00 | 562091990 | $2,501.00 |
| 85327849 | $544.34 | 85327910 | $371.00 | 85769639 | $1,050.00 | 562091991 | $175.00 |
| 85327850 | $1,511.03 | 85327911 | $175.00 | 85769640 | $2,450.00 | | |
| 85327851 | $769.77 | 85327912 | $2,100.00 | 85769641 | $175.00 | | |
| 85327852 | $18,075.34 | 85327920 | $560.00 | 85769642 | $700.00 | | |
| 85327853 | $315.00 | 85327921 | $49.00 | 85769682 | $839.00 | | |