# EXHIBIT G



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
billing@abdata.com
abdataclassaction.com



LEVI & KORSINSKY LLP
33 WHITEHALL STREET
17TH FLOOR
NEW YORK, NY, 10004

| | |
|---|---|
| **INVOICE #:** | INV000307703 |
| **INVOICE DATE:** | 1/15/2025 |
| **PERIOD ENDING:** | 12/31/2024 |
| **CLIENT:** | 468343 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

# INVOICE

| JOB | 54847 | QuantumScape |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Setup and Design (One-Time Fee) | 1 | 4,000.00 | $4,000.00 |
| IVR Setup (One-Time Fee) | 1 | 1,250.00 | $1,250.00 |
| Claims Processing - Flat Fee | 1 | 75,000.000 | $75,000.00 |
| Per Claim Fee | 144,822 | 0.200 | $28,964.40 |
| 32 - Page Notice Self Mailer | 450 | 4.8388 | $2,177.46 |
| Initial Notice Postcards | 148,000 | 0.1369 | $20,261.20 |
| Confirmation Postcards | 729 | 0.5913 | $431.06 |
| Call Center Notice Requests | 321 | 2.5000 | $802.50 |
| Postage | 1 | 14,634.37 | $14,634.37 |
| Media Notices - PR Newswire | 1 | 4,200.00 | $4,200.00 |
| Media Notices - Investors Business Daily | 1 | 4,320.04 | $4,320.04 |
| Website Maintenance/Support  (August-December 2024) | 5 | 290.00 | $1,450.00 |
| Web Hosting - Azure Expenses | 1 | 303.88 | $303.88 |
| Interactive Voice Response (IVR) (Per Minute) | 2,460 | 0.50 | $1,230.00 |
| CSRs/Live Operators (Per Hour) | 231.44 | 75.00 | $17,358.00 |
| 800 Number Charges (Per Minute) | 3,812 | 0.15 | $571.80 |
| IVR and Line Maintenance (August - December 2024) | 5 | 205.00 | $1,025.00 |
| Advanced Address Updates | 2,375 | 1.10 | $2,612.50 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 105,263.68 | $105,263.68 |
| Document Storage - Paper (Per Box/Per Month) | 22 | 3.00 | $66.00 |
| Market Research | 1 | 100.00 | $100.00 |
| Tax Returns  2024 (Per Year) | 1 | 2,500.00 | $2,500.00 |

| | | |
|---|---|---|
| | **TOTAL** | **$288,521.89** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
billing@abdata.com
abdataclassaction.com

LEVI & KORSINSKY LLP
33 WHITEHALL STREET
17TH FLOOR
NEW YORK, NY, 10004

| | |
|---|---|
| **INVOICE #:** | INV000307796 |
| **INVOICE DATE:** | 2/15/2025 |
| **PERIOD ENDING:** | 1/31/2025 |
| **CLIENT:** | 468343 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

| JOB | 54847 | QuantumScape |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Postage | 1 | 129.36 | $129.36 |
| Website Maintenance/Support  (Monthly) | 1 | 290.00 | $290.00 |
| Web Hosting - Azure Expenses | 1 | 89.68 | $89.68 |
| CSRs/Live Operators (Per Hour) | 10.24 | 75.00 | $768.00 |
| IVR and Line Maintenance (Monthly) | 1 | 205.00 | $205.00 |
| Document Storage - Paper (Per Box/Per Month) | 9 | 3.00 | $27.00 |

| | |
|---|---|
| **TOTAL** | **$1,509.04** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
billing@abdata.com
abdataclassaction.com

LEVI & KORSINSKY LLP
33 WHITEHALL STREET
17TH FLOOR
NEW YORK, NY, 10004

| | |
|---|---|
| **INVOICE #:** | INV000307961 |
| **INVOICE DATE:** | 3/20/2025 |
| **PERIOD ENDING:** | 2/28/2025 |
| **CLIENT:** | 468343 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

| JOB | 54847 | QuantumScape |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Call Center Notice Requests | 1 | 2.5000 | $2.50 |
| Postage | 1 | 95.30 | $95.30 |
| Printing and Mailing of Postcards | 297 | 0.8348 | $247.94 |
| Website Maintenance/Support  (Monthly) | 1 | 290.00 | $290.00 |
| Web Hosting - Azure Expenses | 1 | 89.58 | $89.58 |
| Interactive Voice Response (IVR) (Per Minute) | 158 | 0.50 | $79.00 |
| CSRs/Live Operators (Per Hour) | 7.78 | 75.00 | $583.50 |
| 800 Number Charges (Per Minute) | 352 | 0.15 | $52.80 |
| IVR and Line Maintenance (Monthly) | 1 | 205.00 | $205.00 |
| Document Storage - Paper (Per Box/Per Month) | 9 | 3.00 | $27.00 |

| | |
|---|---|
| **TOTAL** | **$1,672.62** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
billing@abdata.com
abdataclassaction.com



