# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE SECURITIES
CLASS ACTION LITIGATION

Case No. 3:21-CV-00058-WHO

[~~PROPOSED~~] ORDER RELEASING
REMAINDER OF ATTORNEYS' FEES

WHEREAS, on January 22, 2025, the Court entered an Order Granting Final Approval and Awarding Fees and Costs (ECF No. 227) ("Final Approval Order") in this Action;

WHEREAS, in the Final Approval Order, the Court awarded attorney's fees to Class Counsel Levi & Korsinsky, LLP in the amount of 30% of the Settlement Fund (including interest earned at the same rate as the Settlement Fund) (Final Approval Order ¶ 20);

WHEREAS the Court ordered that 15% of the attorneys' fees awarded in the Final Approval Order be withheld and "[f]ollowing the filing of the Post-Distribution Accounting, if the Court finds a further CMC is not necessary, the Court will enter an order releasing the held back attorney fees and vacating the further CMC."  (Final Approval Order ¶ 22);

WHEREAS, on August 8, 2025, the Court entered an Order Granting Authorization To Distribute The Net Settlement Fund As Amended (ECF No. 231) ("Distribution Order");

WHEREAS, the Court ordered that the post-distribution accounting was due on January 6, 2026, followed by a Case Management Conference ("CMC") the next week. Pursuant to the Distribution Order (¶ 6), the Court may take the further CMC off calendar and order the release of the 15% withheld attorneys' fees if, upon reviewing the Post-Distribution Accounting, it has no additional questions about the completed initial distribution or any planned second distribution.

WHEREAS, on October 21, 2025, the Claims Administrator conducted the distribution of the Net Settlement Fund to eligible Claimants pursuant to the Distribution Order, which included disseminating $32,007,414.06 by wire transfer and checks to 53,561 Claimants who were eligible for payment;

WHEREAS, on January 6, 2026, Lead Plaintiff Frank Fish and Class Counsel filed the Post-Distribution Accounting providing details of that distribution with the Court;

WHEREAS, the Court has reviewed the Post-Distribution Accounting, finds that it is in compliance with the Northern District of California's Guidance for Class Action Settlements, and has no further questions regarding the completed distribution and the planned second distribution;

NOW THEREFORE, IT IS HEREBY ORDERED that the Case Management Conference is taken off the calendar and the remaining 15% of the attorney's fees awarded to Class Counsel in the Final Approval Order are released and may be paid to Class Counsel from the Escrow Account in accordance with the terms of the Final Approval Order.

Dated:    January 6, 2026

_____
Honorable William H. Orr

Case No. 3:21-CV-00058-WHO
[PROPOSED] ORDER RELEASING REMAINDER OF ATTORNEYS' FEES