LEVI & KORSINSKY LLP
33 WHITEHALL STREET
17TH FLOOR
NEW YORK, NY, 10004

| | |
|---|---|
| **INVOICE #:** | INV000308113 |
| **INVOICE DATE:** | 4/21/2025 |
| **PERIOD ENDING:** | 3/31/2025 |
| **CLIENT:** | 468343 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB      54847         QuantumScape**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Maintenance/Support  (Monthly) | 1 | 290.00 | $290.00 |
| Web Hosting - Azure Expenses | 1 | 80.90 | $80.90 |
| Interactive Voice Response (IVR) (Per Minute) | 316 | 0.50 | $158.00 |
| CSRs/Live Operators (Per Hour) | 6.75 | 75.00 | $506.25 |
| 800 Number Charges (Per Minute) | 703 | 0.15 | $105.45 |
| IVR and Line Maintenance (Monthly) | 1 | 205.00 | $205.00 |
| Document Storage - Paper (Per Box/Per Month) | 9 | 3.00 | $27.00 |

**TOTAL      $1,372.60**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
billing@abdata.com
abdataclassaction.com

LEVI & KORSINSKY LLP
33 WHITEHALL STREET
17TH FLOOR
NEW YORK, NY, 10004

| | |
|---|---|
| **INVOICE #:** | INV000308224 |
| **INVOICE DATE:** | 5/23/2025 |
| **PERIOD ENDING:** | 4/30/2025 |
| **CLIENT:** | 468343 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB    54847    QuantumScape**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Maintenance/Support  (Monthly) | 1 | 290.00 | $290.00 |
| Web Hosting - Azure Expenses | 1 | 89.66 | $89.66 |
| Interactive Voice Response (IVR) (Per Minute) | 166 | 0.50 | $83.00 |
| CSRs/Live Operators (Per Hour) | 24.76 | 75.00 | $1,857.00 |
| IVR and Line Maintenance (Monthly) | 1 | 205.00 | $205.00 |
| Document Storage - Paper (Per Box/Per Month) | 9 | 3.00 | $27.00 |

**TOTAL    $2,551.66**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



A.B. Data, Ltd.
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

Date:    May 29, 2025

Case Name:    QuantumScape Securities Settlement

## Initial Distribution Estimate

QuantumScape Securities Settlement

| | |
|---|---|
| Estimated Calls to Live Operators: | 500 |
| Estimated Correspondence: | 75 |
| Estimated Payments: | 53,000 |
| Estimated Checks: | 25,000 |

| | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Telephone Charges** | | | |
| Ineractive Voice Response *(per minute)* | 350 | 0.50 | 175 |
| Live Line/Hour | 35 | 75 | 2,625 |
| 1-800 Charges/*minute* | 350 | 0.15 | 53 |
| IVR and Line Maintenance *(monthly)* | 12 | 205 | 2,460 |
| **Distribution** | | | |
| Print and Mail Checks | 25,000 | 0.15 | 3,750 |
| Check Processing Fee/Check | 25,000 | 0.05 | 1,250 |
| Wires *(per wire transmission )* | 20 | 175 | 3,500 |
| Reissue Distribution Checks/Check | 500 | 3.50 | 1,750 |
| **Postage** | | | |
| Postage - Checks | 25,000 | 0.55 | 13,750 |
| Postage - Check Reissues | 500 | 0.55 | 275 |
| **Miscellaneous Out-of-Pocket Expenses** | | | |
| PO Box Rental | 1 | 1,740 | 1,740 |
| Tax Return (2024/2025) | 2 | 2,500 | 5,000 |
| Website Hosting | 12 | 290 | 3,480 |
| Other Miscellaneous Expenses, including labels, supplies, overnight shipments, and other miscellaneous charges and expenses | | | 150 |
| **Total Estimated Project Cost** | | $ | **39,957.50** |